UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Lynae Kisa Crawford

*(In the space above enter the full name(s) of the plaintiff(s).)*

- against -

Kipp Charter School
Associate of Reginol
District Tester

275 Sussex Ave
Newark N.J.

**COMPLAINT**

Jury Trial: ☑ Yes ☐ No

(check one)

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

### I. Parties in this complaint:

A. List your name, address and telephone number. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff
Name: Reginal Specialish (Lucy Monterrosa)
Street Address: 275 Sussex Ave
County, City: Essex, Newark NJ
State & Zip Code: Newark NJ 07107
Telephone Number: 862-272-7022 / 973-481-0327

B.  List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1
Name: Lucy Monterrosa
Street Address: 275 Sussex Ave Newark N.J. 07107
County, City:
State & Zip Code:

Defendant No. 2
Name: Mrs Capone
Street Address:
County, City:
State & Zip Code:

Defendant No. 3
Name: Regional District (Tester)
Street Address:
County, City:
State & Zip Code:

Defendant No. 4
Name: Deidra Sparks
Street Address:
County, City:
State & Zip Code:

## II. Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. There are four types of cases that can be heard in federal court: 1) Federal Question - Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case; 2) Diversity of Citizenship - Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case; 3) U.S. Government Plaintiff; and 4) U.S. Government Defendant.

A.  What is the basis for federal court jurisdiction? *(check all that apply)*
  [ ] Federal Questions
  [ ] Diversity of Citizenship
  [x] U.S. Government Plaintiff
  [ ] U.S. Government Defendant

B.  If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue?

C.   If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _____

Defendant(s) state(s) of citizenship _____

### III. Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.   Where did the events giving rise to your claim(s) occur? March 14, 2024 at Kipp Charter School

B.   What date and approximate time did the events giving rise to your claim(s) occur? Between 10:30 am - 1:00 pm

C.   Facts: [What happened to you?] My Son Caleb Achoe (9), was ask to take a test by a Regional District Special Needs Person. I was not notify this test was being taken. Caleb was sent to nurse of because of headache. I picked Caleb up. Caleb Achoe is autistic he state.

[Who did what?] The teacher was very rude and mean." She ask him "Are you slow"? Why are you a slow kid? Your handwriting is bad start over! Your so slow hurry up. It went on the whole time Caleb was being tested.

[Was anyone else involved?] Caleb told me he cried the whole time and she didn't care. Caleb mention this only because I alway let him know his tears matters.

[Who else saw what happened?] Caleb does not want to return to school. Caleb has been extremely apret. I was told by Mrs Monteirrsa that a very investigation has been made.

- 3 -

### IV. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. Caleb has undergone verball, emotionally and mental abuse. I could not protect him while he was alone with the women. I intrusted Ripp to protect Caleb while he was in their care. Saturday on March 16th 2024 I attempted to file a Restraining order from this lady and incident Report. The Sergent Pena told me I couldn't.

### V. Relief:

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation. Yes, I'm requesting compensation for this barbaric emotional set back it has caused. No child especially with a disabilitie should encounter this type of abuse. The school is also liable for this.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __18__ day of __March__, 20__24__

Signature of Plaintiff _Lynae Crawford_
Mailing Address _478 South 26th Street_
_Newark NJ. 07103 or_
_PO BOX 5668 Hillside NJ. 07205_
Telephone Number _908-465-4531_
Fax Number *(if you have one)* ___
E-mail Address _LynaeCrawford96@gmail.com_

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint.

Signature of Plaintiff: _[signature]_