AO 240A (Rev 01/10; =NJ 02/23, NJ 06/23) Order to Proceed Without Prepaying Fees or Costs

# UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| Plaintiff(s),<br><br>v.<br><br>Defendant(s). | Civil Action No.<br><br>**ORDER ON APPLICATION<br>TO PROCEED WITHOUT<br>PAYMENT OF FEES** |

Having considered the application to proceed without prepayment of fees under 28 U.S.C. §1915, **IT IS ORDERED** that the application is:

☐  **GRANTED**, and

☐  The clerk is ordered to file the complaint.

☐  **IT IS FURTHER ORDERED**, the clerk issue a summons and the U.S. Marshal serve a copy of the complaint, summons, and this order upon the defendant(s) as directed by the plaintiff(s). All costs of service shall be advanced by the United States.

☐  **DENIED**, for the following reasons:


       **IT IS FURTHER ORDERED**, the clerk is ordered to close the file. Plaintiff(s)
       may submit payment in the amount of $400 within 14 days from the date of this
       order to reopen the case without further action from the Court.

ENTERED this         day of              ,                _____

                                                          United States District Judge