
CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY

2024 MAY -8 P 1:39

LYNAE CRAWFORD
P.O. BOX 5608
HILLSIDE, N.J. 07205

LAWRENCE L. CRAWFORD AKA
JONAH GABRIEL JAHJAH T. TISHBITE
#300839 K.C.I. HD-134
4848 GOLD MINE HWY.
KERSHAW, S.C. 29067

IN RE: CASE 2:24-cv-03934-MEF-JBC IN THE NEW JERSEY DISTRICT COURT FILING AFFIDAVIT OF FACTS GIVING JUDICIAL NOTICE OF INTENDED AMENDMENT OF THE INITIAL COMPLAINT, MULTI-DISTRICT LITIGATION AND THE SEEKING OF APPOINTMENT OF LEGAL COUNSEL DUE TO THE EXTRAORDINARY CIRCUMSTANCES THAT SURROUND THIS CASE AND ITS COMPLEX NATURE ADDRESSING THE RIGHTS OF THE SOLE CORPORATION AND FOREIGN SOVEREIGN CROWN WITH ITS BENEFICIARIES OF THE CESTUI QUE TRUST AND MOTION TO STAY UNTIL MULTI-DISTRICT LITIGATION PANEL COURT REVIEW.

TO: THE NEW JERSEY DISTRICT COURT ET. AL.,

ATTACHED THE NEW JERSEY DISTRICT COURT IN THE ABOVE CAPTIONED CASE WILL FIND:

(1) A COPY OF EXHIBIT, "EXHAUSTION". THIS IS A COPY OF THE EXHAUSTION DOCUMENT DATED MARCH 28, 2024 THAT WAS SERVED ON THE INVOLVED PARTIES GIVING THEN NOTICE AND OPPORTUNITY TO REMEDY THE

CAUSES PRESENTED BEFORE THE COURT FOR WHICH THEY FAILED, AND GIVING THEM NOTICE OF THE INTENT TO FILE LEGAL ACTION.

(2) EXHIBIT, "MULTI-DISTRICT LITIGATION". THIS IA A COPY OF THE [20] PAGE AFFIDAVIT OF FACTS DATED APRIL 21, 2024 FILED BEFORE THE MULTI-DISTRICT LITIGATION PANEL COURT UNDER CASE MDL. NO. 3116. IT IS BY THIS DOCUMENT THAT WE NOTIFY THE NEW JERSEY DISTRICT COURT THAT WE INTEND TO AMEND THE § 1983 ACTION THAT IS PRESENTLY FILED WITHIN CASE 2:24-cv-03934-MEF-JBC, THAT THESE CASES, INCLUDING THE NEW JERSEY DISTRICT COURT CASE ARE A PART OF MULTI-DISTRICT LITIGATION AND THAT WE ARE SEEKING THE APPOINTMENT OF LEGAL COUNSEL. WE GIVE THE NEW JERSEY DISTRICT COURT JUDICIAL NOTICE THAT THE JURISDICTION OF THE MULTI-DISTRICT LITIGATION PANEL NOW OVERRIDES THE JURISDICTION OF THE FORUM WHERE THE NEW JERSEY DISTRICT COURT WOULD NOT HAVE THE POWER OR AUTHORITY TO INVOKE THE CHANGE OF VENUE STATUTE UNDER 28 U.S.C. § 1407 TO TRANSFER A CASE TO ITSELF. AMENDED COMPLAINT IN THIS CASE IS FORTHCOMING. WE MOTION THAT THIS CASE BE STAYED UNTIL THE MULTI-DISTRICT LITIGATION PANEL BE GIVEN OPPORTUNITY TO REVIEW THESE MATTERS. WE THANK THE COURT IN ADVANCE.

RESPECTFULLY,
LYNAE CRAWFORD

Lynae Crawford

JONAH THE TISHBITE

APRIL 23, 2024