IN THE MULTI-DISTRICT LITIGATION COURT
THE PANEL FOR MULTI-DISTRICT LITIGATION
IN THE DISTRICT OF WASHINGTON, D.C. ET. AL.,

LAWRENCE L. CRAWFORD AKA )
JONAH GABRIEL JAHJAH T. )
TISHBITE; ALTON CHISOLM; )
ANTHONY COOK ET. AL., ) MDL NO. 3116
 )
PLAINTIFFS/PETITIONERS AND )
INTERVENORS )
 )
 )
 )
 )
 ) AFFIDAVIT OF SERVICE
 )
IN RE: LAWRENCE L. CRAWFORD )
LITIGATION AND OTHER RELATED )
MATTERS )
 )
 )
 )
 )
 )

WE, LAWRENCE L. CRAWFORD AKA JONAH GABRIEL JAHJAH T. TISHBITE, JEREMIAH MACKEY JR., ALTON CHISOLM, ANTHONY COOK, ROBERT JEFFERIES, PHYLLIS YAHDINA OVERSTREET-U-DEEN, LYNAE CRAWFORD, RON SANTA McCRAY, RICHARD ADDISON, SHAWN S. BISNAUTH, ROBERT MITCHELL, HORACE ABNEY, ORLANDO PARKER, ARTHUR McQUILLA, CHRISTOPHER D. WILSON, SEQUOIA McKINNON, STANLEY DeHART III, YUSEF AQUIL, RICHARD BEEKMAN, ROMEO BROWN AND CHARLES C. WILLIAMS, DO HEREBY CERTIFY, THAT WE HAVE MAILED AND OR SERVED A COPY OF AN AFFIDAVIT OF FACTS GIVING JUDICIAL NOTICE; NOTICE OF APPEARANCE; MOTION TO INTERVENE; MOTION TO APPOINT LEGAL COUNSEL; MOTION TO EXPAND THE SCOPE AND FOR INCLUSION; MOTION TO RENEW THE

MOTION TO BE REMOVED INTO FEDERAL CUSTODY PURSUANT TO HABEAS CORPUS AND 28 U.S.C. §§ 1455(c), 1602-1612 ET. SEQ., ON THE MULTI-DISTRICT LITIGATION PANEL COURT AND ALL INVOLVED PARTIES BY U.S. MAIL, POSTAGE PREPAID, BY PLACING IT IN THE INSTITUTION MAILBOX ON APRIL 21, 2024. IT IS DEEMED FILED ON THAT DATE, HOUSTON v. LACK, 287 U.S. 266, 273-76, 108 S.Ct. 2379(U.S.1988).

RESPECTFULLY,
JONAH THE TISHBITE


ANTHONY COOK


JEREMIAH MACKEY JR.


ALTON CHISOLM


INTERVENORS

| | |
|---|---|
| PHYLLIS YAHDINA OVERSTREET-U-DEEN | ROBERT JEFFERIES |
| 15306 ROBEY AVENUE | 8101 BLACK CANYON HWY. |
| HARVEY, ILLINOIS 60426 (STE.707) | PHOENIX, ARIZONA 85021 |
| _____ | _____ |
| SIGNATURE | SIGNATURE |

2-of-20

LYNAE CRAWFORD
P.O. BOX 5608
HILLSIDE, NEW JERSEY 07205

_____
SIGNATURE

RICARDO ADDISON
#161445 DORM 4
LEE C.I. 990 WISACKY HWY.
BISHOPVILLE, S.C. 29010

_____
SIGNATURE

ROBERT MITCHELL
#262003 DORM 6
LEE C.I. 990 WISACKY HWY.
BISHOPVILLE, S.C. 29010

_____
SIGNATURE

ORLANDO PARKER
#346628 DORM 2
LEE C.I. 990 WISACKY HWY.
BISHOPVILLE, S.C. 29010

_____
SIGNATURE

RON SANTA McCRAY
#353031 BLUFFTON RM.135
RIDGELAND C.I.
P.O. BOX 2039
RICHLAND, S.C. 29936

_____
SIGNATURE

SHAWN S. BISNAUTH
#323432 DORM 7
LEE C.I. 990 WISACKY HWY
BISHOPVILLE, S.C. 29010

_____
SIGNATURE

HORACE ABNEY
#316024 DORM 4
LEE C.I. 990 WISACKY HWY
BISHOPVILLE, S.C. 29010

_____
SIGNATURE

ARTHUR McQUILLA
#152425 DORM 6
LEE C.I. 990 WISACKY HWY
BISHOPVILLE, S.C. 29010

_____
SIGNATURE

CHRISTOPHER D. WILSON
#316742 SANTEE-B-217
610 S.C.-9
BENNETTSVILLE, S.C. 29512

_____
SIGNATURE

STANLEY DeHART III
#336126 DORM 6
LEE C.I. 990 WISACKY HWY.
BISHOPVILLE, S.C. 29010

_____
SIGNATURE

RICHARD BEEKMAN
#347134 DORM 6
LEE C.I. 990 WISACKY HWY
BISHOPVILLE, S.C. 29010

_____
SIGNATURE

CHARLES C. WILLIAMS
#383198 F5D. RM. 141
LEE C.I. 990 WISACKY HWY.
BISHOPVILLE, S.C. 29010

_____
SIGNATURE
2023-CP-23-03461

APRIL 21, 2024

SEQUIOA McKINNON
#368688 K.C.I. OAK DORM
4848 GOLD MINE HWY.
KERSAW, S.C. 29067

_____
SIGNATURE

YUSEF AQUIL
#226843 DORM 2
LEE C.I. 990 WISACKY HWY
BISHOPVILLE, S.C. 29010

_____
SIGNATURE

ROMEO BROWN
#185544 DORM 2
LEE C.I. 990 WISACKY HWY
BISHOPVILLE, S.C. 29010

_____
SIGNATURE

4-of-20



IN THE MULTI-DISTRICT LITIGATION COURT
THE PANEL FOR MULTI-DISTRICT LITIGATION
IN THE DISTRICT OF WASHINGTON, D.C. ET. AL.

| | |
|---|---|
| LAWRENCE L. CRAWFORD AKA JONAH GABRIEL JAHJAH T. TISHBITE; ALTON CHISOLM; ANTHONY COOK ET. AL., | MDL NO. 3116 |
| PLAINTIFFS/PETITIONERS AND INTERVENORS | AFFIDAVIT OF FACTS GIVING JUDICIAL NOTICE; NOTICE OF APPEARANCE; MOTION TO INTERVENE; MOTION TO APPOINT LEGAL COUNSEL; MOTION TO EXPAND THE SCOPE AND FOR INCLUSION; MOTION TO RENEW |
| IN RE: LAWRENCE L. CRAWFORD LITIGATION AND OTHER RELATED MATTERS | THE MOTION TO BE REMOVED INTO FEDERAL CUSTODY PURSUANT TO HABEAS CORPUS AND 28 U.S.C. §§ 1455(c), 1602-1612 ET. SEQ.. |

