# FORM TO BE USED BY A PRISONER IN FILING A CIVIL RIGHTS COMPLAINT

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

**SEE ATTACHED PAGES**

(Enter above the full name of the plaintiff in this action)

V.

**SEE ATTACHED PAGES**

_____

_____

_____

(Enter the full name of the defendant of defendants in this action)

**AMENDED**

**COMPLAINT**

2:24-cv-03934-MEF-JBC

Civil Action No. _____

(To be supplied by the Clerk of the Court)

AFFIDAVIT OF FACTS GIVING

JUDICIAL NOTICE; MOTION TO

AMEND THE COMPLAINT; MOTION

FOR JOINDER AND OR TO

INTERVENE; NOTICE OF MULTI-DISTRICT LITIGATION CASE(S).

## INSTRUCTIONS; READ CAREFULLY

1.    This complaint must be legibly handwritten or typewritten, signed by the plaintiff and subscribed to under penalty of perjury as being true and correct. All questions must be answered concisely in the proper space on the form. Where more space is needed to answer any question, attach a separate sheet.

2.    In accordance with Rule 8 of the Federal Rules of Civil Procedure, the complaint should contain (1) a short and plain statement of the grounds upon which the court's jurisdiction depends, (2) a short plain statement of the claim showing that you are entitled to relief, and (3) a demand for judgment for the relief which you seek.

3.    You must provide the full name of each defendant or defendants and where they can be found.

4.    You must send the original and one copy of the complaint to the Clerk of the District Court. You must also send one additional copy of the complaint for each defendant to the Clerk. Do not send the complaint directly to the defendants.

5.    Upon receipt of a fee of $402.00 (a filing fee of $350.00, and an administrative fee of    $52.00), your complaint will be filed. You will be responsible for service of a separate summons and copy of the complaint on each defendant. See Rule 4, Federal Rule of Civil Procedure.

6.   If you cannot prepay the $402.00 fee, you may request permission to proceed in forma pauperis in accordance with the procedures  set forth in the application to proceed in forma pauperis.  See 28 U.S.C. §1915.  (If there is more than one plaintiff, each plaintiff must separately request permission to proceed in forma pauperis.)

7.   If you are given permission to proceed in forma pauperis, the $52.00 Administrative Fee will not be assessed.  The Clerk will prepare and issue a copy of the summons for each defendant.  The copies of summonses and the copies of the complaint  which you have submitted will be forwarded  by the Clerk to the United States Marshal, who is responsible for service.  The Marshal has USM-285 forms you must complete so that the Marshal can locate and serve each defendant.  If the forms are sent to you, you must complete them in full and return the forms to the Marshal.

### QUESTIONS TO BE ANSWERED

1a.   Jurisdiction is asserted pursuant to (CHECK ONE)

   XXX___  42 U.S.C. §1983 (applies to state prisoners)

   ____  Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971) and 28 U.S.C. § 1331 (applies to federal prisoners)

If you want to assert jurisdiction under different or additional statutes, list these below:  SEEKING INJUNCTIVE RELIEFS,

BUVENS VIOLATIONS: 28 U.S.C. §§ 2679, 16-2-1612, 2201, 2202

1b.   Indicate whether you are a prisoner or other confined person as follows:

___ Pretrial detainee

___ Civilly-committed detainee

___ Immigration detainee

XXX_ Convicted and sentenced state prisoner (APPLIES TO FIDUCIARY)

___ Convicted and sentenced federal prisoner
                    VIOLATION OF CONTRACT CLAUSE F.S.I.A.
___ Other: (please explain)_____

2.    Previously Dismissed Federal Civil Actions or Appeals

If you are proceeding in forma pauperis, list each civil action or appeal you have brought in a federal court while you were incarcerated or detained in any facility, that was dismissed as frivolous or malicious, or for failure to state a claim upon which relief may be granted. Please note that a prisoner who has on three or more prior occasions, while detained in any facility, brought an action or appeal in a federal court that was dismissed as frivolous or malicious, or for failure to state a claim upon which relief may be granted, will be denied in forma pauperis status unless that prisoner is under imminent danger of serious physical injury. See 28 U.S.C. § 1915(g).

a.    Parties to previous lawsuit:

Plaintiff(s): LAWRENCE L. CRAWFORD AKA JONAH GABRIEL JAHJAH T. TISHBITE

Defendant(s): SEE ATTACHED PAGES AND OR EXHIBIT(S).

b.    Court and docket number: "

c.    Grounds for dismissal: ( )    frivolous    ( ) malicious

FRAUD UPON THE COURT;    ( )    failure to state a claim upon which relief
OBSTRUCTION OF JUSTICE AND    may be granted
UNCONSTITUTIONAL ACTION VOIDING THOSE COURT'S JURISDICTION.
d.    Approximate date of filing lawsuit:

e.    Approximate date of disposition: SEE CASE MDL CASE NO. 3116

If there is more than one civil action or appeal, describe the additional civil actions or appeals using this same format on separate sheets.

3.    Place of Present Confinement? EVANS C.I. BENNETTSVILLE, S.C..

4.    Parties

(In item (a) below, place your name in the first blank and place your present address in the second blank. Do the same for additional Plaintiffs, if any.)

a.    Name of plaintiff: SEE ATTACHED PAGES

Address:___SEE ATTACHED PAGES_____
                   "
Inmate#:_____

b.   First defendant:
           SEE ATTACHED PAGES
     Name:_____

     Official position:_____"_____

     Place of employment:____"_____

     How is this person involved in the case?

     (i.e., what are you alleging that this person did or did not do that
     violated your constitutional rights?)
     _____SEE ATTACHED PAGES_____
                         "
     _____
                      "
     _____
                      "

c.   Second defendant:

     Name:____SEE ATTACHED PAGES_____

     Official position:_____"_____

     Place of employment:_____"_____

     How is this person involved in the case?

     (i.e., what are you alleging that this person did or did not do that
     violated your constitutional rights?)

     _____SEE ATTACHED PAGES_____
                         "
     _____
                      "
     _____
                    "

d.   If there are more than two defendants, attach a separate
     sheet. For each defendant specify: (1) name, (2) official
     position, (3) place of employment, and (4) involvement of
     the defendant.

## PLAINTIFF(S)

LYNAE CRAWFORD
P.O. BOX 5606
HILLSIDE, N.J. 07205
ON BEHALF OF HERSELF
AND THE MINOR CHILD
(C.G.M.A.)

LAWRENCE L. CRAWFORD AKA
JONAH GABRIEL JAHJAH T. TISHBITE
#300839 DORM F3B. RM. 148
EVANS CORRECTIONAL INST.
610 HWY. 9 WEST
BENNETTSVILLE, S.C. 29512
THE FOREIGN SOVEREIGN
FIDUCIARY HEIR, KING AND HIGH
PRIEST OF THE ONE TRUE GOD ON
BEHALF OF HIMSELF AND THE
MINOR CHILD (C.G.M.A.)

## DEFENDANT(S)

MS. SHARAE LEWIS-GRIFFIN
(SCHOOL PRINCIPLE)
KIPP-SPARK ACADEMY
227 SUSSEX AVENUE
NEWARK, N.J. 07107

MS. BIGS
(CHIEF PRIMARY PERSON OF INFRACTION)
KIPP-SPARK ACADEMY
227 SUSSEX AVENUE
NEWARK, N.J. 07107

THE KIPP-SPARK ACADEMY
227 SUSSEX AVENUE
NEWARK, N.J. 07107

MS. JOLIE BATTISTA (ESSEX
COUNTY SUPERVISOR OF CHILD
STUDY) KIPP-SPARK ACADEMY
227 SUSSEX AVENUE
NEWARK, N.J. 07107

MS. KARA BROCKET (DIRECTOR
OF SPECIAL EDUCATION AT
KIPP-SPARK ACADEMY)
227 SUSSEX AVENUE

MR. JOSEPH ZARRA (INTERM
EXECUTIVE COUNTY
SUPERINTENDENT)
227 SUSSEX AVENUE

## DEFENDANT(S) CON'T

NEWARK, N.J. 07107                    NEWARK, N.J. 07107


DCA CONSUMER STATE GOVERNMENT         SIMEON FOLGER (LANDLORD)
DIRECTOR                              P.O. BOX 326
124 HALSEY STREET                     TILLMAN, N.Y. 10982
NEWARK, N.J. 07103


DCA AND NATASHA McKOY-KING            DCA COMMISSIONER
(SUPERVISOR)                          JACQUELYN SUAREZ
101 SOUTH BROAD STREET                  101 SOUTH BROAD STREET
TRENTON, N.J. 08625                   TRENTON, N.J. 08625


JOHNNY CORREA, DIEDRA TURNER, NATASHA McKOY-KING, SCOTT STROUP,
KIMBERLY COOK, AISHA BOND CAN ALL BE SERVED AT 375 McCARTER
HIGHWAY NEWARK, N.J. 07114.


WARDEN JAMES, A.W. SMITH, A.W. McDUFFY, MAJOR MEEKS CAN ALL BE
SERVED AT KERSHAW C.I. 4848 GOLD MIND HWY. KERSHAW, S.C. 29067.


WARDEN STONEBREAKER CAN BE SERVED AT EVANS CORRECTIONAL INST. 610
HWY. 9 WEST BENNETTSVILLE, S.C. 29512.


S.C.D.C. DIRECTOR BRYAN STRILING AND ALL MEMBERS OF S.C.D.C.
GENERAL COUNSEL CAN BE SERVED AT S.C.D.C. HEADQUARTERS 4444 BROAD
RIVER ROAD COLUMBIA, S.C. 29221.


ATTORNEY BILTOFT OF THE McKAY LAW FIRM IS APPOINTED ATTORNEY FOR
BOTH THE S.C. DEPT. OF CORRECTIONS AND THE S.C. ATTORNEY GENERAL

## DEFENDANT(S) CON'T

WITHIN THE LAWRENCE L. CRAWFORD STATE CASES RELIED UPON AND WHO IS IN FORFEITURE AND WAIVER BEFORE THE PANEL COURT UNDER CASE MDL CASE NO. 3116. THE S.C. ATTORNEY GENERAL AND THE McKAY LAW FIRM WITH ITS HEAD PARTNERS ARE DEFENDANTS AND CAN BE SERVED AT THE McKAY LAW FIRM 3700 FOREST DRIVE SUITE 404 COLUMBIA, S.C. 29204. SERVICE UPON ATTORNEY JACOB BILTOFT WOULD CONSTITUTE SERVICE UPON ALL AND THE FIRM ITSELF.

**IMPORTANT NOTICE:** THE U.S. CONGRESS WITH ALL OF ITS MEMBERS, THE U.S. SENATE WITH ALL OF ITS MEMBERS, THE UNITED STATES, THE STATE OF NEW JERSEY ATTORNEY GENERAL, THE STATE OF NEW JERSEY FEDERAL ATTORNEY, THE (194) MEMBER STATES OF THE UNITED NATIONS, THE (50) STATES ATTORNEY GENERALS, THE (50) STATES FEDERAL ATTORNEYS AND OTHER DEFENDANTS AS THEY PERTAIN TO THE CAUSES OF ACTION PRESENTED ALONG WITH THEIR ADDRESSES CAN BE SEEN IN THE ATTACHMENT ENTITLED, "EXHIBIT DEFENDANTS".

THE STATE OF NEW JERSEY, JERSEY CITY, THE JERSEY CITY SOLICITOR'S OFFICE CAN BE SERVED AT THE JERSEY CITY COURTHOUSE 595 NEWARK AVENUE JERSEY CITY, N.J. 07306

THE POPE, THE NEW JERSEY CATHOLIC ARCH DIOCESE AND ARCH BISHOP JOSEPH W. TOBIN CAN BE SERVED AT 171 CLIFTON AVENUE, NEWARK, N.J. 07104.

MARVEL STUDIOS AND ITS CORPORATE HEADS, REGARDING JOHNATHAN MAJORS, THE HOLLYWOOD ACTOR, OUT OF NEW YORK, THE CITY OF NEW YORK, THE NEW YORK CITY SOLICITOR AND ATTONEY GENERAL ARE BEING SUED FOR MAJORS LOST OF HIS CONTRACT, TO ESTABLISH HIS IMMUNITY AS A BENEFICIARY OF THE CESTUI QUE TRUST WHERE THEIR ACTIONS

## DEFENDANT(S) CON'T

VIOLATE THE TERMS OF THE **"GRANT"** AS ASSESSED BY THE FOREIGN
SOVEREIGN FIDUCIARY HEIR AND CROWN, GIVEN TO YOUR GLOBAL NATIONS
BY THE SOLE CORPORATION, AS WELL AS VIOLATE THE PROVISIONS OF THE
DECLARATION OF SOVEREIGNTY AND INDEPENDENCE DEFAULTED ON BY THE
UNITED STATES WITHIN THE LAWRENCE L. CRAWFORD SOUTH CAROLINA
STATE CASES RELIED UPON. THE N.Y. ATTORNEY GENERAL'S ADDRESS is
FOUND WITHIN "EXHIBIT DEFENDANTS".

ALL STATES UNIVERSITIES AND OR COLLEGES AND THEIR HEADS THAT ARE
PART OF THE SOURCE OF ARREST OF THE PRO-PALESTINIAN PROTESTORS
AND THE STATE OF GEORGIA AND ITS STATE ATTORNEY GENERAL AND
FEDERAL ATTORNEY REGARDING THE COP CITY PROTESTORS FROM ATLANTA,
GEORGIA ARE DEFENDANTS. A GENERAL ORDER OF TAG ALONG IS SOUGHT
BEFORE THE MULTI-DISTRICT LITIGATION PANEL COURT FOR THE PURPOSE
OF SEEKING TO ESTABLISH ALL RIGHTS, TITLES, PRIVILEGES AND
IMMUNITIES OF THESE BENEFICIARIES OF THE CESTUI QUE TRUST.

**IMPORTANT NOTICE:** THE CORPORATE HEAD FOR MARVEL STUDIOS IS MR.
KEVIN PEIGE. HE CAN BE SERVED AT EITHER MARVEL ENTERTAINMENT,
LLC. CORPORATE HEADQUARTERS 1209 AVENUE OF THE AMERICAS NEW YORK,
N.Y. 10104 OR AT MARVEL STUDIOUS HEADQUARTERS 500 SOUTH BUENA
VISTA STREET BURBANK, CALI. 91521-0001.

"EXHIBIT DEFENDANTS"

L0 of 164

## CERTIFICATE OF SERVICE

WE, JAHJAH AL MAHDI ET. AL., DO HEREBY CERTIFY, THAT
WE HAVE MAILED AND OR SERVED A COPY OF AN AFFIDAVIT OF FACTS
GIVING JUDICIAL NOTICE; AFFIDAVIT OF SERVICE, (14) PAGES DATED
APRIL 25, 2017 ON THE S.C. U.S. DISTRICT COURT, THE 4TH. CIRCUIT
COURT OF APPEALS AND ALL INVOLVED PARTIES, BY U.S. MAIL, POSTAGE
PREPAID, BY DEPOSITING IT IN THE INSTITUTION MAILBOX ON MAY
3, 2017.

RESPECTFULLY,

JAHJAH AL MAHDI

ANTHONY COOK

david duren

ROBERT MITCHELL

YAHYA MuQUIT

VINCENT J. BEATON

MAY 3, 2017

10-of-208
17-of-473
1-of-14

11 of 164

COURT OF APPEALS

FOR THE 4TH. CIRCUIT ET. AL.,

---

PETITION FROM SOUTH CAROLINA

CASES 0:16-cv-2939-MBS-TER; 8:14-cv-3555; 0:16-cv-992;

NEW WRIT OF ERROR IN S.C. DISTRICT COURT

---

DOCKET NO.(s) 16-1953

AND NEW MANDAMUS

---

YAHYA MUQUIT ET. AL.,

PETITIONERS

Vs.

JUDGES WHO ISSUED ORDER IN CASE 16-1953(attached) ET. AL.,

DEFENDANTS

---

AFFIDAVIT OF FACTS GIVING JUDICIAL

NOTICE; AFFIDAVIT OF SERVICE

---

TO: The 4th. Circuit et. al.,

This is Affidavit Of Service on all parties as the
4th. Circuit requested pursuant to both cases 16-1953 and the
new Independent Writ Of Error, subsequent Writ Of Mandamus that
is presently being processed. We seek case number for the new
action and consolidation.

11-of-208    12 of 164
18-of-473
2-of-14

# CERTIFICATE OF SERVICE

No. 16-1953,    IN RE: YAHYA MUQUIT 4:16-cv-2939-MBS ; 8:14-cv-03555-RBH, 0:16-cv-00992-TMC-PJG and New Writ Of Error in S.C. District Court

I, certify that my petition for Writ Of Mandamus was served as follows:

(provide date of service)_____

(select manner of service) [    ] by mail; [    ] by commercial carrier; [    ] in person.

(provide name(s) and address(es) of trial court judge and/ or parties served):

_____

The (50) State Attorney Generals were served at the addresses as follows:

(1) Alabama--- 11 S. Union Street Montgomery Alabama 36130-0001.

(2) Alaska--- P.O. BOX 11033 Juneau Alaska 99811.

SIGNATURE                                    DATE

12-of-208
19-of-473
3-of-14

13 of 164

(3) Arizona--- 1275 W. Washington Street Phoenix Arizona 85007-3009.

(4) Arkansas--- 323 Center Street 200 Tower Bldg. Little Rock Arkansas 72201-1012.

(5) California,--- 1515 K. Street Sacramento California 95814.

(6) Colorado,--- 110 6th. Street 10th. Floor Denver Colorado 80202-5202.

(7) Connecticut,--- 56 Elm Street 7th. Floor Hartford CT. 06106-1774.

(8) Delaware,--- 820 N. French Street 8th. Floor Wilming-ton DE 19801-2509.

(9) Florida,--- Capital Bldg. Talahassee Florida 32399-1050.

(10) Georgia,--- 132 State Judicial Bldg. Atlanta Georgia 30334-0000.

(11) Hawaii,--- 425 Queen Street Honolulu Hawaii 96822.

(12) IDAHO,--- State Capitol Room 210 Boise Idaho 83720.

(13) Illinois,--- 500 2nd. Street Springfield, Illinois 62706-0001.

(14) Indiana,--- 219 State House Indianapolis Indiana 46201-0000.

(15) Iowa,--- 1300 Walnut Street Des Moines Iowa 50319-0001.

(16) Kansas,--- 301 West 10th. Street 2nd. floor Topeka Kansas 66612-0000.

(17) <u>Louisiana</u>,--- State Capitol Bldg. 22nd. Floor Baton Rouge, Louisiana 70804-0000.

(18) <u>Maine</u>,--- State House STN 6 Augusia, Maine 04333-0006.

(19) <u>Nevada</u>,--- 198 South Carson Street Carson City, N.V. 89710-0001.

(20) <u>New Hampshire</u>,--- 25 Capitol Street Concord N.H. 03301-6397.

(21) <u>New Jersey</u>,--- Hughes Justice Complex CN-080 Trenton, N.J. 08618-3226.

(22) <u>New Mexico</u>,--- Galsteo Street Bataan Memorial Bldg. Room 260 Santa Fe, N.M. 87501-0000.

(23) <u>New York</u>,--- State Capitol Albany New York 12224-000.

(24) <u>North Carolina</u>,--- P.O. BOX 629 Raleigh, North Carolina 27602-0629.

(25) <u>North Dakota</u>,--- 600 East Boulevard Avenue 1st. floor Bismark, N.D. 58505.

(26) <u>OHIO</u>,--- 30 East Broad Street 17th. Floor Columbus, Ohio 43266-0001.

(27) <u>Oklahoma</u>,--- State Capitol Room 112 Norman Oklahoma, 73019-0001.

(28) <u>Maryland</u>,--- 200 Saint Paul Plaza 2nd. Floor Baltimore, MD. 21202-2004.

(29) <u>Massachusetts</u>,--- 1 Ashburn Plaza Boston Massachusett 02125-3314.

(30) Michigan,--- 525 West Ohawa Street Lansing MI. 48913-0001.

(31) Minnesota,--- 102 State Capitol Bldg. Saint Paul, MN. 55155-0001.

(32) Mississippi,--- 450 High Street Jackson, MS. 39201-1081.

(33) Missouri,--- Supreme Court Bldg. 1st. floor Jefferson City, MO. 65101-0000.

(34) Montana,--- 215 North Sanders Street Justice Bldg. 3rd. floor Helena MT. 59620-0000.

(35) Nebraska,--- P.O. BOX 98920 Lincoln, N.E. 68508.

(36) Oregon,--- 100 Justice Bldg. Salem Oregon 97310-0001.

(37) Pennsylvania,--- 4th. and Walnut STS Strawberry Sq. 16th. floor Hassisburg P.A. 17120-0001.

(38) Rhode Island,--- 72 Pine Street Providence, R.I. 02903-2856.

(39) South Carolina,--- 1000 Assembly Street Columbia S.C. 29201-3117.

(40) South Dakota,--- 500 East Capitol Avenue Pierre S.D. 57501-5070.

(41) Tennessee,--- 450 James Robertson Pkwy Nashville, TN. 37219-5025.

(42) Texas,--- P.O. BOX 12548 Austin, Texas 78711-1930.

(43) Utah,--- State Capitol Room 236 Salt Lake City,

Utah 84114-0000.

    (44) <u>Vermont,</u>--- 109 State Street Montpelier, VT. 05609-0001.

    (45) <u>Virginia,</u>--- 101 North 8th. Street Richmond, Virginia 23219-2305.

    (46) <u>Washington,</u>--- Highways-Licenses Bldg. 7th. floor Olympia, Washington 98504.

    (47) <u>West Virginia,</u>--- State Capitol East Wing room 26 Charleston W.V. 25305.

    (48) <u>Wisconsin,</u>--- 114 East State Capitol Madison, WI 53702-0001.

    (49) <u>Wyoming,</u>--- 123 Capitol Bldg. Cheyenne, Wy. 82002-0001.

    (50) <u>All Federal Attorneys For The (50) States, are to</u> be and or were served at the Executive Office Of U.S. Attorneys 10th. Street & Pennsylvania Avenue N.W. Room 1619 Washington D.C. 20530-0001.

    (51) <u>U.S. Congress,</u>--- At the Capitol Bldg. Washington, D.C. 20510-0001.

    (52) <u>Dept. Of The State,</u>--- Served and or serve at 2201 C. Street N.W. 20528.

    (53) <u>Dept. Of Justice,</u>--- Served and or serve at Constitution Avenue 10th. Street N.W. 20530.

    (54) <u>Dept. Of Treasury,</u>--- Served and or serve at P.O. BOX 7015 Parkersburg West Virginia 28101.

(55) <u>The [193] Member States Of The United Nations Which Include The Vatican And The United States,</u>--- Served and or serve at 1st. Avenue 46th. Street New York, N.Y. 18017.


(56) <u>Washington D.C.,</u>--- Served and or serve at The Office Of The Solicitor 1849 C. Street N.W. Room 6352 Washington, D.C. 20540.


(57) <u>The Defendants in Case 2010-CP-17-081,</u>--- Warden Bodison, Sgt. Blewe, Andre Alsten, Maurice Lee, Wali Doe, Omar Shaheed, John Doe No.3 S.C.D.C. Muslim Chaplain Asst.; Skipper Doe, Van Bebber, Gwen Hyatt, Wes Jacobs, David Tatarsky, Rob Peele, Jon Ozmint, Sgt. Perry, Lt. Stewart, Cpl. Johnson, Capt. Clark, Officer Simmons, Lt. Easterling, Dr. Babbs, Lt. McGee, Lt. Smalls, Ms. Lee(counselor at Lieber), Warden McKie, Associate Warden Staley, Ms. Albert(mailroom at K.C.I.), Mr. Jeffcoat(mail-room at K.C.I.), Alison Gee, Richard Richstad, Mr. & Mrs. Herbert Lee, Sylvia Lee, Cylena Lee, Mr. & Mrs. Joseph Abrams III, Michael Lee, Joseph Savitz III, Dr. Joel Sexton, Dr. Janice Ross, Judge McIntosh, Judge Jean Toal, Judge Kaye Hearns, The S.C. Supreme Court, Judge Burch, The Richland Court Of Common Pleas, The S.C. Court Of Appeals, John Meadors, Barney Giese, Mr. Moake, The 5th. Circuit Solicitor's Office, Warden Cartledge, Ms. Franklin, Ms. Young, Cpl. Morton, Lt. Rice, Warden Lewis, Kaelon May, Lt. Curry, Atty. General Henry McMaster, John McIntosh(asst. atty. Gen.), Alan Wilson, Ms. Davis, Judge Barber III, Robert Pachak, S.L.E.D., Erin Farthing, Megan Hall, McKay, Cauthen, Settana & Stubley P.A., Ms. Jones, V. Claire Allen, Daniel Shearouse, Jenny Kitchens, Connie Shearin, Cpl. Bouch, C.O. Weatherford, Ofr. Miller, Anderson, Judges Lee, Benjamin and Manning, Christopher Florian, Florence County, Lt. Michael Brown, Atty. Lungford, Atty. Crooks, Ofr. Meggett, Bryan Stirling , Charles A. McKinney Jr.. All these parties were served and or are to be served through the Law Firm Of McKay, Cauthen, Settana & Stubley P.A. 1303 Blanding Street Columbia, S.C. 29201. All these parties are inter-connected as agents and or principles in one form or the other. So service upon the Firm is service

upon them all.  AERIALLE CRAWFORD IS A DEFENDANT IN THIS CASE.

(58) Judge Cain, The S.C. U.S. District Court to include all Judges in the court's entirety, Judges Harwell, Gossett, Rogers, Austin, Childs, Reginald Lloyd, Wooten, Merchant were served and er are to be served via the U.S. District Court 901 Richland Street Columbia, S.C. 29201. All Judges within all divisions are served. JUDGES CURRIE, BAKER ARE DEFENDANTS.

(59) Judges Duffy, Batten, Vineyard, Walker, Carnes and King were served at and or are to be served at The U.S. District Court Of Georgia 2211 U.S. Courthouse 75 Ted Turner Drive S.W. Atlanta, Georgia 30303-3361.

(60) All Judges within the 11th. Circuit Court Of Appeals were served and or are to be served at 56 Forsyth Street N.W. Atlanta Georgia 30303, all Judges in the court's entirety.

(61) Judges Hall, Livingston, Droney and all other Judges of The 2nd. Circuit Court Of Appeals in the court's entirety were served at and or are to be served at 40 Foley Square New York, N.Y. 10007.

(62) Judges A'gentino, McAvoy, Khan, Treece, Hurd, Brown, Sharpe, Suddaby were served and or are to be served at The U.S. District Court Of New York P.O. BOX 7367 100 South Clinton Street Syracuse, New York 13261-7376.

(63) Judges O'Scannlain, Bea and the 9th. Circuit Court Of Appeals in that court's entirety were served and or are to be served at The 9th. Circuit Court Of Appeals P.O. BOX 193939 San Francisco California 94119-3939.

(64) Judges O'Malley, Pearson and The Ohio District Court Judges in their entirety were served and or are to be served at The U.S. District Court 201 Superior Avenue East Room 100 Cleveland, Ohio 44114-1203.   18-of-208
                                         25-of-473   19 of 164
                                          9-of-14

(65) The Judges and 6th. Circuit Court Of Appeals in the court's entirety were served and or are to be served at The 6th. Circuit Court Of Appeals 100 East Fifth Street Room 540 Cincinnati, Ohio 45202-3988.

(66) Judges Rogers and "PR" who presided over case 4:11-cv-5206-YGR(PR), Richard Wierking and Frances Stone, Judges Chesney and Armstrong, and The California District Court were served and or are to be served at 450 Golden Gate Avenue San Francisco Calif. 94102.

(67) The 7th. Circuit Court Of Appeals and all judges contained therein, in its entirety, were served and or are to be served at 219 South Dearborn Street Chicago, Illinois 60604-1874.

(68) Judges Kennelley, Bauer, Zagel, Ilana Diamond, Sykes also were served and or are to be served at The Illinois District Court 219 South Dearborn Street Chicago, Illinois 60604.

(69) Judges Cecchi, Linares, Shipp and The New Jersey District Court were served and or are to be served at 402 East State Street Room 2020 Trenton, N.J. 08608.

(70) The 3rd. Circuit Court Of Appeals and all Judges contained therein, in their entirety were served and or are to be served at 21400 U.S. Courthouse 601 Market Street Philadelphia P.A. 19106.

(71) Judges Doyne and Young were served and or are to be served at Superior Court Of New Jersey 10 Main Street Rm. 427 Hackensack, N.J. 07601 and at The Administration Building 595 Newark Avenue Jersey City, N.J. 07306.

(72) The Supreme Court Of The State Of New Jersey P.O. and all Judges contained therein, in their entirety were served

and or are to be served at The N.J. Supreme Court P.O. BOX 970 Trenton, New Jersey 08625-0970. ALSO PROS. STEPHANIE D. ELSON.

(73) Judges Heyburn II and Simpson III were served and or are to be served at The Kentucky District Court 106 Gene Snyder U.S. Courthouse 601 West Broadway Louisville, Ky. 110202-2249.

(74) Kershaw County, Cort Korley, Johnny Fellors, The Kershaw County Coroner's Office, Family Court, Magistrate Court, General Sessions Court, Sheriff Dept., David Thomley, Joyce McDonald, Thomas Morgan were served and or are to be served via DuBose--Robinson, P.C. Attorneys At Law 935 Broad Street Camden, S.C. 29020.

(75) A.I.G., J.P. Morgan Chase Bank, Goldman Sachs Bank, Rockefeller Banking entities, All Rice Companies and or entities, All oil Companies and or entities, All Sugar Companies and or entities, All Tobacco Companies and or entities whose wealth date back and or originate and or have connection by distinct commercial acts or banking associations, to include all Railroad and Maritime Operations whose wealth is associated with the U.S. Slave Trade, along with Freddie Mac, Fannie Mae are being sued via The United States Congress who placed forth legislation to bail out these companies making them and U.S. part owners; who placed forth legislation and denied The Slave Petition Of 1777; Provided access through U.S. Customs for Slaves via legislation; who owned Slaves (ei. Thomas Jefferson et. al.,); who had ties to various companies and industries where these Slaves were used; who invested in maritime operations, provided commerce legislation to allow these companies and individuals to act in these practices; who received financial support from these special interest groups; who sat on boards to these companies and or who owned stock in these companies involving Slavery. They are also directly responsible by The Pinkerton Theory Of Liability and Accomplice Liability Doctrine of "The Hand Of

One, Is The Hand Of All pursuant to conspiracy. Service is proper via principle-agent connections.

(76) Dick Cheney, Condeleeza Rice, Leon Panetta, George Bush Jr. were served and or are to be served via The U.S. Dept. Of Justice and U.S. State Dept. as previous address indicate. Service upon the principle is service upon the agent and visa versa.

(77) Louis Farrakhan and The Nation Of Islam were served and or are to be served at 734 West 79th. Street Chicago, Illinois 60620-2424.

(78) Attorneys Lodeserto and Toraya were served and or are to be served at The Office Of Public Defender Appellate Section 31 Clinton Street 8th. floor P.O. BOX 46003 Newark, New Jersey 07101. Principle-agent connections.

(79) All Federal Employees as well as other parties in this case are also being served via The Solicitor General Rm. 5614 Dept. Of Justice 960 Pennsylvania Avenue N.W. Washington D.C. 20530-0001 informing him that there are crimes going on within the 4th. Circuit and U.S. District Courts where Judges are in violation Of Article III section 1 of The U.S. Constitution engaging in acts of criminal conspiracy, obstruction of justice and violations of 18 U.S.C. §§ 242 and 1001, also in efforts to prevent an investigation by the U.S. Dept. and we seek that they also serve the parties as is their duty pursuant to 42 U.S.C. § 1986.

The service is also being made through The U.S. Marshal Office instructing them that it is their duty to serve all parties by decree of The Chief Justice Of The Global Theocratic Court at 901 Richland Street Columbia, S.C. 29201. IT IS SO ORDERED. This is also to be done pursuant to 42 U.S.C. § 1986 and the cost is to be attributed to case 9:16-cv-3808-TLW-BM

and case 4:16-cv-2939-MBS-TER due to our present indigence until court fees are addressed against the defendants in future hearing sought by the plaintiffs and via Mandamus. IT IS SO ORDERED.

Insomuch, by the aforementioned all parties would now be served. This Affidavit stands as true and the U.S. Marshal Office is to act immediately until rebutted by clear evidence by order on the court record and the defendants involved in this case. The U.S. District Court and 4th. Circuit unless you can produce an order from case 2013-CP-400-0084 not tainted by fraud and machination. The Judicial authority of Jahjah Al Mahdi supersedes all courts nationally and all courts and parties are to be in compliance. Judges Rogers, Seymour, Cain, Gerbel, Hendricks etc. must go and The S.C. U.S. District Court in its entirety must disqualify themselves to prevent any further attempts at fraud and transfer these cases to New Jersey along with all plaintiffs, all(emphasis added) their personal property and they are to be taken to nicest federal pre-release camp available. The U.S. Marshal Service is to see that this is done immediately. An evidentiary hearing is to be established within (15) days of the filing of this document. The appointment of legal counsel is to occur and be present for that hearing and class action certification is granted by decree of The Global Theocratic Court. Service upon the principle is service upon the agent and visa versa even though no consent to be sued or authorization to an agent to accept service of process is given. Service is proper if by reason and association it can be contrived that parties served have such connections. Rules of service does not mandate dismissal where necessary parties have received notice and where in this case sanctions are required due to the fraud upon the court and machination. Thus, forfeiture is established in challenging such deficiency and there is no prejudice since service was not done on all necessary parties via the fraud upon the court. Thus, service is sufficient via the mandates of this document and by Judicial Order from the Chief Justice Of The Global Theocratic State whose judicial

authority supersedes all courts globally where the United States and its employees are bound by the default and claims of collateral estoppel emerging from case 2013-CP-400-0084 out of The Richland County Court Of Common Pleas, <u>United States ⊕. Herrera Valdez,</u> 826 F3d. 912(2016); <u>Banlis v. Slay,</u>--F.Supp.3d.--,2016 WL 3971380(2016); <u>United States Securities And Exchange Commission v. China Infrastructure Investment Compensation,</u>--F.Supp.3d.--F.Supp.3d.--,2016 WL 3034153, 94 Fed. R. Serv.3d. 1324; <u>Republic Properties Corp. v. Mission West Properties, L.P.,</u> 391 Md. 732, 895 A.2d. 732; <u>Custom Polymers P.E.T., LLC v. Gamma Meccanica Spa,</u>--F.Supp.3d.--,2016 WL 2354599(2016); <u>Myles v. Renta-Center, Inc.,</u> 2016 WL 3917212(MD.2016); <u>Woodruff v. Thornberry,</u> F.Supp.2d., 2013 WL 6670259; <u>Dunn v. Nicholas County,</u> F.Supp.3d., 2015 WL 3843777(2015); <u>IN RE:,</u> 2016 WL 1718826; <u>Well Fargo Bank, N.A. v. Farag,</u> 2016 WL 2944561(2016); <u>IN RE: Variant Enterprise Inc.,</u> 81 F3d. 1310(4th.Cir.1996).

IT IS SO ORDERD.

RESPECTFULLY,

JAHJAH AL MAHDI

CHIEF JUSTICE GLOBAL THEOCRATIC COURT

ANTHONY COOK

david duren

YAHYA MuQUIT

ROBERT MITCHELL

April 25, 2017

5.    I previously have sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in the Statement of Claims on page 6.

XXX
___Yes        ___No

If your answer is "Yes," briefly describe the steps taken, including how relief was sought, from whom you sought relief, and the results.

SEE ATTACHMENTS DATED MAY 1, 2024 AND MARCH 2024. PLEASE

TAKE JUDICIAL NOTICE THAT EVEN THOUGH EFFORTS AT

WERE INDEED MADE. FURTHER EXHAUSTION WOULD NOT BE REQUIRED

DUE TO INVOKING PROTECTIONS UNDER THE F.S.I.A..

If your answer is "No," briefly explain why administrative remedies were not exhausted.

SEE ATTACHED PAGES

SOME ISSUES NEED NOT BE EXHAUSTED.

6.    Statement of Claims

(State here as briefly as possible the facts of your case. Describe how each defendant violated your rights, giving dates and places. If you do not specify how each defendant violated your rights and the date(s) and place of the violations, your complaint may be dismissed. Include also the names of other persons who are involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach a separate sheet if necessary.)

SEE ATTACHED PAGES

"

"

"

"

"

"

"

SEE ATTACHED PAGES

_____ " _____
_____ " _____
_____ " _____
_____ " _____
_____ " _____
_____ " _____
_____ " _____
_____ " _____
_____ " _____
_____ ⊗ " _____
_____ " _____
_____ " _____
_____ " _____
_____ " _____
_____ " _____
_____ " _____
_____ " _____
_____ " _____
_____ " _____
_____ " _____
_____ " _____
_____ " _____
_____ " _____
_____ ⊗ " _____
_____ " _____
_____ " _____
_____ " _____

7.   Relief

(State briefly exactly what you want the Court to do for you. Make no
legal arguments. Cite no cases or statutes.)

SEE ATTACHED PAGES

_____ " _____
_____ " _____
_____ " _____
_____ " _____

AFFIDAVIT OF FACTS GIVING JUDICIAL NOTICE; MOTION
TO AMEND THE COMPLAINT; MOTION FOR
JOINDER AND OR TO IN THE ALTERNATIVE
TO INTERVENE AND MOTION TO MOTION THEREFOR

THE PLAINTIFF(S) WITHIN THIS ACTION MOTION TO AMEND THE
COMPLAINT THAT IS PRESENTLY PLACED BEFORE THE COURT UNDER CASE
NO. 2:24-cv-03934-MEF-JBC WITHIN THE NEW JERSEY DISTRICT COURT TO
ADD THE NAME OF LAWRENCE L. CRAWFORD AKA JONAH GABRIEL JAHJAH T.
TISHBITE AS A PLAINTIFF WITHIN THIS CASE DUE TO HE BEING THE
GRAND PARENT OF THE MINOR CHILD (C.G.M.A.) AND HIS DIRECT
PRESENCE IS REQUIRED AS THE FOREIGN SOVEREIGN FIDUCIARY HEIR,
KING, KHALIFAH, TO ESTABLISH ALL RIGHTS, TITLES, PRIVILEGES AND
IMMUNITIES AS THE FOREIGN SOVEREIGN FIDUCIARY HEIR, KING,
KHALIFAH, IMAM AND NAZARITE HIGH PRIEST OF THE ONE TRUE GOD AND
(4) GLOBAL THRONES OF RELIGIOUS PROPHESY THAT ESTABLISH THE
KINGDOM OF IRON MIXED WITH MIRY CLAY WRITTEN IN THE BOOK OF
DANIEL CHAPTER 2, WHERE LYNAE CRAWFORD, HIS DIRECT DESCENDANT,
ALONG WITH THE MINOR SOVEREIGN CHILD IN WHO THIS ACTION IS FILED
TO PROTECT, ONE (C.G.M.A.), ARE BENEFICIARIES OF THE CESTUI QUE
TRUST AS IS ARGUED WITHIN THIS AMENDED COMPLAINT AND
MULTI-DISTRICT LITIGATION CASES INVOLVED, ESTABLISHING LEGAL
OBLIGATION BY "CONTRACT", BY "COVENANT" PROTECTED UNDER ARTICLE 1
§ 10 OF THE U.S. CONSTITUTION, THE 1st. AMENDMENT FREE EXERCISE
CLAUSE, THE CONTRACT CLAUSE OF THE FOREIGN SOVEREIGN IMMUNITY
ACT, AS WELL AS BY STATE AND FEDERAL PROBATE LAW THAT WOULD
REQUIRE SUCH TO PROTECT HIS AND THEIR ACQUIRED INTEREST, ALSO
DEMONSTRATE THAT THE NEED FOR EXHAUSTION ANY FURTHER OF STATE
ADMINISTRATIVE REMEDIES IS NOT REQUIRED. THIS ALSO NEEDS TO BE
REQUIRED FOR PURPOSES OF ESTABLISHING REMOVAL OF THE LAWRENCE L.
CRAWFORD STATE CASES RELIED UPON THAT ARE THE SOURCE OF
CONTROVERSY BEFORE THE COURTS INVOLVED EMERGING FROM THE RICHLAND
COUNTY COURT OF COMMON PLEAS OUT OF SOUTH CAROLINA, ESTATE OF
VALENTINE BY THROUGH GRATE v. SOUTH CAROLINA, 611 F.Supp.3d.
99(DSC.2019); DUNCAN v. CHEROKEE COUNTY DETENTION CENTER, 2023 WL

4182222(DSC.2023); DANIELS v. CITY OF NORTH CAROLINA, F.Supp.2d.,
2012 WL 3877710(DSC.2012); McLAUREN v. U.P.S. STORE INC., 32
F.4TH. 232(3rd.Cir.2022); TYMIAK v. COMMISSION SOCIAL SECURITY,
844 Fed. Appx' 537(3rd.Cir.2021); DAMIEN EDWARDS, PLAINTIFF v.
BRIAN   KENDELL   AND   CAROL   HOLMES,   DEFENDANTS,   2023   WL
3267995(DSC.2023); BROWN v. UNITED STATE, 2023 WL 3221036
(DSC.2023); VERLINDEN B.V. v. CENTRAL BANK OF NIGERIA, 461 U.S.
480, 103 S.Ct. 1962(U.S.1983); ZIVOLOFSKY EX REL ZIVOLTOFSKY v.
KERRY, 576 U.S. 1, 135 S.Ct. 2076(U.S.2015); MISSOURI EX REL
SCHMITT v. PEOPLE'S REPUBLIC OF CHINA,--F.Supp.3d.--, 2022 WL
2643516(E.D.MO.2022); TATUM v. R.J.R. PENSION INV. COMMITTEE, 761
F.3d. 346(4th.Cir.2014); FIFTH THIRD BANCORP v. DUDENHOEFFER, 573
U.S. 409, 134 S.Ct. 2459(U.S.2014); RETIREMENT PLANS COMMITTEE OF
I.B.M. v. JANDER, 140 S.Ct. 592, 205 L.Ed.2d. 432(U.S.2020); ALT.
v. U.S. E.P.A., 758 F.3d. 588(4th.Cir.2014); MIDDLETON v. ANDINO,
481 F.Supp.3d. 563(DSC.2020); COOPER v. SOUTH CAROLINA DEPT. OF
SOCIAL SERVICES, 428 S.C. 402, 835 S.E.2d. 516 (S.C.App.2019).

        THE PLAINTIFFS GIVE THE COURT AND PARTIES JUDICIAL NOTICE
THAT THE DEFENDANTS ARE BEING SUED WITHIN BOTH THEIR OFFICIAL AND
INDIVIDUAL CAPACITIES WHATEVER IS NEEDED TO BRING THE CAUSES
FORWARD AND RESOLVE THEM TO THEIR "JUST AND FAIR" CONCLUSION,
McBRIDE v. SPARTANBURG REGIONAL SERVICES DISTRICT, INC., Fed.
Supp., 2021 WL 1431300 (DSC.2021); MALLORY v. TERMINAL INVESTMENT
CORPORATION, 670 F.Supp.3d. 262(DSC.2023).

        THE   PLAINTIFF(S)   GIVE   THE   COURT   AND   PARTIES   JUDICIAL
NOTICE THAT THE CONSTITUTIONALITY OF THE 1996 CLINTON BILL WITH
ITS AEDPA, 3 STRIKE PROVISIONS, PLRA, MINIMUM AND MAXIMUM
SENTENCE PROVISIONS ETC. IS UNDER CHALLENGE BY THIS ACTION WHICH
IS WHY THE U.S. CONGRESS AND SENATE, AMONG OTHER REASONS, ARE
NAMED AS DEFENDANTS WITHIN THIS ACTION. PURSUANT TO RULE
5.1(B)(2)(d): A PARTY'S FAILURE TO FILE AND SERVE THE NOTICE, OR
THE COURT'S FAILURE TO CERTIFY, DOES NOT FORFEIT A CONSTITUTIONAL
CLAIM OR DEFENSE THAT IS OTHERWISE TIMELY ASSERTED. CERTIFICATION
FROM THE NEW JERSEY DISTRICT COURT AND OTHER MULTI-DISTRICT
LITIGATION CASES IS SOUGHT. ALL PARTIES RELATED TO THIS MATTER

MUST BE SERVED BY ISSUANCE OF SERVICE. THIS ISSUE, TO INCLUDE THE
ISSUE OF SAME SEX MARRIAGE BEING THE INTELLECTUAL PROPERTY OF THE
SOLE CORPORATION AND FOREIGN SOVEREIGN CROWN GIVEN TO YOUR GLOBAL
NATIONS AS A **"GRANT"** WHICH HAD CLEAR RESTRICTIONS WHICH THIS AND
OTHER RELEVANT NATIONS VIOLATED, WHICH IS ONE OF THE REASONS WHY
THE (194) MEMBER STATES OF THE UNITED NATIONS ARE LISTED AS
DEFENDANTS VIA THE CONTRACT CLAUSE OF THE F.S.I.A., THE LEGAL
ISSUES OF RELIGIOUS PROPHESY WHICH APPLY TO THE STATE OF NEW
JERSEY AND ALL (50) STATES FOR WHICH THE STATE, JERSEY CITY, THE
JERSEY CITY SOLICITOR AND ALL INVOLVED ARE BEING SUED FOR
VIOLATION OF THE TERMS OF THE **"GRANT"** PURSUANT TO THE LAWRENCE L.
CRAWFORD 1986 WEAPON POSSESSION CHARGE TO VACATE THAT SENTENCE
AND EXPUNGE HIS RECORD, AS WELL AS THE ESTABLISHING OF ALL RIGHTS
TITLES PRIVILEGES AND IMMUNITIES OF THE FOREIGN SOVEREIGN
FIDUCIARY HEIR, KING AND HIGH PRIEST OF THE ONE TRUE GOD AND THE
BENEFICIARIES OF THE CESTUI QUE TRUST THAT RESIDE WITHIN ALL (50)
STATES AND AROUND THE WORLD, INVOKES THE FEDERAL COURT'S ORIGINAL
JURISDICTION AND WHERE BY 28 U.S.C. §§ 2679, 1602-1612 ET. SEQ.,
SUCH ORIGINAL JURISDICTION IS INDEED SOUGHT AND INVOKED, DELAWARE
v. PENNSYLVANIA,--S.Ct.--, 2023 WL 2247231(U.S.2023).

AS IT PERTAINS TO THE AEDPA, PLRA, 3 STRIKE PROVISIONS OF
THE 1996 CLINTON BILL, AN UNCONSTITUTIONAL STATUTE IS A NULLITY
AND IS VOID AS THOUGH IT NEVER EXISTED FROM THE VERY DATE THAT IT
WAS ENACTED. WHEN CONGRESS INCLUDES AN EXPRESS SEVERABILITY OR
NON SEVERABILITY CLAUSE IN THE RELEVANT STATUTE, THE JUDICIAL
INQUIRY IS STRAIGHTFORWARD; AT LEAST ABSENT EXTRAORDINARY
CIRCUMSTANCES, ESPECIALLY SINCE BY THIS ISSUE THIS NATION IS
BEING SUED FOR VIOLATION OF THE TERMS OF THE **"GRANT"** GIVEN TO
YOUR NATION BY THE SOLE CORPORATION AND FOREIGN SOVEREIGN CROWN,
WHERE BY THIS INJUSTICE YOUR NATION DECIMATED AFRICAN AMERICA
COMMUNITIES AROUND THE NATION AS IS ARGUED, VIOLATING THE 14th.
AMENDMENT AND U.S. SUPREME COURT HOLDINGS UNDER EX PARTE VIRGINIA
1880, THE COURT SHOULD ADHERE TO THE TEXT OF THE SEVERABILITY
CLAUSE OR NON SEVERABILITY CLAUSE, BECAUSE A SEVERABILITY OR NON
SEVERABILITY CLAUSE LEAVES NO DOUBT ABOUT WHAT THE ENACTING

CONGRESS WANTED IF ONE PROVISION OF THE LAW WAS LATER DECLARED UNCONSTITUTIONAL, BARR v. AMERICAN ASSOCIATION OF POLITICAL CONSULTANTS, INC., 140 S.Ct. 2335, 207 L.Ed.2d. 784(U.S.2020); LINDENBAUM v. REALGY, LLC., 13 F.4TH. 524 (6th.Cir.2021). WHERE A STATUTE IS CLEARLY UNCONSTITUTIONAL, IN THIS CASE, DUE TO IT DISPROPORTIONATELY TARGETING AFRICAN AMERICANS TO THEIR DETRIMENT IN VIOLATION OF U.S. SUPREME COURT HOLDINGS UNDER EX PARTE VIRGINIA 1880 AND THE SLAUGHTERHOUSE CASE OF 1883, THE COURTS LACK SUBJECT MATTER JURISDICTION UNDER THE CONSTITUTIONAL ELEMENT AND OR PRONG TO SUBJECT MATTER JURISDICTION TO CONSIDER ANY CLAIMS ARISING FROM THE STATUTE. THUS, THIS ACTION AND OR CAUSE IS ALSO FILED TO RENDER UNCONSTITUTIONAL AND VOID ANY FINAL ORDER ISSUED AROUND THE NATION SINCE 2001 INVOLVING THE PLAINTIFF, LAWRENCE L. CRAWFORD AKA JONAH GABRIEL JAHJAH T. TISHBITE, EVEN THOSE FILED WITHIN THE STATE OF NEW JERSEY, AND BY ALL INTERVENORS, CO-PLAINTIFFS, PETITIONERS THAT WERE INVOLVED WITHIN OR CONNECTED TO THOSE FEDERAL DISTRICT COURT CASES AND FINAL ORDERS AROUND THE NATION WHERE THOSE FEDERAL COURTS ENGAGED IN EGREGIOUS ACTS OF FRAUD UPON THE COURT MAKING USE OF THIS UNCONSTITUTIONAL CLINTON BILL WITH ITS RELEVANT STATUTES. THIS INCLUDES MOTIONING THAT THE NEW JERSEY DISTRICT COURT STAY ANY RULING ON THE ISSUE OF "3 STRIKE PROHIBITION" RELATED TO LAWRENCE L. CRAWFORD UNTIL THE JURY HAS HAD FULL OPPORTUNITY TO REVIEW THE EVIDENCE INTENDED SUBMITTED TO ADDRESS THIS INJUSTICE THAT VIOLATES THE TERMS OF THE **"GRANT"** GIVEN TO YOUR GLOBAL NATIONS BY THE SOLE CORPORATION AND FOREIGN SOVEREIGN CROWN WAIVING IMMUNITY UNDER THE FOREIGN SOVEREIGN IMMUNITY ACT CONTRACT EXCEPTION, MORALES v. SUNPATH LTD., 2022 WL 610766 (D.Del.2022); HOGANS v. CHARTER COMMUNICATIONS, INC., 563 F.Supp.3d. 464(E.D.N.C.2021); ASHCROFT v. IQBAL, 556 U.S. 662, 129 S.Ct. 1937, 173 L.Ed.2d. 868(U.S.2009); CHAPMAN v. DOE BY ROBERT, 598 U.S.--S.Ct.--, 2023 WL 2563313 (MEM) (U.S.2023); MORIN v. INNEGRITY, LLC., 424 S.C. 559, 819 S.E.2d. 131(S.C.App.2018)(CONCEALING THE DEFAULT AND RIGHTS OF ESTOPPLE BY FRAUD VOIDING JURISDICTION.). THE PLAINTIFFS SEEK A JURY TRIAL ON THE CAUSES OF ACTION AND GIVE THE NEW JERSEY DISTRICT COURT JUDICIAL NOTICE THAT THIS CASE IS A

PART OF MULTI-DISTRICT LITIGATION UNDER MDL CASE NO. 3116, AND WE
SEEK TO INVOKE THE MAGISTRATE STATUTE BEFORE THE PANEL COURT AND
THIS COURT TO SEEK TO HAVE JUDGE JACQUELYN AUSTIN FROM THE S.C.
DISTRICT COURT RESIDE OVER THESE CASES WHICH WAS WAIVED AND
FOREFEITED ON WITHIN THE STATE OF SOUTH CAROLINA AND BEFORE THE
PANEL UNDER CASE MDL. NO. 3116, AND ANY POTENTIAL TRIAL VIA
SANCTIONS AS IS ARGUED BEFORE THE MULTI-DISTRICT LITIGATION PANEL
COURT WHICH WOULD PERMIT SUCH TO OCCUR, CURTHIS v. LOETHER, 415
U.S. 189, 94 S.Ct. 1005, 39 L.Ed.2d. 260(U.S.1974); PENNSYLVANIA
NAT. MUT. CAS. INS. CO. v. TANNER, 2013 WL 140425(DSC.2013);
ORTIZ v. FIBREBOARD CORP., 527 U.S. 815, 119 S.Ct. 2295, 144
L.Ed.2d. 715(U.S.1999).

THE PLAINTIFFS GIVE THE NEW JERSEY DISTRICT AND OTHER
COURT(S) AND PARTIES JUDICIAL NOTICE. LIKE THE OTHER
MULTI-DISTRICT LITIGATION CASES. THIS CASE BEFORE THE NEW JERSEY
DISTRICT COURT IS ALSO FILED SEEKING INJUNCTIVE AND DECLARATORY
RELIEF, FOR AMONG MANY THINGS, IT MUST BE CLEARLY ESTABLISHED
WITHIN ALL COURTS RECORDS INVOLVED EXACTLY WHO "KRISTY KHOL" AND
"PAUL GUNTER" ARE. THE ESTABLISHING OF THIS JURISDICTIONAL FACT
WILL BEAR UPON ALL THAT IS PRESENTED BEFORE ALL COURTS INVOLVED
FOR WHICH ORAL ARGUMENT TO ESTABLISH THESE JURISDICTIONAL FACT(S)
IS PRESENTLY SOUGHT BEFORE THE PANEL COURT. INJUNCTIVE AND
DECLARATORY RELIEF IS SOUGHT ON THIS ISSUE ALSO BEFORE THE NEW
JERSEY DISTRICT COURT WHERE THE FEDERAL DISTRICT COURT JUDGES
AROUND THE NATION AS ARE LISTED WITHIN THIS COMPLAINT, CONSPIRED
UNDER COLOR OF LAW AND OR AUTHORITY IN VIOLATION OF 18 U.S.C. §
1001 TO CONCEAL MATERIAL FACTS, TO THWART JUST AND FAIR REVIEW,
IN ACTS OF FRAUD UPON THE COURT, INAPPROPRIATELY DISMISSING THE
CASES TO PREVENT THIS CRUCIAL INFORMATION FROM BEING REVEALED TO
CONCEAL THE UNITED STATES GOVERNMENT DEFAULT, FORFEITURE AND
WAIVER AS IT EMERGES FROM THE LAWRENCE L. CRAWFORD SOUTH CAROLINA
STATE CASES RELIED UPON, CASES 2006-CP-400-3567, 3568, 3569;
2013-CP-400-0084, 2294 IN THE RICHLAND COUNTY COURT OF COMMON
PLEAS, WHICH WOULD ESTABLISH RIGHTS OF RES JUDICATA AND
COLLATERAL ESTOPPEL BINDING ALL COURTS AND PARTIES EVEN AS IT
PERTAINS TO CONVICTION, AN EXTRA-TERRITORIAL CONSPIRACY,

INVOLVING THE STATE OF NEW JERSEY AS WELL, PERMITTING THE
LAWRENCE L. CRAWFORD CONVICTION AND 1986 WEAPON POSSESSION CHARGE
IN NEW JERSEY TO BE CHALLENGED UNDER THIS FILED § 1983 ACTION DUE
TO THE CONVICTION(S) ALREADY BEING INVALIDATED AS IS ARGUED
BEFORE ALL COURTS INVOLVED. CAUSE ON THIS ISSUE IS ESTABLISHED AS
WELL PURSUANT TO SEEKING INJUNCTIVE AND DECLARATORY RELIEF WHERE
THE STATE AND FEDERAL ACTORS, JUDGES ETC. WORKED IN CONCERT TO
CONCEAL KRISTY KHOL AND PAUL GUNTER'S BACK DOOR APPEARANCE IN THE
LAWRENCE L. CRAWFORD SOUTH CAROLINA CASES RELIED UPON,
ESTABLISHING ALL RIGHTS, TITLES, PRIVILEGES AND IMMUNITIES OF THE
FOREIGN SOVEREIGN FIDUCIARY HEIR, KING, KHALIFAH, IMAM AND HIGH
PRIEST OF THE ONE TRUE GOD AND THE BENEFICIARIES OF THE CESTUI
QUE TRUST WHICH LYNAE CRAWFORD AND THE SOVEREIGN MINOR CHILD ARE
PARTY. PERSONAL JURISDICTION OVER A PARTY MAY BE OBTAINED
"THROUGH PROPER SERVICE OF PROCESS" (WHICH WAS DONE BUT IN FRAUD
THEY CONSPIRED TO CONCEAL), OR "BY THE VOLUNTARY APPEARANCE OF
THE PARTY EVEN IF ITS BY THE BACK DOOR....", IN RE: E.M., 2023 WL
2237950 (OHIO.6 DIST.2023); UNITED SPECIALTY INSURANCE COMPANY v.
COLE'S PLACE INC., 936 F.3d. 386 (6th.Cir.2019); CARDINAL HEALTH,
INC. v. NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH P.A.,
29 F.4TH. 792, 796+ 6th.Cir.(OHIO); McCLANAHAN v. STATE FARM LIFE
INSURANCE COMPANY,--F.Supp.3d.--, 2023 WL 2485697(E.D.Tenn.2023).
THIS IS COMPOUNDED BY THE FACT THAT THE STATE OF SOUTH CAROLINA
AND THE S.C. DEPT. OF CORRECTIONS VIA THEIR APPOINTED ATTORNEY,
MR. JACOB BILTOFT, OF THE McKAY LAW FIRM IN SOUTH CAROLINA
FORFEITED AND WAIVED CHALLENGE TO ANYTHING, ANYTHING THAT WAS
PRESENTED BEFORE THE MULTI-DISTRICT LITIGATION PANEL COURT UNDER
MDL CASE NO. 3116 IN WASHINGTON D.C. ON MAY 3, 2024. RES JUDICATA
AND OR COLLATERAL ESTOPPEL BARS FROM RAISING ANY DEFENSE ON THE
PART OF THESE DEFENDANT PURSUANT TO ANY ISSUE THAT IS OR COULD
HAVE BEEN CHALLENGED WHEN THE OPPORTUNITY WAS CLEARLY AFFORDED TO
THEM DEMONSTRATING THAT ANY HECK v. HUMPHEYS CLAIM PURSUANT TO
SEEKING HABEAS CORPUS WOULD NOT ATTACH AND WHERE THE OTHER
INTERVENORS, PETITIONERS INVOLVED, ARE ENTITLED TO RIGHTS OF NON
PARTY RES JUDICATA AND OR COLLATERAL ESTOPPEL, WHERE THEIR
PENDING PCR ACTIONS ARE PETITIONED REMOVED AND OR ARE SOUGHT AS
TAG ALONG CASES SEEKING 1407 TRANSFER VIA THESE MULTI-DISTRICT

LITIGATION CASES, SARA Y. WILSON, APPELLANT, v. CHARLESTON COUNTY
SCHOOL    DISTRICT,    RESPONDENT,--S.E.2d.--,    2017    WL
1075196(S.C.App.2017); HARDWICK v. BANK OF AMERICA, N.A., 2016 WL
3563083(DSC.2016). ALL COURTS ON RECORD OR JUDGES IN CHAMBERS
HAVE POWER TO ISSUE WRITS OF HABEAS CORPUS. HABEAS CORPUS IS NOT
A SUBSTITUTE FOR ORDINARY ERROR CORRECTIONS THROUGH APPEAL, BUT
IS AN "EXTRAORDINARY REMEDY" THAT GUARDS ONLY AGAINST "EXTREME
MALFUNCTIONS IN THE STATE CRIMINAL SYSTEM" WHERE IN THIS CASE
THEY ACTED, FRAME THE PLAINTIFF, CRAWFORD, THE FORERUNNER TO THE
ONE TRUE GOD'S CHRIST, THE KING OF THE NORTH FORETOLD TO COME IN
THE BOOK OF DANIEL CHAPTER 11, BEHIND RELIGIOUS AND RACIAL
HATRED, AND PURPOSELY KEPT AND CONCEALED EVIDENCE OF ACTUAL
INNOCENCE IN THE FORM OF DNA TESTING AND A SLED INVESTIGATIVE
FILE NO. 5501014 FROM BEING RELEASED, HOLDING HIS AND THE OTHERS
CASES IN LIMBO SINCE 2006 TO PREVENT THE LEGAL ISSUES OF
RELIGIOUS PROPHESY FORETOLD IN THE BOOK OF ISAIAH CHAPTER 61:1-3
FROM SEEING THE LIGHT OF DAY, ENGAGING IN ACTS OF KIDNAPPING A
FOREIGN SOVEREIGN OFFICIAL IN ACTS OF OFFICIAL MENTAL AND
PHYSICAL TORTURE IN VIOLATION OF THE C.A.T. TREATY AND FOREIGN
SOVEREIGN IMMUNITY ACT. THIS PRODUCES "EXTREME MALFUNCTION IN THE
STATE CRIMINAL JUSTICE SYSTEM" WARRANTING THE IMMEDIATE ISSUING
OF HABEAS CORPUS, OR AN ANALOGOUS PROCEEDING UNDER THE FOREIGN
SOVEREIGN IMMUNITY ACT CONTRACT CLAUSE WHICH THE FOREIGN
SOVEREIGN IMMUNITY ACT IS THE EXCLUSIVE REMEDY FOR THE SOVEREIGN,
HARRINGTON v. RICHTER, 562 U.S. 86, 102-103; SHINN MARTINEZ
RAMIREZ; SHINN v. JONES,--S.Ct.--, 2022 WL 1611786(U.S.2022);
DAVIS v. NORTH CAROLINA ATTORNEY GENERAL, 2022 WL
16707065(4th.Cir.2022); UNITED STATES OF AMERICA v. GREGORY HOLT
AKA ABDUL MAALIK MUHAMMAD, 2017 WL 1181509 (W.D.La.2017); UNITED
STATES v. APPLE MAC PRO COMPUTER,--F.3d.--, 2017 WL
1046105(3rd.Cir.2017); ZIVOLTOFSKY EX REL ZIVOTOFSKY v. KERRY
SUPRA.; NATIONAL WINTER ACTIVITY CENTER v. DIRECTOR, DIVISION OF
TAXATION, 33 N.J. TAX 12 (TaxCt.2020); NEW JERSEY DEPT. OF
ENVORONMENTAL PROTECTION v. EXXON MOBIL CORPORATION, 453 N.J.
Super 272(Sup.Ct.2018).

THE PLAINTIFF(S) ALSO GIVE THE NEW JERSEY DISTRICT COURT

JUDICIAL NOTICE THAT THIS ACTION IS FILED TO SUE EVERY STATE, ITS RELEVANT UNIVERSITIES AND OR ITS HEADS FOR THE ARRESTS OF THE PRO PALESTINIAN PROTESTORS AROUND THE NATION FOR VIOLATION OF THE TERMS OF THE **"GRANT"** AS ASSESSED BY THE FOREIGN SOVEREIGN FIDUCIARY HEIR, GIVEN TO YOUR GLOBAL NATIONS BY THE SOLE CORPORATION AND FOREIGN SOVEREIGN CROWN, WHICH THE PLAINTIFF, LAWRENCE L. CRAWFORD, IS SEEKING BEFORE THE MULTI-DISTRICT LITIGATION PANEL FOR A GENERAL ORDER OF TAG ALONG CASES AS WELL AS THE COP CITY PROTESTORS OUT OF ATLANTA, GEORGIA, DUE TO THEY ALSO BEING BENEFICIARIES OF THE CESTUI QUE TRUST WHERE ANY DAMAGE SAID TO HAVE BEEN DONE BY THEM CAN BE TAKEN OUT OF REPARATIONS FOR THE TRANSATLANTIC SLAVE TRADE THIS NATION, THE STATE OF GEORGIA AND THE STATE OF NEW JERSEY OR OTHER STATES INVOLVED OWES ADDRESSING THESE ATROCITIES, ACTS OF STATE SPONSORED TERRORISM AND CRIMES AGAINST HUMANITY PERPETRATED AGAINST MY AFRICAN AMERICAN FOREFATHERS AND FOREMOTHERS, KIDNAPPING THEM FROM OFF OF FOREIGN SOIL TO TORTURE AND ENSLAVE THEM AROUND THE GLOBE. THIS CASE IS ALSO FILED TO ESTABLISH ALL RIGHTS, TITLES, PRIVILEGES AND IMMUNITIES OF THOSE BENEFICIARIES OF THE CESTUI QUE TRUST, THOSE UNIVERSITY AND COLLEGE AND COP CITY PROTESTORS AS IS ARGUED BEFORE THE MULTI-DISTRICT LITIGATION PANEL SEEKING 1407 TRANSFER, COSTCO WHOLESALE AND CITIBANK SUPRA, 2023 WL 2662347(D.N.J.2023).

THE PLAINTIFFS GIVE THE NEW JERSEY DISTRICT AND ALL COURT(S) JUDICIAL NOTICE THAT THE HUNTER BIDEN CASE OUT OF THE DELAWARE DISTRICT COURT, PRESIDENT BIDEN'S SON, AND THE JOHNATHAN MAJORS CASE OUT OF THE CITY OF NEW YORK, THE HOLLYWOOD ACTOR CASE(S), ARE SOUGHT AS TAG ALONG CASES UNDER THIS CASE AND MULTI-DISTRICT LITIGATION PANEL RULES FROM THE CRIMINAL COURT OF NEW YORK CITY, WHERE GENERAL ORDER OF TAG ALONG CASE IS SOUGHT BEFORE THE PANEL COURT, ALSO SUING THE CITY OF NEW YORK AND MARVEL STUDIOS WITH ITS CORPORATE HEAD(S) FOR VIOLATIONS OF THE TERMS OF THE **"GRANT"** AS ASSESSED BY THE FIDUCIARY FOREIGN SOVEREIGN HEIR, GIVEN TO YOUR GLOBAL NATIONS BY THE SOLE CORPORATION AND FOREIGN SOVEREIGN CROWN, WAIVING IMMUNITY UNDER THE FOREIGN SOVEREIGN IMMUNITY ACT. A FUNCTIONAL EQUIVALENT TO HABEAS CORPUS UNDER 28 U.S.C. § 2255 WAS FILED BEFORE THE PANEL

AND DELAWARE DISTRICT COURT GIVING THEM NOTICE. IF NEEDED A
PROPER HABEAS CORPUS FORM SHALL BE ADDED TO THIS CASE FOR THAT
PURPOSE, BEY v. FIDELITY INVESTMENT LLC., 2023 WL 2504754
(E.D.Pa.2023); ALSTON-PAGE v. STATE OPERATED SCHOOL DISTRICT OF
CITY OF PATERSON, 2023 WL 2401468(D.N.J.2023). ALSO SEE EXHIBIT,
"DECLARATION OF SOVEREIGNTY" ATTACHED TO THE FACE OF THIS
COMPLAINT.


        THE PLAINTIFF(S) BRING THE NEW JERSEY DISTRICT COURT AND
ALL PARTIES ATTENTION TO EXHIBIT, "CONTINUED THREAT OF IMMINENT
DANGER". THIS A A TYPED COPY OF THE HANDWRITTEN DOCUMENT FILED
BEFORE THE MULTI-DISTRICT LITIGATION PANEL UNDER MDL. CASE NO.
3116, THE DOCUMENT DATED MAY 30, 2024. WITHIN THIS COMPLAINT ALSO
IS A COPY OF THE TYPED DOCUMENT DATED JANUARY 20, 2024 THAT IS
FILED BEFORE THE PANEL COURT. THE PLAINTIFF(S) NOTIFY THE NEW
JERSEY DISTRICT COURT AS IS DONE TO THE OTHER INVOLVED COURTS,
THAT THE THREAT OF IMMINENT PHYSICAL HARM UPON THE PLAINTIFF,
LAWRENCE L. CRAWFORD, THE FOREIGN SOVEREIGN FIDUCIARY HEIR, KING,
KHALIFAH IS REAL, CERTAIN AND CONTINUOUS AS DEMONSTRATED BY THE
RECENT PHYSICAL ASSAULT AND OR ASSASSINATION ATTEMPT THAT
OCCURRED ON HIS LIFE MAY 15, 2024 AT KERSHAW CORRECTIONAL
INSTITUTION WHERE THOSE PHYSICAL INJURIES ARE RECORDED ON VIDEO.
WHAT MAKES THIS CLEAR AND CONTINUOUS THREAT OF IMMINENT DANGER
EVER PRESENT, EVEN AT THIS CURRENT INSTITUTION, EVEN AT THE TIME
THIS AMENDED COMPLAINT IS PLACE BEFORE THE NEW JERSEY DISTRICT
COURT; WHICH IS ALSO SUPPORTED BY THE DENIAL OF MEDICAL CARE FOR
OVER (5) YEARS IN RETALIATION BECAUSE THE FOREIGN SOVEREIGN
FIDUCIARY HEIR SOUGHT TO BRING THIS ACTION, EVEN BEFORE THE NEW
JERSEY DISTRICT COURT, VIOLATING 42 U.S.C. § 12203(a)(b) OF THE
AMERICANS WITH DISABILITIES ACT, IS THAT THE CONSPIRING SOUTH
CAROLINA DEFENDANTS, AFTER TRANSFERRING THE FOREIGN SOVEREIGN
FIDUCIARY HEIR, KING, KHALIFAH TO EVANS INSTITUTION. THEY
PURPOSELY, MALICIOUSLY, IN FURTHER SUBSEQUENT INTENDED ATTEMPTS
UPON THE FOREIGN SOVEREIGN FIDUCIARY HEIR, KING'S LIFE, THEY
TRANSFERRED THE ESTABLISHED ATTACKER, WOULD BE ASSASSIN, TO EVANS
INSTITUTION RIGHT ALONG WITH CRAWFORD, PLACING THEM TOGETHER IN
THE SAME DORM ON THE SAME WING FOR THE SPECIFIC PURPOSE OF

INITIATING SUBSEQUENT ATTEMPTS OF PHYSICAL ASSAULT AND OR ASSASSINATION ATTEMPTS UPON THE SOVEREIGN'S LIFE. EVEN BY THEIR OWN POLICIES SUCH RECORDED KNOWLEDGE OF THE PHYSICAL ASSAULT BETWEEN TWO INMATES WOULD REQUIRE SEPARATION. THIS WAS IGNORED AFTER THE FOREIGN SOVEREIGN SPECIFICALLY REQUESTED THAT S.C.D.C. PLACE A SEPARATION IN BOTH THE PARTIES S.C.D.C. FILES FOR PROTECTION SAKE. EVEN UNTIL THIS PRESENT DATE THE ESTABLISHED INMATE WEAPONIZED, BY THE S.C.D.C. ACTORS ASSASSIN, IS STILL MAKING THREATS TO THE FOREIGN SOVEREIGN LAWRENCE CRAWFORD, OF PHYSICAL INJURY, THAT IF THE FOREIGN SOVEREIGN DOESN'T STOP PURSUING ACTION AGAINST THE DEFENDANTS IN THESE MULTI-DISTRICT LITIGATION CASES. SUCH FAILURE WOULD OPEN HIM UP TO POTENTIAL ADDITIONAL PHYSICAL ASSAULTS AND OR ASSASSINATION ATTEMPTS BEING PERPETRATED AGAINST HIS PERSON. THE PLAINTIFF GIVES THE NEW JERSEY DISTRICT COURT JUDICIAL NOTICE. EVEN THOUGH THE PLAINTIFFS ARE CHALLENGING THE CONSTITUTIONALITY OF THE 3 STRIKE PROVISION OF THE PLRA AND THE 1996 CLINTON BILL. THERE IS INDEED A THREAT OF IMMINENT DANGER THAT EXIST PURSUANT TO IMMINENT PHYSICAL HARM AND THE UNJUST DELAY OF MEDICAL TREATMENT THAT WOULD CARVE AN EXCEPTION ALLOWING THIS FILING. THIS MATTER WAS ALSO PLACED BEFORE THE MULTI-DISTRICT LITIGATION PANEL WHERE THE PANEL REQUIRED THE SOUTH CAROLINA DEFENDANTS TO RESPOND TO THESE CLAIMS ON THE RECORD DUE BY MAY 3, 2024 FOR WHICH THEY FORFEITED AND WAIVED CHALLENGE. THUS, THE PLAINTIFF, LAWRENCE L. CRAWFORD, VIA THESE MULTI-DISTRICT LITIGATION CASES IS ENTITLED TO RIGHTS OF RES JUDICATA AND OR COLLATERAL ESTOPPEL ON THE ISSUE OF THREAT OF IMMINENT DANGER WHERE THIS MATTER WAS PLACED BEFORE THE PANEL WHICH WOULD ALSO VIOLATE THE PANEL'S CLOSE BRIEFING ORDER IF THE NEW JERSEY DISTRICT COURT WOULD ACT CONTRARY, WHERE THE SOUTH CAROLINA DEFENDANTS FORFEITED AND WAIVED ANY CHALLENGE TO THESE CLAIMS. THE NEW JERSEY DISTRICT COURT CONDUCTING PRETRIAL PROCEEDINGS PURSUANT TO MULTI-DISTRICT LITIGATION STATUTE HAS NO AUTHORITY, POWER OR JURISDICTION TO INVOKE THE CHANGE OF VENUE STATUTE TO ASSIGN AN ISSUE THAT WAS WAIVED BEFORE THAT COURT TO ITSELF FOR TRIAL OR JUDICIAL DETERMINATION WHICH ESTABLISH RIGHTS OF RES JUDICATA AND OR COLLATERAL ESTOPPLE. THUS, NO 3 STRIKE PROHIBITION EXIST FOR PURPOSE OF LAWRENCE L. CRAWFORD FILING, 28

U.S.C. §§ 1404(a), 1407; MATTHEW v. CHAS, KURZ & CO. INC., 791 Fed. Appx' 556 (6th.Cir.2019); LEXECON INC. v. MILBERG, WEISS, BERSHAD, HYNES & LERACH, 523 U.S. 26, 118 S.Ct. 956, 140 L.Ed.2d. 62(U.S.1998); KALAMA v. MATSON NAVIGATION COMPANY INC., 875 F.3d. 297 (6th.Cir.2017). THE FACT THAT THE CONSPIRING S.C.D.C. DEFENDANTS FAILED TO FOLLOW THEIR OWN POLICIES AND PLACE A SEPARATION BETWEEN THE TWO PARTIES KNOWING BLOOD WAS RECENTLY SHED, THEN SEND THEM BOTH TO THE SAME INSTITUTION, THE SAME DORM, THE SAME WING TO ALLOW AND ENCOURAGE FURTHER PHYSICAL ASSAULTS, FAILING TO PROTECT, PRODUCES A "CONSCIENCE OF GUILT" UNDER S.C. RULE 401 WHERE THERE EXIST AN UNMISTAKABLE NEXUS BY CLEAR AND CONVINCING EVIDENCE LINKING THE CONDUCT TO A GUILTY CONSCIENCE DERIVATIVE OF OFFENSE FOR WHICH THEY ARE BEING CALLED INTO QUESTION ON VIOLATING ALSO RIGHTS OF PRISONERS § 3:64; THE STATE, RESPONDENT v. STEWARD JEROME MIDDLETON, PETITIONER,--S.E.2d.--, 2023 WL 6136442(S.C.App.2023). IT IS A DANGER GREATER THAN FEAR WHERE REPEATED AND RECENT ATTACKS HAVE ALREADY OCCURRED, THE INJURIES RECORDED ON VIDEO SOON TO BE SUBMITTED AT TRIAL, AND THE CONDUCT THREATENS CONTINUING OR FUTURE INJURY. IT IS A PATTERN OF CONDUCT EVIDENCING THE LIKELIHOOD OF IMMINENT SERIOUS PHYSICAL INJURY WHICH IS COMPOUDED BY THE DELAY OF MEDICAL CARE IN RETALIATION GOING ON FOR OVER (5) YEARS AND COUNTING ALONG WITH THE PHYSICAL ATTACKS, BRYAN v. McCALL, 2016 WL 529574(DSC.2016); COLE v. ELLIS, 2015 WL 6407205 (N.D.Fla.2015); ABDUL-AKBAR v. McKELVIE, 239 F.3d. 307(3rd.Cir.2001); MILTON WASHINGTON ET. AL., PLAINTIFFS v. GOVERNOR TOM WOLFE ET. AL., DEFENDANTS, 2021 WL 1197698(M.D.Pa.2021); GARRETT v. CITY OF CAMDEN, 2020 WL 7640566(D.N.J.2020).

EXHIBIT, "CONTINUED THREAT OF IMMINENT DANGER"

LAWRENCE L. CRAWFORD AKA
JONAH GABRIEL JAHJAH T. TISHBITE
#300839 CYE. 50 K.C.I.
4848 GOLD MINE HWY.
KERSHAW, S.C. 29067

IN RE: MDL CASE NO. 3116, AFFIDAVIT OF FACTS GIVING JUDICIAL NOTICE; FILING PURSUANT TO PANEL RULE 6.1(f) AND 6.2(d) ALSO RENEWING ALL PREVIOUSLY FILED MOTIONS; MOTION TO VACATE THE NEW YORK CRIMINAL COURT'S FINAL ORDER IN THE JOHNATHAN MAJORS CASE AND THE JEREMIAH MACKEY JR. CASE IN FRANKLIN COUNTY OHIO MUNICIPAL COURT: MOTION TO ENLAGE.

(THIS IS A TYPE VERSION OF THE DOCUMENT PREVIOUSLY SENT DATED MAY 30, 2024. THE MOTION TO ENLARGE WAS ALREADY RULED ON WHICH WAS MISUNDERSTOOD. IT WAS MEANT AS A MOTION TO MERELY SUPPLEMENT UNDER RULE(S) 6.1(f) AND 6.2(d). SINCE I AM BACK IN POSSESSION OF MY WORD PROCESSOR, THOUGH DAMAGED, I WANTED TO PRESENT TO THE COURT A PRISTINE, MORE LEGIBLE TYPED COPY OF THAT PRIOR LITIGATION. THIS DOCUMENT IS FILED TO REPLACE THE PREVIOUS ONE FILED.)

TO: THE MULTI-DISTRICT LITIGATION PANEL AND COURT,

PLEASE FORGIVE THE PETITIONER, CRAWFORD, FROM RESPONDING IN THIS MANNER. ADDITIONAL INJUSTICES ON THE PART OF THE SOUTH CAROLINA, K.C.I., DEFENDANTS HAVE OCCURRED. THE PETITIONER IS CURRENTLY ON "LOCK UP", "R.H.U.", "SOLITARY CONFINEMENT" WHERE THE DEFENDANTS ARE CONSPIRING UNDER COLOR OF STATE LAW TO IMPEDE, OBSTRUCT AND DEFEAT THE DUE COURSE OF JUSTICE, ALSO VIOLATING 28 U.S.C. §§ 1985(2), 1985(3), 1986 AND 18 U.S.C. § 1001 TO CONCEAL THE MATERIAL FACT THAT A RECENT

1-of-16

ASSAULT AND OR ASSASSINATION ATTEMPT UPON THE PETITIONER'S LIFE HAS OCCURRED ON MAY 15, 2024, AND THEY ARE CONSPIRING TO MAKE IT APPEAR TO AVOID LIABILITY AS THOUGH IT WAS "MUTUAL COMBAT" WHEN OF COURSE IT WAS NOT. THE PETITIONER IS NOW SEPARATED FROM HIS WORD PROCESSOR WHICH HAS BEEN DAMAGED, LEGAL DOCUMENTS, AND OTHER LEGAL MATERIALS PRODUCING CONDITIONS OF OBSTRUCTION THAT ARE NOT CONDUCIVE TO PROPER LITIGATION OR IN PROTECTING THE PETITIONER'S CONSTITUTIONAL RIGHT TO BE FULLY HEARD WARRANTING FURTHER SANCTIONS AGAINST THESE S.C. DEPT. OF CORRECTIONS, K.C.I., DEFENDANTS WHICH WE SEEK.

HERE THE PANEL WILL FIND ATTACHED ARE TWO CORRESPONDENCE DOCUMENTS TO THE SOUTH CAROLINA DEFENDANTS DATED MAY 22, 2024 AND MAY 28, 2024 ALONG WITH (3) COPIES OF CHARGE PAPERS RELATED THERETO. A RECENT PHYSICAL ASSAULT AND OR ACT OF ATTEMPTED MURDER HAS JUST OCCURRED WHICH CANNOT BE CONSIDERED "HYPERBOLE" DUE TO THERE BEING A WEAPON THAT WAS PLANTED UNDER THE PETITIONER'S MATTRESS TO AVOID THE SEARCH TEAM CHARGING HIM WITH POSSESSION BY THE PERPETRATOR THAT COULD HAVE EASILY ENDED UP IN THE PETITIONER'S CHEST. JUST AS THE PETITIONER ARGUED BEFORE THE COURT, THE THREAT OF IMMINENT DANGER WAS CLEAR, IMMINENT AND CONTINUOUSLY PRESENT NOW RECORDED ON VIDEO ESTABLISHING ADDITIONAL PHYSICAL INJURIES WARRANTING IMMEDIATE ACTION ON THE PART OF THE MULTI-DISTRICT LITIGATION PANEL AND COURT. BY THE LATEST EVENTS AFORESAID, WE ALSO GIVE THE COURT AND PARTIES JUDICIAL NOTICE THAT THESE NEW CAUSES OF ACTION RELATE BACK TO THE ORIGINAL COMPLAINTS INVOLVED, AND NOW HAVE PRODUCED (39) ADDITIONAL INDEPENDENT CAUSES OF ACTION AGAINST THE SOUTH CAROLINA DEFENDANTS BRINGING INCREASE IN PUNITIVE DAMAGES SOUGHT TO THE AMOUNT OF $470 BILLION AGAINST THE STATE OF SOUTH CAROLINA, THE S.C. DEPT. OF CORRECTIONS AND ITS EMPLOYEES (**UPDATE:** SEVERAL OTHER CAUSES OF ACTION OCCURRED AFTER THIS DOCUMENT WAS INITIALLY SUBMITTED BRING PUNITIVE TO $540 BILLION).

THE SOUTH CAROLINA DEFENDANTS, S.C.D.C., AND THE STATE OF SOUTH CAROLINA, VIA THEIR ATTORNEY, JACOB BILTOFT, OF THE McKAY LAW FIRM, WAIVED AND FORFEITED NOT ON JUST THE LEAD MEMORANDUM

ITSELF. BUT ALSO ON ALL ATTACHMENTS RELATED THERETO, WHICH
INCLUDE THE (26) PAGE TYPED INJUNCTION, PROTECTIVE ORDER
DOCUMENT, DATED JANUARY 2024 FILED BEFORE THE MULTI-DISTRICT
LITIGATION PANEL COURT, FILED ALSO FOR THE PURPOSE OF
ESTABLISHING WHY WE ARE SEEKING § 1407 TRANSFER AND ESTABLISHING
RIGHTS, TITLES, PRIVILEGES AND IMMUNITIES OF THE FOREIGN
SOVEREIGN FIDUCIARY HEIR AND THE BENEFICIARIES OF THE CESTUI QUE
TRUST, NOT ON JUST THE PERMISSIBILITY OF HIM TO HAVE THE CELL
PHONE IN QUESTION, WHICH ALSO INCLUDE (1) THE RIGHT TO INVOKE THE
MAGISTRATE STATUTE AND HAVE JUDGE AUSTIN PRESIDE OVER THESE
MATTERS WITH HER EXPENSES BEING COVERED IN FULL BY THE GOVERNMENT
TO SIT IN THE NEW JERSEY DISTRICT COURT. THERE IS NO CHALLENGE TO
THIS. SILENCE IS ACCEPTANCE BY THE PARTIES, (2) THEY WAIVED AND
FORFEITED ON THE CLAIM OF SUPPRESSION OF EVIDENCE OF ACTUAL
INNOCENCE. WE MOTION TO HAVE THAT EVIDENCE SECURED, (3) THE
DEFAULT AND VOIDING OF THE SOUTH CAROLINA RICHLAND COUNTY COURT'S
JURISDICTION IN 2015 PURSUANT TO THE CRAWFORD CONVICTION, (4) THE
STATE OF SOUTH CAROLINA'S FAILURE TO APPEAR IN THE RICHLAND
COUNTY COURT HEARING SCHEDULED NOVEMBER 2020 LEADING TO AN
ADDITIONAL DEFAULT AND THE INVALIDATING OF THE CRAWFORD
CONVICTION, (5) THEY CONCEALED THE BACK DOOR APPEARANCE OF THE
UNITED STATES FEDERAL AGENTS AND OR ATTORNEYS LEADING TO DEFAULT,
FORFEITURE AND WAIVER ON THE PART OF THE UNITED STATES GOVERNMENT
AS IT ALSO RELATE TO INTELLECTUAL PROPERTY RIGHTS (WE SEEK ORAL
ARGUMENT TO ESTABLISH WHO KRISTY KHOL AND PAUL GUNTER ARE), (6)
THE SOUTH CAROLINA ACTORS DEALING IN SHAM LEGAL PROCESS RUBBER
STAMPING CRIMINAL INDICTMENTS GIVING THE FALSE IMPRESSION THAT
THEY WENT BEFORE THE GRAND JURY WHEN IN REALITY THEY DID NOT (WE
WANT THE GRAND JURY PANEL DOCUMENTS FOR ALL OF OUR CASES), AND
THE DEFAULT ON THE LEGAL ISSUES OF RELIGIOUS PROPHESY, COPY, THAT
ARE FILED WITHIN THE OHIO DISTRICT COURT RECORD AND WITHIN THE
PETITIONERS AND INTERVENORS INVOLVED STATE CASES, (7) THE SOUTH
CAROLINA DEFENDANTS CONSPIRING UNDER COLOR OF STATE LAW IN
MASTER-MINDING THE CONDITIONS AND OR CREATE AND OR PROMOTE THE
CONDITIONS OF PHYSICAL ASSAULTS AND OR ASSASSINATION ATTEMPTS
UPON THE FOREIGN SOVEREIGN FIDUCIARY HEIR AND OTHER INMATES
INVOLVED, DEMONSTRATING CLEAR THREAT OF IMMINENT DANGER, AND THAT

NOT ONLY IS THE CRAWFORD CONVICTION VOID, INVALIDATED AND
UNCONSTITUTIONAL. BUT ALSO THAT OF THE OTHER PETITIONERS AND OR
INTERVENORS AND THEY ARE ENTITLED TO RIGHTS ESTABLISHED BY NON
PARTY RES JUDICATA AND OR COLLATERAL ESTOPPEL AS IT PERTAINS TO
THEIR CONVICTIONS OR CIVIL COMMITMENT ALSO EMERGING FROM THE
CRAWFORD STATE CASES RELIED UPON. WITH THIS LATEST ASSAULT AND OR
ASSASSINATION ATTEMPTED AND DONE PRODUCING PHYSICAL INJURIES TO
CRAWFORD ON THE PART OF THE SOUTH CAROLINA, K.C.I., DEFENDANTS
OCCURRING ON MAY 15, 2024 RIGHT BEFORE THE PANEL'S EYES. IN
FUNDAMENTAL FAIRNESS TO THE PETITIONERS-INTERVENORS, WE
RESPECTFULLY REQUEST AND MOTION THAT, ANY ORDER OF TRANSFER MUST
INCLUDE AND OR INCORPORATE AN ORDER THAT THE PETITIONERS,
INTERVENORS, WITH ALL THEIR PROPERTY, UNMOLESTED, TO INCLUDE THE
RECENT CELL PHONE THAT THE SOUTH CAROLINA ATTORNEY BILTOFT WAIVED
AND FORFEITED CHALLENGE TO, IN THE POSSESSION OF THE K.C.I.
DEFENDANTS OR THE S.C. DEPT. OF CORRECTIONS, BE ALSO TRANSFERRED
INTO FEDERAL CUSTODY AND JURISDICTION AS WELL, AND WE BE HOUSED
AT A PRE-RELEASE CAMP PURSUANT TO 28 U.S.C. §§ 1455(c), 1602-1612
ET. SEQ.. AND THAT CELL PHONE BE ORDERED HELD WITHIN THE DIRECT
POSSESSION OF THE PETITIONER CRAWFORD. ALL COURTS ON RECORD AND
JUDGES AT CHAMBERS HAVE POWER TO ISSUE WRIT OF HABEAS CORPUS IN
THE INTEREST OF JUSTICE, WHERE IN THIS CASE, THREAT OF IMMINENT
DANGER IS CLEAR, PRESENT AND CONTINUOUS, AND WHERE HECK v.
HUMPHREYS WOULD NOT APPLY IN THIS CASE SINCE THE CONVICTIONS AND
CIVIL COMMITMENT ARE ALREADY INVALIDATED, EVEN BY FORFEITURE AND
WAIVER WHICH WE SEEK THE PANEL TO DO, INCLUDING THE OTHER
INJUNCTIVE RELIEF PREVIOUSLY REQUESTED.

DUE TO THE AFOREMENTIONED, THE K.C.I. DEFENDANTS HAVE NOW
PLACED THE PETITIONER, CRAWFORD, ON WHAT IS CALLED ADMINISTRATIVE
TRANSFER IN VIOLATION OF THE PANEL COURT'S CLOSE BRIEFING ORDER,
EXPANDING BRIEFING BEYOND THE COURT IN AN EX PARTE CLASSIFICATION
TRANSFER HEARING, IGNORING THEIR FORFEITURE AND WAIVER ON WHERE
THE PETITIONER, CRAWFORD, WAS TO BE HOUSED UNTIL POTENTIAL 1407
TRANSFER, DUE TO WHAT THEY SAY, CONSPIRING UNDER COLOR OF LAW TO
KEEP ME FROM MY WORD PROCESSOR AND LEGAL DOCUMENTS, ARE "SECURITY

CONCERNS." THIS WOULD AUTHORIZE THEM BY POLICY, USING POLICY ARBITRARILY, TO KEEP CRAWFORD ON LOCK UP FOR UP TO (6) MONTHS OF SOLITARY CONFINEMENT FOR BEING THE VICTIM OF A RECENT ASSAULT AND OR ASSASSINATION ATTEMPT, UNDER THE GUISE OF WAITING FOR BED SPACE IN FRAUDULENT MISREPRESENTATION OF THE FACTS, WHEN IN TRUTH THE ACTION IS DONE IN RETALIATION IN VIOLATION OF 42 U.S.C. § 12203(a)(b) OF THE AMERICANS WITH DISABILITIES ACT FOR THE FREE EXERCISE OF CONSTITUTIONALLY PROTECTED RIGHTS VIA ACCESS TO THE COURT AND FREEDOM OF RELIGION BECAUSE LEGAL ACTION HAS BEEN LEVIED AGAINST THEM. FOR THIS REASON ALSO WE RENEW THE MOTION TO ADVANCE THE CAUSE AND SEEK THAT THE MULTI-DISTRICT LITIGATION PANEL COURT RULE AS EXPEDITIOUSLY AS POSSIBLE TO TRANSFER THE CASES AND THE PETITIONERS-INTERVENORS (EMPHASIS ADDED), AND ON THE APPOINTMENT OF LEGAL COUNSEL AS PART OF THE SANCTIONS ON THE S.C. DEPT. OF CORRECTIONS, K.C.I., DEFENDANTS. WE MOTION THAT THE SOUGHT ORDER REQUIRING THE S.C.D.C. DEFENDANTS TO RELEASE THAT CELL PHONE OF CRAWFORD'S TO HIM IMMEDIATELY THAT THEY FORFEITED AND WAIVED ANY CHALLENGE TO HIM HAVING APPLY TO ANY INSTITUTION WITHIN THE S.C. DEPT. OF CORRECTIONS AND THE AGENCY ITSELF (UPDATE: SINCE THIS DOCUMENT WAS SUBMITTED TO THE PANEL IN THE HANDWRITTEN FORM, THE PETITIONER WAS INDEED TRANSFERRED TO EVANS CORRECTIONAL INST. THE PROBLEM IS, SO WAS THE INDIVIDUAL WHO PERPETRATED THE ASSAULT AND OR ASSASSINATION ATTEMPT UPON THE FOREIGN SOVEREIGN FIDUCIARY HEIR AND THEY PLACED THIS WOULD BE ASSASSIN IN THE SAME DORM, ON THE SAME POD WITH THE PETITIONER FOR ALL PRACTICAL PURPOSES TO INITIATE ADDITIONAL FUTURE PHYSICAL ASSAULT AND OR ASSASSINATION ATTEMPTS UPON THE PETITIONER WHICH THIS INDIVIDUAL IS CURRENTLY ASSERTED VERBAL THREATS AT THE PRESENT EVANS INSTITUTION. WHY WOULD THE S.C.D.C. ACTORS IN NEGLIGENCE AND FAILURE TO PROTECT CLAIM, AFTER EXPRESSING SECURITY CONCERNS ON THE CLASSIFICATION HEARING RECORD. NOT PLACE A SEPARATION IN BOTH FILES AND TAKE STEPS TO SEPARATE TWO INMATES THAT JUST PRODUCED BLOODY VIOLENCE IN ANY FORM AGAINST EACH OTHER? SO MUCH FOR A FRAUDULENTLY STATED SECURITY CONCERN. THE ONLY REASONABLE CONCLUSION IS THAT THEY ARE CONSPIRING TO INITIATE SUBSEQUENT PHYSICAL ASSAULT AND OR ATTEMPTED MURDER UPON THE PETITIONER. THE THREAT OF IMMINENT DANGER IS CLEAR AND

CONTINUOUS REQUIRING THAT THE PANEL IMMEDIATELY ACT.).

THE FACT THAT THE PETITIONER, CRAWFORD, WAS TO BE HOUSED IN MAGNOLIA DORM, IN A ONE MAN CELL (NO CELLMATES), WITH HIS CELL PHONE AND THE AMENITIES ARGUED, AND THE FACT THAT THE S.C. DEPT. OF CORRECTIONS, K.C.I. DEFENDANTS, PLACED THESE LAWLESS INAPPROPRIATE CHARGES ON THE PETITIONER, CRAWFORD, WHEN THEY WAIVED AND FORFEITED ANY CHALLENGE TO THE ISSUES INVOLVED THAT WERE PROPERLY PLACED BEFORE THE MULTI-DISTRICT LITIGATION PANEL COURT, CREATES A SITUATION WHERE THE DEFENDANTS ARE CONSPIRING UNDER COLOR OF STATE LAW TO DEPRIVE THE MULTI-DISTRICT LITIGATION PANEL COURT OF THE OPPORTUNITY TO RULE ON THE MOTION FOR WAIVER AND FORFEITURE FULLY. IF THE PLEADING DICTATE THAT S.C.D.C. IS IN WAIVER AND FORFEITURE, BUT THE STATE ACTORS TAKE CONCRETE ACTION (D.H.O. HEARINGS) TO ILLUSTRATE, SAY, THAT THEY ARE NOT IN FORFEITURE AND WAIVER? BY SUCH ACTION, THEY HAVE EXPANDED THE TIME OF BRIEFING OUTSIDE THE COURT'S VIEW IN AN EX PARTE FASHION ON THE ISSUES PRESENTED BEFORE THE PANEL COURT AND HAVE DENIED THE MULTI-DISTRICT LITIGATION PANEL COURT OF OPPORTUNITY TO TOTALLY RULE ON THE MOTION, ILLEGALLY INVOKING THE CHANGE OF VENUE STATUTE OF 1407 TO TRANSFER THE ISSUE BACK TO THEMSELVES IN THE FORM OF EX PARTE D.H.O. HEARINGS WITHOUT AUTHORITY GIVEN BY THE PANEL ALSO PRODUCING VIOLATION OF THE CLOSE BRIEFING MINUTE ORDER. WE OBJECT AND SEEK THAT THE PANEL COURT SANCTION THE S.C.D.C. DEFENDANTS AND REMEDY THE INJUSTICE (**UPDATE:** SINCE THE FILING OF THIS DOCUMENT THE S.C.D.C. DEFENDANTS AFTER STATING ON THE RECORD THAT THE NOTICE OF CLOSED BRIEFING WAS TO BE PLACED IN THE D.H.O. RECORD FAILED TO DO SO WITH THE INTENTION OF COMPROMISING ANY ATTEMPTS AT APPEAL DEMONSTRATING CRIMINAL INTENT. ADDITIONAL PLEADING ON THIS INJUSTICE IS FORTHCOMING.).

WE GIVE THE PANEL JUDICIAL NOTICE. THE JOHNATHAN MAJORS CRIMINAL CASE BEFORE THE NEW YORK CRIMINAL COURT IN MANHATTAN, A TAG ALONG CASE, HAS BEEN FULLY ADJUDICATED BY FINAL ORDER IN ACTS OF FRAUD UPON THE COURT, ABUSE OF DISCRETION, OBSTRUCTION OF JUSTICE, LACK AND OR VOID OF JURISDICTION AND IN VIOLATION OF THE SEPARATION OF POWERS CLAUSE, VOIDING THE NEW YORK CRIMINAL

COURT'S JURISDICTION AB INITIO UNDER THE CONSTITUTIONAL ELEMENT
AND OR PRONG TO SUBJECT MATTER JURISDICTION. WE MOTION BEFORE THE
MULTI-DISTRICT LITIGATION PANEL TO VACATE THE NEW YORK CRIMINAL
COURT'S FINAL ORDER. THE CASE IS NOT MOOT WHEN MAJORS STILL HAS
RIGHTS OF IMMUNITY THAT WAS UNCONSTITUTIONALLY DENIED HIM AND HE
CURRENTLY SUFFERS THE COLLATERAL CONSEQUENCES OF THAT RULING AND
ACTION SUCH AS BEING MADE TO ENTER TREATMENT THE COURT DID NOT
HAVE THE POWER OR AUTHORITY TO PRESCRIBE AND WHERE MAJORS SUFFERS
THE LOSS OF HIS JOB AND CONTRACT AT MARVEL STUDIOS AS A
BENEFICIARY OF THE CESTUI QUE TRUST. THE PETITIONER GIVES THE
PANEL AND ALL PARTIES JUDICIAL NOTICE. THE NAME OF MARVEL STUDIOS
AND ITS CORPORATE HEADS SHALL BE ADDED AS DEFENDANTS IN THIS CASE
FOR THE PURPOSES OF SEEKING INJUNCTIVE AND DECLARATORY RELIEF
AGAINST THEM RELATED TO THIS MATTER DUE TO THIS MANIFEST
INJUSTICE. THE NEW YORK CRIMINAL COURT DO NOT POSSESS THE POWER
OR AUTHORITY TO INVOKE THE CHANGE OF VENUE STATUTE OF § 1407 TO
TRANSFER A MULTI-DISTRICT LITIGATION TAG ALONG CASE TO ITSELF.
THERE WAS WRIT OF HABEAS CORPUS FILED IN THAT CASE AND PETITION
TO REMOVE TO THE OHIO DISTRICT COURT PURSUANT TO THE F.S.I.A..
THE NEW YORK CRIMINAL COURT WAS PROPERLY SERVED NOTICE OF THE
PROCEEDINGS UNDER CASE MDL. NO. 3116, BUT IN FRAUD UPON THE
COURT, AN ABUSE OF DISCRETION, OBSTRUCTION OF JUSTICE AND
VIOLATION OF THE SEPARATION OF POWERS CLAUSE, THEY USURPED THE
JURISDICTION OF THE MULTI-DISTRICT LITIGATION PANEL COURT. WE
OBJECT WHERE THE NEW YORK CRIMINAL COURT IN FRAUD AND OBSTRUCTION
ALSO IGNORED AND FAILED TO RULE ON THE CRAWFORD MOTION TO
INTERVENE, AND MOTION THAT THE PANEL COURT VACATE THE NEW YORK
CRIMINAL COURT'S ACTION AND FINAL ORDER, AND ORDER TRANSFER OF
THAT JOHNATHAN MAJORS CASE AS WELL WHERE INTERVENTION WAS BY
RIGHT, NOT PERMISSION.


    THE UNITED STATES SUPREME COURT RECENTLY RULED IN TURKIYE
THAT THE F.S.I.A. DO NOT APPLY TO CRIMINAL CASES. OUR CASE AND
LITIGATION CARVES AN EXCEPTION TO THAT RULING AS IS ARGUED WITHIN
THE OHIO DISTRICT COURT COMPLAINT, AND MAKING USE OF IT WOULD BE
MISPLACED FOR THE FOLLOWING REASONS: (1) THE RIGHTS SOUGHT
EXERCISED DO NOT EMERGE FROM A CRIMINAL CASE. THEY EMERGE FROM A

CRAWFORD FALSE IMPRISONMENT TORT, A CIVIL CASE, AND THE CASES
THAT THE U.S. SUPREME COURT REFERRED TO WERE NOT CRIMINAL CASES
SUBJECT TO RIGHTS OF NON PARTY RES JUDICATA AND OR COLLATERAL
ESTOPPEL EMERGING FROM A CIVIL CASE PURSUANT TO ISSUE PRECLUSION
(ei. CIVIL CASE INVOLVING SOVEREIGN IMMUNITY ACT RIGHTS THAT
INCLUDE CRIMINAL CASES) WHERE RES JUDICATA AND COLLATERAL
ESTOPPEL APPLY TO ALL CASES WITHIN ALL COURTS, CRIMINAL, CIVIL,
PROBATE ETC. ALIKE AND IS JURISDICTIONAL IN NATURE, AND CANNOT BE
WAIVED AND OR FORFEITED, AND CAN BE RAISED AT ANYTIME EVEN AT THE
TIME IT WAS RAISED BEFORE THE JOHNATHAN MAJORS NEW YORK CRIMINAL
COURT CASE; (2) THE UNITED STATES CONGRESS AND SENATE MEMBERS ARE
DIRECT PARTIES TO OUR CASES WITHIN THE CRAWFORD STATE COURT CASES
RELIED UPON AND ARE SUBJECT TO DEFAULT, WAIVER AND FORFEITURE ON
THIS ISSUE BY THEIR ATTORNEYS/AGENTS MAKING A "BACK DOOR"
APPEARANCE AND FAILING TO PLEAD AND OR CHALLENGE WHERE THAT
APPEARANCE IN FRAUD WAS CONCEALED BY THE STATE COURT, THEN
DISCOVERED, VOIDING THE COURT'S JURISDICTION FOR UNCONSTITUTIONAL
ACTION; (3) NOTICE OF HABEAS CORPUS WAS FILED IN THE JOHNATHAN
MAJORS CASE. POST CONVICTION RELIEF CASES AND HABEAS CORPUS, BY
LAW, ARE CIVIL, THOUGH POSSESSING CRIMINAL COMPONENTS. ONCE THE
U.S. SUPREME COURT ADJUDICATED THAT THE F.S.I.A. APPLIES TO
"CIVIL" CASES, AND A PETITION FOR HABEAS CORPUS IS FILED WITHIN
THAT CRIMINAL CASE OR IF THE CASE IS (PCR) POST CONVICTION RELIEF
APPLICATION? THAT CRIMINAL CASE BY LAW BECOMES CIVIL AND IS
REMOVABLE; (4) THE F.S.I.A. CONTEMPLATE LATE REMOVAL BY THE
SOVEREIGN; (5) THE MOTION TO INTERVENE WAS TIMELY BASED UPON WHEN
THE SOVEREIGN DISCOVERED THE CASE'S EXISTENCE WHERE HE PROMPTLY
ACTED TO EXERCISE THE RIGHT WITHIN TWO WEEKS OF DISCOVERY. THESE
PRODUCE FEDERAL QUESTION ALSO THAT PREEMPTED THE JURISDICTION OF
THE NEW YORK CRIMINAL COURT. THUS, MAKING USE OF TURKIYE IS
MISPLACED AND THE FINAL,ORDER IN THE MAJORS CASE MUST IN
FUNDAMENTAL FAIRNESS TO HIM AS A BENEFICIARY OF THE CESTUI QUE
TRUST BE VACATED.

WITH THAT FOUNDATION BEING LAID, THE PETITIONERS KNOW THAT
THE PANEL IS AWARE BY THE GEORGIA AND TEXAS CASES RELATED; THAT
THE OHIO AND KENTUCKY DISTRICT COURT CASES ARE FILED TO ESTABLISH

ALL RIGHTS, TITLES, PRIVILEGES AND IMMUNITIES OF THE FOREIGN
SOVEREIGN FIDUCIARY HEIR, KING, KHALIFAH, A MEMBER OF THE SOLE
CORPORATION AND FOREIGN SOVEREIGN CROWN AND THE BENEFICIARIES OF
THE CESTUI QUE TRUST OF AFRICA, ITS DIASPORA, CHRISTIANS, MUSLIMS
AND JEWS AROUND THE WORLD, AND WITHIN EACH STATE OF THIS NATION
ESTABLISHED BY "CONTRACT", BY "COVENANT", PROTECTED UNDER ARTICLE
1 § 10 OF THE U.S. CONSTITUTION.... THEREFORE, AS TAG ALONG
CASES, SUCH TAG ALONG CASES MUST ALSO INCLUDE "THE COP CITY
PROTESTORS" IN ATLANTA GEORGIA WHO HAVE BOTH PENDING STATE AND
FEDERAL INDICTMENTS. THESE BENEFICIARIES OF THE CESTUI QUE TRUST
STOOD AGAINST THE OVER POLICING AND PARA-MILITARY TACTICS OF
POLICE OFFICERS IN MINORITY NEIGHBORHOODS THAT PRODUCED THE
EGREGIOUS CIVIL RIGHTS VIOLATIONS AS THOSE CURRENTLY DOCUMENTED
IN FERGUSON MISSOURI AND WHICH LED TO THE DEATH OF THOSE LIKE
"GEORGE FLOYD" AND "BRIANA TAYLOR". THEREFORE, THE ACTIONS OF THE
STATE OF GEORGIA VIOLATE THE TERMS OF THE **"GRANT"** GIVEN TO YOUR
GLOBAL NATIONS AS ASSESSED BY THE FOREIGN SOVEREIGN FIDUCIARY
HEIR, A MEMBER OF THE SOLE CORPORATION AND FOREIGN SOVEREIGN
CROWN, OPENING UP THE DOOR FOR THE FOREIGN SOVEREIGN FIDUCIARY
HEIR TO INTERVENE, MOTION IS MADE, TO ESTABLISH THEIR IMMUNITY
AND PROTECT THAT ACQUIRED INTEREST WHETHER BY FALSE IMPRISONMENT
TORT OR HABEAS CORPUS OR VIA THE CONTRACT CLAUSE OF THE F.S.I.A.
FOR VIOLATION OF THE TERMS OF THE **"GRANT"** GIVEN TO YOUR GLOBAL
NATION BY THE FOREIGN SOVEREIGN CROWN, WHATEVER SHALL BE NEEDED
TO BRING THEM IN AS TAG ALONG CASES. ANY DAMAGE TO PROPERTY SAID
DONE BY THEM CAN BE TAKEN OUT OF REPARATIONS UNDER THE F.S.I.A.
THAT THE STATE OF GEORGIA OWES FOR SLAVERY. THE PETITIONERS HAVE
THE INDICTMENT NUMBERS, BUT DUE TO STATE INTERFERENCE WHERE THE
SOUTH CAROLINA DEFENDANTS, CONSPIRING UNDER COLOR OF STATE LAW,
HAS SEPARATED THE PETITIONER FROM HIS LEGAL DOCUMENTS IN
OBSTRUCTION CONTAINING THIS INFORMATION. "CAUSE AND PREJUDICE" IS
ESTABLISHED AND I MOVE, MOTION, TO TEMPORARILY WAIVE THIS
REQUIREMENT OF SUBMITTING CASE NUMBERS AND THE "COP CITY
PROTESTORS" CASES BE ALSO DEEMED AS TAG ALONG CASES AND SEEK THAT
THE PANEL ISSUE A GENERAL ORDER THAT REFLECT THIS. (**UPDATE:** THE
PETITIONER IS OFF R.H.U. BUT NOW THE S.C.D.C. DEFENDANTS CLAIMED
THEY LOST MY PROPERTY BAG THAT CONTAIN THIS INFORMATION. "CAUSE

AND PREJUDICE STILL EXIST FOR PURPOSE OF RELIEF.).

THE NEXT TAG ALONG CASES SOUGHT ESTABLISHED WITHIN THE COURT RECORD ARE THE "PRO PALESTINIAN PROTESTORS" CASES AROUND THE NATION WHERE THOSE COLLEGE STUDENTS WERE ARRESTED, FINED, CONVICTED, STILL PENDING IN WHATEVER FORM OR STATUS THEY CURRENTLY EXIST IN. FOR THOSE CONVICTED OR IN WHICH THE MATTER IS SAID RESOLVED THE ISSUE IS NOT MOOT WHERE THEY SUFFER THE COLLATERAL CONSEQUENCES OF THIS ARBITRARY POLICE AND OR STATE ACTION HAVING THE ARREST ON THEIR CRIMINAL RECORDS EFFECTING POTENTIAL FUTURE JOB PLACEMENT, PROMOTIONS, COLLEGE ENTRY OR SOUGHT TRANSFERS, CREDIT SCORES ASSESSED FOR HOUSING OR WITHIN CREDIT REPORTING ALTOGETHER, INCLUDING HAVING THE UNJUST "STIGMA" PLACED UPON THEM BY VARIOUS MEMBERS OF THE REPUBLICAN PARTY STATING THAT THEY STOOD IN SOLIDARITY WITH "TERRORIST". THEY STOOD IN SOLIDARITY WITH THE RIGHTFUL FIDUCIARY HEIR, KING AND NAZARITE HIGH PRIEST OF THE ONE TRUE GOD OF THE THRONE OF ISRAEL WHO ENCOURAGED THEM TO PROTEST PEACEFULLY. THIS ALSO APPLIES TO THE "PRO ISRAEL" PROTESTORS WHO PROTESTED AND DID NOT RESORT TO VIOLENCE ONLY. THE (50) STATES ARE ALREADY LISTED AS DEFENDANTS. THE PLEADING IS TO BE AMENDED BEFORE THE NEW JERSEY DISTRICT COURT AND ALL INVOLVED COURTS TO SUE EACH RELEVANT STATE AND ITS ATTORNEY GENERAL, THE UNIVERSITIES, COLLEGES AND THEIR HEADS INVOLVED FOR BREACH OF THE **"GRANT"** AND OR CONSPIRACY RELATED THERETO, GIVEN TO YOUR GLOBAL NATIONS BY THE SOLE CORPORATION AND FOREIGN SOVEREIGN CROWN UNDER THE "CONTRACT" CLAUSE OF THE F.S.I.A. AS IS ARGUED WITHIN THE OHIO DISTRICT COURT COMPLAINT WITH ITS ATTACHMENTS. YOUR LAWS ARE NOT SOLELY YOUR OWN. THE ONE TRUE GOD IS THE ORIGINAL FOUNTAIN OF ALL LAW. THE LAWS OF ABRAHAM AND (3) HOLY BOOKS GIVEN TO YOU, WHICH YOU USE (IT IS COMMONLY KNOW THAT GEORGE JEFFERSON HAD A "QURAN" IN HIS POSSESSION IN CONSTRUCTING THE U.S. CONSTITUTION AND ITS BEYOND DISPUTE WHAT PART THE BIBLICAL TEXT PLAYED IN CONSTRUCTING YOUR LAWS.) AS A **"GRANT"** THAT HAVE RESTRICTIONS. YOUR NATION(S), THE STATES INVOLVED WERE SECURE AS LONG AS THE RELEVANT STATE ACTION WAS "JUST AND FAIR" AS ASSESSED BY THE FOREIGN SOVEREIGN FIDUCIARY HEIR (**HAERES EST EADEM PERSONA CUM ANTESSORE-THE HEIR IS THE SAME**

**PERSON AS HIS ANCESTOR.**), WHERE IN THIS CASE THE STATES, COLLEGES, UNIVERSITIES AND THEIR HEADS ACTIONS HAVE BEEN FOUND WANTING. DEAR PANEL JUDGES. MORE THAN HALF THIS NATION'S SOCIETY NEVER EVEN MAKE IT TO COLLEGE OR UNIVERSITY. THESE YOUNG MEN AND WOMEN HAD THE FORTITUDE, COURAGE, INTEGRITY, UPRIGHTNESS OF MIND AND HEART TO EVEN JEOPARDIZE THE SACRIFICING OF THEIR EDUCATION, WHICH IS OF THE UTMOST VALUE AND IMPORTANCE TO THEM TO STAND OUT AGAINST THE DISPROPORTIONATE ACTION OF MY HOME STATE OF ISRAEL FOR WHOM I RENOUNCED MY AMERICAN CITIZENSHIP AND ADOPTED THE CITIZENSHIP OF MY ISRAELI FOREFATHERS KINGS DAVID AND SOLOMON TO LEGALLY SIT UPON THE THRONE OF ISRAEL BY COVENANT OF INHERITANCE WHO, WERE INDISCRIMINATELY TARGETING INNOCENT MEN, WOMEN, CHILDREN, JOURNALIST AND INTERNATIONAL AID WORKERS, AND WHO WERE HALTING AID TO STARVE OUT REMAINING INNOCENT SOULS IN WAR CRIMES. I KNOW WHAT HAMAS DID. I WILL SOON DEAL WITH THEM DEVILS, TO INCLUDE BOCO HARAM, ISIS, AL QUEIDA, AL SHABOB, ALL OF THEM. I AM COMING TO DEAL WITH ALL OF THEM DEVILS AND ERADICATE THEIR PRESENCE. BUT 1200 ISRAELI DEATHS AS COMPARED TO OVER 36,000 PALESTINIAN DEATHS MOSTLY WOMEN AND CHILDREN? THIS IS TOTALLY UNACCEPTABLE BY THE LAWS OF "YHWH", THE GOD OF ABRAHAM, ISSAC AND JACOB, OF MOSES, OF CHRIST, OF MUHAMMAD(PBUT), AND THEM STUDENTS HAD THE COURAGE TO STAND AGAINST THIS INJUSTICE AND WERE PUNISHED FOR IT. NOT ON MY WATCH HONORABLE PANEL JUDGES. THE ACTIONS OF THE INVOLVED STATES AND OR NATIONS, THE COLLEGES AND UNIVERSITIES WITH THEIR HEADS INVOLVED VIOLATE THE TERMS OF THE **"GRANT"** GIVEN TO YOUR GLOBAL NATIONS BY THE SOLE CORPORATION AND FOREIGN SOVEREIGN CROWN, OPENING UP THE DOOR FOR THE FOREIGN SOVEREIGN FIDUCIARY HEIR TO INTERVENE AND ESTABLISH FOR THESE VALIANT STUDENTS THEIR IMMUNITY AS IS ARGUED WITHIN THE OHIO DISTRICT COURT COMPLAINT. THE RIGHTFUL JEWISH AND CHRISTIAN KING AND HIGH PRIEST OF THE ONE TRUE GOD (THE KING OF THE NORTH WRITTEN IN THE BOOK OF DANIEL CHAPTER 11), IS ALSO THE MUSLIM KHALIFAH AND IMAM ESTABLISHED BY "CONTRACT", BY "COVENANT", BY "DEFAULT AND VOIDING OF JURISDICTION" EMERGING FROM THE CRAWFORD STATE CASES RELIED UPON PROTECTED BY THE CONTRACT CLAUSE OF ARTICLE 1 § 10 OF THE U.S. CONSTITUTION, ALLOWING ME TO TAKE LEGAL ACTION, HAVING CLEAR

STANDING, TO PROTECT MY ACQUIRED INTEREST AND THE INTEREST OF THE
BENEFICIARIES OF THE CESTUI QUE TRUST WHICH IS FURTHER SUPPORTED
BY RELIGIOUS PROPHESY WRITTEN WITHIN THE BOOK OF ISAIAH CHAPTER
14:29-32 THAT STATE "THE SMOKE OUT OF THE NORTH", "THE
COCKATRICE", THE PETITIONER, CRAWFORD, WOULD COME OUT OF PRISON
AFTER ISRAEL HAS DESTROYED, DISSOLVED PALESTINE, ALSO SUPPORTED
BY ISLAMIC PROPHESY THAT STATE I WOULD BE RELEASED AND OR APPEAR
BEFORE MANKIND AFTER THE CELESTRIAL OCCURRENCE OF THE LUNAR AND
SOLAR ECLIPSE DURING THE MONTH OF RAMADAN, AND ADVENT THAT HAS
NOT OCCURRED IN OVER APPROXIMATELY 250 YEARS THAT JUST RECENTLY
OCCURRED. THE FIDUCIARY HEIR WANTS THE CHARGES AGAINST HIS PEOPLE
DROPPED AND THEIR RECORDS EXPUNGED BY THE SEEKING OF INJUNCTION
AND OR DECLARATORY RELIEF AND IF NEEDED HABEAS CORPUS, CLASS
ACTION FALSE IMPRISONMENT TORT AND OR AN ANALOGOUS PROCEEDINGS
UNDER THE CONTRACT CLAUSE OF THE FOREIGN SOVEREIGN IMMUNITY ACT.
THE FOREIGN SOVEREIGN IMMUNITY ACT IS THE EXCLUSIVE REMEDY FOR
THE SOVEREIGN ESTABLISHING ORIGINAL JURISDICTION WITHIN THE
FEDERAL DISTRICT COURT. THE CONTRACT CLAUSE UNDER THE FOREIGN
SOVEREIGN IMMUNITY ACT AS IT PERTAINS TO THE **"GRANT"** GIVEN TO
YOUR GLOBAL NATIONS BY THE SOLE CORPORATION AND FOREIGN SOVEREIGN
CROWN IS INVOKED. THE PETITIONER HAS SOME OF THE CASE NUMBERS FOR
THESE PRO PALESTINIAN STUDENT PROTESTORS, BUT DUE TO STATE
INTERFERENCE ON THE PART OF THE SOUTH CAROLINA, K.C.I.,
DEFENDANTS, HE HAS BEEN SEPARATED FROM HIS LEGAL DOCUMENTS AND
PROPERTY THAT WOULD HAVE ALLOWED HIM TO SUBMIT THIS INFORMATION
TO THE COURTS. THIS ESTABLISHES "CAUSE AND PREJUDICE". THEREFORE,
WE SEEK AND MOTION THAT THE REQUIREMENT FOR SUBMITTING THE CASE
NUMBERS FOR THESE PRO PALESTINIAN PROTESTORS BE WAIVED, EVEN BY
SANCTIONS ON THE SOUTH CAROLINA DEFENDANTS AND THE PANEL ISSUE A
GENERAL ORDER OF TAG ALONG CASES FOR THESE PALESTINIAN PROTESTORS
AROUND THE NATION AND THAT SUCH BE CLEARLY ARTICULATED WITHIN THE
PANEL'S RULING OF TRANSFER AND TAG ALONG CASES UNDER STATE HABEAS
CORPUS PROVISIONS, FALSE IMPRISONMENT TORT, OR 2241, 2254
WHICHEVER WOULD BE APPLICABLE MAKING ALL CRIMINAL CASES INVOLVED
"CIVIL" AND REMOVABLE. (**UPDATE:** THE PETITIONER IS NOW AT EVANS
C.I. BUT AS PREVIOUSLY STATED THE S.C.D.C. DEFENDANTS CLAIMED
THEY LOST MY PROPERTY BAG WITH THE INFORMATION IN IT. THUS,

"CAUSE AND PREJUDICE" IN ABILITY TO SUBMIT CASE NUMBERS IS STILL ESTABLISHED.).

FOR THE RECORD. THE LYNAE CRAWFORD CASE PENDING BEFORE THE NEW JERSEY DISTRICT COURT IN NEWARK. SHE IS THE FIDUCIARY HEIR AND KING'S DAUGHTER WITH RIGHTS ESTABLISHED UNDER THE FOREIGN SOVEREIGN IMMUNITY ACT AS IT RELATES TO EXHAUSTION OF STATE ADMINISTRATIVE REMEDIES PURSUANT TO THE INJUSTICES DONE TO THE FOREIGN SOVEREIGN GRAND CHILD. CONSPIRING UNDER COLOR OF STATE LAW THOSE NEW JERSEY DEFENDANTS VIOLATED THE TERMS OF THE **"GRANT"** GIVEN TO YOUR GLOBAL NATIONS BY WAY OF THEIR AGENCY POLICIES WHICH DID INFLICT INJURY UPON THE ROYAL CHILD. THE FIDUCIARY SOVEREIGN HEIR AND KING IS SEEKING TO AMEND THE INITIAL COMPLAINT TO REFLECT THIS AND ILLUSTRATE THAT EXHAUSTION OF STATE ADMINISTRATIVE REMEDIES IS NOT REQUIRED. WE SEEK THAT ANY ORDER ISSUED BY THE COURT REFLECT THAT THE LYNAE CRAWFORD CASE IS INDEED A PART OF THESE MULTI-DISTRICT LITIGATION PROCEEDINGS. THAT AMENDMENT WAS OBSTRUCTED BY THE RECENT ACTION OF THE SOUTH CAROLINA DEFENDANTS ESTABLISHING STATE INTERFERENCE, CAUSE AND PREJUDICE (**UPDATE:** NOW THAT THE PETITIONER IS OFF OF R.H.U. THAT AMENDMENT IS INDEED FORTHCOMING AND IS SOUGHT TO BE COMPLETED AND FILED BEFORE JULY 25, 2024 THE TIME THE PANEL INTENDS TO RULE ON THESE MATTERS.).

LET THE RECORD SHOW THAT CASE 9:21-cv-02526-TLW-MHC AND CASE 9:20-cv-02139-TLW-MHC ARE ALSO SOUGHT AS TAG ALONG CASES. THE ISSUES ARE NOT MOOT WHERE THE PLAINTIFF STILL SUFFERS THE DIRECT AND OR COLLATERAL CONSEQUENCES OF THIS RULING OBTAINED BY EGREGIOUS ACTS OF FRAUD UPON THE COURT VITIATING AND VOIDING THOSE FINAL ORDERS AND WHERE THE CAUSE ASSERTED IN THOSE CASES STILL EXIST AS IT RELATES TO THE INJUSTICES DONE DURING THE TRANS-ATLANTIC SLAVE TRADE AND THOSE CAUSES ARGUED AT THIS CURRENT INSTITUTION, EVEN MORE EGREGIOUS, AND WHERE MOTION CHALLENGING THE COURT'S JURISDICTION MOVING TO VACATE THE FINAL ORDERS WHICH CANNOT BE WAIVED AND OR FORFEITED AND WHERE JUDGE WOOTEN ESSENTIALLY SAT UPON HIS OWN CASE IN FRAUD UPON THE COURT TO AVOID SUIT FOR VIOLATION OF THE TERMS OF THE **"GRANT"** GIVEN TO

YOUR GLOBAL NATIONS BY THE SOLE CORPORATION AND FOREIGN SOVEREIGN CROWN, CONSPIRING AFTER THE FACT UNDER COLOR OF LAW AND OR AUTHORITY IN ACTS OF STATE SPONSORED TERRORISM TO PREVENT THE ATROCITIES, CRIMES AGAINST HUMANITY AS THEY PERTAIN TO THE TRANS-ATLANTIC SLAVE TRADE FROM BEING CALLED INTO ACCOUNT AND TO ARREST, ATTACH AND OR EXECUTE THE INTELLECTUAL PROPERTY OF THE SOLE CORPORATION AND FOREIGN SOVEREIGN IN AS IT RELATES TO THE RIGHT TO LEGALLY MARRY, GIVING IT TO THE "SODOMITES" (HOMOSEXUALS) AND GOMORRAHRITES (LESBIANS) OF THIS NATION IN A MANNER THAT NEVER ENTERED INTO THE MINDS OF THE LENDERS, STRIPPING HIM OF IMMUNITY UNDER THE COMMERCIAL, CONTRACT, STATE SPONSORED TERRORISM AND EXPROPRIATION EXCEPTIONS UNDER THE FOREIGN SOVEREIGN IMMUNITY ACT WHERE CONGRESS NOR THE SENATE WOULD BE ABLE TO ESTABLISH ABSOLUTE IMMUNITY FOR HIM DUE TO THEY ALSO BEING DIRECT PARTIES TO THE DEFAULT, FORFEITURE AND WAIVER EMERGING FROM THE CRAWFORD STATE CASES RELIED UPON. THESE FACTS ESTABLISH CONSTITUTIONAL STRUCTURAL ERROR THAT VOIDS HIS JURISDICTION AB INITIO PURSUANT TO <u>WILLIAMS v. PENNSYLVANIA</u>, 136 S.Ct. 1899(U.S.2016) WHERE THESE LAST MOTIONS ARE STILL PENDING BEFORE THE S.C. DISTRICT COURT CASES IN QUESTION. WE SEEK THAT THE ORDER OF TRANSFER AND OR TAG ALONG CASES ALSO INCLUDE THESE TWO CASES WITHIN THE S.C. DISTRICT COURT (**UPDATE:** THE PETITIONER IS CURRENTLY AT EVANS C.I.. THE EXACT SAME CONDITIONS THAT ARE THE SOURCE OF CASE 9:21-cv-02526-TLW-MHC INITIATED WHILE AT LEE C.I., EXISTED AT KERSHAW INST. AND NOW EXIST AT EVANS C.I. DEMONSTRATING THE FRAUD AND OBSTRUCTION DONE BY WOOTEN AND THEY ARE FAR WORSE AT EVANS DEMONSTRATING THE CAUSES ARE NOT MOOT AND ARE UBIQUITOUS THROUGHOUT THE S.C. DEPT. OF CORRECTIONS. THE CASES ARE INDEED MERITOUS AND MUST BE PART OF THE 1407 TRANSFER.).

THE PANEL HAS BEEN PREVIOUSLY MADE AWARE OF THE DAVID CEASAR AKA ABDUL LATIF CASE OUT OF SUMTER COUNTY SOUTH CAROLINA. HE IS BEFORE THE GENERAL SESSIONS COURT SEEKING SENTENCE REDUCTION. THE LEGAL ISSUES OF RELIGIOUS PROPHESY ARE ALSO TO BE ARGUED WITHIN HIS CASE REQUIRING HIS REMOVAL PURSUANT TO 28 U.S.C. § 1455(c) AS WELL.

ATTACHED THE MULTI-DISTRICT LITIGATION PANEL WILL SEE A
COPY OF A SCHEDULING ORDER FROM JEREMIAH MACKEY JR., ONE OF THE
PETITIONERS IN THIS CASE REGARDING CASE 24-TRC-111217 IN THE
FRANKLIN COUNTY OHIO MUNICIPAL COURT. HE SENT IT TO CRAWFORD ON
R.H.U. ON MAY 29, 2024. THE HANDWRITING ON THE DOCUMENT IS NOT
CLEAR. WE RESPECTFULLY SEEK THAT THE PANEL COMPARE THE CASE
NUMBER TO THAT WHICH THE PANEL CURRENTLY HAS ON FILE WITHIN THE
PLEADING. DESPITE THE PETITION TO REMOVE, THE PETITION FOR WRIT
OF HABEAS CORPUS AND THE FRANKLIN COURT BEING TIMELY AND PROPERLY
SERVED THE PLEADING FROM CASE MDL CASE NO. 3116. THE FRANKLIN
COURT IS CONSPIRING UNDER COLOR OF STATE LAW IN ACTS OF FRAUD
UPON THE COURT, TO IGNORE THE CRAWFORD MOTION TO INTERVENE BY
RIGHT AND TO PROCEED WITH A TRIAL IN THE CASE VIA JUDGE PEEPLES
ALSO IN DEFIANCE TO THE DUE PROCESS JURISDICTIONAL FACT THAT
AFTER BEING PROPERLY SERVED THE PLEADING FROM THE MULTI-DISTRICT
LITIGATION PANEL COURT IN CASE MDL NO. 3116, THEY HAVE FAILED TO
TIMELY RESPOND AND CHALLENGE THE FRANKLIN COUNTY OHIO CASE BEING
SOUGHT AS A TAG ALONG. WE OBJECT TO THIS FRAUD UPON THE COURT
WHERE THE FRANKLIN COURT IS ATTEMPTING TO ASSERT THAT WE ARE
ARGUING A SUPPOSED "SOVEREIGN CITIZEN CLAIM", WHEN IT IS
PERSPICUOUS THAT WE ARE CLEARLY ARGUING A "FOREIGN SOVEREIGN
IMMUNITY ACT CLAIM" UNDER 28 U.S.C. § 1602-1612 ET. SEQ. WHERE
THE FOREIGN SOVEREIGN FIDUCIARY HEIR TO THE (4) GLOBAL THRONES,
CRAWFORD, HAS EVEN OFFICIALLY RENOUNCED HIS AMERICAN CITIZENSHIP
WITHIN ALL FEDERAL COURT RECORDS. THE FRANKLIN COURT'S ACTIONS IS
BEING DONE AS A MEANS TO COMMENCE WITH A TRIAL TO PLACE MACKEY
JR. IN FEAR AND TO UNCONSTITUTIONALLY MANIPULATE AND COERCE
MACKEY JR. TO RELINQUISH HIS RIGHTS AND ENTER INTO GIVING A
GUILTY PLEA THAT IS NOT VOLUNTARILY, KNOWINGLY OR INTELLIGENTLY
GIVEN. WE OBJECT AND MOTION IF ANY TRIAL COMMENCE OR PLEA
FRAUDULENTLY MANIPULATED OR GIVEN UNDER DURESS AND COERCION BY
THIS JUDGE AND A FINAL ORDER IS ISSUED THAT, THAT ORDER BE
VACATED FOR FRAUD UPON THE COURT, VIOLATION OF THE REMOVAL
STATUTES AND VIOLATION OF THE SEPARATION OF POWERS CLAUSE WHERE
THE FRANKLIN COUNTY COURT IS CONSPIRING TO USURP THE JURISDICTION
OF THE MULTI-DISTRICT LITIGATION PANEL WHERE THEY LACK THE POWER

AND OR AUTHORITY TO INVOKE THE CHANGE OF VENUE STATUTE OF 1407 TO
TRANSFER A MULTI-DISTRICT LITIGATION TAG ALONG CASE BACK TO
ITSELF WHICH IS COMPOUNDED BY THE FACT THAT THIS CASE IS
PETITIONED REMOVED TO THE OHIO DISTRICT COURT UNDER CASE NO.
2:23-cv-02962-JLG-CHG AND WHERE IN FRAUD THE FRANKLIN COUNTY
COURT IGNORED AND OR CIRCUMVENTED THE CRAWFORD MOTION TO
INTERVENE IN THE CASE AND THE PANEL ISSUED ORDER CLOSING BRIEFING
WHERE BY SUCH ACTION THE FRANKLIN COURT EXTENDED BRIEFING IN THE
FORM OF SEEKING TRIAL IN AN EX PARTE PROCEDING BEYOND THE PANEL
COURT WITHOUT AUTHORITY (**UPDATE:** THE FRANKLIN COUNTY COURT HAS
RESCHEDULED THE HEARING UNTIL JULY 29, 2024 BUT THEY STILL
PERSIST IN MOVING FORWARD WITH TRIAL IN DEFIANCE OF TAG ALONG
RIGHTS SOUGHT). THIS IS ONE OF THE MAIN REASONS THE S.C. DEPT. OF
CORRECTIONS, K.C.I. DEFENDANTS, TOOK THE CRAWFORD CELL PHONE
AFTER FORFEITING AND WAIVING HE BEING IN POSSESSION OF IT,
BECAUSE THEY KNEW IT WOULD BE UTILIZED TO REMAIN IN CONTACT WITH
JEREMIAH MACKEY JR. AND THE OTHER PARTIES OF THIS CASES AND TO
PREVENT CRAWFORD AND PARTIES FROM PERFECTING THESE PROCEEDINGS
BEFORE THE PANEL AND TO AID THE FRANKLIN COUNTY ACTORS IN DEFYING
THE PANEL'S CLOSE BRIEFING ORDER FURTHER ESTABLISHING AND
SUPPORTING THE CLAIMS OF EXTRA-TERRITORIAL JURISDICTION AND
CONSPIRACY ACROSS MULTIPLE STATE AND FEDERAL JURISDICTIONS AS IS
ARGUED WITHIN THE OHIO COMPLAINT. THE MOTION FOR SANCTION IS
RENEWED. WE THANK THE PANEL FOR THESE CONSIDERATIONS PURSUANT TO
PANEL RULES 6.1(f) AND 6.2(d).


RESPECTFULLY,
JONAH THE TISHBITE

MAY 30, 2024

53-of-208
16-of-16

**CAUSE OF ACTION:** THE FIDUCIARY HEIR, KING, KHALIFAH, IMAM AND NAZARITE HIGH PRIEST IS SUING THE UNITED STATES, THE U.S. CONGRESS AND SENATE, ALL MEMBERS CONTAINED THEREIN, ALL (50) STATES FOR VIOLATION OF THE TERMS OF THE **"GRANT"** AS ASSESSED BY THE FOREIGN SOVEREIGN FIDUCIARY HEIR, GIVEN TO YOUR GLOBAL NATIONS BY THE SOLE CORPORATION AND FOREIGN SOVEREIGN CROWN, BY YOUR NATIONS AND STATES CONSPIRING UNDER COLOR OF STATE LAW, AT THE STATE LEVEL, AND OR UNDER COLOR OF LAW AUTHORITY AT THE FEDERAL LEVEL, TO ESTABLISH "ABSOLUTE IMMUNITY" FOR YOUR STATE AND FEDERAL JUDGES ACROSS THIS NATION. SUCH ACTION DEFIES **"JUSTICE AND FAIRNESS"** IN VIOLATION OF THE TERMS OF THE **"GRANT"** GIVEN TO YOUR GLOBAL NATIONS BY THE SOLE CORPORATION AND FOREIGN SOVEREIGN CROWN, AND WHERE YOUR JUDGES, STATES AND COURTS ARE MAKING USE OF OUR LAWS, THE INTELLECTUAL PROPERTY OF THE SOLE CORPORATION AND FOREIGN SOVEREIGN CROWN TO DO IT, OPENING UP THE DOOR FOR THE FOREIGN SOVEREIGN FIDUCIARY HEIR, KING-KHALIFAH TO INTERVENE, FILE ACTION AND RENDER VOIDS SUCH LEGISLATIVE OR JUDICIAL DETERMINATION OR ACTION, DONE BY YOUR NATIONS, STATES AND COURTS. THE DAMAGE AND INJURY DONE BY THIS PRACTICE IS **"CATASTROPHIC!!!!"** YOUR JUDGES GLOBALLY ARE ALL OVER THE PLACE ENGAGING IN ACTS OF FRAUD UPON THE COURTS, CRIMINAL CONSPIRACY, OBSTRUCTION OF JUSTICE, VIOLATIONS OF 18 U.S.C. § 1001 AND A PLETHORA OF OTHER GROSS INJUSTICES. THEY DON'T BLUSH. THEY ACT IN NO FEAR OR LOVE FOR THE ONE TRUE GOD. THEY ACT AS IF THE ONE TRUE GOD DO NOT SEE THEM. LOOK AT WHAT JUDGE SIMPSON III JUST TRIED TO DO IN KENTUCKY REGARDING THIS CASE. LOOK AT THE FACT THAT THE CRAWFORD CONVICTION STATE CASES AND OTHER INTERVENORS-PETITIONERS INVOLVED CASES HAVE SAT IN LIMBO FOR ALMOST 20 YEARS. LOOK AT THE FACT THAT THE STATE AND FEDERAL JUDGES INVOLVED AND LISTED AS DEFENDANTS HAVE ENGAGED IN AN EXTRA-TERRITORIAL CONSPIRACY ACROSS MULTIPLE STATE AND FEDERAL JURISDICTIONS TO THWART **"JUST AND FAIR"** REVIEW OF THE LEGAL ISSUES OF RELIGIOUS PROPHESY SINCE 2006. LOOK AT THE INJURY CAUSE BY THE EGREGIOUS ACTS OF FRAUD UPON THE COURT RELATED TO THE <u>STATE v. GENTRY 2005</u> RULING IN SOUTH CAROLINA PRODUCING A FORM OF MODERN DAY SLAVERY AND JUDICIAL KIDNAPPING. LOOK AT WHAT YOU JUST DID WITH THE

AFFIRMATIVE ACTION CASE, THE SELBY CASE ON VOTING RIGHTS, THE GITMO DETAINEES, THE ESTABLISHING LEGAL RIGHTS FOR GAYS AND LESBIANS TO MARRY IN VIOLATION OF THE RESTRICTIONS PLACED UPON OUR INTELLECTUAL PROPERTY, THE LIST IS ENDLESS! THIS STRIPS YOU OF IMMUNITY UNDER THE CONTRACT AND EXPROPRIATION EXCEPTION(S) UNDER THE FOREIGN SOVEREIGN IMMUNITY ACT. EVERY ACT DO NOT HAVE TO BE COMMERCIAL IN NATURE IF IT HAS A CAUSAL CONNECTION TO COMMERCIAL ACTS SUCH AS YOUR PRISONS ARE BIG BUSINESS IN THIS COUNTRY, YOUR JUDGES PROMOTE THEIR OWN OUTSIDE FINANCIAL PERSONAL INTERESTS OFTEN BY THEIR ACTIONS WITHIN YOUR COURTS. SPECIAL INTEREST GROUPS FINANCE MANY OF THESE JUDGES ELECTIONS. THE GOVERNMENTS GET FEDERAL MONIES FOR HOUSING INMATES AND YOUR COURTS MAKE JUDICIAL RULINGS LIKE IT IS SOME SORT OF A PONSY SCHEME BY TURNING MINOR OFFENSES INTO LIFE SENTENCES. YOUR BUSINESSES MAKE MONEY ON PROMOTING SAME SEX MARRIAGE EFFECTING INTERSTATE COMMERCE IN VIOLATION OF THE RICO AND HOBBS ACT(S) AND YOU CALL IT GOOD GOVERNANCE. THE RELEVANT JUDGES ACTIONS VIOLATE THE "CONTRACT" EXCEPTION PURSUANT TO THE **"GRANT"** ESTABLISHING CAUSE OF ACTION WHERE BY YOUR ACTION(S), YOU HAVE MISAPPROPRIATED OUR INTELLECTUAL PROPERTY IN A MANNER IN DEFIANCE TO ITS EXPLICIT TERMS, USING IT AGAINST YOUR SOCIETIES AS A MEANS OF NOT **"JUST AND FAIR"** CONTROL, BUT POLITICAL, RACIAL AND ECONOMIC CONTROL, OPENING YOU UP TO LEGAL ACTION. WHERE EGREGIOUS INJUSTICE, MALICIOUSNESS, OBSTRUCTION OR CRIMINAL INTENT IS IMPLICATED, NO JUDGE AT ANY LEVEL IS TO BE IMMUNE BY DECREE OF THE SOLE CORPORATION AND FOREIGN SOVEREIGN CROWN. YOUR JUDGES ACTIONS GLOBALLY HAVE CREATED AN INTOLERABLE BREACH AND YOU DID IT MAKING USE OF THE INTELLECTUAL PROPERTY OF THE SOLE CORPORATION AND FOREIGN SOVEREIGN CROWN GIVEN TO YOUR GLOBAL NATIONS AS A **"GRANT"** WHICH HAVE CLEAR RESTRICTIONS WHICH YOU VIOLATED SUBJECTING YOU TO PENALTIES AND LIABILITY. LETS GET THIS BEFORE THE JURY, DeSANCHEZ v. BANCO CENTRAL DeNICARAGUA, 770 F.2d. 1385, 54 U.S.L.W. 2230(5th.Cir.1985); ROSESABAGINA v. REPUBLIC OF RWANDA,--F.Supp.3d.--, 2023 WL 355951(D.D.C.2023); 28 U.S.C. § 2679, 1602-1612 ET. SEQ.; SANDRA J. KOTTMAN, PLAINTIFF v. UNITED STATES, 2017 WL 4185481 (W.D.MO.2017); WARD v. AUERBACH, 2017 WL 2724938(D.C.Mass.2017)(PRECLUDE THE FEDERAL COURT FROM REMANDING

THIS CASE BACK TO ANY STATE COURT).

SUCH ACTION INFRINGE UPON THE "TRUST" BY VIOLATING THEIR OATH OF OFFICE TO EVEN UPHOLD THE U.S. CONSTITUTION WHICH SUBJECTS ALL SUCH JUDGES INVOLVED TO CHARGES ACCORDANCE WITH FEE OF $1 MILLION PER VIOLATION. WHEN AN ACT OF CONGRESS, THE SENATE OR AND PARLIAMENTARY APPARATUS WITHIN ANY OF YOUR GLOBAL NATIONS, IS AGAINST COMMON RIGHT AND REASON, AS MY GREAT ETC. GRAND UNCLE, CHRIST JESUS, IN THE NEW TESTAMENT WARNED ABOUT THE UNJUST JUDGE, OR REPUGNANT (TO THE CONSTITUTION OR **"GRANT"** GIVEN TO YOUR GLOBAL NATIONS), OR IMPOSSIBLE TO PERFORM (GAYS AND LESBIANS CANNOT PRO-CREATE AS THE **"GRANT"** OF MARRIAGE GIVEN TO YOUR NATIONS REQUIRE.), THE COMMON LAW WILL CONTROL IT, AND JUDGE SUCH TO BE VOID. YOUR ACTIONS VIOLATE THE CONTRACT CLAUSE PROTECTED UNDER ARTICLE 1 § 10 OF THE U.S. CONSTITUTION, THE 1st. AMENDMENT FREE EXERCISE CLAUSE AS WELL AS STATE AND FEDERAL PROBATE STATUTES THAT PERTAIN TO INHERITANCE. ACCORD TO <u>VAN HORNE'S LESSEE v.</u> <u>DORRANCE,</u> 2 U.S. 304, 316 (F.Cas.) 2 DALL 304(1795), A STATUTE, AND WE CAN ADD "LAW", SHALL NEVER HAVE AN EQUITABLE CONSTRUCTION IN ORDER TO OVERTHROW OR DIVEST ESTATE, REQUIRING **"JUSTICE AND FAIRNESS"**, ONE THAT IS GIVEN BY CLEAR "CONTRACT", BY "COVENANT", BY "GRANT" UNDER FOREIGN LAW, OR THE LAW OF CONTRACTS, OF TRUSTS, THAT IS DEFAULTED ON BY THE UNITED STATES AND OTHER (193) MEMBER STATES OF THE UNITED NATIONS EMERGING FROM THE CRAWFORD SOUTH CAROLINA STATE CASES RELIED UPON, WHICH IS PROTECTED UNDER THE DUE PROCESS CLAUSE, UNDER ARTICLE 1 § 10, THE 1st. AMENDMENT FREE EXERCISE CLAUSE(S) OF THE U.S. CONSTITUTION. EVERY STATUTE AND OR LAW, GIVING YOUR JUDGES "CARD BLANCHE" TO ACT LIKE ITS THE WILD, WILD WEST, KILL OR BE KILLED JUDICIAL IDEOLOGIES, WREAKING HAVOC!, COMMENCING IN LEGAL ROPE LYNCHINGS, WHICH ARE DEROGATORY TO LIBERTY AND PROPERTY RIGHTS, WHICH INCLUDE THE INTELLECTUAL PROPERTY RIGHTS OF THE SOLE CORPORATION AND FOREIGN SOVEREIGN CROWN REGARDING THE RIGHT TO LEGALLY MARRY, OR THAT TAKES AWAY THE ESTATE OF A CITIZEN WITHOUT ANY LEGITIMATE REPERCUSSIONS (THE RIGHTS OF THE BENEFICIARIES OF THE CESTUI QUE TRUST), OUGHT TO BE CONSTRUED STRICKLY IN ACCORDANCE WITH THE TERMS OF THE **"GRANT"** GIVEN TO YOUR GLOBAL NATIONS AND THE DECREES OF THE FOREIGN

SOVEREIGN CROWN, OR YOU VIOLATE THE "CONTRACT", THE **"GRANT"** WHICH CANNOT BE MADE OR UNMADE BY THE COURTS WHERE THE LAW OF THE "CONTRACT" WHERE AND WHEN IT WAS MADE MUST STAND BEFORE ALL GLOBAL COURTS.

IF THE STATE ON THE STATE AND OR FEDERAL LEVEL, MAY COMPEL THE SURRENDER OF A CONSTITUTIONAL RIGHT (ie LIBERTY, JUSTICE, FAIRNESS, PROPERTY, PROPER DUE PROCESS ETC.) AS A CONDITION OF ITS FAVOR (RIGHT TO ACCESS YOUR COURTS), IT MAY, IN LIKE MANNER, COMPEL A SURRENDER OF ALL, ALSO BY ARBITRARY, CAPRICIOUS JUDICIAL ACTION, TO INCLUDE THE LAWS OF NATURE, WHICH YOU HAVE DONE BY GIVING GAYS AND LESBIANS THE RIGHT TO LEGALLY MARRY, OUR INTELLECTUAL PROPERTY, WHICH REFLECT THE LAWS OF THE ONE TRUE GOD. WOULD MANKIND BE SO FOOLISH AND AUDACIOUS SUBJECTING THEM TO THE HELLFIRE, TO BELIEVE THAT THEY CAN CAUSE OR REQUIRE THE ONE TRUE GOD TO SURRENDER HIS RIGHTS OR HIS LAWS, THE ONE WHO CREATED US? IT IS INCONCEIVABLE THAT THE GUARANTEES EMBEDDED IN THE CONSTITUTION OF THE UNITED STATES, WHICH INCLUDE ALL SOVEREIGN NATIONS REMAIN ANSWERABLE TO THE ONE TRUE GOD, MAY BE THUS MANIPULATED OUT OF EXISTENCE, WHERE IT IS IMPOSSIBLE FOR YOUR NATIONS TO TRULY SEPARATE CHURCH AND STATE WHERE YOUR STATE(S), IN ORDER TO OPERATE, MUST MADE USE OF THE ONE TRUE GOD'S LAWS GIVEN TO YOUR GLOBAL NATIONS AS A **"GRANT"** WHICH HAS RESTRICTIONS. WITHOUT OUR LAWS, OUR INTELLECTUAL PROPERTY, YOUR GLOBAL NATIONS WOULD BE IN ANARCHY, CHAOS. THUS, THIS PROTECTION IS ESTABLISHED AND PROTECTED UNDER ARTICLE 1 § 10 OF THE U.S. CONSTITUTION, THE 1st. AMENDMENT FREE EXERCISE CLAUSE, BY STATE AND FEDERAL PROBATE LAW AND THE CONTRACT AND EXPROPRIATION EXCEPTIONS OF THE F.S.I.A., TO INCLUDE BY THE DEFAULT EMERGING FROM THE CRAWFORD SOUTH CAROLINA STATES CASES RELIED UPON, UNDER ARTICLE IV § 2 OF THE U.S. CONST., cf. PUBLIC LICENSES AND PRIVATE RIGHTS (BARNETT 1953); 33 O.L.R. 10n. 32 (STATES POWER TO GRANT PRIVILEGES ON ITS OWN CONDITION IS LIMITED (ie GIVING ABSOLUTE IMMUNITY TO YOUR JUDGES, SO THAT IT MAY NOT THEREBY REQUIRE RELINQUISHMENT OF CONSTITUTIONAL RIGHTS.)[ie. YOUR JUDGES ACTING LIKE THEY ARE KINGS WITH NO PENALITIES EXACTED FOR UNJUST, CRIMINAL AND UNREASONABLE JUDICIAL ACTION.].

THE COURTS HAVE EXPLAINED, THE HISTORY OF THE REMEDY CLAUSE INDICATES ITS PURPOSE IS TO PROTECT ABSOLUTE COMMON LAW RIGHTS (THE RIGHT TO **"JUSTICE AND FAIRNESS"** BEING FREE OF ARBITRARY, CAPRICIOUS AND CRIMINAL JUDICIAL ACTION.), ALSO RESPECTING PERSONS' PROPERTY (INCLUDING INTELLECTUAL PROPERTY), AND REPUTATION (THE KING-KHALIFAH'S FIDUCIARY DUTY AS THE LEGITIMATE HEIR BY "CONTRACT" TO THE (4) GLOBAL THRONES OF RELIGIOUS PROPHESY ESTABLISHING THE KINGDOM OF IRON MIXED WITH MIRY CLAY FORETOLD IN THE BOOK OF DANIEL CHAPTER 2 WHERE THE STATE OF SOUTH CAROLINA FRAMED HIM), AND THOSE RIGHTS EXISTED WHEN THE CONSTITUTION WAS ESTABLISHED BY HIS ORIGINAL STATUS AS SUCH PURSUANT TO THE (3) HOLY BOOKS AND SUNNAH OF THE PROPHET MUHAMMAD (PBUH). **HAERES EST EADEM PERSONA CUM ANCESTORE"---THE HEIR IS THE SAME PERSON AS HIS ANCESTOR.** THE COURT HAS STATED THAT THE GUARANTEE OF REMEDY BY DUE COURSE OF LAW FOR INJURY TO PERSON, PROPERTY OR REPUTATION, LIKE THESE JUDGES CONSPIRED TO CONCEAL THE UNITED STATES GOVERNMENT'S BACK DOOR APPEARANCE AND TO KEEP THE FOREIGN SOVEREIGN FIDUCIARY HEIR, KING OF THE NORTH, FRAMED BEHIND RELIGIOUS AND RACIAL HATRED TO PREVENT HIS ASCENT TO THE (4) GLOBAL THRONES OF RELIGIOUS PROPHESY, "IS ONE OF THE MOST SACRED AND ESSENTIAL OF ALL THE CONSTITUTIONAL GUARANTEES (NO JUDGE STATE OR FEDERAL SHALL BE SHIELDED FROM SUCH INJUSTICE BY DECREE OF THE FOREIGN SOVEREIGN CROWN), AND THAT WITHOUT IT, A FREE GOVERNMENT CANNOT BE MAINTAINED OR INDIVIDUAL LIBERTY BE PRESERVED". YOUR JUDGES ARE OUT OF CONTROL GLOBALLY AND MUST BE REIGNED IN FOR THE PEOPLE'S SAKE, FOR THE SAKE OF **"JUSTICE AND FAIRNESS"** WHERE YOUR COURTS DO NOT HAVE ANY REGARD EVEN FOR CHILDREN, SMOTHERS v. GERSHAM TRANSFER INC., 332 Or. 83, 23 P.3d. 333(2001); GEARIN v. MARION COUNTY, 110 Or. 390, 396, 233 P. 929.

THIS CRIMINAL, LAWLESS, BLASPHEMOUS NOTION BY YOUR STATES AND GLOBAL GOVERNMENT THAT YOU POSSESS THE SOCIAL, INTELLECTUAL, JUDICIAL OR LEGISLATIVE OMNIPOTENCE TO CREATE AND ESTABLISH ONE GENES, "MAN WITH MAN", "WOMAN WITH WOMAN" GOES BEYOND ANY JUSTIFIABLE RATIONALE OR REASONING THAT CAN EVER BE FORMULATED WITHIN THE BOUNDARIES OF HUMAN THOUGHT. IT IS **AN ABOMINATION** IN

THE SIGHT OF THE ONE TRUE GOD WHERE YOU HAVE SPIT IN THE VERY FACE OF THE ONE TRUE GOD WHO CREATED YOU AND ALL HIS HOLY PROPHETS THE MEMBERS OF THE SOLE CORPORATION AND FOREIGN SOVEREIGN CROWN ESTABLISHING CAUSE, AND MANY OF THESE UNSCRUPULOUS JUDGES SUPPORT THESE EVILS WITH NEFARIOUS INTENT AND FOR ULTERIOR MONETARY GAINS IN ONE FORM OR THE OTHER WITHOUT ANY CHECKS IN VIOLATION OF THE U.S. CONSTITUTION ESSENTIALLY MAKING THEM LAWLESS KINGS OBLITERATING THE PEOPLES CONSTITUTIONALLY PROTECTED RIGHTS! THE COURTS ALSO STATED THAT THE PURPOSE OF THE REMEDY CLAUSE IS TO MAKE THE COMMON LAW MAXIM "THAT THERE IS NO WRONG WITHOUT REMEDY" A FIXED AND PERMANENT RULE OF LAW WITHIN EVERY JURISDICTION, AS IS ALSO DECREED BY THE SOLE CORPORATION AND FOREIGN SOVEREIGN CROWN, PLATT v. NEWBERRY ET. AL., 104 Or. 148, 153, 205 P. 296(1922). THOSE STATEMENTS REFLECT THE UNDERSTANDING THAT CERTAIN COMMON LAW RIGHTS, SUCH AS THOSE ESTABLISHED BY "CONTRACT", BY "COVENANT" WITH THE SUPERSEDING ATTORNEY, JUDICIAL, LEGISLATIVE AND EXECUTIVE POWER AND AUTHORITY OF THE SOLE CORPORATION AND FOREIGN SOVEREIGN CROWN IF YOU WANT TO CONTINUE TO MAKE USE OF THE **"GRANT"** GIVEN TO YOUR GLOBAL NATIONS, TO INCLUDE THE FIDUCIARY HEIR'S RIGHT TO PROTECT THE TERMS OF THE **"GRANT"** AND THE RIGHTS OF THE BENEFICIARIES OF THE CESTUI QUE TRUST GLOBALLY, ALL NOW ARE LEGALLY PROTECTED UNDER ARTICLE 1 § 10 OF THE U.S. CONST., THE 1st. AMENDMENT FREE EXERCISE CLAUSE AND DUE PROCESS LAW ARE **"ABSOLUTE RIGHTS"** THAT MUST BE PROTECTED FROM INFRINGEMENT WHICH ARE ALSO PROTECTED BY THE FOREIGN SOVEREIGN IMMUNITY ACT'S COMMERCIAL, CONTRACT AND EXPROPRIATION EXCEPTIONS TO IMMUNITY. THE HISTORY OF THE REMEDY CLAUSE INDICATES THAT ITS PURPOSE IS TO PROTECT ABSOLUTE COMMON LAW RIGHTS WHICH IN THIS CASE ARE ESTABLISHED BY THE ONE TRUE GOD AND HIS MEMBERS OF THE SOLE CORPORATION AND FOREIGN SOVEREIGN CROWN AND FEDERAL STATUTE OF THE F.S.I.A. AND PROBATE LAW, 28 U.S.C. §§ 2679, 1346(b)(1), 1602-1612 ET. SEQ.; SCHOONER EXCHANGE v. McFADDON, 7 CRANCH 116, 11 U.S. 116, 1812 WL 1310, 3 L.Ed. 287(U.S.1812); DOE v. FEDERAL DEMOCRATIC REPUBLIC OF ETHIOPIA, 189 F.Supp.3d. 6, 16 (D.D.C.2016); DOGAN v. BARAK, F.Supp.3d., 2016 WL 6024416 (C.D.2016); ELAN PHARMACEUTICALS, INC. v. DIRECTOR, DIVISION OF TAXATION, 2014 WL 1796633(N.J.2014); IN RE: CIRCUIT CITY STORES INC., 515 B.R. 302, 308, Bkrtcy

(E.D.Va.2014); <u>WILZIG v. SISSELMAN,</u> 209 N.J. SUPER 25, 506 A.2d. 1238(Sup.Ct.1986); <u>BRADDY v. UNITED STATES,</u> 2016 WL 1031301 (E.D.Va.2016); <u>ADAIR ASSET MANAGEMENT LLC. v. U.S. DEPART. OF HOUSING AND URBAN DEVELOPMENT,</u> 2016 WL 3248569(2016).

**CAUSE OF ACTION:** THIS CAUSE OF ACTION INVOLVES THE NEW JERSEY DEFENDANTS MS. SHARAE LEWIS-GRIFFIN, MS. BIGS, THE KIPP-SPARK ACADEMY, MS. JOLIE BATTISTA, MS. KARA BROCKETT AND MR. JOSEPH ZARRA PERPETRATED AGAINST THE SOVEREIGN MINOR CHILD (C.G.M.A), WHICH DID ALSO CAUSE MENTAL ANGUISH AND DISTRESS UPON LYNAE CRAWFORD AND LAWRENCE L. CRAWFORD AS DIRECT FAMILY MEMBERS. THERE IS NO NEED TO BE REDUNDANT HERE. THE COURT CAN SEE THE CAUSE OF ACTION HIGHLIGHTED, WITH THE TIME, THE PLACE AND CIRCUMSTANCES OF EVENTS AS THEY ARE DEPICTED WITHIN EXHIBIT, "STATE SPONSORED TERRORISM OF A CHILD". IT IS ALSO THE PLAINTIFF(S) POSITION THAT NOT ONLY ARE THE LAWS ARGUED WITHIN THE ATTACHED EXHIBIT VIOLATED BY THESE NEW JERSEY DEFENDANTS IN QUESTION, CONSPIRING UNDER COLOR OF STATE LAW. IT IS THE PLAINTIFF(S) POSITION THAT BY THE ACTIONS DEPICTED WITHIN THE EXHIBIT, THE STATE ACTORS ENGAGED IN A FORM OF "STATE SPONSORED TERRORISM" OF THE SOVEREIGN MINOR CHILD CAUSING SEVERE PSYCHOLOGICAL INJURY IN THE FORM OF UNCONTROLLED CRYING SPELLS, SLEEPLESS NIGHTS, BED WETTING, FEAR OF RETURNING TO SCHOOL AND OTHER INJURIES THAT ARE REQUIRED REDRESS AND REMEDY. IN ANY INSTANCE, THE NEW JERSEY DEFENDANTS ARE IN VIOLATION OF THE TERMS OF THE **"GRANT"** GIVEN TO YOUR GLOBAL NATIONS BY THE SOLE CORPORATION AND FOREIGN SOVEREIGN CROWN AS IS ASSESSED BY THE FOREIGN SOVEREIGN FIDUCIARY HEIR, KING-KHALFAH AND HIGH PRIEST OF THE ONE TRUE GOD, WHERE BY NO MEANS CAN ANYONE DETERMINE OR REASON THAT SUCH PSYCHOLOGICAL ABUSE PERPETRATED AGAINST THE SOVEREIGN MINOR CHILD IS **"JUST AND FAIR"**, OPENING THE DEFENDANTS UP TO LEGAL ACTION BEING LEVIED AGAINST THEM UNDER THE CONTRACT PROVISIONS OF THE FOREIGN SOVEREIGN IMMUNITY AND OTHER LAWS CITED WITHIN THE ATTACHED EXHIBIT ENTITLED, "STATE SPONSORED TERRORISM OF A CHILD". CAUSE OF ACTION IS ESTABLISHED.

EXHIBIT, "STATE SPONSORED TERRORISM OF A CHILD"

LYNAE CRAWFORD
P.O. BOX 5608
HILLSIDE, N.J. 07205


LAWRENCE L. CRAWFORD AKA
JONAH GABRIEL JAHJAH T. TISHBITE
#300839 K.C.I. HD-134
4848 GOLD MINE HWY.
KERSHAW, S.C. 29067


IN RE: THE MINOR CHILD C.G.M.A. AND INCIDENT OCCURRING ON MARCH 14, 2024.


TO: THE UNITED STATES DISTRICT COURT OF NEW JERSEY,
MS. SHARAE LEWIS-GRIFFIN (SCHOOL PRINCIPAL),
MS. BIGS. (CHIEF PRIMARY PERSON OF INFRACTION),
THE KIPP-SPARK ACADEMY,
MS. JOLIE BATTISTA (ESSEX COUNTY SUPERVISOR OF CHILD STUDY TEAM),
MS. KARA BROCKETT (DIRECTOR OF SPECIAL EDUCATION AT KIPP-SPARK ACADEMY),
MR. JOSEPH ZARRA (INTERIM EXECUTIVE COUNTY SUPERINTENDENT),

PLEASE BE ADVISED. THIS CORRESPONDENCE IS INITIATED FOR THE PURPOSE OF SEEKING INFORMAL RESOLUTION AND EXHAUSTION OF STATE ADMINISTRATIVE REMEDIES FOR PURPOSES OF IN HOPES THAT WE CAN REMEDY THE CRUEL PSYCHOLOGICAL ABUSE AND INJUSTICE THAT HAS OCCURRED TO THE MINOR CHILD C.G.M.A. THAT OCCURRED ON MARCH 14, 2024 BY MS. BIGS.

ON THAT DATE YOUR EMPLOYEE, MS. BIGS ENGAGED IN

OVERWHELMING ABUSIVE BEHAVIOR TOWARDS OUR FAMILY MEMBER, BY VERBALLY, CONSISTENTLY, YELLING AND SHOUTING AT THE MINOR CHILD, C.G.M.A., DURING AN ALLEGED SCHEDULED TESTING, WHERE THIS ABUSIVE, ARBITRARY, CAPRICIOUS YELLING AND SHOUTING AT THE MINOR CHILD C.G.M.A., HAS LEFT HIM IN OVERWHELMING TEARS, PSYCHOLOGICAL DISTRESS AND MENTAL CRISIS, SUBJECTING HIM TO WITHDRAWAL, BED WETTING AND INSOMNIA, PLACING HIM IN SUCH A PSYCHOLOGICAL STATE AND CRISIS THAT HE IS IN OVERWHELMING ANXIETY, DRED, FEAR, OF EVER RETURNING TO YOUR SCHOOL AND CARE DEMONSTRATING CLEAR INJURY. THIS ACT OF EXTREME PSYCHOLOGICAL ABUSE OF THE MINOR CHILD, C.G.M.A., HAS ALSO CAUSED OVERWHELMING DISTRESS, PAIN AND MENTAL ANGUISH UPON THE PERSON OF THE MINOR CHILD, C.G.M.A.'S MOTHER, LYNAE CRAWFORD, AND HIS GRAND UNCLE/GRAND FATHER, LAWRENCE L. CRAWFORD, SUBJECTING BOTH, TO INSOMNIA, DISTRESS, ANXIETY, FEAR OF HIS EVER BEING REQUIRED TO BE RETURNED TO THE SCHOOLS SUPERVISION AND CARE. FOR THIS EGREGIOUS ACT OF PSYCHOLOGICAL ABUSE, DUE PROCESS VIOLATION, CIVIL RIGHTS VIOLATION, EQUAL PROTECTION OF THE LAWS VIOLATION THAT RESULTED IN INJURY AFOREMENTIONED, NOT JUST TO THE MINOR CHILD, C.G.M.A., BUT ALSO TO HIS MOTHER AND GRANDFATHER FOR HAVING TO BE PRIVY AND WITNESS TO THEIR FAMILY MEMBER'S SUFFERING. WE ARE SEEKING THE FOLLOWING:

(1) WE WANT THE IMMEDIATE TERMINATION OF MS. BIGS AS AN EMPLOYEE OF YOUR SCHOOL.

(2) WE WANT ALL COUNSELLING THAT HAD TO BE ACCRUED FOR THE MINOR CHILD AND FAMILY MEMBER(S) PAID FOR IN FULL WITH NO DEDUCTIBLES ATTACHED THERETO.

(3) THE PLAINTIFFS SEEK THAT THE KIPP-SPARK ACADEMY AND ITS ASSOCIATES COVER ANY NECESSARY COST IN FULL TO SEND THE MINOR CHILD, C,G.M.A., TO ANOTHER CHARTER SCHOOL, CHRISTIAN BASED, DUE TO THE EGREGIOUS INJUSTICE THAT HAS OCCURRED TO THE MINOR CHILD, C.G.M.A, WHILE UNDER THE CARE AND SUPERVISION OF THE KIPP-SPARK ACADEMY.

(4) THE PLAINTIFF(S) SEEK $250K IN COMPENSATORY AND OR PUNITIVE DAMAGES FOR THE INJUSTICES THAT HAVE OCCURRED RELATED TO THIS MATTER.

INSOMUCH, THE ACTIONS ON THE PART OF MS. BIGS DEMONSTRATE NEGLECT IN DUTY, INCOMPETENCY, NEGLIGENCE IN PERFORMANCE OF DUTY, WILLFUL VIOLATION OF THE SCHOOLS LAWS AND OR POLICIES, AND PRODUCE ARBITRARY, CAPRICIOUS BEHAVIOR AND CONDUCT WHICH MUST IN FUNDAMENTAL FAIRNESS TO THE PLAINTIFFS, BE CORRECTED AND REMEDIED, MONTANYE v. WISSACKICKON SCHOOL DIST., 2003 WL 22096122. EDUCATION IS A CONSTITUTIONAL RIGHT WHICH IS ALSO MANDATED BY STATUTE BY THE STATE OF NEW JERSEY, PLYLER v. DOE, 457 U.S. 202, 102 S.Ct. 2382, 72 L.Ed.2d. 786(U.S.1982).

THE GRANDFATHER/GRAND UNCLE, LAWRENCE L. CRAWFORD, AS SOVEREIGN FIDUCIARY HEIR, ESTABLISHED BY "CONTRACT" BY "COVENANT" PROTECTED BY THE U.S. CONSTITUTION UNDER ARTICLE 1 § 10, HAS LEGAL RIGHT AND DUTY TO INTERVENE, FILE AS DIRECT PARTY TO PROTECT THE RIGHTS OF THE BENEFICIARIES OF THE CESTUI QUE TRUST, TO WHICH LINAE CRAWFORD AND THE MINOR CHILD, C.G.M.A., ARE INDEED BENEFICIARIES OF IN THAT EXTENT. JUDICIAL DECISION ENDEAVOR TO PLOT A LINE BETWEEN STATE ACTION SUBJECT TO 14TH. AMENDMENT SCRUTINY AND PRIVATE CONDUCT (HOWEVER EXCEPTIONABLE) THAT IS NOT, TARKANIAN, SUPRA., AT 191, 109   454; JACKSON v. METROPOLITAN EDISON CO., 419 U.S. 345, 349, 95 S.Ct. 449, 42 L.Ed.2d. 477(1974). THE JUDICIAL OBLIGATION IS NOT ONLY TO "PRESERVE AN AREA OF INDIVIDUAL FREEDOM BY LIMITING THE REACH OF THE FEDERAL LAW AND AVOID THE IMPOSITION OF RESPONSIBILITY ON A STATE CONDUCT IT COULD NOT CONTROL", TARKANIAN, SUPRA AT 191, 109 S.Ct. 454 (QUOTING LUGAR SUPRA. AT 936-937, 102 S.Ct. 2744), BUT ALSO TO ENSURE THAT THE CONSTITUTIONAL STANDARDS ARE INVOKED "WHEN IT CAN BE SAID THAT THE STATE IS RESPONSIBLE FOR THE SPECIFIC CONDUCT OF WHICH THE PLAINTIFF(S) COMPLAIN", BLUM SUPRA., at 1004, 102 S.Ct. 2777 (EMPHASIS IN ORIGINAL). IF THE 14TH. AMENDMENT IS NOT TO BE DISPLACED, THEREFORE, ITS AMBIT CANNOT BE A SIMPLE LINE BETWEEN STATES AND PEOPLE OPERATING OUTSIDE FORMALLY GOVERNMENTAL

ORGANIZATIONS, AND THE DEED OF AN OSTENSIBLY PRIVATE ORGANIZATION OR INDIVIDUAL IS TO BE TREATED SOMETIMES AS IF A STATE HAS CAUSED IT TO BE PERFORMED. DUE TO THE STATE REQUIRING EDUCATION OF CHILDREN, DISABLED CHILDREN INCLUDED, AND THEIR INADEQUATELY FUNDING AND SUPPORTING AND STAFFING NORMAL PUBLIC SCHOOLS. THE STATE BY ITS ACTIONS OR INACTIONS HAS CAUSED THE EXISTENCE OF CHARTER SCHOOLS TO OCCUR TO FILL THE GAP. THUS, WE SAY THAT THE STATE ACTION MAY BE FOUNDED IF, THOUGH ONLY IF, THERE IS SUCH A CLOSE NEXUS BETWEEN THE STATE, ei. STATUTE REQUIRING EDUCATION OF CHILDREN, AND THE CHALLENGED ACTION" THAT SEEMINGLY PRIVATE BEHAVIOR "MAY BE FAIRLY TREATED AS THAT OF THE STATE ITSELF", JACKSON SUPRA., AT 351, 95 S.Ct. 449, BRENTWOOD ACADEMY v. TENNESSEE SECONDARY SCHOOL ATHLETIC ASS'N, 531 U.S. 288, 121 S.Ct. 924, 148 L.Ed.2d. 807(U.S.2001).

THERE IS ALSO POTENTIAL LIABILITY UNDER STATE CREATED DANGER THEORY WHERE MS. BIGS EXERCISED HER AUTHORITY TO HARM THE PLAINTIFF(S) MINOR CHILD, C.G.M.A., UNDER THE AUSPICE OF REQUIRED TESTING, CALLAWAY v. SMALLS, 576 F.Supp.3d. 232 (D.N.J.2021).

WHEN THE SUPERVISING ENTITIES AND OR AGENTS ARE GIVEN NOTICE OF THIS UNCONSTITUTIONAL AND UNPROFESSIONAL CONDUCT, AND DO NOT FIRE AND OR REMOVE THE PERSON OF MS. BIGS FROM ANY ENVIRONMENT THAT INVOLVES THE CARE AND TESTING OF CHILDREN, GIVING AND PROVIDING OPPORTUNITY FOR CONTINUED ENGAGEMENT WITH ANY CHILD UNDER THESE CIRCUMSTANCES. SUCH FAILURE DEMONSTRATES KNOWLEDGE AND ACQUIESCENCE TO THAT CONDUCT, AS REQUIRED BY § 1983 CLAIM FOR FAILURE TO TRAIN AND SUPERVISE AGAINST PARTIES UNDER SUPERVISORY LIABILITY THEORY WHICH HAS PRODUCED THIS INJURY STATED, DOE ON BEHALF OF DOE v. SMALL, 654 F.Supp.3d. 376(D.N.J.2023).

THE PLAINTIFF(S) WANT YOU TO PRODUCE THE INCIDENT REPORT THAT WAS REQUIRED ISSUED UPON MS. BIGS FOR THESE EGREGIOUS, CAPRICIOUS AND ARBITRARY ACTS OF PSYCHOLOGICAL ABUSE PERPETRATED AGAINST THE PLAINTIFF(S) MINOR CHILD AND OR FAMILY MEMBER, C.G.M.A., TO DEMONSTRATE THAT SAID REQUIRED INCIDENT REPORT WAS

IMMEDIATELY DONE, DATED, UPON LYNAE CRAWFORD GIVING YOU ALL INITIAL NOTICE OF THE WRONG DONE, F.A. BY P.A. v. W.J.F., 280 N.J. SUPER 570, 656 A.2d. 43 (N.J.App.Div.1995).

THE ACTIONS OF MS. BIGS VIOLATED THE MINOR CHILD, C.G.M.A., AND HIS FAMILY MEMBER(S) CIVIL RIGHTS, THE EQUAL PROTECTION OF THE LAWS CLAUSE AND DUE PROCESS LAW WHERE THE SCHOOL IS BOTH PUBLIC AND PRIVATE AND POTENTIALLY RECEIVE FEDERAL FUNDING AND WHERE THE STATE OF NEW JERSEY MAKES IT LEGALLY REQUIRED THAT CHILDREN WITHIN THE STATE BE EDUCATED WHERE SUCH EDUCATION, EVEN FOR THOSE CHALLENGED BY DISABILITY, AND OR TESTING, MUST OCCUR IN AN ENVIRONMENT THAT IS CONDUCIVE TO PROPER LEARNING AND UNDER CONDITIONS THAT WOULD NOT PRODUCE ANY HARM PHYSICALLY OR PSYCHOLOGICALLY. THIS IS INFORMAL RESOLUTION AND EXHAUSTION OF ADMINISTRATIVE REMEDIES. BUT PLEASE BE ADVISED THAT THE MINOR CHILD AND PLAINTIFFS ARE OF FOREIGN ROYAL BLOOD WHERE BY THIS ACTION WE WOULD BE ALSO INVOKING PROTECTIONS UNDER THE FOREIGN SOVEREIGN IMMUNITY ACT. THUS, EXHAUSTION OF ADMINISTRATIVE REMEDIES IS NOT REQUIRED, NEAD v. UNION COUNTY EDUCATIONAL SERVICES COM'N., 2011 WL 166245 (N.J.App.Div.2011); L.A. v. NEW JERSEY DIV. OF YOUTH AND FAMILY SERVICES, 217 N.J. 311, 89 A.3d. 553(SUP.Ct.2014); De Csepel v. REPUBLIC OF HUNGARY, 859 F.3d. 1094, 1101+ D.C.Cir.; de CSEPEL v. REPUBLIC OF HUNGARY, 613 F.Supp.3d. 255 (D.D.C.2020); T.R. v. KINGWOOD T.P. Bd. OF EDUC., 205 F.3d. 572 (3rd,Cir.2000); DISABILITIES EDUC. ACT § 612(1); G.A. EX REL L.A. v. RIVERVALE BD. OF EDUC., 2013 WL 5305230, *10+ D.N.J.; R.S. v. SOMERVILLE BD. OF EDUC., 2011 WL 32521, * 9+ D.N.J.. YOU HAVE (15) DAYS FROM THE DATE OF RECEIPT OF THIS LETTER/NOTICE TO RESPOND AND COME TO SOME AGREEMENT ON THE RESOLUTION OF THESE MATTERS WHICH INCLUDE THE MONETARY RELIEF DEMANDED OR LEGAL ACTION SHALL FOLLOW.

RESPECTFULLY,

LYNAE CRAWFORD

**CAUSE OF ACTION:** THIS CAUSE OF ACTION INVOLVES THE NEW JERSEY DEFENDANTS THE D.C.A. AND ITS DIRECTOR, THE DEPT. OF COMMUNITY COMMISSIONER MS. JACQUELYN SUAREZ, THE CORRUPT SLUM LORD SIMEON FOLGER, MS. DIEDRA TURNER, MS. NATASHA McKOY-KING, MR. SCOTT STROUP, MS. KIMBERLY COOK, MS. AISHA BOND REGARDING THE STEALING OF SECURITY DEPOSITS, FALSIFYING APARTMENT INSPECTIONS, SUBJECTING THE PLAINTIFF, LYNAE CRAWFORD AND HER MINOR CHILDREN TO ROACH, MICE AND RAT INFESTATION IN FRAUDULENT REPRESENTATION OF THE FACTS, BRIBING THAT OFFICIALS TO ILLEGALLY PAST HOME INSPECTIONS, LACK OF SUPERVISOR ACCOUNTABILITY THAT ALLOWED SUCH CONTINUED LAWLESSNESS TO PERSIST WITHIN THE AGENCY WHICH DID CAUSE INJURY, LOSS OF DEPOSIT, LOSS OF SUITABLE RESIDENCE AS WELL AS COST OF TRAVELING BACK AND FORTH EVEN BETWEEN STATES TO FIND SUITABLE RESIDENCE SUBJECTING THE PLAINTIFF, LYNAE CRAWFORD TO EMBARRASSMENT, DISRESPECT, NEGLIGENCE OF DUTY, MENTAL ANGUISH ON THE PART OF HERSELF AND THE FIDUCIARY HEIR, PAIN AND SUFFERING HAVING TO MOVE AROUND AFTER RECENT HIP REPLACEMENT SURGERY THAT JUST ADDED TO THE PAIN AND SUFFERING THAT WAS CAUSE BY THE DEFENDANTS INVOLVED. THERE IS NO NEED TO BE REDUNDANT HERE EITHER. THE COURT AND PARTIES WILL FIND THE CAUSE, TIME AND PLACE OF EVENTS DEPICTED IN DETAIL WITHIN EXHIBIT, "SLUM LORD" HEREWITH ATTACHED. THESE NEW JERSEY DEFENDANTS CONSPIRED UNDER COLOR OF STATE LAW WHICH LED TO THE INJUSTICES PRESENTED. BY THEIR ACTIONS THEY ARE ALSO IN VIOLATION OF THE TERMS OF THE **"GRANT"** GIVEN TO YOUR GLOBAL NATIONS BY THE SOLE CORPORATION AND FOREIGN SOVEREIGN CROWN OPENING THEM UP TO INTERVENTION BY THE FIDUCIARY HEIR AND LEGAL ACTION BEING LEVIED AGAINST THEM. THEIR ACTIONS ALSO VIOLATE THE COMMERCIAL, CONTRACT AND EXPROPRIATION EXCEPTIONS TO THE FOREIGN SOVEREIGN IMMUNITY ACT STRIPPING THEM OF IMMUNITY APPROPRIATING THE PLAINTIFF, LYNAE CRAWFORD'S SECURITY DEPOSIT, A DEPOSIT THAT WAS PARTIALLY THE FIDUCIARY HEIR, KING, KHALIFAH AND HIGH PRIEST WHO OFTEN, EVEN BEHIND THE PRISON WALLS, FINANCIALLY ASSISTED HIS DAUGHTER. THUS, SUCH ESTABLISH EVEN THE FIDUCIARY HEIR'S ACQUIRED INTEREST, RIGHT TO BRING ACTION AND ESTABLISH CAUSE OF ACTION AGAINST THESE NEW JERSEY DEFENDANTS IN QUESTION. SEE EXHIBIT, "SLUM LORD" ATTACHED.

EXHIBIT, "SLUM LORD"

LYNAE CRAWFORD

P.O. BOX 5608

HILLSIDE, N.J. 07205


LAWRENCE L. CRAWFORD AKA

JONAH GABRIEL JAHJAH T. TISHBITE

#300839 K.C.I. HD-134

4848 GOLD MINE HWY.

KERSHAW, S.C. 29067


IN RE: TO GIVING THE STATE ACTORS ONE LAST OPPORTUNITY AT EXHAUSTION AND REMEDY OF THE MATTERS AT HAND.


TO: THE D.C.A. AND NATASHA McKOTKING SUPERVISOR,

THE D.C.A. CASEWORKER MS. DIEDRA TURNER,

THE D.C.A. STATE HEAD GOVERNMENT OFFICE,

JOHNNY CORREA (THE BRIBED INSPECTOR WHO ILLEGALLY PASSED THE INSPECTION),

MR. SIMEON FOLGER (THE CORRUPT LANDLORD WHO BRIBED THE INSPECTOR),

THE NEW JERSEY DISTRICT COURT,


THE PLAINTIFF(S) IN THE PENDING ACTION GIVE THE COURT AND ALL PARTIES JUDICIAL NOTICE. THE MONIES THAT THE CORRUPT LANDLORD, MR SIMEON FOLGER, MISAPPROPRIATED IN ACTS OF FRAUDULENT INTENT WERE NOT JUST THE MONIES OF LYNAE CRAWFORD. THEY WERE ALSO THE MONIES OF THE FOREIGN SOVEREIGN FIDUCIARY HEIR AND MEMBER OF THE SOLE CORPORATION AND FOREIGN SOVEREIGN CROWN AS IS ARGUED WITHIN THESE MULTI-DISTRICT LITIGATION CASES INVOLVED. THUS, THIS

**69-of-208**

1-of-6

PRODUCES A COMMERCIAL ACT ALLOWING US TO INVOKE ALL PROTECTIONS ESTABLISHED UNDER 28 U.S.C. § 1602-1612 ET. SEQ. OF THE FOREIGN SOVEREIGN IMMUNITY ACT, TO INCLUDE THE RIGHT TO EXERCISE FEDERAL FORUM TO HAVE THESE MATTERS ADDRESSED WHICH UNDER THESE CIRCUMSTANCES YOUR IMMUNITY IS WAIVED AND THERE IS NO NEED TO EXHAUST STATE ADMINISTRATIVE REMEDIES.

MS. DIEDRA TURNER, ALSO KNOWN BY THE PLAINTIFFS AS "MS. ATTITUDE", CONFRONTED THE ADDRESSING OF THESE MATTERS WITH AN OVERWHELMING AMOUNT OF DELIBERATE INDIFFERENCE IN HER HANDLING OF THESE MATTERS WHICH NOW MUST BE ADDRESSED ON THE COURT RECORD. NEVERTHELESS, THE PLAINTIFF(S) WILL GIVE YOU ALL ONE LAST OPPORTUNITY TO ADDRESS THE FACT THAT YOUR AGENCY FAILED TO TRAIN AND SUPERVISE YOUR EMPLOYEE(S), MS. DIEDRA TURNER WHO HANDLED THESE MATTERS WITH DELIBERATE INDIFFERENCE AND JOHNNY CORREA, WHO WAS BRIBED BY THIS CORRUPT AND LAWLESS LANDLORD, SIMEON FOLGER, TO ILLEGALLY PERMIT THE LANDLORD TO PASS THE INSPECTION OF THE DWELLING THAT THE PLAINTIFF, LYNAE CRAWFORD, AND HER MINOR CHILDREN, WERE MANIPULATED INTO OCCUPYING BY NEFARIOUS INTENT, WHERE THE CONDITION OF THE DWELLING WAS INFESTED WITH OVERWHELMING AMOUNTS OF ROACHES, MICE AND RATS, SUBJECTING THE PLAINTIFF TO SUBSTANTIAL THREAT TO HEALTH AND SAFETY, DISTRESS AND MENTAL ANGUISH, AS WELL AS TO HER MINOR CHILDREN WHO WERE TERRIFIED AND WHO ARE STILL SUFFERING FROM THE INJUSTICE. THEN ON TOP OF THAT YOU ALL CONSPIRED UNDER COLOR OF STATE LAW TO ALLOW THIS CORRUPT LANDLORD TO STEAL THE SECURITY DEPOSIT OF THE PLAINTIFF(S) WHERE HAD YOU PROPERLY TRAINED AND SUPERVISED MR. JOHNNY CORREA, NO SUCH INJURY OR INJUSTICE WOULD HAVE OCCURRED. THIS MAKES YOU ALL LIABLE. THE HAND OF ONE IS THE HAND OF ALL BY THE ACCOMPLICE LIABILITY DOCTRINE AND PINKERTON'S THEORY OF LIABILITY AS ASSESSORY DURING AND AFTER THE FACT.

THIS IS WHAT THE PLAINTIFF(S) SEEK:

(1) WE WANT THE SECURITY DEPOSIT IMMEDIATELY RETURNED TO INCLUDE AN AMOUNT THREE TIMES THE SECURITY DEPOSIT THAT WAS

INAPPROPRIATELY STOLEN BY THE CORRUPT LANDLORD VIA BRIBING THE OFFICIAL WHO CONDUCTED THE INITIAL INSPECTION.

(2) THE PLAINTIFFS WANT MS. DIEDRA TURNER'S POSITION WITH THE AGENCY TERMINATED.

(3) THE STATE OF NEW JERSEY AND THE D.C.A. ARE TO ENSURE THAT THE PLAINTIFF, LYNAE CRAWFORD, AND HER MINOR CHILDREN ARE GIVEN AN APARTMENT WITHIN ESSEX COUNTY, AN APARTMENT OF HER CHOICE, AND THE D.C.A. PAID THAT RENT IN FULL FOR ONE YEAR AS PROOF OF YOU TAKING STEPS TO REMEDY AND ADDRESS THESE CONCERNS.

IF FOR ANY REASON THAT ANY OF YOU DISAGREE AND OR FAIL TO BE IN COMPLIANCE WITH THIS REASONABLE REQUEST IN LIGHT OF THE CIRCUMSTANCES THAT ARE PLACED BEFORE US? THE SEEKING OF DAMAGES IN THE AMOUNT OF $60K WILL BE SOUGHT AND THAT THE D.C.A. BE REQUIRED TO PLACE THE PLAINTIFF, LYNAE CRAWFORD, AND HER MINOR CHILDREN IN AN APARTMENT OF THEIR CHOOSING IN ESSEX COUNTY AND PAY THE RENT IN FULL FOR THAT OCCUPANCY FOR THREE YEARS, NOT ONE. HOPELY REASON WOULD ALLOW YOU TO COMPREHEND THAT THIS IS MORE THAN A REASONABLE RESOLUTION IN LIGHT OF THE CIRCUMSTANCES AND JURISDICTIONAL FACTS THAT ARE NOW PLACED BEFORE ALL PARTIES INVOLVED INCLUDING THE COURT.

INASMUCH, THE TENANT HAS AN ASCERTAINABLE LOSS, INCLUDING FRAUD, DELIBERATE INDIFFERENCE IN HOW MS. DIEDRA TURNER HANDLED THESE MATTERS, THE BRIBING OF INSPECTORS AND LACK OF SUPERVISION TO SUBJECT THE PLAINTIFF TO OVERWHELMING AMOUNTS OF DISTRESS AND MENTAL ANGUISH, INCONVENIENCE IN BEING FORCED TO FIND SUBSEQUENT HOUSING, RESULTING FROM THE LANDLORD AND OTHER INVOLVED PARTIES ALLEGED MISCONDUCT, AND THE EVIDENCE IS SUFFICIENT TO ESTABLISH AN ACTION BY TENANT UNDER THE SECURITY DEPOSIT ACT (SDA) TO RECOVER SECURITY DEPOSIT FROM LANDLORD WHERE THERE WAS NO DAMAGE DONE TO THE APARTMENT AND THE APARTMENT IN QUESTION CLEARLY FAILED INSPECTION SUBSEQUENTLY DONE WHERE THE LANDLORD BRIBED THE INITIAL INSPECTOR TO SUBJECT THE PLAINTIFF TO THIS CRIMINAL

ACTIVITY TO GAIN THE DEPOSIT, BY FRAUDULENTLY MISREPRESENTING THE FACTS, STATING THAT THE APARTMENT WAS UP TO SPECS WHEN IN TRUTH, CONFIRMED BY SUBSEQUENT INSPECTION, THE DWELLING WAS NOT, REILLY v. WEISS, 406 N.J. SUPER. 71, 966 A.2d. 500 (N.J.App.Div.2009); N.J.S.A. 46:8-19. THE ACT REQUIRES A LANDLORD TO RETURN A TENANT'S SECURITY DEPOSIT ALONG WITH ACCRUED INTEREST, AS IS NOW SOUGHT, WITHIN (30) DAYS AFTER THE TERMINATION OF THE LEASE. LESS ANY CHARGES EXPENDED IN ACCORDANCE WITH THE TERMS OF THE LEASE, WHICH IN THIS CASE IS VOID, COMPOUNDED BY EGREGIOUS ACTS OF FRAUD, BRIBERY, MISINTERPRETATION OF THE FACTS AND OTHER UNLAWFUL ACTIVITY, INCLUDING THE CONSPIRACY OF THE STATE AGENCY ACTORS TO CONCEAL THE INJUSTICES AND DEPRIVE THE PLAINTIFF OF REMEDY IN VIOLATION OF STATE LAW, THE FOREIGN SOVEREIGN IMMUNITY ACT'S COMMERCIAL EXCEPTION AND THE UNITED STATES CONSTITUTION RIGHTS OF DUE PROESS. ANY DEDUCTIONS THAT THE CORRUPT, LAWLESS LANDLORD WAS TO MAKE MUST BE ITEMIZED AND NOTICE MUST BE FORWARDED TO THE TENANT. IN THIS CASE NO SUCH ITEMIZED ASSESSMENT OCCURRED AND THE CORRUPT LANDLORD MANIPULATED THE PLAINTIFF TO OCCUPY THE DWELLING BY BRIBERY AND FRAUD TO ILLEGALLY MISAPPROPRIATE THE PLAINTIFF(S) DEPOSIT, REILLY v. WEISS, 406 N.J. SUPER. 71, 80, 966 A.2d. 500(App.Div.2009); HEBNER v. RODRIGUEZ, A.2d., 2010 WL 1656262 (App.Div.2010). DUE TO THE TOTALLY UNPROFESSIONAL BEHAVIOR OF MS. DIEDRA TURNER, AND HER HANDLING OF THESE MATTERS, EVEN BECOMING VERBALLY ABUSIVE AND DISRESPECTFUL TO BOTH THE PLAINTIFF(S), LYNAE CRAWFORD AND LAWRENCE CRAWFORD, OVER THE PHONE, WHICH DID OCCUR? THE PLAINTIFF(S) ALSO WANT THIS WOMAN'S JOB. SUCH AN ACTION BEING TAKEN BY THE STATE ENTITY AND OR AGENCY WOULD BE JUSTIFIED TO PREVENT ANY POTENTIAL FUTURE CLIENTS FROM BEING SUBJECTED TO HER ARBITRARY AND CAPRICIOUS BEHAVIOR.

THE INTENT OF THE ACT WAS TO PROTECT TENANTS FROM OVERREACHING LANDLORDS WHO SEEK TO DEFRAUD TENANTS BY DIVERTING RENT SECURITY DEPOSITS TO THEIR OWN USE, PARIS v. ENGEL INVESTMENTS, LLC., Rptr., 2020 WL 373373 (App.Div.2020). THE S.D.A. RECOGNIZES THAT THE SECURITY DEPOSIT REMAINS THE TENANT'S MONEY, ALTHOUGH IT IS DESIGNATED TO PROVIDE SOME PROTECTION FROM

LOSE TO THE LANDLORD, BUT IT IS UNLAWFUL FOR HIM TO ENGAGE TO
MANIPULATE AN UNSUSPECTING TENANT INTO HIS WEB OF DECEPTION TO
STEAL A POTENTIAL TENANT'S ASSESTS, ESPECIALLY ONE WITH MINOR
CHILDREN LIKE HE RESIDES IN SOME BANANA STATE BUREAUCRACY OR
REPUBLIC, HALE v. FARRAKAN, 390 N.J. SUPER. 335, 342
(App.Div.2007); PATERSON v. REIDINGER, Rptr., 2018 WL 1247217
(App.Div.2018).

POWER IS VESTED IN MUNICIPALITIES TO PROHIBIT NEW RENTALS
OF RESIDENTIAL DWELLINGS EXCEPT WHERE AN OFFICIAL INSPECTION
DETERMINES THAT A UNIT MEETS EXISTING STANDARDS OF SAFETY AND
HABITABILITY WHERE IN THIS CASE, SUCH REQUIRED INSPECTION WAS
COMPROMISED BY CRIMINAL ACTIVITY AND FRAUD ESTABLISHING CAUSE OF
ACTION, N.J.S.A. 40:48-2.12m; PC8REO, LLC. v. BLOCK 3031, LOT 1,
90-100 INGRAHAM P.L., CITY OF NEWARK B.R.R. INGRAHAM P.L., LLC.,
2022 WL 1194220 (App.Div.2022); STATE v. C.I.B. INTERN., 83 N.J.
262, 416 A.2d. 362(N.J.1980).

FURTHER, FOR MS. DIEDRA TURNER THE VERBALLY ABUSIVE CASE
WORKER, MS. NATASHA McKOTKING THE SUPERVISOR AND THE D.C.A.
AGENCY WITH THOSE HAVING PRIVY CONTAINED THEREIN, WHEN
SUPERVISORS MAKE TANGIBLE EMPLOYMENT DECISIONS, THERE IS
ASSURANCE THAT THE INJURY COULD NOT HAVE BEEN AFFECTED ABSENT
AGENCY RELATIONS, AND TANGIBLE EMPLOYMENT ACTIONS ARE THE MEANS
BY WHICH SUPERVISORS BRING OFFICIAL POWER OF THE ENTERPRISE TO
BEAR ON SUBORDINATES, N.J.S.A. 10:5-1 ET. SEQ.; REINSTATEMENT
(SECOND) OF AGENCY § 219(2)(d); AGUAS v. STATE, 220 N.J. 494, 107
A.3d. 1250(N.J.2015); CAVUOTI v. NEW JERSEY TRANSIT CORP., 161
N.J. 107, 735 A.2d. 548 (N.J.1999); DOE ON BEHALF OF DOE v.
SMALLS, 654 F.Supp.3d. 376 (D.N.J.2023). THE ACTIONS OF THE
SUPERVISING PERSONNEL SHOW DELIBERATE INDIFFERENCE TO THE RIGHTS
OF PERSONS WHERE THEY PROVIDED AVENUE, LICENSE AND OPPORTUNITY TO
BAIT POTENTIAL TENANTS BY THE BRIBING OF INSPECTORS, FRAUD AND TO
STEAL THE UNSUSPECTING SECURITY DEPOSITS OF POTENTIAL RENTERS, BY
THESE CORRUPT LANDLORDS WHO COME IN CONTACT WITH THE PLAINTIFF(S)
EITHER DIRECTLY OR INDIRECTLY TO ENGAGE IN LAWLESSNESS, FRAUD,
MISREPRESENTATION, CAUSING INDISPUTABLE INJURY AND DAMAGE CLEARLY

ESTABLISHING CAUSE OF ACTION. YOU HAVE AN ADDITIONAL (10) DAYS FROM RECEIPT OF THIS DOCUMENT TO REMEDY THESE INJUSTICES OR THE RELIEF PREVIOUSLY REFERRED TO SHALL BE SOUGHT BY JURY TRIAL WITHIN A COURT OF LAW, CITY OF CANTON, OHIO v. HARRIS, 489 U.S. 378, 109 S.Ct. 1197, 103 L.Ed.2d. 412 (U.S.1989); ESTATE OF LEWIS v. CUMBERLAND COUNTY, 2019 WL 7047220 (D.N.J.2019); ZIVOLTOFSKY EX REL ZIVOLTOFSKY v. KERRY, 576 U.S. 1, 135 S.Ct. 2076(U.S.2015).

RESPECTFULLY,

LYNAE CRAWFORD

JONAH THE TISHBITE

MAY 1, 2024

**CAUSE OF ACTION:** THE JERSEY CITY SOLICITOR, THE STATE OF NEW JERSEY, JERSEY CITY ARE BEING SUED FOR PUTTING IN PLACE THE LAWRENCE L. CRAWFORD AKA JONAH GABRIEL JAHJAH T. TISHBITE 1986 WEAPON POSSESSION CHARGE. SINCE THE CONVICTION SENTENCE HAS ALREADY BEEN ILLEGALLY SERVED IT WOULD NOT PRECLUDE JUDICIAL REVIEW UNDER THIS ACTION WHERE WE ARE ALSO DEALING WITH VIOLATION OF THE TERMS OF THE **"GRANT"** GIVEN TO YOUR GLOBAL NATIONS BE THE SOLE CORPORATION AND FOREIGN SOVEREIGN CROWN. THE INDICTMENT USED POSSESSED A FATAL DEFECT, A CONSTITUTIONAL STRUCTURAL ERROR THAT VOIDED THE JERSEY CITY COURT'S JURISDICTION UNDER THE CONSTITUTIONAL PRONG AND OR ELEMENT TO SUBJECT MATTER JURISDICTION WHICH ALSO GAVE WAY TO CONSTRUCTIVE AMENDMENT OF THE INDICTMENT ON THE MENS REA ELEMENT DEMONSTRATING THIS WAS NOT A HARMLESS ERROR. THE INJURY THAT WAS SUBSTANTIALLY PRODUCED BY THIS INJUSTICE WAS THAT THE STATE OF SOUTH CAROLINA MADE USE OF THAT 1986 WEAPON POSSESSION CHARGE TO ENHANCE AND OR ARGUE BEFORE THE SOUTH CAROLINA COURT THAT CRAWFORD SHOULD BE GIVEN A LIFE SENTENCE FOR THE FRAUDULENT PRODUCED HOMICIDE AS OPPOSED TO HIM BEING GIVEN A (30) YEAR SENTENCE. THE STATE OF NEW JERSEY, JERSEY CITY AND IT SOLICITOR'S ACTION DEFY **"JUSTICE AND FAIRNESS"** OPENING THE DOOR FOR LEGAL ACTION WHERE THE STATE PROSECUTED A FOREIGN SOVEREIGN KING, THE KING OF THE NORTH FORETOLD TO COME IN THE BOOK OF DANIEL CHAPTER 11, WHERE PROTECTIONS WERE ESTABLISHED UNDER THE FOREIGN SOVEREIGN IMMUNITY ACT. THIS IS ALSO ONE OF THE LEGAL ISSUES OF RELIGIOUS PROPHESY THAT THE STATE OF NEW JERSEY FEDERAL JUDGES CONSPIRED UNDER COLOR OF LAW AND OR AUTHORITY ACROSS MULTIPLE STATE AND FEDERAL JURISDICTIONS TO THWART JUDICIAL REVIEW OF. $100 MILLION IS SOUGHT IN COMPENSATORY AND OR PUNITIVE DAMAGES AGAINST THE CITY, STATE AND SOLICITOR WHERE VIOLATIONS OF THE FOREIGN SOVEREIGN IMMUNITY ACT WAIVE IMMUNITY. THE FOREIGN SOVEREIGN FIDUCIARY HEIR ALSO SEEK THAT AN ORDER BE ISSUED EXPUNGING HIS RECORD OF THE OFFENSE.

EXHIBIT, "DECLARATION OF SOVEREIGNTY"

NOW WHAT'S INSIDE CASE(S) 2006-CP-400-3567, 3568, 3569; 2013-CP-400-0084, 2294 THAT JUDGES MARCHANT, WOOTEN AND THE OTHER FEDERAL JUDGES ARE WILLING TO LIE, VIOLATE THEIR OATHS OF OFFICE TO UPHOLD THE U.S. CONSTITUTION, TO PREVENT REMOVAL TO THE FEDERAL COURT AND RISK THEIR JOBS, ENGAGE IN EGREGIOUS ACTS OF FRAUD UPON THE COURT, CRIMINAL CONSPIRACY, VIOLATIONS OF 18 U.S.C. §§ 242 AND 1001, TO PREVENT BEING SUBMITTED AS EVIDENCE, TO WHICH THE UNITED STATES AND OTHER (193) MEMBER STATES OF THE UNITED NATIONS DEFAULTED ON? ONE CRUCIAL DOCUMENT IS ENTITLED, "MEMORANDUM OF LAW WITH POINTS AND AUTHORITIES ON 'SOVEREIGNTY' OF GOD'S APPOINTED BY "CONTRACT", BY "COVENANT" PROTECTED UNDER ARTICLE 1 § 10 OF THE U.S. CONSTITUTION, BY THE 1st. AMENDMENT FREE EXERCISE CLAUSE, AS WELL AS BY STATE AND FEDERAL PROBATE LAW AND THE LAW OF "TRUSTS", HIS APPOINTED KING, KHALIFAH, IMAM, LAWGIVER AND NAZARITE HIGH PRIEST, SUPPLEMENTED TO THE PREVIOUS SENT UNITED NATIONS DOCUMENT IN RELATION TO GOD'S THEOCRATIC GOVERNMENT, THE (4) GLOBAL THRONES OF RELIGIOUS PROPHESY THAT ESTABLISH THE KINGDOM OF IRON MIXED WITH MIRY CLAY, FORETOLD TO COME IN THE BOOK OF DANIEL CHAPTER 2, OF THE SEVERAL GLOBAL NATIONS AND THEIR RESPECTIVE NATIONAL AND OR FEDERAL GOVERNMENTS AND NOTICE OF LIEN". IT READS IN RELEVANT PART:

TO:   THE   GLOBAL   GOVERNMENTS,   S.C.D.C.,   RELEVANT CORPORATIONS, BANKING ENTITIES, ETC. VIA THE UNITED STATES ETC., U.S. DEPT. OF JUSTICE, THE U.S. STATE DEPT., THE S.C. AND ALL OTHER (50) STATES ATTORNEY GENERALS, ALL (50) STATES FEDERAL ATTORNEYS ET. AL., VIA FIRST AVENUE AT 46TH. STREET NEW YORK, N.Y. 10017,

TO WHOM JONAH GABRIEL JAHJAH T. TISHBITE, THE KING OF THE NORTH FORETOLD IN THE BOOK OF DANIEL CHAPTER 11, AL MAHDI THE 12TH. AND FINAL OF THE RIGHTLY GUIDED KHALIFAHS OF ISLAM, THE BRANCH OF JEWISH PROPHESY, THE ELIJAH OF CHRISTIAN PROPHESY, THE APPOINTED AND ANOINTED KING, KHALIFAH, IMAM, LAWGIVER AND NAZARITE HIGH PRIEST OF THE ONE TRUE GOD; THE TRUE FIDUCIARY SOVEREIGN HEIR TO THE (4) GLOBAL THEOCRATIC THRONES OF AFRICA AND ITS DIASPORA,   CHRISTIANITY,   ISLAM   AND   JEWISH   WORLD,   BY

"CONTRACT", BY "COVENANT, BY "WILL AND TESTAMENT OF THE ONE TRUE GOD AND HIS HOLY PROPHETS, MEMBERS OF THE SOLE CORPORATION AND FOREIGN SOVEREIGN CROWN PRESENTS SHALL COME. IN THE NAME OF THE ONE TRUE GOD, THE MOST MERCIFUL, THE MOST GREAT. SHALOM. AS SALAMU ALAYKUM WA RAMATULLAH WA BARAKATUHU. MAY THE BLESSINGS OF CHRIST JESUS BE UPON YOU. TAKE NOTICE THAT:

IT IS A WELL UNDERSTOOD FACT OF WORLD HISTORY THAT THE MOST DYNAMIC DOCUMENTS AND OR BOOKS THAT SET THE COURSE OF WORLD EVENTS AND WORLD HISTORY ARE THE TORAH, THE BIBLE (KING JAMES VERSION ONLY), QURAN AND SUNNAH OF THE PROPHET MUHAMMAD(PBUH). IT WAS WITHIN THE SACRED PAGES OF THESE HOLY BOOKS AND SUNNAH THAT DISCLOSE THE FUTILITY, TYRANNY, OPPRESSION, WICKEDNESS, EVIL, DEPRAVITY OF WORLD GOVERNMENTS AND FALSE RELIGIONS. THEY EXPRESSED THE ELEMENTS, CRITERION AND FOUNDATION OF GOD'S LAWS AND THE RIGHTS OF THE SERVANTS, WILLING SLAVES, OF THE MOST HIGH GOD WITHIN ANY SOCIETY WORLDWIDE ESTABLISHING THAT THE BELIEVING MEN, WOMEN AND CHILDREN, SERVANTS AND WILLING SLAVES OF THE ONE TRUE GOD, THE BENEFICIARIES OF THE CESTUI QUE TRUST, ARE CO-HEIRS TO GOD'S ETERNAL KINGDOM PROMISES. THE (3) HOLY BOOKS AND SUNNAH OF THE PROPHET MUHAMMAD(PBUH), BY "WILL AND TESTAMENT" OF THE ONE TRUE GOD AND HIS HOLY PROPHETS, STIPULATED THE CHAIN OF AUTHORITY BY HOLY PROGENY AND GODLY AUTHORITY GIVEN TO HIS APPOINTED AND ANOINTED KINGS, HIGH PRIESTS, KHALIFAHS, THE KHALIFAH OF ALLAH'S CHOSEN KHALEESEE, HERSI, QUEEN MOTHER OF THE GLOBAL BELIEVERS AND HEIRS, THE BENEFICIARIES OF THE CESTUI QUE TRUST. THAT IT WAS THE ONE TRUE GOD WHO STIPULATED, INSTITUTED, ORDAINED OR PERMITTED WORLD GOVERNMENTS, AT EVERY LEVEL, DERIVE THEIR 'JUST POWERS' BY THE DECREE AND MERCY OF THE ONE TRUE GOD, FOR ALL MANKIND, JINN AND ANGELS ARE CREATED TO WORSHIP HIM.

IT IS WELL ESTABLISHED THAT THE SERVANTS OF THE ONE TRUE GOD MUST BE WILLING TO LOSE THEIR LIVES TO FIND THEIR LIVES, IN ALTRUISM, SUBJUGATION, SUBMISSION, PLACING ONESELF LAST IN ORDER TO BECOME FIRST IN THE RECEIPT OF GOD'S KINGDOM PROMISES AS TAUGHT BY CHRIST(PBUH), NOT LOVING THEIR LIVES UNTO DEATH!, AS TAUGHT BY JUDAISM, CHRISTIANITY AND ISLAM; EVEN IF THEY MUST BE IMPRISONED OR DIE TO BE IN COMPLIANCE, PROTECT AND SERVE THE

LAWS, DECREES AND WILL OF THE ONE TRUE GOD AS GIVEN BY HIS (3) HOLY BOOKS, SUNNAH, HIS APPOINTED KING/ KHALIFAH JONAH THE TISHBITE, AL MAHDI AND HIS CHOSEN KHALEESSEE, HERSI, THE QUEEN MOTHER OF THE GLOBAL BELIEVERS. THIS DECLARATION OF INDEPENDENCE CREATES AND RE-ESTABLISHES BEFORE ALL MANKIND THE SOVEREIGNTY OF THE (4) GLOBAL THRONES OF THE GLOBAL THEOCRATIC STATE OF AFRICA WITH ITS DIASPORA, OF CHRISTIANS, MUSLIMS AND JEWS, THE SOVEREIGNTY OF THE ONE TRUE GOD HAVING NO PARTNERS, TO INCLUDE THE SOVEREIGNTY OF HIS ANOINTED, APPOINTED KING OF THE NORTH FORETOLD TO COME IN THE BOOK OF DANIEL CHAPTER 11, AL MAHDI, JONAH THE TISHBITE, AND HIS CHOSEN KHALEESSEE, HERSI, THE QUEEN MOTHER OF THE GLOBAL BELIEVERS, THE SOVEREIGN FIDUCIARY HEIR TO THE EARTHLY (4) THRONES OF AFRICA, ITS DIASPORA, CHRISTIANITY, JUDAISM AND ISLAM WORLDWIDE, WHICH IS NOT TO BE PLACED IN A DEMOCRACY, A GOVERNMENT BY THE PEOPLE, FOR THE PEOPLE AND OF THE PEOPLE OR OTHER GLOBAL NATIONAL INTEREST, BUT IS BASED ON A GOVERNMENT BY THE ONE TRUE GOD, FOR THE ONE TRUE GOD AND OF THE ONE TRUE GOD. THEREFORE, THE ONE TRUE GOD, HIS APPOINTED KING/ KHALIFAH, JONAH THE TISHBITE, WITH HIS CHOSEN KHALEESSEE, HERSI, AND THE CREATURES THE ONE TRUE GOD CREATES, AND OR THEY RULE BY DIVINE DECREE AND POWER ei. GOVERNMENTS OF THE WORLD, THEIR INHABITANTS, AND THOSE WHO WORK FOR/ IN GOVERNMENT ARE PUBLIC SERVANTS AND OR THE ONE TRUE GOD'S SERVANTS AND BY GODLY DECREE, FAITH, IMAN, HAVE PLACED THEMSELVES IN A SUBSERVIENT POSITION, TO SERVE THE ONE TRUE GOD AND HIS APPOINTED KING/ KHALIFAH AND HIS CHOSEN KHALEESSEE, WITHIN THEIR OFFICE/ FUNCTION/ POSITION/ STATUS VIA THEIR RELIGIOUS COVENANTS AND OATHS PURSUANT TO THE LAWS OF GOD'S (3) HOLY BOOKS AND THE SUNNAH OF THE PROPHET MUHAMMAD(PBUH).

IN REGARDS TO THE PRINCIPLES ESTABLISHED BY THE (3) HOLY BOOKS AND SUNNAH OF THE PROPHET MUHAMMAD PURSUANT TO THIS DECLARATION OF INDEPENDENCE, ANY PRESENT LAWS AND ANY SUBSEQUENT LAWS WRITTEN OR CREATED AFTER IT, AND OF THE TRUE SOVEREIGNTY OF THE ONE TRUE GOD, HIS APPOINTED KING/ KHALIFAH, AL MAHDI, THE KING OF THE NORTH, IT IS ALSO THE ABSOLUTE RULE OF ACTION AND DECISION OF HIS CHOSEN KHALEESSEE, ALL DEPARTMENTS AND OFFICES OF

THE ONE TRUE GOD'S GLOBAL THEOCRATIC GOVERNMENT WITH RESPECT TO ALL MATTERS COVERED BY IT, AND THEY MUST CONTROL AS THEY ARE WRITTEN OR STATED, INTERPRETED BY AL MAHDI, UNTIL IT IS CHANGED BY THE AUTHORITY WHICH ESTABLISHED IT, GOD, HIS HOLY PROPHETS, CHRIST JESUS FOR WHOM THIS PRECURSOR KINGDOM IS ESTABLISHED AND THE KING/ KHALIFAH OF THE NORTH FORETOLD TO COME IN THE BOOK OF DANIEL CHAPTER 11, AL MAHDI, JONAH GABRIEL JAHJAH T. TISHBITE. FOR REFERENCES SEE STATE EX REL CRENSHAW v. JOSEPH, 175 Ala. 579, 57 So. 942; SCHNITT v. F.W. COOK BREWING CO., 187 Md. 623, 120 N.E. 19, 3 A.L.R. 270; COLLINS v. MARTIN, 209 Pa. 388, 139 A. 122, 55 A.L.R. 311; TRAVELER'S INSURANCE CO. v. MARSHALL, 124 Tex. 45, 76 S.W.2d. 1007, 96 A.L.R. 802; STATE EX REL LENON v. LANGLIE, 45 Wash.2d. 82, 273 P.2d. 464; EIE GUAM v. LONG TERM CREDIT BANK, JAPAN, 322 F.3d. 652(9th.Cir.2003); WANG v. ASHCROFT, 320 F.3d. 130(2nd.Cir.2003); ENGLISH v. THORN, 676 F.Supp. 761(S.D.Miss.1987); IN RE: GREEN, 980 F.2d. 590(9th.Cir.1992).

**...AND TAKE NOTICE OF THE FOLLOWING CASES AND POINTS:**

(1) "BEFORE AND WHEN THE REVOLUTION BY GOD'S DECREE AND LEGAL WAR IN THE FORM OF THIS LITIGATION BEFORE THE COURTS TOOK PLACE, THE KING OF THE NORTH OF JUDAISM AND CHRISTIANITY, THE 12TH. AND FINAL OF THE RIGHTLY GUIDED KHALIFAHS OF ISLAM AND HIS CHOSEN KHALEESSEE, HERSI, THE QUEEN MOTHER OF THE GLOBAL BELIEVERS, WERE SOVEREIGN BY WAY OF THEIR ORIGINAL STATUS AS SOVEREIGNS AS IS WRITTEN WITHIN THE HOLY BOOKS OF THE (3) TRUE MONOTHEISTIC RELIGIONS AND SUNNAH OF THE PROPHET MUHAMMAD(PBUH) BEING SECURED PERSONS BY THAT WHICH IS WRITTEN AND CONTAINED THEREIN BEFORE THE UNJUST CAPTIVITY OF THEIR HOLY ANCESTORS OR THE PRESENT NATIONS OF THE WORLD WERE FORMED AND BEFORE ANY SLAVE NAME OR NUMBER WAS ASSIGNED TO THE KING/ KHALIFAH BY BIRTH CERTIFICATE, SOCIAL SECURITY NUMBER OR ANY OTHER RELEVANT LEGAL OR OTHERWISE DOCUMENT IN THE UNITED STATES WAS PRODUCED WHICH ALSO APPLY TO HIS CHOSEN KHALEESSEE WITHIN HER COUNTRY OF ORIGIN. BY SUCH THEIR SUBJECTS ARE ALSO SECURED PERSONS BEING A KINGDOM OF PRIESTS, A KHALIFATE OF IMAMS AS REDEEMED BY THE ONE TRUE

GOD'S HIGH PRIEST OF THE LEVITICAL PRIESTHOOD, CHRIST AND LINE OF AARON", MARTIN ET. AL., v. THE LESSEE OF WADDELL, (1342) 41 U.S. (6 Pet.) 367, 410, 10 L.Ed. 997, 1013; ENGLISH v. THORN, 676 F.Supp. 761(S.D.Miss.1987); IN RE: GREEN, 980 F.2d. 590(9th.Cir.1992). ALSO SEE THE (3) HOLY BOOKS AND SUNNAH OF MUHAMMAD(PBUH).

(2) "THE GLOBAL THEOCRATIC STATE OF CHRISTIANITY, JUDAISM AND ISLAM, THE (3) HOLY BOOKS AND SUNNAH OF THE PROPHET MUHAMMAD(PBUH) ARE THE SUPREME LAW OVER ALL MANKIND, WRITTEN BY THE SUPREME POWER, THE ONE TRUE GOD, HAVING NO PARTNERS (THERE IS NO SUCH THING AS A 'TRINITY'.), AND HIS PROPHETS AS THEY WERE MOVED BY THE RUH OF ALLAH, THE HOLY SPIRIT, AS HE WRITES UPON THE HEARTS OF MAN WITH THE PEN THAT THOU KNOWETH NOT", RE: CORHAM FAYETTE LOCAL SCHOOL DIST., 20 OHIO MISC. 222, 49 OHIO OPS.2d. 143, 250 N.E.2d. 104; STATE EX REL WEINBERGER v. MILLER, 87 OHIO ST.-12, 99 N.E. 1078; IN RE: GREEN, 980 F.2d. 590(9th.Cir.1992).

(3) "THE (3) HOLY BOOKS AND SUNNAH OF THE PROPHET MUHAMMAD(PBUH) ARE THE VOICE OF THE ONE TRUE GOD, HIS HOLY PROPHETS, JONAH GABRIEL JAHJAH T. TISHBITE, AL MAHDI AND HIS CHOSEN KHALEESSEE, HERSI, THE QUEEN MOTHER OF THE GLOBAL BELIEVERS, SPEAKING IN THEIR SOVEREIGN CAPACITY UNDER THEOCRATIC LAW AS WELL AS FOREIGN LAW DEFAULTED ON BY THE UNITED STATES WITHIN THE CRAWFORD STATE CASES RELIED UPON ESTABLISHING RIGHTS OF RES JUDICATA AND OR COLLATERAL ESTOPPLE, AND THEY ARE CONGRUENT TO EACH OTHER, IN HARMONY WITH EACH OTHER, THEY ARE ONE AND MUST BE HEEDED; WHEN THE (3) HOLY BOOKS AND SUNNAH OF THE PROPHET MUHAMMAD(PBUH) SPEAK WITH REFERENCE TO A PARTICULAR MATTER, THEY MUST BE GIVEN FULL EFFECT AS INTERPRETED BY "THE BRANCH", "THE ELIJAH", "AL MAHDI" OF RELIGIOUS PROPHESY AS THE PARAMOUNT LAW OF THE LAND AND GLOBAL THEOCRATIC STATE", PEOPLE v. PARKS, 58 Cal. 624; 3 HOLY BOOKS AND SUNNAH; ENGLISH v. THORN SUPRA..

(4) "GOD'S APPOINTED KING AND KHALIFAH, THE BRANCH,

THE KING OF THE NORTH, AL MAHDI, JONAH THE TISHBITE, THE ELIJAH OF RELIGIOUS PROPHESY HIMSELF, OF COURSE IS NOT SUBJECT TO THE LAW, NOR HIS CHOSEN KHALEESSEE WITHOUT HIS CONSENT, FOR HE IS NOT ONLY KING/ KHALIFAH, BUT ALSO PROPHET OF THE ONE TRUE GOD BEING THE VOICE OF THE ONE TRUE GOD IN THE FORM OF A MAN, LAWGIVER OF GOD, THE AUTHOR AND SOURCE OF THE RESTORED LAW, BUT THEY, THE KHALIFAH AND KHALEESSEE, ARE ALWAYS SUBJECT TO THE COMMANDS GIVEN TO THEM BY THE ONE TRUE GOD AS HIS SLAVES AND SERVANTS. IN OUR GLOBAL THEOCRATIC SYSTEM, WHILE SOVEREIGN POWERS ARE DELEGATED TO VARIOUS AGENTS AND OR AGENCIES OF THE GLOBAL THEOCRATIC GOVERNMENT, SOVEREIGNTY ITSELF REMAINS WITH THE ONE TRUE GOD AND HIS APPOINTED, ANOINTED KING/ KHALIFAH, JONAH THE TISHBITE, AL MAHDI AND HIS CHOSEN KHALEESSEE, HERSI, THE QUEEN MOTHER OF THE GLOBAL BELIEVERS, UNTIL TAKEN OVER BY CHRIST, JESUS OF NAZARETH, BY WHOM AND FOR WHOM ALL EARTHLY GOVERNMENTS EXIST AND ACT INCLUDING THE PRECURSOR KINGDOM OF HIS FORERUNNER; AND THE LAW AS WRITTEN IN THE (3) HOLY BOOKS AND SUNNAH OF MUHAMMAD(PBUH) ARE THE DEFINITION AND LIMITATION OF POWER AND THE ONE TRUE GOD'S DIVINE LAWS", VICKS WO v. HOPKINS, 118 U.S. 356; ENGLISH v. THORN SUPRA..

(5) "UNDER OUR GLOBAL THEOCRATIC SYSTEM THE PEOPLE, WHO ARE BY THE (3) HOLY BOOKS AND SUNNAH OF THE PROPHET MUHAMMAD(PBUH) ARE CALLED SERVANTS AND SLAVES OF THE ONE TRUE GOD BEING SUBJUGATED TO THE ONE TRUE GOD, "YHWH", "THE I AM", "JEHOVAH", "ALLAH", TO HIM BELONG THE BEST OF NAMES, AND HIS APPOINTED KING/ KHALIFAH, JONAH THE TISHBITE AND HIS CHOSEN KHALEESSEE, HERSI, THE QUEEN MOTHER OF THE GLOBAL BELIEVERS, ARE HERE AND WORLDWIDE A KINGDOM OF PRIESTS, A KHALIFATE OF IMAMS, WHETHER COLLECTIVELY OR INDIVIDUALLY, BEING SUBJECT TO THE LAWS OF THE GLOBAL THEOCRATIC STATE, ABOVE AND SUPERSEDING ANY OTHER LAW WITHIN ANY NATION AND ARE IMMUNE FROM PARALLEL OR SECONDARY STATE OR GOVERNMENT ACTION LEVIED AGAINST THEM, BEING THEMSELVES "KINGS AND KHALIFAHS" OR "QUEENS", WITHOUT THE CONSENT OF THE FOREIGN SOVEREIGN KING OF KINGS, KHALIFAH OF KHALIFAHS, THE FIDUCIARY HEIR JONAH IBN. YAQUB, AL MAHDI, OF THE GLOBAL THEOCRATIC STATE, FROM THE LEAST OF THEM TO THE GREATEST OF THEM,

BY BEING A HOLY COMMONWEALTH, THE KINGDOM OF IRON MIXED WITH MIRY CLAY FORETOLD TO COME IN THE BOOK OF DANIEL CHAPTER 2 OF THE BIBLICAL TEXT, "CONTRACT", "COVENANT", PROTECTED UNDER ARTICLE 1 § 10 OF THE U.S. CONSTITUTION, THE 1st. AMENDMENT FREE EXERCISE CLAUSE, STATE AND FEDERAL PROBATE LAW, THE LAW OF "TRUSTS" AND THE CONTRACT CLAUSE UNDER THE FOREIGN SOVEREIGN IMMUNITY ACT OF 28 U.S.C. § 1602-1612 ET. SEQ.. THEY ARE BOUND TO GIVE WAY TO THE SENTIMENT OF LOYALTY, THE BAYT, TO THE PERSON OF JONAH GABRIEL JAHJAH T. TISHBITE, AL MAHDI, THE TRUE FIDUCIARY HEIR, KING, KHALIFAH, IMAM AND NAZARITE HIGH PRIEST OF THE ONE TRUE GOD OF THE (4) HOLY THRONES OF AFRICA WITH ITS DIASPORA, CHRISTIANITY, ISLAM AND JUDAISM WORLDWIDE AND HIS CHOSEN KHALEESSEE, HERSI, THE QUEEN MOTHER OF THE GLOBAL BELIEVERS. THE CITIZENRY OF THE GLOBAL THEOCRATIC STATE KNOW HIM AS SUCH PERSON ALONG WITH HIS CHOSEN KHALEESSEE, DECREED BY THE ONE TRUE GOD, HOWEVER IN YEARS TO THOSE IN POWER, A KING, KHALIFAH, IMAM AND NAZARITE HIGH PRIEST OF STRENGTH AND POWER WITH HIS KHALEESSEE THEY NEED TO YIELD RIGHTS WHICH THE LAW AND COMMANDMENTS OF THE ONE TRUE GOD SECURE THEM", SEE (3) HOLY BOOKS AND SUNNAH OF MUHAMMAD(PBUH); UNITED STATES v. LEE, 106 U.S. 196 AT. 208.

(6) "IN THE GLOBAL THEOCRATIC STATE WORLDWIDE SOVEREIGNTY RESTS WITH THE ONE TRUE GOD, HAVING NO PARTNERS OR ASSOCIATIONS, HE IS ONE GOD NOT A TRINITY, AND IN HIS APPOINTED AND ANOINTED KING, KHALIFAH, IMAM, LAWGIVER, AND NAZARITE HIGH PRIEST, JONAH THE TISHBITE, AL MAHDI AND HIS CHOSEN KHALEESSEE, HERSI, THE QUEEN MOTHER OF THE GLOBAL BELIEVERS", SEE (3) HOLY BOOKS AND SUNNAH OF MUHAMMAD(PBUH); CHISOLM EX'R v. GEORGIA, 1 L.Ed. (2 DALL) 415, 472; ENGLISH v. THORN, 676 F.Supp. 761.

(7) "KNOW IT TRUE THAT UNDER GLOBAL THEOCRATIC LAW THE DUTY OF ANY ATTORNEY GENERAL, GENERAL, OR OFFICER OF THE GLOBAL THEOCRATIC STATE IS TO REPRESENT, SERVE AND PROTECT THE TRUTH, LAWS, RIGHTS AND OR LIFE OF THE ONE TRUE GOD, HIS APPOINTED, ANOINTED KING/ KHALIFAH AND HIS CHOSEN KHALEESSEE, BEING THE EMBODIMENT OF THE GLOBAL THEOCRATIC STATE AS THE ONE TRUE GOD PROTECTS THE KING/ KHALIFAH AND HIS CHOSEN KHALEESSEE, AS THE

KING/ KHALIFAH AND HIS CHOSEN KHALEESSEE PROTECTS AND SECURES THE RIGHTS OF THE SERVANTS AND SLAVES OF THE ONE TRUE GOD, THE BENEFICIARIES OF THE CESTUI QUE TRUST. (THE KING/ KHALIFAH AND HIS CHOSEN KHALEESSEE CAN ACT AS ATTORNEY, JUDGE AND LEGISLATOR WITH SUPERSEDING POWERS). ANY FORM OF DEMOCRATIC GOVERNMENT OR OTHERWISE, OR ITS LAWS, WHETHER NATIONALLY OR INTERNATIONALLY, THAT STAND IN OPPOSITION TO THE DECREES OF THE ONE TRUE GOD'S APPOINTED KING, JONAH IBN YAQUB, OR THE LAWS OF THE GLOBAL THEOCRATIC STATE ARE NOT PREVAILING, ARE RENDERED TO NO EFFECT UPON THE FOREIGN SOVEREIGN FIDUCIARY HEIR KING, HIS CHOSEN KHALEESSEE AND THE BENEFICIARIES OF THE CESTUI QUE TRUST AND ARE TO BE RENDERED VOID. YOU WANT TO PLACE FORTH LEGISLATION THAT WOULD PREVENT THE GUANTANOMO DETAINEES FROM RECEIVING "JUSTICE AND FAIRNESS" IN AMERICAN COURTS? THEN YOU ARE IN VIOLATION OF THE TERMS OF THE "GRANT" GIVEN TO YOUR GLOBAL NATIONS BY THE SOLE CORPORATION AND FOREIGN SOVEREIGN CROWN OPENING YOU UP TO LEGAL ACTION BEING LEVIED AGAINST YOU UNDER THE CONTRACT CLAUSE OF THE FOREIGN SOVEREIGN IMMUNITY ACT STRIPPING THE UNITED STATES GOVERNMENT OF IMMUNITY. SET THEM FREE BY DECREE OF THE FOREIGN SOVEREIGN CROWN. THE FORERUNNER TO GOD'S CHRIST HAS REDEEMED THEM AS THE NAZARITE HIGH PRIEST, KING, KHALIFAH OF THE ONE TRUE GOD AND THE LINE OF AARON OF THE LEVITICAL PRIESTHOOD. AS I AM FOREIGN SOVEREIGN, THEY ARE FOREIGN SOVEREIGNS UNDER THE FOREIGN SOVEREIGN KING BEFORE ANY OF YOUR NATIONS WERE FORMED BY LEGAL BINDING "CONTRACT", "COVENANT" PURSUANT TO THE (3) HOLY BOOKS AND SUNNAH OF THE PROPHET MUHAMMAD(PBUH), PROTECTED UNDER ARTICLE 1 § 10 OF THE U.S. CONSTITUTION, THE 1st. AMENDMENT FREE EXERCISE CLAUSE, AS WELL AS BY STATE AND FEDERAL PROBATE LAWS, NOT SUBJECT TO THIS UNJUST CAPTIVITY OR YOUR GLOBAL LAWS. YOU WANT TO PLACE INTO EFFECT NATIONAL AND OR INTERNATIONAL LEGISLATION BY LAW OR U.N. COUNCIL, SPEAKING BLASPHEMIES AGAINST THE ONE TRUE GOD, PROTECTING THE WORSHIP OF FALSE GODS OR THESE "SODOMITES" (HOMOSEXUALS) AND "GOMORRAHRITES" (LESBIAN) DOGS AROUND THE WORLD? I MAKE AND RENDER VOID BY DECREE OF THE FOREIGN SOVEREIGN CROWN ANY EFFECT YOUR NATIONAL OR INTERNATIONAL LAWS HAVE UPON MY PEOPLE THE COMMONWEALTH OF THE GLOBAL THEOCRATIC STATE AND CLAIM THE LIMITATIONS ESTABLISHED BY THE "GRANT" GIVEN TO YOUR GLOBAL

NATIONS AS IT PERTAINS TO THE INTELLECTUAL PROPERTY OF THE SOLE
CORPORATION AND FOREIGN SOVEREIGN CROWN RELATES TO THE RIGHT TO
LEGALLY MARRY PURSUANT TO SAME SEX MARRIAGES GLOBALLY. THE TERMS
OF THE "GRANT" REGARDING THIS MATTER ARE CLEAR. IT CAN ONLY BE
UTILIZED BY HETEROSEXUAL COUPLES. I AM SENT BY THE ONE TRUE GOD
TO RESTORE ALL THINGS, SEE MARK 9:12. THE ANTI-CHRIST, AD DAJJAL,
WILL MORE THAN LIKELY TURN OUT TO BE A ONE EYED CLOSET FAGOT AND
SODOMITE DOG AND PIG. BEHIND THE SCENES OF YOUR GLOBAL DEMOCRATIC
GOVERNMENTS HE IS PREPARING FOR HIS RULE. BEHIND THE WALLS OF
YOUR CORRUPT, BROKEN UNITED STATES PRISON SYSTEM I AM PREPARING
FOR MY RULE OVER THE ONE TRUE GOD'S HOLY PEOPLE. NEITHER TIME NOR
PLACE THWARTS THE POWER OF THE ONE TRUE GOD'S APPOINTED KING/
KHALIFAH. YOU WILL NOT SUBJECT THE ONE TRUE GOD'S APPOINTED KING/
KHALIFAH, HIS CHOSEN KHALEESSEE, OR THE CITIZENS OF THE GLOBAL
THEOCRATIC STATE TO THESE STUPID, IGNORANT, VILLAGE IDIOT LAWS,
INJUSTICES AND OPPRESSIONS THAT SPEAK BLASPHEMY AGAINST THE ONE
TRUE GOD OF THE HEAVENS AND EARTH. THE FORERUNNER TO GOD'S
CHRIST, THE KING OF THE NORTH OF THE BOOK OF DANIEL CHAPTER 11,
PRESENT LEGAL CHALLENGE AND WILL DROP A HOUSE ON YOUR WICKED,
STUPID, DEPRAVED, PERVERTED, REPROBATE MINDED, SODOMITE AND
GOMORRAHRITE PROTECTING SONS OF BELIAL TAILS. PUSH THE FORERUNNER
TO GOD'S CHRIST BUTTON IF YOU WANT TO. YOU GOT THE RIGHT-WRONG
ONE. THE LAWGIVER OF THE ONE TRUE GOD WILL CLEAN YOUR PUTRID
CLOCKS WICKED WITCH OF THE WEST. THE PROPHET, LAWGIVER, APPOINTED
KING/ KHALIFAH AND HIS CHOSEN KHALEESSEE IS ABOVE ALL OTHER
WORLDLY DEMOCRATIC GOVERNMENTS AS IS HIS KHALEESSEE, TO INCLUDE
THE PEOPLE THEY ARE COMMANDED TO PROTECT. THE ONE TRUE GOD
APPOINTED KING/ KHALIFAH OF THE (4) THRONES OF THE GLOBAL
THEOCRATIC STATE AND HIS CHOSEN KHALEESSEE, HERSI, THE QUEEN
MOTHER OF THE GLOBAL BELIEVERS ARE SOVEREIGN BEING SUBJECT ONLY
TO THE ONE TRUE GOD, SO ALL OFFICERS OF THE GLOBAL THEOCRATIC
STATE DUTIES ARE TO THAT SOVEREIGN POWER AND AUTHORITY AS THE
SOVEREIGN POWER AND AUTHORITY PROTECTS THE RIGHTS OF THE
THEOCRATIC PEOPLE, THE BENEFICIARIES OF THE CESTUI QUE TRUST, BY
HIS HOLY WISDOM AND DISCRETIONARY ACTS RATHER THAN TO THE
MACHINERY OF ANY GLOBAL GOVERNMENT", HANCOCK v. CARRY ALCORN
MINING CO. INC., KY., 503 S.W.2d. 710; KENTUCKY CONSTITUTION

SECTION 4; COMMONWEALTH EX REL HANCOCK v. PAXTON KENTUCKY, 516 S.W.2d. PAGE 867(2) CLAUSE 3; THE (3) HOLY BOOKS AND SUNNAH OF THE PROPHET MUHAMMAD(PBUH); ENGLISH v. THORN SUPRA..

(8) "LOCAL LAWS, ORDINANCES OR POLICIES ENACTED BY AGENCIES, DEPARTMENTS, CITIES, STATES OR NATION(S) GOVERNMENTS MUST BE CONSISTENT WITH AND CANNOT BE PERMITTED TO OVERRIDE, OVERRULE OR SUPERSEDE THE LAWS OF THE GLOBAL THEOCRATIC STATE OR DECREES OF THE FIDUCIARY HEIR, KING, KHALIFAH AND HIS CHOSEN KHALEESSEE, HERSI, THE QUEEN MOTHER OF THE GLOBAL BELIEVERS. YET CONCESSIONS CAN BE MADE BY THE ONE TRUE GOD'S APPOINTED AND ANOINTED KING, KHALIFAH, AS HE IS MOVED BY THE RUH, THE HOLY SPIRIT, OF THE ONE TRUE GOD IN LIGHT OF THE ONE TRUE GOD'S MERCY AND THE CIRCUMSTANCES PRESENTED, BELL v. VAUGH, 155 Fla. 551, 21 SO.2d. 31; EVANS v. BERRY, 262 N.Y. 61, 186 N.E. 203, 89 A.L.R. 387.

(9) "IT IS THE DUTY OF ALL OFFICIALS OF THE GLOBAL THEOCRATIC STATE, WHETHER LEGISLATIVE, JUDICIAL, EXECUTIVE OR BY CHOICE MONARCHY/ KHALIFATE AND KHALEESSEE, ADMINISTRATIVE OR MINISTERIAL, TO PERFORM EVERY OFFICIAL ACT AS NOT TO JUST VIOLATE THE (3) HOLY BOOKS AND SUNNAH OF THE PROPHET MUHAMMAD(PBUH) AS INTERPRETED BY AL MAHDI, THE ELIJAH, THE BRANCH, BUT EVERY WORD THAT PROCEEDETH OUT OF THE MOUTH OF THE ONE TRUE GOD, WHICH GIVES LICENSE BY GOD'S DISCRETION VIA HIS APPOINTED KING/ KHALIFAH AND HIS CHOSEN KHALEESSEE TO FULFILL ANY ACT GOD COMMANDS EVEN IF IT SEEMS TO CONTRADICT HIS WRITTEN LAWS OR THE LAWS OR POLICIES OF ANY SOVEREIGN NATION", SEE (3) HOLY BOOKS AND SUNNAH OF THE PROPHET MUHAMMAD(PBUH) ei. JUNCTURE OF THE TWO SEAS IN THE QURAN REGARDING AL KIDR AND MUSA; MONTGOMERY v. STATE, 55 Fla. 97, 45 So. 879; THE BOOK OF DANIEL CHAPTER 11:1-3 OF THE "CONTRACT", "COVENANT" OF THE SOLE CORPORATION AND FOREIGN SOVEREIGN CROWN.

(10) "THE PROVISIONS OF THE (3) HOLY BOOKS AND SUNNAH OF THE PROPHET MUHAMMAD(PBUH) AS RESTORED AND INTERPRETED BY JONAH AL MAHDI, THE BRANCH, THE ELIJAH AND THE DECREES OF THE ONE TRUE GOD'S PROPHET AND APPOINTED KING/ KHALIFAH OF THE GLOBAL THEOCRATIC STATE MUST BE GIVEN FULL EFFECT EVEN IF DOING SO A

STATUTE OR LAW OF ADJACENT OR OTHERWISE POSITIONED SOVEREIGN NATIONS UPON THE GLOBAL THEOCRATIC STATE AND ITS CITIZENRY, THE BENEFICIARIES OF THE CESTUI QUE TRUST ARE HELD TO BE INOPERATIVE", SEE (3) HOLY BOOKS AND SUNNAH OF THE PROPHET MUHAMMAD(PBUH); STATE EX REL WEST v. BUTLER, 70 FLA. 102, 69 So. 771; ENGLISH v. THORN, 676 F.Supp. 761; THE BOOK OF DANIEL CHAPTER 11:1-3 OF THE "CONTRACT", "COVENAT" OF THE SOLE CORPORATION AND FOREIGN SOVEREIGN CROWN AS IT PERTAINS TO THE KING OF THE NORTH.

(11) "THE (3) HOLY BOOKS AND SUNNAH OF THE PROPHET MUHAMMAD(PBUH) AS RESTORED AND INTERPRETED BY JONAH IBN. YAQUB, AL MAHDI, THE BRANCH, THE ELIJAH, ARE NOT MADE TO ACT UPON THE LEGISLATIVE DEPARTMENT ALONE, BUT UPON EVERY DEPARTMENT OF THE GLOBAL THEOCRATIC STATE", WAY v. HILLIER, 16 OHIO 105; (3) HOLY BOOKS AND SUNNAH; ENGLISH v. THORN, 676 F.Supp.761; IN RE: GREEN SUPRA..

(12) "COURTS SHALL NOT TOLERATE OR CONDONE DISREGARD OR IRREVERENCE OF THE DECREES OF THE ONE TRUE GOD'S APPOINTED KING/ KHALIFAH, JONAH THE TISHBITE, AL MAHDI, THE BRANCH, THE ELIJAH, THE FORERUNNER TO GOD'S CHRIST, OR HIS CHOSEN KHALEESSEE, HERSI, THE QUEEN MOTHER OF THE GLOBAL BELIEVERS AND THE GLOBAL THEOCRATIC STATE NOR ARBITRARY OR UNJUST USURPATION OF THE POWER OF THE ONE TRUE GOD'S APPOINTED KING/ KHALIFAH AND HIS CHOSEN KHALEESSEE, ON THE PART OF ANY OFFICER OR THE PEOPLE [AND NEITHER SHALL THE KING/ KHALIFAH] AND THE PEOPLE OF THE GLOBAL THEOCRATIC STATE MUST BE GIVEN ACCESS TO THEIR KING/ KHALIFAH OR HIS CHOSEN KHALEESSEE WHEN HE IS AWAY FROM THE (4) GLOBAL THRONES THE SEAT OF HIS POWER, IN SOME FORM TO SEEK REDRESS OF THEIR GRIEVANCES IF SOMEHOW THE COURTS FAIL IN THEIR DUTIES", EX PARTE OWENS, 10 OKLA. CRIM. REP. 284, 136 P. 197, Ann. Cas. 1916 A. 522; KING'S DECREE--COURTS NO.(1); ENGLISH v. THORN SUPRA.; VERLINDEN B.V. v. CENTRAL BANK OF NIGERIA, 401 U.S. 480, 103 S.Ct. 1962, 76 L.Ed.2d. 81(U.S.1983).

(13) "THE OFFICERS OF THE GLOBAL THEOCRATIC LAW AND

STATE, IN THE EXECUTION OF PROCESS OF THEIR DUTIES, ARE OBLIGED, OBLIGATED, TO KNOW THE REQUIREMENTS OF THEOCRATIC LAW AS IT RELATES TO THEIR OFFICE, AND IF THEY MISTAKE THEM, WHETHER THROUGH IGNORANCE OR DESIGN, OR IF THEY SEEK TO ROB, DEFRAUD, PILLAGE, OR VIOLATE THE DUTIES AND RESPONSIBILITIES OF THEIR OFFICE AS IT RELATES TO THE KING, HIS CHOSEN KHALEESSEE, OR ANY OTHER CITIZEN OF THE GLOBAL THEOCRATIC STATE, THE BENEFICIARIES OF THE CESTUI QUE TRUST, AND ANYONE IS HARMED BY THE ERROR OR INJUSTICE, **THEY MUST RESPOND IN DAMAGES AND ARE SUBJECT TO THE FINAL JUDGMENT OF THE KING/ KHALIFAH AND HIS CHOSEN KHALEESSEE"**, SEE 28 U.S.C. § 2679; CAPITAL TRANS, INTERN, LLC. v. INTERNATIONAL PETROLEUM INV. CO., F.Supp.2d., 2013 WL 557236(Fla.2013); THE (3) HOLY BOOKS AND SUNNAH OF THE PROPHET MUHAMMAD(PBUH); ROSTER v. MARSHALL, (UNITED STATES USE OF ROGERS v. CONKLIN) 1 WALL (U.S.) 644, 17 L.Ed. 714 (EMPHASIS ADDED); ENGLISH v. THORN SUPRA.; THORTON v. MARYLAND GENERAL HOSP., F.Supp.2d., 2013 WL 1943065 (Md.2013).

(14) "IT IS A GENERAL RULE THAT AN OFFICER-EXECUTIVE, ADMINISTRATIVE, QUASI-JUDICIAL, MINISTERIAL, OR OTHERWISE--WHO ACTS OUT OF THE SCOPE OF HIS OR HER JURISDICTION AND WITHOUT THE AUTHORIZATION OF THE KING/ KHALIFAH OR HIS CHOSEN KHALEESSEE AND THE PROVISIONS OF THE GLOBAL THEOCRATIC LAW, SUCH SHALL RENDER HIM OR HER AMENABLE TO PERSONAL LIABILITY AND THE JUDGMENT OF THE GLOBAL THEOCRATIC KING/ KHALIFAH AND HIS CHOSEN KHALEESSEE, AS HE IS GUIDED BY THE RUH OF ALLAH, THE HOLY SPIRIT", SEE (3) HOLY BOOKS AND SUNNAH OF THE PROPHET MUHAMMAD(PBUH); COOPER v. O'CONNER, 69 App. D.C. 100, 99 F.2d. 135, 118 A.L.R. 1440; CHAMBERLAIN v. CLAYTON, 56 IOWA 331, 9 N.W. 237, 41 Am. Rep. 101.

(15) "IN OUR GLOBAL THEOCRATIC STATE, THE ONE TRUE GOD AND HIS APPOINTED KING/ KHALIFAH, JONAH GABRIEL JAHJAH T. TISHBITE, AL MAHDI, THE BRANCH, THE ELIJAH, THE FORERUNNER TO GOD'S CHRIST AND HIS CHOSEN KHALEESSEE, HERSI, THE QUEEN MOTHER OF THE GLOBAL BELIEVERS, ARE SOVEREIGN,...AND THE GLOBAL THEOCRATIC GOVERNMENT AND OR PEOPLE, THE BENEFICIARIES OF THE CESTUI QUE TRUST, CANNOT SEVER THEIR OR ITS RELATIONSHIP TO THE

ONE TRUE GOD OR HIS APPOINTED AND ANOINTED GLOBAL THEOCRATIC KING/ KHALIFAH AND HIS CHOSEN KHALEESSEE,...", AFROYIM, 387 U.S. AT. 257, 87 S.Ct. AT. 1662.

(16) "IN THE COMMON USAGE, THE TERM(S) 'KING/ KHALIFAH AND HIS CHOSEN KHALEESSEE' THOUGH THEY BE SERVANTS OF THE ONE TRUE GOD DESIGNATED TO PROTECT THE RIGHTS OF THE PEOPLE, THE BENEFICIARIES OF THE CESTUI QUE TRUST, DOES NOT INCLUDE THE PEOPLE, AND STATUTES AND THEOCRATIC LEGISLATION EMPLOYING IT WILL ORDINARILY NOT BE CONSTRUED TO DO SO", UNITED STATES v. UNITED MINE WORKERS, 330 U.S. 258(1947), 91 L.Ed. 884, 67 S.Ct. 677.

(17) "SINCE IN COMMON USAGE THE TERM(S) 'KING/ KHALIFAH AND HIS CHOSEN KHALEESSEE', THE PEOPLE, THE BENEFICIARIES OF THE CESTUI QUE TRUST, BEING A KINGDOM OF PRIEST, A KHALIFATE OF IMAMS, DOES NOT INCLUDE THE PEOPLE, THE BENEFICIARIES OF THE CESTUI QUE TRUST, OF THE GLOBAL THEOCRATIC STATE UNLESS SPECIFIED, STATUTES OR LAWS NOT IMPLYING THE PHRASES ARE ORDINARILY CONSTRUED TO EXCLUDE IT", 1 U.S.C.S. 1 n. 12; 28 U.S.C. § 1602-1612 ET. SEQ.; BRADDY v. UNITED STATES, 2016 WL 1031301 (E.D.Va.2016); THE (3) HOLY BOOKS AND SUNNAH OF THE PROPHET MUHAMMAD(PBUH) AS IS DETAILED WITHIN THE "CONTRACT", "COVENANT" PROTECTED UNDER ARTICLE 1 § 10 OF THE U.S. CONSTITUTION AND THE FOREIGN SOVEREIGN IMMUNITY ACT CONTACT CLAUSE; UNITED STATES v. EX., 94 U.S. 315.

(18) "WHERE THE RIGHTS, DUTIES, AND OBLIGATIONS SECURED BY THE (3) HOLY BOOKS AND SUNNAH OF THE PROPHET MUHAMMAD(PBUH) AS RESTORED AND INTERPRETED BY JONAH IBN. YAQUB, THE TISHBITE, AL MAHDI, THE BRANCH, THE ELIJAH OF RELIGIOUS PROPHESY, THE FORERUNNER TO GOD'S CHRIST, GOD'S APPOINTED AND ANOINTED KHALIFAH/ KING OF THE NORTH FORETOLD IN THE BOOK OF DANIEL CHAPTER 11, OF THE GLOBAL THEOCRATIC STATE DECREES ARE INVOLVED, THERE CAN BE NO RULE MAKING OR LEGISLATIVE, EXECUTIVE OR JUDICIAL POWER PAST, PRESENT OR FUTURE, OTHER THAN CHRIST JESUS OF NAZARETH HIMSELF (ISA), INCLUDING THE KHALEESSE, HERSI, THE QUEEN MOTHER OF THE GLOBAL BELIEVERS, WHICH WOULD ABROGATE,

DISSOLVE OR MODIFY THEM WITHIN ANY NATION", SEE THAT WHICH IS
DECREED BY THE ONE TRUE GOD; THE (3) HOLY BOOKS AND SUNNAH OF THE
PROPHET MUHAMMAD, ei. THE BOOK OF DANIEL CHAPTER 11:1-3; THE BOOK
OF MARK 9:12; THE BOOK OF MALACHI CHAPTERS 3 & 4 ETC. OF THE
"CONTRACT", "COVENANT" OF THE SOLE CORPORATION AND FOREIGN
SOVEREIGN CROWN; MIRANDA v. ARIZONA.


(19) "...THE CONGRESS, PARLIAMENT NOR ANY OTHER GLOBAL
LAW MAKING BODY CANNOT OVERRIDE THE DECREES OF THE ONE TRUE GOD,
THE BRANCH, THE ELIJAH, THE MAHDI, THE FORERUNNER TO GOD'S
CHRIST, JESUS, THE ONE TRUE GOD'S APPOINTED AND ANOINTED BY THE
BLOOD OF THE LAMB KING/ KHALIFAH, JONAH IBN. YAQUB OR HIS CHOSEN
KHALEESSE, HERSI, THE QUEEN MOTHER OF THE GLOBAL BELIEVERS, OR
THE LAWS OF THE GLOBAL THEOCRATIC STATE, NOR CAN THEY REVOKE THE
SOVEREIGN POWER OF THE GLOBAL THEOCRATIC KING/ KHALIFAH OR HIS
CHOSEN KHALEESSEE, NOR THE POWER AND SOVEREIGNTY OF THE GLOBAL
THEOCRATIC STATE", SEE THE COMMAND OF THE ONE TRUE GOD; THE (3)
HOLY BOOKS AND SUNNAH OF THE PROPHET MUHAMMAD(PBUH); PERRY v.
UNITED STATES, 294 U.S. 330, 353(1935); ENGLISH v. THORN SUPRA.;
ADAIR ASSET MANAGEMENT, LLC v. U.S. DEPT. OF HOUSING DEVELOPMENT,
2016 WL 3248569 (2016).


(20) "INHERENT 'SOVEREIGNTY' IS ONE OF THE
FOUNDATIONAL STRUCTURES OF THE GLOBAL THEOCRATIC GOVERNMENT AS IS
DECREED BY THE ONE TRUE GOD AND IS DESIGNED TO EXIST BY AND
THROUGH THE (3) HOLY BOOKS AND SUNNAH OF THE PROPHET
MUHAMMAD(PBUH) BEING A GOVERNMENT OF THE ONE TRUE GOD, BY THE ONE
TRUE GOD AND FOR THE ONE TRUE GOD. WITHIN THE GLOBAL THEOCRATIC
STATE SOVEREIGNTY RESIDES IN THE ONE TRUE GOD, HIS SERVANT(S) AND
SLAVE(S) WHO ARE THE APPOINTED AND ANOINTED BY THE BLOOD OF THE
LAMB, KING/ KHALIFAH JONAH IBN. YAQUB, THE BRANCH, THE ELIJAH,
THE MAHDI, THE FORERUNNER OF GOD'S CHRIST, THE KING OF THE NORTH
OF RELIGIOUS PROPHESY FORETOLD TO COME IN THE BOOK OF DANIEL
CHAPTER 11 AND HIS CHOSEN KHALEESSEE, HERSI, THE QUEEN MOTHER OF
THE GLOBAL BELIEVERS, AND NO GLOBAL CONGRESS, PARLIAMENT OR ANY
OTHER LEGISLATIVE OR EXECUTIVE MAKING BODY, ENTITY OR PERSON, CAN
EXERCISE ANY POWER WHICH THEY HAVE, IN CONTRADICTION OR

OPPOSITION TO THE DECREES OF THE ONE TRUE GOD AND THEOCRATIC LAW OR THE GLOBAL THEOCRATIC STATE, BY THEIR CONSTITUTIONS OR OTHERWISE ENTRUSTED TO THEM; ALL ELSE IS WITHHELD", (YOU CANNOT GIVE GAYS, LEBIANS, TRANSGENDERS OR BI-SEXUALS OUR INTELLECTUAL PROPERTY WHICH IS GIVEN TO YOUR GLOBAL NATIONS UNDER "CONTRACT", "GRANT" WITH RESTRICTIONS VIOLATING THE CONTRACT CLAUSE UNDER THE FOREIGN SOVEREIGN IMMUNITY ACT.), SEE THE COMMANDS OF THE ONE TRUE GOD; THE (3) HOLY BOOKS AND SUNNAH OF THE PROPHET MUHAMMAD(PBUH); JULLIARD v. GREENMAN, 110 U.S. 421; ENGLISH v. THORN SUPRA.; SAUNIER v. BOEING COMPANY, F.Supp.2d., 2014 WL 1646953 (2014).

(21) "ALL THAT THE GLOBAL THEOCRATIC KING/ KHALIFAH, JONAH GABRIEL JAHJAH T. TISHBITE IBN. YAQUB, THE BRANCH, THE ELIJAH, THE MAHDI OF RELIGIOUS PROPHESY, THE KING OF THE NORTH FORETOLD TO COME IN THE BOOK OF DANIEL CHAPTER 11 AND HIS CHOSEN KHALEESSE, HERSI, THE QUEEN MOTHER OF THE GLOBAL BELIEVERS, AND THE GLOBAL THEOCRATIC STATE DOES AND OR PROVIDES LEGITIMATELY BY THE COMMANDS OF THE ONE TRUE GOD, THE (3) HOLY BOOKS AND SUNNAH OF THE PROPHET MUHAMMAD(PBUH) ARE IN PURSUIT OF ITS DUTY AND OBLIGATION TO PURGE THE INNER-SANCTUM OF AFRICA, ITS DIASPORA, CHRISTIANS, MUSLIMS AND JEWS, THE GLOBAL BELIEVERS, SERVANTS OF THE ONE TRUE GOD WORLDWIDE, TO PURIFY THE PLACES OF WORSHIP AND HOLY TEACHINGS, BASED UPON MOSES, CHRIST AND MUHAMMAD(PBUT), ALSO IN THE FORM OF THE BOOK OF REMEMBRANCE FORETOLD TO COME IN THE BOOK OF MALACHI 3:16, WHAT CHRISTIANITY CALLS "THE RESTORED GOSPEL", TO PURGE ALL WHO ARE PERMITTED TO WORSHIP AND LEARN THEREIN, AND TO PREPARE THEM FOR THE RULE OF THEIR ETERNAL EARTHLY KING, KHALIFAH, IMAM, PROPHET AND HIGH PRIEST, CHRIST JESUS OF NAZARETH, (ISA), THE KING/ KHALIFAH'S GREAT ETC. GRAND UNCLE, AND PROTECT THEIR RIGHTS AS HOLY HEIRS, BENEFICIARIES OF THE CESTUI QUE TRUST, KINGS, KHALIFAHS, QUEENS, PRINCE(S), PRINCESS(ES) OF THE ETERNAL PROMISES OF THE ONE TRUE GOD AS THEY REMAIN IN SUBMISSION, OBEDIENCE, IN COVENANT, TO THE ONE TRUE GOD AND HIS LAWS AND THE DECREES OF HIS APPOINTED KING/ KHALIFAH THE BRANCH, THE ELIJAH, THE MAHDI, THE KING OF THE NORTH FORETOLD TO COME IN THE BOOK OF DANIEL CHAPTER 11 AND HIS CHOSEN KHALEESSEE,

HERSI, THE QUEEN MOTHER OF THE GLOBAL BELIEVERS, WHO IS HIS SECOND IN COMMAND, WHOSE POWER AND AUTHORITY IS SUPERSEDED ONLY BY GOD'S APPOINTED AND ANOINTED KING/ KHALIFAH (SEE WINHAMMER v. PEOPLE, 13 N.Y. 378; THE BOOK OF MALACHI CHAPTERS 3 & 4; THE BOOK OF MARK 9:12; THE BOOK OF DANIEL CHAPTER 11:1-3; THE (3) HOLY BOOKS AND SUNNAH OF THE PROPHET MUHAMMAD[PBUH]), WHICH DUTY THE GLOBAL THEOCRATIC KING/ KHALIFAH, HIS CHOSEN KHALEESSEE AND THE GLOBAL THEOCRATIC STATE WITH ITS COMMONWEALTH, THE BENEFICIARIES OF THE CESTUI QUE TRUST, OWE TO THEIR CREATOR, WHO IS ONE, HAVING NO PARTNERS. THERE IS NO SUCH THING AS A 'TRINITY'. THE COUNCIL OF NICEA IN 325 WAS A FARCE!!! I, JONAH GABRIEL JAHJAH T. TISHBITE IBN. YAQUB, THE BRANCH, THE ELIJAH, THE MAHDI, THE FORERUNNER TO THE ONE TRUE GOD'S CHRIST, JESUS OF NAZARETH, HIS CHOSEN KHALEESSEE, HERSI, THE QUEEN MOTHER OF THE GLOBAL BELIEVERS, AND THE SERVANTS AND SLAVES BY GODLY CHOICE OF THE ONE TRUE GOD, THE BENEFICIARIES OF THE CESTUI QUE TRUST, PROTECTED BY "CONTRACT", BY "COVENANT" UNDER ARTICLE 1 § 10 OF THE U.S. CONSTITUTION AND THE CONTRACT CLAUSE OF THE FOREIGN SOVEREIGN IMMUNITY ACT; WHICH DEBT AND DUTY TO THE ONE TRUE GOD IS NEVER EXTINGUISHED NOR DISCHARGED, BEING PERPETUAL, BY WAY OF THE ONE TRUE GOD'S APPOINTED NAZARITE HIGH PRIEST OF THE LINE OF AARON, CHRIST(PBUT) AND THE LEVITICAL PRIESTHOOD, JAHJAH THE TISHBITE, REDEEMS THE GLOBAL THEOCRATIC COMMONWEALTH OF AFRICA, ITS DIASPORA, CHRISTIANS, MUSLIMS AND JEWS WORLDWIDE, HEREBY NULLIFY, ERASE AND OR SUPERSEDE ANY DEBT OR DUTY OWED BY THE GLOBAL THEOCRATIC KING/ KHALIFAH, HIS CHOSEN KHALEESSEE AND THE THEOCRATIC COMMONWEALTH, THE BENEFICIARIES OF THE CESTUI QUE TRUST, EXTINGUISHING AND DISCHARGING SUCH, THAT EXIST WITHIN ANY GLOBAL NATION, HERE NOW AND FOREVER, AS DETERMINED AND DECREED BY THE ONE TRUE GOD'S HIGH PRIEST, IMAM, PROPHET, LAWGIVER, KING AND KHALIFAH. NO MATTER WHAT ANY GLOBAL NATION PROVIDES FOR US IN ANY MANNER OF CONVENIENCE, CONSCIENCE OR SAFETY, THE SERVANTS, SLAVES, THE BENEFICIARIES OF THE CESTUI QUE TRUST OF THE ONE TRUE GOD, HIS APPOINTED AND ANOINTED KING/ KHALIFAH AND HIS CHOSEN KHALEESSEE, OWES NOTHING TO THE GLOBAL GOVERNMENTS"; SEE THE DECREE OF THE ONE TRUE GOD AND HIS APPOINTED KING/ KHALIFAH; THE (3) HOLY BOOKS AND THE SUNNAH OF THE PROPHET MUHAMMAD(PBUH); HALE v. HENKEL, 201 U.S. 43 AT. 74; LANSING v. SMITH, 2 WEND 9, 20

(1829); THE PARLIAMENT BELGE, 5 PROB. DIV. 197; THE EXCHANGE, 7 CRANCH 116; VASSEUR v. KRUPP, 9 CH. DIV. 351.

(22) "UNDER THE FORM OF THE KING/ KHALIFAH AND HIS CHOSEN KHALEESSE'S GLOBAL THEOCRATIC GOVERNMENT, THE LEGISLATURE OR JUDICIARY IS NOT SUPREME NOR DO THEY HAVE ABSOLUTE IMMUNITY FROM THE FOREIGN SOVEREIGN CROWN FOR THE SAKE OF "JUSTICE AND FAIRNESS". THEY ARE ONLY ORGANS OF THE ABSOLUTE SOVEREIGNTY WHICH RESIDE WITH THE ONE TRUE GOD, HIS APPOINTED AND ANOINTED BY THE BLOOD OF THE LAMB KING/ KHALIFAH, JONAH GABRIEL JAHJAH T. TISHBITE, THE BRANCH, THE ELIJAH, THE MAHDI OF RELIGIOUS PROPHESY AND HIS CHOSEN KHALEESSEE, HERSI, THE QUEEN MOTHER OF THE GLOBAL BELIEVERS. LIKE OTHER BODIES OF THE GOVERNMENT, IT CAN ONLY EXERCISE SUCH POWERS AS HAS BEEN DELEGATED TO IT, AND WHEN IT STEPS BEYOND THAT BOUNDARY OR THE DECREES OF THE GLOBAL THEOCRATIC KING/ KHALIFAH AND HIS CHOSEN KHALEESSEE, HIS SECOND IN COMMAND, THEIR ACTS...ARE UTTERLY RENDERED VOID", SEE THE COMMAND OF THE ONE TRUE GOD AND DECREE OF THE KING/ KHALIFAH; THE (3) HOLY BOOKS AND SUNNAH OF THE PROPHET MUHAMMAD(PBUH): BILLINGS v. HALL, 7 CA. 1 (COURT OF APPEALS, U.S. AND THE GLOBAL THEOCRATIC STATE); 6 PET. 729, 730; 7 CRANCH, 42 & C.; 1 PET., 340; 2 PET. 163; 3 PET. 203; 10 PET. 472 & C.; 12 PET. 611; THE BOOK OF DANIEL CHAPTER 11:1-3 OF THE "CONTRACT", "COVENANT" OF THE SOLE CORPORATION AND FOREIGN SOVEREIGN CROWN PROTECTED UNDER ARTICLE 1 § 10 OF THE U.S. CONSTITUTION AND THE CONTRACT CLAUSE OF THE FOREIGN SOVEREIGN IMMUNITY ACT OF 28 U.S.C. § 1602-1612 ET. SEQ..

(23) "I, JONAH GABRIEL JAHJAH T. TISHBITE IBN. YAQUB, THE BRANCH, THE ELIJAH, THE MAHDI, THE KING OF THE NORTH IN THE BOOK OF DANIEL CHAPTER 11 FORETOLD TO COME BY RELIGIOUS PROPHESY AND HIS CHOSEN KHALEESSE, HERSI, THE QUEEN MOTHER OF THE GLOBAL BELIEVERS, BY THEIR ORIGINAL STATUS AS SOVEREIGN KING, KHALIFAH, THE FIDUCIARY HEIR AND HIS CHOSEN KHALEESSEE, HERSI, THE QUEEN MOTHER OF THE GLOBAL BELIEVERS, BY WAY OF THEMSELVES SECURED PERSONS PURSUIT TO THE (3) HOLY BOOKS AND SUNNAH OF THE PROPHET MUHAMMAD(PBUH), LEGAL BINDING "CONTRACTS", "COVENANTS" PROTECTED

BY ARTICLE 1 § 10 OF THE U.S. CONSTITUTION, THE CONTRACT CLAUSE OF THE FOREIGN SOVEREIGN IMMUNITY ACT, AS WELL AS BY STATE AND FEDERAL PROBATE LAW, ALSO REGARDING THE CITIZENRY OF THE RE-ESTABLISHED GLOBAL THEOCRATIC STATE, THE BENEFICIARIES OF THE CESTUI QUE TRUST, AS NAZARITE HIGH PRIEST, THE DIRECT DESCENDANT OF THE EARTH'S GREATEST PROPHETS AND KINGS, OF MUHAMMAD, OF AARON AND MOSES OF THE LEVITICAL PRIESTHOOD, OF CHRIST THROUGH HIS BROTHER JAMES, OF KING DAVID, OF KING SOLOMON AND THE QUEEN OF SHEBA THROUGH THEIR SON MENEYLEK THE I (PBUT) AND HIS CHOSEN KHALEESSE WHO ARE ONE FLESH, HEREBY REDEEM HIMSELF AND HIS CHOSEN KHALEESSE, BY THE HOLY DECREE OF THE ONE TRUE GOD AND BY HOLY INHERITANCE, TO INCLUDE THE SERVANTS, SLAVES, CITIZENS OF THE KINGDOM OF GOD OF THE GLOBAL THEOCRATIC STATE, THE BENEFICIARIES OF THE CESTUI QUE TRUST, AND DISCHARGES ANY DEBT WHICH MAY BE SAID TO EXIST OR BE OWED TO THE STATES, NATIONS AND GOVERNMENTS OF ALL GLOBAL NATIONS BY HIMSELF, HIS CHOSEN KHALEESSEE OR THE THEOCRATIC COMMONWEALTH. THE GOVERNMENTS OF THE WORLD ARE, HOWEVER, INDEBTED CONTINUALLY TO THE ONE TRUE GOD AND GOD'S APPOINTED AND ANOINTED KING/ KHALIFAH, HIS CHOSEN KHALEESSEE AND THE CITIZENRY OF THE GLOBAL THEOCRATIC STATE, THE BENEFICIARIES OF THE CESTUI QUE TRUST, BECAUSE THE ONE TRUE GOD, HIS APPOINTED KING/ KHALIFAH, JONAH THE BRANCH, THE ELIJAH, THE MAHDI OF RELIGIOUS PROPHESY, HIS CHOSEN KHALEESSEE, HERSI, THE QUEEN MOTHER OF THE GLOBAL BELIEVERS AND THE CITIZENRY OF THE GLOBAL THEOCRATIC STATE OF THE MOST HIGH GOD, "YHWH", "JEHOVAH", "ALLAH", "THE I AM", TO HIM BELONG THE BEST OF NAMES, WHO ARE SANCTIONED AND BLESSED BY HIM, CREATING ALSO A GLOBAL THEOCRATIC CORPORATION IN CONJUNCTION WITH THE SOLE CORPORATION, SUFFER THEIR CONTINUAL "SODOMITE AND GOMORRAHRITE" PROTECTING, FALSE GOD WORSHIPPING, OVER CARNAL INDULGING, CAPITALISTIC, DOG EAT DOG IDEOLOGIES, BLASPHEMING THE ONE TRUE GOD RUMPS EXISTENCE. THE CONTINUED DEBT OF THE GLOBAL DEMOCRATIC AND WORLDLY NATIONS AND OR GOVERNMENTS (THE BEAST OF THE BOOK OF DANIEL.) OWE TO THE ONE TRUE GOD, THE KING/ KHALIFAH AND HIS CHOSEN KHALEESSE OF THE GLOBAL THEOCRATIC STATE, AND ITS COMMONWEALTH, THE BENEFICIARIES OF THE CESTUI QUE TRUST, WHO ARE IN THEMSELVES, KINGS, KHALIFAHS, AND QUEENS IS DISCHARGED UPON SETTLEMENT OF THE $550 BILLION IN

PUNITIVE DAMAGES SOUGHT IN THE CRAWFORD CASES AND THE $100 TRILLION IN PUNITIVE DAMAGES SOUGHT PURSUANT TO THE TRANSATLANTIC SLAVE TRADE, WHICH AMOUNT IS ALSO TO BE ESTABLISHED BY LIEN UPON THE GLOBAL ASSETS OF THE (194) MEMBER STATES OF THE UNITED NATIONS SOUGHT BEFORE THE VARIOUS COURTS PURSUANT TO MULTI-DISTRICT LITIGATION UNDER CASE MDL. CASE NO. 3116 ENTITLED, "IN RE: THE LAWRENCE L. CRAWFORD LITIGATION CASES", ALSO WITHIN THE RICHLAND COUNTY, S.C. COURT OF COMMON PLEAS CASES, CASE(S) 2006-CP-400-3567, 3568, 3569; 2013-CP-400-0084, 2294, AND OR BY DECREE OF THE ONE TRUE GOD'S APPOINTED KING/ KHALIFAH, JONAH IBN. YAQUB, THE BRANCH, THE ELIJAH, THE MAHDI, THE KING OF THE NORTH OF RELIGIOUS PROPHESY FORETOLD TO COME IN THE BOOK OF DANIEL CHAPTER 11 OF THE "CONTRACT", "COVENANT" OF THE SOLE CORPORATION AND FOREIGN SOVEREIGN CROWN, AND IS CONTINUED DISCHARGED UPON SUCH SETTLEMENT ONLY IF THEY DO NOT VIOLATE THE SOVEREIGNTY, LAWS, RIGHTS, TITLES, PRIVILEGES AND IMMUNITIES OF THE KING/ KHALIFAH, HIS CHOSEN KHALEESSE OF THE GLOBAL THEOCRATIC STATE, INCLUDING ITS CITIZENS, THE BENEFICIARIES OF THE CESTUI QUE TRUST, AND WHEN THE GLOBAL WORLDLY GOVERNMENTS FALL AND OR FAIL IN THEIR DUTY TO PROVIDE PROTECTION---DISCHARGE ITS DEBT TO THE FIDUCIARY HEIR, KING, KHALIFAH, HIS CHOSEN KHALEESSEE AND THE GLOBAL THEOCRATIC STATE, IT IS AN ABANDONMENT **(AN INJURY)** OF ANY AND ALL POWER, AUTHORITY OR VESTIGE OF 'SOVEREIGNTY' WHICH POSSESSED AND THE LAWS REMAIN THE SAME UNTIL CHANGED BY THE ONE TRUE GOD, HIS APPOINTED AND ANOINTED KING/ KHALIFAH JONAH IBN. YAQUB, THE TISHBITE, THE BRANCH, THE ELIJAH, THE MAHDI, THE KING OF THE NORTH OF RELIGIOUS PROPHESY FORETOLD TO COME IN THE BOOK OF DANIEL CHAPTER 11, OR BY CHRIST JESUS, ALSO FOR VIOLATION OF THE TERMS OF THE "GRANT" GIVEN TO YOUR GLOBAL NATIONS BY THE SOLE CORPORATION AND FOREIGN SOVEREIGN CROWN; THERUPON THE SOVEREIGNTY AND IMMUNITY OF ALL GLOBAL NATIONS REVERT BACK TO THE ONE TRUE GOD, HIS APPOINTED KING/ KHALIFAH JAHJAH IBN YAQUB, THE BRANCH, THE ELIJAH, THE MAHDI, THE KING OF THE NORTH, THE FORERUNNER TO GOD'S CHRIST, HIS CHOSEN KHALEESSEE, HERSI, THE QUEEN MOTHER OF THE GLOBAL BELIEVERS AND THE GLOBAL THEOCRATIC STATE FROM WHENCE IT CAME". SEE THE DECREE OF THE ONE TRUE GOD AND HIS APPOINTED AND ANOINTED KING/ KHALIFAH; THE (3) HOLY BOOKS AND SUNNAH OF THE

PROPHET MUHAMMAD(PBUH); DOWN v. BIDWELL, 182 U.S. 277; UNITED STATES v. JOHNSON,--Fed. Appx'--, 2014 WL 6764682 CA4 (N.C.2014); I.N.S. v.CYR., 533 U.S. 289, 121 S.Ct. 2271(U.S.2001); DECATUR v. PAULDING, 39 U.S. 599, 1840 WL 6277 (MEM) U.S. 1840; HORNS v. WHALEN, 922 F.2d. 835 CA4 (Va.1991); ALSO SEE SOURCES: BEFORE THE MAYFLOWER, A HISTORY OF BLACK AMERICA BY LERONE BENNETT; SUNA IBN MAJAH VOLUME # 5 ISBN. NO. 81-7152-294-1 PAGES 391-395; SIGNS BEFORE THE DAY OF JUDGMENT, BY IBN KATHIR ISBN NO. 1-870582-039 PAGES 18-24; ISAIAH 14:29-32; 41:25; THE BOOK OF DANIEL CHAPTER 11; WORLD'S GREATEST MEN OF COLOR, VOLUME 1 BY J.A. ROGERS ISBN NO. 978-0-684-81581-7; THE KEBAR NAGAST OR "GLORY OF THE KINGS" A CHRONICLE OF THE RULERS OF ETHIOPIA; BUDGE E.A.W., THE QUEEN OF SHEBA AND HER ONLY SON MENYELEK, LONDON 1923; ORMONDE, CZENZI, SOLOMON AND THE QUEEN OF SHEBA, NEW YORK, FARRA STRAUS AND YOUNG 1954; THE BOOK OF ZECHARIAH 6:12-13; THE PARABLE OF THE TWO STICKS WRITTEN IN THE BOOK OF EZEKIEL OF THE "CONTRACT", "COVENANT" OF THE SOLE CORPORATION AND FOREIGN SOVEREIGN CROWN; NATION, COX v. SHALALA, 112 F.3d. 151; ENGLISH v. GEN. ELEC. CO., 496 U.S. 72, 79, 100 S.Ct. 2270, 2275, 110 L.Ed.2d. 65(1990); O'BRIEN v. MOORE, 395 F.3d. 499 CA4 (N.C.2005); BELL v. WOLFISH, 441 U.S. 520, 99 S.Ct. 1861(U.S.1978); UNITED STATES v. BANNISTER, 467 Fed. Appx' 175 CA4 (S.C.2012).


(24) "THE INDIVIDUAL CITIZENS, THE BENEFICIARIES OF THE CESTUI QUE TRUST, OF THE GLOBAL THEOCRATIC STATE, MAY STAND UPON THEIR RIGHTS OUTLINED BY THE (3) HOLY BOOKS AND SUNNAH OF THE PROPHET MUHAMMAD(PBUH) AND THE DECREES OF THE ONE TRUE GOD'S APPOINTED AND ANOINTED KING/ KHALIFAH AND HIS CHOSEN KHALEESSEE, HIS SECOND IN COMMAND, AS A KINGDOM OF PRIESTS, A KHALIFATE OF IMAMS. THEY ARE ENTITLED TO CARRY OUT THEIR OWN PRIVATE BUSINESS IN THEIR OWN WAY AS LONG AS SUCH BUSINESS OR WAY DO NOT VIOLATE THE LAWS OF THE ONE TRUE GOD PURSUANT TO THE (3) HOLY BOOKS AND SUNNAH OF THE PROPHET MUHAMMAD(PBUH) OR THE DECREES OF THE ONE TRUE GOD'S APPOINTED AND ANOINTED KING/ KHALIFAH, JAHJAH IBN. YAQUB OR HIS CHOSEN KHALEESSEE, HERSI, THE QUEEN MOTHER OF THE GLOBAL BELIEVERS WHO TOO, IS UNDER THE AUTHORITY OF THE KING/ KHALIFAH. WE ARE DESIGNATED BY THE ONE TRUE GOD TO BE "A PECULIAR

PEOPLE", "A CHOSEN PRIESTHOOD AND IMAMATE". THEREFORE, WE AT ALL TIMES ARE A VEILED PEOPLE. HAS THE ONE TRUE GOD VEILS HIS MEN BY REQUIRING THEM TO WEAR BEARDS WHICH IS WHY ONLY MEN GENERALLY CAN GROW THEM. THE MEN VEIL THEIR WOMEN. THIS IS A LAW AND DECREE OF THE ONE TRUE GOD WHICH CANNOT BE BROKEN. WE DRESS IN CHASTE ATTIRE, MEN AND WOMEN ALIKE, NO WESTERN ATTIRE (SEE PARABLE OF THE WEDDING FEAST IN THE NEW TESTAMENT BIBLE AND QURAN AND SUNNAH) AND WE DON'T DO PUBLIC BATHING WHERE WE HONOR THE ONE TRUE GOD WITH OUR BODIES. DRUGS AND ALCOHOL, PROSTITUTION, HOMOSEXUALITY OR LESBIANISM ARE FORBIDDEN AND ARE ACTS SUBJECT TO EXTREME PENALTIES. THE GLOBAL THEOCRATIC CITIZEN'S POWER TO CONTRACT IS UNLIMITED AS LONG THEY ARE IN COMPLIANCE TO THE PRIOR CONDITIONS. THE GLOBAL THEOCRATIC CITIZEN OWES A DUTY TO THE ONE TRUE GOD (WORSHIP, REGULAR PRAYERS, HOLINESS, PIETY, FAITH), DUTY BY BAYT AND DECREE OF THE ONE TRUE GOD TO THE GLOBAL THEOCRATIC KING/ KHALIFAH, HIS CHOSEN KHALEESSEE AND THE GLOBAL THEOCRATIC STATE TO CONDUCT SUCH BUSINESS IN THE FEAR AND LOVE OF THE ONE TRUE GOD, THE KING/ KHALIFAH AND HIS CHOSEN KHALEESSEE'S DECREES, HIS SECOND IN COMMAND AND THE GLOBAL THEOCRATIC STATE WITH "JUSTICE AND FAIRNESS", AND UPON VIOLATION OF THE PRE-EXISTING CONDITIONS, SUCH INJUSTICE OR ACTS THAT STAND IN VIOLATION OF THE LAWS OF THE ONE TRUE GOD, THE KING/ KHALIFAH AND HIS CHOSEN KHALEESSE'S DECREES AND THE LAWS OF THE GLOBAL THEOCRATIC STATE, BY THE NATURE OF THIS BUSINESS OR ACT WILL BE DIVULGED AND OPEN TO INVESTIGATION,...HE OR SHE OWES ALMANAH, DUTY AND RESPONSIBILITY TO THE ONE TRUE GOD, FORSAKING ALL OTHER GODS WHO ARE NO GODS AT ALL, SINCE ALL THE BELIEVER OWNS AND THE KNOWLEDGE THAT HE OR SHE POSSESSES IS GIVEN TO HIM OR HER BY THE ONE TRUE GOD (SEE THE REQUIREMENT OF THE FIRST FRUITS OFFERING IN THE TAURAT [OLD TESTAMENT] AND INJEEL [THE NEW TESTAMENT]). HE OR SHE SHALL PAY ZAKAT AND OR TITHE. HE OR SHE SHALL ESTABLISH DAILY PRAYERS BY WAY OF THEIR RELIGIOUS COVENANT. HE OR SHE SHALL PURIFY THEIR LIVES WALKING IN HOLINESS, POSSESSING TAWQA OF ALLAH. THE MARRIAGE BED IN UNDEFILED, AS LONG AS IT IS NOT SAME SEX MARRIAGE. THE MALE SHALL GO UNTO HIS TILT AS HE WISHES. THE FATHERS OF THE GLOBAL THEOCRATIC STATE SHALL TAKE THE LEAD RESPONSIBILITY FOR RAISING, NURTURING AND TEACHING THE CHILDREN

OF LIGHT, THE GODLY SEED, WHILE THE WOMEN ASSIST THEM IN ALL MANNER NEEDED. HIS OR HER HONOR, BLOOD AND PROPERTY ARE SACRED TO BE PROTECTED BY THE LAWS OF THE ONE TRUE GOD, THE ONE TRUE GOD'S APPOINTED AND ANOINTED KING/ KHALIFAH, HIS CHOSEN KHALEESSEE AND HIS FELLOW SERVANTS OF THE ONE TRUE GOD, THE UMMAH (COMMUNITY) OF THE "I AM", "ALLAH", "JEHOVAH", THE BODY OF CHRIST(PBUH) BEING MEMBERS OF EACH OTHER. HIS OR HER RIGHTS ARE SUCH AS THAT WHICH EXIST BY THE (3) HOLY BOOKS, THE SUNNAH OF THE PROPHET MUHAMMAD(PBUH) AND THE DECREES OF THE KING/ KHALIFAH, THE BRANCH, THE ELIJAH, THE MAHDI, THE KING OF THE NORTH OF RELIGIOUS PROPHESY FORETOLD TO COME IN THE BOOK OF DANIEL CHAPTER 11 AND HIS CHOSEN KHALEESSEE, THROUGHOUT THE LAND WITHIN ALL PROVINCES OF THE GLOBAL THEOCRATIC SOVEREIGNTY, LONG ANTECEDENT TO THE ORGANIZATION OF THE RE-ESTABLISHED GLOBAL THEOCRATIC STATE AND WORLDLY NATIONS, AND CAN ONLY BE TAKEN AWAY FROM HIM OR HER IF THEY APOSTATE, WORSHIP FALSE GODS IN ANY FORM AND DENY THE TRUTH OF THE ONE TRUE GOD, BY DUE PROCESS LAW IN ACCORDANCE WITH THE DECREES OF THE ONE TRUE GOD'S APPOINTED KING/ KHALIFAH AND HIS CHOSEN KHALEESSEE, THE (3) HOLY BOOKS AND SUNNAH OF THE PROPHET MUHAMMAD(PBUH). HE OR SHE OWES ALL, HIS OR HER BEST, HIS OR HER FIRST FRUITS, TO THE ONE TRUE GOD, MUST WANT FOR HIS BROTHER AND SISTER WHAT HE OR SHE WANTS FOR THEMSELVES AND SHALL NOT TRESPASS UPON THE RIGHTS OF THE KING/ KHALIFAH, HIS CHOSEN KHALEESSEE OR HIS OR HER FELLOW SERVANTS OF THE ONE TRUE GOD, THE CITIZENS OF THE GLOBAL THEOCRATIC STATE, THE BENEFICIARIES OF THE CESTUI QUE TRUST." SEE THE COMMAND AND DECREE OF THE ONE TRUE GOD, HIS APPOINTED KING/ KHALIFAH AND KHALEESSEE; THE (3) HOLY BOOKS AND SUNNAH OF THE PROPHET MUHAMMAD(PBUH).

(25) "JONAH GABRIEL JAHJAH T. TISHBITE IBN YAQUB, THE BRANCH, THE ELIJAH, THE MAHDI, THE KING OF THE NORTH OF RELIGIOUS PROPHESY FORETOLD TO COME IN THE BOOK OF DANIEL CHAPTER 11, THE ONE TRUE GOD'S APPOINTED AND ANOINTED FIDUCIARY KING/ KHALIFAH OF THE RE-ESTABLISHED GLOBAL THEOCRATIC STATE AND HIS CHOSEN KHALEESSEE, NOR THE PEOPLE OF THE GLOBAL THEOCRATIC STATE, THE BENEFICIARIES OF THE CESTUI QUE TRUST, WHEN IT COMES TO THEIR DUTIES OR RELIGIOUS REQUIREMENTS OF BEING OBEDIENT TO THE LAWS

AND DECREES OF THE ONE TRUE GOD. THE KING/ KHALIFAH JONAH IBN. YAQUB, THE BRANCH, THE ELIJAH, THE MAHDI, THE KING OF THE NORTH OF RELIGIOUS PROPHESY FORETOLD TO COME IN THE BOOK OF DANIEL CHAPTER 11, IS THE VOICE OF THE ONE TRUE GOD BEING HIS MESSENGER IN THE FORM OF A MAN (SEE ISAIAH 14:29-32; MALACHI CHAPTERS 3 & 4). THE KING/ KHALIFAH IS THE FINAL WORD ON ALL MATTERS CONCERNING MORALITY, JUSTICE AND FAIRNESS, HIS CHOSEN KHALESSEE, HERSI, THE QUEEN MOTHER OF THE GLOBAL BELIEVERS AND ON ALL MATTERS CONCERNING THE GLOBAL THEOCRATIC STATE AND ITS CITIZENRY, THE BENEFICIARIES OF THE CESTUI QUE TRUST. THE COMMON LAW MAXIM IS WITHOUT EFFECT WHEN IT ASSERTS, AN ACT OF PARLIAMENT AND OR CONGRESS AND OR ANY OTHER GLOBAL LEGISLATIVE OR EXECUTIVE BODY, IS MADE FOR THE PUBLIC GOOD, THE ADVANCEMENT OF RELIGION OR JUSTICE, AND TO PREVENT INJURY OR WRONG, THE KING/ KHALIFAH OR HIS CHOSEN KHALEESSEE SHALL BE BOUND BY SUCH ACT, THOUGH NOT NAMED, IS OF NO EFFECT, FOR THE KING/ KHALIFAH, JONAH GABRIEL JAHJAH T. TISHBITE, IS ALSO A PROPHET OF THE ONE TRUE GOD AND HIS KHALEESSEE IS PROPHETESS BY MARRIAGE BEING ONE FLESH, HE BEING THE VOICE OF THE ONE TRUE GOD, HIS LAWGIVER, IN THE FORM OF A MAN, BEING A MAN AFTER THE ONE TRUE GOD'S HEART AND THE KHALEESSEE IS A WOMAN AFTER HER KHALIFAH'S HEART, AND THE ONE TRUE GOD'S APPOINTED KING/ KHALIFAH OF THE GLOBAL THEOCRATIC STATE'S SENSE OF PUBLIC GOOD, THE ADVANCEMENT OF RELIGION OR JUSTICE AND EFFORTS TO PREVENT INJURY OR WRONG PURIFYING THE LAND AND PEOPLE BY THE WILL AND COMMAND OF THE ONE TRUE GOD, HIS SERVANTS CONTAINED THEREIN, SUPERSEDES ANY NOTION OF LAW, PUBLIC GOOD, ADVANCEMENT OF RELIGION, JUSTICE ETC. PLACED FORTH BY ANY OF THE WORLDLY GLOBAL GOVERNMENTS AND THEIR LEGISLATIVE OR EXECUTIVE BODIES. WHEN THERE EXIST A STATUTE OR LAW OR EXECUTIVE ORDER IN GENERAL IN ANY GLOBAL NATION, AND ANY PREROGATIVE RIGHTS, TITLES, PRIVILEGES OR IMMUNITIES OR INTEREST OF THE SOVEREIGN THEOCRATIC POWER WOULD BE DIVESTED OR TAKEN AWAY FROM THE ONE TRUE GOD'S APPOINTED KING/ KHALIFAH OF THE GLOBAL THEOCRATIC STATE, HIS CHOSEN KHALEESSEE AND THE HOLY CITIZENS OF THE GLOBAL THEOCRATIC STATE, IN ANY SUCH CASE THEY SHALL NOT BE BOUND". SEE THE DECREE AND COMMAND OF THE ONE TRUE GOD AND HIS APPOINTED KING/ KHALIFAH; THE (3) HOLY BOOKS AND SUNNAH OF THE

PROPHET MUHAMMAD(PBUH); THE PEOPLE v. HERKIMER, 15 AMERICAN DECISIONS 379, 4 COWEN N.Y. 345, 348(1825); KING'S DECREE-GOVERNMENT NO. (1) (2011); UNITED STATES v. PEREZ, 752 F.3d. 398, 88 Fed. R. Serv.3d. 1294 CA4 (N.C.2014); B.G. GROUP, PLC. v. REPUBLIC OF ARGENTINA, 134 S.Ct. 1198(U.S.2014); HOWSAM v. DEAN WITTER REYNOLDS INC., 537 U.S. 79, 84, 123 S.Ct. 588, 154 L.Ed.2d. 491(2002); HENDY v. BELLO, 555 Fed. Appx' 224 CA4 (Md.2014); COHEN v. VIRGINIA, 6 WHEAT 264, 411; NICHOLS v. UNITED STATES, 7 WALL 122, 126; CARR v. UNITED STATES, 98 U.S. 433.

(26) "THE U.S. SUPREME COURT IN THE CASE OF WILLS v. MICHIGAN STATE POLICE, 105 L.Ed.2d. 45(1989) **MADE IT PERFECTLY CLEAR THAT THE SOVEREIGN(S) CANNOT BE NAMED IN ANY STATUTE AS MERELY A "PERSON", OR "ANY PERSON" INCLUDING INDICTMENTS WHICH ARE PRODUCED BY STATUTES.** [AFFIANT, HIS CHOSEN KHALEESSEE AND THOSE OTHERS REDEEMED AND SECURED BY HIM BEING THE FIDUCIARY HEIR, KING, KHALIFAH OF THE (4) GLOBAL THRONES OF AFRICA, ITS DIASPORA, CHRISTIANS, MUSLIMS AND JEWS, NAZARITE HIGH PRIEST OF THE LEVITICAL PRIESTHOOD OF THE ONE TRUE GOD ARE MEMBERS OF A SOVEREIGNTY AND FOREIGN (EMPHASIS ADDED) STATE, A KINGDOM OF PRIESTS, A KHALIFATE OF IMAMS AS DEFINED UNDER LEGAL BINDING "CONTRACT", "COVENANT" PROTECTED UNDER ARTICLE 1 § 10 OF THE U.S. CONSTITUTION, THE CONTRACT CLAUSE OF THE FOREIGN SOVEREIGN IMMUNITY ACT, THE 1st. AMENDMENT FREE EXERCISE CLAUSE AS WELL AS BY STATE AND FEDERAL PROBATE LAW, THAT CANNOT BE MADE OR UNMADE BY THE COURTS OR GLOBAL GOVERNMENTS VIA THE (3) HOLY BOOKS AND SUNNAH OF THE PROPHET MUHAMMAD(PBUH)]. THE KING/ KHALIFAH AND HIS CHOSEN KHALEESSE ARE SOVEREIGN BY THEIR ORIGINAL STATUS AS SOVEREIGN PURSUANT TO RELIGIOUS "CONTRACT", "COVENANT" WITH SUPERSEDING POWER AND AUTHORITY TO INCLUDE ALL ATTRIBUTES ATTRIBUTED TO THEM", YICKS WO v. HOPKINS, 118 U.S. 356; ENGLISH v. THORN, 676 F.Supp. 761(S.D.Miss.1987); THE DRED SCOTT CASE, 60 U.S. 393; STOGSDILL v. SEBELIUS, F.Supp.2d., 2013 WL 5211483(DSC.2013); PETER B. v. SANFORD, F.Supp.2d., 2012 WL 2149784; TARRANT REGIONAL WATER DIST. v. HERMAN, 133 S.Ct. 2120, 186 L.Ed.2d. 153(U.S.2013); SAMANTAR v. YOUSEF, 560 U.S. 305, 130 S.Ct. 2278(U.S.2010); PERMANENT MISSION OF INDIA TO THE UNITED

NATIONS v. CITY OF NEW YORK, 551 U.S. 193, 127 S.Ct. 2352, 168 L.Ed.2d. 85 U.S.L.W. 4433(U.S.2007).


         (27) "THE BRANCH, THE ELIJAH, THE MAHDI, THE KING OF THE NORTH, THE PROPHET, LAWGIVER OF RELIGIOUS PROPHESY FORETOLD TO COME IN THE BOOK OF DANIEL CHAPTER 11, SERVANT OF THE ONE TRUE GOD, HIS CHOSEN KHALEESSE AND SOVEREIGNTY ITSELF IS, OF COURSE, NOT SUBJECT TO THE LAW, FOR HE IS THE "LAWGIVER" OF THE ONE TRUE GOD AND IN SUCH IS THE AUTHOR AND SOURCE OF THE LAW BEFORE ALL MANKIND AND HIS CHOSEN KHALEESSEE IS A WOMAN AFTER HIS OWN HEART WHO AS RELIGIOUS PROPHESY FORETELLS, "SHE GIVES AN ABUNDANCE OF MILK" (SUBMISSION TO HER KHALIFAH AND THE ONE TRUE GOD)", YICKS WO v. HOPKINS AND WOO LEE v. HOPKINS, 118 U.S. 356.

         (28) "THE LAWS OF THE ONE TRUE GOD SUBSCRIBES TO HIS APPOINTED AND ANOINTED BY THE BLOOD OF THE LAMB KING/ KHALIFAH OF THE GLOBAL THEOCRATIC STATE, JONAH GABRIEL JAHJAH T. TISHBITE IBN. YAQUB, THE BRANCH, THE ELIJAH, THE MAHDI, HIS CHOSEN KHALEESSEE, HERSI, THE QUEEN MOTHER OF THE GLOBAL BELIEVERS, AND THE CITIZENS OF THE GLOBAL THEOCRATIC STATE THE ATTRIBUTE OF SOVEREIGNTY. HE IS SOVEREIGN AND INDEPENDENT WITHIN HIS GLOBAL THEOCRATIC DOMINION. HIS CHOSEN KHALEESSEE IS SOVEREIGN UNDER HIM AS HIS SECOND IN COMMAND, AND HIS SUBJECTS ARE KINGS/ KHALIFAHS AND OR HOLY FEMALE QUEENS UNDER THEM ALSO INDEPENDENT BUT SUBJUGATED, IN SUBMISSION TO THE KING/ KHALIFAH AND HIS CHOSEN KHALEESSEE; HE, HIS KHALEESSEE OR HIS SUBJECTS OWE NO KIND OF SUBJECTION OR SUBJUGATION TO ANY OTHER PONTENTATE OR GOVERNMENT ON EARTH FOR THE ONE TRUE GOD'S LAWS SUPERSEDE ALL EARTHLY LAWS AND PLACE THE SOVEREIGN THEOCRATIC POWER IN HARMONY WITH ALL MANKIND IN ITS PURIFIED STATE, BEING A GUIDE AND LIGHT TO THE WORLD. WE ARE THE SALT OF THE EARTH. HENCE, IT IS, THAT NO SUIT OR LEGAL ACTION CAN BE BROUGHT AGAINST THE ONE TRUE GOD'S APPOINTED KING/ KHALIFAH OF THE RE-ESTABLISHED GLOBAL THEOCRATIC STATE, HIS CHOSEN KHALEESSEE OR THEIR SUBJECTS, EVEN IN CRIMINAL AND OR CIVIL MATTERS WITHOUT THE CONSENT OF THE KING/ KHALIFAH AND HIS CHOSEN KHALEESSEE WITHIN ADJACENT AND OR OTHER GLOBAL DEMOCRATIC NATIONS, BECAUSE NO COURT CAN HAVE JURISDICTION OVER

HIM, HER OR THEM, FOR ALL JURISDICTION IMPLIES SUPREMACY OF POWER", CHISOLM v. GEORGIA, 2 DALL 419, 458; ENGLISH v. THORN SUPRA..

(29) "IN THE GLOBAL THEOCRATIC STATE THE ONE TRUE GOD'S APOINTED AND ANOINTED KING/ KHALIFAH, JONAH GABRIEL JAHJAH T. TISHBITE IBN. YAQUB, THE BRANCH, THE ELIJAH, THE MAHDI, THE KING OF THE NORTH WRITTEN IN THE BOOK OF DANIEL CHAPTER 11, THE FIDUCIARY HEIR AND HIS CHOSEN KHALEESSEE, HERSI, THE QUEEN MOTHER OF THE GLOBAL BELIEVERS, ARE SYNONYMOUS WITH THE SOVEREIGN POWER OF THE GLOBAL THEOCRATIC STATE AS DECREED BY THE LAST WILL AND TESTAMENT, OF THE SOLE CORPORATION AND FOREIGN SOVEREIGN CROWN, THE EARTH'S GREATEST KINGS AND HOLY PROPHETS OF THE ONE TRUE GOD BY WAY OF THE (3) HOLY BOOKS AND SUNNAH OF THE PROPHET MUHAMMAD(PBUH) STANDING IN RIGHTEOUSNESS, LIGHT, TRUTH, JUSTICE AND FAIRNESS, WHICH CANNOT BE USURPED BY FORCE, FRAUD OR BOTH. OURS IS A GOVERNMENT FOUNDED UPON "COMPACT", "CONTRACT". IT IS FOUNDED UPON "COVENANT", SUBJUGATION, SUBMISSION TO THE ONE TRUE GOD, (3) IDENTICAL "COVENANTS", "CONTRACTS" OF MILK, HONEY, JEALOUSY AND SALT. SOVEREIGNTY WAS AND IS WITH THE ONE TRUE GOD AND HIS APPOINTED KING/ KHALIFAH, JAHJAH THE TISHBITE, THE BRANCH, THE ELIJAH, THE MAHDI, WITH HIS KHALEESSEE, HERSI, THE QUEEN MOTHER OF THE GLOBAL BELIEVERS BEING UNDER HIM, AND NOT WITH THE PEOPLE EQUAL TO OR ABOVE THE GLOBAL THEOCRATIC KING-KHALIFAH AND HIS CHOSEN KHALEESSEE OTHER THAN WHAT IS DESIGNATED BY THE (3) HOLY BOOKS AND SUNNAH OF THE PROPHET MUHAMMAD(PBUH), BEING A KINGDOM OF KINGS, KHALIFAHS, FEMALE QUEENS, WITH THE BRANCH, THE ELIJAH, THE MAHDI, THE KING OF THE NORTH OF RELIGIOUS PROPHESY BEING ABOVE HIS KHALEESSEE, THEY ABOVE THE THEOCRATIC PEOPLE, CHRIST (ISA) BEING ABOVE THE BRANCH, THE ELIJAH, THE MAHDI, AND THE ONE TRUE GOD BEING ABOVE CHRIST HAVING NO PARTNERS", SEE (3) HOLY BOOKS AND SUNNAH; THE ONE TRUE GOD AND HIS APPOINTED KING-KHALIFAH'S DECREE; GLASS v. THE SLOOP BETSY, 3 DALL 6 (DALLAS U.S. SUPREME COURT COURT REPORTER).

(30) "THE RIGHTFUL FIDUCIARY HEIR, KING, KHALIFAH,

IMAM AND NAZARITE HIGH PRIEST OF THE GLOBAL THEOCRATIC STATE OF AFRICA, ITS DIASPORA, CHRISTIANS, MUSLIMS AND JEWS, JONAH GABRIEL JAHJAH T. TISHBITE IBN. YAQUB, THE BRANCH, THE ELIJAH, THE MAHDI, THE KING OF THE NORTH OF RELIGIOUS PROPHESY FORETOLD TO COME IN THE BOOK OF DANIEL CHAPTER 11 AND HIS CHOSEN KHALEESSEE, HERSI, THE QUEEN MOTHER OF THE GLOBAL BELIEVERS, ARE ENTITLED TO ALL RIGHTS WHICH BELONG TO THE ONE TRUE GOD'S APPOINTED KING-KHALIFAH AND HIS CHOSEN KHALEESSEE BY THEIR PREROGATIVE", <u>LANSING v. SMITH</u>, 4 WEND 9, 20(1829); THE (3) HOLY BOOKS AND SUNNAH OF THE PROPHET MUHAMMAD(PBUH).

(31) "THE ONE TRUE GOD'S APPOINTED AND ANOINTED KING-KHALIFAH OF THE RE-ESTABLISHED GLOBAL THEOCRATIC STATE, JONAH IBN. YAQUB, THE BRANCH, THE ELIJAH, THE MAHDI, THE KING OF THE NORTH FORETOLD TO COME IN THE BOOK OF DANIEL, HIS CHOSEN KHALEESSEE, HERSI, THE QUEEN MOTHER OF THE GLOBAL BELIEVERS AND THE SERVANTS/ SLAVES OF THE MOST HIGH GOD ARE A FOREIGN SOVEREIGN GLOBAL THEOCRATIC GOVERNMENT SET IN PLACE TO RECEIVE AND PREPARE FOR THE COMING OF HIS CHRIST, JESUS OF NAZARETH (ISA). WE ARE THE KINGDOM OF IRON MIXED WITH MIRY CLAY FORETOLD TO COME IN THE BOOK OF DANIEL CHAPTER 2 AND NO OTHER GLOBAL GOVERNMENT CAN SEVER OR HINDER THEIR RELATIONSHIP BY TAKING AWAY THEIR CITIZENSHIP WITHIN THE NATIONS IN WHICH THEY CURRENTLY RESIDE", <u>AFROYIM v. RUSK</u>, 387 U.S. 253(1967); THE (3) HOLY BOOKS AND SUNNAH OF THE PROPHET MUHAMMAD(PBUH).

(32) "WHAT IS THE 'CESTUI QUE TRUST' TO WHICH THE FIDUCIARY HEIR, KING, KHALIFAH, HIS CHOSEN KHALEESSEE, CHRISTIANS, MUSLIMS, AFRICANS AND JEWS ARE THE BENEFICIARIES OF, WHICH ISLAM CALL 'ALMANAH'? THE ANSWER IN PART LIES WITHIN BLACK LAW DICTIONARY, WHICH READS, **"LE LEY EST LE PLUS HAUT ENHERITANCE QUE LE ROY AD, CAR PAR LE LEY, IL MESME ET TOUNTS SES SUJETS SONT RULES, ET SI LE LEY, NE FRUIT, NUL ROY NE NUL ENHERITANCE SERRA".** THIS IS LAW, EVEN THE LAW OF THE ONE TRUE GOD FOR HIS APPOINTED KINGS, KHALIFAHS. IT IS ALSO FOREIGN LAW, THEOCRATIC LAW, WHICH IS PERSPICUOUS BECAUSE IT IS FOUND IN BLACK LAW DICTIONARY AND

ITS CONCEPT TAUGHT BY THE (3) TRUE RELIGIONS OF JUDAISM, CHRISTIANITY AND ISLAM. THUS, NO ONE CAN RIGHTLY ASSERT THAT THIS IS A CONCLUSORY CLAIM, A CLAIM WITHOUT EVIDENCE IN SUPPORT OF IT. IT INTERPRETS FOR THE PURPOSE OF THIS DECLARATION OF SOVEREIGNTY---**"THE LAWS OF THE ONE TRUE GOD ARE THE HIGHEST INHERITANCE THAT THE KING-KHALIFAH POSSESSES (ei. INTELLECTUAL PROPERTY); FOR BY THE LAWS OF THE ONE TRUE GOD, THE KING-KHALIFAH, HIS CHOSEN KHALEESSEE AND ALL HIS SUBJECTS ARE RULED: AND IF THERE WERE NO LAWS OF THE ONE TRUE GOD, THERE WOULD BE NEITHER THE ONE TRUE GOD'S APPOINTED KING-KHALIFAH, HIS KHALEESSEE, NOR INHERITANCE"**. THIS IS DEFAULTED ON BY THE UNITED STATES AND OTHER (193) MEMBER STATES OF THE UNITED NATIONS. THIS IS THE HEART OF THE MATTER AND THE SOURCE OF THE CONTROVERSY RELATED TO MOST, IF NOT ALL, THAT IS PLACED BEFORE US. CHRIST (ISA) CONFIRMED THIS IN THE NEW TESTAMENT (INJEEL) WHENEVER HE SPOKE HIS PARABLES AND SAID, "THE KINGDOM OF HEAVEN IS LIKE,....". THE "KINGDOM", EMBODIES THE LAWS, RULES, ORDINANCES, COMMANDS, PROHIBITIONS, REWARDS, ETC. THAT GOVERN SERVANTHOOD TO DEMONSTRATE THAT YOU ARE IN SUBMISSION TO THE ONE TRUE GOD AND THAT YOU ARE PARTY TO GOD'S LEGAL BINDING "CONTRACTS", "COVENANTS" ESTABLISHED BY THE ONE TRUE GOD WITH "MAN AND WOMAN" THAT MAKES ONE ENTITLED TO THE ETERNAL INHERITANCE PROMISED BY THE ONE TRUE GOD, HAVING NO PARTNERS, TO PARADISE, ETERNAL LIFE, JANNAT, A "TRUST", "ALMANAH" ESTABLISHED BY THE SOLE CORPORATION AND FOREIGN SOVEREIGN CROWN.

ARE THE GLOBAL NATIONS LAWS THEIR LAWS, OR ARE THEY OUR LAWS GLOBAL BELIEVERS? THE UNITED STATES SUPREME COURT ADDRESSED THIS IN PARTICULARITY IN THE CASE OF <u>TRUSTEES OF DARTHMOUTH COLLEGE</u>. THERE CAN BE PROPERTY (ei. INTELLECTUAL PROPERTY), THAT IS OWNED BY PRIVATE INDIVIDUALS OR CORPORATIONS THAT IS UBIQUITOUSLY USED IN THE CIVIL OR PUBLIC ARENAS AS A "CHARITY" (GRANT). BUT THIS DO NOT NEGATE THE FACT THAT THE PROPERTY USED IN THE CIVIL OR PUBLIC SPHERE IS PRIVATELY OWNED. SEE <u>TRUSTEES v. DARTHMOUTH COLLEGE v. WOODWARD</u>, 17 U.S. 518, 1819 WL 2201. THIS INCLUDED THE GLOBAL BELIEVERS INTELLECTUAL PROPERTY (ei.THE RIGHT TO LEGALLY MARRY). THE BOOK OF GENESIS IN THE TAURAT 17:1-7 ESTABLISHED THOUSANDS OF YEARS BEFORE THE GLOBAL DEMOCRATIC

NATIONS OF THE WORLD WERE FORMED. THE ONE TRUE GOD DECREED THE CURRENT GLOBAL NATIONS EXISTENCE THROUGH ABRAHAM (IBRAHIM)[PBUH] TO INCLUDE THE ESTABLISHING OF THE SOLE CORPORATION IN THE FORM OF PROPHETS, KINGS, KHALIFAHS WHICH IS AN EVERLASTING CONTRACT/COVENANT, EVEN LEADING TO THE PROPHET MUHAMMAD, THE KING OF THE NORTH SEEN IN DANIEL CHAPTER 11 WHO IS ALSO THE 12th. AND FINAL OF THE RIGHTLY GUIDED KHALIFAHS OF ISLAM. IF THE GLOBAL NATIONS WERE DECREED BY THE ONE TRUE GOD BEFORE THEY CAME INTO EXISTENCE, THEN SO WERE THEIR LAWS; FOR A NATION CANNOT EXIST WITHOUT LAWS TO GOVERN. THUS, THE ONE TRUE GOD IS THE ORIGINAL FOUNTAIN OF ALL LAW (ei. "THOU SHALT NOT STEAL, KILL, DEFRAUD, ENGAGE IN HOMOSEXUALITY ETC.). THIS IS THE **"GRANT"** GIVEN TO THE GLOBAL NATIONS THOUGH ITS OWNERSHIP REST WITH THE ONE TRUE GOD AND HIS SOLE CORPORATION PRODUCING THE EARTH'S GREATEST PROPHETS AND KINGS AND IS PRIVATE PROPERTY BY "CONTRACT", "COVENANT". IT IS A GRANT WITH RESTRICTIONS IN THAT IN ORDER TO USE OUR LAWS YOU ARE REQUIRED TO BE "JUST AND FAIR" IN THEIR APPLICATION. FAILURE ALLOWS THE KHALIFAH OF ALLAH TO INTERVENE AS A MEMBER OF THE SOLE CORPORATION THAT FULFILLS ISLAMIC PROPHESY THAT STATES I WOULD FILL THE EARTH WITH "JUSTICE AND FAIRNESS" THE SAME WAY IT HAD BEEN FILLED WITH TYRANNY AND OPPRESSION, CONFIRMING WHAT CHRIST SAID IN MARK 9:12 THAT I WOULD RESTORE ALL THINGS.

GENESIS 18:17-19 PROVES THE **"GRANT"** WHEN IT SAID, "ALL THE NATIONS SHALL BE BLESSED BY HIM"(ABRAHAM/IBRAHIM), AND THE COMMAND IS GIVEN PERPETUALLY AS A "TRUST", "ALMANAH" TO THE SERVANTS OF THE ONE TRUE GOD TO PROTECT THE TERMS OF THE "CONTRACT", "COVENANT" TO ENSURE THAT THE ONE TRUE GOD'S LAWS REMAIN IN TACT AND SHALL COMMAND THIS TRUST, ALMANAH, TO YOUR CHILDREN AND FUTURE KINGS FOR JUSTICE AND JUDGMENT (ei. "LAWS"). THUS, THE GLOBAL NATIONS LAWS, ABSENT THE BLASPHEMY, ARE THE PROPERTY OF THE KING-KHALIFAH AND FOR THE USE OF OUR LAWS, IF THE GLOBAL NATIONS ESTABLISH LAWS IN CONTRADICTION, THE TERMS OF THE **"GRANT"**, SUCH ACTION ALLOWS THE FORERUNNER TO GOD'S CHRIST TO MAKE OR BREAK OR VOID THE BLASPHEMOUS LAWS EFFECTS UPON THE GLOBAL BELIEVERS AS RELIGIOUS PROPHESY FORETELLS I WOULD DO, REMAINING TRUE TO THE LAWS OF THE ONE TRUE GOD, THAT **"WE ARE THE BEST EXAMPLE TO MANKIND AND WE, (CHRISTIANS, MUSLIMS AND JEWS,**

WHEN WE ARE IN SUBMISSION) ARE THE SALT OF THE EARTH". IT CAN
REQUIRE NO ARGUMENT THAT THE CIRCUMSTANCES CONSTITUTE A PERPETUAL
"CESTUI QUE TRUST", "ALMANAH", A "CONTRACT", "COVENANT" FOR WHICH
THE GLOBAL BELIEVERS ARE THE BENEFICIARIES AND THIS "PRIVATE
PROPERTY" (THE LAWS OF THE ONE TRUE GOD) HAS ALSO BEEN GIVEN AS A
"GRANT" TO THE GLOBAL NATIONS, BLESSINGS, PROMISED BY THE ONE
TRUE GOD THROUGH ABRAHAM (IBRAHIM), THOUGH NOW LEGALLY OWNED BY
JAHJAH AL MAHDI, THE BRANCH, THE ELIJAH, THE KING OF THE NORTH
FORETOLD TO COME IN THE BOOK OF DANIEL CHAPTER 11. MARRIAGE IS A
RELIGIOUS "CONTRACT" WHICH IS AN INTRINSIC PART OF THE (3) HOLY
COVENANTS AND LAWS OF THE ONE TRUE GOD WITH CLEAR RESTRICTIONS
PLACED THEREUPON. IT IS INTELLECTUAL PROPERTY, PRIVATELY OWNED
USED IN THE PUBLIC AREA, WITH LIMITATIONS PLACED THEREUPON IN
THAT IT CAN ONLY BE MADE USE OF BY HETEROSEXUAL COUPLES.

THE SOLE CORPORATION IS AN ARTIFICIAL BEING, INVISIBLE,
INTANGIBLE AND EXISTING ONLY IN CONTEMPLATION OF THE ONE TRUE
GOD'S LAWS WHICH ARE THE ORIGINAL FOUNTAIN OF ALL GLOBAL NATIONS
LAWS. BEING A MERE CREATION OF THE ONE TRUE GOD'S LAWS,
CONTRACTS, COVENANTS, IT POSSESSES ALL PROPERTIES WHICH THE
INTENT OF ITS CREATION CONFERS UPON IT EITHER EXPRESSLY OR AS
INCIDENTAL TO ITS VERY EXISTENCE. THESE ARE SUCH AS ARE SUPPOSED
BEST CALCULATED TO EFFECT THE OBJECT FOR WHICH IT WAS CREATED,
WHICH AMONG THINGS IS TO WORSHIP, MAINTAIN THE
CONTRACTS/COVENANTS/WILLS/TESTAMENTS, AND PROTECT THE ONE TRUE
GOD'S LAWS AND PROHIBITIONS FROM THOSE WHO WOULD SEEK TO WATER
THEM DOWN, MODIFY OR CAUSE THEM HARM. THIS INCLUDES, MOST
IMPORTANT ARE IMMORTALITY, AND IF, THE EXPRESSION MAY BE ALLOWED,
INDIVIDUALITY---PROPERTIES BY WHICH A PERPETUAL SUCCESSION OF
MANY PERSONS ARE CONSIDERED AS THE SAME AND MAY ACT AS A SINGLE
INDIVIDUAL. "HAERES EST EADEM PERSONA CUM ANTECESSORE"---THE HEIR
IS THE SAME PERSON AS HIS ANCESTOR. (PROBATE LAW). THUS, IT IS
NOT SUBJECT TO BE ANNULLED, MODIFIED OR CHANGED IN ANY MANNER
WITHOUT CONSENT (ei. GIVING MARRIAGE TO GAYS AND LESBIANS OR
ESTABLISHING LAWS THAT DEFY "JUSTICE AND FAIRNESS"), OF THE SOLE
CORPORATION AND FOREIGN SOVEREIGN CROWN, A CONSENT WHICH NONE OF
THE GLOBAL NATIONS HAVE. THE WILL OF THE DONOR BECOMES THE LAW OF

THE DONATION (1 Bl. COM. 471). THERE CAN BE NO REASON FOR IMPLYING IN THE "CONTRACTS", "COVENANTS" OF THE ONE TRUE GOD GIVEN FOR A VALUABLE CONSIDERATION A POWER WHICH IS ONLY NOT EXPRESSED, BUT IS IN DIRECT CONTRADICTION TO ITS EXPRESSED STIPULATIONS. THE KING-KHALIFAH'S INTELLECTUAL PROPERTY, THE RIGHT TO LEGALLY MARRY, WHOSE ORIGINS STEM FROM THE SOLE CORPORATION AND FOREIGN SOVEREIGN CROWN, CAN ONLY BE GIVEN TO HETEROSEXUALS BY THE TERMS OF THE "GRANT", "CONTRACTS", "COVENANTS" OF THE ONE TRUE GOD. THE PARTICULAR OF GIVING THESE PROVISIONS TO THE GAYS AND LESBIANS OF YOUR GLOBAL NATIONS, AS IT PERTAINS TO THIS INTELLECTUAL PROPERTY OF THE SOLE CORPORATION AND FOREIGN SOVEREIGN CROWN, NEVER ENTERED INTO THE MINDS OF THE DONORS. IT IS NOT PUBLIC OFFICE NOR IS IT A CIVIL INSTITUTION BY ITS ORIGINAL CREATION. IT IS A RELIGIOUS INSTITUTION, A "CHARITY"(GRANT) GIVEN TO THE GLOBAL NATIONS WHEN GOD TOLD ABRAHAM (IBRAHIM) THE NATIONS OF THE WORLD SHALL BE BLESSED BY HIM AND THIS "CONTRACT", "COVENANT", AND THROUGH ADAM, AS ABRAHAM WAS THE SON AND DESCENDANT OF ADAM WHO OPERATED UNDER THE SAME "CONTRACT", "COVENANT". AN ARTIFICIAL BEING WAS CREATED BY GOD AND THE CROWN, CAPABLE OF RECEIVING, DISTRIBUTING AND PROTECTING FOREVER, ACCORDING TO THE "WILL AND TESTAMENT" OF THE ONE TRUE GOD AND HIS SOLE CORPORATION, THE TERMS OF THE DONATION AND "CONTRACT", "COVENANT". THIS CONSIDERATION FOR WHICH IS STIPULATED, EVEN PURSUANT TO THE GLOBAL NATIONS LAWS, WHICH "[M]UST" BE "JUST AND FAIR" TO WHICH THE GLOBAL NATIONS HAVE MISERABLY, REPEATEDLY FAILED, OPENING UP THE DOOR FOR THE FIDUCIARY HEIR, KING, KHALIFAH TO INTERVENE AND BRING ACTION BEFORE ANY APPLICABLE COURT AROUND THE WORLD, IS THE PERPETUAL APPLICATION OF THIS PRACTICE OF "CONTRACT", "COVENANT" IN THE MODE PRESCRIBED BY THE ONE TRUE GOD, HIS HOLY PROPHETS AND KINGS-KHALIFAHS, THE MEMBERS OF THE SOLE CORPORATION AND FOREIGN SOVEREIGN CROWN", KING v. PASSMORE, 3 T.R. 246; TERRITT v. TAYLOR, 9 CRANCH 43; 1 Bl. COM. 469, 475, 1 KYD. ON CORP., 13, 69, 189; 1 WOODDES, 471 & C.; ATTORNEY GENERAL v. WHORWOOD, 1 VES. 534; ST. JOHN'S COLLEGE v. TODINGTON, 1 Bl. REP. 84 S.C. 1 BURR. 200; WOODS v. WOODS, 2016 WL 4013754; M & G POLYMERS U.S.A., LLC. v. TACHETT, 135 S.Ct. 926(2015); HARDT v. RELIANCE

STANDARD LIFE INS. CO., 560 U.S. 242, 130 S.Ct. 2149, 176 L.Ed.2d. 998(U.S.2010); TRUSTEES OF DARTHMOUTH COLLEGE v. WOODWARD, 17 U.S. 518, 1819 WL 2201; TONBAR v. BANGS, 69 U.S. 728, 1864 WL 6590, 17 L.Ed. 768, 2 WALL 728(1864); OPARAH v. THE NEW YORK CITY DEPT. OF EDUC., F.Supp.3d., 2015 WL 4240733 (N.Y.D.C.2015); INTERNATIONAL ASS'N OF MACHINIST LODGE 1652 v. INTERNAL AIRCRAFT SERVICE INC. (CHARLESTON), 302 F.2d. 808, 49 L.R.R.M. (BNA) 2976(4th.Cir.1962); CENTRAL STATES, SOUTHEAST AND SOUTHWEST ARCAS PENSION FUNDS v. CENTRAL TRANSPORT, INC., 472 U.S. 559, 105 S.Ct. 2833, 86 L.Ed.2d. 447(U.S.1985); FIFTH THIRD BON CORP. v. DUDENHOEFFER, 134 S.Ct. 2459, 189 L.Ed.2d. 457(U.S.2014).

LET IT BE KNOWN, HERE AND NOW, FAR AND WIDE BEFORE THE 4 CORNERS OF THE EARTH THAT WHICH SHALL REMAIN UNTIL THE GLOBAL BELIEVERS ARE "RAPTURED" AS THE CHRISTIAN FAITH CALLS IT, CONFIRMED BY THE PROPHET MUHAMMAD(PBUH) WHEN HE STATED WITHIN HIS HADITH THAT THERE WILL BE CERTAIN OF HIS FOLLOWERS WHO WILL NOT TASTE DEATH. THE KHALEESSEE, HERSI, THE QUEEN MOTHER OF THE GLOBAL BELIEVERS, SHALL BE A HEAD COVERED AND VEILED KHALEESSEE, QUEEN, UPON HER THRONE. SHE IS THE CHOSEN WIFE OF THE ONE TRUE GOD'S HOLY PROPHET, THE BRANCH, THE ELIJAH, THE MAHDI, THE KING OF THE NORTH OF RELIGIOUS PROPHESY FORETOLD TO COME IN THE BOOK OF DANIEL CHAPTER 11. THEREFORE, SHE IS TO SET THE EXAMPLE FOR BELIEVING WOMEN WORLDWIDE. DUE TO SHE BEING THE WIFE OF A "KHAL", THE WIFE OF A "RASOOL", THE WIFE OF THE NAZARITE HIGH PRIEST OF THE ONE TRUE GOD, AND WHERE LIKE MY FOREMOTHER, THE VIRGIN MARY(MARYUM), SHE IS SPECIFICALLY CHOSEN BY THE ONE TRUE GOD TO FULFILL THE VOW, COVENANT, THE ONE TRUE GOD MADE WITH MOSES AND AARON OF THE LEVITICAL PRIESTHOOD, WHERE SHE RE-STARTS THE PERPETUAL LINE OF AARON(HURUN). FROM HER WOMB SHALL COME FORTH HIGH PRIEST THAT SHALL MINISTER BEFORE THE ONE TRUE GOD FOREVER WITHIN THE GLORIOUS MT. ZION, NEW JERUSALEM WHERE ALL BELIEVERS SHALL BE CALLED TO WORSHIP. SHE IS NOT TO SPEAK DIRECTLY TO "ANY", "ANY" MALE OVER THE AGE OF "10 YEARS OLD" EXCEPT HER DIRECT FAMILY MEMBERS. SHE SHALL RULE UPON HER THRONE THROUGH HER TWO FEMALE "BITANAH" (ADVISORS, PROTECTORS, FRIENDS) WHOM ALL

MALES SHALL SPEAK TO THE KHALEESSEE QUEEN MOTHER OF THE GLOBAL BELIEVERS THROUGH AND WHOM SHE SHALL SPEAK THROUGH HER TWO "BITANAH" OR ANY MALE THAT VIOLATES THIS COMMAND SHALL BE SUBJECT TO PENALTY AND THE WRATH OF THE APPOINTED KING-KHALIFAH OF THE ONE TRUE GOD. UPON THE DEATH OF THE KING-KHALIFAH, THE BRANCH, THE ELIJAH, THE MAHDI, THE KING OF THE NORTH OF RELIGIOUS PROPHESY WHO SHALL BE KILLED BY THE FORCES OF THE ANTI-CHRIST, AD DAJJAL, AS RELIGIOUS PROPHESY FORETELLS. THAT WHICH IS WRITTEN CANNOT BE BROKEN. SHE SHALL NOT RE-MARRY OR INVOLVE HERSELF SEXUALLY WITH ANY OTHER MAN. SHE SHALL ASCEND TOTAL RULE OVER WHATEVER REMAINS OF THE GLOBAL BELIEVERS BY THE LAST WILL AND TESTAMENT OF THE ONE TRUE GOD'S APPOINTED AND ANOINTED KING-KHALIFAH. SHE IS TO BE OBEYED AND HONORED AS THE KING-KHALIFAH IS TO BE OBEYED AND HONORED AS IF HE STILL SAT UPON THE (4) GLOBAL THRONES OF THE GLOBAL THEOCRATIC STATE. THEREUPON, THE KHALEESSEE, HERSI, THE QUEEN MOTHER OF THE GLOBAL BELIEVERS BECOMES THE LIVING SYMBOL OF THE SOVEREIGN POWER OF THE (4) GLOBAL THRONES. AS LONG AS THE REMAINING GLOBAL BELIEVERS DURING THE GREAT TRIBULATION KEEP THE KHALEESSEE AMONGST THEM BY THE COMMAND AND DECREE OF THE ONE TRUE GOD. SHE, HER PRESENCE AMONG YOU, SHALL ACT AS A **"SHIELD"** AROUND THE GLOBAL BELIEVERS TO PROTECT THEM BY THE ONE TRUE GOD'S HOLY ANGELS WHERE THESE HOLY ANGELS ASSIGNED TO PROTECT HER SHALL WAGE WAR ON YOUR BEHALF GLOBAL BELIEVERS AGAINST ANY POTENTIAL ATTACK BY AD DAJJAL THE ANTI-CHRIST AND HIS DARK FORCES. AS LONG AS THE GLOBAL BELIEVERS KEEP HER AMONGST THEM, ENSURE HER HONOR AND OBEY HER COMMANDS. NO HARM SHALL COME TO THE GLOBAL BELIEVERS DURING THE GREAT TRIBULATION THAT REMAIN. A SPECIFIC PORTION OF WEALTH SHALL BE SET ASIDE FOR THE KHALEESSE OF ALLAH, THE QUEEN MOTHER OF THE GLOBAL BELIEVERS. THE REMAINDER OF THE KING-KHALIFAH'S WEALTH SHALL BE DISTRIBUTED AMONGST THE BELIEVERS GLOBALLY TO ASSIST THEM THROUGH THE REMAINING PORTION OF THE GREAT TRIBULATION AFTER MY DEATH AND SOON RESURRECTION AFTER BEING DEAD THREE DAYS UNBURIED. FRET NOT MY PEOPLE. JUST OFFER DUA', PRAYERS, FOR YOUR KHALIFAH. ONCE RAPTURED THE GLOBAL BELIEVERS SHALL RETURN AFTER GREAT FEAST IN HEAVEN WHERE WE WILL RETURN WITH CHRIST JESUS (ISA), MY GREAT ETC. GRAND UNCLE AND THE FINAL BATTLE AGAINST "GOOD AND EVIL", ARMAGEDDON, SHALL COMMENCE WHERE WE SHALL BE

VICTORIOUS IN OUR ETERNAL BODIES AND SEIZE FULL CONTROL OVER THE EARTH AND DISSOLVE MY KINGDOM TO USHER IN EARTH'S ETERNAL REIGN UNDER CHRIST, ISA, WHERE I WOULD BECOME HIS SECOND IN COMMAND. CHRIST, ISA, SHALL SLAY AD DAJJAL, THE ANTI-CHRIST AND MY RABB, ALLAH, THE I AM, JEHOVAH, YHWH, TO HIM BELONGS THE BEST OF NAMES, SHALL ALLOW HIS SERVANT TO BE THE ONE WHO SPECIFICALLY CHAIN THE SHAITAN, SATAN, WHERE WE SHALL BRING HIM BEFORE OUR RABB FOR HIS FINAL JUDGMENT. WHAT A GLORIOUS TIME!!!! KEEP THE KHALEESSEE AMONG YOU GLOBAL BELIEVERS DURING THESE UNPRECEDENTED TIMES. SHE IS YOUR ONLY SHIELD. VENTURE FROM HER PRESENCE OR REMOVE HER FROM YOUR PRESENCE AND DESTRUCTION SHALL BEFALL ALL WHO DO NOT HEED TO THIS WARNING AND LAST WILL AND TESTAMENT OF THE FORERUNNER TO GOD'S CHRIST. AND THE GATES OF HELL SHALL NOT PREVAIL AGAINST IT.

**NOTE:** THE FOLLOWING DEFINITION OF SOVEREIGNTY IS SIMILAR TO THAT FROM BOUVIER'S 14th. EDITION LAW DICTIONARY (QUOTING 4 WHEAT 402). THE WORDS HAVE BEEN SLIGHTLY MODIFIED TO PAINT A MORE TRUER PICTURE OF THE MATTERS PRESENTED HERE:

"IT HAS BEEN JUSTLY THOUGHT A MATTER OF IMPORTANCE, TO DETERMINE FROM WHAT SOURCE THE GLOBAL THEOCRATIC STATE UNDER THE FIDUCIARY HEIR, GOD'S APPOINTED AND ANOINTED KING-KHALIFAH, IMAM AND NAZARITE HIGH PRIEST, JONAH GABRIEL JAHJAH T. TISHBITE IBN. YAQUB, THE BRANCH, THE ELIJAH, THE MAHDI, THE KING OF THE NORTH AND HIS CHOSEN KHALEESSEE, HERSI, THE QUEEN MOTHER OF THE GLOBAL BELIEVERS DERIVES THEIR AUTHORITY. THE QUESTION HERE PROPOSED IS WHETHER OUR BOND RESTORED BY THEOCRATIC UNION, BEING MEMBERS OF ONE ANOTHER, THE UMMAH OF THE "I AM", "ALLAH", THE BODY(COMMUNITY) OF CHRIST (ISA) ARE (3) TRUE AND SANCTIONED BLESSED OF THE ONE TRUE GOD BLOOD "COVENANTS", "CONTRACTS" UNTO DEATH OF MILK, HONEY, JEALOUSY AND SALT ENTERED INTO BY THE SERVANTS AND SLAVES OF THE ONE TRUE GOD WHO THOUGH HE BEGETS NOT NOR IS HE BEGOTTEN, ADOPTS US BY OUR OBEDIENCE AS FIGURATIVE SONS AND DAUGHTERS, CO-HEIRS, HIM BEING OUR WALI, PROTECTOR, AND HE SUSTAINS US THROUGHOUT ALL ETERNITY, OR WHETHER THE (3) HOLY BOOKS AND SUNNAH OF THE PROPHET MUHAMMAD(PBUH) ARE THE ORGANIC,

LIVING, ESTABLISHED WORD AND LAW OF THE ONE TRUE GOD OF THE HEAVENS AND EARTH, HAVING NO PARTNERS, WHICH SUPERSEDES AND OR RENDERS VOID ALL OTHER LAWS, HUMAN REASONING OR RIGHTEOUSNESS OF MANKIND REQUIRING THAT IT FOREVER BE GIVEN ITS PLACE AND HEEDED AND RESPECTED BY ALL NATIONS. TO THIS THE SOLE CORPORATION, THE ONE TRUE GOD'S APPOINTED AND ANOINTED KING-KHALIFAH, JONAH GABRIEL JAHJAH T. TISHBITE IBN. YAQUB, THE BRANCH, THE ELIJAH, THE MAHDI, THE KING OF THE NORTH WRITTEN IN THE BOOK OF DANIEL CHAPTER 11, HIS CHOSEN KHALEESSEE, HERSI, THE QUEEN MOTHER OF THE GLOBAL BELIEVERS AND THE CITIZENS OF THE GLOBAL THEOCRATIC STATE ANSWER THUS: THE FIDUCIARY HEIR, KING, KHALIFAH, HIS CHOSEN KHALEESSEE AND THE SERVANTS, SLAVES OF THE MOST HIGH GOD, THE "I AM", "ALLAH", "JEHOVAH", "YHWH", TO HIM BELONGS THE BEST OF NAMES, OF THE RE-ESTABLISHED GLOBAL THEOCRATIC STATE SANCTIONED AND BLESSED BY THE ONE TRUE GOD...ORDAIN, ESTABLISH AND WILL STAND BEHIND, SHALL WALK IN THE TRUTH, RIGHTEOUSNESS AND LAWS OF THE ONE TRUE GOD AS THEY EXIST RESTORED BY JONAH IBN. YAQUB THE BRANCH, THE ELIJAH, THE MAHDI EVEN UNTO DEATH...THE GOVERNMENT OF THE RE-ESTABLISHED GLOBAL THEOCRATIC STATE, A FOREIGN SOVEREIGN STATE, AS RULED BY JONAH GABRIEL JAHJAH T. TISHBITE IBN. YAQUB, THE BRANCH, THE ELIJAH, THE MAHDI AND HIS CHOSEN KHALEESSEE, HERSI, THE QUEEN MOTHER OF THE GLOBAL BELIEVERS HAVE ONLY DELEGATED POWERS FROM THE ONE TRUE GOD OF THE HEAVENS AND EARTH WHO RISES ABOVE HIS ISTAWA(THRONE) IN HONOR, GLORY AND POWER UNPARALLELED, AND EVEN IF THE ONE TRUE GOD'S APPOINTED AND ANOINTED KING-KHALIFAH, JONAH THE BRANCH, THE ELIJAH, THE MAHDI, HIS CHOSEN KHALEESSEE, HERSI, OR THE SERVANTA/ SLAVES/ CITIZENS OF THE MOST HIGH GOD AND RE-ESTABLISHED GLOBAL THEOCRATIC STATE HAD INCLINATION, THEY HAVE NO POWER OR AUTHORITY TO TRANSFER THE SOVEREIGN POWER AND AUTHORITY OF THE ONE TRUE GOD'S APPOINTED AND ANOINTED KING, KHALIFAH, JONAH IBN YAQUB OR HIS CHOSEN KHALEESSEE EXCEPT TO THE KING, KHALIFAH, IMAM AND HIGH PRIEST JESUS CHRIST OF NAZARETH(PBUH) UPON HIS APPEARANCE AS DECREED BY THE "I AM", "ALLAH". THE SOLE CORPORATION AND FIDUCIARY HEIR, THE ONE TRUE GOD'S APPOINTED KING, KHALIFAH, IMAM, AND NAZARITE HIGH PRIEST OF THE RE-ESTABLISHED GLOBAL THEOCRATIC STATE RESTORED AND ADOPTED THE TEACHINGS, PRECEPTS, STATUTES AND LAWS OF THE (3) HOLY BOOKS

AND SUNNAH OF THE PROPHET MUHAMMAD(PBUH) BEING RULING LAW THROUGHOUT THE RE-ESTABLISHED GLOBAL THEOCRATIC DOMINION; WHICH BINDS THE RE-ESTABLISHED GLOBAL THEOCRATIC STATE AND ITS COMMONWEALTH OF AFRICAN, ITS DISAPORA, CHRISTIANS, MUSLIMS AND JEWS WORLDWIDE AND ALL OTHER GOVERNMENTS OF THE WORLD WITHOUT THEIR CONSENT OR ANY OTHER GLOBAL NATION'S CONSENT. THE RE-ESTABLISHED GLOBAL THEOCRATIC STATE AND OR GOVERNMENT RULED BY JONAH IBN YAQUB, THE FORERUNNER TO GOD'S CHRIST, THE KING OF THE NORTH AND HIS CHOSEN KHALEESSEE, HERSI, ORDAINED AND SANCTIONED BY THE ONE TRUE GOD AND SOLE CORPORATION CARRIES BATTLE AXE, SWORD, SPEAR, HELMET, BREASTPLATE, BODY SHIELD AND BUCKLER, BY WAY OF THEIR GOD APPOINTED IMAM, HIGH PRIEST, KING AND KHALIFAH, DECREED BY THE "I AM", "ALLAH", TO EXECUTE JUSTICE, FAIRNESS OR WRATH UPON ANY GLOBAL EVILDOER WHO WOULD DARE TO USURP THE DECREES, LAWS AND AUTHORITY OF THE ONE TRUE GOD. THE RE-ESTABLISHED GLOBAL THEOCRATIC STATE AS A WHOLE, THEREFORE, EMANATES FROM THE ONE TRUE GOD AS RULED BY HIS FIDUCIARY HEIR, HIS APPOINTED AND ANOINTED BY THE BLOOD OF THE LAMB KING-KHALFAH, JONAH GABRIEL JAHJAH T. TISHBITE IBN YAQUB THE BRANCH, THE ELIJAH, THE MAHDI, THE KING OF THE NORTH WRITTEN IN THE BOOK OF DANIEL CHAPTER 11 FORETOLD TO COME BY RELIGIOUS PROPHESY AND HIS CHOSEN KHALEESSEE, HERSI, THE QUEEN MOTHER OF THE GLOBAL BELIEVERS AND ALSO FROM THE (3) HOLY BOOKS AND SUNNAH OF THE PROPHET MUHAMMAD(PBUH) RESTORED AND OR INTERPRETED BY JONAH IBN. YAQUB, THE BRANCH, THE ELIJAH, THE MAHDI, THE FORERUNNER OF THE ONE TRUE GOD'S CHRIST, JESUS OF NAZARETH (ISA)[PBUH], AND NOT FROM THE RE-ESTABLISHED GLOBAL THEOCRATIC CITIZENRY OR HOLY COMMONWEALTH THOUGH THEY BE, KINGS, KHALIFHS AND QUEENS THEMSELVES. THE LAWS OF THE RE-ESTABLISHED GLOBAL THEOCRATIC STATE CONTAINED THEREIN, WHETHER MADE BEFORE OR SINCE THE ADOPTION OF THE RESTORED AND OR INTERPRETED TEACHINGS OF THE BRANCH, THE ELIJAH, THE MAHDI (THE BOOK OF MALACHI 3:16), ARE SUBORDINATE, THE KING-KHALIFAH ALSO BEING A RASOOL, A MESSENGER, THE ONE TRUE GOD'S LAWGIVER SENT TO UNITE ALL AFRICANS, ITS DIASPORA, CHRISTIANS, MUSLIMS AND JEWS AROUND THE ENTIRE WORLD UNDER ONE BANNER TO PREPARE THEM FOR THE RETURN OF THE ONE TRUE GOD'S APPOINTED CHRIST, JESUS OF NAZARETH, MY GREAT ETC. GRAND

UNCLE(PBUH)". SEE THE "CONTRACT", "COVENANT" IN THE BOOK OF DANIEL 11:1-3; ENGLISH v. THORN, 676 F.Supp. 761.

THE ONE TRUE GOD'S APPOINTED AND ANOINTED KING-KHALIFAH OF THE (4) GLOBAL THRONES OF THE RE-ESTABLISHED GLOBAL THEOCRATIC STATE, A MEMBER OF THE SOLE CORPORATION AND FOREIGN SOVEREIGN CROWN BY THE DECREE OF THE ONE TRUE GOD, IS THE FOUNTAIN OF SOVEREIGNTY ON EARTH. THE WHOLE IS ORIGINALLY WITH HIM AS HIS OWN BY THE DECREE OF THE ONE TRUE GOD (SEE THE BOOK OF DANIEL CHAPTER 11:1-3). THE GLOBAL THEOCRATIC GOVERNMENT, PROVINCES, ORGANIZATIONS, CORPORATIONS, PLACES OF LEARNING, MOSQUES, SYNAGOGUES, CHURCHES, ENTITIES, AGENCIES AND OR AGENTS ETC., INCLUDING HIS CHOSEN KHALEESSEE, HERSI, THE QUEEN MOTHER OF THE GLOBAL BELIEVERS, ARE BUT TRUSTEES ACTING UNDER A DERIVED AUTHORITY, AND HAVE NO POWER TO DELEGATE WHAT IS NOT DELEGATED TO THEM. BUT THE FIDUCIARY HEIR, THE ONE TRUE GOD'S APPOINTED AND ANOINTED KING, KHALIFAH, IMAM AND NAZARITE HIGH PRIEST, JONAH, THE BRANCH, THE ELIJAH, THE MAHDI, THE KING OF THE NORTH OF RELIGIOUS PROPHESY FORETOLD TO COME IN THE BOOK OF DANIEL CHAPTER 11, AS THE ORIGINAL FOUNTAIN ON EARTH AS DECREED BY THE ONE TRUE GOD, MIGHT TAKE AWAY WHAT HE HAD LENT AND ENTRUSTED TO WHOM HE PLEASE. HE HAS THE WHOLE TITLE, AND AS ABSOLUTE PROPRIETOR, HAVE THE RIGHT OF USING AND ABUSING---JUS UTENDI ET ABUTENDI. IT IS A MAXIM CONSECRATED IN THEOCRATIC LAW, FOREIGN LAW DEFAULTED ON WITHIN THE SOUTH CAROLINA CRAWFORD STATE CASES RELIED UPON, IN PUBLIC LAW AS WELL AS COMMON SENSE AND NECESSITY OF THE CASE THAT A SOVEREIGN IS ANSWERABLE FOR HIS ACTS ONLY TO THE ONE TRUE GOD AND HIS CONSCIENCE ALSO BEING IN THIS CASE PROPHET, LAWGIVER OF THE ONE TRUE GOD....THERE IS NO AUTHORITY WITHIN ANY GLOBAL NATION ABOVE THE SOVEREIGN AND PROPHET JONAH IBN. YAQUB, THE BRANCH, THE ELIJAH, THE KING OF THE NORTH WRITTEN IN THE BOOK OF DANIEL CHAPTER 11 FORETOLD TO COME BY RELIGIOUS PROPHESY, TO WHICH AN APPEAL CAN BE MADE BEING THE VOICE OF THE ONE TRUE GOD IN THE FORM OF A MAN. SEE THE DECREE AND COMMAND OF THE ONE TRUE GOD IN THE BOOK OF DANIEL 11:1-3; THE (3) HOLY BOOKS AND SUNNAH OF THE PROPHET MUHAMMAD(PBUH); 4 WHEAT 402 (BOUVIER'S 14TH. EDITION LAW DICTIONARY: "ON SOVEREIGNTY").

**113-of-208**
(33) "THE CONGRESS, PARLIAMENT OR ANY OTHER GLOBAL

LEGISLATIVE OR EXECUTIVE BODY CANNOT REVOKE THE SOVEREIGN POWER OF THE ONE TRUE GOD'S APPOINTED AND ANOINTED BY THE BLOOD OF THE LAMB KING, KHALIFAH, IMAM, LAWGIVER AND NAZARITE HIGH PRIEST OF THE RE-ESTABLISHED GLOBAL THEOCRATIC STATE, JONAH GABRIEL JAHJAH T. TISHBITE IBN. YAQUB, THE BRANCH, THE ELIJAH, THE MAHDI, THE KING OF THE NORTH WRITTEN IN THE BOOK OF DANIEL CHAPTER 11 FORETOLD TO COME BY RELIGIOUS PROPHESY, OR HIS CHOSEN KHALEESSEE, HERSI, THE QUEEN MOTHER OF THE GLOBAL BELIEVERS TO OVERRIDE THEIR WILL AS THUS DECLARED. THIS INCLUDES ANY GLOBAL COURT", PERRY v. UNITED STATES, (1935) 294 U.S. 330, 353; ENGLISH v. THORN SUPRA.; UNITED STATES v. WHEELER, 98 S.Ct. 1079 AT. 1083(1978).

   **NOTE:** THE ABOVE POINTS AND AUTHORITIES ARE NOT EXHAUSTIVE AND ADDITIONS CAN BE MADE AND OR ADDED AT ANY TIME.

   **"A SOVEREIGN IS ANSWERABLE ONLY TO THE ONE TRUE GOD AND HIS CONSCIENCE".**

<u>**CAVEAT**</u>

   THAT THE WORLD BANK, ALL MEMBER STATES AND NATIONS OF THE UNITED NATIONS, THE KINGDOM OF SAUDI ARABIA, ISRAEL, ALL OTHER GLOBAL NATIONS, THE U.S. DEPT. OF JUSTICE, THE U.S. STATE DEPARTMENT, THE STATE OF SOUTH CAROLINA, ALL (50) STATES STATE ATTORNEY GENERAL, ALL (50) STATES FEDERAL ATTORNEYS, THE UNITED STATES AND THE SEVERAL STATES CONTAINED THEREIN, THE VATICAN, THE POPE, THE S.C. ATTORNEY GENERAL, THE S.C. DEPT. OF CORRECTIONS, ALL GLOBAL BANKING ENTITIES AND OTHER DEFENDANTS LISTED UNDER CASE 2:23-cv-02962-JLG-CHG IN THE STATE OF OHIO DISTRICT COURT AND BEFORE THE MULTI-DISTRICT LITIGATION PANEL COURT UNDER MDL. CASE NO. 3116 AND BEFORE ANY OTHER COURT THAT THESE CASES ARE POTENTIALLY TRANSFERRED TO, AND UNDER CASES 2006-CP-400-3567, 3568, 3569; 2013-CP-400-0084, 2294 IN THE RICHLAND COUNTY COURT OF COMMON PLEAS, PETITIONED REMOVED TO THE FEDERAL COURTS INVOLVED, UPON RECEIPT OF THIS MEMORANDUM OF LAW ON THE SOVEREIGNTY OF THE ONE TRUE GOD'S APPOINTED AND ANOINTED KING, KHALIFAH, IMAM AND NAZARITE HIGH PRIEST AND HIS CHOSEN KHALEESSEE, THE QUEEN MOTHER OF THE GLOBAL BELIEVERS AND THE HOLY

COMMONWEALTH OF THE RE-ESTABLISHED GLOBAL THEOCRATIC STATE, REDEEMED AND SECURED BY THE ONE TRUE GOD'S HIGH PRIEST OF THE LINE OF AARON AND THE LEVITICAL PRIESTHOOD WITH POINTS AND AUTHORITIES (VIA CERTIFIED MAIL, MULTI-DISTRICT LITIGATION PANEL COURT NOTICE AND REGULAR MAIL AFFIDAVIT OF SERVICE), NOTICE AND DEMAND IS MADE UPON YOU TO REVIEW AND RESPOND TO THE ABOVE AND ITS LIEN AND DOCUMENT UPON THE PUBLIC RECORD AND IN CASES, MULTI-DISTRICT LITIGATION PANEL MDL. CASE 3116 AND ANY CASE THAT COURT TRANSFERS TO AND CASES 2006-CP-400-3567, 3568, 3569; 2013-CP-400-0084, 2294, AND BY CERTIFIED U.S. MAIL TO THE SOVEREIGN AS IS ADDRESSED BELOW OR WITHIN THE COURT RECORD, WITHIN (15) DAYS UPON RECEIPT OF THIS MEMORANDUM AND DECLARATION OF SOVEREIGNTY, ALLOWING UP TO (3) DAYS GRACE PERIOD FOR RETURN MAIL DELIVERY.

FAILURE TO DO SO, AS BY EITHER A PUBLIC SERVANT WHO BY OATH OR DUTY AS AN "OFFICER", "AGENT" OR "EMPLOYEES" OF A GOVERNMENT CREATED CORPORATION, MUNICIPALITY, ETC. AND OR BY AND THROUGH YOUR POSITION, OFFICE OR SUPERIOR KNOWLEDGE OF LAW, WILL PLACE YOU IN DEFAULT, AND THE PRESUMPTION WILL BE TAKEN UPON THE PRIVATE, COURT AND PUBLIC RECORD THAT YOU AND YOUR OFFICE AND OR GLOBAL GOVERNMENTS AND OR COMPANIES, CORPORATIONS, ORGANIZATIONS AND OR ENTITIES, FULLY AGREE TO THE "POINTS AND AUTHORITIES" WITH ITS LIEN(S) CONTAINED WITHIN THIS MEMORANDUM AND DECLARATION OF SOVEREIGNTY AND THAT THE "POINTS AND AUTHORITIES" WITH ITS LIEN(S) **ARE TRUE, CORRECT AND CERTAIN** (F.R.C.P. 8d),...AND THAT THE ONE TRUE GOD'S APPOINTED AND ANOINTED KING, KHALIFAH, IMAM, LAWGIVER/PROPHET AND NAZARITE HIGH PRIEST, JONAH GABRIEL JAHJAH T. TISHBITE, THE BRANCH, THE ELIJAH, THE MAHDI, THE KING OF THE NORTH WRITTEN IN THE BOOK OF DANIEL CHAPTER 11 FORETOLD TO COME BY RELIGIOUS PROPHESY AND HIS CHOSEN KHALEESSEE, HERSI, THE QUEEN MOTHER OF THE GLOBAL BELIEVERS, AS NAMED WITHIN AND BELOW AND THEIR SEAL, EMBLEM, FLAG OF THE RE-ESTABLISHED GLOBAL THEOCRATIC STATE, ARE **SOVEREIGN** WITHIN THE COLLECTIVE CAPACITY OF SAID APPOINTED AND ANOINTED KING-KHALIFAH AND HIS CHOSEN KHALEESSEE OF THE RE-ESTABLISHED GLOBAL THEOCRATIC GOVERNMENT, ACROSS ALL

GLOBAL NATIONS, ACROSS ALL GLOBAL SEAS AND POSSESS TRUE SOVEREIGN POWER AS IS DECREED BY THE ONE TRUE GOD AND HIS HOLY PROPHETS AND KINGS, THE MEMBERS OF THE SOLE CORPORATION AND FOREIGN SOVEREIGN CROWN, WHICH IS SUPPORTED BY RELIGIOUS PROPHESY WRITTEN WITHIN THE OLD TESTAMENT THE BOOK OF ISAIAH CHAPTER 14: 29-32 WHICH FORETOLD THE KING'S, THE "SMOKE" OUT OF THE NORTH'S RELEASE FROM PRISON WOULD OCCUR AFTER ISRAEL HAS DISSOLVED, DESTROYED PALESTINE AN ADVENT THAT HAS NOT OCCURRED SINCE THE STATE OF ISRAEL WAS RE-ESTABLISHED, AND BY ISLAMIC PROPHESY THAT STATES THE SOVEREIGN KING-KHALIFAH WOULD COME OUT OF PRISON WHEN THERE IS BOTH A LUNAR AND SOLAR ECLIPSE OCCURRING DURING THE MONTH OF RAMADAN THAT JUST OCCURRED THIS RAMADAN PAST, AND ADVENT THAT HAS NOT SEEN IN OVER APPROXIMATELY 250 YEARS. AS THE STAR OF BETHLEHEM HERALD CHRIST APPEARANCE, THE CELESTIAL SIGN OF THE LUNAR AND SOLAR ECLIPSE DURING THE HOLY MONTH OF RAMADAN HERALD THE RELEASE OF THE FORERUNNER TO THE ONE TRUE GOD'S CHRIST, THE GUIDED ONE OF ISLAMIC PROPHESY. THIS IS MORE THAN SUFFICIENT LEGAL, SCIENTIFIC AND RELIGIOUS EVIDENCE TO ESTABLISH AND SUPPORT THESE JURISDICTIONAL FACTS AND TRUTHS, 28 U.S.C. §§ 2679, 1602-1612 ET. SEQ.;"SIGNS BEFORE THE DAY OF JUDGMENT", BY IBN. KATHIR; 18 U.S.C. § 1116(a)(b)(4); 18 U.S.C. § 1116(a)(b)(2)(3)(A).....; THE (3) HOLY BOOKS AND SUNNAH OF THE PROPHET MUHAMMAD(PBUH).

RESPECTFULLY,

JONAH THE TISHBITE

JUNE 28, 2024

EXHIBIT, "SOUTH CAROLINA DEFAULT"

multi District Litigation
Panel

State of South Carolina
County of Richland
US District Court Ohio
et. Al.

Lawrence L Crawford
AKA Jonah Gabriel
Jahjah T. Tishbite
et. Al.

plaintiff(s)

Vs

State of South Carolina,
The United States,
city of White Hall
et. Al.
defendants

Washington, D.C.

Court of Common Pleas
5th Judicial Circuit
Southern District
et. Al.

(Cases) 2006-CP-400-
3567, 3568, 3569 2013-
CP-400-0084, 2294

Also 2:23-cu-02962-
JLG-CHG et. Al.

Affidavit of

service

1 of 2

I, LAWRENCE L CRAWFORD, do hereby certify, that I have mailed and or served a petition to remove document. Also attacking the Richland courts jurisdiction and giving the mckay Law Firm and Attorney Biltoft notice of injunctive relief being sought before the Ohio District court and multi District Litigation Panel, on Attorney Biltoft, The Richland common pleas court, the Ohio District court, the Kentucky District court, the multi District Litigation Panel and all involved parties US mail by placing it in the institution mailbox on January 29, 2024. It is deemed filed that date.

Respectfully,

Jonah The Fishbite

January 29, 2024

119-01-208

2 of 2

LAWRENCE L. CRAWFORD AKA
JONAH GABRIEL JAHJAH T. TISHBITE
#300839 KCI HD-134
4848 GOLD MINE HWY.
KERSHAW, S.C. 29067

IN RE: TO RENEWING THE PETITION TO REMOVE; MOTION TO NOTIFY THE OHIO, KENTUCKY DISTRICT COURTS AND MUILTI DISTRICT LITIGATION PANEL OF ADDITIONAL ACTS OF EXTRA TERRITORIAL CONSPIRACY AND ACTIVITIES DIRECTED AT THE FORUM STATE OF OHIO SEEKING TO DELAY ANY RULING ON THE PRESENTED INJUNCTIONS AND OR PROTECTIVE ORDERS IN THE OHIO DISTRICT COURT TO ALLOW THE PLAINTIFF, CRAWFORD, TO PLACE ON THE RECORD THE ADDITIONAL ACTS OF FRAUD, OBSTRUCTION OF JUSTICE AND UNCONSTITUTIONAL ACTION PERPETRATED BY ATTORNEY BILTOFT AND THE McKAY LAW FIRM FOR THE S.C. DEFENDANTS, ALSO DUE TO POTENTIAL MULTI DISTRICT LITIGATION REVIEW PURSUANT TO CASE 2:23-cv-02962-JLG-CHG IN THE OHIO DISTRICT COURT AND THE KENTUCKY DISTRICT COURT CASE NOW BEING PROCESSED. 3:24-cv-00028-JHM.

TO: THE MULTI DISTRICT LITIGATION PANEL,
    THE OHIO DISTRICT COURT,
    THE KENTUCKY DISTRICT COURT,
    THE RICHLAND COUNTY COURT OF COMMON PLEAS,
    ATTORNEY JACOB BILTOFT AT THE McKAY LAW FIRM ET. AL.,

THE PLAINTIFF, CRAWFORD, IN THE RICHLAND COUNTY CASES, IN CASE 2:23-cv-02962-JLG-CHG AND THE KENTUCKY DISTRICT COURT CASE PRESENTLY BEING PROCESSED, MOTION BEFORE THE OHIO DISTRICT COURT TO NOW DELAY RULING ON THE PRESENTED MOTIONS FOR INJUCTIVE AND PROTECTIVE ORDER RELIEF DUE TO EVENTS THAT HAVE MATERIALIZED SINCE THE MOTION TO ADVANCE THE CAUSE REGARDING THOSE MOTIONS WERE FILED. FIRST, THERE IS AN ADDITIONAL CASE IN THE STATE OF

(And N.T.)

KENTUCKY DISTRICT COURT BEING PROCESSED DUE TO THE VATICAN'S
RECENT BREACH OF CONTRACT, BREACH OF TRUST AND VIOLATING THEIR
FIDUCIARY DUTY THAT DID NOT OCCUR WHEN THE OHIO DISTRICT COURT
CASE WAS FILED WHERE THE VATICAN RECENTLY DECIDED TO BLESS SAME
SEX MARRIAGE ATTACHING AND OR EXECUTING AND OR ARRESTING THE
INTELLECTUAL PROPERTY OF THE SOLE CORPORATION AND FOREIGN
SOVEREIGN CROWN. THIS FORCED THE PLAINTIFF, CRAWFORD AND ANTHONY
COOK TO FILE THAT LATEST ACTION ESTABLISHING MULTI DISTRICT
LITIGATION WHERE NOW THE MULTI DISTRICT LITIGATION PANEL'S
JURISDICTION OVERRIDES THE FORUM AND WHERE THE RICHLAND CASES ARE
SOUGHT AS TAG ALONG CASES. CASE 3:24-cv-00028-JHM .2:24-cv-03934-MEF

        ADDITIONALLY, THE SOUTH CAROLINA DEFENDANTS WERE BY
UNDISCLOSED MEANS GIVEN NOTICE OF THE PENDING RULING ON THE
INJUNCTIONS AND OR PROTECTIVE ORDERS BEFORE THE OHIO DISTRICT
COURT. MORE THAN LIKELY THE S.C.D.C. DEFENDANTS WERE IN THE LOOP
ON THIS. SO IN FURTHER ACTS OF DIRECTING THEIR ACTIVITIES AT THE
FORUM STATE OF OHIO TO HAVE A DETRIMENTAL EFFECT ON THE OHIO AND
KENTUCKY DISTRICT COURT'S INJUNCTION AND PROTECTIVE ORDER ISSUING
POWER AND OR ON THEIR JURISDICTIONAL POWER. THE SOUTH CAROLINA
DEFENDANTS IN THE FORM OF THE McKAY LAW FIRM AND ATTORNEY JACOB
BILTOFT ARE BREAKING THE LAWS OF DUE PROCESS, CONSPIRING UNDER
COLOR OF STATE LAW, AND HAVE PLACED A RECENT FILING WITHIN THE
RICHLAND COUNTY COURT OF COMMON PLEAS WITHIN THE S.C. STATE CASES
RELIED UPON, THAT THEY WERE PROCEDURALLY BARRED IN SUBMITTING;
ALSO WHERE THE CASES WERE PETITIONED REMOVED TO THE OHIO DISTRICT
COURT VIA THE 54 PAGE AFFIDAVIT OF FACTS THAT IS PART OF THE OHIO
COMPLAINT AND REMOVED TO THE S.C. DISTRICT COURT CASE
1:22-cv-01204-TLW-SVH. THE RICHLAND COMMON PLEAS COURT'S
JURISDICTION IS VOID FOR VIOLATION OF THE SEPARATION OF POWERS
CLAUSE TO HEAR THE UNLAWFUL FILING DUE TO EGREGIOUS DUE PROCESS
VIOLATION AND UNCONSTITUTIONAL ACTION DONE IN THE CASE. THUS, THE
PLANTIFF CRAWFORD, MOTIONS BEFORE THE OHIO DISTRICT COURT TO
DELAY RULING ON THE FILED INJUNCTIONS AND OR PROTECTIVE ORDERS
DUE TO THESE RECENT EVENTS AND UNLAWFUL ACTIVITY REGARDING THE
McKAY LAW FIRM DIRECTING THEIR ADDITIONAL ACTIVITIES AT THE FORUM

STATE OF OHIO FURTHER COMPOUNDING AND ADDING TO CLEAR ACTS THAT ESTABLISH EXTRA TERRITORIAL JURISDICTION CONSPIRACY AND JURISDICTION, TO ALLOW THE PLAINTIFF, CRAWFORD, TO PLACE FORTH AN OFFICIAL SUBSEQUENT PLEADING TO THIS DOCUMENT, DUE TO S.C.D.C. AND ITS EMPLOYEES CONSPIRING UNDER COLOR LAW IN ACTS OF MACHINATION TO PREVENT THE PLAINTIFF, CRAWFORD, FROM TIMELY RESPONDING TO MOVE TO STRIKE ATTORNEY BILTOFT RECENT FILING AND COMPLETELY GO ON THE COURT RECORD AS TO THESE EVENTS BEFORE ALL COURTS INVOLVED IN HOPES THAT THEIR CONTINUED INJUSTICES BE ADDRESSED AND REMEDIED. THE PLAINTIFF, CRAWFORD, SEEKS THAT THIS DOCUMENT BE CONSTRUED ALSO AS A MOTION TO RENEW THE PETITION TO REMOVE CASES 2006-CP-400-3567, 3568, 3569; 2013-CP-400-0084, 2294 TO BOTH THE OHIO AND NOW KENTUCKY DISTRICT COURTS UNDER CASE 2:23-cv-02962-JLG-CHG AND THE KENTUCKY DISTRICT COURT CASE PRESENTLY BEING PROCESSED DUE TO MULTI DISTRICT LITIGATION BEING ESTABLISHED.CASE 3:24-cv-00028-JHM.AND 2:24-cv-03934-MEF-JBC.

TO: THE MULTI DISTRICT LITIGATION PANEL. ATTACHED THE PANEL FOR YOUR REVIEW. YOU WILL SEE A COPY OF THE PLEADING RELATED TO CASE 22-7096. THE PLAINTIFFS AND INTERVENORS OF THE COMPLAINTS CANNOT IN FUNDAMENTAL FAIRNESS BE DEEMED AVAILABLE AND OR POSITIONED IN ANY WAY TO RECEIVE ANY TYPE OF "JUSTICE AND FAIRNESS" IN THE 4TH. CIRCUIT AND ITS COURTS, FROM THE LOWER LEVELS TO THE HIGHEST, FROM THE ROOT TO THE TREE. THE UNLAWFUL CONDUCT VIOLATING DUE PROCESS LAW PRODUCES EGREGIOUS UNCONSTITUTIONAL ACTION THAT NEVER CEASE. THE OVERWHELMING PREJUDICE, FRAUD UPON THE COURT AND UNCONSTITUTIONAL ACTION ON THE PART OF THE GOVERNMENT ACTORS INVOLVED IN OBSTRUCTION OF JUSTICE IS UBIQUITOUS, OCCURRING AT ALL LEVELS OF COURT WARRANTING THE PLAINTIFFS REPEATED REQUEST FOR § 1407 TRANSFER OF OUR CASES OUT OF THE SOUTH TO THE NORTH, AND THE 4TH. CIRCUIT IN ITS ENTIRETY BE DISQUALIFIED. THE RECENT FILING OF THE KENTUCKY DISTRICT COURT CASE SHOULD NOW SEAL THE MULTI DISTRICT LITIGATION PANEL'S JURISDICTION TO REVIEW THESE MATTERS AND HOPEFULLY GRANT OUR REQUEST FOR § 1407 TRANSFER AS IS SOUGHT WITHIN THE COMPLAINTS BEFORE THE COURTS INVOLVED. THE PLAINTIFFS WANT THESE CASES OUT OF THE SOUTH WITH ALL DUE RESPECT TO ALL PARTIES

INVOLVED.

FOR THE RECORD. THIS IS NOT A COMPLETE AND FULL RESPONSE TO ATTORNEY BILTOFT RECENT PLEADING DATED JANUARY 5, 2024 FILED JANUARY 9, 2024 PLACED BEFORE THE RICHLAND COUNTY COURT OF COMMON PLEAS WITHIN A CASE REMOVED TO THE OHIO DISTRICT COURT. THIS DOCUMENT IS DESIGN JUST TO MOVE SWIFTLY AND NOTIFY THE FEDERAL COURTS INVOLVED OF THE SOUTH CAROLINA STATE ACTORS FRAUD AND OBSTRUCTION OF JUSTICE AND TO SEEK THAT THE OHIO DISTRICT COURT NOW DELAY RULING UNTIL THE PLAINTIFF CAN GIVE ATTORNEY BILTOFT OPPORTUNITY TO DEAL WITH HIS CLIENTS PRESENT UNLAWFUL ACTS AND TO HALT AND ADDRESS AND PLACE ON THE RECORD THE CONTINUED UNCONSTITUTIONAL ACTION. THIS DOCUMENT AND PLEADING BEING TIMELY, HAVING RECEIVED ATTORNEY BILTOFT JANUARY 5, 2024 DATED PLEADING ON JANUARY 17, 2024. THIS IS NOTICE TO ALL COURTS AND PARTIES THAT THE PLAINTIFF RESERVES THE CONSTITUTIONAL DUE PROCESS RIGHT TO FILE SUBSEQUENT FULL RESPONSE ONCE ATTORNEY BILTOFT DEAL WITH THE LAWSLESS ACTIONS OF HIS CLIENTS THE S.C. DEPT. OF CORRECTIONS AND THE S.C. ATTORNEY GENERAL PRESENTLY BEING COMMITTED.

THE SNAKES HAVE NOW RISEN THEIR UGLY HEADS ONCE THEY DISCOVERED THAT THE OHIO DISTRICT COURT WAS ABOUT TO POTENTIALLY RULE ON THE INJUNCTIVE AND OR PROTECTIVE ORDER RELIEF. THE PLAINTIFF SEEKS TO GIVE THE ATTORNEY FOR THE SOUTH CAROLINA DEFENDANTS AN OPPORTUNITY TO ADDRESS AND OR REMEDY THESE MATTERS BEFORE INJUNCTIVE AND PROTECTIVE ORDER RELIEF IS HOPEFULLY GRANTED. NEVERTHELESS, ATTORNEY BILTOFT, DUE TO THE CONTINUOUS LAWLESSNESS AND UNCONSTITUTIONAL ACTION ON THE PART OF YOUR CLIENTS RECORDED AND DOCUMENTED AT EVERY STEP, THE RELIEF AGAINST YOUR CLIENTS, THE STATE OF SOUTH CAROLINA, THE S.C. ATTORNEY GENERAL AND THE S.C. DEPT. OF CORRECTIONS NOW STAND AT $180.5 BILLION AND HAS BEEN INCREASING IN INCREMENTS OF $100 MILLION IN PUNITIVE DAMAGES EVERY (10) DAYS UNTIL YOU AND YOUR CLIENTS ARE IN COMPLIANCE WITH WHAT IS DEMANDED IN THE (54) PAGE AFFIDAVIT OF FACTS GIVING JUDICIAL NOTICE FILED BEFORE BOTH THE RICHLAND COURT AND OHIO COURT AND THE ADDITIONAL INJUNCTIONS SOUGHT UNDER CASE

LEGAL

COOK-115157

2:23-cv-02962-JLG-CHG. THE LITIGATION WITHIN THESE PAGES DUE TO INCREASE IN PUNITIVE DAMAGES WHICH THE RICHLAND COURT DO NOT POSSESS THE AUTHORITY TO GIVE AND OTHER CLAIMS MADE JUSTIFY WHY CASES 2006-CP-400-3567, 3568, 3569; 2013-CP-400-0084, 2294 RELEVANT FINAL ORDERS ARE SOUGHT VACATED AND THOSE CASES REMOVED. I ENCOURAGE YOU MR BILTOFT TO REVIEW THE (54) PAGE AFFIDAVIT IN QUESTION FILED BEFORE BOTH THE RICHLAND AND OHIO DISTRICT COURT, AND THE OHIO COMPLAINT ON LINE TO BRING YOU UP TO SPEED SINCE YOU JUST CAME ON THIS CASE. IT CAN ALSO BE FOUND ON PAGES 95 THROUGH 218 OF THE OHIO DISTRICT COURT COMPLAINT THAT WAS SERVED ON THE S.C. DEPT. OF CORRECTIONS TO ADDRESS RELATED MATTERS. SERVICE UPON THE PRINCIPLE IS SERVICE UPON THE AGENT AND VISA VERSA. THE STATE COURT NO LONGER HAS JURISDICTION TO HEAR YOUR RECENT FILED PLEADING DATED JANUARY 5, 2024. YOUR PLEADING IS ESSENTIALLY FILED WITHIN THE WRONG COURT. THUS, I MOTION TO STRIKE IT AND INTEND TO SUBMIT SUBSEQUENT PLEADING RELATED THERETO.

ATTORNEY BILTOFT, WHAT IN THE WORLD, HOW IN THE WORLD, ARE YOU AND THE McKAY LAW FIRM DOING IN EGREGIOUS ACTS OF FRAUD, CRIMINAL CONSPIRACY AND OBSTRUCTION OF JUSTICE DOING ATTEMPTING TO FILE A LEGAL PLEADING IN THE RICHLAND COUNTY COURT OF COMMON PLEAS CASES RELIED UPON BEFORE THE OHIO AND OTHER FEDERAL COURTS, YOUR PLEADING DATED JANUARY 5, 2024 FILED JANUARY 9, 2024, WITHOUT FIRST GOING ON THE RECORD BEFORE THE RICHLAND COURT OF COMMON PLEAS AND FEDERAL COURTS NOW INVOLVED, EXPLAINING WHY YOU AND OR YOUR COLLEAGUES AT THE McKAY LAW FIRM FAILED TO SHOW UP AT THE NOVEMBER 2020 HEARING IN THE RICHLAND COUNTY COURT OF COMMON PLEAS?

JUDGE NEWMAN VIOLATED THE SEPARATION OF POWERS CLAUSE, ESSENTIALLY ACTING AS YOUR AND YOUR CLIENTS ATTORNEY, WHICH SHE DOES NOT HAVE THE LEGAL POWER AND AUTHORITY TO DO, SPECULATING AS TO WHY YOU AND OR YOUR COLLEAGUES AT THE McKAY LAW FIRM FAILED TO APPEAR ONCE YOU AND YOUR FIRM WHERE CLEARLY, INDISPUTABLY, GIVEN FAIR, PROPER AND TIMELY NOTICE? THIS IS ONE COUNT OF VIOLATION OF THE SEPARATION OF POWERS CLAUSE VOIDING JUDGE NEWMAN AND THE RICHLAND COUNTY COURT OF COMMON PLEAS JURISDICTION FOR

UNCONSTITUTIONAL ACTION UNDER THE CONSTITUTIONAL ELEMENT TO SUBJECT MATTER JURISDICTION. BY THIS DOCUMENT YOU ARE NOW ON THE RECORD BEFORE THE FEDERAL COURTS INVOLVED ATTORNEY BILTOFT. TELL THE FEDERAL COURTS INVOLVED. TELL THE FEDERAL COURTS THAT I AM LYING IF YOU CAN. DID YOU AND YOUR FIRM OR DID YOU AND YOUR FIRM NOT APPEAR AT THE SCHEDULED NOVEMBER 2020 HEARING IN RICHLAND COUNTY? INJUNCTIVE RELIEF IS ABOUT TO BE RULED ON. YOU ARE NOW REQUIRED AND GIVEN OPPORTUNITY TO RESPOND BEFORE THE FEDERAL COURTS INVOLVED.

ACCORDING TO YOUR COLLEAGUES OF THE McKAY LAW FIRM DOCUMENTED ON THE COURT RECORD ESTABLISHING STATEMENT OF TRUTH UNDER CASES 2020-000974 AND 2021-000629, THOSE CASES BEFORE THE S.C. SUPREME COURT. YOUR FIRM'S ALLEGED EXCUSE WAS, AND I QUOTE, "THE UNDERSIGNED ATTORNEYS WERE BROUGHT INTO THE CASE BUT COULD NOT LOCATE THE PLEADINGS AND FILINGS BELONGING TO THE CASE BECAUSE THE CLERK OF COURT'S OFFICE HAD PLACED THE DOCUMENTS IN A WAREHOUSE". THIS WAS YOUR COLLEAGUES DEFENSE. TO ADD TO THIS, WHAT YOUR FIRM FAILED TO DISCLOSE IS THAT JUDGE TOAL WHO IS A DEFENDANT ON THESE CASES ATTEMPTED TO SIT UPON HER OWN CASE TO CAUSE THESE CASES HARM AND ISSUE AN UNLAWFUL ORDER OF CONTINUANCE SHE HAD NO LEGAL AUTHORITY TO DO BEING A DEFENDANT, AND WHILE ILLEGALLY ATTEMPTING TO SIT UPON HER OWN CASES, SHE WAS THE ONE WHO POTENTIALLY ORDERED THE FILES BE SENT TO CONSOLIDED WAREHOUSE IN CASE OUTSIDERS CAME TO INVESTIGATE THE PLAINTIFFS AND INTEVENORS CLAIMS TO KEEP THEM FROM BEING READILY AVAILABLE. YOUR FIRM WAS SERVED A COPY OF EVERYTHING UNTIL AT ONE POINT YOUR FIRM REFUSE TO ACCEPT SERVICE AND RETURNED LEGAL DOCUMENTS AT TIMES.

NEVERTHELESS, YOU AS YOUR CLIENTS ATTORNEY, NOT THE COURT CLERK, ARE SOLELY RESPONSIBLE FOR MAINTAINING AND KEEPING ALL LEGAL FILES RELATED TO YOUR CLIENTS. THUS, THAT IS A SUBSTANTIALLY POOR EXCUSE. AS CASE LAW STATE, SUCH AN EXCUSE IS NOT VALID TO SET ASIDE THE DEFAULT. THIS IS COMPOUNDED BY A FUNDAMENTAL CONCEPT OF LAW IN THAT IF YOU DID FEEL THIS WAS A VALID EXCUSE. IT WAS YOUR PROFESSIONAL DUTY AND RESPONSIBILITY TO PLACE THIS ALLEGED EXCUSE BEFORE THE RICHLAND COURT AND

POTENTIALLY MOVE FOR A CONTINUANCE TO AVOID DEFAULT BUT YOUR FIRM AND COLLEAGUES CLEARLY FAILED IN THIS DUTY. THUS, YOU AND YOUR CLIENTS ARE IN DEFAULT AND THE LEGAL PLEADING THAT YOU JUST FILED IS PROCEDURALLY BARRED AND MUST BE STRICKEN FROM THE COURT RECORD WHICH IS SOUGHT NOW AND IN SUBSEQUENT INTENDED PLEADING.

ADDITIONALLY, IT IS CLEAR THAT JUDGE NEWMAM ABUSED HER DISCRETION IN ACTS OF FRAUD UPON THE COURT ESSENTIALLY ACTING AS YOUR LEGAL COUNSEL WITHOUT AUTHORITY OF LAW. THE STATEMENT BEFORE THE S.C. SUPREME COURT AS TO YOUR FIRM'S EXCUSE IS AN ADMISSION OF TRUTH AND CANNOT BE CHANGED. THUS, THIS REASONING FROM YOUR COLLEAGUES AND FIRM IS ESSENTIALLY IDENTICAL TO THE EXCUSE GIVEN BY THE PARTIES IN THE CASE OF WHITE OAK MANOR INC. v. LEXINGTON INS. CO., 407 S.C. 1, 753 S.E.2d. 537(S.C.2014). THEREFORE, JUDGE NEWMAN ACTING IN EGREGIOUS ACTS OF FRAUD UPON THE COURT BEHIND RELIGIOUS AND RACIAL HATRED BASED UPON WHAT IS ARGUED IN THE OHIO COMPLAINT, OVERRULED ANOTHER JUDGE IN THE SAME CIRCUIT ON THE SAME ISSUE RELATED TO DEFAULT PRODUCING AN ADDITIONAL VIOLATION OF THE SEPARATION OF POWERS CLAUSE FURTHER VOIDING HER AND THE RICHLAND COMMON PLEAS COURT'S JURISDICTION UNDER THE CONSTITUTIONAL ELEMENT TO SUBJECT MATTER JURISDICTION WHERE THE WHITE OAK MANOR RULING WAS EVEN RECENTLY CONFIRMED BY THE S.C. SUPREME COURT UNDER THE CASE OF AEP2, LLC. v. BMW OF NORTH CAROLINA, LLC., 2021 WL 4305231 (S.C.App.2021). WHEN JUDGE NEWMAN UNLAWFULLY VIOLATING DUE PROCESS LAW PRODUCING UNCONSTITUTIONAL ACTION, VIOLATING THE SEPARATION OF POWERS CLAUSE, IT TRIGGERED A FINAL JUDGMENT PURSUANT TO TORRENCE v. S.C. DEPT. OF CORRECTIONS,--S.E.2d.--, 2021 WL 1114310 (S.C.App.2021) AND HALL v. HALL, 138 S.Ct. 1118 (U.S.2018).

THE LAW IS CLEAR ON THIS ISSUE ATTORNEY BILTOFT. "WHEN AN OPINION OR JUDICIAL DETERMINATION, AS THE ONE DONE BY JUDGE NEWMAN IN THIS CASE, IS IN CONFLICT WITH A GIVEN ISSUE, IN THIS CASE, AS TO WHAT ESTABLISH THE DEFAULT, THE EARLIEST OPINION, THE WHITE OAK MANOR OPINION AND OR JUDICIAL DETERMINATION CONTROLS, DEMONSTRATING THAT THERE IS INDEED A FINAL ORDER IN THIS CASE RELIED UPON, THE WHITE OAK MANOR RULING VIA TORRENCE TRIGGER, UNLESS THAT WHITE OAK MANOR OPINION HAS BEEN OVERRULED BY AN

LEGAL

COOK-115157

INTERVENING OPINION FROM STATE'S HIGHEST COURT SITTING EN BANC OR THE U.S. SUPREME COURT WHERE IN THIS CASE, IT IS AFFIRMED BY THE S.C. SUPREME COURT UNDER THE AED2, 2021 WL 4305231 RULING. ALSO SEE McMELLON v. UNITED STATES, 387 F.3d. 329 (4th.Cir.2004); WILLIAMS v. BERMUDA RUN INVESTOR DEVELOPMENT GROUP, INC., 2006 WL 7286063(S.C.App.2006); MERCER OUTDOORS ADVERTISING, LLC. v. CITY OF HERMITAGE, P.A., F.Supp.2d., 2013 WL 6498266(W.D.Pa.2013); SALMINOSEN v. C.G.D., INC., 377 S.C. 442, 661 S.E.2d. 81(S.C.App.2008); ENOREE BAPTIST CHURCH v. FLETCHER, 287 S.C. 602, 340 S.E.2d. 547 (S.C.App.1986); PATRICK v. BRYAN, S.E. Rptr., 2023 WL 234559 (S.C.App.2023); REE v. DOE, S.E.Rptr., 2021 WL 2577035(S.C.App.2021). A JUDGE MAY NOT OVERRULE ANOTHER JUDGE OF THE SAME CIRCUIT WHICH IS WHAT JUDGE NEWMAN ESSENTIALLY DID IN FRAUD UPON THE COURT AND OBSTRUCTION OF JUSTICE TO AID AND PROTECT YOU AND YOUR CLIENTS ATTORNEY BILTOFT, THE STATE OF SOUTH CAROLINA, BOTH RICHLAND AND KERSHAW COUNTIES, THE S.C. ATTORNEY GENERAL AND THE S.C. DEPT. OF CORRECTIONS ESPECIALLY IN LIGHT OF THE FACT THAT BOTH CASES 2006-CP-400-3568, 3569 ARE STILL PENDING SINCE 2006 VIOLATING DUE PROCESS LAW PRODUCING UNCONSTITUTIONAL ACTION. YOU AND YOUR CLIENTS ARE IN DEFAULT SIR AND THE RICHLAND COURT'S JURISDICTION IS VOID CREATING AN INABILITY FOR THAT COURT TO RULE ON YOUR PLEADING. I SEEK TO STRIKE IT DUE TO IT BEING PROCEDURALLY BARRED. ITS OVER WITH. YOUR CLIENTS LOST AND THEY ARE IN DEFAULT ESTABLISHING LEGAL NAME CHANGE TO INCLUDE ALL RIGHTS, TITLES, PRIVILEGES AND IMMUNITIES OF THE SOVEREIGN FIDUCIARY HEIR AND MEMBER OF THE SOLE CORPORATION AND FOREIGN SOVEREIGN CROWN. THUS, THE LEGAL PLEADING YOU JUST FILED IS UNCONSTITUTIONAL AND VOID, BUT STILL I WILL SOON ADDRESS THAT COMPUTER, A.I. GENERATED RESPONSE THAT ALL YOU LAWYERS PUT OUT FOR EVERY CASE BEFORE YOU. WHAT?. YOU DIDN'T THINK I HAD THE INTELLIGENCE TO SEE THAT YOUR RESPONSE WAS A.I. GENERATED? I WILL SOON ADDRESS IT. DEFAULT AND JUSTIFICATION FOR THE INJUNCTIVE AND PROTECTIVE ORDER RELIEF IS ESTABLISHED, IN INTEREST OF ROBERT T., S.E.Rptr., 2018 WL 1108733 (S.C.App.2018); BINKLEY v. BURRY, 352 S.C. 286, 573 S.E.2d. 838 (S.C.App.2002); BELTON v. STATE, 313 S.C. 549, 443 S.E.2d. 554 (S.C.App.1994); CHARLESTON COUNTY DEPT. OF SOCIAL SERVICES v. FATHER, STEPMOTHER, 317 S.C. 283, 454

S.E.2d. 307(S.C.App.1995). YOU ARE REQUIRED TO RESPOND TO THE SEEKING OF THE INJUNCTIVE AND PROTECTIVE ORDER RELIEF BECAUSE ITS COMING GOOD LORD WILLING ATTORNEY BILTOFT.

THE UNITED STATES SUPREME COURT BY RECENT RULING HAS NOW MADE THE ISSUE OF SUBJECT MATTER JURISDICTION CLEAR AND UNAMBIGUOUS FOR ALL COURTS AROUND THE NATION AT EVERY LEVEL, STATE AND FEDERAL. THAT COURT DETERMINED:

"COURTS (BOTH STATE AND FEDERAL) HAVE NO CONSTITUTIONAL AUTHORITY (JURISDICTION) TO PASS ON THE MERITS (WHICH INCLUDE CONVICTIONS OR PCR CASES OR THE RIGHTS, TITLES, PRIVILEGES AND IMMUNITIES OF THE FIDUCIARY SOVEREIGN HEIR, KING AND MEMBERS OF THE SOLE CORPORATION AND FOREIGN SOVEREIGN CROWN OR THE BENEFICIARIES OF THE CESTUI QUE TRUST ESTABLISHED BY "CONTRACT", "COVENANT" PROTECTED UNDER ARTICLE 1 § 10 OF THE U.S. CONST., OR YOUR PRESENTLY SUBMITTED PLEADING ATTORNEY BILTOFT) OF A CASE BEYOND THEIR JURISDICTION (THE FRAUD, OBSTRUCTION AND DUE PROCESS VIOLATIONS PLACE THE CONVICTION AND YOUR NOW SUBMITTED PLEADING ATTORNEY BILTOFT BEYOND THE COURT'S JURISDICTION.)---"TO DO SO IS, BY VERY DEFINITION, FOR THE COURTS TO ACT ULTRA VIRES", 525 U.S. AT 102, 118 S.Ct. 1003. "MUCH MORE THAN MERE NICETIES ARE AT STAKE HERE. THE STATUTORY (LEGISLATIVE PRONG) AND "(ESPECIALLY)" CONSTITUTIONAL ELEMENTS (PRONGS) OF JURISDICTION (SUBJECT MATTER JURISDICTION) ARE AN ESSENTIAL INGREDIENT OF SEPARATION AND EQUILIBRATION OF POWERS, RESTRAINING THE COURTS FROM ACTING AT CERTAIN TIMES, AND EVEN RESTRAINING THEM FROM ACTING PERMANENTLY REGARDING CERTAIN SUBJECTS", ID AT 101, 118 S.Ct. 1003. "THIS TENET IS AS OLD AS THE BEDROCK AND ALMOST AS OLD AS THE COURT ITSELF", DEMONSTRATING RETROACTIVE IMPLICATIONS, CROSS-SOUND FERRY SERVS., INC. v. I.C.C., 834 F.3d. 327, 339 (C.A.D.C.1991); THE CITY OF OCALA, FLORIDA v. ROJAS, 598--U.S.--, 2023 WL 2357328 (U.S.2023); WILKINS v. UNITED STATES,--S.Ct.--, 2023 WL 2655449 (U.S.2023)(REGARDING PROCEDURAL PROCESSING RULES); UNITED STATES v. BROWN,--F.4TH.--, 2023 WL 3214545 (4th.Cir.2023)(REGARDING REQUIRING PROPER ELEMENTS BE PLACED

LEGAL

COOK-115157

Also see i36 Sct 718(2016) Montgomery v Louisiana

718, 193 L.Ed.2d. 599(U.S.2016); <u>STEEL CO. v. CITIZENS FOR A BETTER ENVIRONMENT,</u> 523 U.S. 83, 118 S.Ct. 1003(U.S.1988).

THE RICHLAND COUNTY, S.C. COURT OF COMMON PLEAS JURISDICTION IS VOID UNDER THE CONSTITUTIONAL ELEMENT TO SUBJECT MATTER JURISDICTION BECAUSE THEY NO LONGER HAVE THE POWER TO HEAR THIS CASE DUE TO THE "[P]ROCEDURAL [D]EFECT" IN VIOLATION OF THE CLAIM PROCESSING RULE WHERE UNDER SOUTH CAROLINA LAW, THE COURT OF COMMON PLEAS HAD (365) DAYS TO CONCLUDE THESE DUE PROCESS MATTERS BEFORE ITS COURT OR BE IN VIOLATION OF THE STATUTE. THE PROVISION OF LAW IS ATTACHED TO THE S.C. CONSTITUTION WHERE ARTICLE 1 § 23 OF THE S.C. CONSTITUTION DICTATE THAT ANY LAW ATTACHED TO THE S.C. CONSTITUTION IS MANDATORY UNLESS THERE IS SOME LANGUAGE IN THE PROVISION THAT STATES IT IS NOT. IN THE CASE OF THIS CLAIM PROCESSING RULE, IT IS MANDATORY. THERE IS NO LANGUAGE CONTAINED IN THE PROVISION THAT STATES IT IS NOT MANDATORY, EVEN DRACONIAN, WHERE THE LANGUAGE OF THE PROVISION MAKES USE OF THE WORD **"[S]HALL"**, AS OPPOSED TO THE WORD "MAY". THE RICHLAND COURT CANNOT FORCE CONSTRUCT OR SUBTLY EXPAND THE STATUTE WHICH WOULD PRODUCE AN ADDITIONAL VIOLATION OF THE SEPARATION OF POWERS CLAUSE. AN ORDER OF CONTINUANCE NEEDS TO BE FILED WITHIN THE CASE PRIOR TO THE (365) DAY MANDATE, AND THAT CONTINUANCE IS NOT PERPETUAL WHERE THIS CASE HAS BEEN SITTING SINCE 2008 VIOLATING ARTICLE 1 § 23 OF THE SOUTH CAROLINA CONSTITUTION AND UNITED STATES SUPREME COURT RULING AS THEY PERTAIN TO PROCEDURAL AND OR CLAIM PROCESSING RULES. THUS, THE RICHLAND COURT IS VOID OF JURISDICTION TO HEAR YOUR MOTION ATTORNEY BILTOFT DUE TO THIS UNCONSTITUTIONAL ACTION ATTEMPTING TO EXPAND THE STATUTE IN VIOLATION OF THE SEPARATION OF POWERS CLAUSE, <u>HODGES v. RAINEY,</u> 341 S.C. 79, S.E.2d. 578(S.C.App.2000); <u>BESSINGER v. R-N-M BUILDERS & ASSOCIATES, LLC.,</u> 421 S.C. 349, 806 S.E.2d. 731(S.C.App.2017); <u>KINGDOM WARE TECHNOLOGIES, INC. v. UNITED STATES,</u> 579 U.S. 162, 136 S.Ct. 1969, 195 L.Ed.2d. 334(U.S.2016); <u>MAINE COMMUNITY HEALTH OPTIONS v. UNITED STATES,</u> 140 S.Ct. 1308, 1320+ U.S.; <u>SUPERNUS PHARME+ACUETICAL, INC. v.</u>

LEGAL

COOK-115157

IANCU, 913 F.3d. 1351, 1359 Fed.Cir.(Va.); MURPHY v. SMITH, 138 S.Ct.784, 200 L.Ed.2d. 75, 86 U.S.L.W. 4069(U.S.2018); UNITED STATES v. WHEELER, 886 F.3d. 415(4th.Cir.2018); FORTBEND COUNTY, TEXAS v. DAVIS, 139 S.Ct. 1843(U.S.2019).

SUBJECT MATTER JURISDICTION IS THE POWER TO DECLARE LAW, WHETHER IT BE UNDER THE DUE PROCESS/ CONSTITUTIONAL PRONG AND OR ELEMENT, OR UNDER THE STATUTORY/ LEGISLATIVE PRONG AND OR ELEMENT TO SUBJECT MATTER JURISDICTION. THEREFORE, IT CANNOT BE WAIVED AND OR FORFEITED. THUS, WHEN IT CEASE TO EXIST. THE ONLY THING LEFT FOR THE COURT TO DO IS ANNOUNCE IT, AND DISMISS THE CAUSE OF CONVICTION AGAINST THE PLAINTIFF DUE TO THIS BEING A FALSE IMPRISONMENT TORT AND RELEASE TO ME THAT EVIDENCE OF ACTUAL INNOCENCE IN THE FORM OF THAT SOUGHT DNA TESTING, TESTING THAT DNA TO MICHAEL LEE MY STEPSON AND GIVE THE PLAINTIFF THE CRAWFORD SLED INVESTIGATIVE FILE, FILE # 5501014 (300) PAGES WITH ITS CORONER NOTES AND DEATH CERTIFICATE ETC. AND I WANT THEM GRAND JURY PANEL DOCUMENTS TO ADDRESS THIS SHAM LEGAL PROCESS AS S.C. CODE ANN. § 14-7-1770 AND EVANS v. STATE, 363 S.C. 495, 611 S.E.2d. 510 (S.C.App.2005) SAY THAT I AM ENTITLED TO, PRODUCING AN INDICTMENT THE DAY I WENT TO TRIAL WHEN THERE APPEARS TO BE NO RECORD OF THE GRAND JURY EVER CONVENING. LET'S SEE RIGHT NOW WHILE THE FEDERAL JUDGES ARE PRESENT FOR INJUNCTIVE AND PROTECTIVE ORDER PURPOSE. YOU ARE REQUIRED TO RESPOND ATTORNEY BILTOFT AND PROVE ME WRONG BY GIVING UP VOLUNTARILY WHAT IS SOUGHT OR INJUNCTION SHALL BE SOUGHT TO GET THIS EVIDENCE OF ACTUAL INNOCENCE YOUR CLIENTS IN ACTS OF KIDNAPPING AND FRAUD CONCEALED, SEBELIUS v. AUBURN REGIONAL MEDICAL CENTER, 133 S.Ct. 817, 184 L.Ed.2d. 627, 81 U.S.L.W. 4053(U.S.2013); DALAFLUX v. ATLAS GLOBAL L.P., 541 U.S. 567, 124 S.Ct. 192, 158 L.Ed.2d. 866(U.S.2004); 24 SENATORIAL DIST. REPUBLICAN COMMITTEE v. ALCORN, 820 F.3d. 624(4th.Cir.2016); SANDERS v. SAVANNAH HIGHWAY AUTOMOTIVE COMPANY,--S.E.2d.--, 2020 WL 6154305 (S.C.App.2020); KOSCIUSKO v. PARHAM, 428 S.C. 481, 836 S.E.2d. 362 (S.C.2019).

LASTLY, THESE CASES, NAMELY, 2006-CP-400-3567, 3568, 3569 ARE NOT SOLELY RICHLAND COUNTY S.C. CASES. THEY ARE KENTUCKY

**LEGAL**

COOK-115157

DISTRICT COURT CASES ATTORNEY BILTOFT. SURPRISE!!! (SMILE). WHAT DO THE PLAINTIFF MEAN BY THIS? THESE ARE NOT THE CASES ORIGINAL CASE NUMBERS. THE ORIGINAL CASE NUMBERS FOR THESE CASES ARE 2006-CP-400-0549, 0550, 0551 AND 0552. THEY WERE ALREADY ATTEMPTED BY FRAUD DISMISSED IN 2007. CHECK THE COURT RECORD ATTORNEY BILTOFT. ALLOW ME TO ASSIST IN THE EXPLANATION.

THE PLAINTIFF WAS AT THAT TIME BEFORE THE KENTUCKY DISTRICT COURT AND OTHER FEDERAL COURTS AROUND THE NATION SEEKING TO FILE CLASS ACTION WRIT OF HABEAS CORPUS FOR THE LEGAL ISSUES OF RELIGIOUS PROPHESY PRESENTLY BEFORE THE OHIO DISTRICT COURT AND THAT ARE THE SOURCE OF THE CONTROVERSY. THE VARIOUS FEDERAL COURTS PANICKED WHEN THEY SEEN THE IMPLICATIONS OF THESE ESSENTIALLY GLOBAL CLAIMS. THE SEEKING CLASS ACTION WRIT OF HABEAS CORPUS BEFORE THE KENTUCKY DISTRICT COURT WAS DISMISSED BECAUSE IT WAS THEN DETERMINED THAT AT THAT TIME I HAD TO FILE IT IN SOUTH CAROLINA ALSO DUE TO THE EVIDENCE OF EXTRA TERRITORIAL CONSPIRACY NOT FULLY MANIFESTING ITSELF IN THAT POINT OF THESE STATE AND FEDERAL CASES HISTORY. THE 4TH. CIRCUIT IN FRAUD OBSTRUCTED THAT HEARING UNTIL THIS PRESENT DAY WHICH IS AGAIN WHY THE § 1407 TRANSFER IS SOUGHT. BUT WHILE THE PLAINTIFF WAS BEFORE THE KENTUCKY DISTRICT COURT, THE PLAINTIFF PRESENTED BEFORE THE KENTUCKY DISTRICT COURT AS EVIDENCE TO SUPPORT THE CLAIM OF FRAUD AND OBSTRUCTION BY THE STATE OF SOUTH CAROLINA, CASES 2006-CP-0549, 0550, 0551 AND 0552 FROM THE RICHLAND COURT. THE PLAINTIFF THEN MOTIONED BEFORE THE KENTUCKY DISTRICT COURT THAT IF THAT COURT SEES ANY EVIDENCE THAT THE CLAIMS OF FRAUD AND OBSTRUCTION ARE TRUE AND VALID AGAINST THE STATE OF SOUTH CAROLINA, TO REVERSE AND VACATE THE RICHLAND COMMON PLEAS COURT CASES JUDGMENT, THEN REMAND THEM BACK TO THE RICHLAND COUNTY COMMON PLEAS COURT AND REQUIRE THE ACTIONS BE PLACED BEFORE A JURY. THE KENTUCKY DISTRICT COURT AGREED WITH THE PLAINTIFF GRANTED THE MOTION, COMBINED THE S.C.D.C. CASES AND REMANDED THE CASES TO RICHLAND COUNTY, S.C.. IN THAT TRANSFER, THE STATE ACTORS, IN ADDITIONAL ACTS OF FRAUD UPON THE COURT, CONSPIRING UNDER COLOR OF STATE LAW, CHANGED THE CASE NUMBERS TO MAKE THEM LOOK LIKE A NEWLY FILED ACTIONS IN 2008 WHEN OF COURSE THEY WERE

LEGAL

COOK-115157

NOT. THIS PRODUCED THE CASE NUMBERS THAT WE SEE TODAY. THUS, YOUR RECENT PLEADING, ACTION AND ACTIVITIES ATTORNEY BILTOFT, ARE NOT JUST DIRECTED AT THE FORUM STATE OF OHIO TO CAUSE A DETRIMENTAL EFFECT UPON ITS INJUNCTIVE POWERS. YOUR ACTIONS ARE ALSO VIA EXTRA TERRITORIAL CONSPIRACY DIRECTED AT THE FORUM STATE OF KENTUCKY AND ITS DISTRICT COURT WHO REVERSED AND VACATED THE RICHLAND COURT'S DISMISSAL AND JUDGMENT AND REMANDED THE CASES BACK TO THE RICHLAND COURT FOR THE SPECIFIC PURPOSE OF PLACES THESE CASES BEFORE A JURY WHERE THE KENTUCKY DISTRICT COURT WOULD MAINTAIN LIMITED JURISDICTION OVER ITS REMAND ORDER. THUS, IF YOUR MOTION WAS GRANTED ATTORNEY BILTOFT. IT WOULD PRODUCE AN ADDITION VIOLATION OF THE SEPARATION OF POWERS CLAUSE VOIDING THE JURISDICTION OF THE RICHLAND COMMON PLEAS COURT UNDER THE CONSTITUTIONAL ELEMENT TO SUBJECT MATTER JURISDICTION BECAUSE A STATE JUDGE DOES NOT HAVE THE POWER OR AUTHORITY TO OVERRULE A FEDERAL JUDGE. THE RICHLAND COMMON PLEAS COURT WOULD ALSO BE IN VIOLATION OF THE MANDATE RULE WHERE THE RICHLAND COURT FAILED TO BE IN COMPLIANCE TO THE MANDATE AND PLACE THESE CASES BEFORE THE JURY TO AVOID THE EVIDENCE OF THE STATES CRIMES FROM MATERIAZING VIA DISCOVERY AND DNA TESTING, AND THE KENTUCKY DISTRICT COURT RETAINS LIMITED JURISDICTION OVER VIOLATION OF ITS REMAND ORDER. THIS IS RECORDED ON THE CASES HISTORY TRANSCRIPT WHEN JUDGE CHILDS BROUGHT THE PLAINTIFF BACK BEFORE THE RICHLAND COURT AFTER THE REMAND TO ASK THE PLAINTIFF ON THE COURT RECORD HOW DID I GET THESE CASES REOPENED AND REINSTATED WHEN SHE KNOWS THAT SHE DISMISSED THEM? THE PLAINTIFF INFORMED HER ON THE COURT RECORD THAT HE SENT THEM TO KENTUCKY AND THAT COURT REVERSED HER JUDGMENT AND REMANDED THE CASES FOR TRIAL. THEREFORE, THESE CASES CANNOT BE DISMISSED A SECOND TIME AFTER A FEDERAL JUDGE ORDERED THE JUDGMENT REVERSED AND VACATED AFTER HIS REVIEW AND GRANTING OF THE PLAINTIFF'S MOTION. WE HAVE RES JUDICATA AND OR COLLATERAL ESTOPPEL WHICH THE STATE COURT CANNOT OVERRULE ALSO BEING JURISDICTIONAL IN NATURE.

UNDER THE MANDATE RULE, THE RICHLAND COUNTY COURT OF COMMON PLEAS, ON REMAND FROM THE KENTUCKY DISTRICT COURT, MUST IMPLEMENT BOTH THE LETTER AND SPIRIT OF THE MANDATE, TAKING INTO

LEGAL

COOK-115157

ACCOUNT THE KENTUCKY DISTRICT COURT'S REVERSAL AND VACATING OF THE STATE COURT'S INITIAL JUDGMENT REQUIRING THE CASES BE SET FOR TRIAL. IF DISMISSED BY PLEADING NO SUCH TAKING INTO ACCOUNT WOULD EXIST VIOLATING THE MANDATE RULE, GEORGE v. BARCROFT, 2022 WL 42473, * 1 9th.Cir.(Or.).

UNDER THE "RULE OF MANDATE", WHICH IS SIMILAR TO BUT BROADER THAN, THE LAW OF CASE DOCTRINE, THE RICHLAND COURT AFTER HAVING RECEIVED THE MANDATE FROM THE KENTUCKY DISTRICT COURT CANNOT VARY OR EXAMINE THE MANDATE FOR ANY PURPOSE OTHER THAN EXECUTING IT. SINCE YOUR CLIENTS OBVIOUSLY CHANGED THE CASE NUMBER TO IN FRAUD UPON THE COURT CONCEAL THE REMAND, AND BY YOUR COLLEAGUES STATEMENT OF TRUTH, YOUR CLIENTS CONSPIRED TO SHIP DOCUMENTS RELATED TO THIS CASE AFTER JUDGE TOAL TRIED TO ILLEGALLY SIT UPON HER OWN CASES AND SEND FILES TO STORAGE. THERE IS NO TELLING IF COPY OF THE MANDATE HAS BEEN SPOLIATED TO CONCEAL MATERIAL FACTS AFTER THESE CASES HAVE SAT UNRESOLVED SINCE 2008 WHEN THEY WERE REMANDED. THE EVIDENCE OF THE REMAND IS CLEAR DOCUMENTED BY TRIAL TRANSCRIPT WHEN ASKED, IS SUPPORTED BY THE CHANGE IN CASE NUMBERS AFTER THE CASES WERE DISMISSED, EVEN IF THEY SPOLIATED ANY PHYSICAL RECORD BY DOCUMENT OF THE REMAND TO CONCEAL THE FRAUD. HOW DID THE CASE NUMBERS GET CHANGED ATTORNEY BILTOFT IF WHAT I AM SAYING IS NOT TRUE? HOW DID THESE CASES GET BACK IN FRONT OF THE RICHLAND COURT WHEN THE RECORD CLEARLY SHOW THAT IN 2007 THE CASES WERE DISMISSED? THE RICHLAND COURT PRODUCING A LEVEL OF BIAS THAT RISES TO AN UNCONSTITUTIONAL LEVEL PRODUCING CONSTITUTIONAL STRUCTURAL ERROR, VOIDING THEIR JURISDICTION AB INITIO, CANNOT ANY LONGER VIOLATE THE MANDATE, OVERRULE A FEDERAL JUDGE AND DISMISS THESE CASES A SECOND TIME IN VIOLATION OF THE SEPARATION OF POWERS CLAUSE AND THE MANDATE RULE, WILLIAMS v. PENNSYLVANIA, 136 S.Ct. 1899 (U.S.2016); BURREL v. U.S., 467 F.3d. 160 (2nd.Cir.2006); IN RE: TERRORISM ATTACK ON SEPT. 11, 2001, 2021 WL 2656451 (S.D.N.Y.2017).

ATTORNEY BILTOFT THAT $180.5 BILLION IS SET TO THE GRACE OF THE GOD I SERVE. ITS NOT MY MONEY AS FAR AS I AM CONCERNED.

THAT MONEY BELONGS TO GOD AND HIS PEOPLE. MY PLAN IS TO GIVE IT TO THE POOR AND NEEDY AROUND THE WORLD, WAR AND EARTHQUAKE TORN COUNTRIES, COUNTRIES PLAGUED BY GANG AND DRUG VIOLENCE. ITS NOT ABOUT THE MONEY TO ME. ITS THE PRINCIPLE OF WHAT THE STATE OF SOUTH CAROLINA AND YOUR CLIENTS DID TO ME, TO MY LIFE. THE CASE BEFORE THE OHIO DISTRICT COURT AND OTHER POTENTIALLY INVOLVED FEDERAL COURTS ESSENTIALLY CONTAIN ABOUT (30) CAUSES OF ACTION WITH ITS INJUNCTIONS INCREASING AT THE RATE OF $100 MILLION EVERY (10) DAYS FROM SEPTEMBER WHEN PLACED IN THE MAIL TO OHIO. THAT'S OVER $3 BILLION EVERY (10) DAY INTERVAL. APPROXIMATELY (13), [10] DAY CYCLES HAVE PAST AS I ESTIMATE. THIS WOULD PLACE US APPROXIMATELY AT ANOTHER $40 BILLION OVER THE $180.5 BILLION AND INCREASING. DO THE MATH. IF YOUR CLIENTS WANT THE ADDITIONAL $40 BILLION AND THE $100 MILLION (10) INTERVAL INCREASES TO BE WIPED OUT AND POTENTIALLY SAVE YOUR CLIENTS A SUBSTANTIAL AMOUNT OF PUNITIVE DAMAGES, THIS IS WHAT YOU AND YOUR CLIENTS SHALL DO:

(1) YOU ARE TO PLACE FORTH PLEADING IMMEDIATELY WITHDRAWING YOUR PRESENT MOTION FILED BEFORE THE RICHLAND COURT OF COMMON PLEAS. IT IS PROCEDURALLY BARRED, IS UNCONSTITUTIONAL AND DEFIES "JUSTICE AND FAIRNESS". IT CAN'T BE LEGALLY HEARD ALSO WHERE THE CASE IS PETITIONED REMOVED TO THE OHIO AND KENTUCKY DISTRICT COURTS.

(2) YOU SHALL GET WITH YOUR CLIENT THE S.C. Atty. GENERAL AND ISSUE A WARRANT FOR MICHAEL LEE, MY STEPSON, FOR THE PURPOSE OF FINDING HIM, AND YOUR CLIENT WILL HAVE THAT DNA SAMPLES TAKEN FROM MY CHILD, LAST KNOWN IN THE POSSESSION OF THE KERSHAW COUNTY CORONOR'S OFFICE, IMMEDIATELY OBTAINED AND TESTED TO MICHAEL LEE BY AN INDEPENDENT DNA TESTING FACILITY IN NORTH CAROLINA OR NEW YORK AND THEN FORWARD A COPY TO ALL FEDERAL COURTS INVOLVED AND THE PLAINTIFF. PROVE BEFORE THESE FEDERAL JUDGES WHOM INJUNCTION IS SOUGHT THAT I AM TELLING A LIE SIR ABOUT YOUR CLIENTS FRAMING ME BEHIND RELIGIOUS AND RACIAL HATRED, ESPECIALLY IN LIGHT OF THE FACT THAT I AM ENTITLED TO THAT DNA TESTING BY S.C. STATUTE AND WHERE THE KERSHAW COUNTY COURT OF GENERAL SESSIONS HAS BEEN HOLDING THOSE PROCEEDINGS IN LIMBO FOR

YEARS AFTER CRIMINALLY BLOCKING THE FILING FOR YEARS UNTIL MY SISTER, YAHDINA, HAD TO ASSIST ME IN GETTING THAT ACTION FILED. YOU ARE TO GET YOUR CLIENT TO IMMEDIATELY GET A HEARING SCHEDULED AND EXPEDITED WITHIN (14) DAYS OF YOUR RECEIPT OF THIS DOCUMENT BEFORE THAT COURT OR INJUNCTION AND OR PROTECTIVE ORDER SHALL BE SOUGHT TO PROTECT THAT EVIDENCE OF ACTUAL INNOCENCE FROM SPOLIATION.

(3) YOU ARE TO GET YOUR CLIENT THE S.C. Atty. GENERAL TO IMMEDIATELY OBTAIN AND FORWARD COPY TO THE PLAINTIFF AND ALL FEDERAL COURTS INVOLVED, A COPY OF THE CRAWFORD SLED INVESTIGATIVE FILE, (300) PAGES, NO DELETIONS, REDACTIONS, OR SUBSTITUTIONS, FILE # 5501014. THE 5TH. CIRCUIT SOLICITOR, JOHN MEADORS, IS RECORDED ON ON TRANSCRIPT AT MY COMPETENCY HEARING, LYING AND SAYING ESSENTIALLY THAT THE FILE DOES NOT EXIST SUPPRESSING EVIDENCE OF ACTUAL INNOCENCE. MS. PERRY, WHO WAS THE SECRETARY AT SLED INFORMED ME OF THE FILE'S EXISTENCE AND ONLY A SMALL PORTION OF THE FILE WAS RECEIVED. I WANT ALL OF IT SIR, INCLUDING THE CORONER'S NOTES, DEATH CERTIFICATE, ALL OF IT. I WANT A COPY OF THE TRANSCRIPT OF THE COMPETENCY HEARING WHERE MEADORS IS RECORDED GIVING THIS FALSE TESTIMONY TO THE COURT TO CONCEAL EVIDENCE OF ACTUAL INNOCENCE. PROVE TO THE FEDERAL JUDGES BEFORE US THAT THE PLAINTIFF IS LYING OR INJUNCTION SHALL BE SOUGHT TO PROCURE THIS EVIDENCE.

(4) I WANT THE GRAND JURY PANEL DOCUMENTS RELEASED TO ME. NOT JUST FOR MYSELF. BUT ALSO FOR EVERY PERSON HELD IN S.C.D.C. THAT IS LISTED AS AN INTERVENOR IN CASE 2:23-cv-02963 IN THE STATE OF OHIO TO PROVE ONCE AND FOR ALL THAT YOUR CLIENTS ENGAGED IN SHAM LEGAL PROCESS. DON'T DENY IT SIR. JUST PRODUCE THE EVIDENCE THAT WILL PROVE THAT I AND THE INMATES OF THIS STATE ARE LYING. THE CASE OF EVANS v. STATE TELL YOU BY LAW THAT WE ARE ENTITLED TO THIS INFORMATION. BY RELEASING IT FOR ALL PARTIES, IT WILL SHOW A PATTERN OF GUILT, CONSPIRACY AND LAWLESSNESS IN EFFORTS TO ESTABLISH A NEW FORM OF MODERN DAY SLAVERY GOING BACK DECADES WITHIN THIS UNDERCOVER AND OR OVERT KU KLUX KLANSMEN STATE. ACCORDING TO ONE SET OF DOCUMENTS I SEEN WITH MY OWN EYES.

IT INDICATES THAT A SUPPOSED GRAND JURY HEARD (280) CASES ON ONE DAY IN TWO HOURS. WE ALL KNOW THAT THIS IS IMPOSSIBLE. PRODUCE THOSE GRAND JURY PANEL DOCUMENTS SIR.

(5) ATTACHED YOU WILL FIND A COPY OF A DHO STATEMENT. AW SMITH CAME TO MY CELL WHILE ON RHU, SOLITARY, PLACED THERE IN RETALIATION FOR THE FREE EXERCISE OF CONSTITUTIONALLY PROTECTED RIGHTS, ON DECEMBER 5, 2023, HE CAME TO MY CELL UNDER THE GUISE OF SEEKING TO MAKE LEGAL COPIES WITH A WOMAN PURPORTING TO BE THE WARDEN'S SECRETARY, AND STOLE MY TWO OHIO INJUNCTIONS TO AVOID SERVICE OF THEM AND TO ENSURE THAT I WOULD BE FOUND GUILTY WHEN I WENT TO THE DHO HEARING ON DECEMBER 12, 2023. THE DOCUMENTS PROTECTED MY HAIR AND THE DHO LADY SPECIFICALLY ASKED FOR THEM WHICH PROTECTED MY HAIR UNTIL THE OHIO COURT RULED OTHERWISE. THEN LATER WHEN AW SMITH WAS CONFRONTED AND ASKED ABOUT IT BY THE CLASSIFICATION OFFICE, MS. JOHNSON AND OTHERS. HE CLAIMED THAT HE NEVER EVEN CAME TO MY CELL. ONCE S.C.D.C. GENERAL COUNSEL WAS ASKED TO INVESTIGATE. HE THEN CHANGES HIS STATEMENT AND ADMITS COMING, BUT THEN CLAIMS HE DID NOT TAKE THE TWO LEGAL OHIO DOCUMENTS BECAUSE THEY WERE HAND WRITTEN. IF YOU LOOK AT THE INJUNCTION FILED WITHIN THE OHIO DISTRICT COURT ON OCTOBER 31, 2023 AND THE ONE PRIOR TO THAT. IT IS CLEAR THAT THESE DOCUMENTS ARE TYPED, NOT HAND WRITTEN. THIS CATCHES AW SMITH IN A LIE DIRECTING HIS ACTIVITIES AT THE FORUM STATE OF OHIO ESTABLISHING EXTRA TERRITORIAL CONSPIRACY AND JURISDICTION. THE DOCUMENTS EXISTENCE IS ALSO VERIFIED BY THE KCI MAILROOM WHO WILL CONFIRM THAT I SIGNED FOR RECEIPT OF THE LEGAL DOCUMENTS ON OR ABOUT NOVEMBER 18, 2023 WHICH ARE TYPED DOCUMENTS THAT WERE NOT RETURNED UNTIL THIS VERY DAY. ATTORNEY BILTOFT YOU ARE TO GO ONLINE TO THE OHIO DISTRICT COURT UNDER CASE 2:23-cv-02962-JLG-CHG AND DOWNLOAD AND COPY ALL DOCUMENTS FILED UNDER ITEMS 9, 10, 11, 12 AND ON OCTOBER 31, 2023 WITHIN THE OHIO DISTRICT COURT IMMEDIATELY AND FORWARD ME A FILED COPY WITHIN (5) DAYS OF RECEIPT OF THIS DOCUMENT. YOU ARE TO INSTRUCT YOUR CLIENTS, S.C.D.C., TO IMMEDIATELY GET THIS BOGUS CHARGE OUT OF MY INMATE RECORDS WHICH WOULD NOT HAVE OCCURRED HAD AW SMITH NOT COME TO MY CELL AND STOLE THOSE TWO OHIO LEGAL INJUNCTION

DOCUMENTS SO I WOULD NOT HAVE THEM AT DHO WHICH CAUSED ME TO BE UNJUSTLY FOUND GUILTY AND PLACED IN THE WORSE DORM AT THIS INSTITUTION, PLACING ME IN A CELL WITH AN INMATE THEY KNEW TO BE A VIOLENT VOODOO DOPE SMOKING MAN, WEAPONIZING INMATES IN POTENTIAL PHYSICAL ASSAULTS SIR. GET ME IMMEDIATELY MOVED OUT OF HICKERY DORM AND PLACED IN MAGNOLIA DORM, MOVED IN A "SINGLE MAN" CELL, NO CELLMATES, UNTIL I AM EVENTUALLY MOVED AND OR RELEASED FROM S.C.D.C.. S.C.D.C. IS TO PLACE IN THAT CELL A LARGE 50 INCH FLAT SCREEN T.V., THEY HAVE THEM ALL OVER THE INSTITUTIONS READILY AVAILABLE. SINCE YOUR CLIENTS LOST MY RADIO, KOSS HEADPHONES AND ICE COOLER IN TRANSPORTING ME ALL AROUND THE STATE IN RETALIATION BECAUSE I FILING LEGAL ACTION BEFORE THE COURTS AGAINST THEM? YOU ARE TO IMMEDIATELY HAVE THEM GIVE ME ONE OF THOSE "CRANK RADIOS" THAT SELF CHARGE AND THEY ARE TO REPLACE MY KOSS HEADPHONES WITH A PAIR OF BOSE HEADPHONES AND A BOSE WAVE RADIO AND DISC PLAYER, THE BEST ONES THEY HAVE, AND A LARGE ICE COOLER, ALL CAN BE ORDERED FROM AMAZON. S.C.D.C. IS TO IMMEDIATELY RELEASE TO ME AND GIVE ME A LARGE SCREEN CELL PHONE, 5G, THAT HAS A LOT OF MEMORY, PREFERABLY AN APPLE PHONE. S.C.D.C. HAS THEM READILY AVAILABLE WITHIN THEIR CONTRABAND OFFICES AROUND THE STATE. THIS WON'T COST THEM A PENNY. THE CELL PHONE IS TO BE ACTIVATED, UNLOCKED WITH A PREMIUM PLAN THAT S.C.D.C. WILL PAY FOR IN FULL UNTIL I AM RELEASED WHILE IN THAT ONE MAN CELL. MY CELL AND PROPERTY ARE TO HAVE STATUS OF A FOREIGN EMBASSY NOT BEING SUBJECT TO ANY SEARCHES OR SEIZURES SINCE YOUR FIRM DID NOT APPEAR IN NOVEMBER AND I SHOULD NOT THEN BE SUBJECT TO THEIR POLICIES. S.C.D.C. IS TO PROVIDE FOR ME AT NO COST $200 WEEKLY IN CANTEEN OF MY CHOICE AS NEEDED UNTIL MY RELEASE. Not on my card. I WANT MS. JOHNSON POSITION RESTORED BACK IN CLASSIFICATION.

(6) YOU ARE TO INSTRUCT YOUR CLIENTS TO IMMEDIATELY ARRANGE APPOINTMENT AND WHATEVER NEEDED CONTINUAL MEDICAL VISITS TO THE ARTHRITIS KNEE PAIN CENTER IN COLUMBIA, S.C., AND THE S.C.D.C. ORTHOPEDIC CLINIC, BECAUSE YOUR CLIENTS FAILED ON THIS ISSUE BEFORE THE COURT FOR NOT TAKING ME TO THE ORTHOPEDIC CLINIC FOR 5 YEARS FORFEITS. THIS IS CRAZY ATTORNEY BILTOFT. YOUR CLIENTS ARE SADISTIC, TERRORISTIC ANIMALS. THE ORTHOPEDIC CLINIC

REQUIRED THAT I BE TAKEN BEFORE THEM EVERY 6 MONTHS TO GET THOSE SHOTS IN MY KNEES DUE TO DEGENERATIVE ARTHRITIS. IN RETALIATION AND IN ACTS OF RELIGIOUS AND RACIAL HATRED THEY HAVEN'T TAKEN ME IN 5 YEARS. I AM WALKING ON CRUTCHES IN EXTREME PAIN NOW ATTORNEY BILTOFT BECAUSE I CAN BARELY STAND FOR (10) MINUTES BEHIND THEM. THIS IS CRAY, LAWLESS, EVIL AND DOWN RIGHT VINDICTIVE OF YOUR CLIENTS. I DO NOT WANT TO BE TREATED BY ANYONE INVOLVED WITH S.C.D.C. NOW BECAUSE THESE DEVILS WILL TRY TO CONCEAL THE EXTENT OF THE DAMAGE CAUSED BY THEIR EVILS. S.C.D.C. IS TO FORWARD MY ORTHOPEDIC FILES TO THE ARTHRITIS KNEE PAIN CENTER OF COLUMBIA, S.C.. I HAVE A RIGHT ALSO UNDER ADA, TO HAVE AN INDEPENDENT PHYSICIAN LOOK AT MY KNEES NOW ON A REGULAR BASES UNTIL MY RELEASE AND I CHOOSE THE ARTHRITIS KNEE PAIN CENTER IN COLUMBIA AND THEY BE PERMITTED TO MAKE ALL ASSESSMENTS, APPOINTMENTS, EQUIPMENT, TREATMENTS AND REFERRALS NEEDED AND S.C.D.C. FOOT THE BILL ALL THE WAY. THIS INCLUDES S.C.D.C. AND THE STATE OF SOUTH CAROLINA PAYING IN FULL THE BILL FOR PLASTIC SURGERY DUE TO THE DISABILITY TO MY HANDS RESULTED BY THE ACTS OF OFFICIAL MENTAL AND OR PHYSICAL TORTURE FOR THE STATE FRAMING ME, TO INCLUDE ANY OTHER PLASTIC OR BODY SURGERY THAT I MAY NEED OR DESIRE FOR MY HEALTH RESULTING FROM THE OVER (20) YEAR ILLEGAL CAPTIVITY. THIS INCLUDE OBTAINING DENTAL IMPLANTS OF MY CHOICE FROM A DENTAL PHYSICIAN OF MY CHOICE. SIGNS OF THEIR EFFORTS TO BE IN COMPLIANCE IS TO OCCUR (5) DAYS AFTER RECEIPT OF THIS DOCUMENT OR INJUNCTION SHALL BE SOUGHT TO OBTAIN THIS.

(7) YOUR CLIENTS, S.C.D.C., IS CONSPIRING UNDER COLOR OF STATE LAW TO OBSTRUCT JUSTICE BY LIMITING MY ACCESS TO THE COURTS AND LAW LIBRARY BY ALLOWING ME IN THE LAW LIBRARY TWO DAYS OUT THE MONTH SIR, AND AVOIDING GIVING ME LEGAL COPIES TO ALLOW ME TO FILE ADDITIONAL EVIDENCE AND PLEADING BEFORE THE COURT. THEY ARE UNJUSTLY LIMITING MY ACCESS TO LEGAL SUPPLIES. I AM FORCED TO FILE LEGAL PLEADING WRITING ON THE BACKS OF MY LEGAL DOCUMENTS AND BLANK COURT FORMS ATTORNEY BILTOFT. THEIR BEHAVIOR IS UNACCEPTABLE. THIS IS RIDICULOUS! AT LIEBER C.I. I WAS AFFORDED (10) WHITE LEGAL ENVELOPES; (10) 9" BY 12" ENVELOPES; (10) 10" BY 15" ENVELOPES; (10) 12" BY 15½" ENVELOPES AND (150)

SHEETS OF PAPER UPON EVERY REQUEST. NOW THEY RESTRICT ME TO (30) PIECES OF PAPER. I AM ARGUING A MULTI DISTRICT LITIGATION CASE ATTORNEY BILTOFT. INSTRUCT YOUR CLIENTS TO CEASE THIS RETALIATORY BEHAVIOR AND IMMEDIATELY MAKE AVAILABLE TO ME THE AMOUNT OF LEGAL SUPPLIES AFFORDED AT LIEBER C.I. AND THEY ARE TO GET ME IN THAT LAW LIBRARY EVERY WEEK WITHOUT FAIL ON TUESDAYS, WEDNESDAYS AND THURSDAYS UNLESS THERE IS A RIOT GOING ON SIR.

(8)    WHO   IS   KRISTY   KHOL   AND   PAUL   GUNTER,   THESE INDIVIDUALS YOUR FIRM AND COLLEAGUES AND THE RICHLAND COUNTY COURT OF COMMON PLEAS WERE SENDING COPIES OF LEGAL PLEADINGS AND OR COURT ORDERS TO ATTORNEY BILTOFT? THESE INDIVIDUALS ACCORDING TO THE EMAILS PLACE ON YOUR FIRMS DOCUMENTS HAVE FEDERAL EMAIL ADDRESSES. I RESPECTFULLY DEMAND THAT YOU GO ON THE RECORD BEFORE THESE FEDERAL JUDGES PURSUANT TO SEEKING INJUNCTIVE RELIEF, AND NOT JUST EXPLAIN WHO THEY ARE TO THEM AND THE PLAINTIFF. BUT FULL DISCLOSURE, YOU ARE TO ALSO FORWARD THEIR PHYSICAL WORK ADDRESSES AND   WORK   PHONE   NUMBERS   FOR   VERIFICATION   PURPOSES.   YOUR   FIRM CONCEALED THEIR BACK DOOR APPEARANCE BEFORE THE RICHLAND COMMON PLEAS COURT. NOW I AM GIVING YOU AND YOUR FIRM CLEAR OPPORTUNITY BEFORE THESE FEDERAL JUDGES AND PLAINTIFF TO PROVE THE PLAINTIFF IS   PREVARICATING.   ALL   INFORMATION   ON   THEM   PLEASE,   FULL DISCLOSURE, AND COPY IS TO BE FILED WITHIN ALL FEDERAL COURTS INVOLVED AND COPY SERVED ON THE PLAINTIFF OR INJUNCTION AND OR PROTECTIVE   ORDER   SHALL   BE   SOUGHT   TO   OBTAIN   THIS   CRUCIALLY MATERIAL AND ESSENTIAL INFORMATION AND EVIDENCE IN SUPPORT OF THE UNITED   STATES   DEFAULT   AS   THEY   BACK   DOOR   APPEARED   UNDER   CASES 2013-CP-400-0084, 2294 IN THE RICHLAND COMMON PLEAS COURT. SEE ATTACHMENTS IN THE OHIO DISTRICT COURT COMPLAINT.

(9)   YOUR   CLIENT(S),   S.C.D.C.,   STOLE   MY   TYPEWRITER RIBBONS ATTORNEY BILTOFT. WHAT, DO THESE DEVILS THINK THIS IS A GAME! THEY ACTED IN ACTS OF RETALIATION AND RELIGIOUS HATRED ALSO BECAUSE I WENT ON THE COURT RECORD ABOUT THEY WEAPONIZING INMATES AT LEE C.I. GIVING CERTAIN INMATES MY NAME TO INCITE PHYSICAL ASSAULT POINTING THESE INMATES LIKE A LOADED GUN AS THEIR PROXY.

THIS IS NOT A CONCLUSORY CLAIM. THERE WILL BE WITNESSES CALLED AND THE FED EX TRACKING NUMBER IS 5915 4088 9594. THE TYPEWRITER RIBBONS CAME FROM WILL TYPEWRITER REPAIR IN DUNKIRK, N.Y. FOR A SMITH-CORONA WORDSMITH 250 WORD PROCESSOR. THEY WERE SHIPPED 11/9/23 AND ARRIVED AT LEE C.I. ON 11/13/23. CALL THE FED EX 800 NUMBER TO VERIFY. YOUR CLIENTS WERE RETALIATING AGAINST ME FOR THE AFOREMENTIONED AND BECAUSE I WAS BRINGING LEGAL ACTION AGAINST THEM. MY SISTER YAHDINA CALLED THE LEE C.I. MAILROOM, AND THE MAILROOM LADY WHO DID NOT WANT TO GIVE HER NAME, SAID SHE PERSONALLY SAW THE RIBBONS IN THE HANDS OF A "LT. JACKSON" WHO WAS PROXY FOR CAPT. HUNTER. I WANT THEIR JOBS. IT WAS (3) TWO PACK RIBBONS. I WANT TO BE COMPENSATED WITH (6) TWO PACK RIBBONS FOR THE INJUSTICE AND INCONVENIENCE SENT TO ME IMMEDIATELY, LIKE YESTERDAY, ATTORNEY BILTOFT. I HAVE COURT DEADLINES. HAVE YOUR CLIENTS S.C.D.C. TO EITHER CONTACT WILL TYPEWRITER REPAIR OR GO ONLINE TO AMAZON, BUT GET TO ME THOSE 6 PACKS OF TWO PACK TYPEWRITER RIBBONS FOR SMITH-CORONA WORDSMITH 250. DON'T LET YOUR CLIENTS LIE AND SAY I JUST RECEIVED THOSE RIBBONS. THE RIBBONS I JUST RECEIVED COME UNDER TRACKING NUMBER 5915 4089 0040. YOUR CLIENTS STOLE THE ONES UNDER THE FORMER TRACKING NUMBER DIRECTING THEIR ACTIVITIES AT THE FORUM STATE OF OHIO FURTHER ESTABLISHING EXTRA TERRITORIAL CONSPIRACY CLAIMS. (5) DAYS AFTER YOU RECEIVE THIS DOCUMENT SIR.


(10) ATTACHED ATTORNEY BILTOFT YOU WILL FIND A COPY OF A RESPONSE SENT TO ME FROM YOUR CLIENTS, S.C.,D.C. GENERAL COUNSEL, ONE, CATHERINE AMASON DATED JANUARY 12, 2024. YOUR CLIENTS ARE ALL OVER THE PLACE ON THIS "KIOSK" ISSUE. THEY'RE LIKE A "PETER AND PAULS" CANDY BAR. SOMETIMES THEY FEEL LIKE NUT, SOMETIMES THEY DON'T. MAKING USE OF THE INSTITUTION TABLETS AND OR KIOSK SYSTEMS VIOLATE MY RELIGIOUS BELIEFS ATTORNEY BILTOFT. YOUR CLIENTS HAVE A LEAST RESTRICTIVE MEANS TO ADDRESS THEIR PENALOGICAL INTEREST BY ALLOWING ME TO USE STAFF REQUEST WHERE THEIR ACTIONS ARE EMPLOYED AS AN ACT OF MACHINATION TO THWART JUDICIAL REVIEW. I SEE THESE SYSTEMS AS "MARK OF THE BEAST SYSTEMS SIR, NO MATTER HOW STRANGE THAT MAY SOUND TO SOME. THE

NOT FACE CRIMINAL CHARGES OF HATE CRIMES, ASSESSORY AFTER THE FACT OR THE HAND OF ONE IS THE HAND OF ALL CONSPIRACY CHARGES. I SUGGEST THAT YOU GET YOUR CLIENT THE S.C. Atty. GENERAL TO GET WITH THE GOVERNOR AND HATCH THIS OUT. IN THE MEANTIME IMMEDIATELY GET MY OUT OF HICKERY DORM, MOVE ME TO MAGNOLIA DORM IN A ONE MAN CELL, NO CELLMATES, WITH THE ITEMS I REQUESTED AND ACCESS TO CANTEEN, AND INSTRUCT S.C.D.C. TO LEAVE ME ALONE TO ALLOW YOU AND YOUR CLIENTS TIME TO DISCUSS AND COME TO A DECISION OF WHAT YOU INTEND TO DO. HAVE ME MOVED WITHIN (5) DAYS OF RECEIPT OF THIS DOCUMENT WHICH WILL BE AN INDICATION TO ME THAT YOU INTEND TO BRING THIS OFFER TO YOUR CLIENTS. (10) DAYS AFTER THAT IF I DO NOT SEE CLEAR SIGNS OF YOUR COMPLIANCE. I SHALL MOVE FORWARD ON SEEKING THE INJUNCTIONS AND PROTECTIVE ORDERS. OH, rhed I want law Smith too.

RESPECTFULLY,

JONAH THE TISHBITE

JANUARY 20, 2024

6/20/24, 10:20 AM                                        CM/ECF for JPML (LIVE)

## United States Judicial Panel on Multidistrict Litigation
## CIVIL DOCKET FOR CASE #: OHS/2:23-cv-02962
## Internal Use Only

**Crawford et al v. The City of Whitehall et al**          Date Filed: 09/14/2023
Assigned to: Sr. District Judge James L Graham              Jurisdiction: Federal Question
Lead case: MDL No. 3116 (Pending)
Member case: (View Member Case)

| Date Filed | # | Docket Text |
|---|---|---|
| 04/12/2024 | 1 | MDL Number 3116 Assigned -- MOTION FOR TRANSFER ACCEPTED FOR FILING re: pldg. ( 1 in Pending No. 38) Associated Cases: Pending No. 38, GAN/1:23-cv-03424, KYW/3:24-cv-00028, OHS/2:23- cv-02962, PAE/2:24-cv-00659, TXN/4:23-cv-00278 (TF) (Entered: 04/12/2024) |
| 04/12/2024 | 2 | ***TEXT ONLY NOTICE*** <br><br> **NOTICE OF FILING AND PUBLICATION OF BRIEFING SCHEDULE** *re: pldg. ( 1 in MDL No. 3116)* <br><br> **BRIEFING SCHEDULE IS SET AS FOLLOWS:< br> Notices of Appearance due on or before 4/26/2024.** <br> **Corporate Disclosure Statements due on or before 4/26/2024.** <br> **Responses due on or before 5/3/2024.** <br> **Reply, if any, due on or before 5/10/2024.** <br><br> **In their briefs, the parties should address what steps they have taken to pursue alternatives to centralization (including, but not limited to, engaging in informal coordination of discovery and scheduling, and seeking Section 1404 transfer of one or more of the subject cases).** <br><br> Appearance forms (JPML form 18) and Corporate Disclosure forms can be downloaded from our website. **Important**: A Corporate Disclosure Form, if required, must be filed, even if one has previously been filed in this MDL. <br><br> Please visit the CM/ECF Filing Guidelines & Forms page of our website for additional information. <br> Attorneys must be registered to file in the JPML. Please visit our website for Registration Information. <br><br> Signed by Clerk of the Panel Tiffaney D. Pete on 4/12/2024. <br><br> Associated Cases: MDL No. 3116, GAN/1:23-cv-03424, OHS/2:23-cv-02962, PAE/2:24-cv-00659, TXN/4:23-cv-00278 (TF) (Entered: 04/12/2024) |

142-of-208

| 05/06/2024 | 3 | MOTION FOR MISCELLANEOUS RELIEF re: pldg. ( 1 in MDL No. 3116) - Filed by Pro Se Plaintiff Lawrence L. Crawford <br><br> Associated Cases: MDL No. 3116, GAN/1:23-cv-03424, KYW/3:24-cv-00246, OHS/2:23-cv-02962, PAE/2:24-cv-00659, TXN/4:23-cv-00278 (DLD) (Entered: 05/06/2024) |
|---|---|---|
| 05/06/2024 | 4 | SUPPLEMENTAL INFORMATION -- re: pldg(s). ( 1 in MDL No. 3116) -- Filed by Pro Se Plaintiff Lawrence Crawford. Associated Cases: MDL No. 3116, GAN/1:23-cv-03424, KYW/3:24-cv-00246, OHS/ 2:23-cv-02962, PAE/2:24-cv-00659, TXN/4:23-cv-00278 (TF) (Entered: 05/06/2024) |
| 05/20/2024 | 5 | SUPPLEMENTAL INFORMATION -- re: pldg(s). ( 1 in MDL No. 3116) -- Filed by Pro Se Plaintiff Lawrence Crawford. Associated Cases: MDL No. 3116, GAN/1:23-cv-03424, KYW/3:24-cv-00246, OHS/ 2:23-cv-02962, PAE/2:24-cv-00659, TXN/4:23-cv-00278 (TF) (Entered: 05/20/2024) |
| 05/20/2024 | 6 | **MINUTE ORDER CLOSING BRIEFING** re: pldg. ( 1 in MDL No. 3116) <br><br> Briefing in this matter is now closed. The parties to actions on the motion(s) remain under a duty, pursuant to Pa nel Rules 6.1(f) and 6.2(d), to notify the Clerk of the Panel promptly of potential tag-along actions, as well as any development that moots the motion or fully disposes of any action on the motion. Parties in any potential tag-along action may file an Interested Party response, but must do so promptly, and in any event, no later than the Thursday prior to the hearing session at which the motion for transfer is to be heard by the Panel. <br><br> Signed by Clerk of the Panel Tiffaney D. Pete on 5/20/2024. <br><br> Associated Cases: MDL No. 3116, GAN/1:23-cv-03424, KYW/3:24-cv-00246, OHS/2:23-cv-02962, PAE/2:24-cv-00659, TXN/4:23-cv-00278 (TF) (Entered: 05/20/2024) |
| 06/12/2024 | 7 | SUPPLEMENTAL INFORMATION -- re: pldg(s). ( 1 in MDL No. 3116) -- Filed by Pro Se Plaintiff Lawrence L. Crawford. Associated Cases: MDL No. 3116, GAN/1:23-cv-03424, KYW/3:24-cv-00246, O HS/2:23-cv-02962, PAE/2:24-cv-00659 (TF) (Entered: 06/12/2024) |
| 06/14/2024 | 8 | HEARING ORDER re: pldg. ( 1 in MDL No. 3116) - SECTION B (DESIGNATED FOR CONSIDERATION WITHOUT ORAL ARGUMENT) <br><br> **PANEL HEARING set for 7/25/2024 in Portland, Maine**. <br><br> Signed by Judge Karen K. Caldwell, Chair, PANEL ON MULTIDISTRICT LITIGATION, on 6/14/2024. <br><br> Associated Cases: MDL No. 3116, GAN/1:23-cv-03424, OHS/2:23-cv-02962, PAE/2:24-cv-00659 (RH) (Entered: 06/14/2024) |

THIS IS CAUSE OF ACTION # 23 IN THE OHIO COMPLAINT AS WELL WHICH READ--THE DEFENDANTS FOR THIS PARTICULAR CAUSE OF ACTION ARE THE U.S. CONGRESS AND ALL MEMBERS CONTAINED THEREIN, THE U.S. SENATE AND ALL MEMBERS CONTAINED THEREIN, FOR THE PURPOSE OF SEEKING INJUNCTIVE AND DECLARATORY RELIEF, THE (194) MEMBER STATES OF THE UNITED NATIONS INCLUDING THE UNITED STATES, ALL (50) STATES AND THEIR ATTORNEY GENERALS, ALL (50) STATES FEDERAL ATTORNEYS, ALL BANKING ENTITIES WHOSE WEALTH ORIGINATES FROM OR BEAR NEXUS TO THE TRANSATLANTIC SLAVE TRADE, ALL OIL, SUGAR, RICE AND TOBACCO COMPANIES AND OR ENTITIES WHOSE WEALTH ORIGINATE OR BEAR NEXUS TO THE TRANSATLANTIC SLAVE TRADE, THE U.S. DEPT. OF TREASURY FOR THE PURPOSE OF ESTABLISHING LIEN, THE NATIONAL FOOTBALL LEAGUE AND ALL OWNERS CONTAINED THEREIN WHOSE PURCHASES OF THEIR TEAMS WERE MADE WITH MONEY THAT CAN BE TRACED BACK TO THE TRANSATLANTIC SLAVE TRADE, FANNIE MAE, FREEDIE MAC AND A.I.G.. THIS CAUSE OF ACTION DEALS WITH THE SEEKING OF REPARATIONS FOR THE TRANSATLANTIC SLAVE TRADE WHERE EVEN THOSE COUNTRIES THAT SUPPOSEDLY DID NOT HAVE A DIRECT HAND IN IT? THOSE COUNTRIES STILL BENEFITED FROM THAT CRIMINAL TRADING OF HUMAN FLESH EVEN BY PURCHASING SUGAR, TOBACCO, RICE, COTTON THAT FLUSHED THROUGH THEIR GLOBAL MARKETS AND ECONOMIES IN EITHER DIRECTLY INDIRECTLY CONSPIRING IN AND OR PROMOTING THIS EVIL ENTERPRISE BY YOU SEEKING AND OR AIDING THE COMMERCE THAT WAS PRODUCED FROM THESE CRIMES AGAINST HUMANITY GLOBALLY. NONE OF YOUR GLOBAL MARKETS OR NATIONS ARE UNTOUCHED BY THIS GREAT EVIL IN THE SIGHT OF THE ONE TRUE GOD. THE HAND OF ONE IS THE HAND OF ALL BY THE ACCOMPLICE LIABILITY DOCTRINE. IT IS ALSO COMMON KNOWLEDGE THAT THE ARABS WERE THE LAST TO CONTINUE TO ENGAGE IN THIS EVIL ENTERPRISE UP UNTIL THE 1900'S. IT IS ALSO COMMON KNOWLEDGE THAT THEY USED THE REVENUE FROM THIS EVIL ENTERPRISE TO FURTHER ESTABLISH AND BUILD THE OPEC OIL CARTEL. THE DEATH AND TORTURE OF SLAVES IS MANIFESTED WITHIN THE VERY OIL THAT MANY OF YOUR NATIONS USED AND OR PROMOTED USAGE EVEN BY WAY OF THE INVOLVED AMERICAN OIL COMPANIES. YOUR GLOBAL GOVERNMENTS INCLUDING THE UNITED STATES, WHERE THESE STAPLES OF RICE, COTTON, SUGAR AND TOBACCO, MADE MONEY AND BENEFITED FROM TAXES IMPOSED ON

THIS EVIL ENTERPRISE, THAT WAS ALSO USED TO SUPPORT YOUR
GOVERNMENT ELECTIONS. YOU BUILT ROADS AND INFRASTRUCTURE OFF THIS
EVIL ENTERPRISE AND YOU RAPED, PILLAGED, TORTURED, KILLED AND
MURDERED, BURNT ALIVE, HUNG BY ROPES, DISMEMBERED, DISFIGURED,
BRUTALIZED AND EVERY OTHER EVIL IMAGINABLE YOUR WAY THROUGH THE
ENTIRE PROCESS ACROSS THE PLANET INVOLVING THIS GREAT EVIL WHICH
WAS NEVER BROUGHT INTO ACCOUNT. THE TIME IS NOW. THE SOVEREIGN
FIDUCIARY HEIR, KING AND HIGH PRIEST OF THE ONE TRUE GOD, A
MEMBER OF THE SOLE CORPORATION AND FOREIGN SOVEREIGN CROWN
OFFICIALLY MOTION TO CHALLENGE THE JURISDICTION OF THE
MULTI-DISTRICT LITIGATION PANEL IN THEIR DETERMINATION OF THE
CASE IN RE: AFRICAN-AMERICAN SLAVE DESCENDANTS LITIGATION, 304
F.Supp.2d. 1027 (N.D.ILL.2004) AND THE COURT UNDER LEWIS v.
UNITED STATES, 2021 WL 2403742 (M.D.Fla.2021) AND ANY OTHER SUCH
RELATED CASE AROUND THE NATION, UNDER THE CONSTITUTIONAL PRONG
AND OR ELEMENT TO SUBJECT MATTER JURISDICTION, WHICH CANNOT BE
WAIVED AND OR FORFEITED, AND CAN BE RAISED EVEN AFTER A FINAL
ORDER HAS BEEN ISSUED IN THE CASES IN QUESTION DUE TO
CONSTITUTIONAL STRUCTURAL ERROR AND DUE PROCESS VIOLATION WHERE
THOSE DECISIONS ALSO BURDEN THE OBLIGATION OF THE "CONTRACT", THE
"COVENANT" DEFAULTED ON BY THE UNITED STATES EMERGING FROM THE
CRAWFORD STATE CASES RELIED UPON, AS IT PERTAINS TO SEEKING
REPARATIONS AND THE CESTUI QUE TRUST, AND BENEFICIARIES OF THE
TRUST, ESTABLISHED BY THE SOLE CORPORATION AND FOREIGN SOVEREIGN
CROWN. THE FIDUCIARY HEIR, KING AND HIGH PRIEST OF THE ONE TRUE
GOD WHO IS ALSO MARTIN LUTHER KING JR.'S SUCCESSOR, THE "BLACK
MESSIAH", AND IS THE ONLY MAN IN THE WORLD WHO HAS LEGAL STANDING
TO BRING THIS ACTION BASED UPON SOVEREIGN, FIDUCIARY DUTY AND
CONTRACT, SUPERSEDING ALL WHOEVER BROUGHT THIS CLAIM TO WHICH HE
WAS NOT A PARTY TO ANY OF THOSE PRECEDENT SETTING CASES INVOLVED.
THUS, THE FINAL ORDERS IN THOSE CASES CANNOT BE DEEMED A FINAL
ORDER WHERE THE RIGHTS OF ALL PARTIES IN WHOM THIS ISSUE EFFECTS
WERE NEVER FAIRLY AND PROPERLY ADJUDICATED. SINCE WE ARE DEALING
WITH A FIDUCIARY AND SOVEREIGN DUTY ESTABLISHED BY CONTRACT, AND
THE FOREIGN SOVEREIGN FIDUCIARY WAS NOT PARTY TO ANY OF THOSE
CASES ADDRESSING THIS MATTER. RES JUDICATA AND OR COLLATERAL

ESTOPPEL WOULD NOT APPLY AND ANY FINAL DETERMINATION WITHIN THOSE CASES WHERE THIS OBLIGATION IS BASED UPON CONTRACT, DO NOT BIND AT THE FOREIGN SOVEREIGN FIDUCIARY HEIR OR NEGATE HIS DUTY TO BRING ACTION TO ADDRESS THESE MATTERS BEFORE ALL COURTS INVOLVED WHERE YOU DID NOT HAVE THE SOVEREIGN'S CONSENT AND HE IS STILL EFFECTED BY THE DECISIONS IN QUESTION WHERE IT HINDERS AND OR OBSTRUCT HIS OBLIGATION BY CONTRACT, GORDON v. T.B.C. RETAIL GROUP, INC., F.Supp.3d., 2016 WL 4247738(DSC.2016); REED v. BIG WATER RESORT, LLC., F.Supp.3d., 2016 WL 2935891(DSC.2016); DAN RYAN BUILDERS, INC. v. CRYTAL RIDGE DEVELOPMENT, INC., 783 F.3d. 976, 91 Fed. R. SERV.3d. 625 (4th.Cir.2015); 29 U.S.C.A. § 1140; SPIRES v. SCHOOLS,--F.Supp.3d.--, 2017 WL 4174774(DSC.2017); FIFTH THIRD BANCORP v. DUDENHOEFFER, 132 S.Ct. 2459, 189 L.Ed.2d. 457, 82 U.S.L.W. 4578(U.S.2014); PEREZ v. CHIMES DISTRICT OF COLUMBIA, INC., F.Supp.3d., 2016 WL 6124679(D.C.Md.2016); STEEL CO. v. CITIZENS FOR A BETTER ENVIRONMENT, 523 U.S. 83, 118 S.Ct. 1003(U.S.1998); TAMM v. CINCINNATI INSURANCE COMPANY, 2020 WL 60932 (S.D.N.Y.2020); SANDERS v. SAVANNAH HIGHWAY AUTOMOTIVE COMPANY,--S.E.2d.--, 2020 WL 6154305 (S.C.App.2020).

AN ACTION IS NOT MOOT IF LITIGANT WILL SUFFER ANY PRESENT, FUTURE OR COLLATERAL CONSEQUENCES OF ALLEGED WRONGFUL CONDUCT SUCH AS ADJUDICATING THIS ISSUE WITHOUT THE PRESENCE OF THE ONE PERSON WHO HAS TRUE STANDING TO BRING THE ACTION, BURDENING THE OBLIGATION OF THE CONTRACT, OR IF A COURT CAN PROVIDE PARTIAL RELIEF SUCH AS VOIDING THE DETERMINATIONS IN QUESTION OR THE KENTUCKY DISTRICT COURT'S RECENT FINAL ORDER AND RE-VISITING THE ISSUE DUE TO JURISDICTIONAL CHALLENGE, EVEN IF A FULL REMEDY MAY NO LONGER BE AVAILABLE, ADAMS v. DUNCAN, 179 F.Supp.3d. 632 (S.D.W.Va.2006); UNITED STATES OF AMERICA, PLAINTIFF v. WILFREDO MEJIA, DEFENDANT, 2021 WL 2143574(D.D.C.2021); SPENCER v. KEMNA, 523 U.S. 1, 118 S.Ct. 978, 140 L.Ed.2d. 43(U.S.1998).

A VOID JUDGMENT IS ONE SO EFFECTED BY A FUNDAMENTAL INFIRMITY THAT THE INFIRMITY MAY BE RAISED EVEN AFTER THE JUDGMENT BECOMES FINAL. ARTICLE III STANDING IS JURISDICTIONAL AND CAN BE RAISED EVEN AFTER A FINAL ORDER IS ISSUED IN THE CASE

WHERE THE INFIRMITY IS THAT THIS CAUSE WAS ADJUDICATED ABSENT THE PRESENCE OF THE ONE PERSON IN THE WORLD WHO HAS TRUE STANDING TO BRING THE CAUSE, UNITED STATES SECURITIES AND EXCHANGE COMMISSION v. SMITH, 2023 WL 2817894(2nd.Cir.2023); UNITED STATES v. TEXAS, 599 U.S.--S.Ct.--, 2023 WL 4139008; MISSOURI v. BIDEN,--F.Supp.3d.--, 2023 WL 4335270; NATIONAL, 43 F.4TH. 395 (2022); WEBB v. INJURED WORKER PHARMACY, LLC., 2023 WL 4285814, * 3 1st.Cir.(Mass.); HAALAND v. BARKEN, 143 S.Ct. 1609(U.S.2023); TYLER v. HENNEPIN COUNTY MINNESOTA, 143 S.Ct. 1369(U.S.2023); IN RE: AQUEOUS FILM-FORRING FORMS PRODUCTS LIABILITY LITIGATION,--F.Supp.3d.--, 2023 WL 2875926(M.D.L.P.2023); PEM, 57 F.4TH. 178 (2023). THE JUDGMENT MUST BE DEEMED VOID WHERE THE FIDUCIARY HEIR, KING AND NAZARITE HIGH PRIEST OF THE ONE TRUE GOD, A MEMBER OF THE SOLE CORPORATION AND FOREIGN SOVEREIGN CROWN, WAS NOT A DIRECT PARTY IN THE CASES INVOLVED TO PROTECT HIS ACQUIRED INTEREST WHERE THE JUDGMENT SUBSTANTIALLY BURDEN THE OBLIGATION OF THE "CONTRACT", "COVENANT". THE CONTRACT CLAUSE OF THE U.S. CONSTITUTION APPLIES TO EVERY KIND OF CONTRACT, EVEN COVENANTS, WHICH VOIDS THE JUDGMENT UNDER THE CONSTITUTIONAL ELEMENT AND OR PRONG TO SUBJECT MATTER JURISDICTION, P.I.R.S. CAPITAL, LLC. v. WILLIAMS, 54 F.4TH. 1050 (8th.Cir.2022); JOHNSON v. SPENCER, 950 F.3d. 683(10th.Cir.2020); SVEEN v. MELIN, 138 S.Ct. 1815, 201 L.Ed.2d. 180, 86 U.S.L.W. 4392(U.S.2018); DAVIS v. CANTRELL, 2018 WL 6169255, * 5+ E.D.La.; BUILDING AND REALTY INSTITUTION OF WESTCHESTER AND PUTNAM COUNTIES, 2021 WL 4198332, * 33 S.D.N.Y..

INSOMUCH, THOSE WHO JOURNEYED TO WHAT IS PRESENTLY CALLED "AFRICA" SEEKING SLAVES FOR THE NEW WORLD, AND NOT JUST FOR AMERICA, BUT ALL OF THESE DEVILS AROUND THE WORLD, WHO PLAYED A PART IN THIS EVIL ENTERPRISE, SOMETIMES SIMPLY KIDNAPPED AND BRUTALIZED INDIVIDUALS WHO APPEARED BEFORE THEM BY HAPPENSTANCE, HERBERT SKLEIN, THE ATLANTIC SLAVE TRADE 103 (1999). THIS FACT WAS CONFIRMED BY THE PROMINENT AFRICAN AMERICAN HISTORIAN, LERONE BENNETT DETAILED IN HIS BOOK ENTITLED, "BEFORE THE MAYFLOWER, A HISTORY OF BLACK AMERICA" WHO ALSO DOCUMENTED THAT A SIGNIFICANT

NUMBER OF THOSE WHO WERE TAKEN BY HAPPENSTANCE WERE INDEED OF ROYAL BLOODLINE.

CONGRESS PASSED THE FUGITIVE SLAVE ACT OF 1850 ESTABLISHING THAT THE UNITED STATES GOVERNMENT AFTER DENYING THE SLAVE PETITION OF 1777 AIDED AND SUPPORTED THESE CRIMES AGAINST HUMANITY AND ACTS OF STATE SPONSORED TERRORISM. THE FIDUCIARY HEIR, KING AND NAZARITH HIGH PRIEST OF THE ONE TRUE GOD BRING ACTION UNDER THE EXPROPRIATION, COMMERCIAL AND STATE SPONSORED TERRORISM EXCEPTION PROVISIONS OF THE FOREIGN SOVEREIGN IMMUNITY ACT WHICH WAIVES THE DEFENDANTS IMMUNITY, AS A MEMBER OF THE SOLE CORPORATION AND FOREIGN SOVEREIGN CROWN OBLIGATED BY "CONTRACT", BY "COVENANT" TO BRING ACTION.

FIRST LET US ADDRESS THE ISSUE OF STANDING AS HAS BEEN PREVIOUSLY ARGUED BEFORE THE MULTI-DISTRICT LITIGATION PANEL AND OR COURT AND OR AS WAS DETERMINED BY ANY OF THE OTHER COURTS INVOLVED IN ADDRESSING THE ISSUE OF REPARATIONS FOR THE TRANSATLANTIC SLAVE TRADE. THE DOCTRINE OF STANDING ENSURES THAT THE LITIGANT IS THE PROPER PARTY TO BRING A MATTER BEFORE A FEDERAL COURT FOR ADJUDICATION. THE FIDUCIARY HEIR, KING AND NAZARITE HIGH PRIEST OF THE ONE TRUE GOD AND SOVEREIGN MEMBER OF THE SOLE CORPORATION AND FOREIGN SOVEREIGN CROWN IS THE PROPER PARTY TO BRING THIS ACTION FOREMOST BY "CONTRACT" AND BY FIDUCIARY AND SOVEREIGN DUTY, NOT ANY OF THOSE PRIOR PARTIES WHO INITIALLY SOUGHT TO BRING THE CAUSE BEFORE THE COURTS INVOLVED. THE COURT DOES THIS BY ASKING IF THAT SPECIFIC LITIGANT HAS A SUFFICIENT STATE OF STANDING. THE PARTY SEEKING TO INVOKE FEDERAL COURT JURISDICTION HAS THE BURDEN OF ESTABLISHING STANDING. THE PLAINTIFF(S), THE FIDUCIARY HEIR, KING AND NAZARITE HIGH PRIEST OF THE ONE TRUE GOD, WHO IS BOUND BY "CONTRACT", BY "COVENANT" PROTECTED UNDER ARTICLE 1 § 10 OF THE U.S. CONSTITUTION AND SOVEREIGN DUTY, TO PROTECT THE RIGHTS OF THE BENEFICIARIES OF THE CESTUI QUE TRUST, WHO IN THIS CASE, ARE COMPRISED ON THE 4 GLOBAL THRONES OF AFRICA AND ITS DIAPORA, CHRISTIANITY, ISLAM AND JUDAISM AROUND THE GLOBE, AND THE PLAINTIFF(S), THE FIDUCIARY HEIR, KING AND NAZARITE HIGH PRIEST OF THE ONE TRUE GOD, A MEMBER

OF THE SOLE CORPORATION AND FOREIGN SOVEREIGN CROWN HAS SUFFERED
DIRECT, PERSONAL, CONCRETE AND PARTICULARIZED INJURIES RELATED TO
THIS MATTER, TO INCLUDE BEING FRAMED BEHIND RELIGIOUS AND RACIAL
HATRED TO PREVENT THE MATTERS FROM BEING BROUGHT TO THE COURT, AS
THE **"IMMORTAL BEING"**, PAST AND PRESENT, OF THE SOLE CORPORATION,
GIVING HIM TRUE STANDING TO BRING SUIT AGAINST THE ORGANIZATIONS,
PEOPLE   AND   OR   NATIONS   WHO   ALLEGEDLY   PROFITED   FROM   THE
TRANSATLANTIC   SLAVE   TRADE   PURSUANT   TO   THE   FOREIGN   SOVEREIGN
IMMUNITY   ACT   AND   DECEDENT   DOMICILE   CLAIMS.   ADDITIONALLY,   IN
DETERMINING WHETHER A LITIGANT WHO SEEKS STANDING TO ASSERT THE
LEGAL RIGHTS OF A THIRD PARTY MAY DO SO, COURTS CONSIDER (1)
WHETHER   THE   LITIGANT   PERSONALLY   SUFFERED   SOME   INJURY-IN-FACT,
WHICH THE FIDUCIARY HEIR, KING AND NAZARITE HIGH PRIEST OF THE
ONE TRUE GOD DID WHICH SHALL BE ELABORATED ON, THAT IS ADEQUATE
TO   SATISFY   CASE   AND   CONTROVERSY   REQUIRED   WHICH   IS   WHY   THE
KENTUCKY DISTRICT COURT IN FRAUD UPON THE COURT TRIED NOT TO
CONNECT THE THREAT OF IMMINENT DANGER TO THE COMPLAINT, AND (2)
WHETHER PRUDENTIAL CONSIDERATIONS POINT IN FAVOR OF PERMITTING
THE LITIGANT TO ASSERT THE THIRD PARTY'S LEGAL RIGHTS, SUCH AS IN
THIS CASE, FIDUCIARY DUTY, CONTRACTUAL AND SOVEREIGN DUTY; THE
LITIGANT MUST HAVE A LEGALLY SUFFICIENT RELATIONSHIP TO THE THIRD
PARTY (FIDUCIARY HEIR, KING, NAZARITE HIGH PRIEST OF 4 GLOBAL
THRONES   OF   RELIGIOUS   PROPHESY)   AND   THERE   MUST   EXIST   SOME
HINDERANCE TO THE THIRD PARTY'S ABILITY TO PROTECT HIS OR HER
RIGHTS. THEY ARE DEAD, NO LONGER LIVING, CREATING AN INABILITY
FOR THEM TO PROTECT THEIR INTEREST AS IT RELATES TO THIS MATTER,
CALIBER ONE INDEM CO. v. MILLIARD CHICAGO WINDOW CLEANING, LLC.,
2005 WL 1206472, * 7 N.D.ILL..

NOW LETS TAKE THIS THING FROM THE BEGINNING AND WIDEN THE
HISTORICAL NARRATIVE AND RECORD AS IT PERTAINS TO THIS MATTER.
JUST AS THE MULTI-DISTRICT LITIGATION PANEL DETERMINED UNDER THE
CASE OF IN RE: AFRICAN-AMERICAN SLAVE DESCENDANTS LITIGATION, 304
F.Supp.2d. 1027 (N.D.ILL.2004). QUITE A FEW OF THE PERSONS THAT
WERE SUBJECTED TO THIS BARBARIC CRIMINAL ENSLAVEMENT IN VIOLATION
OF THE FOREIGN SOVEREIGN IMMUNITY ACT'S EXPROPRIATION, COMMERCIAL

AND STATE SPONSORED TERRORISM EXCEPTIONS TO THE F.S.I.A., ALSO VIOLATING THE C.A.T. TREATY AND APPLICABLE HATE CRIME STATUTES, OCCURRED TO THOSE NUMEROUS INDIVIDUALS, INCLUDING THE FIDUCIARY HEIR'S ANCESTORS, BY HAPPENSTANCE. THIS IS SUPPORTED BY THE AFRICAN AMERICAN HISTORIAN LERONE BENNETT IN HIS BOOK ENTITLED, "BEFORE THE MAYFLOWER, A HISTORY OF BLACK AMERICA". MR. BENNETT ESTABLISHED BY THE HISTORICAL RECORD, THAT NOT ONLY WERE COMMON AFRICANS KIDNAPPED AND TAKEN BY FORCE, BUT THOSE OF ROYAL BLOODLINE AS WELL, WHO JUST HAPPENED TO BE "STROLLING THROUGH THE PARK FOR AN AFTERNOON EXCURSION", FIGURATIVELY SPEAKING. THESE SOVEREIGN ROYAL BLOOD SOULS THESE BASTARD NATIONS JUST CRIMINALLY SNATCHED UP, EXPROPRIATED FOR COMMERCIAL GAIN, WERE THE FIDUCIARY HEIR, KING AND NAZARITE HIGH PRIEST'S OF THE ONE TRUE GOD DIRECT ANCESTORS, MEMBERS OF THE SOLE CORPORATION AND FOREIGN SOVEREIGN CROWN WHERE THE FIDUCIARY HEIR IS OBLIGATED TO STAND BY CONTRACT, BY COVENANT TO PRESENT THEIR CAUSE.

JEWS HISTORICALLY WERE ALWAYS DARKER IN COMPLEXION. THE "WHITENESS" OF THEIR SKIN TONE BEGAN TO MANIFEST ITSELF DUE TO THE BABYLONIAN AND ASSYRIAN CAPTIVITY. AFRICAN BLOOD HAS BEEN ENDOCRINATED INTO THE JEWISH BLOODLINE FROM ITS INCEPTION. IT IS RECORDED HISTORY THAT THE FIDUCIARY HEIR, KING AND NAZARITE HIGH PRIEST, FOREFATHER, THE PROPHET MOSES, MARRIED ZIPPORAH, WHO WAS ETHIOPIAN. THE FIDUCIARY HEIR'S FOREFATHER, THE PROPHET ABRAHAM, HAD TWO WIVES, HAGAR AND SARAH. HAGAR WAS A WOMAN OF COLOR ALSO. THE FIDUCIARY HEIR'S FOREFATHER, KING DAVID OF THE JEWS, MARRIED BETHSHEBA, WHO WAS ALSO OF AFRICAN BLOOD AND PRODUCED THE FIDUCIARY HEIR'S FOREFATHER, KING SOLOMON, WHO THEN MARRIED THE QUEEN OF SHEBA, RULER OF THE ETHIOPIAN EMPIRE, WHERE SHE PRODUCED FOR KING SOLOMON A SON BY THE NAME OF "MENEYLEK I", THE FIRST MALE KING OF THE ETHIOPIAN EMPIRE AFTER THE SHEBAS. AARON, THE PROPHET MOSES BROTHER, THE HIGH PRIEST OF THE ONE TRUE GOD, BY GOD'S COMMAND, COULD ONLY MARRY WITHIN THE BLOODLINE OF THE LEVITICAL PRIESTHOOD WHICH MEANS AARON'S CHILDREN MARRIED MOSES AND MARYAM'S CHILDREN ESTABLISHING A PERPETUAL BLOODLINE OF THE HIGH PRIESTHOOD OF THE ONE TRUE GOD. MARY, CHRIST'S MOTHER, WHO

MARRIED JOSEPH AND PRODUCED MY GREAT ETC. GRAND UNCLE WAS OF THE LINE OF THE LEVITICAL PRIESTHOOD AND WAS A WOMAN OF AFRICAN AND JEWISH BLOOD WHICH IS WHY THE CATHOLIC CHURCH AT ONE POINT IN HISTORY ONCE REFERRED TO HER AS "THE BLACK MADONNA" WHERE JOSEPH WAS OF THE LINE OF KING DAVID. THE FIDUCIARY HEIR, KING AND NAZARITE HIGH PRIEST OF THE ONE TRUE GOD IS THE DIRECT DESCENDANT OF THE EARTH'S GREATEST PROPHETS AND KINGS.

"SO-CALLED AFRICA" WAS NOT CALLED AFRICA IN THAT POINT IN ITS HISTORY. IT WAS DESIGNATED AS THE "ETHIOPIAN EMPIRE". ETHIOPIA'S RULE COVERED OVER 80% OF THE AFRICA KNOWN TODAY, AND THE REMAINDER OF "SO-CALLED AFRICA" AT THAT TIME IN ITS HISTORY WAS EITHER ANNEXED OR A TERRITORY OF THE GREATER ETHIOPIAN EMPIRE. SEE THE NAGAST, THE CHRONICLES OF THE KINGS OF ETHIOPIA AND J.A. ROGERS BOOK ENTITLED, "WORLDS GREATEST MEN OF COLOR", VOL. 1. THUS, ALL OF AFRICA AS A DIRECT DESCENDENT OF MENEYLEK I, KING SOLOMON AND THE QUEEN OF SHEBA BELONGS TO THE FIDUCIARY HEIR, KING AND NAZARITE HIGH PRIEST OF THE ONE TRUE GOD, A MEMBER OF THE SOLE CORPORATION AND FOREIGN SOVEREIGN CROWN BEFORE THE WHITE COLONIZERS DIVIDED IT UP FOR COMMERCIAL GAIN IN VIOLATION OF THE COMMERCIAL EXCEPTION UNDER THE FOREIGN SOVEREIGN IMMUNITY ACT. THIS IS RECORDED HISTORY. THE FIDUCIARY HEIR, KING, NAZARITE HIGH PRIEST AND HIS DESCENDENT FAMILY MEMBERS ARE MEMBERS OF THE SOLE CORPORATION AND FOREIGN SOVEREIGN CROWN CREATING AN **IMMORTAL BEING** LIVING THROUGHOUT EARTH'S HISTORY, NOT JUST EXISTING THROUGH THE TRANSATLANTIC SLAVE TRADE PERIOD, BUT ALSO THROUGH "AFRICA" AND THE "STATE OF ISREAL" (KINGS DAVID AND SOLOMON) AND THE ENTIRE MIDDLE EAST, WHERE JOSEPH (JACOB'S SON OF ABRAHAM, ISSAC AND JABOB FAME), ONCE IN CAPTIVITY IN EGYPT SOLD BY HIS BROTHERS, CAME TO MARRY A DAUGHTER OF THE QURAYSH BLOODLINE (PRIESTHOOD), WHICH IS THE BLOODLINE OF THE PROPHET MUHAMMAD (PBUH) OF ISLAM, BRINGING EVEN ROYAL ARAB BLOOD INTO THIS MIX. THE FIDUCIARY HEIR, KING AND NAZARITE HIGH PRIEST OF THE ONE TRUE GOD IS OF AFRICAN, ARAB, JEWISH AND CHEROKEE INDIAN DESCENT, A MEMBER OF THE SOLE CORPORATION AND FOREIGN SOVEREIGN CROWN. THE ARAB BLOODLINE CONNECTION IS "SCIENTIFICALLY PROVEN" BY THE FACT

THAT THE FIDUCIARY HEIR AND KING HAS A "SICKLE CELL TRAIT" IN HIS BLOOD WHICH IS A DISEASE MEDICALLY DETERMINED ORIGINATED FROM THE ARABIAN PENINSULA WHICH THE ARABS PAST TO SLAVES DURING THEIR INVOLVEMENT IN THE SLAVE TRADE BY RAPING AFRICAN WOMEN. THIS DEMONSTRATES THAT THE FIDUCIARY HEIR, KING AND NAZARITE HIGH PRIEST'S ANCESTRY IS OF A FOREIGN NATURE WHERE BY "CONTRACT", BY "COVENANT" RULE IS HIS AND DECEDENT DOMICILE CLAIMS ATTACHED TO THIS CAUSE OF ACTION ALSO. YOUR GLOBAL NATIONS TOOK MY PEOPLE ON AFRICAN SOIL, MY DOMAIN, FOREIGN LAND, AS THE **IMMORTAL SOVEREIGN PERSON,** THOUGH YOUR NATIONS TORTURED, RAPED, BRUTALIZED, DISMEMBERED AND TERRORIZED THEM THROUGHOUT THE WORLD TRIGGERING THE EXPROPRIATION, COMMERCIAL AND STATE SPONSORED TERRORISM EXCEPTION PROVISIONS OF THE FOREIGN SOVEREIGN IMMUNITY ACT WAIVING THE DEFENDANTS IN QUESTION IMMUNITY ESTABLISHING CAUSE OF ACTION. THE WHITE HOUSE IS BUILT ON THE BLOOD AND TORTURE OF AFRICAN SLAVES FURTHER ESTABLISHING STATE SPONSORED ACTION WHERE THIS PROVISION OF THE F.S.I.A. APPLIES RETROACTIVELY. DECEDENT DOMICILE CLAIMS ATTACH OCCURRING WITHIN THE FIDUCIARY HEIR'S DOMAIN ON FOREIGN SOIL AND BASED UPON THOSE SOULS THESE DEVIL NATIONS TOSSED TO THE SHARKS DURING THE MIDDLE PASSAGE IN ACTS OF MURDER IN AN OCEAN MASS GRAVE, THIS TOO, PRODUCES ACTS OF STATE SPONSORED TERRORISM AND C.A.T. TREATY VIOLATIONS AS WELL AS HATE CRIME VIOLATIONS, SIMOM v. REPUBLIC OF HUNGARY,--F.Supp.3d.--, 2017 WL 4402293 (D.D.C.2017); BOLIVIA REPUBLIC OF VENEZUELA v. HELMERICH & PAYNE INTERN, DRILLING CO., 137 S.Ct. 1312, 197 L.Ed.2d. 663, 85 U.S.L.W. 4221(U.S.2017); HANSON v. DENCKLA, 357 U.S. 235, 78 S.Ct. 1228, 2 L.Ed.2d. 1283(U.S.1958)(ALSO DEALING WITH TRUSTEE AND OR FIDUCIARY HEIR); STATE OF TEXAS v. STATE OF FLORIDA, 306 U.S. 398, 59 S.Ct. 563, 83 L.Ed. 817(U.S.1939); RILEY v. NEW YORK TRUST CO., 315 U.S. 343, 62 S.Ct. 608, 86 L.Ed. 885(U.S.1942).

IF THE FIDUCIARY HEIR, KING AND NAZARITE HIGH PRIEST OF THE ONE TRUE GOD, A MEMBER OF THE SOLE CORPORATION AND FOREIGN SOVEREIGN CROWN IS HERE IN THIS COUNTRY AND THE BENEFICIARIES OF THE CESTUI QUE TRUST AROUND THE WORLD? THIS MEANS THAT YOUR

NATIONS TOOK MY PEOPLE AND MY ROYAL ANCESTORS BY "FORCE" IN ACTS OF STATE SPONSORED TERRORISM WHILE MY ROYAL ANCESTORS WERE MERELY "STROLLING THROUGH THE PARK ONE DAY" BECAUSE THE ETHIOPIAN ROYALTY WOULD NOT SELL THEIR ROYAL CHILDREN INTO BRUTAL BONDAGE. THEREFORE, THESE JURISDICTIONAL FACTS DO NOT ONLY ESTABLISH THIRD PARTY RIGHTS AND STANDING TO BRING THIS CAUSE, BUT ALSO DIRECT PARTY RIGHTS AND STANDING TO BRING CAUSE. WHAT IS DONE TO ONE MEMBER OF THE SOLE CORPORATION **"IMMORTAL BEING"** IS DONE TO ALL MEMBERS OF THE SOLE CORPORATION, **"PAST, PRESENT AND FUTURE"** BEING **"ONE IMMORTAL BEING"** WHO LIVED BEFORE, DURING AND EVEN AFTER THE TRANSATLANTIC SLAVE TRADE, TO INCLUDE THE "JIM CROW ERA", DEMONSTRATING THAT THE ACTS OF SLAVERY AND JIM CROW LAWS DIRECTLY IMPACT THE FIDUCIARY HEIR, KING AND NAZARITE HIGH PRIEST OF THE ONE TRUE GOD NOW, IN THIS PRESENT TIME, AS THE **IMMORTAL BEING** THE SAME AS IT DID DURING THE ACTUAL TIME OF SLAVERY AND JIM CROW LAWS.

THE SOLE CORPORATION IS AN ARTIFICIAL BEING, INVISIBLE, INTANGIBLE AND EXISTING ONLY IN CONTEMPLATION OF GOD'S LAWS WHICH ARE THE ORIGINAL FOUNTAIN OF ALL NATIONS' LAWS. BEING A MERE CREATION OF GOD'S LAWS AND CONTRACT, COVENANT, IT POSSESSES ALL PROPERTIES WHICH THE INTENT OF ITS CREATION CONFERS UPON IT EITHER EXPRESSLY OR AS INCIDENTAL TO ITS VERY EXISTENCE. THESE ARE SUCH AS ARE SUPPOSED BEST CALCULATED TO EFFECT THE OBJECT FOR WHICH IT WAS CREATED, WHICH AMONG THINGS, IS TO WORSHIP, MAINTAIN THE CONTRACT/COVENANTS/WILLS/TESTAMENTS/GRANTS, AND PROTECT GOD'S LAWS AND PROHIBITIONS FROM THOSE WHO WOULD SEEK TO WATER THEM DOWN OR DO THEM HARM, AND TO PROTECT THE RIGHTS, TITLES, PRIVILEGES AND IMMUNITIES OF THE BENEFICIARIES OF THE CESTUI QUE TRUST OF THE SOLE CORPORATION FOR WHICH AFRICANS AND AFRICAN AMERICANS ARE AN INTRINSIC AND EXPLICIT PART AND OR PARTY TO.

THIS INCLUDES, MOST IMPORTANT ARE IMMORTALITY, AND IF, THE EXPRESSION MAY BE ALLOWED, INDIVIDUALITY---PROPERTIES BY WHICH A PERPETUAL SUCCESSION OF MANY PERSONS ARE CONSIDERED AS THE SAME AND MAY ACT AS A "SINGLE" INDIVIDUAL. **"HAERES EST EADEM PERSONA CUM ANTECESSORE"---THE HEIR IS THE SAME PERSON AS HIS ANCESTOR.**

THIS ENABLES THE SOLE CORPORATION TO MANAGE ITS OWN AFFAIRS AND TO HOLD PROPERTY WITHOUT THE PERPLEXING INTRICACIES, THE HAZARDS AND ENDLESS NECESSITY, OF PERPETUAL CONVEYANCES FOR THE PURPOSE OF TRANSMITTING IT FROM HAND TO HAND ACTING AS **"ONE IMMORTAL BEING"**. THE SOLE CORPORATION DOES NOT SHARE IN THE CIVIL GOVERNMENT, NOR DO THE TERMS, PROVISIONS AND OBJECTS OF THE CONTRACTS/COVENANTS/GRANTS UNLESS IT BE THE PURPOSE FOR WHICH IT WAS CREATED, EVEN VIA ITS RESTRICTIONS AND OR PROHIBITIONS AND OR COMMANDS. THUS, IT IS NOT SUBJECT TO BE ANNULLED, MODIFIED OR CHANGED IN ANY MANNER WITHOUT THE CONSENT (ie. GIVING THE RIGHT TO LEGALLY MARRY TO GAYS AND LESBIANS), OF THE SOLE CORPORATION, WHICH THIS NOR ANY OTHER GLOBAL NATION HAVE. THE WILL OF THE DONOR BECOMES THE LAW OF THE DONATION (1 Bl. COM. 471). THERE CAN BE NO REASON FOR IMPLYING IN THE CONTRACT/COVENANT/GRANT GIVEN FOR A VALUABLE CONSIDERATION A POWER WHICH IS ONLY NOT EXPRESSED, BUT IS IN DIRECT CONTRADICTION TO ITS EXPRESSED STIPULATIONS. THE KING-KHALIFAH AND NAZARITE HIGH PRIEST OF THE ONE TRUE GOD'S INTELLECTUAL PROPERTY, THE RIGHT TO LEGALLY MARRY, WHOSE ORIGINS STEM FROM THE SOLE CORPORATION AN ECCLESIASTICAL SOURCE CAN ONLY BE GIVEN TO HETEROSEXUALS BY THE TERMS OF THE CONTRACT/COVENANT/GRANT. THE PARTICULAR NOTION OF GIVING THESE PROVISIONS TO THE GAYS AND LESBIANS OF YOUR NATIONS AS IT PERTAINS TO THE ONE TRUE GOD AND THE SOLE CORPORATION, NEVER ENTERED INTO THE MINDS OF THE DONORS. IT WAS NEVER CONSTITUTED AS A MOTIVE FOR THEIR DONATION, TRUSTEES OF DARTHMOUTH COLLEGE v. WOODWARD, 17 U.S. 518, 1819 WL 2201.

IF A CONTRACT/COVENANT/GRANT IS MADE FOR THE BENEFIT OF A THIRD PERSON, AS THE CONTRACT/COVENANT/GRANT RELIED UPON IN THIS CASES IS, THAT PERSON MAY ENFORCE THE CONTRACT/COVENANT/GRANT AND ITS OBLIGATIONS AND OR PROHIBITIONS IF THE CONTRACTING PARTIES INTENDED TO CREATE A DIRECT (SUCH IS IN THIS CASE), RATHER THAN INCIDENTAL OR CONSEQUENTIAL, BENEFIT OR DUTY TO SUCH THIRD PERSON AS IS ESTABLISHED BY THE LITIGATION PRESENTED, BEVERLEY v. GRAND STRAND REGIONAL MEDICAL CENTER, LLC.,--S.S.2d.--, 2022 WL 534191 (S.C.App.2022).

~~AN ARTIFICIAL IMMORTAL BEING WAS CREATED BY GOD AND THE~~

AN ARTIFICIAL IMMORTAL BEING WAS CREATED BY GOD AND THE CROWN, CAPABLE OF RECEIVING, DISTRIBUTING AND PROTECTING FOREVER, ACCORDING TO THE "WILL AND TESTAMENT" OF THE ONE TRUE GOD AND SOLE CORPORATION, THE TERMS OF THE DONATIONS AND CONTRACTS/COVENANTS/GRANTS. THIS CONSIDERATION FOR WHICH IS STIPULATED, EVEN PURSUANT TO YOUR GLOBAL LAWS, WHICH **"[M]UST"** BE **"JUST AND FAIR"** TO WHICH YOUR NATIONS HAVE MISERABLY FAILED (ie. SLAVERY, JIM CROW LAWS, PLRA, AEDPA) IS THE PERPETUAL APPLICATION OF THIS PRACTICE OF CONTRACT/COVENANT/GRANT IN THE MODE PRESCRIBED BY THE ONE TRUE GOD AND THE SOLE CORPORATION AND FOREIGN SOVEREIGN CROWN, WHICH INCLUDE PROTECTING THE RIGHTS OF THE BENEFICIARIES OF THE CESTUI QUE TRUST WHO IN THIS PARTICULAR INSTANCE WERE SUBJECTED TO CRIMES AGAINST HUMANITY AND ACTS OF STATE SPONSORED TERRORISM IN THE FORM OF THE TRANSATLANTIC SLAVE TRADE. THE FOREIGN SOVEREIGN POWER HAS PARAMOUNT RIGHT TO PROTECT THE LIVES, HEALTH, MORALS, COMFORT AND GENERAL WELFARE OF HIS PEOPLE, ESPECIALLY IN LIGHT OF THE FACT THAT YOUR NATIONS KIDNAPPED THEM FROM FOREIGN SOIL, MY DOMAIN, AS **THE IMMORTAL BEING,** WHO ARE BENEFICIARIES OF THE CESTUI QUE TRUST, IN VIOLATION OF THE FOREIGN SOVEREIGN IMMUNITY ACT PROVISIONS, HOME BLDG. & LOAN ASS'N v. BLAISDELL, 290 U.S. 398, 54 S.Ct. 231, 88 A.L.R. 1481, 78 L.Ed. 413(U.S.1934); ELLIOTT v. BOARD OF SCHOOL TRUSTEES OF MADISON CONSOLIDATED SCHOOLS,--F.3d.--, 2017 WL 5988226 (7th.Cir.2017); NORTH CAROLINA ASS'N OF EDUCATORS, INC. v. STATE, 368 N.C. 777, 786 S.E.2d. 255 (N.C.2016).

A STATE MAY NOT EXCLUDE A PERSON FROM PRACTICING OF LAW OR ANY OTHER OCCUPATION IN A MANNER OR FOR REASONS THAT CONTRAVENE THE DUE PROCESS OF LAW OR THE EQUAL PROTECTION OF THE LAW FOR PROTECTORATE REASONS IN THIS CASE, WHICH WOULD BE ALSO BASED UPON RELIGIOUS AND RACIAL HATRED. THIS IS COMPOUNDED BY THE FACT THAT "FOREIGN LAW" UNDER S.C. RULES OF CIVIL PROCEDURE, RULE 44 WAS DEFAULTED ON BY THE UNITED STATES AND OTHER (193) MEMBER STATES OF THE UNITED NATIONS WITHIN THE CRAWFORD STATE CASES RELIED UPON. THUS, DIRECT PARTY AND THIRD PARTY RIGHTS AND STANDING TO BRING THIS CAUSE OF ACTION IS ESTABLISHED, SCWARE v. BOARD OF EXAM OF THE STATE ON N.M., 353 U.S. 232, 77 S.Ct. 752, 64

A.L.R.2d. 288, 1 L.Ed.2d. 796(U.S.1957); FACIRE v. SULLIVAN, 2017 WL 3710066 (D.C.Nev.2017); VIRGINIA BOARD OF MEDICINE v. ZACKRISON, 67 Va. App. 461, 796 S.E.2d. 866 (2017); DOE v. ROGERS, 139 F.Supp.3d. 120 (D.D.C.2015); BOLLS v. VIRGINIA BD. OF BAR EXAMINERS, 811 F.Supp.2d. 1260(E.D.Va.2011).

NOW LET US ADDRESS THE ISSUE OF STANDING IN ESTABLISHING A CAUSAL CONNECTION BETWEEN THE ACTIONS OF THE DEFENDANTS AND THE ALLEGED INJURIES SUFFERED. FOR THE RECORD. THE SAME DEFENDANTS, NATIONS, THAT ARE THE DEFENDANTS TO ADDRESS THE ISSUE OF THE TRANSATLANTIC SLAVE TRADE, ARE THE SAME DEFENDANTS, NATIONS, THAT ARE BEFORE THE COURT NOW. THE OTHERS PRESENCE IS IN FURTHERANCE OF THE CONSPIRACY. THE FIDUCIARY HEIR, KING AND NAZARITE HIGH PRIEST OF THE ONE TRUE GOD AND MEMBER OF THE SOLE CORPORATION AND FOREIGN SOVEREIGN CROWN, IS THE SAME PERSON AS HIS ANCESTORS, **"HAERES EST EADEM PERSONA CUM ANTECESSORE".** THUS, THE PHYSICAL AND PSYCHOLOGICAL INJURIES, TORTURES, RAPES, DISMEMBERMENTS, HANGINGS FROM TREES WHILE BEING BURNT ALIVE, HANGING FROM TREES WHILE CUTTING THE UNBORN FETUS FROM AFRICAN WOMEN BELLIES WHILE BEING BURNT ALIVE, ALL THESE ACTS OF STATE SPONSORED TERRORISM RECORDED AND DONE TO MY ROYAL ANCESTORS AND BENEFICIARIES OF THE CESTUI QUE TRUST, THIS NATION AND THE OTHER GLOBAL NATIONS ARE DONE DIRECTLY TO THE FIDUCIARY HEIR AS **"THE IMMORTAL BEING"**, AND FORGET ENTITLING THIS MATTER AS SEEKING THE CONGRESS TO ESTABLISH A REPARATIONS STATUTE. THERE IS A STATUTE ALREADY IN PLACE THAT THESE MATTERS CAN BE ADDRESSED UNDER, REQUIRING JUDICIAL, NOT LEGISLATIVE REVIEW. CONGRESS ALREADY ACTED IN THIS INSTANCE. IT IS CALLED THE "FOREIGN SOVEREIGN IMMUNITY ACT OF 28 U.S.C. § 1602-1612 ET. SEQ.". THE PROPER NAME WOULD BE THE SEEKING OF MONETARY AND PUNITIVE DAMAGES UNDER THE F.S.I.A. EXCEPTION TO IMMUNITY PROVISIONS FOR COMMERCIAL ACTS, EXPROPRIATION AND STATE SPONSORED TERRORISM. THE ADDITIONAL PERSONAL, CONCRETE AND PARTICULARIZED INJURIES ARE AS FOLLOWS:

(1) THE FIDUCIARY HEIR AND MEMBERS OF THE CESTUI QUE TRUST WERE SUBJECTED TO EGREGIOUS AND OVERWHELMING AMOUNTS OF

FRAUD UPON THE COURT, CRIMINAL CONSPIRACY, VIOLATIONS OF THE OFFICERS OATHS OF OFFICE TO UPHOLD THE U.S. CONSTITUTION AND OBSTRUCTION OF JUSTICE BEFORE ALL COURTS INVOLVED, INVOLVING THESE EMPLOYEES OF THE VARIOUS STATES OF CONCERN AND THE UNITED STATES GOVERNMENT IN THEIR EFFORTS TO HINDER, IMPEDE, OBSTRUCT AND DEFEAT THE DUE COURSE OF JUSTICE IN VIOLATION OF 42 U.S.C. § 1985(2) AND (3) IN MAKING EFFORTS TO BRING THESE MATTERS BEFORE THE COURT.

(2) THE DEFENDANTS BY THEIR ACTION HAS CAUSED A LIFE LONG DISABILITY TO THE FIDUCIARY HEIR'S HANDS WHERE HE IS ON STRICT DOCTOR'S ORDERS FOR LIFE NOT TO DO ANY REPETITIVE MOVEMENTS WITH HIS HANDS DUE TO THE CONSTANT PAIN FROM DOING SO WHICH WAS CAUSED BY THE DEFENDANTS ACTIONS DIRECTLY AND OR INDIRECTLY IN OR CONSPIRING IN ACTS OF OFFICIAL MENTAL AND PHYSICAL TORTURE IN VIOLATION OF THE C.A.T. TREATY AS WELL AS IN VIOLATION OF STATE AND FEDERAL LAW.

(3) THE DEFENDANTS CONSPIRED IN AND OR MADE DIRECT EFFORTS TO INITIATE PHYSICAL ASSAULTS AND ASSASSINATION ATTEMPTS ON THE LIFE OF THE FIDUCIARY HEIR, KING AND NAZARITE HIGH PRIEST OF THE ONE TRUE GOD AND THE BENEFICIARIES OF THE CESTUI QUE TRUST, IN HOPES OF PREVENTING HIM AND THEM FROM BRINGING THESE MATTERS BEFORE THE COURTS INVOLVED THAT EVEN EXIST AT THE TIME THIS INDEPENDENT ACTION FOR FRAUD UPON THE COURT WAS FILED AGAINST THE KENTUCKY DISTRICT COURT.

(4) THE DEFENDANTS WORKED DIRECTLY AND OR CONSPIRING IN EFFORTS TO PLACE A U.S. MARSHAL NOTIFY ON THE FIDUCIARY HEIR, KING AND NAZARITE HIGH PRIEST OF THE ONE TRUE GOD IN HOPES THAT IF THE ASSASSINATION ATTEMPTS FAILED AT THE STATE LEVEL. THEY WOULD BRING HIM INTO FEDERAL JURISDICTION TO CONTINUE TO ILLEGALLY KIDNAP AND FRAME HIM AND MAKE FURTHER ASSASSINATION ATTEMPTS BY SOLICITING THE AID OF FEDERAL INMATES THIS TIME TO PREVENT HIM FROM BRINGING THESE MATTERS BEFORE ALL COURTS INVOLVED.

(5) THE DEFENDANTS SUBJECTED THE FIDUCIARY HEIR, KING AND NAZARITE HIGH PRIEST OF THE ONE TRUE GOD TO THE ARRESTING AND OR ATTACHING AND OR EXECUTING OF HIS INTELLECTUAL PROPERTY IN THE FORM OF THE RIGHT TO LEGALLY MARRY WHICH WAS GIVEN TO YOUR GLOBAL NATIONS AS A "GRANT" WHICH HAD CLEAR RESTRICTIONS WHICH THEY VIOLATED ALSO IN ACTS OF RETALIATION BECAUSE THEY ALSO KNEW THE FIDUCIARY HEIR WAS THE ONE PERSON WHO COULD BRING ACTION FOR THE ATROCITIES DONE DURING SLAVERY BEFORE THE COURTS INVOLVED AND RELATED TO THE PROTECTING OF THE INTELLECTUAL PROPERTY OF THE SOLE CORPORATION AND FOREIGN SOVEREIGN CROWN.

(6) THE DEFENDANTS DIRECTLY AND OR CONSPIRED WITH THE PRINCIPLES SUBJECTING THE FIDUCIARY HEIR, KING AND NAZARITE HIGH PRIEST OF THE ONE TRUE GOD TO ARBITRARY S.C.D.C. POLICIES, STRIP SEARCHES AGAINST HIS DIGNITY, ILLEGAL SEARCHES OF HIS CELL WHEN HIS CELL BY THE DEFAULT WAS TO BE DESIGNATED WITH THE SAME RIGHTS OF BEING A FOREIGN SOVEREIGN EMBASSY, FOREIGN SOIL, DUE TO THE DEFAULT AND THEIR FAILURE TO APPEAR IN THE NOVEMBER 2020 HEARING IN RICHLAND COUNTY, S.C., THE JAMMING OF HIS CELL PHONE AND THE BLACK LISTING OF THAT CELL PHONE ACCOUNT IN RETALIATORY MEASURES TO PREVENT THE BRINGING OF THIS ACTION, ACTING UNDER POWER OR AUTHORITY THEY NO LONGER POSSESSED DUE TO THE DEFAULT, CONSPIRING UNDER COLOR OF STATE LAW TO CONTINUE TO ILLEGALLY HOLD THE FIDUCIARY HEIR TO ALLOW THEM TO DO SO AND TO PREVENT JUST AND FAIR JUDICIAL REVIEW.

(7) THE FIDUCIARY HEIR LOST HIS FORMER FAMILY WHERE THESE DEVILS COMPROMISED AND COERCED THEM, ALSO CAUSING THE LOSS OF HIS HOME, HIS LAND, HIS JAGUAR, HIS VAN, HIS VACATION HOME AND MONETARY ASSETS THE DEFENDANT(S) ENCOURAGED SYLVIA LEE TO MISAPPROPRIATE TO PREVENT THE FIDUCIARY HEIR FROM HIRING INVESTIGATORS AND LEGAL COUNSEL IN EFFORTS TO PREVENT THE PROPER BRINGING OF THESE MATTERS BEFORE ALL COURTS INVOLVED.

(8) THE FIDUCIARY HEIR, KING AND NAZARITE HIGH PRIEST OF THE ONE TRUE GOD WAS SUBJECTED TO THE LOSS OF HIS LIBERTY,

LIFE AND FORCED BREACH OF HIS FIDUCIARY DUTY HINDERING AND
OBSTRUCTING THE ESTABLISHING OF ALL RIGHTS, TITLES, PRIVILEGES
AND IMMUNITIES OF THE HIMSELF AND THE BENEFICIARIES OF THE CESTUI
QUE TRUST AS IT PERTAINS TO THE MATTERS ARGUED IN THIS CASE, TO
INCLUDE ESTABLISHING THE LEGAL ISSUES OF RELIGIOUS PROPHESY, FOR
OVER (22) YEARS AND THE FIDUCIARY HEIR, KING AND NAZARITE HIGH
PRIEST WAS FORCED INTO A NEW FORM OF MODERN DAY SLAVERY AS
DEPICTED IN THE STANFORD LAW PROFESSOR, MICHELLE ALEXANDER'S BOOK
ENTITLED, "MASS INCARCERATION DURING THE AGE OF COLORBLINDNESS,
THE NEW JIM CROW".

(9) THE FIDUCIARY HEIR, KING AND NAZARITE HIGH PRIEST
OF THE ONE TRUE GOD, IN RETALIATION, FOR THE PURPOSE OF
SUBJECTING HIM TO ADDITIONAL ACTS OF OFFICIAL MENTAL AND PHYSICAL
TORTURE, IN VIOLATION OF THE C.A.T. TREATY, APPLICABLE HATE CRIME
STATUTES AND STATE SPONSORED TERRORISM PROVISIONS, WAS DENIED
PRESCRIBED MEDICAL CARE FOR OVER (5) YEARS AND COUNTING TO KEEP
HIM ON CRUTCHES AND IMMEASURABLE PAIN AND SUFFERING TO ACT AS A
DETERRENT TO CHILL HIS RESOLVE IN SEEKING TO HAVE THESE MATTERS
ADDRESSED BEFORE THE COURTS INVOLVED. THIS EGREGIOUS INJUSTICE IS
STILL OCCURRING AT THE TIME OF FILING OF THIS INDEPENDENT ACTION
FOR FRAUD UPON THE COURT.

(10) THE FIDUCIARY HEIR, KING AND NAZARITE HIGH PRIEST
OF THE ONE TRUE GOD, AND THE OTHER INMATES INVOLVED,
BENEFICIARIES OF THE CESTUI QUE TRUST, CRIMINAL LEGAL CASES HAVE
BEEN CRIMINAL HELD IN LIMBO FOR OVER (16+) YEARS AND OR PCR(S)
AND APPLICATION FOR FORENSIC DNA TESTING INAPPROPRIATELY DELAYED
IN VIOLATION OF STATUTE AND DUE PROCESS LAW AND THE UNITED STATES
CONSTITUTION, ALSO IN EFFORTS TO PREVENT THE CAUSES OF ACTION FOR
SLAVERY AND THE ARRESTING AND OR ATTACHING AND OR EXECUTING THE
INTELLECTUAL PROPERTY OF THE SOLE CORPORATION FROM BEING GIVEN
JUST AND FAIR REVIEW.

(11) THE FIDUCIARY HEIR, KING AND NAZARITE HIGH PRIEST
OF THE ONE TRUE GOD WAS DENIED THE RELEASING OF EVIDENCE OF
ACTUAL INNOCENCE FOR OVER (22) YEARS IN THE FORM OF FORENSIC DNA

TESTING, TAKING THOSE DNA SAMPLES TAKEN FROM THE FIDUCIARY HEIR'S CHILD, AND TESTING THEM TO MICHAEL LEE, HER HALF BROTHER, WHICH WOULD HAVE ESTABLISHED THAT SHE DIED FROM THE SEXUAL ASSAULT OF HER HALF BROTHER, GESTATIONAL DIABETES, AND THESE DEVILS COVERED IT UP TO PRODUCE A FICTITIOUS HOMICIDE TO ILLEGALLY KIDNAP THE FIDUCIARY HEIR TO PREVENT HIM FROM BRINGING THESE LEGAL MATTERS BEFORE THE COURTS INVOLVED, WHICH INCLUDE THE SUPPRESSING OF THE INVESTIGATIVE FILE HELD AT SOUTH CAROLINA LAW ENFORCEMENT DIVISION (SLED), FILE # 5501014 IN THEIR POSSESSION WHICH WOULD FURTHER GO TOWARDS ESTABLISHING CONCRETE EVIDENCE OF THEIR KNOWLEDGE, GUILT AND EVIL INTENTIONS.

(12) THE FIDUCIARY HEIR, KING AND NAZARITE HIGH PRIEST OF THE ONE TRUE GOD WAS SUBJECT TO EGREGIOUS VIOLATIONS OF HIS RELIGIOUS BELIEFS DURING THE ILLEGAL CAPTIVITY SUBSTANTIALLY BURDENING THE FREE EXERCISE THEREOF AND OTHER VIOLATIONS OF THE ESTABLISHMENT CLAUSE AND THE 1st. AMENDMENT, INCLUDING RIGHTS TO ACCESS TO THE COURT BY FREQUENTLY DENYING HIM ACCESS TO THE LAW LIBRARY TO COMPLETE THE NECESSARY LEGAL RESEARCH TO BRING THE CAUSE OF SLAVERY, VIOLATIONS OF THE TERMS OF THE GRANT AND THE OTHER RELATED MATTERS BEFORE THE COURTS INVOLVED ENGAGING IN RETALIATORY MEASURES TO THWART JUST AND FAIR JUDICIAL REVIEW.

(13) THE BENEFICIARY OF THE CESTUI QUE TRUST, JEREMIAH MACKEY JR., LOST HIS JOB AND THE OTHER INJURIES ARGUED BEFORE THE OHIO DISTRICT COURT WHICH BEAR NEXUS ON THIS ACTION, THAT OCCURRED IN OHIO, FURTHER ESTABLISHING EXTRA TERRITORIAL JURISDICTION AND CONSPIRACY, WHERE THESE DEFENDANTS CONSPIRED TO COMPROMISE AND INAPPROPRIATELY INFLUENCE THE OHIO STATE ACTORS AND JUDGE McKINLEY UNDER CASE 3:24-cv-00028-JHM, TO PREVENT THE ISSUE(S) OF THE TRANSATLANTIC SLAVE TRADE AND THE ARRESTING AND OR EXECUTING AND OR ATTACHING THE INTELLECTUAL PROPERTY OF THE SOLE CORPORATION AND FOREIGN SOVEREIGN CROWN FROM BEING JUSTLY AND FAIRLY HEARD, VIOLATING THE SEPARATION OF POWERS CLAUSE AND 28 U.S.C. § 2679, THE 1st. AMENDMENT AND ARTICLE 1 § 10 OF THE U.S. CONSTITUTION ALSO TO CAUSE DETRIMENTAL EFFECT IN THE STATES

OF OHIO, GEORGIA, PENNSYLVANIA, NEW YORK, SOUTH CAROLINA AND NEW JERSEY.

(14) THE RULING ON THE STATE v. GENTRY 2005 CASE ADJUDICATED IN THE STATE OF SOUTH CAROLINA HAS BEEN OBSTRUCTED RULING BY THE LEGAL ISSUES OF RELIGIOUS PROPHESY WHICH POTENTIALLY EFFECT ALL (50) STATES, INCLUDING THE STATE OF KENTUCKY, WHICH IS WHY SENIOR JUDGE McKINLEY ENGAGED IN FRAUD UPON THE COURT TO PREVENT REVIEW FOR THE BENEFICIARIES OF THE CESTUI QUE TRUST THAT RESIDE WITHIN THE STATE OF KENTUCKY, WHERE THESE DEFENDANTS INTENT WAS TO ALSO IN FRAUD UPON THE COURT(S) CONTINUE THE CAPTIVITY OF THE FIDUCIARY HEIR, KING AND NAZARITE HIGH PRIEST OF THE ONE TRUE GOD AND THE BENEFICIARIES OF THE CESTUI QUE TRUST WHO ALSO RESIDE WITHIN THE STATE OF KENTUCKY BEHIND RELIGIOUS AND RACIAL HATRED, WHOM THE LEGAL ISSUES OF RELIGIOUS PROPHESY WOULD EFFECT, SUBJECTING THEM TO A NEW FORM OF MODERN DAY SLAVERY AS DEPICTED IN MICHELLE ALEXANDER'S BOOK., "MASS INCARCERATION IN THE AGE OF COLOR BLINDNESS, THE NEW JIM CROW", CONSPIRING UNDER COLOR OF STATE LAW AND OR AUTHORITY OF LAW TO KEEP THESE INMATES KIDNAPPED BEHIND RELIGIOUS AND RACIAL HATRED BECAUSE THE FIDUCIARY HEIR, KING AND NAZARITE HIGH PRIEST OF THE ONE TRUE GOD WAS THE ONLY PERSON WHO WAS ABLE TO ARTICULATE THE FRAUD THAT OCCURRED IN THE CASES INVOLVED (ie. THE GENTRY CASE) AND TO FURTHER HINDER, IMPEDE, OBSTRUCT AND DEFEAT THE DUE COURSE OF JUSTICE AND TO PREVENT THE ISSUE OF SLAVERY AND INTELLECTUAL PROPERTY RIGHTS FROM BEING GIVEN "JUST AND FAIR" JUDICIAL REVIEW BEFORE ALL THE COURTS INVOLVED.

IT IS CLEAR THAT IT WAS AN ABUSE OF DISCRETION AND AN EGREGIOUS ACT OF FRAUD UPON THE COURT FOR THE SENIOR JUDGE McKINLEY IN CASE 3:24-cv-00028-JHM TO DETERMINE THAT THE SOURCE OF IMMINENT DANGER WAS NOT DIRECTLY ATTACHED TO THE CAUSES OF ACTION RELATED TO THIS CASE OR THAT THEY WERE RELATED TO OTHER MATTERS NOT ASSOCIATED WITH THIS CASE WITH IT CAUSES OF ACTION WHICH VOID HIS JURISDICTION FOR DUE PROCESS VIOLATION AND UNCONSTITUTIONAL ACTION UNDER THE CONSTITUTIONAL ELEMENT TO

SUBJECT MATTER JURISDICTION. THESE INJURIES WHICH ARE ALSO A DIRECT SOURCE OF THE THREAT OF IMMINENT DANGER EVEN AS THEY RELATE TO ESTABLISHING THE PROPERTY RIGHTS OF THE SOLE CORPORATION AND FOREIGN SOVEREIGN CROWN. THE INJURIES ESTABLISH A CASUAL CONNECTION TO THE DEFENDANTS RELATED TO SLAVERY, INTELLECTUAL PROPERTY RIGHTS, THE RIGHTS RELATED TO THE LEGAL ISSUES OF RELIGIOUS PROPHESY AND ALL OTHER MATTERS ARGUED WITHIN THESE MULTI-DISTRICT LITIGATION CASES, A CAUSAL CONNECTION TO THE BENEFICIARIES OF THE CESTUI QUE TRUST AND THE FIDUCIARY HEIR, KING AND NAZARITE HIGH PRIEST OF THE ONE TRUE GOD BEING THE **IMMORTAL PERSON"** OF THE SOLE CORPORATION AND FOREIGN SOVEREIGN CROWN. THESE INJURIES ARE PERSONAL, CONCRETE AND PARTICULARIZED. ALL OF THESE INJURIES OCCURRED BEHIND RELIGIOUS AND RACIAL HATRED FOR AMONG OTHER THINGS, BECAUSE THE DEFENDANTS INVOLVED KNEW THE FIDUCIARY HEIR, KING AND NAZARITE HIGH PRIEST OF THE ONE TRUE GOD AND THE BENEFICIARIES OF THE CESTUI QUE TRUST WOULD BE THE TRUE PARTIES WITH STANDING TO ADDRESS THE ARRESTING AND OR ATTACHING AND OR EXECUTING THE INTELLECTUAL PROPERTY OF THE SOLE CORPORATION AND FOREIGN SOVEREIGN CROWN AND THE CAUSE OF THE ATROCITIES DONE DURING THE TRANSATLANTIC SLAVE TRADE BEFORE THE APPROPRIATE COURTS INVOLVED AS IS SEEN WHERE THESE ISSUES ALSO EMERGE FROM THE CRAWFORD STATE CASES RELIED UPON CASE(S) 2006-CP-400-3567, 3568, 3569; 2013-CP-400-0084, 2294 OUT OF RICHLAND COUNTY, S.C. WHERE THE PLAINTIFF(S) WERE SUBJECT TO EGREGIOUS ACTS OF FRAUD UPON THE COURT, CRIMINAL CONSPIRACY AND OBSTRUCTION OF JUSTICE AS IS ARGUED WITHIN THE COMPLAINT WARRANTING THEIR DISQUALIFICATION AND § 1407 TRANSFER TO THE STATE OF NEW JERSEY ALSO. THE FIDUCIARY HEIR, KING AND NAZARITE HIGH PRIEST OF THE ONE TRUE GOD ALSO SUFFERED THE PERSONAL, DIRECT, CONCRETE AND PARTICULARIZED INJURIES THAT OCCURRED TO HIS ROYAL ANCESTORS BEING **"ONE IMMORTAL BEING"** AND MEMBERS OF THE SOLE CORPORATION AND FOREIGN SOVEREIGN CROWN ESTABLISHED BY "CONTRACT", BY "COVENANT" PROTECTED UNDER ARTICLE 1 § 10 OF THE U.S. CONSTITUTION, THE FREE EXERCISE CLAUSE, FOREIGN LAW, STATE AND FEDERAL PROBATE LAW AND THE LAW OF TRUSTS. AS IT PERTAINS TO THE DEFENDANTS REFERRED TO, "THE HAND OF ONE, IS THE HAND OF

ALL", BY THE ACCOMPLICE LIABILITY DOCTRINE DURING AND AFTER THE
FACT CONSPIRACY ANALYSIS, WADDINGTON v. SARAUSAD, 555 U.S. 179,
129 S.Ct. 823, 172 L.Ed.2d. 532 (U.S.2009); LOCKETT v. OHIO, 438,
98  S.Ct.  2954,  57  L.Ed.2d.  973(U.S.1978);  UNITED  STATES  v.
HANSEN, 143 S.Ct. 1932(U.S.2023); UNITED STATES v. WILLIAMS, 941
F.3d. 234(6th.Cir.2019). STANDING IS ESTABLISHED BY "BOTH" DIRECT
AND THIRD PARTY OBLIGATION BY "CONTRACT", BY "COVENANT" OF THE
SOLE CORPORATION AND FOREIGN SOVEREIGN CROWN, ORFF v. U.S., 545
U.S.  596,  125  S.Ct.  2606,  162  L.Ed.2d.  544(U.S.2005);  ASTRA
U.S.A., INC. v. SMITH CLARA COUNTY, CAL., 563 U.S. 110, 131 S.Ct.
1342, 179 L.Ed.2d. 457(U.S.2011); G.E. ENERGY POWER CONVERSION
FRANCE S.A.S. CORP. v. OUTOKUMPU STAINLESS U.S.A., LLC. ET. AL.,
140 S.Ct. 1637, 207 L.Ed.2d. 1 (U.S.2020).


        THE PLAINTIFF(S) OBJECT TO ANY ASSERTION THAT THIS CAUSE
PRODUCES A NONJUSTIFIABLE POLITICAL QUESTION ASSERTING THE ISSUE
OF REPARATIONS TO FORMER SLAVES WAS CONSTITUTIONALLY COMMITTED TO
THE    REPRESENTATIVE    BRANCHES,    CASE    LACKED    DISCOVERABLE    AND
MANAGEABLE STANDARDS, AND JUDICIAL ACTION WOULD ENVINCE A LACK OF
RESPECT  FOR  THE  REPRESENTATIVE  BRANCHES  AND  THEIR  ATTEMPT  TO
RESOLVE    THIS    ISSUE    PRODUCES    A    SEPARATION    OF    POWERS    CLAUSE
CONCERN. THESE POSITION HAVE NO MERIT IN THESE MULTI-DISTRICT
LITIGATION CASES WHERE THE PRESENCE OF THE FIDUCIARY HEIR, KING
AND NAZARITE HIGH PRIEST OF THE ONE TRUE GOD, A MEMBER OF THE
SOLE CORPORATION AND FOREIGN SOVEREIGN CROWN CARVES AN EXCEPTION
TO THESE ASSERTIONS. CONGRESS ALREADY ACTED AND THE (194) MEMBER
STATES OF THE UNITED NATIONS ARE LISTED AS DEFENDANTS, NOT JUST
PRIVATE  PARTIES.  THE  FOREIGN  SOVEREIGN  IMMUNITY  ACT  IS  THE
EXCLUSIVE  REMEDY  UNDER  THESE  CIRCUMSTANCES  AND  IT  REMOVES  THE
ENTIRE CASE INTO FEDERAL FORUM MAKING THIS A JUDICIAL MATTER, NOT
LEGISLATIVE, WHERE THE CAUSE(S) CAN BE ADDRESSED PURSUANT TO THE
COMMERCIAL,    EXPROPRIATION    AND    STATE    SPONSORED    TERRORISM
PROVISIONS UNDER THE F.S.I.A. ALREADY IN PLACE WHERE MONETARY AND
PUNITIVE DAMAGES, WHICH HAVE NO CAP, CAN BE SOUGHT. THE FOREIGN
SOVEREIGN IMMUNITY ACT, NOT THE TORT CLAIM ACT, IS THE EXCLUSIVE
REMEDY THAT THESE MATTERS ARE TO BE ADDRESSED UNDER, ESPECIALLY
IN LIGHT OF THE FACT THAT DECEDENT DOMICILE CLAIMS ARE ATTACHED.

THE COMMERCIAL, EXPROPRIATION AND STATE SPONSORED TERRORISM PROVISIONS WAIVE IMMUNITY WHERE ANY PRIVATE PERSON REFERRED TO CONSPIRED AND WORKED WITH THE GLOBAL NATIONS UNDER GOVERNMENT SANCTION, SPONSOR AND SUPPORT.

THIS IS WHY THE McKAY LAW FIRM WITH ALL ITS PARTNERS CONTAINED THEREIN AND THE FEDERAL ATTORNEY FOR THE STATE OF SOUTH CAROLINA, ADAIRFORD BUROUGHS AND THE KENTUCKY FEDERAL ATTORNEY, ONE OF THE REASONS, ARE LISTED AS DEFENDANTS IN THIS CASE WHICH BEAR ON ALL ISSUES PRESENTED BEFORE THE KENTUCKY DISTRICT COURT. THIS REQUIREMENT IS PARAMOUNT TO DETERMINE WHO KRISTY KHOL AND PAUL GUNTER ARE, WHO ON THE RICHLAND COUNTY COURT OF COMMON PLEAS RECORD, MADE A BACK DOOR APPEARANCE WITHIN THE CRAWFORD STATE CASES RELIED UPON. THIS IS A DISCOVERABLE AND MANAGEABLE MATTER, TO DEMONSTRATE THAT THEY TIMELY AND PROPERLY RESPONDED WITHIN THOSE CASES IN QUESTION AFTER MAKING A VOLUNTARY APPEARANCE, BACK DOOR AS IT WAS, HIDING IN THE BACK OF THE COURTROOM LIKE A BUNCH OF BACK DOOR GHOST, AS REPRESENTATIVES OF THE UNITED STATES GOVERNMENT, INCLUDING THE U.S. CONGRESS AND U.S. SENATE. REQUIRING THE MEMBER STATES OF THE UNITED NATIONS TO APPEAR AND EXPLAIN WHY AFTER RECEIVING COPY OF THE COMPLAINT AND SUMMONS UNDER CASES 2013-CP-400-0084, 2294 WHICH PRODUCED THEIR LETTER RECEIVED BY THE FIDUCIARY HEIR, KING AND NAZARITE HIGH PRIEST OF THE ONE TRUE GOD WHICH WAS FILED BEFORE THE SOUTH CAROLINA STATE COURT, WHY DIDN'T THEY FILE THAT RESPONSE WITH THE STATE COURT AS DUE PROCESS LAW REQUIRED WHERE SUCH A PROCEDURAL FAILURE TO BE IN COMPLIANCE TO THE SUMMONS AND COMPLAINT GIVING THE COURT PERSONAL JURISDICTION OVER THEM, THAT FAILURE PLACES ALL OF THEM IN DEFAULT IS DISCOVERABLE AND MANAGEABLE STANDARD. REQUIRING THE S.C. ATTORNEY GENERAL, THE S.C. DEPT. OF CORRECTIONS AND OTHER STATE DEFENDANTS INVOLVED TO DEMONSTRATE THAT THEY APPEARED AT THE CRAWFORD NOVEMBER 2020 HEARING IN RICHLAND COUNTY, S.C. ESTABLISHING CLAIMS OF RES JUDICATA AND OR COLLATERAL ESTOPPEL, AND IF NOT, CONFIRM THE ANSWER GIVEN BEFORE THE S.C. SUPREME COURT THAT WAS THEIR REASONING FOR FAILING TO APPEAR ESTABLISHING THE DEFAULT AND ALL RIGHTS, TITLES, PRIVILEGES AND IMMUNITIES OF

THE SOLE CORPORATION AND FOREIGN SOVEREIGN CROWN ARE TRUE AND CORRECT IS A DISCOVERABLE AND MANAGEABLE STANDARD. REQUIRING THE SOUTH CAROLINA DEFENDANTS TO RELEASE THAT EVIDENCE OF ACTUAL INNOCENCE THAT SUPPORTS AND SERVE TO AID IN PROVING THE JURISDICTIONAL FACTS AS THEY ARE RELATED TO THE CAUSES OF ACTION IN EFFORTS TO PREVENT THEM FROM BEING JUSTLY AND FAIRLY HEARD IS A DISCOVERABLE AND MANAGEABLE STANDARD. HAVING ALL (50) STATES AT THE FEDERAL LEVEL WHICH INCLUDE KENTUCKY, AND ALL (33) STATES THAT MAKE USE OF AN INDICTMENT AND OR CRIMINAL COMPLAINT AT THE STATE LEVEL PRODUCE A STANDARD COPY OF ANY RANDOM INDICTMENT AND OR CRIMINAL COMPLAINT THAT ARE USED IN PROCURING CONVICTIONS ACROSS THE NATION TO DETERMINE INDEED IF THE LEGAL ISSUES OF RELIGIOUS PROPHESY APPLY TO THEM IS A DISCOVERABLE AND MANAGEABLE STANDARD. DETERMINING THE DELAY IN MEDICAL TREATMENT AS A MEANS OF RETALIATION AND ACTS OF OFFICIAL MENTAL AND PHYSICAL TORTURE, THE ASSASSINATION ATTEMPTS WHERE THE S.C. DEFENDANTS WEAPONIZED INMATES IN ASSAULTS TO PREVENT THE BRINGING OF THIS ACTION AND MULTI-DISTRICT LITIGATION, THE SUBSTANTIALLY BURDENING RELIGION AND OBLIGATION OF CONTRACT INVOLVING THESE MATTERS IN VIOLATION OF THE U.S. CONSTITUTION, LOSS OF PROPERTY THAT BEAR NEXUS TO THESE MATTERS PURSUANT TO 28 U.S.C. § 2679, WHICH INCLUDE LOSS OF LIBERTY, FRAUD UPON THE COURT, CRIMINAL CONSPIRACY AND OBSTRUCTION OF JUSTICE AS THEY RELATE TO THE ISSUES PRESENTED, ALL, ARE A DISCOVERABLE AND MANAGEABLE STANDARD. DETERMINING WHAT SOVEREIGN NATIONS WERE DIRECTLY OR INDIRECTLY INVOLVED, AND OR WHO SUPPORTED, ACQUIESCED, AND OR AIDED IN THE TRANSATLANTIC SLAVE TRADE IS A DISCOVERABLE AND MANAGEABLE STANDARD. HECK, WE CAN GOOGLE THIS INFORMATION AT THE POINT IN TIME BEFORE INITIAL REVIEW TO ADD IT TO THE COURT RECORD. REQUIRING THE GREAT SOUTH CAROLINA HISTORIAN AND PROFESSOR AND AUTHOR, WALTER EDGAR, WHO RESEARCHED AND DOCUMENTED MATTERS REGARDING SLAVERY IN THE ENTIRE SOUTH, THE PROMINENT STANFORD LAW PROFESSOR, AUTHOR, INDEPENDENT INVESTIGATOR MICHELLE ALEXANDER, WHO WROTE THE BOOK ENTITLED, "MASS INCARCERATION IN THE AGE OF COLORBLINDNESS, THE NEW JIM CROW, MINISTER LOUIS FARRAKHAN, HIS LAWYERS AND AFFILIATES WHO ALSO DONE EXTENSIVE RESEARCH ON THESE MATTERS APPEAR TO GIVE EXPERT TESTIMONY AND RECORD HISTORY BEFORE THE JURY AND THIS

COURT AND PRODUCING COPY OF ALL DOCUMENTS FILED WITHIN THE CRAWFORD STATE CASE RELIED UPON IS DISCOVERABLE AND MANAGEABLE STANDARD. BRINGING THESE MATTERS BEFORE THE COURT PURSUANT TO THE FOREIGN SOVEREIGN IMMUNITY ACT AS OPPOSED TO THE TORT CLAIM ACT OR SEEKING CONGRESS TO ISSUE A STATUTORY PROVISION SEEKING REMEDY PURSUANT TO THE COMMERCIAL, EXPROPRIATION AND STATE SPONSORED TERRORISM EXCEPTION TO IMMUNITY PROVISION UNDER THE FOREIGN SOVEREIGN IMMUNITY ACT IS A DISCOVERABLE AND MANAGEABLE STANDARD, REPUBLIC OF IRAQ v. BEATY, 556 U.S. 848, 129 S.Ct. 2183, 173 L.Ed.2d. 1193(U.S.2009); BANK MARKAZI v. PETERSON, 578 U.S. 212, 136 S.Ct. 1310, 194 L.Ed.2d. 463(U.S.2016); JOHNSON v. GUZMAN CHEVEZ, 141 S.Ct. 2271, 210 L.Ed.2d. 656(U.S.2021); MEDELLIN v. TEXAS, 552 U.S. 491, 128 S.Ct. 1346, 170 L.Ed.2d. 190 (U.S.2008)(DEMONSTRATING THAT TREATIES ARE ACTS OF THE LEGISLATURE ESTABLISHING REMEDY AND JUDICIAL REVIEW); NASRALLAH v. BARR, 140 S.Ct. 1683, 207 L.Ed.2d. 111(U.S.2020); OPATI v. REPUBLIC OF SUDAN, 140 S.Ct. 1601, 206 L.Ed.2d. 904 (U.S.2020)(APPLYING THE STATE SPONSORED TERRORISM EXCEPTION TO IMMUNITY PROVISION OF THE F.S.I.A. RETROACTIVELY); CABRERA v. ISLAMIC REPUBLIC OF IRAN, 2022 WL 2817730 (D.D.C.2022).

ADDITIONALLY, THE FIDUCIARY HEIR, KING AND NAZARITE HIGH PRIEST OF THE ONE TRUE GOD, A MEMBER OF THE SOLE CORPORATION AND FOREIGN SOVEREIGN CROWN AND THE BENEFICIARIES OF THE CESTUI QUE TRUST CASES CARVE ANOTHER EXCEPTION. THE U.S. CONGRESS AND U.S. SENATE ARE INDEED DIRECT PARTIES AND OR DEFENDANTS LISTED UNDER CASE(S) 2013-CP-400-0084, 2294 WITHIN THE RICHLAND COUNTY, S.C. COURT OF COMMON PLEAS. THIS ALSO DEMONSTRATES THAT IT PARAMOUNT THAT KRISTY KHOL, PAUL GUNTER, THE KENTUCKY FEDERAL ATTORNEYS OFFICE, THE S.C. FEDERAL ATTORNEYS OFFICE, THE S.C. ATTORNEY GENERAL'S OFFICE APPEAR WITHIN THIS CASE WHERE BY THE RECORD THE FEDERAL EMPLOYEES VOLUNTARY APPEARANCE ACTS AS REPRESENTATIVE FOR THE U.S. CONGRESS AND U.S. SENATE. EVEN THEY, VIA THEIR FEDERAL REPRESENTATIVES, HAVE CONCEDED TO THESE MATTERS BY THEIR ACQUIESCE TO ALLOW THESE MATTERS TO BE HEARD UNDER THE FOREIGN SOVEREIGN IMMUNITY ACT WHERE THEY FAILED TO TIMELY RESPOND AND PRESENT ANY LEGITIMATE CHALLENGE TO THE CONTRARY WHICH PLACE BOTH

THE U.S. CONGRESS AND U.S. SENATE IN WAIVER AND FORFEITURE WHICH
ALSO MUST BE ADDRESSED FURTHER ESTABLISHING THAT THIS IS NOW A
MATTER FOR THE COURTS, NOT LEGISLATURE, AND NO JUSTIFIABLE
SEPARATION OF POWERS CONCERN EXIST IN THIS CASE BY THAT VOLUNTARY
APPEARANCE WHERE THEY ACQUIESCED. "FORFEITURE" IS THE FAILURE TO
TIMELY ASSERT A RIGHT, WHILE "WAIVER" IS THE INTENTIONAL
RELINQUISHMENT OR ABANDONMENT OF A KNOWN RIGHT. IN THIS CASE WE
HAVE BOTH ON THE PART OF THE U.S. CONGRESS AND U.S. SENATE WHO
ARE PARTIES IN THE CRAWFORD STATE CASES RELIED UPON FOR THE
INITIAL PURPOSE OF IF NECESSARY SEEKING INJUNCTIVE AND OR
DECLARATORY RELIEF TO REQUIRE THEM TO ISSUE LEGISLATIVE PROVISION
WHICH IN REALITY IS NOT NECESSARY THOUGH THEY ACQUIESCED BEFORE
THE STATE COURT CASE(S) RELIED UPON, DUE TO THERE BEING AVAILABLE
REMEDY UNDER THE FOREIGN SOVEREIGN IMMUNITY ACT. BUT SINCE THE
U.S. CONGRESS AND SENATE WERE PARTIES TO THE STATE CASES THEY ARE
IN FORFEITURE AND WAIVER, IN RE: MILLENNIUM LAB HOLDINGS II,
LLC., 575 B.R. 252 (D.Del.2017); IN RE: IMERYS TALC AMERICA,
INC.,--F.4TH.--, 2022 WL 2350264 (3rd.Cir.2022).


THE FEDERAL COURT ASSESSING WAIVER DOES NOT GENERALLY ASK
ABOUT PREJUDICE. TO DECIDE WHETHER A WAIVER HAS OCCURRED, THE
COURT FOCUSES ON THE ACTIONS OF THE PERSON WHO HELD THE RIGHT
(CONGRESS AND THE SENATE HAD A FULL RIGHT AND DUTY TO CHALLENGE
IN THE CRAWFORD STATE CASES RELIED UPON BUT FAILED.), AND SELDOM
CONSIDERS THE EFFECTS OF THOSE ACTIONS ON THE OPPOSING PARTY.
THIS APPLIES TO CONTRACTUAL RIGHTS AND THERE IS NO NEED TO PROVE
DETRIMENTAL RELIANCE. ESTOPPEL IS ESTABLISHED AND JUDICIAL REVIEW
IS NOT PRECLUDED, MORGAN v. SUNDANCE, INC., 142 S.Ct. 1708
(U.S.2022); HAMER v. NEIGHBORHOOD HOUSING SERVICES OF CHICAGO,
138 S.Ct. 13 (U.S.2017); UNITED STATES v. CAMERO-CASTANEDA, 2021
WL 4979406 (E.D.N.C.2021).


IN REGARD TO ANY POTENTIAL ASSERTING OF A STATUTE OF
LIMITATION CLAIM, OR CLAIM THAT THE FIDUCIARY HEIR, KING AND
NAZARITE HIGH PRIEST OF THE ONE TRUE GOD IS ATTEMPTING TO APPLY
CERTAIN STATUTORY PROVISIONS LIKE HATE CRIME PROVISIONS OR THE
C.A.T. TREATY PROVISIONS RETROACTIVELY, THOUGH INDEED THE STATE

SPONSORED TERRORISM PROVISION DOES APPLY RETROACTIVELY. THE FIDUCIARY HEIR, KING AND NAZARITE HIGH PRIEST OF THE ONE TRUE GOD IS THE **"IMMORTAL PERSON"** A MEMBER OF THE SOLE CORPORATION AND FOREIGN SOVEREIGN SOVEREIGN CROWN WHO BY LAW HAS LIVED BEFORE, DURING AND AFTER THE TRANSATLANTIC SLAVE TRADE INCLUDING THROUGH THIS NATION'S JIM CROW LAWS. THOUGH SLAVERY ALLEGEDLY ENDED WITH THE EMANCIPATION PROCLAMATION, UNLIKE THE OTHERS, THE **"IMMORTAL BEING"** OF THE SOLE CORPORATION LIVES UNTIL THIS VERY DAY EXTENDING THROUGHOUT PAST, PRESENT AND FUTURE BY HIS HOLY SOVEREIGN BLOODLINE. THE SAME PRESENT DEFENDANT NATION AND OR NATIONS INVOLVED IN THE SLAVE TRADE ie. THE UNITED STATES, SOUTH CAROLINA, ATTACKED, FRAMED, THE FIDUCIARY HEIR, KING, KIDNAPPING AND SUBJECTING HIM TO ACTS OF HATE CRIMES AND ACTS OF OFFICIAL MENTAL AND PHYSICAL TORTURE NOW, BECAUSE HE IS THE **"IMMORTAL BEING"** DIRECTLY CONNECTED TO SLAVERY IN THIS NATION, THIS PRESENT DATE, BEHIND RELIGIOUS AND RACIAL HATRED, BECAUSE AMONG OTHER REASONS, THE FIDUCIARY HEIR IS THE ONLY LIVING SOUL IN THE WORLD ESSENTIALLY BEING **"IMMORTAL"**, A MEMBER OF THE SOLE CORPORATION AND FOREIGN SOVEREIGN CROWN DESIGNATED BY "CONTRACT", BY "COVENANT" THAT IS ALIVE TODAY TO BRING THE CAUSE; AND THEY CONSPIRED TO PREVENT THESE MATTERS FROM MOVING FORTH IN THE COURTS TODAY EVEN IN THEY CONSPIRING IN ASSASSINATION ATTEMPTS BY WEAPONIZING INMATES IN PHYSICAL ASSAULTS THAT EXIST NOW ESTABLISHING IMMINENT DANGER EVEN AT THE TIME OF FILING THIS INDEPENDENT ACTION FOR FRAUD UPON THE COURT. THUS, THE FOREIGN SOVEREIGN FIDUCIARY HEIR, KING AND NAZARITE HIGH PRIEST OF THE ONE TRUE GOD WOULD NOT BE ATTEMPTING TO APPLY ANY PROVISION OF CONCERN RETROACTIVELY AND THE FACT THAT THE DEFENDANTS CONSPIRED IN OUTRAGEOUS LAWLESSNESS THAT SHOCK THE CONSCIENCE, FRAUD, CRIMINAL CONSPIRACY, VIOLATIONS OF THEIR OATHS OF OFFICE TO UPHOLD THE U.S. CONSTITUTION TO PREVENT THESE MULTI-DISTRICT LITIGATION CASES FROM BEING GIVEN "JUST AND FAIR" REVIEW? EQUITABLE TOLLING ALSO ATTACHES PERMITTING THESE CASES TO MOVE FORWARD. THE FIDUCIARY HEIR, KING AND NAZARITE HIGH PRIEST OF THE ONE TRUE GOD HAVE THE ARK OF THE COVENANT TO RETRIEVE, A TEMPLE IN JERUSALEM TO REBUILD AND A GLOBAL PEOPLE TO PREPARE FOR HIS GREAT ETC. GRAND UNCLE, CHRIST JESUS, RETURN. LETS MOVE THESE

MATTERS FORWARD PLEASE AND VACATE THE KENTUCKY DISTRICT COURT'S
RECENT ACTS OF FRAUD UPON THE COURT UNDER CASE 3:24-cv-00028-JHM
WHERE THE MOTION TO VACATE THE FINAL ORDER ISSUED UNDER CASE
3:24-cv-00028-JHM IS TIMELY AND APPROPRIATELY MADE. EQUITABLE
TOLLING ALLOWS THE PLAINTIFF(S) TO BRING CAUSE OF ACTION AFTER
ANY ALLEGED STATUTE OF LIMITATIONS HAS ACCRUED WHEN DEFENDANTS,
AS THEY HAVE DONE IN THIS CASE, EVEN IN ACTS OF BRIBING AND OR
INAPPROPRIATELY INFLUENCING JUDGE McKINLEY OF THE KENTUCKY
DISTRICT COURT, TAKE ACTIVE STEPS TO PREVENT PLAINTIFF(S) FROM
SUING ON TIME WHERE THEY ALSO CONSPIRED TO BLOCK ACCESS TO THE
COURTS IN EVERY POSSIBLE WAY IMAGINABLE INCLUDING KEEPING THE LAW
LIBRARY CLOSED, OR REFUSING TO NOTIFY THE PLAINTIFFS WHEN IT WAS
OPEN OR BREAKING THE COPY MACHINE TO PREVENT GIVING LEGAL COPIES
OR BRIBING AND OR INAPPROPRIATELY INFLUENCING JUDGES, LIKE THEY
DID IN THE CASE OF SENIOR JUDGE McKINLEY, OF THE KENTUCKY
DISTRICT COURT AND THE OTHER INJUSTICES ARGUED, PRODUCING
EXTRAORDINARY CIRCUMSTANCES BEYOND THE PLAINTIFF(S) CONTROL TO
HINDER, IMPEDED. OBSTRUCT AND DEFEAT THE DUE COURSE OF JUSTICE
AND DENY THE PLAINTIFF(S) THE EQUAL PROTECTION OF THE LAWS AND
CONCEAL MATERIAL FACTS IN VIOLATION OF THE UNITED STATES
CONSTITUTION; 18 U.S.C. §§ 242, 1001; 42 U.S.C. §§ 1985(2) AND
(3), JACKSON v. UNITED STATES, 488 F.Supp.3d. 818 (E.D.Ark.2020);
ARELLANO v. McDONOUGH, 598 U.S. 1, 143 S.Ct. 543, 214 L.Ed.2d.
315 (U.S.2023); TAYLOR v. McDONOUGH, 71 F.4TH. 909 (D.D.C.2023);
MENOMINEZ INDIAN TRIBE OF WIS. v. UNITED STATES, 577 U.S. 250,
255 (U.S.2016).


        THE FIDUCIARY HEIR, KING AND NAZARITE HIGH PRIEST OF THE
ONE TRUE GOD, MEMBER OF THE SOLE CORPORATION AND FOREIGN
SOVEREIGN CROWN AND MEMBERS OF THE CESTUI QUE TRUST SEEK $100
TRILLION IN COMPENSATORY AND PUNITIVE DAMAGES AGAINST THE
RELEVANT MEMBER STATES OF THE UNITED NATIONS, OIL COMPANIES,
SUGAR, COTTON, TOBACCO, BANKING, RAILROAD, MARITIME ETC,
DEFENDANTS LISTED WITHIN THESE MULTI-DISTRICT LITIGATION CASES
WHO PLAYED A DIRECT PART AND OR WHO CONSPIRED WITH THE PRINCIPLE
SOVEREIGN STATES AND OR NATIONS IN SUPPORTING THIS EVIL

ENTERPRISE, TO INCLUDE THE ARRESTING AND OR EXECUTING AND OR ATTACHING THE INTELLECTUAL PROPERTY OF THE SOLE CORPORATION AND FOREIGN SOVEREIGN CROWN PURSUANT TO THE FOREIGN SOVEREIGN IMMUNITY ACT PROVISIONS AND EXCEPTIONS TO IMMUNITY. UNDER CASES 2013-CP-400-0084, 2294 THERE IS A (85) PAGE DOCUMENT THAT GOES INTO DETAIL EXPLAINING WHY THIS AMOUNT IS APPROPRIATE ALSO BASED UPON THE HISTORICAL RECORD WHERE CERTAIN PORTIONS OF THE WEALTH GAINED WAS CALCULATED BY THE RENOWN HISTORIAN WALTER EDGAR OF SOUTH CAROLINA. THE PLAINTIFF(S) MOTION TO EXPAND THE SCOPE AND FOR INCLUSION AND THAT THE (85) PAGE DOCUMENT BE OBTAINED THROUGH DISCOVERY UNDER RULE 26 AND BE MADE A PART OF THE COURT RECORD WITHIN THESE MULTI-DISTRICT LITIGATION CASES. IT IS PERSPICUOUS THAT THIS IS AN EXTRAORDINARY AMOUNT ON ITS FACE, BUT IN LIGHT OF THE CALCULATIONS MADE WITHIN THE (85) PAGE LEGAL DOCUMENT IN QUESTION. THE AMOUNT IS EXTREMELY MODEST COMPARED TO WHAT THE TRUE AMOUNT OF DAMAGE DONE COMES TO. DUE TO THIS SUBSTANTIAL AMOUNT, NEGOTIATIONS CAN BE MADE WHERE THIS AMOUNT CAN BE PAID IN THE GIVING OF (4) OF THOSE FOOTBALL TEAMS OF OUR CHOOSING FROM THE N.F.L. SEEKING THEY BECOME AFRICAN AMERICAN OWNED ESPECIALLY IN LIGHT OF THE FACT THAT THE FIDUCIARY HEIR HAS AN ACQUIRED INTEREST IN THOSE TEAMS DUE TO IT BEING HE WHO SENT THE LITIGATION TO THE AFRICAN AMERICAN FOOTBALL PLAYERS THAT PROTECTED THEM REGARDING THE COLIN KAPPERNICK PROTEST FORCING THE N.F.L. INTO ARBITRATION. IT CAN ALSO BE PAID IN 11% OF THE CORPORATE SEATS WITHIN THE GLOBAL NATIONS INVOLVED FORTUNE 500 ARE TO BE RESERVED FOR AFRICAN AMERICANS. 11% OF ALL COLLEGE ADMISSIONS ARE TO BE RESERVED FOR AFRICAN AMERICANS. THEY ARE TO BE EXEMPT FROM TAXATION WITHIN YOUR GLOBAL NATIONS WHEN IT COMES TO HOMES, CARS, RENTS AND PROPERTY ETC.. A PORTION OF IT CAN BE PAID IN NON TAXABLE PROPERTY, HOUSING AND EVEN JOBS IN THE MIDDLE CLASS SECTOR. BE ADVISED. DUE TO THE DETRIMENTAL OF THIS EGREGIOUS INJUSTICE AS WELL AS THE SOCIAL AND ECONOMIC EFFECTS THAT HAS OCCURRED TO OUR PEOPLE OVER THE CENTURIES BASED UPON THIS EVIL ENTERPRISE, STATE SPONSORED TERRORISM, PRODUCING POOR ACADEMIC, COGNIZANCE AND EVEN VOCATIONAL CONDITIONS, DESPAIR AND AT MANY TIMES HOPELESSNESS, HOMELESSNESS, FOOD INSECURITIES,

PRODUCING A PLETHORA OF NEGATIVE OUTCOMES SUCH AS DRUG AND ALCOHOL ABUSE PROBLEMS FOR SOME, MENTAL ILLNESS AND OTHER SUCH FACTORS. THIS MONEY CANNOT BE GIVEN DIRECTLY TO THE PEOPLE WITHOUT SOME LEVEL OF SUPERVISION, TRAINING AND COUNSELING OR IT WOULD CAUSE MORE HARM TO THEM THAN GOOD. THE FREEMAN BUREAU SET UP DURING THE RECONSTRUCTION PERIOD MUST BE RE-ESTABLISHED. OTHER MEDICAL, STRUCTURAL APPARATUS AND AGENCIES MUST BE SET IN PLACE SUPERVISED AND OVERSEEN BY THE FIDUCIARY HEIR, KING AND NAZARITE HIGH PRIEST OF THE ONE TRUE GOD, TO PROTECT THEIR INTEREST AND TO ALSO AID IN PREVENTING FRAUD OR ANY OTHER NEGATIVE OUTCOME THAT MAY BE ATTEMPTED. SUCH MUST BE PUT INTO PLACE TO ENSURE THE PROPER DISPERSING OF THESE MONIES AND INDEED A PORTION OF IT SHALL GO TO THE CROWN AS COMPENSATION FOR HIM AND THE ROYAL ANCESTORS THE GLOBAL NATIONS STOLE IN ACTS OF EXPROPRIATION OCCURRING ON FOREIGN SOIL. RACISM IS A STRUCTURAL RELATIONSHIP BASED UPON THE SUBORDINATION OF ONE RACIAL GROUP BY ANOTHER. GIVEN THIS PROSPECTIVE, THE DETERMINING FEATURE OF RACE RELATIONS IS NOT THE PREJUDICE TOWARDS BLACKS OR THE BLACKS TOWARDS WHITES, BUT RATHER, THE SUPERIOR POSITION, NOT SOME FALLACIOUS CLAIM OF A WHITE SUPERIOR CULTURE, NOT GENETICS OR THE INTELLECT OF WHITES, BUT IT IS THE SUPERIOR POSITIONING OF WHITES AND THEIR INSTITUTIONS BIRTH FROM THE DEATH, RAPING, KILLING AND TORTURING OF SLAVES, INSTITUTIONS---IDEOLOGICAL AS WELL AS STRUCTURAL WHICH MAINTAIN THAT SUPERIOR POSITION (ie. SCHOOLS AND EDUCATION). THE AFOREMENTIONED APPARATUS OF STATE PURSUANT TO THE KINGDOM OF IRON FORETOLD IN THE BOOK OF DANIEL CHAPTER 2 MUST BE PUT INTO PLACE TO PROTECT THE INTEREST OF THE SOVEREIGN SOLE CORPORATION AND FOREIGN SOVEREIGN CROWN AND THE BENEFICIARIES OF THE CESTUI QUE TRUST NOW AND LASTING UNTIL JESUS COME HOME TO ASCEND HIS RIGHTFUL PLACE OVER THE 4 GLOBAL THRONES OF RELIGIOUS PROPHESY.

THE UNITED STATES SUPREME COURT IN RECENT RULING HAS ESSENTIALLY DECLARED AFFIRMATIVE ACTION AS IT PERTAINS TO COLLEGE ADMISSIONS UNCONSTITUTIONAL BECAUSE IN THEIR ASSESSMENT STUDENTS EQUALLY SITUATED PURSUANT TO THE EQUAL PROTECTION OF THE LAWS PROVISION CANNOT BE MEASURED IN THAT WAY. IT IS THE FIDUCIARY

HEIR, KING AND NAZARITE HIGH PRIEST OF THE ONE TRUE GOD'S
SUPERSEDING POSITION AND DECREE THAT MAKING USE OF THOSE JUDICIAL
HOLDINGS FOR AFRICAN AMERICANS WHEN IT COMES TO ESTABLISHING 11%
OF ALL COLLEGE ADMISSIONS TO BE SET ASIDE FOR AFRICAN AMERICANS
IN THIS INSTANCE WOULD BE MISPLACED BECAUSE THIS CASE CARVES AN
EXCEPTION TO THE EQUAL PROTECTION OF THE LAWS STANDARD IN THAT BY
NO MEANS IF THIS IS GIVEN AS COMPENSATORY AND PUNITIVE DAMAGE
RELIEF FOR SLAVERY. NONE OF THE OTHER CULTURAL GROUPS OF THIS
NATION WOULD BE EQUALLY SITUATED BECAUSE NONE OF THEM ARE THE
CHILDREN OF THE TRANSATLANTIC SLAVE TRADE ENTITLED TO SUCH
COMPENSATORY AND OR PUNITIVE DAMAGES SIMILAR TO THE JAPANESE
INTERMENT INDIVIDUALS REPARATIONS. THUS, MAKING USE OF ANY RECENT
UNITED STATES SUPREME COURT RULING AS IT RELATES TO AFFIRMATIVE
ACTION WOULD BE MISPLACED. IT WOULD BE LIKE SAYING THAT ALL
CULTURES WITHIN THE UNITED STATES ARE ENTITLED TO THE RELIEF THAT
CONGRESS GAVE FOR JAPANESE INTERMENT. TO NOT ATTRIBUTE THESE
INDISPUTABLE JURISDICTIONAL FACTS TO THE RELIEF SOUGHT VIA
COLLEGE ADMISSION AS JUDICIAL RELIEF UNDER THE F.S.I.A. WOULD
INDEED BE A VIOLATION OF THE SEPARATION OF POWERS CLAUSE AND THE
EQUAL PROTECTION OF THE LAWS CLAUSE PURSUANT TO GIVING RELIEF TO
THE DESCENDANTS OF AFRICAN AMERICAN SLAVES IN FAVOR OF AFRICAN
AMERICANS. NOT ONLY IS JUST THE RECENT ATTACK OF ISRAEL UPON
GAZA, THE PALESTINIANS, BEING SUBMITTED BEFORE THE COURTS
INVOLVED AS CONCRETE EVIDENCE BY RELIGIOUS PROPHESY THAT THE
FIDUCIARY HEIR, KING, NAZARITE HIGH PRIEST, CRAWFORD, WRITTEN IN
THE BOOK OF ISAIAH CHAPTER 14:29-32, THE "SMOKE OUT OF THE
NORTH", IN THAT HE WAS BORN IN THE NORTH, ie JERSEY CITY, NEW
JERSEY, IS WHO HE CLAIMS TO BE BY "CONTRACT", BY "COVENANT" OF
THE SOLE CORPORATION AND FOREIGN SOVEREIGN CROWN WHERE RELIGIOUS
PROPHESY CLEARLY STATE THIS WOULD BE A PRECURSOR EVENT TO HIS
EMERGENCE BEFORE MANDKIND. THE FIDUCIARY HEIR, KING AND NAZARITE
HIGH PRIEST OF THE ONE TRUE GOD WHO IS CHRISTIAN, MUSLIM AND JEW
COMBINED, ALSO PLACE UP AS EVIDENCE BEFORE ALL COURTS INVOLVED
THE CURRENT CELESTRIAL EVENT PROPHESIED BY CRAWFORD'S GREAT ETC.
GRANDFATHER, THE PROPHET MUHAMMAD (PBUH), WHO INFORMED MUSLIMS

THAT A SIGN IN ISLAM THAT THE FIDUCIARY HEIR, KING, KHALIFAH, IMAM AND NAZARITE HIGH PRIEST OF THE ONE TRUE GOD IS WHO HE CLAIMS TO BE? IS THAT AT HIS EMERGENCE THERE WOULD OCCUR DURING THE MONTH OF RAMADAM A LUNAR ECLIPSE AND SOLAR ECLIPSE WITHIN THE MONTH. THE LUNAR ECLIPSE OCCURRED MARCH 25, 2024. THE SOLAR ECLIPSE IS SCHEDULED APRIL 8, 2024. THIS IS MORE THAN ENOUGH EVIDENCE TO ESTABLISH AT MINIMUM THE PRIMA FACIE SHOWING THAT THE CLAIMS ARE NOT FRIVOLOUS, OR OUTRAGEOUS AND THAT THE FIDUCIARY HEIR, KING, KHALIFAH, IMAM AND NAZARITE HIGH PRIEST OF THE ONE TRUE GOD IS WHO HE CLAIMS TO BE. THE MIRACLES AND THE MANIFESTATIONS OF RELIGIOUS PROPHESY, INCLUDING THE RANDOM MASS KILLINGS, INTENSE STORMS, FLOODS FIRES, EARTHQUAKES, CIVIL UNREST, PANDEMICS GLOBALLY INCREASING ARE OCCURRING RIGHT BEFORE ALL COURTS INVOLVED EYES, AS ACTS OF GOD FORETOLD BY CRAWFORD SINCE HIS UNLAWFUL AND UNCONSTITUTIONAL CONVICTION IN 2004, AND CANNOT BE DISPUTED OCCURRING CONTINUOUSLY AND SIMULTANEOUSLY OVER THE PERIOD OF HIS INCARCERATION, ACTS OF GOD, WHICH IS ESSENTIALLY IMPOSSIBLE IF THE RELIGIOUS AND SOVEREIGN CLAIMS WERE NOT TRUE.

ATTACHED TO THE FACE OF THIS COMPLAINT FILED FOR ALL PURPOSES, THE N.J. DISTRICT COURT WILL FIND:

(5) EXHIBIT, "MAGISTRATE STATUTE INVOKE". THIS IS A COPY OF THE [10] PAGE AFFIDAVIT OF FACTS DATED JUNE 29, 2022 AND THE [60] PAGE AFFIDAVIT OF FACTS DATED JUNE 23, 2022. THIS IS ALSO SUBMITTED TOWARDS FURTHER PROVING THE EGREGIOUS ACTS OF FRAUD UPON THE COURT ENGAGED IN BY THE KENTUCKY SENIOR JUDGE McKINLEY REQUIRING THE FINAL ORDER UNDER CASE 3:24-cv-00028-JHM BE VACATED UNDER THE INDEPENDENT ACTION RULE FOR FRAUD UPON THE COURT. ONCE THE PLAINTIFF(S) SOUGHT TO TIMELY INVOKE THE MAGISTRATE STATUTE TO HAVE THE CASE TRANSFERRED TO JUDGE JACQUELYN AUSTIN OF THE S.C. DISTRICT COURT SEEKING TO WAIVE THE USE OF ANY FEDERAL JUDGE AND THE SEEKING OF § 1407 TRANSFER OF THESE MULTI-DISTRICT LITIGATION CASES TO THE STATE OF NEW JERSEY. JUDGE McKINLEY PANICKED AND IN FRAUD ASSERTED THAT THE THREAT OF

IMMINENT DANGER WAS NOT DIRECTLY RELATED TO THE CASE AND OR THAT
THE THREAT WAS UNCLEAR TO THWART JUST AND FAIR REVIEW VIOLATING
THE SEPARATION OF POWERS CLAUSE, 18 U.S.C. § 1001 CONCEALING
MATERIAL FACTS AND HIS OATH OF OFFICE TO UPHOLD THE UNITED STATES
CONSTITUTION WARRANTING SANCTIONS UNDER 5 U.S.C. §§ 3331, 3333
AND 7311 WHICH THE PLAINTIFF(S) ALSO MOTION FOR AND SEEK, TO
INCLUDE VIOLATIONS OF THE F.S.I.A. PROVISIONS THAT POTENTIALLY
STRIP IMMUNITY WHICH IS COMPOUNDED BY U.S. SUPREME COURT RULING
UNDER WILLIAMS v. PENNSYLVANIA, 136 S.CT. 1899(U.S.2016). THE
PLAINTIFF(S) INVOKE RIGHT OF MAGISTRATE STATUTE AND MOTION TO
TRANSFER THESE MULTI-DISTRICT LITIGATION CASES TO JUDGE JACQUELYN
AUSTIN OF THE S.C. DISTRICT COURT AND SEEK THAT IT BE ORDERED
THAT SHE SIT UPON THESE CASES IN THE VENUE OF THE NEW JERSEY
DISTRICT COURT AND THE U.S. GOVERNMENT COVER ALL HER EXPENSES
INCLUDING TRAVEL, FOOD AND HOTEL ACCOMMODATIONS TO ALLOW HER TO
PRESIDE OVER THESE CASES AND SEE THESE MATTERS TO THEIR "JUST AND
FAIR" CONCLUSION AS ALL RIGHTS, TITLES, PRIVILEGES AND IMMUNITIES
OF THE SOLE CORPORATION AND FOREIGN SOVEREIGN CROWN WOULD REQUIRE
AND DEMAND.

THE FIDUCIARY HEIR, KING AND NAZARITE HIGH PRIEST OF THE
ONE TRUE GOD MAKES THIS STATEMENT TO THE GLOBAL BELIEVERS WHO ARE
THE BENEFICIARIES OF THE CESTUI QUE TRUST. OUR DEEPEST FEAR
SERVANTS OF THE MOST HIGH GOD, IS NOT THAT WE ARE INADEQUATE. OUR
DEEPEST FEAR IS THAT WE ARE MORE POWERFUL BEYOND MEASURE, MORE
POWERFUL THAN WE CAN POSSIBLY IMAGINE. YOU MIGHT THEN SAY, WHAT
RIGHT DO WE HAVE TO BE FABULOUS, BEAUTIFUL, INTELLIGENT, STRONG,
COURAGEOUS, PIOUS, RIGHTEOUS SERVANTS OF THE ONE TRUE GOD? THE
REALITY O' HOLY GLOBAL BELIEVERS OF THE WORLD, IS WHAT RIGHT DO
WE HAVE NOT TO BE? WHAT RIGHT DO WE HAVE NOT TO ACCEPT THE QADR
(THE DIVINE DECREE) OF THE ONE TRUE GOD? EACH GENERATION OUT OF
RELATIVE OBSCURITY MUST DISCOVER ITS MISSION IN LIFE AND EITHER
FULFILL IT,...OR BETRAY IT. IF WE HAVE NOT IN LIFE DISCOVERED
SOMETHING WORTH DYING FOR, LIKE WORSHIPPING AND OBEYING THE
COMMANDMENTS OF OUR GOD THAT OUR FOREFATHERS HAVE DIED AND
SACRIFICED THEIR BEST BLOOD TO DO? THEN WE ARE NOT FIT TO LIVE AS

MY PREDECESSOR MARTIN LUTHER KING JR. ONCE SAID. OUR MISSION IN
LIFE AS GLOBAL HOLY BELIEVERS OF CHRISTIANITY, ISLAM AND JUDAISM,
OF AFRICA AND ITS DIASPORA, IS TO SWERVE THE GOD WHO CREATED US,
WITH ALL OF OUR HEART, WITH ALL OF OUR STRENGTH, WITH ALL OUR
SPIRIT, WITH ALL OF OUR MIGHT, WHO IS ONE GOD, HAVING NO
PARTNERS, THERE IS NO SUCH THING AS A "TRINITY" GLOBAL BELIEVERS.
YOU ARE IN ERROR. GOD SHARES HIS GLORY WITH NO ONE. HE IS THE GOD
OF ABRAHAM, ISSAC AND JACOB. HE IS THE GOD OF MOSES, KINGS DAVID
AND SOLOMON, OF CHRIST JESUS AND THE PROPHET MUHAMMAD (PBUT), THE
ONE TRUE GOD WHOM WE ALL SERVE. WE SHALL NOT BETRAY OUR GOD OR
HIS HOLY PROPHETS. WE SHALL NOT BETRAY OURSELVES NOR OUR MORTAL
SOULS, WHICH IS THE HEART OF THIS MISSION FOR WHICH WE EMBARK. WE
SHALL LIVE AND WE SHALL DIE IN THIS FOR BOTH ARE NECESSARY TO
COMPLETE THIS SACRED JOURNEY FOR IT IS TO THE ONE TRUE GOD WHICH
IS THE END OF ALL JOURNEYS. WE ARE BORN TO MANIFEST THE GLORY OF
THE ONE TRUE GOD WITHIN US AND WITHOUT US. FOR EVERY ACT THAT WE
DO, OR NOT DO, MUST BE DONE AS AN ACT OF WORSHIP TO HIM. AS WE DO
THIS, WE GIVE THOSE WHO ARE AROUND US THE POWER, COURAGE AND
WISDOM TO DO THE SAME. I AM COMMANDED BY THE ONE TRUE GOD TO
"RESTORE ALL THINGS."

**NEXT CAUSE OF ACTION:** THIS CAUSE OF ACTION IS AN
EXTRA-TERRITORIAL CONSPIRACY AND JURISDICTION CLAIM. THE
DEFENDANTS IN THIS CAUSE ARE THE UNITED STATES, ANY RELEVANT
MEMBER STATES OF THE UNITED NATIONS, THE U.S. ATTORNEY MICHAEL A.
BENNETT OF KENTUCKY, THE STATE OF KENTUCKY, THE KENTUCKY ATTORNEY
GENERAL RUSSELL COLEMAN, THE CATHOLIC ARCH DIOCESE OF KENTUCKY,
THE KENTUCKY ARCH BISHOP SHELTON FABRE IN LOUISVILLE KY, THE N.J.
U.S. FEDERAL ATTORNEY PHILIP SELLINGER, THE STATE OF NEW JERSEY,
THE STATE OF NEW JERSEY ATTORNEY GENERAL MATT PLAKIN, THE
CATHOLIC ARCH DIOCESE OF NEWARK, N.J., CARDINAL JOSEPH W. TOBIN
OF THE NEWARK, N.J. CATHOLIC ARCH DIOCESE, THE VATICAN AND THE
POPE BEING SERVED THROUGH HIS BISHOPS OF THE ARCH DIOCESE
INVOLVED. THE PARTIES ARE BEING SUED IN BOTH THEIR OFFICIAL AND
INDIVIDUAL CAPACITIES FOR VIOLATIONS OF 28 U.S.C. §§ 2679,
1602-1612 ET. SEQ. OF THE FOREIGN SOVEREIGN IMMUNITY ACT

EXPROPRIATION AND COMMERCIAL EXCEPTIONS, VIOLATIONS OF THE HOBBS ACT WHERE THEIR ACTIONS WERE DESIGNED TO EFFECT INTERSTATE COMMERCE, BREACH OF TRUST, BREACH OF FIDUCIARY DUTY, BREACH OF CONTRACT AND OR COVENANT, SUBSTANTIALLY BURDENING THE OBLIGATION OF CONTRACT PURSUANT TO ARTICLE 1 § 10 OF THE U.S. CONSTITUTION AND VIOLATION OF DUE PROCESS LAW BY THEY EITHER ARRESTING AND OR EXECUTING AND OR ATTACHING OR CONSPIRING UNDER COLOR OF STATE LAW, AND OR UNDER COLOR OF LAW RELATED THERETO, REGARDING THE INTELLECTUAL PROPERTY OF THE SOLE CORPORATION AND FOREIGN SOVEREIGN CROWN IN THE FORM OF THE RIGHT TO LEGALLY MARRY WHICH WAS GIVEN TO THE GLOBAL NATIONS AS A "GRANT" WHICH HAD CLEAR RESTRICTIONS THAT WERE UNDENIABLY VIOLATED IN THAT THIS INTELLECTUAL PROPERTY CAN ONLY BE GIVEN AND OR BLESS OR UTILIZED BY HETEROSEXUAL COUPLES WHICH THE PARTIES VIOLATED EVEN PURSUANT TO THE POPE AND VATICAN RECENT PROCLAMATION THAT THEY INTEND TO BLESS SAME SEX MARRIAGES WITHIN ALL (50) STATES OF THE UNITED STATES AND OR GLOBALLY AND THE STATE ACTORS PERMITTING SAME SEX MARRIAGE WITHIN THEIR RESPECTIVE STATES, WITHOUT THE CONSENT OF THE SOLE CORPORATION AND FOREIGN SOVEREIGN CROWN. THE CAUSES ARE BROUGHT UNDER AN APPLICABLE JURISDICTIONAL GRANT WHICH IS NOT CONSIDERED RELITIGATING AN ISSUE, ESPECIALLY IN LIGHT OF THE FACT THAT THERE IS FRAUD UPON THE COURTS INVOLVED, CRIMINAL CONSPIRACY, OBSTRUCTION OF JUSTICE AND VIOLATIONS OF THEIR OATHS OF OFFICE TO UPHOLD THE UNITED STATES CONSTITUTION AND LAWS OF THE UNITED STATES, JERKESY v. S.E.C., 803 F.3d. 9 (D.D.C.2015); IN RE: JANUARY 2021 SHORT SQUEEZE TRADING LITIGATION, 580 F.Supp.3d. 1243(S.D.Fla.2022); MIRIYEVA v. U.S. CITIZENSHIP AND IMMIGRATION SERVICES, 436 F.Supp.3d. 170 (D.D.C.2019); BOARD OF TRUSTEES OF LELAND STANFORD JUNIOR UNIVERSITY OF ROCHE MOLECULAR SYSTEMS INC., 563 U.S. 776, 131 S.Ct. 2188, 180 L.Ed.2d. 1 (U.S.2011); GOLAN v. HOLDER, 565 U.S. 302, 132 S.Ct. 873(U.S.2012); GILL v. WHITFORD, 585 U.S. 48, 138 S.Ct. 1916, 201 L.Ed.2d. 313(U.S.2018)(THE FIDUCIARY HEIR, KING, KHALIFAH, IMAM AND NAZARITE HIGH PRIEST WHO SUPERSEDE THE POPE AND THE BENEFICIARIES OF THE CESTUI QUE TRUST HAVE A PERSONAL STAKE IN THE OUTCOME BY "CONTRACT", BY "COVENANT".); ACT INC. v. WORLDWIDE INTERACTIVE NETWORK, 2020 WL 4195269(E.D.Tenn.2020); OLDNAR

CORPORATION v. PANASONIC CORPORATION OF NORTH AMERICA, 766 Fed. Appx' 255(6th.Cir.2019). AS IT PERTAINS TO THE COURTS HANDLING OF THESE MATTERS REGARDING SAME SEX MARRIAGE, SUBJECT MATTER JURISDICTION AND ARTICLE III JURISDICTION CAN BE RAISED AT ANY TIME, AT ANY STAGE, EVEN AFTER FINAL ORDER IS ISSUED WITHIN ANY RELEVANT CASE AND CANNOT BE WAIVED AND OR FORFEITED. THUS, SINCE THE RIGHTS, TITLES, PRIVILEGES AND IMMUNITIES OF THE SOVEREIGN FIDUCIARY HEIR, KING, KHALIFAH, IMAM AND NAZARITE HIGH PRIEST OF THE ONE TRUE GOD WAS NOT FULLY ESTABLISHED UNTIL NOVEMBER OF 2020 BASED UPON CLAIMS OF DEFAULT AND VOIDING OF JURISDICTION BINDING THE UNITED STATES AND ALL (50) STATES BY THE SUPREMACY CLAUSE, AND OTHER (193) MEMBER STATES OF THE UNITED NATIONS BY THEIR FAILURE TO PLEAD, AND THE VATICAN MADE ITS RECENT DECREE THAT THEY AND ALL CATHOLIC CHURCHES GLOBALLY INTEND TO BLESS SAME SEX MARRIAGES WITHIN THIS NATION AND GLOBALLY. THE MOTION TO INTERVENE BY RIGHT, NOT PERMISSION, NOT JUST TO ADDRESS THE ISSUE OF SLAVERY, BUT ALSO THE ISSUE OF SAME SEX MARRIAGE MUST BE DEEMED TIMELY MADE. THIS FILING CANNOT IN FUNDAMENTAL FAIRNESS TO THE PLAINTIFF(S) BE DEEMED AS AN ABUSE OF JUDICIAL PROCESS SINCE THESE CASES SEEKING REPARATIONS AND TO ESTABLISH SAME SEX MARRIAGES EXIST WITHIN JUST ABOUT ALL DISTRICTS OF THIS NATION AND EVEN WITHIN THE OTHER RELEVANT FOREIGN NATIONS, AND AS A SOVEREIGN MEMBER OF THE SOLE CORPORATION AND FOREIGN SOVEREIGN CROWN WHOSE AUTHORITY SUPERSEDES THE POPE AND VATICAN BY "CONTRACT", BY "COVENANT" PROTECTED UNDER ARTICLE 1 § 10 OF THE U.S. CONST, STATE AND FEDERAL PROBATE LAW AND THE 1st. AMENDMENT FREE EXERCISE CLAUSE WHERE THE POPE AND VATICAN WITH ITS ARCH DIOCESE AND THE SLAVERY PLAINTIFFS IN QUESTION ARE BENEFICIARIES OF THE CESTUI QUE TRUST, AND WHERE THE FIDUCIARY HEIR AND SOVEREIGN BEING THE DIRECT DESCENDANT OF THE EARTH'S GREATEST PROPHETS AND KINGS, THE GREAT ETC, GRAND NEPHEW OF CHRIST JESUS HIMSELF, FIDUCIARY ABOVE THE POPE AND VATICAN, DEFAULTED ON BY THE UNITED STATES AND OTHER (193) MEMBER STATES OF THE UNITED NATIONS. THE FIDUCIARY HEIR, CRAWFORD, AND THE PLAINTIFF(S) BEING BENEFICIARIES OF THE CESTUI QUE TRUST WITH DIRECT AND THIRD PARTY

OBLIGATION TO PROTECT THE TERMS OF THE "GRANT". SUCH GIVES THE FIDUCIARY HEIR, KING, KHALIFAH, IMAM AND NAZARITE HIGH PRIEST, ABOVE THE POPE, LEGAL STANDING TO BRING THE CAUSES BY OBLIGATION BY "CONTRACT" BY "COVENANT" AS DUE PROCESS LAW PERMITS, DEL CARMEN DURON v. NIELSEN, 491 F.Supp.3d. 256 (S.D.Tex.2020); ARBAUGH v. Y & H CORP., 546 U.S. 500, 506-07, 126 S.Ct. 1235, 163 L.Ed.2d. 1097(U.S.2006); STEEL CO. v. CITIZENS FOR A BETTER ENVIRONMENT, 118 S.Ct. 1003; DEOTTE v. AZAR, 332 F.R.D. 173 (N.D.Tex.2019); LABREW v. A & K TRUCKLINE, INC., 2023 WL 7420203 (S.D.Tex.2023).

FEDERAL COURTS OF EQUITY HAVE JURISDICTION TO ENTERTAIN SUITS IN FAVOR OF CREDITORS, LEGATEES (THERE IS A BINDING WILL AND TESTAMENT), LEGACIES (INTELLECTUAL PROPERTY RIGHTS) AND HEIRS AND OTHER CLAIMS AGAINST A DECEDENT'S ESTATE (MEMBERS OF THE SOLE CORPORATION), TO ESTABLISH THESE CLAIMS AS LONG AS FEDERAL COURTS DO NOT INTERFERE WITH PROBATE PROCEEDINGS OR ASSUME ONLY GENERAL JURISDICTION OF A PROBATE OR CONTROL OF PROPERTY IN CONTROL OF THE STATE COURTS WHERE THE INTELLECTUAL PROPERTY OF THE SOLE CORPORATION AND FOREIGN SOVEREIGN CROWN IN QUESTION IS BEING ARRESTED AND OR EXECUTED AND OR ATTACHED IN VIOLATION OF THE TERMS OF THE "GRANT" GIVEN TO YOUR GLOBAL NATIONS, ALSO TRIGGERING THE EXPROPRIATION AND COMMERCIAL EXCEPTIONS UNDER THE FOREIGN SOVEREIGN IMMUNITY ACT, DONE BY THE POPE, THE CATHOLIC CHURCH GLOBALLY, THE UNITED STATES, ITS FEDERAL EMPLOYEES AND THEIR VARIOUS FEDERAL AGENCIES AND THE (50) STATES OF THE UNITED STATES IN VIOLATION OF THE HOBBS ACT EFFECTING INTERSTATE COMMERCE ALSO VIOLATING 28 U.S.C. § 2679 AS WELL. SEE JUDICIARY ACT OF 1789, 1 STAT. 73, 28 U.S.C.A. §§ 1331, 1332; MARKAM v. ALLEN, 326 U.S. 490, 66 S.Ct. 296, 90 L.Ed. 256(U.S.1946); ALLSTATE ASSURANCE COMPANY v. BENTON, 2023 WL 3105098 (N.D.Tex.2023); OPATI v. REPUBLIC OF SUDAN, 140 S.Ct. 1601, 206 L.Ed.2d. 904 (U.S.2020); MUELLER v. SYRIAN ARAB REPUBLIC,--F.Supp.3d.--, 2023 WL 1398434 (D.D.C.2023); ZIVOLTOFSKY EX REL ZIVOLTOFSKY v. KERRY, 561 U.S. 1, 135 S.Ct. 2079(U.S.2015).

BY THAT WHICH IS ARGUED WITHIN EXHIBIT, "FOREIGN SOVEREIGN

# 1" WHICH ESTABLISH THE SOVEREIGNTY OF THE KINGDOM OF IRON MIXED WITH MIRY CLAY FORETOLD AND ESTABLISHED BY "CONTRACT", BY "COVENANT" BEFORE THIS NATION WAS FORMED, SEEN IN THE BOOK OF DANIEL CHAPTER 2; ZECHARIAH CHAPT. 6:12-13; EZEKIEL 37:16-22; JEREMIAH 33:15-21 THE FIDUCIARY HEIR, KING, KHALIFAH, IMAM AND NAZARITE HIGH PRIEST WHO IS BY CONTRACT ABOVE THE POPE BY INHERITANCE, AND THE BENEFICIARIES OF THE CESTUI QUE TRUST HAVE THE PARAMOUNT RIGHT TO PROTECT THE LIVES, HEALTH, MORALS, COMFORT AND GENERAL WELFARE WHICH INCLUDE THE "GRANT" GIVEN TO YOUR GLOBAL NATIONS THAT HAVE CLEAR RESTRICTIONS THAT WERE VIOLATED WITHIN THIS NATION AND GLOBALLY, <u>HOME BLDG. & LOAN ASS'N v.</u> <u>BAISDELL</u>, 290 U.S. 398, 54 S.Ct. 231, 88 A.L.R. 1481, 78 L.Ed. 413(U.S.1934); <u>ELLIOTT v. BOARD OF SCHOOL TRUSTEES OF MADISON</u> <u>CONSOLIDATED SCHOOLS</u>,--F.3d.--, 2017 WL 5988226(7th.Cir.2017); <u>NORTH CAROLINA ASS'N OF EDUCATORS, INC. v. STATE,</u> 368 N.C. 777, 786 S.E.2d. 255(N.C.2016).

THE PLAINTIFF(S) BRING THE COURT'S ATTENTION TO EXHIBIT, "TRUSTEE". THIS IS A COPY OF THE WRIT OF MANDAMUS THAT WAS FILED IN CASE 16-2299. THIS DOCUMENT HIGHLIGHTS THE JURISDICTIONAL FACTS THAT ESTABLISH THAT THE FIDUCIARY HEIR, KING AND NAZARITE HIGH PRIEST OF THE ONE TRUE GOD, A MEMBER OF THE SOLE CORPORATION AND FOREIGN SOVEREIGN CROWN, CRAWFORD, APPOINTED A TRUSTEE TO PRESIDE OVER THESE MATTERS IN THE FORM OF JUDGE JACQUELYN AUSTIN, IN THE S.C. DISTRICT COURT, DISQUALIFYING ALL OTHERS OF THE S.C. DISTRICT COURT, THE KENTUCKY DISTRICT COURT, THE OHIO DISTRICT COURT, THE PHILADELPHIA DISTRICT COURT ET. AL., AND THE 4TH. CIRCUIT IN ITS ENTIRETY AT BOTH THE STATE AND FEDERAL LEVEL. THOUGH THE PLANTIFF(S) SEEK THE DISQUALIFICATION OF THE 4TH. CIRCUIT AND SEEK JURY TRIAL. JUDGE AUSTIN IS BOUND BY THE DEFAULT, TO ACT AS TRUSTEE DESIGNATED BY THE FOREIGN SOVEREIGN CROWN. SHE IS TO SIT OVER THE PRETRIAL AND TRIAL PROCEEDINGS WITHIN THE NEW JERSEY DISTRICT COURT, NEWARK DIVISION, AND THE PLAINTIFF(S) SEEK AND MOTION THAT THE TRANSFER ORDER SOUGHT PURSUANT TO § 1407 INDICATE THESE JURISDICTIONAL FACTS AND THE U.S. GOVERNMENT BE REQUIRED TO PAY IN FULL ALL TRAVEL AND

ACCOMMODATIONS COST FOR HER TO DO SO UNTIL ALL MATTERS ARE
CONCLUDED. THIS DOCUMENT ALSO ESTABLISH EXACTLY WHAT IS THE
CESTUI QUE TRUST THAT THE FIDUCIARY HEIR, KING AND NAZARITE HIGH
PRIEST OF THE ONE TRUE GOD, JEREMIAH MACKEY JR., ANTHONY COOK,
ALTON CHISOLM, AND THE BENEFICIARIES OF THE "TRUST" ARE REFERRING
TO, ACTING AND RELYING UPON, ARE BOUND BY "CONTRACT" TO PROTECT
AND ACT UPON, SUPPORTED BY THE DECLARATION OF SOVEREIGNTY FILED
WITHIN THE CRAWFORD STATE CASES, WHICH IS ESTABLISHED BY DEFAULT,
AND BY "CONTRACT", BY "COVENANT" PROTECTED UNDER ARTICLE 1 § 10
OF THE U.S. CONSTITUTION, THE 1st. AMENDMENT FREE EXERCISE CLAUSE
AND STATE AND FEDERAL PROBATE LAW AND STATUTES. THIS DOCUMENT
ALSO ESTABLISH WHY THE RIGHT TO LEGALLY MARRY IS THE INTELLECTUAL
PROPERTY OF THE SOLE CORPORATION AND FOREIGN SOVEREIGN CROWN
GIVEN TO YOUR GLOBAL NATIONS AS A "GRANT" HAVING CLEAR
RESTRICTIONS WHICH ALL (50) STATES AND VARIOUS OTHER SOVEREIGN
NATIONS VIOLATED BY GIVING THIS RIGHT TO THE "SODOMITES AND
GOMORRAHRITES" (GAYS AND LESBIANS) OF YOUR NATIONS ESTABLISHING
CAUSE OF ACTION AND FURTHER ESTABLISHING THE FORUM STATES
INVOLVED, PRODUCING EXTRA-TERRITORIAL CONSPIRACY AND
JURISDICTION, AND OR MULTI-DISTRICT LITIGATION PANEL JURISDICTION
THOUGH THE JURISDICTION OF THE MULTI-DISTRICT LITIGATION PANEL
OVERRIDES THE FORUMS INVOLVED. THE PLAINTIFFS ARE MOTIONING FOR
INJUNCTIVE AND OR DECLARATORY RELIEF FROM THE MULTI-DISTRICT
LITIGATION PANEL FOR JURY TRIAL TO ADDRESS THESE MATTERS IN
WASHINGTON, D.C.. ANY LAW WHICH IN ITS OPERATION AMOUNTS TO A
DENIAL OR OBSTRUCTION OF RIGHTS ACCRUED BY CONTRACT, WHICH IS THE
VERY CONTRACT, COVENANT THAT ESTABLISH THE STATE OF ISRAEL AND
THE VATICAN AS SOVEREIGN NATIONS, FURTHER DEMONSTRATING THAT THIS
IS NOT SOME FRIVOLOUS "SOVEREIGN CITIZEN CLAIM", BUT A LEGITIMATE
"FOREIGN SOVEREIGN IMMUNITY ACT CLAIM", THOUGH PROFESSING TO ACT
ONLY ON THE REMEDY, IS VIOLATIVE OF CONSTITUTIONAL INHIBITIONS
AGAINST LEGISLATIVE AND OR JUDICIAL IMPAIRING RIGHTS OF CONTRACT,
SVEEN v. MELIN, 138 S.Ct. 1815, 201 L.Ed.2d. 180, 86 U.S.L.W.
4392(U.S.2018).

THE FIFTH AMENDMENT TAKING CLAUSE PREVENTS LEGISLATIVE AND

OR OTHER GOVERNMENT ACTORS FROM DEPRIVING PRIVATE PERSONS OF VESTED PROPERTY RIGHTS, WHICH INCLUDE ALL TITLES, PRIVILEGES AND IMMUNITIES RELATED THERETO, EXCEPT FOR PUBLIC USE AND UPON PAYMENT OF JUST COMPENSATION. BUT IN THIS INSTANCE THE PERSON IS A FOREIGN SOVEREIGN KING AND NAZARITE HIGH PRIEST OF THE ONE TRUE GOD BY HIS ORIGINAL STATUS AS SUCH BY "CONTRACT", BY "COVENANT" WHO'S INTELLECTUAL PROPERTY CANNOT BE ARRESTED AND OR ATTACHED AND OR EXECUTED WITHOUT HIS CONSENT, WHICH NONE OF THE CONSPIRING STATE AND OR FEDERAL ACTORS HAVE, AND WHERE WE ARE ALSO DEALING WITH A "GRANT" GIVEN TO YOUR GLOBAL NATIONS BY THE SOLE CORPORATION AND FOREIGN SOVEREIGN CROWN VIA THE RIGHT TO LEGALLY MARRY THAT HAS CLEAR RESTRICTIONS WHICH ALL (50) STATES AND NUMEROUS FOREIGN NATIONS VIOLATED ESTABLISHING ARTICLE III STANDING AND CAUSE OF ACTION OF THE FIDUCIARY HEIR AND BENEFICIARIES OF THE CESTUI QUE TRUST TO PROTECT THE TERMS OF THE "GRANT" ESTABLISHED BY THE SOLE CORPORATION AND FOREIGN SOVEREIGN CROWN WHERE YOUR USE OF THE "GRANT" IN THE MANNER CHALLENGED NEVER ENTERED INTO THE MIND OF THE LENDERS. THE WILL OF THE DONORS IS THE WILL OF THE "GRANT" WHERE YOU ALSO VIOLATED THE HOBBS ACT EFFECTING INTERSTATE COMMERCE BY CATERING TO THIS GREAT EVIL IN THE SIGHT OF THE ONE TRUE GOD GIVING SUCH RIGHT TO THE "SODOMITES AND GOMORRAHRITES" (GAYS AND LESBIANS) OF YOUR NATIONS. THE POPE, THE VATICAN, THE CATHOLIC CHURCH AND ITS ARCH DIOCESES, YOUR STATES NOR THIS NATION NEVER HAD THE FIDUCIARY HEIR, KING, WHO IS FIDUCIARY AND HIGH PRIEST ABOVE THE POPE WITH SUPERSEDING AUTHORITY, CONSENT TO DO THIS ALSO ESTABLISHING BREACH OF TRUST, BREACH OF CONTRACT AND BREACH OF FIDUCIARY DUTY. CAUSE OF ACTION AND JURISDICTION IS ESTABLISHED IN THE FORUM STATES WHERE THIS INJUSTICE HAS OCCURRED AND CONTINUES TO OCCUR, U.S. v. RUE, F.Supp.3d., 2015 WL 5007930(S.D.Tex.2015); GORDON v. T.B.C. RETAIL GROUP, INC., F.Supp.3d., 2016 WL 4247738(DSC.2016); REED v. BIG WATER RESORT, LLC., F.Supp.3d., 2016 WL 2935891(DSC.2016); U.S.C.A. CONST. ART. 1 § 8 Cl.3; 18 U.S.C.A. § 1951; UNITED STATES v. HENDERSON SUPRA.; CAPITAL TRANS INTERN, LLC. v. INTERNATIONAL PETROLEUM INV. CO., F.Supp.2d., 2013 WL 557236 (Fla.2013)(SOVEREIGN REMOVAL OF STATE COURT CASE(S)

REMOVES ENTIRE CASE(S), INCLUDING INTERVENORS, NOT MERELY PORTIONS EFFECTING THE SOVEREIGN.); BRADDY v. UNITED STATES, 2016 WL 1031301 (E.D.Va.2016)(DISTRICT COURT IS PRECLUDED FROM REMANDING STATE CASES BACK TO THE STATE COURTS.); PEELE v. WILLIFORD, 2019 WL 13243004 (E.D.N.C.2019).

IF THE FOREIGN SOVEREIGN IMMUNITY ACT RECOGNIZES THE STATE OF ISRAEL AND THE VATICAN AS SOVEREIGN NATIONS? THEN THE COURTS ARE REQUIRED BY DUE PROCESS LAW, THE DEFAULT AND CONTRACT TO RECOGNIZE THE FIDUCIARY HEIR AND KING AS SOVEREIGN, BECAUSE HIS RIGHT TO THE THRONE OF ISRAEL AND LEVITICAL HIGH PRIESTHOOD OF THE ONE TRUE GOD SUPERSEDES THEM BOTH BY "CONTRACT", BY "COVENANT". THE CONTRACT CLAUSE OF THE U.S. CONSTITUTION APPLIES TO EVERY KIND OF CONTRACT, INCLUDING "GRANTS" AND "COVENANTS" WHERE THE LAW OF THE CONTRACT WHERE AND WHEN IT WAS MADE STANDS AND CANNOT BE MADE OR UNMADE BY THE COURTS WITH EX POST FACTO LAW, AND WHERE WE ARE THE FIDUCIARY HEIR, KING, NAZARITE HIGH PRIEST OF THE ONE TRUE GOD AND BENEFICIARIES OF THE CESTUI QUE TRUST BY "CONTRACT", BY "COVENANT", PROTECTED UNDER ARTICLE 1 § 10 OF THE U.S. CONSTITUTION AND THE 1st. AMENDMENT FREE EXERCISE CLAUSE PRODUCE LEGAL OBLIGATION, DIRECT AND THIRD PARTY, TO PROTECT THE TERMS OF THE "GRANT" AND "COVENANT". THE COURTS HAVE JURISDICTION UNDER THE FOREIGN SOVEREIGN IMMUNITY ACT'S EXPROPRIATION AND COMMERCIAL EXCEPTIONS TO IMMUNITY, WORLEY v. ISLAMIC REPUBLIC OF IRAN, 75 F.Supp.3d. 311(D.D.C.2014); ZIVOLTOFSKY EX REL ZIVOLTOFSKY v. KERRY SUPRA.; ROTH v. ISLAMIC REPUBLIC OF IRAN, 78 F.Supp.3d. 379(D.D.C.2015); BANK MARKAZI v. PETERSON, 578 U.S. 212, 136 S.Ct. 1310, 194 L.Ed.2d. 463(U.S.2016); RAFAELI, LLC. v. OAKLAND COUNTY, 952 N.W.2d. 434, 472 (Mich.2020); DAVIS v. CANTRELL, 2018 WL 6169255, * 5+ E.D.La.; ELAN PHARMACEUTICALS, INC. v. DIRECTOR DIVISION OF TAXATION, 2014 WL 1796633 (N.J.2014); 28 U.S.C. § 2679; IN RE: CIRCUIT CITY STORES INC., 515 B.R. 302, 308 Bkrtcy (E.D.Va.2014); WILZIG v. SISSELMAN, 209 N.J. SUPR. 25, 506 A.2d. 1238(Sup.Ct.1986); SANDRA J. KOTTMAN PLAINTIFF v. UNITED STATES, 2017 WL 4185481 (W.D.MO.2017); WARD v. AUERBACH, 2017 WL

2724938(D.C.Mass.2017). THE EXPROPRIATION EXCEPTION TO THE F.S.I.A. IS TRIGGERED BY VIOLATION OF THE TERMS OF THE "GRANT" AS IT PERTAINS TO SAME SEX MARRIAGES ESTABLISHING THAT IMMUNITY IS WAIVED, ESPECIALLY IN LIGHT OF THE COMMERCE, MONIES, THAT YOUR STATES AND NATIONS BENEFITED FROM THIS GREAT EVIL WAIVING IMMUNITY ALSO UNDER THE COMMERCIAL EXCEPTION OF THE FOREIGN SOVEREIGN IMMUNITY ACT. IMMUNITY IS ALSO WAIVED BY WHAT IS ARGUED IN THE § 2241 PETITION ATTACHED TO THE § 1983 ACTION THAT MAKE UP CASE 3:24-cv-00028-JHM ESTABLISHING JURISDICTION. UNDER THE F.S.I.A. EVERY ACT DO NOT HAVE TO BE COMMERCIAL IN NATURE IF IT HAS A CAUSAL CONNECTION TO COMMERCIAL ACTS CATERING TO THIS EVIL, YOUR PEOPLE, CITIZENS, MAKING MONEY OFF OF SAME SEX MARRIAGES, ALSO AS IT PERTAINS TO ATTRIBUTING FINES AND COURT FEES FOR CRIMINAL AND CIVIL CASES WHERE CRIME IS BIG BUSINESS IN THIS NATION WHERE THIS NATION BUILDS MORE PRISONS THAN SCHOOLS AND SUCH PRACTICES ARE TRADED ON THE STOCK EXCHANGE AT BOTH THE STATE AND FEDERAL LEVELS IN VARIOUS FORMS. CAUSE OF ACTION IS ESTABLISHED, DeSANCHEZ v. BANCO CENTRAL DE NICARAGUA, 770 F.2d. 1385, 54 U.S.L.W. 2230(5th.Cir.1985); ROSESABAGINA v. REPUBLIC OF RWANDA,--F.Supp.3d.--, 2023 WL 355951(D.D.C.2023).

**NEXT CAUSE OF ACTION:** THIS CAUSE OF ACTION INVOLVES THE UNITED STATES, THE U.S. CONGRESS WITH ALL OF ITS MEMBERS CONTAINED THEREIN, THE U.S. SENATE AND ALL OF ITS MEMBERS CONTAINED THEREIN CHALLENGING THE CONSTITUTIONALITY OF THE PLRA AND AEDPA TO INCLUDE ITS 3 STRIKE PROVISIONS AS THEY ARE CONTAINED IN THE 1996 CLINTON BILL WITH ITS MINIMUM AND MAXIMUM SENTENCING GUIDELINES WHICH APPEAR IN BOTH THE STATE OF KENTUCKY AND NEW JERSEY AND WITHIN THE OTHER REMAINING (48) STATES OF THIS NATION. 51 A.L.R. Fed.2d. 143 RUNS AFOUL OF THE SAFEGUARDS PLACED INTO EFFECT BY THE UNITED STATES SUPREME COURT JUDICIAL HOLDINGS MADE UNDER EX PARTE VIRGINIA 1887. THE RELEVANT PORTIONS OF THE 1996 CLINTON BILL TO INCLUDE ITS MINIMUM AND MAXIMUM SENTENCING GUIDELINES WITH ITS PLRA AND AEDPA PROVISIONS SURREPTITIOUSLY TARGET AFRICAN AMERICANS TO THEIR DETRIMENT BY THESE LEGISLATIVE ENACTMENTS WHICH ARE UNCONSTITUTIONAL ALSO VIOLATING THE 14TH. AMENDMENT DUE PROCESS AND EQUAL PROTECTION OF THE LAWS CLAUSES

WHERE THE REPUBLICANS PUSHED THESE PROVISIONS WHILE PRESIDENT
CLINTON WAS UNDER DURESS TO AVOID IMPEACHMENT BEHIND THE MONICA
LAWINSKY? SCANDAL. AS PRESIDENT CLINTON PREVIOUSLY ADMITTED AND
STATED UPON THE RECORD BEFORE THE PUBLIC WHEN ASKED, "HE HAD NO
IDEA THAT THE PROVISIONS THAT DECIMATED AFRICAN AMERICAN
COMMUNITIES WITHIN THIS NATION EXISTED IN THE BILL, NOR DID HE
REALIZE THE IMPACT THEY WOULD HAVE ON THE AFRICAN AMERICAN
COMMUNITY OF THIS NATION." COURTS MAY DECLARE A STATUTE
UNCONSTITUTIONAL WHEN ITS INVALIDITY SO CLEARLY AS TO LEAVE NO
ROOM FOR REASONABLE DOUBT THAT IT VIOLATES SOME PROVISION OF THE
UNITED STATES CONSTITUTION. THE PLAINTIFF(S) WANT THIS BEFORE THE
JURY, ESPECIALLY IN LIGHT OF THE FACT THAT THE ISSUE WAS
PRESENTED UNDER CASE 3:24-cv-00028-JHM AND JUDGE McKINLEY IN
EGREGIOUS ACTS OF FRAUD UPON THE COURT ABUSED HIS DISCRETION IN
DETERMINING THAT THERE WAS NO THREAT OF IMMINENT DANGER THAT
CARVED EXCEPTION TO THREE STRIKE RULE. THE PRESENTING OF THIS
ISSUE WAS AN ADDITIONAL REASON WHY THE INAPPROPRIATELY INFLUENCED
JUDGE DID THIS. THE PLAINTIFF(S) ARE SEEKING TO PLACE THE
EVIDENCE GATHERED BY THE ACCLAIMED AUTHOR AND PROMINENT CIVIL
RIGHTS STANFORD LAW SCHOOL PROFESSOR AND ATTORNEY, MICHELLE
ALEXANDER, A RENOWN INDEPENDENT INVESTIGATOR, FOUND IN HER BOOK
ENTITLED, "MASS INCARCERATION IN THE AGE OF COLORBLINDNESS, THE
NEW JIM CROW", ISBN NO. 978-1-59558-643-8, AND THE SUBSTANTIAL
EVIDENCE GATHERED BY THE OTHER INDEPENDENT INVESTIGATORS WHO
PRODUCED THE DOCUMENTARY ENTITLED "13" WHICH AIRED ON PBS, UP AS
EVIDENCE BEFORE THE JURY TO FURTHER SUBSTANTIATE AND ESTABLISH
THESE JURISDICTIONAL FACTS. THE OHIO, KENTUCK AND PHILADELPHIA
DISTRICT COURTS ARE SUBJECTING THE PLAINTIFF(S), CRAWFORD, AND
THE BENEFICIARIES OF THE CESTUI QUE TRUST TO THESE
UNCONSTITUTIONAL PROVISIONS OF THREE STRIKE, OF THE PLRA, FURTHER
ESTABLISHING AN EXTRA-TERRITORIAL CONSPIRACY TO VIOLATE THEIR
CONSTITUTIONALLY PROTECTED RIGHTS AND OTHER AFRICAN AMERICANS OF
THIS NATION INCLUDING UNDER THE EQUAL PROTECTION OF THE LAWS
CLAUSE, AND FURTHER ESTABLISH MULTI-DISTRICT LITIGATION EVEN BY
CASES THAT APPEARED BEFORE THE 4TH. CIRCUIT COURT OF APPEALS THAT
MADE USE OF THESE UNCONSTITUTIONAL PROVISIONS OF LAW THAT

DISPROPORTIONATELY TARGET AFRICAN AMERICANS TO THEIR DETRIMENT. CHALLENGE TO THE CONSTITUTIONALITY OF THIS PROVISIONS IS MADE WHERE THIS CHALLENGE IS JURISDICTIONAL IN NATURE DUE TO THE COURT MAKING IT A PREREQUISITE TO OBTAINING JUDICIAL REVIEW BEFORE THE KENTUCKY, OHIO AND PHILADELPHIA DISTRICT COURTS INVOLVED, COOPER v. HARRIS, 137 S.Ct. 1455, 197 L.Ed.2d. 837, 85 U.S.L.W. 4257(U.S.2017); BANK OF AMERICA CORP. v. CITY OF MIAMI FLORIDA, 137 S.Ct. 1296, 197 L.Ed.2d. 678, 85 U.S.L.W. 4227 (U.S.2017); COUNTY OF COOK v. BANK OF AMERICA CORPORATION, 2018 WL 1561725(2018).

WHEN IT COMES TO ADDRESSING THE CONSTITUTIONALITY OF THE 1996 CLINTON BILL, 51 A.L.R.2d. 143. A FACIAL CONSTITUTIONAL CHALLENGE SEEKS TO VINDICATE NOT ONLY THE PLAINTIFF(S) RIGHTS, AS IN AN APPLIED CHALLENGE, BUT ALSO THOSE OF OTHERS WHO MAY BE ADVERSELY IMPACTED BY THE STATUTES IN QUESTION WHICH IS DIRECTED AT THE RESIDENTS OF ALL (50) STATES INCLUDING THE RESIDENTS OF THE FORUM STATES OF SOUTH CAROLINA, OHIO, KENTUCKY AND PENNSYLVANIA ESTABLISHING EXTRA-TERRITORIAL JURISDICTION CONSPIRACY AND MULTI-DISTRICT LITIGATION TO DETRIMENTALLY EFFECT AFRICAN AMERICANS BY THESE UNCONSTITUTIONAL STATUTORY PROVISIONS OF LAW, BRUNI v. CITY OF PITTSBURGH, 941 F.3d. 73 (3rd.Cir.2019); MAZO v. WAY, 551 F.Supp.3d. 478(D.N.J.2021).

A DISTRICT COURT IS WITHOUT JURISDICTION (JURISDICTION UNDER THE CONSTITUTIONAL PRONG AND OR ELEMENT TO SUBJECT MATTER JURISDICTION.) TO ENFORCE AN UNCONSTITUTIONAL STATUTE, HUSSAIN v. SULLIVAN BUICK-CADILLAC-GMC TRUCK, INC., 505 F.Supp.3d. 1242(N.D.Fla.2020); HUSSFELD v. AMERICAN FINANCIAL SECURITY LIFE INSURANCE COMPANY, 544 F.Supp.3d. 1323 (S.D.Fla.2021); BARR v. AMERICAN ASSOCIATION OF POLITICAL CONSULTANTS INC., 140 S.Ct. 2355(U.S.2020); UNITED STARES v. MISELIS, 972 F.3d. 518 (4th.Cir.2020).

WHERE A STATUTE IS CONSTITUTIONALLY BAD AND THERE EXIST NO SEVERABILITY CLAUSE, WHICH FROM WHAT THE PLAINTIFF(S) CAN DETERMINE, NO SEVERABILITY CLAUSE EXIST IN THE 1996 CLINTON BILL

IN QUESTION. THEN THE STATUTE AS A WHOLE IS BAD AND THEREUPON VOID BEING REPUGNANT TO THE UNITED STATES CONSTITUTION, TO INCLUDE OUR SEEKING TO RENDER VOID EVERY FEDERAL COURT FINAL ORDERS INVOLVING THE PLAINTIFF(S) INVOLVED WITHIN THESE CASES, INCLUDING THE INTERVENORS, THAT WERE ADJUDICATED SINCE 2001, THOSE FEDERAL COURTS WHO MADE USE OF THESE UNCONSTITUTIONAL STATUTORY PROVISIONS COMPRISING EVERY FINAL ORDER ISSUED IN THOSE CASE, THAT THE KENTUCKY, (NJ) New Jersey AND ANY OTHER POTENTIAL COURT USE TO ATTACH A 3 STRIKE PROHIBITION TO ANY OF THE PLAINTIFF(S) INVOLVED, ESPECIALLY WHERE JUDGE McKINLEY UNDER CASE 3:24-cv-00028-JHM ENGAGED IN FRAUD UPON THE COURT AND VIOLATIONS OF HIS OATH OF OFFICE TO UPHOLD THE U.S. CONSTITUTION, CONSPIRED UNDER COLOR OF LAW TO PREVENT "JUST AND FAIR" REVIEW OF A CLEAR JURISDICTIONAL ISSUE THAT CANNOT BE WAIVED AND OR FORFEITED PERMITTING REVIEW NOW UNDER THE INDEPENDENT ACTION RULE FOR FRAUD UPON THE COURT MAKING EFFORTS TO ALSO USURP THE JURISDICTION OF THE MULTI-DISTRICT LITIGATION PANEL IN VIOLATION OF THE SEPARATION OF POWERS CLAUSE, SEILA LAW, LLC. v. CONSUMER FINANCIAL PROTECTION BUREAU, 140 S.Ct. 2183, 207 L.Ed.2d. 494(U.S.2020); CUNNINGHAM AND MATRIX FINANCIAL SERVICES, LLC., 531 F.Supp.3d. 1164(E.D.Tex.2021); MURRAY v. KAPLE, 66 F.Supp.2d. 745(DSC.1999)(THE LEGISLATION WOULD NOT HAVE BEEN PASSED IF THE UNCONSTITUTIONAL PORTIONS DID NOT EXIST.); SMITH v. TRUMAN ROAD DEVELOPMENT, LLC., 414 F.Supp.3d. 1205 (W.D.Mo.2019); THE SLAUGHTER-HOUSE CASES, 83 U.S. (16 WALL) 36 (U.S.1873). THEREFORE, IS ISSUE OBSTRUCT GIVES FURTHER CAUSE WHY THE FINAL ORDER ISSUED UNDER CASE 3:24-cv-00028-JHM MUST BE VACATED FOR FRAUD UPON THE COURT AND OBSTRUCTION OF JUSTICE. AND all previous New Jersey orders.

WHERE COMMON FACTUAL ISSUES EXIST AMONG ACTIONS IN MULTI-DISTRICT LITIGATION, THE PRESENCE OF DIFFERENT LEGAL THEORIES AMONG THE SUBJECT ACTIONS IS NOT A BAR TO CENTRALIZATION. CENTRALIZATION OF ACTIONS IN MULTI-DISTRICT LITIGATION DOES NOT REQUIRE A COMPLETE IDENTITY OF PARTIES. THE PENDENCY OF RELATED STATE COURT LITIGATION CANNOT BE DEEMED A VALID BAR TO CENTRALIZATION OF ACTIONS IN MULTI-DISTRICT

LITIGATION. CENTRALIZATION IS WARRANTED WHERE THE ACTIONS ALL ADDRESS THE UNCONSTITUTIONALITY OF THE 1996 CLINTON BILL WITH ITS 3 STRIKE, PLRA AND ADEPA PROVISIONS, ADDRESS THE ARRESTING AND OR ATTACHING AND OR EXECUTING THE INTELLECTUAL PROPERTY OF THE SOLE CORPORATION AND FOREIGN SOVEREIGN CROWN AS IT RELATES TO THE RIGHT TO LEGALLY MARRY GIVEN TO YOUR GLOBAL NATIONS AS A "GRANT" WHICH HAD CLEAR RESTRICTIONS WHICH ALL (50) STATE AND THE RELEVANT OTHER SOVEREIGN NATIONS VIOLATED BY GIVING THIS RIGHT TO THE SODOMITES (HOMOSEXUALS) AND GOMORRAHRITES (LESBIANS) OF YOUR NATIONS, ALSO ACTING IN VIOLATION OF THE HOBBS ACT EFFECTING INTERSTATE COMMERCE, WHERE THE CASES INVOLVE THE FIDUCIARY HEIR, KING, KHALIFAH, IMAM AND NAZARITE HIGH PRIEST OF THE ONE TRUE GOD AND FOREIGN SOVEREIGN CROWN, ALSO CHALLENGING THE ISSUE OF SLAVERY AND TO ESTABLISH ALL RIGHTS, TITLES, PRIVILEGES AND IMMUNITIES OF THE FIDUCIARY, KING AND NAZARITE HIGH PRIEST OF THE ONE TRUE GOD AND BENEFICIARIES OF THE CESTUI QUE TRUST AS IS ARGUED WITHIN THE CASES INVOLVED, INCLUDING THE LEGAL ISSUES OF RELIGIOUS PROPHESY THAT CLEARLY EFFECT ALL (50) STATES, ESTABLISH THAT THESE ARE INDEED MULTI-DISTRICT LITIGATION CASES, PRODUCING EXTRA-TERRITORIAL JURISDICTION CONSPIRACY CLAIMS WITH THESE CASES SITTING IN SOUTH CAROLINA, OHIO, KENTUCKY AND PENNSYLVANIA, IN RE: BANK OF NEW YORK MELLON CORP., FOREIGN EXCHANGE TRANSACTION LITIGATION, 857 F.Supp.2d. 1371 (2012); IN RE: DARVOCET, DARVON AND PROPOXYPHENE PRODUCTS LIABILITY LITIGATION, 780 F.Supp.2d. 1379(2011); IN RE: MARRIOTT INTERNATIONAL INC., CUSTOMER DATA SECURITY BREACH LITIGATION, 363 F.Supp.3d. 1372(2019).

**NEXT CAUSE OF ACTION:** THIS CAUSE OF ACTION INVOLVE THE SOUTH CAROLINA DEFENDANTS SGT. CROWLEY, WARDEN JAMES, AW SMITH, AW McDUFFY, DIRECTOR BRYAN STIRLING AND ALL S.C.D.C. DEFENDANTS LISTED UNDER CASE 2:23-cv-02962-JLG-CHG AT LEE CORRECTIONAL INSTITUTION FOR ACTS OF WEAPONIZING INMATES AS THEIR PROXY IN PHYSICAL ASSAULTS AND OR ATTEMPTED ASSAULTS AGAINST THE PLAINTIFF(S) CRAWFORD AND OR COOK, TO DETER THE PLAINTIFF(S) FROM BRINGING THIS ACTION, WHICH INCLUDE THE S.C.D.C. DEFENDANTS AT LEE CORRECTIONAL INSTITUTION IN SOUTH CAROLINA, FROM AT LEAST

AUGUST 2023 UNTIL THE DATE OF FILING THIS ACTION, AS ARE LISTED BEFORE THIS COURT AND THE OHIO DISTRICT COURT IN THESE MULTI-DISTRICT LITIGATION CASES. THIS INCLUDES FOR THEY MAKING UNCONSTITUTIONAL AND UNLAWFUL EFFORTS TO PREVENT ACCESS TO THE INSTITUTION LAW LIBRARY COMPUTERS AND OR DENYING AND OR EXTREMELY LIMITING THE COPYING OF LEGAL PLEADINDS TO CREATE DEFICIENCIES IN SERVICE TO CAUSE THE CASES TO BE INAPPROPRIATELY DISMISSED BY FRAUD AND OBSTRUCTION, WHICH INCLUDE AW SMITH CONSPIRING WITH THE OTHER DEFENDANTS LISTED TO ILLEGALLY SEIZE CRAWFORD'S INJUNCTION DOCUMENTS AT KERSHAW CORRECTIONAL INSTITUTION IN SOUTH CAROLINA ON DECEMBER 5, 2023 TO PLACE AN ILLEGAL CHARGE ON CRAWFORD, AND PLACE CRAWFORD AND COOK IN THE WORSE MOST DANGEROUS DORM AT THE KERSHAW INSTITUTION, FOR THE PURPOSE OF ALSO PLACING INMATES IN THE CELL WITH CRAWFORD AND OR COOK, WITH A MANDATE TO ACT AS THEIR PROXY IN PHYSICAL ASSAULTS, AND OR ATTEMPTED PHYSICAL ASSAULTS, WHICH ONE SUCH PHYSICAL ASSAULT JUST RECENTLY OCCURRED UPON CRAWFORD, WHERE THAT INMATE HAD TO BE TAKEN OUT IN HAND CUFFS. SEE ATTACHED (5) PAGE DOCUMENT DATED FEBRUARY 15, 2024. THIS INCLUDE PLACING CRAWFORD IN A CELL SUBJECTING HIM TO OVERWHELMING AMOUNTS OF SECOND HAND DOPE SMOKE IN RETALIATION ALSO IN VIOLATION OF 42 U.S.C. § 12203(a)(b) OF THE AMERICANS WITH DISABILITIES ACT, FOR BRINGING THIS ACTION, DOPE ALSO PAID TO THE INMATES FOR THE PHYSICAL ASSAULTS DONE AND OR ATTEMPTED, KNOWING CRAWFORD WAS HIGHLY SUSCEPTIBLE TO SECOND HAND SMOKE SINCE CHILDHOOD, COMPROMISING DOCTORS TO REFUSE TO DOCUMENT THESE FACTS WITHIN MEDICAL RECORDS TO ALLOW THEM TO ACT, WHICH DID CAUSE INJURY FROM THE OVERWHELMING EXPOSURE TO SECOND HAND SMOKE CAUSING CRAWFORD'S VITALS TO DROP PRECIPITOUSLY SUBJECTING CRAWFORD TO STROKE AND HEART ATTACK LIKE SYMPTOMS WHERE CRAWFORD HAD TO BE TAKEN TO MEDICAL AT LEAST TWICE, DONE IN THEIR EFFORTS TO AID IN PREVENTING THE FILING OF THIS AND THE OTHER PENDING MULTI-DISTRICT LITIGATION CASES. THE S.C.D.C. DEFENDANTS LISTED ALSO IN ACTS OF RETALIATION IN VIOLATION OF 42 U.S.C. § 12203(a)(b) OF ADA, CUT CRAWFORD'S HAIR AND COMPLETELY DESTROYED HIS RELIGIOUS VOW, DESPITE KNOWLEDGE OF INJUNCTION AND OR PENDING ACTION WHERE THEY ALLOWED TRANSGENDERS TO HAVE HAIR DOWN PAST THEIR BUTTS, SUBSTANTIALLY BURDENING THE FREE EXERCISE OF HIS

RELIGIOUS BELIES BEING A NAZARITE HIGH PRIEST SEEN IN THE BOOK OF
NUMBER CHAPTER 6, OLD TESTAMENT, ALSO VIOLATING THE PLAINTIFF(S)
RIGHTS UNDER THE EQUAL PROTECTION OF THE LAWS CLAUSE. SGT.
CROWLEY CONSPIRING WITH WARDENS JAMES, SMITH AND McDUFFY AT
K.C.I. THE PAST TWO WEEKS, OPENLY LIE TO THE PLAINTIFF, CRAWFORD,
ABOUT WHEN THE LAW LIBRARY WAS OPEN IN RETALIATION VIOLATING ADA,
AND TO PREVENT THE PLAINTIFF(S) FROM PERFECTING THESE CASES
PLACED BEFORE THE COURTS INVOLVED. TO KEEP LEGAL COPIES FROM
BEING MADE, SGT. CROWLEY THEN BREAKS THE COPY MACHINE AND IN
RETALIATION TRY TO PLACE AN OUT OF PLACE CHARGE ON CRAWFORD FOR
TRYING TO COME TO THE LAW LIBRARY ON HIS DORM'S ASSIGNED DAY EVEN
THOUGH CRAWFORD HAS CLEAR COURT DEADLINE, TO SUBJECT CRAWFORD TO
ADDITIONAL DISTRESS, MENTAL ANGUISH AND RETALIATION PRODUCING
PREJUDICE AND INJURY, COX v. QUINN, 828 F.3d. 227
(4th.Cir.2016)(ACTIONS WERE INAPPROPRIATE IN LIGHT OF RISK WHERE
THEY ARE REQUIRED TO PROTECT FROM VIOLENCE BY OTHER INMATES);
RAYNOR v. PUGH, 817 F.3d. 123 (4th.Cir.2016); STRICKLAND v.
HALSEY, 638 Fed. Appx' 179 (4th.Cir.2015); HUBBARD v. BYARS,
F.Supp.3d., 2015 WL 337642(DSC.2015). 42 U.S.C. § 12203(a)(b)
PROVIDE: "IT SHALL BE UNLAWFUL TO COERCE, RETALIATE, OR
INTIMIDATE, OR INTERFERE WITH, THREATEN OR HINDER ANY INDIVIDUAL
IN THE EXERCISE OR ENJOYMENT OF, OR ON ACCOUNT OF HIS OR HER
HAVING EXERCISED OR ENJOYED, OR ON ACCOUNT OF HIS OR HER AIDING
OR ENCOURAGED ANY OTHER INDIVIDUAL IN THE EXERCISE OR ENJOYMENT
OF, ANY RIGHT (ACCESS TO THE COURT/RELIGION) GRANTED OR PROTECTED
BY THIS CHAPTER, OR DONE SO BECAUSE THE INDIVIDUAL MADE A CHARGE,
TESTIFIED, ASSISTED, OR PARTICIPATED IN ANY MANNER IN AN
INVESTIGATION, JUDICIAL PROCEEDING, OR HEARING REGARDING THE
MATTERS, ROBERT L. HINES, PLAINTIFF v. MAYER AND CITY COUNSEL,
DEFENDANT, 2023 WL 3390902 (D.Md.2023).

THEREUPON THESE SAME LISTED DEFENDANTS UTILIZED CRAWFORD'S
RELIGIOUS BELIEFS AS A MEANS TO THWART INFORMAL RESOLUTION AND
EXHAUSTION OF ADMINISTRATIVE REMEDIES, BY FORCING CRAWFORD TO
MAKE USE OF THE KIOSK SYSTEM WHEN HE SEES THESE SYSTEMS AS "MARK
OF THE BEAST SYSTEMS" IN ACTS OF RETALIATION IN VIOLATION OF THE
AMERICANS WITH DISABILITIES ACT, AND THEY HAVE AN ALTERNATE

METHOD THAT IS PERMITTED FOR EXHAUSTION PURPOSES, DEMONSTRATING THAT THEY DID NOT TAKE THE LEAST RESTRICTIVE MEASURES IN ADDRESSING THEIR PENALOGICAL INTEREST, SUBSTANTIALLY BURDENING THE FREE EXERCISE OF RELIGIOUS BELIEF WHERE THERE IS NO LEGITIMATE PENALOGICAL INTEREST THAT WOULD WARRANT SUCH CONDUCT AND BEHAVIOR AND THERE ARE LEAST RESTRICT MEASURES THAT COULD BE TAKEN. THEY ALSO IN ACTS OF RETALIATION OF ADA FOR CRAWFORD BRINGING THIS ACTION, RESTRICTED THE WEARING OF HIS KUFI TO THE COLOR WHITE AND ONE TYPE OF KUFI WHICH IS NOT TAUGHT BY ISLAM VIOLATING THE ESTABLISHMENT CLAUSE AND WHERE FORCING CRAWFORD TO DO SO IS INNOVATION AS IS TAUGHT BY ISLAM FORCING CRAWFORD TO COMMIT A GREAT SIN AS ISLAM TEACHES, INCLUDING THE KERSHAW FACILITY KEEPING OUR FAMILY MEMBERS FROM ATTENDING AND VISITING DURING EID FEAST CELEBRATIONS IN VIOLATION OF ISLAMIC RELIGIOUS BELIEFS, AND NOT PERMITTING US TO MAKE THE 5 DAILY PRAYERS IN CONGREGATION, OR WEAR OUR SHIRTS OUTSIDE OUR PANTS WHEN THERE IS A PROVISION IN POLICY THAT WOULD PERMIT THIS SUBSTANTIALLY BURDENING THE FREE EXERCISE OF OUR RELIGIOUS BELIEFS. WE ARE NOT ALLOWED TO MAKE EVEN TWO PRAYERS IN CONGREGATION WHICH IS REQUIRED BY ISLAMIC TEACHING WHERE THIS IS ALSO DONE IN RETALIATION FOR BRINGING THIS ACTION, SUBSTANTIALLY BURDENING THE FREE EXERCISE THEREOF. THEIR ACTION AS IT PERTAINS TO EXHAUSTION INVOKE PROTECTIONS ESTABLISHED BY ROSS v. BLAKE, 136 S.Ct. 1850(U.S.2016) DUE TO MACHINATION ON THE PART OF THE S.C.D.C. DEFENDANTS TO THWART JUDICIAL REVIEW BY USING THE PLAINTIFF(S) CRAWFORD'S RELIGIOUS BELIEFS TO PREVENT EXHAUSTION AND IN RETALIATION FOR THE FILING OF THIS ACTION. CONGRESS NOR THESE STATE ACTORS SHALL MAKE NO LAW OR POLICIES RESPECTING AN ESTABLISHMENT OF RELIGION WHICH IS WHAT THEY ESSENTIALLY DID, OR PROHIBITING THE FREE EXERCISE THEREOF; OR ABRIDGE THE FREEDOM OF SPEECH (EVEN COURT SPEECH), OR OF THE PRESS, OR THE RIGHT OF THE PEOPLE TO ASSEMBLE, AND TO PETITION THE GOVERNMENT FOR REDRESS OF GRIEVANCES, UNITED STATES v. BARTOW,--F.3d.--, 2021 WL 1877821 (4th.Cir.2021); HOLT v. HOBBS, 574 U.S. 352, 135 S.Ct. 853, 190 L.Ed.2d. 747(U.S.2015); THOMPSON v. MISSISSIPPI DEPT. OF CORRECTIONS, F.Supp., 2017 WL 3584919 (N.D.Miss.2017); MASTERPIECE CAKE SHOP, LTD. v. COLORADO CIVIL RIGHTS COM'N, 138

S.Ct. 1719, 201 L.Ed.2d. 35(U.S.2018). IT IS GROUNDED IN SINCERELY HELD RELIGIOUS BELIEFS AND SUBSTANTIALLY BURDENS THE EXERCISE THEREOF WHICH FORCES THE PLAINTIFF(S) TO ENGAGE IN CONDUCT THAT SERIOUSLY VIOLATES HIS RELIGIOUS BELIEFS. THE CONSTITUTION PROTECTS ONE ADHERENT THE SAME AS IT WOULD PROTECT A RELIGIOUS ORGANIZATION SUCH AS THE CATHOLIC CHURCH. THE LOSS OF 1st. AMENDMENT FREEDOMS, FOR EVEN MINIMAL PERIODS OF TIME, UNQUESTIONABLY CONSTITUTE IRREPARABLE INJURY, AS FACTOR FAVORING INJUNCTIVE RELIEF, ROMAN CATHOLIC ARCH DIOCESE OF BROOKLYN v. CUOMO, 141 S.Ct. 63, 208 L.Ed.2d. 206(U.S.2020); AMERICAN COLLEGE OF OBSTETRICIANS,... v. UNITED STATES FOOD AND DRUG ADM., 506 F.Supp.3d. 328(D.Md.2020); CALVARY CHAPEL DAYTON VALLEY v. SISOLAK, 140 S.Ct. 2603; CHELSEY NELSON PHOTOGRAPHY LLC. v. LOUISVILLE/JEFFERSON COUNTY METRO GOVERNMENT,--F.Supp.3d.--, 2020 WL 4745771 (W.D.Ky.2020).

EXHAUSTION ALSO IS NOT REQUIRED DUE TO THE INVOKING OF PROTECTIONS ESTABLISHED BY 28 U.S.C. § 1602-1612 ET. SEQ. OF THE FOREIGN SOVEREIGN IMMUNITY ACT AND WHERE THEY CONSPIRED IN ACTS OF ASSASSINATION ATTEMPTS TO PREVENT THE FILING OF THIS ACTION AND THE EXERCISING OF ALL RIGHTS, TITLES, PRIVILEGES AND IMMUNITIES OF THE SOLE CORPORATION AND FOREIGN SOVEREIGN CROWN, WHERE A RECENT ASSAULT DID OCCUR APRIL 8, 2024 AND ADDITIONAL ASSAULT AND OR THREAT OF IMMINENT DANGER EXIST AT THE TIME OF FILING THIS ACTION, WHICH INCLUDE THE CONSPIRING DEFENDANTS REFUSAL TO MOVE BOTH CRAWFORD AND COOK TO A MORE SUITABLE AND SAFER DORM TO ALLEVIATE THIS IMMINENT THREAT, ie. MAGNOLIA DORM, AT THE INSTITUTION. CAUSE OF ACTION IS ESTABLISHED, ABELESZ v. MAGYAR NEMZETI BANK, 629 F.3d. 661 (7th.Cir.2012); THADDEUS-X v. BLATTER, 175 F.3d. 378 (6th.Cir.1999); HOWES v. BRAGG, 2023 WL 3204014 (M.D.Tenn.2023); JOHNSON v. MOHR, Fed. Supp., 2019 WL 5728155 (N.D.OHIO.2019); LOVELACE v. LEE., 472 F.3d. 174 (4th.Cir.2006); CUTLER v. WILKINSON, 544 U.S. 709, 125 S.Ct. 2173, 161 L.Ed.2d. 1020 (U.S.2005); ACKERMAN v. WASHIGTON, 16 F.4TH. 170, 180+, 6th.Cir.(Mich.); DORMAN v. BSO CHAPLAIN'S OFFICE, 2020 WL 613812 (S.D.Fla.2020); de CSEPEL v. REPUBLIC OF HUNGARY, 169 F.Supp.3d. 143(D.D.C.2016); PHILIPP v. FEDERAL

REPUBLIC OF GERMANY, 248 F.Supp.3d. 59(D.D.C.2017); <u>COMPARELLI v. BOLIVIARIAN REPUBLIC OF VENEZUELA,</u> 655 F.Supp.3d. 1169, 1189, S.D.Fla.; <u>REILLEY v. GRAYSON,</u> 310 F.3d. 519 (6th.Cir.2002); <u>MOILANEN v. BERGHUS,</u> F.Supp.2d., 2012 WL 5499851 (W.D.Mich.2012); <u>HENDERSON v. MARTIN,</u> 73 Fed. Appx' 115(6th.Cir.2003).

**NEXT CAUSE OF ACTION:** THIS CAUSE OF ACTION IS AGAINST THE McKAY LAW FIRM, ALL PARTNERS CONTAINED THEREIN, ATTORNEY BILTOFT, THE SOUTH CAROLINA FEDERAL ATTORNEY ADAIR F. BOROUGHS, KRISTY KHOL AND PAUL GUNTER BEING SERVED THROUGH THE S.C. FEDERAL ATTORNEY'S OFFICE AS PRESENT AND OR FORMER EMPLOYEES SEEKING INJUNCTIVE AND DECLARATORY RELIEF TO DETERMINE WHO EXACTLY IS KHRISTY KHOL AND PAUL GUNTER WHOM THE McKAY LAW FIRM AND THE STATE OF SOUTH CAROLINA WITH ITS ATTORNEY GENERAL WERE CRIMINALLY CONCEALING THEIR BACK DOOR APPEARANCE UNDER CASES 2006-CP-400-3567, 3568, 3569; 2013-CP-400-0084, 2294 OUT OF THE RICHLAND COUNTY COURT OF COMMON PLEAS IN SOUTH CAROLINA, FOR THE PURPOSE OF FURTHER ESTABLISHING THE DEFAULT RELIED UPON WITHIN THESE MULTI-DISTRICT LITIGATION CASES. THIS MATERIAL INFORMATION IS ESSENTIAL TO GO TOWARDS ESTABLISHING THE JURISDICTIONAL FACTS, CLAIMS OF DEFAULT AND FORFEITURE, TO INCLUDE THE FOREIGN SOVEREIGN FIDUCIARY HEIR, KING, KHALIFAH, IMAM AND NAZARITE HIGH PRIEST OF THE ONE TRUE GOD AND BENEFICIARIES OF THE CESTUI QUE TRUST RIGHTS, TITLES, PRIVILEGES AND IMMUNITIES SOUGHT TO BE EXERCISED BEFORE ALL COURTS INVOLVED WHICH GOES TOWARDS ESTABLISHING THE RIGHT TO LEGALLY MARRY AS THE INTELLECTUAL PROPERTY OF THE SOLE CORPORATION AND FOREIGN SOVEREIGN CROWN BY "CONTRACT", BY "COVENANT" PROTECTED UNDER ARTICLE 1 § 10 OF THE U.S. CONST., TO INCLUDE CLAIMS OF NON PARTY RES JUDICATA AND OR COLLATERAL ESTOPPEL FOR THE INTERVENORS AND OR OTHER PLAINTIFF(S) BESIDES CRAWFORD, WHICH IS JURISDICTIONAL AND CANNOT BE WAIVED AND OR FORFEITED. THESE DEFENDANTS ARE NOT IMMUNE FROM INJUNCTIVE AND OR DECLARATORY RELIEF. THE PLAINTIFFS GIVE THE COURT AND PARTIES JUDICIAL NOTICE THAT THE N.F.L. AND ALL OF ITS OWNERS ARE LISTED AS DEFENDANTS FOR THE PURPOSE OF ADDRESSING THE SEEKING OF PUNITIVE DAMAGES FOR THE TRANSATLANTIC SLAVE TRADE UNDER THE PROVISIONS OF THE FOREIGN SOVEREIGN IMMUNITY ACT STATUTE(S). IT IS MORE THAN EASY TO DO A "SIX STEPS TO KEVIN BACON ANALYSIS" AND

TRACE THE MONEY UTILIZED TO PURCHASE THESE TEAMS BACK TO THE ISSUE AND MONIES FROM SLAVERY WITHIN THE UNITED STATES. TO NOT ALLOW THIS INJUNCTIVE AND DECLARATORY RELIEF WOULD PRODUCE UNCONSTITUTIONAL ACTION THAT WOULD VOID THE COURTS INVOLVED JURISDICTION UNDER THE CONSTITUTIONAL ELEMENT TO SUBJECT MATTER JURISDICTION. THEIR ACTIONS HAS CAUSE CLEAR PREJUDICE AND INJURY WARRANTING INJUNCTIVE AND DECLARATORY RELIEF EVEN SUBJECTING THE PLAINTIFF(S) TO THEIR S.C.D.C. POLICIES THAT BY THE DEFAULT BECAME UNLAWFUL SINCE AT LEAST NOVEMBER 2020 BY THE RICHLAND COUNTY S.C. CASE TO WHICH THEY ARE DIRECT DEFENDANTS, SIMON v. REPUBLIC OF HUNGARY,--F.Supp.3d.--, 2017 WL 4402293(D.D.C,2017); BOLIVIA REPUBLIC OF VENEZUELA v. HELMERICH & PAYNE INTERN, DRILLING CO., 137 S.Ct. 1312, 197 L.Ed.2d. 663, 85 U.S.L.W. 4221(U.S.2017); LARRY E. PARRISH P.C. v. BENNETT, 989 F.3d. 452(6th.Cir.2021); UNITED SPECIALTY INSURANCE COMPANY v. COLE'S PLACE INC., 936 F.3d. 386(6th.Cir.2019); CARDINAL HEALTH, INC. v. NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH P.A., 29 F.4TH. 792, 796+ 6th.Cir.(OHIO); McCLANATION v. STATE FARM LIFE INSURANCE COMPANY,--F.Supp.3d.--, 2023 WL 2486597 (E.D.Tenn.2023). WHEN A COURT "ENJOINS" CONDUCT, IT ISSUES AN "INJUNCTION" WHICH IS A JUDICIAL ORDER THAT TELLS SOMEONE WHAT TO DO OR NOT TO DO, GARLAND v. ALEMAN GONZALEZ, 142 S.Ct. 2057, 213 L.Ed.2d. 102(U.S.2022). AN INJUNCTION OFFERS PROSPECTIVE RELIEF AGAINST ONGOING OR FUTURE HARM WHERE THIS CONCEALING THE UNITED STATES GOVERNMENT'S DEFAULT BY MAKING A VOLUNTARY BACK DOOR APPEARANCE AND REFUSING TO PLEAD PLACING THEM IN FORFEITURE AND WAIVER ON ALL CLAIMS MADE IS NOT ONLY ONGOING. IT ALSO PRODUCES FUTURE HARM TO THE RIGHTS, TITLES, PRIVILEGES AND IMMUNITIES OF THE SOLE CORPORATION AND FOREIGN SOVEREIGN CROWN REQUIRING INJUNCTIVE AND DECLARATORY RELIEF, A.M.G. CAPITAL MANAGEMENT, LLC. v. FEDERAL TRADE COMMISSION, 141 S.Ct. 1341, 209 L.Ed.2d. 361(U.S.2021); ARMSTRONG v. EXCEPTIONAL CHILD CENTER, INC., 575 U.S. 320, 135 S.Ct. 1378, 191 L.Ed.2d. 471(U.S.2015). THE PLAINTIFFS ALSO SEEK AND MOTION THAT THE COURT CONSTRUE THIS COMPLAINT AS A FUNCTIONAL EQUIVALENT TO FILING HABEAS CORPUS PETITION AS WELL UNDER § 1983 AND ANY APPLICABLE HABEAS CORPUS STATUTE. IF THE COURT WOULD REQUIRE THAT THE PLAINTIFF(S) FILE

ADDITIONAL HABEAS CORPUS PETITIONS. WE MOTION THAT THE ACTION NOT BE DISMISSED ON THIS CAUSE AND THAT THE COURT NOTIFY THE PLAINTIFF(S) OF SUCH A REQUIREMENT. REVERSAL IS REVERSAL, REGARDLESS OF THE REASON, AND AN INVALID CONVICTION IS NO CONVICTION AT ALL. CONVICTION UNDER UNCONSTITUTIONAL LAW OR DUE PROCESS IS NOT MERELY ERRONEOUS, BUT IT IS ILLEGAL AND VOID, AND CANNOT BE A LEGAL CAUSE OF IMPRISONMENT, PEOPLE v. FIELDS, N.E.3d. ILL. App. (1st.) 122012-UB; FARROW v. LIPETZKY, 2017 WL 1540637 (N.C.Cal.2017); UNITED STATES v. AJRAWAT,--Fed. Appx'--, 2018 WL 3045619 (4th.Cir.2018); MONTGOMERY v. LOUISIANA, 136 S.Ct. 718, 194 L.Ed.2d. 599(U.S.2016).

AS IT PERTAINS TO EXERCISING RIGHTS UNDER BOTH THE FOREIGN SOVEREIGN IMMUNITY ACT 28 U.S.C. § 1602-1612 ET. SEQ. AND 28 U.S.C. § 1738 AS IT RELATES TO RIGHTS OF RES JUDICATA AND OR COLLATERAL ESTOPPEL TO ALSO DEMONSTRATE THAT THE CONVICTIONS OF CONCERN ARE ALREADY INVALIDATED. FEDERAL COURTS GENERALLY ACCORD PRECLUSIVE EFFECT OF ISSUES DECIDED BY STATE COURTS; RES JUDICATA AND COLLATERAL ESTOPPEL NOT ONLY REDUCE UNNECESSARY LITIGATION AND FOSTER RELIANCE ON ADJUDICATION, BUT ALSO PROMOTE THE COMITY BETWEEN STATE AND FEDERAL THAT HAS BEEN RECOGNIZED AS A BULWARK OF FEDERAL SYSTEMS, SUWANDA EVETTE HUMPHREYS, PLAINTIFF v. ROWAN-SALISBURY BOARD OF EDUC., 2023 WL 2692433 (N.D.N.C.2023); ALLEN v. CURRY., 449 U.S. 90, 101 S.Ct. 411, 66 L.Ed.2d. 308(U.S.1980); EVANS v. CITY OF NEWARK, 2023 WL 2535283, * 12 (D.N.J.2023); CHEEK v. GURSTEL LAW FIRM P.C., 2021 WL 3616709, * 2(W.D.N.C.2021); TRUMAN v. JOHNSON, 60 F.4TH. 1267, 1272 (10th.Cir.2023).

ALTHOUGH FEDERAL COURTS MAY LOOK TO THE COMMON LAW OR TO POLICIES SUPPORTING RES JUDICATA AND COLLATERAL ESTOPPEL IN ASSESSING THE PRECLUSIVE EFFECT OF DECISION OF OTHER COURTS, "CONGRESS" (EMPHASIS ADDED) HAS SPECIFICALLY REQUIRED ALL FEDERAL COURTS TO GIVE PRECLUSIVE EFFECT TO STATE COURT JUDGMENTS WHENEVER THE COURT OF STATE FROM WHICH THE JUDGMENT EMERGES WOULD DO SO. BY THE LITIGATION PLACED BEFORE THE OHIO DISTRICT COURT UNDER CASE 2:23-cv-02962-JLG-CHG AND 3:24-cv-00028-JMH IN

KENTUCKY THAT IF FRAUD WAS INAPPROPRIATELY DISMISSED? THE PLAINTIFFS RIGHTS TO RES JUDICATA AND OR COLLATERAL ESTOPPEL ON THE DEFAULT IS ESTABLISHED, BEST, 2015 WL 5124463(E.D.N.Y.2015); WORKMAN, 2015 WL 300435(N.Y.2015); WALKER v. DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR ARGENT SECURITIES INC., 2019 WL 699439(S.D.Tex.2019); 28 U.S.C.A. § 1738; HEINRICH v. BAGG, 2023 WL 2633738, * 10(E.D.Wis.2023); O.W. BY NEXT FRIEND BASS v. SCHOOL BOARD OF CITY OF VIRGINIA BEACH, 2023 WL 1994355, * 6+ (E.D.Va.2023); KIMBALL v. FOX, 2023 WL 2163568, * 2(D.Colo.2023). INJUNCTIVE AND DECLARATORY RELIEF IS ESTABLISHED, STINNIE v. HOLCOMB, 77 F.4TH. 200(4th.Cir.2023); DEFENDERS OF WILDLIFE v. U.S. FISH AND WILDLIFE SERVICE, 539 F.Supp.3d. 543(DSC.2021).


THE UNITED STATES SUPREME COURT, OR ANY OTHER COURT FOR THAT MATTER, MAY NOT REPLACE THE ACTUAL TEXT OF A STATUTE WITH SPECULATION AS TO CONGRESS OR THE STATE LEGISLATURE'S INTENT; RATHER, THE SUPREME COURT OR ANY OTHER COURT INVOLVED, WILL PRESUME MORE MODESTLY THAT THE LEGISLATURE SAYS WHAT IT MEANS AND MEANS WHAT IT SAYS, OKLAHOMA v. CASTRO-HUERTA, 142 S.Ct. 2486, 213 L.Ed.2d. 847 (U.S.2022). IN CONSTRUING A STATUTE, NO AMOUNT OF POLICY TALK CAN OVERCOME A PLAIN STATUTORY COMMAND, NIZ-CHAVEZ v. GARLAND, 141 S.Ct. 1474, 209 L.Ed.2d. 433(U.S.2021). JUDGES ARE NOT FREE TO OVERLOOK PLAIN STATUTORY COMMANDS ON THE STRENGTH OF NOTHING MORE THAN SUPPOSITIONS ABOUT INTENTIONS OR GUESSWORK ABOUT EXPECTATIONS. TO PREVENT AN ALLEGED PURPOSE OF A STATUTE TO OVERRIDE ITS CLEAR INTENT "IS TO PROVIDE THE JUDGE'S ANSWER RATHER THAN THE TEXT'S ANSWER TO THE QUESTION". THE UNITED STATES SUPREME COURT DOES NOT REWRITE A CONSTITUTIONALLY VALID STATUTORY TEXT AS IT PERTAINS TO RES JUDICATA AND COLLATERAL ESTOPPEL OR THE FOREIGN SOVEREIGN IMMUNITY ACT'S EXPROPRIATION, COMMERCIAL OR STATE SPONSORED TERRORISM PROVISIONS, UNDER THE BANNER OF SPECULATION ABOUT WHAT CONGRESS OR THE STATE LEGISLATURE MIGHT HAVE DONE HAD IT FACED A QUESTION THAT IT NEVER FACED AS DOES EXIST IN THESE UNPRECEDENTED MULTI-DISTRICT LITIGATION CASES WHERE IN THIS CASE AS IT PERTAINS TO THE ISSUE OF SLAVERY DECEDENT DOMICLE CLAIM ATTACHES, UNITED STATES v.

PACE,--F.4TH.--, 2022 WL 4115728 (7th.Cir.2022); MOATS v. COMMISSIONER OF SOCIAL SECURITY, 42 F.4TH. 558, 556, 6TH.Cir.(OHIO); CORMAN v. NATIONWIDE LIFE INSURANCE COMPANY, 2022 WL 2952219, * 13+, E.D.Pa.; STATE OF TEXAS v. STATE OF FLORIDA, 306 U.S. 398, 59 S.Ct. 563, 83 L.Ed. 817(U.S.1939); RILEY v. NEW YORK TRUST CO., 315 U.S. 343, 62 S.Ct. 608, 86 L.Ed. 885(U.S.1942); OVERBY v. GORDON, 177 U.S. 214, 20 S.Ct. 603, 44 L.Ed. 741(U.S.1900); HANSEN v. DENCKLA, 357 U.S. 235, 78 S.Ct. 1228, 2 L.Ed.2d. 1283(U.S.1958)(ALSO DEALING WITH TRUSTEE AND OR FIDUCIARY SOVEREIGN HEIR).

IN REFERRING BACK TO CHALLENGING THE CONSTITUTIONALITY OF THE 1996 CLINTON BILL WITH ITS 3 STRIKE, PLRA, AEDPA AND MINIMUM AND MAXIMUM SENTENCING GUIDELINES. WHEN CONGRESS INCLUDES AN EXPRESS SEVERABILITY OR NON SEVERABILITY CLAUSE IN THE RELEVANT STATUTE, THE JUDICIAL INQUIRY IS STRAIGHT FORWARD: AT LEAST ABSENT EXTRAORDINARY CIRCUMSTANCES, THE COURT SHOULD ADHERE TO THE TEXT OF THE SEVERABILITY OR NON SEVERABILITY CLAUSE, BECAUSE A SEVERABILITY OR NON SEVERABILITY CLAUSE LEAVES NO DOUBT ABOUT WHAT THE ENACTING CONGRESS WANTED IF ONE PROVISION OF THE LAW WAS LATER DECLARED UNCONSTITUTIONAL. THUS CAUSE AND PROPER CHALLENGE AGAINST THE CONSTITUTIONALITY OF THE 1996 CLINTON BILL IS ESTABLISHED, BARR v. AMERICAN ASSOCIATION OF POLITICAL CONSULTANTS, INC., 140 S.Ct. 2335, 207 L.Ed.2d. 784(U.S.2020); LINDENBAUM v. REALGY, LLC., 13 F.4TH. 524(6th.Cir.2021).

**NEXT CAUSE OF ACTION:** THIS CAUSE OF ACTION INVOLVE THE KERSHAW CORRECTIONAL INSTITUTION S.C. DEPT. OF CORRECTIONS AND SOUTH CAROLINA DEFENDANTS IN THE PREVIOUS CAUSE OF ACTION EVEN THOSE FROM LEE C.I. SEEN UNDER THE OHIO DISTRICT COURT CASE WHO CONSPIRED UNDER COLOR OF STATE LAW WITH THE KERSHAW C.I. DEFENDANTS TO ALLOW THEM TO ACT. THIS ALSO PRODUCES AN ADDITIONAL THREAT OF IMMINENT DANGER TO THE PLAINTIFF(S) CRAWFORD AND COOK. DIRECTOR STIRLING HAVING DIRECT KNOWLEDGE, WARDENS JAMES, SMITH, McDUFFY, SGT. CROWLEY AS DORM SGT., HAS IN EGREGIOUS ACTS OF RETALIATION IN VIOLATION OF THE AMERICANS WITH DISABILITIES ACT BECAUSE CRAWFORD AND COOK SOUGHT TO FILE THIS ACTION. NOT ONLY

PLACED THEM IN THE WORSE DORM AT THE INSTITUTION TO ALLOW THEM TO INCITE AND WEAPONIZE INMATES IN PHYSICAL ASSAULTS AGAINST THE PLAINTIFF(S). THE DEFENDANTS IN ACTS OF NEGLIGENCE AND DELIBERATE INDIFFERENCE, KNOWING THAT CRAWFORD AND COOK AT THEIR RESPECTIVE AGES ARE SUSCEPTIBLE TO EXCESSIVE HEAT CONDITIONS, KNOWING THAT CRAWFORD HAS VARIOUS MEDICAL CONCERNS AND DISABILITIES THAT WOULD AID TO COMPOUND THE SITUATION. THE DEFENDANTS PLACED CRAWFORD AND COOK IN THE DORM IN QUESTION WITH NEFARIOUS INTENT CONSPIRING UNDER COLOR OF STATE LAW, THAT THEY ALSO KNEW WAS NOT AIR CONDITIONED WHERE LOCKDOWN IN THEIR CELLS OCCUR AT 12PM-2PM AT THE PEAK OF THE DAY'S HIGHEST INCREASE IN TEMPERATURES WHERE THE NATION AND WORLD HAS CONSTANTLY SET RECORD BREAKING TEMPERATURES WHEN IT IS CLEARLY KNOWN AND DOCUMENTED MEDICAL FACTS THAT THE ELDERLY ARE MORE SUSCEPTIBLE TO EXCESSIVE HEAT CONDITIONS AND WHERE THEY ARE PURPOSELY DENYING THE RECEIVING OF A FAN THAT CRAWFORD'S FAMILY PURCHASED FOR HIM TO AID IN REMEDYING THESE INHUMANE TEMPERATURE THAT REACH IN EXCESS OF 100 DEGREES DAILY. THE PLAINTIFF(S) ARE FULLY AWARE THAT THEY ARE NOT ENTITLED TO AIR CONDITIONING. BUT DUE TO THE PLAINTIFF(S) BEING HIGHLY SUSCEPTIBLE TO EXCESSIVE HEAT CONDITIONS WHICH IS COMMON KNOWLEDGE BY JUST ABOUT EVERY KNOWN MEDICAL PROFESSIONAL IN THE WORLD, AND ESPECIALLY IN LIGHT OF THE FACT THAT THE KERSHAW DEFENDANTS ARE HOLDING THE FAN THE PLAINTIFFS FAMILY MEMBERS SENT THEM WHEN THIS IS THE ONLY MEANS IN WHICH HE CAN FAIRLY OBTAIN A FAN DUE TO THE INJURY TO THE CRAWFORD E.H. COOPER TRUST FUND ACCOUNT CAUSE BY THE SOUTH CAROLINA ACTORS. THE REMEDY OF RELEASING THE FAN SENT BE THE PLAINTIFFS FAMILY SHOULD HAVE NEVER BEEN INTERFERED WITH IN ACTS OF RETALIATION IN VIOLATION OF THE AMERICANS WITH DISABILITIES ACT ALSO ACTING AS A POTENTIAL MEANS TO CAUSE THE DEATH OF THE PLAINTIFFS BY HEAT STROKE TO PREVENT THEM FROM BRINGING AND PERFECTING THIS ACTION BEFORE THE COURT. EVEN MR. MARTINEZ, THE ADA COORDINATOR AT S.C.D.C. HEADQUARTERS WAS CONTACTED BY THE PLAINTIFF(S) FAMILY TO NO AVAIL FURTHER ESTABLISHING DELIBERATE INDIFFERENCE AND INTENT TO DO HARM. CAUSE OF ACTION AND ADDITIONAL THREAT OF IMMINENT DANGER IS ESTABLISHED BEFORE ALL COURTS INVOLVED WITHIN THESE MULTI-DISTRICT LITIGATION

CASES, <u>GATES v. COOK</u>, 376 F.3d. 323, 340 (5th.Cir.2004); <u>GASTON v. COUGHLIN</u>, 249 F.3d. 156, 166(2nd.Cir.2001); <u>JACKSON v. DUCKWORTH</u>, 955 F.2d. 21, 22 (7th.Cir.1992); <u>WILLIAMS v. GRIFFIN</u>, 952 F.2d. 820, 825(4th.Cir.1991); <u>FOULDS v. CORLEY</u>, 833 F.2d. 52, 54(5th.Cir.1987); <u>BALL v. LeBLANC</u>, 792 F.3d. 584(5th.Cir.2015); <u>YATES v. COLLIER</u>, 868 F.3d. 354(5th.Cir.2017); <u>SALIN v. COLLIER</u>, 2019 WL 4144321, * 15+ S.D.Tex.; <u>HARDWICK v. BOWMAN</u>, 2023 WL 4056050(E.D.Tex.2023).

INSOMUCH, FEDERAL COURTS CONDUCTING PRETRIAL PROCEEDINGS PURSUANT TO MULTI-DISTRICT LITIGATION STATUTE HAS NO AUTHORITY, POWER OR JURISDICTION TO INVOKE CHANGE OF VENUE STATUTE TO ASSIGN MULTI-DISTRICT LITIGATION CASES TO ITSELF FOR TRIAL OR JUDICIAL DETERMINATION WHICH FURTHER GO TOWARD DEMONSTRATING THE FRAUD UPON THE COURT, VIOLATION OF DUE PROCESS AND UNCONSTITUTIONAL ACTION THAT VOIDS THE FINAL ORDER UNDER CASE 3:24-cv-00028-JHM IN THE KENTUCKY DISTRICT COURT WHICH IS MOTIONED VACATED AND CONSOLIDATED TO THIS ACTION UNDER THE INDEPENDENT ACTION RULE FOR FRAUD UPON THE COURT. IT IS THE PANEL THAT SHALL REMAND EACH ACTION AT OR BEFORE THE CONCLUSION OF SUCH PRETRIAL MATTERS, 28 U.S.C.A. §§ 1404(a), 1407(a); <u>MATTHEW v. CHAS, KURZ & CO. INC.</u>, 791 Fed. Appx' 556(6th.Cir.2019); <u>LEXECON INC. v. MILBERG, WEISS, BERSHAD, HYNES & LEARCH</u>, 523 U.S. 26, 118 S.Ct. 956, 140 L.Ed.2d. 62(U.S.1998); <u>KALAMA v. MATSON NAVIGATION COMPANY INC.</u>, 875 F.3d. 297 (6th.Cir.2017). CASE 3:24-CV- 0246-CRS

THIS COMPLAINT IS ALSO FILED AS A PETITION TO REMOVE ALL STATE CASES INVOLVED, INCLUDING CASE(S) 2006-CP-400-3567, 3568, 3569; 2013-CP-400-0084, 2294 AND ALL S.C. STATE PCR CASES INVOLVING THE INTERVENORS, THE ROBERT JEFFERIES PCR CASE IN THE STATE OF MISSOURI AND HIS PENDING CASE IN THE STATE OF ARIZONA, THE JEREMIAH MACKEY JR. STATE CASES PENDING IN FRANKLIN COUNTY OHIO, WHO ARE FILED UNDER CASE 2:23-cv-02962-JLG-CHG AS IT ARGUED WITHIN THE STATE OF OHIO DISTRICT COURT COMPLAINT.

HERE THE ~~[struck out]~~ New Jersey DISTRICT COURT AND PARTIES WILL FIND

ATTACHED:

      (1) A COPY OF THE PRO SE PLAINTIFF(S) SCHEDULE OF ACTIONS FROM THE MULTI-DISTRICT LITIGATION PANEL COURT.

      (2) A COPY OF THE PRO SEE MOTION TO TRANSFER ACTIONS TO THE PURSUANT TO 28 U.S.C. § 1407 FOR COORDINATED PRETRIAL PROCEEDINGS DOCUMENT FILED BEFORE THE MULTI-DISTRICT LITIGATION PANEL COURT.

      (3) A COPY OF THE MEMORANDUM IN SUPPORT OF PRO SE PLAINTIFF(S) MOTION TO TRANSFER ACTIONS TO PURSUANT TO 28 U.S.C. § 1407 FOR COORDINATED OR CONSOLIDATED PRETRIAL PROCEEDINGS AND ADDITIONAL ATTACHMENT.

      THE PLAINTIFF(S) GIVE THE New Jersey DISTRICT COURT AND ALL PARTIES JUDICIAL NOTICE. A COPY OF THIS COMPLAINT THAT ESTABLISH THIS NEW INDEPENDENT ACTION FOR FRAUD UPON THE COURT, SHALL BE FORWARDED TO THE MULTI-DISTRICT LITIGATION PANEL INFORMING THEM OF THE KENTUCKY DISTRICT COURT'S RECENT UNCONSTITUTIONAL ACTS OF FRAUD UPON THE COURT, CONSPIRACY, OBSTRUCTION OF JUSTICE AND THE ESTABLISHING OF THIS INDEPENDENT ACTION NOW FILED FOR THAT FRAUD UPON THE COURT. ASSIGN A NEW CASE NUMBER KENTUCKY DISTRICT COURT CLERK TO ALLOW THE PLAINTIFF(S) TO MOVE TO DISQUALIFY YOU, THE KENTUCKY DISTRICT COURT, AND HAVE ALL OF THESE JUDICIAL MATTERS TRANSFERRED TO THE STATE OF NEW JERSEY, NEWARK DIVISION, AS IS SOUGHT BY THE PLAINTIFF(S) IN TOTAL. THE PANEL OVERRIDES THE FORUM WHEN THERE ARE MORE COMMON QUESTIONS OF FACT PENDING IN DIFFERENT DISTRICTS, ALSO WHERE THE KENTUCKY DISTRICT COURT AND 4TH. CIRCUIT ARE SOUGHT DISQUALIFIED, TO INCLUDE THE OTHER COURTS, TO HAVE THESE CASES TRANSFERRED TO THE STATE OF NEW JERSEY, NEWARK DIVISION, ALSO DUE TO CRAWFORD FAMILY PENDING ACTION THERE AS BENEFICIARIES OF THE CESTUI QUE TRUST, WHERE THE TRANSFER WOULD SERVE THE CONVENIENCE OF PARTIES IN HOPES OF ALLEVIATING THE EGREGIOUS ACTS OF FRAUD UPON THE COURT, CRIMINAL CONSPIRACY AND OBSTRUCTION OF JUSTICE WHERE THESE CASES SAT IN LIMBO FOR OVER (16+) YEARS UNRESOLVED AND WHERE UNDER THE

F.S.I.A. VENUE FALLS TO THE PLAINTIFF(S) AND THE TRANSFER WOULD PROMOTE THE JUST AND EFFICIENT CONDUCT OF THE ACTIONS, <u>IN RE: URETHANE ANTITRUST LITIGATION,</u> F.Supp.2d., 2006 WL 2709847 (D.Kan.2006); <u>VILLALTA v. B.K. TRUCKING & WAREHOUSE, LLC.,</u> 2008 WL 11366399 (D.Md.2008); <u>DAMIEN EDWARDS, PLAINTIFF v. BRIAN KENDELL AND CAROL HOLMES, DEFENDANTS,</u> 2023 WL 3267995 (DSC.2013)(S.C. DISTRICT COURT'S ABUSE OF DISCRETION AND IMPROPER DENIAL OF CASE(S) "02526" AND "02139"; <u>BRAY v. ALEXANDRIA WOMEN'S HEALTH CLINIC,</u> 506 U.S. 263, 113 S.Ct. 753, 169 A.L.R. Fed. 649(U.S.1993); <u>WALS v. TOWN OF MARSHALL, N.C.,</u> 426 F.3d. 251 (4th.Cir.2005)(WHERE BY THE FRAUD UPON THE COURT, CRIMINAL CONSPIRACY AND OBSTRUCTION OF JUSTICE THE CONSPIRING CIRCUITS SOUGHT DISQUALIFIED TRIED TO CONVERT CONSTITUTIONALLY PROTECTED RIGHTS INTO A CRIME WEAPONIZING THEIR OFFICE TO DO SO BEHIND RELIGIOUS AND RACIAL HATRED.



## RELIEF SOUGHT


COMPENSATORY AND PUNITIVE DAMAGES ARE SOUGHT FOR THE CAUSES OF ACTION ARGUED BEFORE ALL COURTS INVOLVED WHERE THE INJURY BY WHAT IS ARGUED IS CLEARLY ESTABLISHED. PUNITIVE DAMAGES ARE DEMANDED, REQUIRED AND MUST BE AWARDED TO PUNISH THE DEFENDANTS FOR THEIR OUTRAGEOUS CONDUCT THAT SHOCKS THE CONSCIENCE TO INCLUDE THE FRAMING OF THE PLAINTIFF, CRAWFORD, FOR THE MURDER OF HIS OWN CHILD, BEHIND RELIGIOUS AND RACIAL HATRED, HOLDING THESE CASES IN LIMBO REFUSING TO RELEASE THAT EVIDENCE OF ACTUAL INNOCENCE FOR OVER 20+ YEARS INTENTIONALLY, NEFARIOUSLY WHEN SOUGHT FOR DECADES, WHERE THEY HELD THE PETITIONERS AND INTERVENORS CASES WERE HELD IN LIMBO DUE TO THOSE CASES CONTAINING THE LEGAL ISSUES OF RELIGIOUS PROPHESY, WHERE THEY CONSPIRES IN PHYSICAL ASSAULTS AND OR ATTEMPTED MURDER AND OR ASSASSINATION ATTEMPTS UPON THE PLAINTIFF(S), WHERE THEY ATTACKED AND RETALIATED AGAINST THE PLAINTIFFS FOR ACCESSING THE COURTS TO SEEK RELIEF AND ATTACKED CRAWFORD BEHIND HIS RELIGIOUS

OBSERVANCE, WHERE THEY CONSPIRED TO PREVENT THE ISSUE OF SLAVERY FROM BEING GIVEN JUST AND FAIR REVIEW AND WHERE THEY CONSPIRED TO ARREST AND OR ATTACH AND OR EXECUTE THE INTELLECTUAL PROPERTY OF THE SOLE CORPORATION AND FOREIGN SOVEREIGN CROWN AND DEFEAT THE DUE COURSE OF JUSTICE AND DENY US THE EQUAL PROTECTION OF THE LAWS, WHERE THEY MADE EFFORTS TO DENY THE FIDUCIARY HEIR, KING, KHALIFAH AND NAZARITE HIGH PRIEST OF THE ONE TRUE GOD AND BENEFICIARIES OF THE CESTUI QUE TRUST THE RIGHT TO EXERCISE ALL RIGHTS, TITLES, PRIVILEGES AND IMMUNITIES BY FRAUD VIA THE "CONTRACT", "COVENANT" RELIED UPON ESTABLISH BY THE CRAWFORD STATE CASES FOR WHICH WERE DEFAULTED ON BY THE UNITED STATES AND RELEVANT MEMBERS OF THE UNITED NATIONS THAT THEY ARE ENTITLED TO, MUST BE GIVEN TO DETER THESE DEFENDANTS AND OTHERS LIKE THEM FROM ENGAGING IN SIMILAR CONDUCT AND UNCONSTITUTIONAL BEHAVIOR IN THE FUTURE. SOCIETY HAS AN INTEREST IN DETERRING AND PUNISHING ALL INTENTIONAL, RECKLESS AND EVIL INVASIONS ON THE RIGHTS OF OTHERS, EVEN THOUGH IT SOMETIMES CHOOSE NOT TO IMPOSE ANY LIABILITY FOR LESSER DEGREES OF FAULT, ST. MICHAEL'S MEDIA, INC. v. MAYOR AND CITY COUNSEL OF BALTIMORE, 2023 WL 2743361 (D.Md.2023); ANSARI v. JIMENEZ,--F.Supp.3d.---, 2023 WL 4092249 (E.D.Mich.2023); MOYLER v. FANNON, 2023 WL 2541131 (W.D.Va.2023); THORPE v. CLARKE, 37 F.4TH. 926(4th.Cir.2022).

(1) THE RELIEF FOR PUNITIVE AND COMPENSATORY DAMAGES FOR THE TRANSATLANTIC SLAVE TRADE AGAINST THE UNITED STATE, ANY OF THE RELEVANT (50) STATES INVOLVED, ANY OF THE RELEVANT (194) MEMBER STATES OF THE UNITED NATIONS INVOLVED IS SET AT $100 TRILLION TO BE ESTABLISHED ALONG THE LINES AS THAT WHICH IS ALSO SOUGHT BEFORE THE OHIO DISTRICT COURT WHICH IS ALSO WHY THE N.F.L. AND ITS OWNERS ARE LISTED AS DEFENDANTS. SIX STEPS TO KEVIN BACON ANALYSIS APPLIES. LETS TRACE THE MONEY, ALSO DUE TO THE FIDUCIARY HEIR'S ACQUIRED INTEREST WHERE IT WAS HIS LITIGATION THAT SAVE THE AFRICAN AMERICAN FOOTBALL PLAYERS DURING THE COLIN KAPPERNICK FLAG GATE SCANDAL AND ATTACK UPON THOSE AFRICAN AMERICAN PLAYERS FOR KNEELING DURING THE PLAYING OF THE NATIONAL ANTHEM.

(2) WE WANT ALL MATTERS PLACED BEFORE A JURY WITH JUDGE

AUSTIN SITTING UPON THESE CASES AS SOUGHT BY THE PLEADING COLLECTIVELY AND TRANSFERRED TO ALLOW THESE CASES TO COME TO THEIR PROPER CONCLUSION AS IS HIGHLIGHTED WITHIN THE COMPLAINT BEFORE THIS AND THE OHIO DISTRICT COURT.

(3) WE WANT THE 1996 CLINTON BILL WITH ITS 3 STRIKE PROVISIONS, MINIMUM AND MAXIMUM SENTENCING GUIDELINES, PLRA AND AEDPA PROVISIONS DECLARED UNCONSTITUTIONAL AND VOID TO INCLUDE ANY RULING OR CASE MADE WITHIN ANY DISTRICT COURT NATIONALLY, INCLUDING INVOLVING THE PLAINTIFFS AND PETITIONERS THAT WERE ADJUDICATED SINCE 1996 WHO MADE USE OF THESE UNCONSTITUTIONAL PROVISIONS TO BE DEEMED VACATED, UNCONSTITUTIONAL AND VOID AS DUE PROCESS LAW REQUIRES.

(4) WE WANT THE EVIDENCE OF ACTUAL INNOCENCE RELEASED IN THE CRAWFORD CASE WITH THE SLED INVESTIGATIVE FILE, FILE # 5501014, THAT DNA TAKEN FROM CRAWFORD'S DAUGHTER RELEASED, TESTED TO MICHAEL LEE AND THE RESULTS FORWARDED TO THE PLAINTIFFS AND COURTS AS IS ARGUED BEFORE THE OHIO DISTRICT COURT, TO INCLUDE ALL RELIEF SOUGHT WITHIN EXHIBIT, "THREAT OF IMMINENT DANGER # 1" WHICH IS THE [26] PAGE TYPED DOCUMENT DATED JANUARY 20, 2024 WHICH INCLUDE OUR REMOVAL TO A PRE-RELEASE CAMP ALONG THE CONDITIONS SPECIFIED, SINCE THE CONVICTIONS BY THE DEFAULT, CLAIMS OF NON PARTY RES JUDICATA AND OR COLLATERAL ESTOPPEL ARE ATTACHED, FRAUD UPON THE COURT, CONSPIRACY AND OBSTRUCTION OF JUSTICE AND UNCONSTITUTIONAL ACTION INVALIDATES THE CONVICTIONS AND WOULD NOT PRECLUDE THE GRANTING OF THIS RELIEF UNDER § 1983 WHERE IN THIS CASE A HECK v. HUMPHREY CLAIM WOULD NOT APPLY IN THE PLAINTIFFS AND INTERVENORS CASE.

(5) ALL INJUNCTIVE AND DECLARATORY RELIEF AS IT RELATES TO ESTABLISHING WHO KRISTY KHOL AND PAUL GUNTER ARE, RELATED TO RELIGIOUS OBSERVANCE AND PROPERTY RIGHTS, TITLES, PRIVILEGES AND IMMUNITIES WITHIN THE S.C. DEPT. OF CORRECTIONS AND BEFORE ALL COURTS, BE GIVEN FULL FAITH AND CREDIT, TO INCLUDE LEGAL NAME CHANGE FOR CRAWFORD, TO INCLUDE THE WELL PATH CENTER FOR ALTON CHISOLM, AS THE FIDUCIARY HEIR, KING AND BENEFICIARIES OF THE

CESTUI QUE TRUST BY DUE PROCESS LAW WOULD DICTATE FOR THE SAKE OF "JUSTICE AND FAIRNESS".

(6) THAT ALL SAME SEX MARRIAGES WITHIN THIS NATION, WITHIN ALL (50) STATES BE DEEMED A NULLITY, AND THEY BE IMMEDIATELY ISSUED CIVIL UNIONS, DUE TO THE UNJUST ATTACHING AND OR ARRESTING AND OR EXECUTING THE INTELLECTUAL PROPERTY OF THE SOLE CORPORATION AND FOREIGN SOVEREIGN CROWN AS IT PERTAINS TO THE "GRANT" GIVEN TO YOUR GLOBAL NATIONS IN THE FORM OF THE RIGHT TO LEGALLY MARRY WHICH HAS CLEAR RESTRICTIONS THAT WERE INDEED VIOLATED, ALSO IN VIOLATION OF THE HOBBS ACT, DONE IN A MANNER THAT NEVER ENTERED THE MINDS OF ITS LENDERS AS IT PERTAINS TO THE RIGHT TO LEGALLY MARRY, AND THAT THE POPE, VATICAN AND CATHOLIC CHURCH CEASE AND DESIST THE BLESSING OF SAME SEX MARRIAGES AND GIVE FULL FAITH AND CREDIT TO ALL RIGHTS, TITLES, PRIVILEGES AND IMMUNITIES OF THE SUPERSEDING AUTHORITY, HEREDITARY RIGHTS, CONTRACTUAL RIGHTS VIA COVENANT, OF THE FIDUCIARY HEIR, KING, KHALIFAH, IMAM AND NAZARITE HIGH PRIEST OF THE ONE TRUE GOD.

(7) IN LIGHT OF RECENT EVENTS DONE BY THE KERSHAW CORRECTIONAL INSTITUTION DEFENDANTS, RELIGIOUS ATTACKS, PROPERTY ATTACKS, CUTTING OF THE FIDUCIARY HEIR'S HAIR, ASSASSINATION ATTEMPTS, EXPOSURE TO OVERWHELMING AMOUNTS OF SECOND HAND SMOKE AND EXCESSIVE HEAT, INAPPROPRIATELY HOLDING HIS FAN, DENYING LAW LIBRARY ACCESS AND COPIES OF LEGAL DOCUMENTS, SGT. CROWLEY BREAKING THE COPY MACHINE TO PREVENT COPIES AND THEN RETALIATING AGAINST CRAWFORD FOR BRINGING IT TO HIS SUPERIORS ATTENTION, THE PUNITIVE AND COMPENSATORY DAMAGES AGAINST THE STATE OF SOUTH CAROLINA AND ITS DEFENDANTS HAS NOW INCREASED TO $540 BILLION IN U.S. DOLLARS AND A BLACK CARD IS TO BE IMMEDIATELY ISSUED ALONG THE TERMS WRITTEN WITHIN EXHIBIT, "THREAT OF IMMINENT DANGER # 1" DATED JANUARY 20, 2024, TO INCLUDE THE REPLACEMENT OF THE CRAWFORD VEHICLES AND ALL OTHER RELIEF SOUGHT WITHIN THAT DOCUMENT. THE OTHER PLAINTIFF(S) IN THIS PARTICULAR ACTION, BESIDE CRAWFORD, ARE TO RECEIVE $30 MILLION IN COMPENSATORY AND PUNITIVE DAMAGES. ALL OF THESE MATTERS ARE TO BE PLACED BEFORE THE JURY AND THE MAGISTRATE JUDGE JACQUELYN AUSTIN AS SOUGHT

WITHIN THESE MULTI-DISTRICT LITIGATION CASES.

(8) THE PLAINTIFF, LAWRENCE L. CRAWFORD AKA JONAH GABRIEL JAHJAH T. TISHBITE SEEK ALL RELIEF TO INCLUDE RIGHTS OF RES JUDICATA AND OR COLLATERAL ESTOPPEL AS THEY EMERGE NOT FROM JUST THE CRAWFORD SOUTH CAROLINA STATE CASES RELIED UPON, BUT ALSO THAT WHICH IN FUNDAMENTAL FAIRNESS MUST BE GIVEN BY THE FORFEITURE AND WAIVER THAT OCCURRED BEFORE THE MULTI-DISTRICT LITIGATION PANEL UNDER MDL CASE NO. 3116 MAY 3, 2024.

(9) THE PLAINTIFF, LYNAE CRAWFORD, SEEKS $70K IN PUNITIVE AND OR COMPENSATORY DAMAGES AGAINST THE KIPP-SPARK ACADEMY AND ITS CONNECTING ASSOCIATES AND OR EMPLOYEES AND ANY AND ALL OTHER RELIEF SOUGHT WITHIN EXHIBIT, "STATE SPONSORED TERRORISM OF A CHILD".

(10) THE PLAINTIFF, LYNAE CRAWFORD, SEEKS $70K IN PUNITIVE AND OR COMPENSATORY DAMAGES AGAINST THE D.C.A. AND ITS CONNECTING ASSOCIATES AND OR EMPLOYEES AND ANY AND ALL OTHER RELIEF SOUGHT WITHIN EXHIBIT, "SLUM LORD".

(11) THE FIDUCIARY HEIR WANTS THE CHARGES LEVIED AGAINST HUNTER BIDEN DROPPED AND HIS IMMUNITY ESTABLISHED BEFORE ALL COURTS INVOLVED AS A BENEFICIARY OF THE CESTUI QUE TRUST AND $10 MILLION IN COMPENSATORY AND OR PUNITIVE DAMAGES FOR HIM DUE TO THE UNITED STATES GOVERNMENT ACTORS MAKING USE OF THE INTELLECTUAL PROPERTY IN A MANNER THAT VIOLATES THE TERMS OF THE **"GRANT"** GIVEN TO YOUR GLOBAL NATIONS BY THE SOLE CORPORATION AND FOREIGN SOVEREIGN CROWN.

(12) THE FIDUCIARY HEIR WANTS ALL CHARGES DROPPED AGAINST THE PRO PALESTINIAN PROTESTORS WITH ORDERS ISSUED EXPUNGING THEIR RECORDS AND ALL COLLEGES AND OR UNIVERSITIES INVOLVED BE REQUIRED TO GIVE THEM FREE TUITION UNTIL THEY COMPLETE THEIR SOUGHT AFTER ACADEMIC DISCIPLINES IN COMPENSATORY AND OR PUNITIVE DAMAGES.

(13) THE FIDUCIARY HEIR SEEK THAT MARVEL STUDIOUS BE

REQUIRED TO REINSTATE JOHNATHAN MAJORS INITIAL CONTRACT AND THAT THEY PAY OUT AN ADDITIONAL $10 MILLION IN COMPENSATORY AND OR PUNITIVE DAMAGES FOR SUBJECTING MAJORS TO THIS INJUSTICE THAT STANDS IN VIOLATION OF THE TERMS OF THE **"GRANT"** GIVEN TO YOUR GLOBAL NATIONS BY THE SOLE CORPORATION AND FOREIGN SOVEREIGN CROWN AND ALL JUDICIAL ACTION ISSUED BY THE NEW YORK CRIMINAL COURT BE RENDERED VOID TO INCLUDE ISSUING ORDER TO EXPUNGE HIS RECORD.

(14) AGAIN, THE FIDUCIARY FOREIGN SOVEREIGN HEIR, KING, KHALIFAH, IMAM AND NAZARITE HIGH PRIEST OF THE ONE TRUE GOD, A MEMBER OF THE SOLE CORPORATION AND FOREIGN SOVEREIGN CROWN GIVES THE COURT NOTICE THAT DUE TO THE RECENT EVENTS INVOLVING THE KERSHAW C.I. AND SOUTH CAROLINA ACTORS, SUCH HAS PRODUCED 39 ADDITIONAL INDEPENDENT CAUSE OF ACTION EMERGING FROM THE WEAPONIZED INMATE ASSAULT UPON HIS PERSON BRINGING THE AMOUNT TO $540 BILLION IN COMPENSATORY AND OR PUNITIVE DAMAGES AGAINST THE STATE OF SOUTH CAROLINA, THE S.C. DEPT. OF CORRECTIONS, RICHLAND COUNTY, KERSHAW COUNTY AND ANY OTHER COUNTY WITHIN THE STATE OF SOUTH CAROLINA THAT ARE PARTIES TO THE CONSPIRACY PURSUANT TO CONVICTION AND OBSTRUCTING REVIEW OF THE LEGAL ISSUES OF RELIGIOUS PROPHESY THAT PLACE THEM IN VIOLATION OF THE TERMS OF THE **"GRANT"** GIVEN TO YOUR GLOBAL NATIONS BY THE SOLE CORPORATION AND FOREIGN SOVEREIGN CROWN, <u>WHITESIDE v. UNITED STATES,</u> 775 F.3d. 180 CA4 (N.C.2014); <u>WHITE v. GREGORY,</u> 510 U.S. 1096, 114 S.Ct. 931, 127 L.Ed.2d. 223(U.S.1994); <u>TOLBERT v. STEVENSON,</u> 635 F.3d. 646(4th.Cir.2011); <u>HINES v. THOMAS,</u> 2016 WL 4492816; <u>FOX v. VICE,</u> 563 U.S. 826, 131 S.Ct. 2205(U.S.2011).

(15) THE FIDUCIARY HEIR IS SEEKING INJUNCTIVE AND DECLARATORY RELIEF AND SEEK THAT "ABSOLUTE IMMUNITY" FOR JUDGES GLOBALLY BE DISSOLVED FOR SUCH ACTS AS IS ARGUED WITHIN THIS COMPLAINT OR YOUR GLOBAL NATIONS NO LONGER BE PERMITTED TO MAKE USE OF THE LAWS OF THE SOLE CORPORATION AND FOREIGN SOVEREIGN CROWN AS A MEANS TO CONTINUE IN YOUR INJUSTICES GLOBALLY ALSO PERPETRATED AGAINST THE FIDUCIARY HEIR, HIS CHOSEN KHALEESSEE AND THE BENEFICIARIES OF THE CESTUI QUE TRUST.

FOR THE INJUSTICES DONE TO THE FIDUCIARY HEIR'S FAMILY IN NEW JERSEY, THAT WHICH WAS DONE TO HUNTER BIDEN, JOHNATHAN MAJORS AND THE PRO PALESTINIAN PROTESTORS WHO STOOD UP AGAINST ISRAEL MY HOME STATE'S INJUSTICE WHERE THE UNIVERSITIES ACTED IN VIOLATION OF THEIR IMMUNITY AND IN VIOLATION OF THE TERMS OF THE **"GRANT"** GIVEN TO YOUR GLOBAL NATIONS BY THE SOLE CORPORATION AND FOREIGN SOVEREIGN CROWN, TO INCLUDE EXERCISING AUTHORITY, ARRESTING AND OR ATTACHING AND OR EXECUTING PROPERTY RIGHTS, ILLEGAL SEARCHES AND SEIZURES THAT WERE WAIVED RELATED TO CRAWFORD BEFORE THE MULTI-DISTRICT LITIGATION PANEL ON MAY 3, 2024, OBSTRUCTING JUDICIAL REVIEW SINCE 2006, DELAYING AND OR DENYING HIM MEDICAL CARE FOR OVER (5) YEARS AND COUNTING, SUBJECTING HIM TO PHYSICAL ASSAULTS AND OR ASSASSINATION ATTEMPTS, SUBSTANTIALLY BURDENING CONSTITUTIONAL PROTECTIONS OF ACCESS TO THE COURTS AND FREEDOM OF RELIGION, CUTTING HIS NAZARITE HAIR DESTROYING HIS RELIGIOUS VOW NUMEROUS OCCASIONS BEHIND RELIGIOUS AND RACIAL HATRED ALLOWING THE TRANSGENDERS TO GROW THEIRS DOWN TO THEIR BUTTS DENYING HIM THE EQUAL PROTECTION OF THE LAWS BECAUSE HE BROUGHT THESE LEGAL ACTIONS SEEKING TO ESTABLISH ALL RIGHTS, TITLES, PRIVILEGES AND IMMUNITIES OF THE FIDUCIARY HEIR AND THE BENEFICIARIES OF THE CESTUI QUE TRUST, FOR ESTABLISHING SAME SEX MARRIAGE IN VIOLATION OF THE TERMS OF USAGE OF THE INTELLECTUAL PROPERTY OF THE SOLE CORPORATION, FOR EACH DAY HE WAS UNCONSTITUTIONALLY HELD SUBJECTED TO GOVERNMENT KIDNAPPING AND MODERN DAY SLAVERY DENIED THE CONSTITUTIONAL RIGHT TO VOTE, WHERE THE STATE IMPOSED RESTRICTIONS UPON HIM THAT THEY NO LONGER BY THE U.S. CONSTITUTION HAD NEITHER POWER NOR AUTHORITY TO DO AND OR ENACT AND OR IMPOSE BY THE UNLAWFUL CONVICTION AND SUPPRESSING OF EVIDENCE OF ACTUAL INNOCENCE TO HALT WHAT THEY KNEW WAS THE REALIZATION OF RELIGIOUS PROPHESY AND ESTABLISH HIS SUPERSEDING SOVEREIGN POWER AND AUTHORITY, PUNITIVE DAMAGES MUST LIE, SCOTT v. DONALD, 165 U.S. 58, 17 S.Ct. 265, 41 L.Ed. 632(U.S.1897); SINES v. KESSLER, 324 F.Supp.3d. 765 (W.D.Va.2018). FOR CONSPIRING IN PHYSICAL ASSAULTS AND OR ASSASSINATION ATTEMPTS, CONCEALING THE TRUE CAUSE OF DEATH OF HIS MINOR CHILD TO AID THE TRUE PERPETRATOR OR CAUSER OF THE DEATH TO ESCAPE PUNISHMENT, FOR SLAVERY AND JIM CROW LAWS CRIMES AGAINST HUMANITY DONE BY THIS

NATION, FOR CAUSING THE LOSS OF LIVELIHOOD, PROPERTY AND FAMILY TO BE UTTERLY DESTROYED KNOWING FULLY WELL BEFORE HAND THE FIDUCIARY HEIR WAS INNOCENT, SUPPRESSING EVIDENCE THEY KNEW WOULD PROVE THIS, SUBJECTNG HIM TO POOR DIETS AND THE PLETHORA OF OTHER CLAIMS AND INJUSTICES MADE WITHIN ALL COMPLAINTS THAT WERE FILED SINCE 2006 WITHIN THE FEDERAL DISTRICT COURTS THEN BLOCKING AND OR INAPPROPRIATELY DISMISSED THEM FROM OBTAINING REVIEW BECAUSE THEY FIGURED ANY LEGAL WIN WOULD PRODUCE FINANCES TO HIRE INVESTIGATORS AND POTENTIAL OUT OF STATE ATTORNEYS THAT WOULD HAVE REVEALED THEIR CRIMES, ATTACKING AND STEALING MONEY FROM A DEFENSELESS WOMAN AND HER CHILDREN IN REGARDS TO LYNAE CRAWFORD, PROSECUTING MAJORS AND NOT THE OTHER BEHIND RACIAL BIAS, ATTACKING HUNTER BIDEN TO GET AT HIS FATHER A SITTING PRESIDENT, STEALING THE CRAWFORD CELL PHONE THEY WAIVED HIM HAVING INVOLVES RECKLESS INDIFFERENCE TO THE FUNDAMENTALLY PROTECTED RIGHTS OF OTHERS, AS WELL AS PRODUCE CONDUCT MOTIVATED BY EVIL AND MALICIOUS INTENT, ALSO IN LAWRENCE CRAWFORD'S CASE, BEHIND RELIGIOUS AND RACIAL HATRED WARRANTING PUNITIVE DAMAGES, BONE EL. v. SOLOMON, 2020 WL 6546056(M.D.N.C.2020); WOLFE v. ROUTZALIN, 953 F.Supp.2d. 627(D.Md.2013); SMITH v. WADE, 461 U.S. 30, 103 S.Ct. 1625, 75 L.Ed.2d. 632(U.S.1983).

PUNITIVE DAMAGES ARE AWARDED TO PUNISH THE DEFENDANT(S) FOR THEIR OUTRAGEOUS CONDUCT AND TO DETER THEM AND OTHERS LIKE THEM FROM SIMILAR CONDUCT IN THE FUTURE. SOCIETY HAS AN INTEREST IN DETERRING AND PUNISHING ALL INTENTIONAL, RECKLESS AND EVIL INVASIONS OF THE RIGHTS OF OTHERS, EVEN THOUGH IT SOMETIMES CHOOSES NOT TO IMPOSE LIABILITY FOR LESSER DEGREES OF FAULT. THUS, PUNITIVE DAMAGE IN FUNDAMENTAL FAIRNESS TO THE PLAINTIFFS MUST LIE, ST. MICHAEL'S MEDIA, INC. v. MAYOR AND CITY COUNSEL OF BALTIMORE, 2023 WL 2743361(D.Md.2023); ANSARI v. JIMENEZ,--F.Supp.3d.--, 2023 WL 4092249(E.D.Mich.2023); MOYLER v. FANNON, 2023 WL 2541131 (W.D.Va.2023); THORPE v. CLARKE, 37 F.4TH. 926 (4th.Cir.2022). WE WANT THE SEEKING OF THIS RELIEF PLACED BEFORE THE JURY TO INCLUDE ANY AND ALL OTHER RELIEF THE COURT WOULD DEEM JUST, FAIR AND PROPER. THE PLAINTIFF(S) WANTS THAT NEW JERSEY WEAPON CHARGE FOR CRAWFORD VACATED AND RECORD EXPUNGED AS WELL.

**207—of—208**

SEE ATTACHED PAGES

```
_____ " _____
_____ " _____
_____ " _____
_____ ⊕ " _____
_____ " _____
_____ " _____
_____ " _____
_____ " _____
```

8.    Do you request a jury or non-jury trial? (Check only one)

(x)Jury Trial ( ) Non-Jury Trial

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 12TH· day of JULY_____ , 20 24_____

_____
Signature of plaintiff*

(*EACH PLAINTIFF NAMED IN THE COMPLAINT MUST SIGN THE COMPLAINT HERE. ADD ADDITIONAL LINES IF THERE IS MORE THAN ONE PLAINTIFF. REMEMBER, EACH PLAINTIFF MUST SIGN THE COMPLAINT).

SIGNATURE OF PLAINTIFF

208−of−208