LYNAE CRAWFORD
P.O. BOX 5606
HILLSIDE, N.J. 07205

CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED
2024 AUG 27 A 10:48

LAWRENCE L. CRAWFORD AKA
JONAH GABRIEL JAHJAH T. TISHBITE
#300839 DORM F3B. RM. 148
EVANS CORRECTIONAL INST.
610 HWY. 9 WEST
BENNETTSVILLE, S.C. 29512

IN RE: CASE 2:24-cv-03934-MEF-JBC FILING AMENDED COMPLAINT IN THE NEW JERSEY DISTRICT COURT; FILING BEFORE THE MULTI-DISTRICT LITIGATION PANEL UNDER MDL. CASE NO. 3116 GIVING NOTICE TO THE PANEL OF AMENDED COMPLAINT BEFORE THE NEW JERSEY DISTRICT COURT PURSUANT TO PANEL RULE(S) 6.1(f) AND 6.2(d).

TO: THE MULTI-DISTRICT LITIGATION PANEL COURT,
    THE NEW JERSEY DISTRICT COURT ET. AL.

ATTACHED THE NEW JERSEY DISTRICT COURT WILL FIND, THE AMENDED COMPLAINT FOR CASE 2:24-cv-03934-MEF-JBC. BY THE PLAINTIFFS DUE PROCESS RIGHTS, THEY ARE PERMITTED TO AMEND THE COMPLAINT ONE TIME BEFORE ISSUANCE OF SERVICE OCCURS WITHOUT LEAVE OF THE COURT. THIS IS THAT AMENDMENT. STILL IN AN ABUNDANCE OF CAUTION A MOTION FOR LEAVE TO AMEND IS ALSO ATTACHED TO THE (208) PAGE AMENDED COMPLAINT DATED SIGNED JULY 12, 2024. PLEASE FILE THE AMENDED COMPLAINT WITHIN CASE 2:24-cv-03934-MEF-JBC. THIS IS ALSO NOTICE OF SUPPLEMENT TO AND BEFORE THE MULTI-DISTRICT LITIGATION PANEL COURT NOTIFYING THEM THAT THE NOW AMENDED (208) PAGE COMPLAINT IS SENT TO THE NEW JERSEY DISTRICT

COURT. WE RESPECTFULLY SEEK THAT THE PANEL ALLOW TIME FOR THE NEW JERSEY DISTRICT COURT TO RECEIVE AND FILE THE AMENDED COMPLAINT TO ALLOW THE PANEL TO REVIEW IT AND ACKNOWLEDGE BY JUDICIAL ORDER THAT THIS PLEADING BEFORE THE NEW JERSEY DISTRICT COURT FURTHER ESTABLISHES MULTI-DISTRICT LITIGATION AND CASE 2:24-cv-03934-MEF-JBC BE OFFICIALLY ADDED TO THE MULTI-DISTRICT LITIGATION RECORDS AS SUCH PURSUANT TO PENAL RULE 6.1(f) AND 6.2(d). WE SINCERELY THANK ALL COURTS AND PARTIES IN ADVANCE. STILL REMAIN,

RESPECTFULLY,

LYNAE CRAWFORD

JONAH THE TISHBITE

JULY 16, 2024