IN RE: LAWRENCE L. CRAWFORD LITIGATION AND PHYLLIS YAHDINA OVERSTREET-U-DEEN 15306 ROBEY AVENUE SUITE # 707 HARVEY, ILLINOIS 60426 AN INTERVENOR UNDER CASE 2:23-cv-02962-JLG-CHG IN THE OHIO DISTRICT COURT; JEREMIAH MACKEY JR. 3399 CLARKSTON AVENUE COLUMBUS, OHIO 43232 IN CASE 2:23-cv-02962-JLG-CHG IN THE OHIO DISTRICT COURT; ROBERT JEFFERIES 8101 BLACK CANYON HWY. ROOM 154 PHOENIX, ARIZONA 85021 REGARDING CASE NO. 850-GJ-107 AND CR2023-007301-0001 A CASE WITHIN THE STATE OF ARIZONA WHICH CRAWFORD INTERVENED DUE TO CLAIMS OF DEFAULT AND VOIDING OF JURISDICTION EMERGING FROM THE STATE OF MISSOURI IN PCR THAT IS

5-of-20

THE SOURCE OF THE ARIZONA ACTION, TO ESTABLISH ALL RIGHTS, TITLES, PRIVILEGES AND IMMUNITIES OF JEFFERIES AS A BENEFICIARY OF THE CESTUI QUE TRUST AS ARGUED BEFORE THE FEDERAL COURTS INVOLVED AND WHERE THE ARIZONA STATE CASE IS PETITIONED REMOVED TO THE OHIO, KENTUCKY AND PHILADELPHIA DISTRICT COURTS INVOLVED IN THESE MULTI-DISTRICT LITIGATION CASES; LYNAE CRAWFORD AND C.M. (MINOR CHILD) FOREIGN SOVEREIGN HEIRS TO CRAWFORD, PLAINTIFFS RESIDING AT P.O. BOX 5608 HILLSIDE, NEW JERSEY 07205 LISTED UNDER CASE 2:24-cv-03934-MEF-JBC IN THE NEW JERSEY DISTRICT COURT FOR WHICH THE COMPLAINT IS SOON TO BE AMENDED TO REFLECT THE SEEKING TO ESTABLISH ALL RIGHTS, TITLES, PRIVILEGES AND IMMUNITIES OF LYNAE CRAWFORD AND C.M. (MINOR CHILD) AS BENEFICIARIES OF THE CESTUI QUE TRUST AS IS ARGUED BEFORE THE FEDERAL COURTS INVOLVED IN THESE MULTI-DISTRICT LITIGATION CASES; ALTON CHISOLM 4546 BROAD RIVER ROAD COLUMBIA, S.C. 29210 PLAINTIFF UNDER CASE 24-cv-659-PD IN THE PHILADELPHIA DISTRICT COURT AND THE KENTUCKY DISTRICT COURT VIA NEW CASE BEING PROCESSED VIA THE INDEPENDENT ACTION RULE FOR FRAUD UPON THE COURT; ANTHONY COOK #115157 K.C.I. HA-159 4848 GOLD MINE HWY KERSHAW, S.C. 29067 A PLAINTIFF UNDER CASE 24-cv-659-PD AND THE NEW KENTUCKY DISTRICT COURT CASE BEING FILED AND PROCESSED FOR FRAUD UPON THE COURT. THIS INCLUDES THE OTHER INTERVENORS RON SANTA McCRAY, RICHARD ADDISON, SHAWN L. BISNAUTH, ROBERT MITCHELL, HORACE ABNEY, ORLANDO PARKER, ARTHUR McQUILLA, CHRISTOPHER D. WILSON, SEQUOIA McKINNON, STANLEY DeHART III, RICHARD BEEKMAN, ROMEO BROWN, YUSEF AQUIL, RICKY BOWMAN AND CHARLES C. WILLIAMS WHOSE NAMES APPEAR UNDER CASE 2:23-cv-02962-JLG-CHG IN THE OHIO DISTRICT COURT AND UNDER THE KENTUCKY DISTRICT COURT CASE NO. 3:24-cv-00028-JHM THAT WAS INAPPROPRIATELY DISMISSED BY FRAUD UPON THE COURT THAT IS TIMELY SOUGHT VACATED UNDER THE INDEPENDENT ACTION RULE, ALL OFFICIALLY APPEAR BEFORE THE MULTI-DISTRICT LITIGATION PANEL UNDER CASE MDL. NO. 3116.

TO: THE MULTI-DISTRICT LITIGATION PANEL COURT ET. AL.,
6-of-20

THE MULTI-DISTRICT LITIGATION PANEL COURT SENT NOTIFICATION TO THE PLAINTIFFS/PETITIONERS UNDER CASE MDL. NO. 3116, INFORMING US OF DEADLINES FOR RESPONSES AND APPEARANCE BY APRIL 26, 2024. THE PETITIONERS/INTERVENORS/PLAINTIFFS GIVE THE MULTI-DISTRICT LITIGATION PANEL AND COURT JUDICIAL NOTICE OF APPEARANCE AND MOTION TO INTERVENE BY THE INTERVENORS THAT ARE BEFORE THE OHIO DISTRICT COURT INVOLVED IN THESE MULTI-DISTRICT LITIGATION CASES TO PROTECT OUR ACQUIRED INTEREST, THAT WE OFFICIALLY MOTION FOR THE APPOINTMENT OF LEGAL COUNSEL, WITH THE EXCEPTION OF LAWRENCE L. CRAWFORD AKA JONAH GABRIEL JAHJAH T. TISHBITE, WHO WILL REMAIN PRO SE, WHICH INCLUDE THE PROCEEDINGS FOR JEREMIAH MACKEY JR BEFORE THE FRANKLIN COUNTY OHIO COURT, DUE TO THE UNPRECEDENTED, EXTRAORDINARY CIRCUMSTANCES THAT SURROUND THIS CASE AND THE EXTREMELY COMPLEX NATURE OF THE PROCEEDINGS PLACED BEFORE THE FEDERAL COURTS INVOLVED, SUCH AS THESE MATTERS REMAINING UNRESOLVED FOR OVER (16+) YEARS SINCE 2006 IN ACTS OF FRAUD UPON THE COURT, CRIMINAL CONSPIRACY, KIDNAPPING AND OBSTRUCTION OF JUSTICE WHERE THERE ARE ACTUAL INNOCENCE CLAIMS VIA DNA EVIDENCE SOUGHT ATTACHED, DUE TO THE CONTINUOUS PHYSICAL ASSAULTS AND OR ASSASSINATION ATTEMPTS MADE AGAINST THE SOVEREIGN FIDUCIARY HEIR, KING AND NAZARITE HIGH PRIEST OF THE ONE TRUE GOD'S LIFE INVOLVING THE DEFENDANTS IN THIS CASE, AND THE ILLEGAL KIDNAPPING OF A FOREIGN SOVEREIGN OFFICIAL ESTABLISHED BY "CONTRACT" BY "COVENANT" PROTECTED UNDER ARTICLE 1 § 10 OF THE U.S. CONST. IS INVOLVED, DUE TO CRIMINAL ACTIVITY BEING ALLEGED AGAINST THE VARIOUS INVOLVED STATE AND OR FEDERAL DEFENDANTS WITHIN THIS CASE, DUE TO THE ISSUE OF SAME SEX MARRIAGE GLOBALLY BEING ARGUED IN THIS CASE AS THE INTELLECTUAL PROPERTY OF THE SOLE CORPORATION AND FOREIGN SOVEREIGN CROWN GIVEN TO THE GLOBAL NATIONS AS A "GRANT" WHICH HAD CLEAR RESTRICTIONS WHICH THE VARIOUS GLOBAL NATIONS VIOLATED ESTABLISHING CAUSE OF ACTION, DUE TO THE LEGAL ISSUES OF RELIGIOUS PROPHESY ATTACKING CRIMINAL CONVICTIONS AROUND THE NATION BEING ARGUED THAT APPLY TO ALL (50) STATES, DUE TO ISSUES OF CHALLENGING THE CONSTITUTIONALITY OF THE 1996 CLINTON BILL WITH ITS MINIMUM AND MAXIMUM SENTENCING GUIDELINES, 3 STRIKE, PLRA AND AEDPA PROVISIONS, DUE TO THE ISSUE

OF REPARATION FOR THE TRANSATLANTIC SLAVE TRADE BEING ARGUED UNDER THE FOREIGN SOVEREIGN IMMUNITY ACT'S STATE SPONSORED TERRORISM, COMMERCIAL AND EXPROPRIATION EXCEPTION UNDER THE F.S.I.S. ALSO WHERE DECEDENT DOMICILE CLAIMS ATTACH, AND DUE TO THE FIDUCIARY KING, KHALIFAH, IMAM, NARARITE HIGH PRIEST OF THE ONE TRUE GOD AND THE BENEFICIARIES OF THE CESTUI QUE TRUST SEEKING TO LEGALLY ESTABLISH AND OR HAVE ACKNOWLEDGED AND OR TO EXERCISE ALL RIGHTS, TITLES, PRIVILEGES AND IMMUNITIES RELATED TO THE DEFAULT AND VOIDING OF JURISDICTION EMERGING FROM THE CRAWFORD RICHLAND COUNTY COMMON PLEAS COURT STATE CASES IN SOUTH CAROLINA RELIED UPON, INVOLVING THE UNITED STATES, THE S.C. ATTORNEY GENERAL, THE STATE OF SOUTH CAROLINA, RICHLAND COUNTY, KERSHAW COUNTY, THE S.C. DEPT. OF CORRECTIONS WITH ITS EMPLOYEES AND OTHER VARIOUS SOUTH CAROLINA COUNTIES AND OR PARTIES INVOLVED, AND THE OTHER (193) MEMBER STATES OF THE UNITED NATIONS. THE INTERVENORS LISTED UNDER CASE 2:23-cv-02962-JLG-CHG IN THE OHIO DISTRICT COURT MOTION TO INTERVENE BY RIGHT, NOT PERMISSION, UNDER CASE MDL. NO. 3116 TO PROTECT OUR ACQUIRED INTEREST RELATED TO ALL MATTERS PRESENTLY PRESENTED BEFORE THE MULTI-DISTRICT LITIGATION PANEL AND ALL OTHER COURTS INVOLVED.

THE PETITIONERS/INTERVENORS/PLAINTIFFS MOTION TO EXPAND THE SCOPE AND FOR INCLUSION AND THAT THE "FULL" (EMPHASIS ADDED) COMPLAINT FILED BEFORE THE OHIO DISTRICT COURT BE EXPANDED AND INCLUDED WITHIN THESE MULTI-DISTRICT LITIGATION PROCEEDING AND BE DEEMED ATTACHED TO THE FACE OF THIS DOCUMENT DUE TO THE EGREGIOUS ACTS OF CRIMINAL CONSPIRACY, OBSTRUCTION OF JUSTICE ON THE PART OF THE S.C. DEPT. OF CORRECTIONS AND OTHER SOUTH CAROLINA STATE DEFENDANTS CONSPIRING UNDER COLOR OF LAW IN AN EXTRA-TERRITORIAL CONSPIRACY TO THWART JUST AND FAIR REVIEW ESTABLISHING "CAUSE AND PREJUDICE" AND STATE INTERFERENCE TO PREVENT LEGAL COPY OF THE OHIO COMPLAINT AND OTHER LEGAL FILINGS FROM BEING ATTACHED TO THE PLEADING THAT IS PRESENTLY BEFORE THE MULTI-DISTRICT LITIGATION PANEL COURT UNDER CASE MDL. NO. 3116. THE S.C.D.C. DEFENDANTS ARE BLOCKING LEGAL COPIES AND LAW LIBRARY ACCESS KEEPING IT TO A DRACONIAN BARE MINIMUM IN VIOLATION OF THEIR OWN POLICIES TO

RETALIATE AGAINST THE FIDUCIARY HEIR AND BENEFICIARIES OF THE CESTUI QUE TRUST FOR BRINGING THIS ACTION IN VIOLATION OF 42 U.S.C. § 12203(a)(b) OF THE AMERICANS WITH DISABILITIES ACT AND THE 1st. AMENDMENT ACCESS TO THE COURT CLAIM WHICH THE FIDUCIARY HEIR FALLS UNDER ADA, TO PREVENT THE PERFECTING OF THIS ACTION BEFORE THE COURTS. THUS, CAUSE AND PREJUDICE IS ESTABLISHED AND THE PLAINTIFFS/PETITIONERS/INTERVENORS DO NOT WAIVE OR FORFEIT THE RIGHT TO HAVE THE "FULL" (473) PAGE COMPLAINT BEFORE THE OHIO DISTRICT COURT BE MADE A PART OF THE COURT RECORD UNDER CASE MDL. NO. 3116. AGAIN, FOR THE RECORD, THE PETITIONERS/INTERVENORS/PLAINTIFFS WANT TO MAKE IT CLEAR THAT THE PLAINTIFF, LAWRENCE L. CRAWFORD AKA JONAH GABRIEL JAHJAH T. TISHBITE, WILL CONTINUE TO EXERCISE HIS CONSTITUTIONALLY PROTECTED DUE PROCESS RIGHT TO REMAIN PRO SE WHILE THE BENEFICIARIES OF THE CESTUI QUE TRUST PRESENTED INVOKE THEIR RIGHT TO SEEK THE APPOINTMENT OF LEGAL COUNSEL TO REPRESENT THEM IN THESE MATTERS DUE TO THE UNPRECEDENTED, EXTRAORDINARY CIRCUMSTANCES THAT SURROUND THESE MULTI-DISTRICT LITIGATION CASES AND DUE TO THE EXTREMELY COMPLEX NATURE OF THE PROCEEDINGS BEFORE ALL COURTS INVOLVED.

INSOMUCH, THIS IS THE CRUX OF THE MATTERS HONORABLE MULTI-DISTRICT LITIGATION PANEL COURT. NOT ONLY ARE WE DEALING WITH THE UNPRECEDENTED AND EXTRAORDINARY NATURE OF THE PROCEEDINGS AS AFOREMENTIONED, ALSO PRODUCING POTENTIALLY ONE OF THE MOST COMPLEX CASES PLACED FORTH WITHIN THIS NATION OR EARTH'S JUDICIAL HISTORY. THE SOUTH CAROLINA DEFENDANTS LISTED IN THESE CASES HAVE HELD EVIDENCE OF ACTUAL INNOCENCE FROM CRAWFORD IN THE FORM OF DNA TESTING AND THE SLED INVESTIGATIVE FILE IN QUESTION TO PREVENT DISCLOSURE WHICH WOULD HAVE INDISPUTABLY PROVEN THEY ENGAGED IN CRIMINAL ACTIVITY CONSPIRING UNDER COLOR OF STATE LAW AND CREATED A FICTITIOUS HOMICIDE FRAMING THE FIDUCIARY HEIR, KING AND NAZARITE HIGH PRIEST OF THE ONE TRUE GOD BEHIND RELIGIOUS AND RACIAL HATRED, KNOWING FROM THE VERY ONSET THAT CRAWFORD WAS INNOCENT, IN ACTS OF FRAUD AND KIDNAPPING, UTILIZING THEIR OFFICE AS A CLOAK OF LAWLESSNESS IN ACTS THAT SHOCK THE

CONSCIENCE AND DEFY "JUSTICE AND FAIRNESS". THIS IS COMPOUNDED BY THE FACT THAT THE PLAINTIFFS/PETITIONERS/INTERVENORS FROM THE STATE OF SOUTH CAROLINA, LED BY THE FIDUCIARY HEIR, KING BY HIS ORIGINAL STATUS AS SUCH VIA THE 3 HOLY BOOKS, LIVING AND BINDING "CONTRACTS", "COVENANTS", DEFAULTED ON BY THE UNITED STATES AND OTHER PARTIES, DISCOVERED THAT THE SOUTH CAROLINA STATE COURTS, ITS ATTORNEY GENERAL, ITS SOLICITOR OFFICES AROUND THE STATE OF SOUTH CAROLINA WERE ENGAGING IN SHAM LEGAL PROCESS BY PRODUCING INDICTMENTS GIVING A FRAUDULENT PERCEPTION THAT THE INDICTMENTS WERE PROPERLY RETURNED BY A LEGITIMATE GRAND JURY WHEN IN TRUTH, NO SUCH LEGITIMATE OR REAL GRAND JURY EVER CONVENED THE TIME THE ALLEGED INDICTMENTS WERE ISSUED WHERE THE STATE ACTORS ILLEGALLY RUBBER STAMPED THE INDICTMENTS IN THEIR EFFORTS TO ENGAGE IN CRIMINAL ACTS OF KIDNAPPING THE CITIZENS OF THIS STATE AND IN THEIR EFFORTS TO ESTABLISH A NEW FORM OF MODERN DAY SLAVERY AS DEPICTED BY THE RENOWN INDEPENDENT INVESTIGATOR AND STANFORD LAW PROFESSOR, MICHELLE ALEXANDER, IN HER BOOK ENTITLED, "MASS INCARCERATION DURING THE AGE OF COLORBLINDNESS, THE NEW JIM CROW" WHICH IS TO BE PLACED BEFORE THE JURY AS EVIDENCE TO SUPPORT THIS CLAIM ALSO IN A CONSPIRACY TO TAKE AWAY OUR RIGHT TO VOTE IN VIOLATION OF THE 13TH. AND 15TH. AMENDMENTS. THE SOUTH CAROLINA DEFENDANTS HAVE BEEN ENGAGING IN THIS ILLEGAL ACTIVITY FOR DECADES WHERE SOME OF THESE SUPPOSED INMATES WERE EVEN GIVEN THE DEATH PENALTY DEPENDING UPON THE CASE BY SHAM LEGAL PROCESS WHICH EVEN OPEN THESE STATE ACTORS TO CHARGES OF "MURDER" BY SHAM LEGAL PROCESS WHICH IS WHY THEY ALSO ENGAGED IN ASSASSINATION ATTEMPTS AGAINST US TO KEEP THESE MATERIAL FACTS FROM BEING A MADE OF ANY COURT RECORD AND BEING MADE PUBLIC AND PREVENT ANY POTENTIAL § 1407 TRANSFER DIRECTING THEIR ACTIVITIES AT THE VARIOUS FEDERAL DISTRICTS INVOLVED, AND DUE TO THE LEGAL ISSUES OF RELIGIOUS PROPHESY SHOWING UP IN THE PLAINTIFFS AND OR ALL THE INTERVENORS PCR CASES. THEY CONSPIRED ACROSS MULTIPLE STATE AND FEDERAL JURISDICTIONS IN EXTRA TERITORIAL CONSPIRACY TO THWART "JUST AND FAIR" REVIEW, ALSO HOLDING THE INTERVENORS PCR CASES, INCLUDING THE JEFFERIES PCR IN MISSOURI, IN LIMBO, ESTABLISHING CAUSE, PREJUDICE AND INJURY, HOLDING MANY OF THE CASES OTHER THAN CRAWFORD FOR OVER (5) YEARS, CRAWFORD OVER (16+) YEARS, AND STILL

COUNTING, ALSO IN ACTS OF RETALIATION IN VIOLATION OF 42 U.S.C. § 12203(a)(b) OF THE AMERICANS WITH DISABILITIES ACT, DUE TO THE OTHER PLAINTIFFS/PETITIONERS/INTERVENORS ALLOWING AND AIDING CRAWFORD TO PLACE THE LEGAL ISSUES AND OTHER MATTERS BEFORE THE VARIOUS COURTS INVOLVED AT BOTH THE STATE AND FEDERAL LEVEL WITHIN THE 4TH. CIRCUIT SUPPORTING THE § 1407 TRANSFER, TO INCLUDE ALL PCR CASES REFERRED TO AS TAG ALONG CASES. THEIR DISCRIMINATORY BEHAVIOR, CONSPIRACY, FRAUD AND OBSTRUCTION OF JUSTICE ARE MORE THAN SUFFICIENT REASON TO APPOINT LEGAL COUNSEL TO AID IN THE HALTING OF THE DISCRIMINATORY BEHAVIOR, INJUSTICE AND CRIMINAL ACTIVITY ON THE PART OF THE RELEVANT DEFENDANTS INVOLVED REGARDING THESE MULTI-DISTRICT LITIGATION CASES.

THIS IS NOT ALL. NOT ONLY ARE THE S.C. DEPT. OF CORRECTIONS DEFENDANTS BREAKING COPY MACHINES, DENYING SUFFICIENT COPIES TO PREVENT FULL AND PROPER SERVICE UPON THE PARTIES IN HOPES OF CREATING A DEFICIENCY IN SERVICE TO JUSTIFY AN UNWARRANTED DISMISSAL WHICH IS WHY WE AGAIN MOTION TO SUSPEND THE RULES FOR ANY DEFICIENCY IN SERVICE DUE TO STATE INTERFERENCE. IN BOTH THE ROBERT JEFFERIES CASE IN THE STATE OF ARIZONA AND THE JEREMIAH MACKEY JR. CASE IN THE STATE OF OHIO. THE STATE AND FEDERAL ACTORS LISTED AS DEFENDANTS IN THE CASES, COMPROMISED THE HIRED ATTORNEY FOR ROBERT JEFFERIES IN THE STATE OF ARIZONA AND THE COUNTY ATTORNEY IN FRANKLIN COUNTY OHIO IN THE JEREMIAH MACKEY JR. PENDING CASE. THEY ARE CONSPIRING UNDER COLOR OF STATE LAW ACROSS MULTIPLE STATE AND FEDERAL JURISDICTIONS IN ACTS OF FRAUD UPON THE COURT AND IN EGREGIOUS VIOLATIONS OF THE SEPARATION OF POWERS CLAUSE, MAKING EVERY CRIMINAL AND UNCONSTITUTIONAL EFFORT TO IGNORE AND OR CIRCUMVENT THE REMOVAL OF THE ROBERT JEFFERIES STATE OF ARIZONA CASE AND JEREMIAH MACKEY JR. FRANKLIN COUNTY OHIO CASE, CONSPIRING TO PLACE AN ORDER OF CONTINUANCE IN BOTH THE CASES IN QUESTION WHEN BY LAW THEY HAVE NEITHER, POWER, AUTHORITY OR JURISDICTION TO DO SO, WHEN THE FUNDAMENTAL PRINCIPLES OF LAW AS IT RELATES TO THIS ISSUE ARE THE SAME IN BOTH THE STATES OF ARIZONA AND OHIO AS IT IS IN JUST ABOUT ALL THE OTHER (48) STATES WHICH ESTABLISH: "WHEN A PETITION IS FILED FOR REMOVAL OF A CAUSE TO FEDERAL COURT, STATE COURT

LOSES JURISDICTION IF CAUSE IS A PROPER SUBJECT OF REMOVAL AND ANY ORDER MADE BY STATE COURT THEREAFTER IS VOID. ONCE A NOTICE OF REMOVAL IS FILED, THE STATE COURT LOSES "ALL", "ALL" JURISDICTION, TO INCLUDE THE ABILITY TO PLACE AN ORDER OF CONTINUANCE, OVER THE CASE, AND BEING WITHOUT JURISDICTION ITS SUBSEQUENT PROCEEDINGS AND JUDGMENTS ARE NOT SIMPLY ERRONEOUS, BUT ABSOLUTELY VOID, BECAUSE EVERY ORDER THEREAFTER MADE IN THAT COURT IS CORAM NON JUDICE", 28 U.S.C. §§ 1446(d), 1602-1612 ET. SEQ.; ROMAN CATHOLIC ARCHDIOCES OF SAN JUAN, PUERTO RICO v. ACEVADO FELICIANO, 589 U.S.---, 140 S.Ct. 696(U.S.2020); WESTERN INDEM CO. v. KENDALL, 27 ARIZ. 342, 233 P. 583(ARIZ.1925).

PURSUANT TO THE STANDARD OF PROFESSIONAL CONDUCT AND ETHICS OBLIGATIONS. LAWYERS SHOULD NOT NEGLECT LEGAL MATTERS ENTRUSTED TO THEM SUCH AS THE RIGHT OF REMOVAL BEING PROPERLY FILED WHICH THEY ARE TRYING TO IGNORE OR USURP BY FRAUD AND OBSTRUCTION OF JUSTICE. DIFFERENT INTEREST BETWEEN LAWYER AND CLIENTS AS IT RELATES TO THE DUE PROCESS RIGHT TO SEEK REMOVAL AND EXERCISE FEDERAL FORUM IS ARGUABLE BASES OF LAW PRODUCING DISADVANTAGE TO THE PLAINTIFFS/PETITIONERS/INTERVENOR REQUIRING FULL DISCLOSURE AND ACKNOWLEDGING ON THE COURT RECORD WHERE THEY MUST STOP THIS FRAUD REQUIRING SANCTIONS. THUS, WE SEEK THE APPOINTMENT OF LEGAL COUNSEL AS PART OF SANCTIONS AGAINST THE CONSPIRING PARTIES INVOLVED, 17A A.R.S. Sup.Ct. RULES 29(a) CODE OF PROF. RESP. D.R. 5-10(A); MATTER OF PAPPAS, 159 ARIZ. 516, 768 P.2d. 1161(ARIZ.1988); MATTER OF WADE, 168 ARIZ. 412, 814 P.2d. 753(ARIZ.1991); CECALA v. NEWMAN, 532 F.Supp.2d. 1118(D.Ariz.2007). DUE TO THE CONTINUOUS ACTS OF FRAUD UPON THE COURT, CRIMINAL CONSPIRACY AND OBSTRUCTION OF JUSTICE CONTINUOUSLY OCCURRING INVOLVING THESE MATTERS, THESE JURISDICTIONAL FACTS ADD TO IT BEING SIGNIFICANTLY APPROPRIATE THAT THE PANEL AND FEDERAL COURTS INVOLVED APPOINT LEGAL COUNSEL TO REPRESENT THE PETITIONERS/PLAINTIFFS/INTERVENORS IN THESE MULTI-DISTRICT LITIGATION CASES.

THE PLAINTIFF, ALTON CHISOLM, IS MENTALLY CHALLENGED AS WELL AS THE PLAINTIFF, ANTHONY COOK, NOT EVEN POSSESSING HIGH

SCHOOL DIPLOMA, WHERE ANY ABILITY ON THE PART OF THESE TWO PLAINTIFFS/PETITIONERS TO BE ABLE TO NAVIGATE THESE EXTREMELY COMPLEX PROCEEDINGS WOULD BE SUBSTANTIALLY IMPAIRED AND BE SUSPECT TO SAY THE LEAST. THIS TOO WOULD SUPPORT THE APPOINTING OF LEGAL COUNSEL TO REPRESENT THEM UNDER THESE EXTRAORDINARY CIRCUMSTANCES THAT SURROUND THIS CASE. THIS ALSO INCLUDES FOR JEREMIAH MACKEY JR. WHO SUFFERS FROM DYSLEXIA. THE PLAINTIFF, C.M., IS THE MINOR CHILD OF LYNAE CRAWFORD, DAUGHTER AND GRAND TO THE FIDUCIARY HEIR, KING, CRAWFORD, WHOM THE ESTABLISHING OF ALL RIGHTS, TITLES, PRIVILEGES AND IMMUNITIES OF THE SOLE CORPORATION AND FOREIGN SOVEREIGN CROWN IS SOUGHT BY INTENDED AMENDMENT TO THE COMPLAINT WHERE (C.M.), THE MINOR CHILD, ALSO SUFFERS FROM AUTISM WHICH IS ONE OF THE ESSENTIAL REASONS WHY THE ATTACK UPON HIM IN THE FIRST PLACE WHICH IS THE MAIN CAUSE OF THE ACTION BEFORE THE NEW JERSEY DISTRICT COURT BEING FILED. THUS, ALL THESE AFOREMENTIONED PARTIES/PLAINTIFFS/INTERVENORS/PETITIONERS WOULD ALSO FALL UNDER THE AMERICANS WITH DISABILITIES ACT AND DUE TO COMPLEX NATURE OF THE CASES INVOLVED THE APPOINTED OF LEGAL COUNSEL UNDER THESE EXTRAORDINARY CIRCUMSTANCES WOULD NOT BE INAPPROPRIATE AND WOULD SERVE THE INTEREST OF JUSTICE.

ALTHOUGH PLAINTIFFS/INTERVENORS/PETITIONERS DO NOT HAVE A STATUTORY OR CONSTITUTIONAL RIGHT TO AN ATTORNEY IN CIVIL SUITS, A DISTRICT COURT, AS WELL AS THE MULTI-DISTRICT LITIGATION PANEL COURT, MAY SEEK LEGAL REPRESENTATION SINCE THE MULTI-DISTRICT LITIGATION PANEL COURT OPENED THE DOOR FOR IT TO BE SOUGHT BY REQUIRING ANY SOUGHT APPEARANCE OF PARTIES AND COUNSEL. THIS SHOULD BE DONE FOR PARTIES WHO DEMONSTRATE SPECIAL CIRCUMSTANCES AS PRESENTED IN THIS CASE, INDICATING LIKELIHOOD OF SUBSTANTIAL PREJUDICE TO PLAINTIFFS/PETITIONERS/INTERVENORS RESULTING FROM PLAINTIFFS/INTERVENORS/PETITIONERS INABILITY WITHOUT SUCH ASSISTANCE TO PRESENT FACTS AND LEGAL ISSUES TO COURT IN COMPLEX BUT ARGUABLE MERITOUS CASE, WHERE IN THIS CASE THERE IS DEFAULT EMERGING FROM CRAWFORD STATE CASES RELIED UPON THAT GOES TOWARDS MERITS AS WELL ALSO DUE TO THE VOIDING OF JURISDICTION BY UNCONSTITUTIONAL ACTION, OWENS ALI v. PENNEL, 672 F.Supp.2d. 647 (D.Del.2009). AS A THRESHOLD MATTER INDIGENT PLAINTIFFS CASE,

WHICH ALL ARE INDIGENT, MUST HAVE SOME ARGUABLE MERIT IN FACT AND LAW WHICH SUCH DO EXIST WHERE DEFAULT AND VOIDING OF STATE COURT JURISDICTION IS ESTABLISHED AND WHERE MATTERS THAT RELATE TO CONVICTION ARE HISTORICALLY MERITOUS LEGAL CLAIMS, TO INCLUDE THOSE RELATED TO RELIGION AND ACCESS TO THE COURTS PROTECTED UNDER THE 1st. AMENDMENT, RIGHTS OF CONTRACT, THE PSYCHOLOGICAL ASSAULT UPON THE MINOR CHILD (C.M.), ALL HAVE ARGUABLE MERIT IN FACT AND LAW, BLACK v. UNITED STATES, 436 F.Supp.3d. 813(D.N.J.2020). COUNSEL SHOULD BE APPOINTED WHERE AN INDIGENT PLAINTIFF WITH A POTENTIALLY MERITOUS CLAIM IS NOT FULLY ABLE TO PROSECUTE HIS OR HER CASE IN LIGHT OF OVERALL COMPLEXITY OF THE CASE WHERE IN THIS CASE EVEN REPARATIONS FOR THE TRANSATLANTIC SLAVE TRADE IS BEING SOUGHT AGAINST THE (194) MEMBER STATES OF THE UNITED NATIONS WHOSE STATES PLAYED APART IN THIS STATE SPONSORED TERRORISM UNDER THE FOREIGN SOVEREIGN IMMUNITY ACT, A STATUTE ALREADY IN PLACE FOR THESE MATTERS TO BE HEARD UNDER ALSO DUE TO DECEDENT DOMICILE CLAIMS BEING ATTACHED, SHIFFLETT v. KORSZNIAK, 934 F.3d. 356(3rd.Cir.2019). WHETHER EXCEPTIONAL CIRCUMSTANCES EXIST WARRANTING A REQUEST BY A COURT THAT AN ATTORNEY REPRESENT AN INDIGENT PLAINTIFF, EVEN IN THE JEFFERIES CASE WHERE THE STATE ACTORS COMPROMISED THE HIRED ATTORNEY REQUIRING REMEDY, WHERE INDIGENCE IS ALSO ESTABLISHED, DEPENDS ON THE TYPE AND COMPLEXITY OF THE CASE AND THE ABILITY OF THE PLAINTIFFS TO PRESENT IT. THUS, IN FUNDAMENTAL FAIRNESS TO THE INTERVENORS/PLAINTIFFS/PETITIONERS, OTHER THAN THE FIDUCIARY HEIR, KING AND NAZARITE HIGH PRIEST OF THE ONE TRUE GOD, LEGAL COUNSEL SHOULD BE APPOINTED FOR THE SAKE OF "JUSTICE AND FAIRNESS", BRANHAM v. CITY OF LYNCHBURG, 644 F.Supp.3d. 215 (W.D.Va.2022); TRANSUNION LLC. v. RAMIREZ, 594 U.S. 413, 141 S.Ct. 2190, 210 L.Ed.2d. 568(U.S.2021); IN RE: PLUMBING FIXTURE CASES, 298 F.Supp. 484 (MDLP.1968); MALLARD v. U.S. DIST. COURT OF SOUTHERN DIST. OF IOWA, 490 U.S. 296, 109 S.Ct. 1814, 104 L.Ed.2d. 318 (U.S.1989); AMBAR v. FEDERAL REPUBLIC of GERMANY, 596 F.Supp.3d. 76 (D.D.C.2022)(ADDRESSING RIGHTS UNDER THE F.S.I.A.). ALSO SEE COMMITTEE ON JUDICIARY OF UNITED STATES HOUSE OF REPRESENTATIVES v. McGAHN, 968 F.3d. 755(D.D.C.2020); GREGGS v. AUTISM SPEAKS, 987 F.Supp.2d. 48 (D.D.C.2013); GASKINS v.



McINTYRE, 314 F.Supp.3d. 365(D.D.C.2018).

    THE PLAINTIFFS/PETITIONERS/INTERVENORS ALSO MOTION BEFORE THE MULTI-DISTRICT LITIGATION PANEL COURT, TO INCLUDE ANY OTHER RELEVANT COURT, TO ACCEPT AND ALSO CONSTRUE THIS PLEADING AS A FUNCTIONAL EQUIVALENT TO PETITION SEEKING HABEAS CORPUS UNDER § 1983. NORMALLY SEEKING PETITION FOR HABEAS CORPUS WOULD BE DONE UNDER §§ 2241 OR 2254 IN THIS INSTANCE, BUT THERE ARE EXCEPTIONAL CIRCUMSTANCES THAT APPLY IN THIS CASE WHERE BY THE LITIGATION PRESENTED, THE FRAUD, CRIMINAL CONSPIRACY, OBSTRUCTION OF JUSTICE AND UNCONSTITUTIONAL ACTION VOIDING STATE JURISDICTION THAT IS UBIQUITOUS IN THESE CASES, THE CONVICTIONS ARE ALREADY INVALIDATED, WHICH INCLUDE THE SEEKING OF ESTABLISHING RIGHTS OF NON PARTY RES JUDICATA AND OR COLLATERAL ESTOPPEL EMERGING FROM THE CRAWFORD STATE CASES RELIED UPON. THESE JURISDICTIONAL FACTS WOULD NOT PRECLUDE THE FEDERAL COURTS FROM HEARING THE SEEKING OF HABEAS CORPUS UNDER § 1983 WHERE MATTERS UNDER THE FOREIGN SOVEREIGN IMMUNITY ACT ARE INVOKED AND EXIST WHERE THE INTERVENORS PCR CASES ARE REMOVED AND SOUGHT TAG ALONG THEREBY WHERE UNDER SUCH CIRCUMSTANCES THE FOREIGN SOVEREIGN IMMUNITY ACT WOULD BE THE EXCLUSIVE REMEDY AVAILABLE AT THIS POINT WHERE THESE MATTERS INVOLVE THE FIDUCIARY HEIR, KING, KHALIFAH, IMAM AND NAZARITE HIGH PRIEST OF THE ONE TRUE GOD AND THE BENEFICIARIES OF THE CESTUI QUE TRUST WHO BY GOD'S LAW POSSESS REDEMPTION POWER, ESTABLISHED BY "CONTRACT", BY "COVENANT", PROTECTED UNDER ARTICLE 1 § 10 OF THE U.S. CONST., STATE AND FEDERAL PROBATE LAW AND THE 1st. AMENDMENT FREE EXERCISE CLAUSE WHERE THE LAW OF THE CONTRACT WHEN AND WHERE IT WAS MADE STANDS AND CANNOT BE MADE OR UNMADE BY THE COURTS WITH EX POST FACTO LAW. THESE IDENTICAL LEGAL PRINCIPLES ESTABLISH THE VATICAN AND ITS SOVEREIGNTY AND WHERE THE STATE OF ISRAEL SOVEREIGNTY IS WELL KNOWN, BOTH SOVEREIGN STATES BY THEIR LAWS LEGALLY ACKNOWLEDGE THE COMING AND EMERGENCE OF THE FIDUCIARY HEIR, WHICH IS FURTHER SUPPORTED BY FOREIGN LAW DEFAULTED ON BY THE UNITED STATES IN THE CRAWFORD STATE CASES RELIED UPON AND WHERE ISRAEL'S PRESENT ATTACK ON GAZA WRITTEN IN THE BOOK OF ISAIAH CHAPTER 14:29-32, THE FIDUCIARY HEIR BEING THE SMOKE OUT OF THE NORTH BORN IN THE NORTHEAST, AND THE RECENT CELESTIAL SIGN OF THE LUNAR AND SOLAR ECLIPSE OCCURRING DURING

THE MONTH OF RAMADAN JUST SEEN, ALL IS SUBMITTED AS EVIDENCE TO FURTHER SUBSTANTIATE THE CLAIMS PURSUANT TO RELIGIOUS PROPHESY, CONTRACT, COVENANT, AND RIGHTS ESTABLISHED BY THE FOREIGN SOVEREIGN IMMUNITY ACT. THUS, WE SEEK ORDER TO BRING ALL PRESENTLY INCARCERATED PETITIONERS/INTERVENORS/PLAINTIFFS INTO FEDERAL CUSTODY AND BE HELD AT A FEDERAL PRE-RELEASE CAMP PURSUANT TO 28 U.S.C. §§ 1602-1612, 1455(c) WITH ALL OF THEIR PERSONAL PROPERTY UNMOLESTED UNTIL THESE CASES ARE FULLY HEARD EVEN BEFORE THE APPOINTED TRUSTEE, JUDGE JACQUELYN AUSTIN, AS IS SOUGHT WITHIN THE PLEADING FILED BEFORE THE VARIOUS COURTS INVOLVED, COMMONWEALTH OF VIRGINIA v. AYEM EL, DEFENDANT, 2016 WL 4507814(E.D.Va.2016); MARYLAND v. GHAZI-EL, 2016 WL 2736183(Md.2016); SHINN MARTINEZ RAMIREZ; SHINN v. JONES,--S.Ct.--, 2022 WL 1611786(U.S.2022)(THEIR ACTIONS PRODUCE EXTREME MALFUNCTION IN THE STATE CRIMINAL SYSTEM); S.C. CODE ANN. §17-27-80; INMAN v. STATE,--S.E.2d.--, 2023 WL 2002711(S.C.App.2023)(ADDRESSING THE PCR CASES REMOVED VIA THE F.S.I.A.); STATE v. HENDERSON, 205 KAN 231, 468 P.2d. 136(1970)(FURTHER ADDRESSING THE COMPROMISED ATTORNEYS); McLAREN v. U.P.S. STORE INC., 32 F.4TH. 232 (3rd.Cir.2022)(EVERY CIRCUIT ACKNOWLEDGE STATE COURT LOSES JURISDICTION UPON REMOVAL); MIDDLETON v. ANDINO, 481 F.Supp.3d. 563(DSC.2020)(INTERVENE BY RIGHT); HARDWICK v. BANK OF AMERICA, N.A., 2016 WL 3563083(DSC.2016)(RIGHTS OF RES JUDICATA AND OR COLLATERAL ESTOPPEL); ZIVOLTOFSKY EX REL ZIVOLTOFSKY v. KERRY, 576 U.S. 1, 135 S.Ct. 2076(U.S.2015)(IF THE COURTS RECOGNIZE THE SOVEREIGNTY OF THE VATICAN AND STATE OF ISRAEL, THEY MUST ALSO RECOGNIZED THE SOVEREIGNTY OF THE FIDUCIARY HEIR, KING WHO BY "CONTRACT", "COVENANT" AND DEFAULT AUTHORITY AND SOVEREIGNTY SUPERSEDE BOTH.).

IN REFERRING BACK TO THE ISSUE OF SEEKING THE APPOINTMENT OF LEGAL COUNSEL. WHEN THE PLAINTIFFS/PETITIONERS/INTERVENORS DISCOVERED THE THE S.C.D.C. DEFENDANTS AT KERSHAW INSTITUTION WERE BREAKING COPY MACHINES AND EXTREMELY LIMITING OUR ACCESS TO THE LAW LIBRARY IN RETALIATION IN VIOLATION OF THEIR OWN STATE POLICIES, OF ADA AND TO THWART JUST AND FAIR REVIEW. WE WERE

FORCED TO SEND SOME LEGAL DOCUMENTS OUT TO FAMILY MEMBERS TO ASK IF THEY WOULD ASSIST AND MAKE THE LEGAL COPIES NEEDED TO ALLOW US TO BE IN COMPLIANCE WITH THE MULTI-DISTRICT LITIGATION PANEL COURT'S RULES FOR SERVICE OF THE PLEADING WITH ITS EXHIBITS. THE S.C.D.C. DEFENDANTS LISTED WHO ARE AT THE KERSHAW CORRECTIONAL CENTER, ONCE THOSE COPIES WERE SENT BACK TO US TO ALLOW US TO BE IN COMPLIANCE WITH MULTI-DISTRICT LITIGATION PANEL COURT RULES CAME. THE STATE ACTORS LISTED AS DEFENDANTS BLOCKED THE RECEIPT OF THOSE LEGAL DOCUMENTS UNTIL THIS PRESENT DATE IN THEIR TO CREATE A DEFICIENCY IN SERVICE TO THWART MULTI-DISTRICT LITIGATION PANEL REVIEW ESTABLISHING CAUSE AND PREJUDICE AND UNCONSTITUTIONAL ACTION WITH STATE INTERFERENCE. THE EVIDENCE SUBMITTED IN SUPPORT OF THE CLAIM IS: TRACKING NUMBER 9510 8105 7792 4093 2870 70. THE U.S. POST OFFICE 800 NUMBER IS 1-800-275-8777. IF THE MULTI-DISTRICT LITIGATION PANEL AND INVOLVED PARTIES WOULD CALL THE U.S. POST OFFICE AND TRACK THIS MAILING FROM CRAWFORD'S SISTER, YAHDINA, FROM HARVEY, ILLINOIS. THE COURT AND PARTIES WOULD SEE THAT THE LEGAL DOCUMENTS NEEDED TO PERFECT ANY ADDITIONAL SERVICE ARRIVED AT KERSHAW INSTITUTION ON APRIL 4, 2024. THIS IS APRIL 21, 2024 AND UNTIL THIS DAY THE CONSPIRING DEFENDANTS HAVE BLOCKED THE RECEIVING OF THESE LEGAL DOCUMENTS NEEDED TO PERFECT ADDITIONAL SERVICE AND WHEN YAHDINA OVERSTREET-U-DEEN CALLED THEM ON APRIL 19, 2024 THE INSTITUTION CLAIMS THEY DO NOT KNOW WHAT YAHDINA WAS TALKING ABOUT AND ARE DANCING AROUND GIVEN ANY DEFINITIVE ANSWER AS TO THEIR WHEREABOUTS. THIS IS MAIL TAMPERING, A STATE AND FEDERAL OFFENSE, IS A CONSISTENT PATTERN OF THE DEFENDANTS AS IS DOCUMENTED BY COURT RECORD, ALSO WARRANTING SANCTIONS WHICH WE SEEK TO INCLUDE THE APPOINTING OF LEGAL COUNSEL TO REPRESENT THE PARTIES AS REQUESTED IN THE INTEREST OF JUSTICE.

RESPECTFULLY,
JONAH THE TISHBITE

ANTHONY COOK

JEREMIAH MACKEY JR.

ALTON CHISOLM

INTERVENORS

PHYLLIS YAHDINA OVERSTREET-U-DEEN
15306 ROBEY AVENUE
HARVEY, ILLINOIS 60426 (STE.707)

ROBERT JEFFERIES
8101 BLACK CANYON HWY.
PHOENIX, ARIZONA 85021

_____
SIGNATURE

_____
SIGNATURE

LYNAE CRAWFORD
P.O. BOX 5608
HILLSIDE, NEW JERSEY 07205

RON SANTA McCRAY
#353031 BLUFFTON RM.135
RIDGELAND C.I.
P.O. BOX 2039
RICHLAND, S.C. 29936

_____
SIGNATURE

_____
SIGNATURE

18-of-20

RICARDO ADDISON
#161445 DORM 4
LEE C.I. 990 WISACKY HWY.
BISHOPVILLE, S.C. 29010

_____
SIGNATURE

ROBERT MITCHELL
#262003 DORM 6
LEE C.I. 990 WISACKY HWY.
BISHOPVILLE, S.C. 29010

_____
SIGNATURE

ORLANDO PARKER
#346628 DORM 2
LEE C.I. 990 WISACKY HWY.
BISHOPVILLE, S.C. 29010

_____
SIGNATURE

CHRISTOPHER D. WILSON
#316742 SANTEE-B-217
610 S.C.-9
BENNETTSVILLE, S.C. 29512

_____
SIGNATURE

SHAWN S. BISNAUTH
#323432 DORM 7
LEE C.I. 990 WISACKY HWY
BISHOPVILLE, S.C. 29010

_____
SIGNATURE

HORACE ABNEY
#316024 DORM 4
LEE C.I. 990 WISACKY HWY
BISHOPVILLE, S.C. 29010

_____
SIGNATURE

ARTHUR McQUILLA
#152425 DORM 6
LEE C.I. 990 WISACKY HWY
BISHOPVILLE, S.C. 29010

_____
SIGNATURE

SEQUIOA McKINNON
#368688 K.C.I. OAK DORM
4848 GOLD MINE HWY.
KERSAW, S.C. 29067

_____
SIGNATURE



STANLEY DeHART III
#336126 DORM 6
LEE C.I. 990 WISACKY HWY.
BISHOPVILLE, S.C. 29010

_____
SIGNATURE

RICHARD BEEKMAN
#347134 DORM 6
LEE C.I. 990 WISACKY HWY
BISHOPVILLE, S.C. 29010

_____
SIGNATURE

CHARLES C. WILLIAMS
#383198 F5D. RM. 141
LEE C.I. 990 WISACKY HWY.
BISHOPVILLE, S.C. 29010

_____
SIGNATURE
2023-CP-23-03461

APRIL 24, 2024

YUSEF AQUIL
#226843 DORM 2
LEE C.I. 990 WISACKY HWY
BISHOPVILLE, S.C. 29010

_____
SIGNATURE

ROMEO BROWN
#185544 DORM 2
LEE C.I. 990 WISACKY HWY
BISHOPVILLE, S.C. 29010

_____
SIGNATURE

20-of-20