THE UNITED STATES JUDICIAL PANEL

ON MULTI-DISTRICT LITIGATION

THE KENTUCKY DISTRICT COURT ET. AL., L983

| | |
|---|---|
| LAWRENCE L. CRAWFORD AKA JONAH GABRIEL JAHJAH T. TISHBITE; ANTHONY COOK; ALTON CHISOLM ET. AL.,<br><br>PLAINTIFFS/PETITIONERS<br><br>Vs.<br><br>McKINLEY ET. AL.,<br><br>DEFENDANTS<br><br>ALSO THE IN RE: LAWRENCE L. CRAWFORD LITIGATION CASES | MDL CASE NO. 3116 WHICH INCLUDE CASE 3:24-cv-246-CRS AND ALL OTHER RELATED MDL CASES INVOLVED<br><br>*File in case 2:24-cv-3934-MEF-JBC*<br><br>**AFFIDAVIT OF SERVICE** |

WE, LAWRENCE L. CRAWFORD AKA JONAH GABRIEL JAHJAH T. TISHBITE, ANTHONY COOK, ALTON CHISOLM, DO HEREBY CERTIFY, THAT WE HAVE MAILED AND OR SERVED A COPY OF AN AFFIDAVIT OF FACTS GIVING JUDICIAL NOTICE; MOTION FOR RECUSAL ALSO RENEWING THE MOTION FOR RECUSAL BEFORE THE PANEL; MOTION TO CHALLENGE THE KENTUCKY DISTRICT COURT'S JURISDICTION TO ISSUE ORDER DOCUMENT # 9 IN CASE 3:24-cv-00246-CRS DUE TO FRAUD UPON THE COURT, VIOLATIONS OF 18

U.S.C. § 1001 AND SEPARATION OF POWERS CLAUSE; MOTION FOR EXTENSION OF TIME FOR CHISOLM TO PAY FILING FEE AND MOTION TO MOTION THEREFOR AND SUPPLEMENT PURSUANT TO PANEL RULES 6.1(f) AND 6.2(d), WITH ATTACHMENTS ON THE MULTI-DISTRICT LITIGATION PANEL COURT IN BOTH WASHINGTON, D.C. AND PORTLAND, MAINE, ON THE KENTUCKY DISTRICT COURT, BOTH FRAUD COURT DISTRICT COURTS, AND ON ALL OTHER INVOLVED PARTIES BY U.S. MAIL POSTAGE PREPAID, BY DEPOSITING IT IN THE INSTITUTION MAIL BOX ON JULY 2, 2024. IT IS DEEMED FILED ON THAT DATE, HOUSTON v. LACK, 287 U.S. 266, 273-76, 108 S.Ct. 2379 (U.S.1988).

RESPECTFULLY,
ALTON CHISOLM

*[signature: Alton Chisolm]*

JONAH THE TISHBITE

*[signature]*

ANTHONY COOK

*[signature: anthony Cook]*

JULY 2, 2024

THE UNITED STATES JUDICIAL PANEL

ON MULTI-DISTRICT LITIGATION

THE KENTUCKY DISTRICT COURT ET. AL.,

| | |
|---|---|
| LAWRENCE L. CRAWFORD AKA JONAH GABRIEL JAHJAH T. TISHBITE; ANTHONY COOK; ALTON CHISOLM ET. AL., <br><br> PLAINTIFFS/PETITIONERS <br><br> Vs. <br><br> McKINLEY ET. AL., <br><br> DEFENDANTS <br><br> ALSO THE IN RE: LAWRENCE L. CRAWFORD LITIGATION CASES | MDL CASE NO. 3116 WHICH INCLUDE CASE 3:24-cv-246-CRS AND ALL OTHER RELATED MDL CASES INVOLVED <br><br> AFFIDAVIT OF FACTS GIVING JUDICIAL NOTICE; MOTION FOR RECUSAL ALSO RENEWING THE MOTION FOR RECUSAL BEFORE THE PANEL; MOTION TO CHALLENGE THE KENTUCKY DISTRICT COURT'S JURISDICTION TO ISSUE ORDER DOCUMENT # 9 IN CASE 3:24-cv-00246-CRS DUE TO FRAUD UPON THE COURT, VIOLATIONS OF 18 U.S.C. § 1001 AND SEPARATION OF POWERS CLAUSE; MOTION FOR EXTENSION OF TIME FOR CHISOLM TO PAY FILING FEE AND MOTION TO MOTION THEREFOR AND SUPPLEMENT PURSUANT TO MDL PANEL RULES 6.1(f) AND 6.2(d) |

TO: THE MULTI-DISTRICT LITIGATION PANEL,
    THE KENTUCKY DISTRICT COURT ET. AL.,

HERE THE MULTI-DISTRICT LITIGATION PANEL, THE KENTUCKY DISTRICT COURT AND ALL PARTIES WILL FIND:

(1) A COPY OF DOCUMENT # 3 FILED APRIL 18, 2024 IN

CASE 3:24-cv-00246-CRS WHICH IS A NOTICE OF DEFICIENCY RELATE TO THE SENDING OF THE REQUIRED 6 MONTH FINANCIAL STATEMENT AND APPLICATION TO FILE IN FORMA PAUPERIS.

(2) A COPY OF THE ENVELOPE THAT THIS DOCUMENT CAME IN DEMONSTRATING IT WAS RECEIVED BY THE PETITIONER(S) AT KERSHAW C.I. ON APRIL 22, 2024 COMING FROM THE KENTUCKY DISTRICT COURT FROM THE WILLIAM H. NATCHER U.S. COURTHOUSE 241 EAST MAIN STREET BOWLING GREEN KY. 42101-2175.

(3) A COPY OF THE E.H. COOPER FUND DEBIT SLIP DATED SIGNED BY THE INSTITUTION MAILROOM AUTHORITY ON MAY 3, 2024 DEMONSTRATING THAT BOTH CRAWFORD AND COOKS 6 MONTH FINANCIAL STATEMENT AND AFFIDAVIT TO FILE IN FORMA PAUPERIS WAS MAILED TO THE KENTUCKY DISTRICT COURT AT THE WILLIAM H. NATCHER U.S. COURTHOUS 241 EAST MAIN STREET BOWLING GREEN, KY 42101-2175 AND BY MAIL BOX RULE IT IS FILED ON THAT DATE.

(4) A COPY OF THE E.H. COOPER TRUST FUND DEBIT FORM DATED SIGNED BY THE INSTITUTION MAILROOM AUTHORITY ON MARCH 6, 2024 DEMONSTRATING THAT THE MOTION TO VACATE CASE 3:24-cv-00028-JHM ALSO NOTIFYING THEM OF THE PROCEEDINGS IN KENTUCKY FILED UNDER THE INDEPENDENT ACTION RULE FOR FRAUD UPON THE COURT TIMELY FILED WITHIN (10) DAYS OF THE FINAL ORDER AND NOTICE OF MULTI-DISTRICT LITIGATION UNDER MDL CASE NO. 3116 THAT ESTABLISH CASE 3:24-cv-246-CRS IN THE KENTUCKY DISTRICT COURT WAS SENT TO THE KENTUCKY DISTRICT COURT TO ROOM 126 FEDERAL BUILDING 423 FREDERICA STREET OWENSBORO, KY. 42301-3013 WHERE CASE "P28" RESIDED, BUT SOMEHOW, LIKE A BOX OF "LUCKY CHARMS CEREAL" [MAGICALLY DELICIOUS] IT ENDS UP BEING FILE AT THE "BOWLING GREEN" COURTHOUSE.

(5) A COPY OF THE MEMORANDUM AND ORDER DOCUMENT # 9 FILED JUNE 6, 2024 AFTER THE CLOSED BRIEFING ORDER WAS ISSUED WITHIN THE MULTI-DISTRICT LITIGATION PANEL COURT ON MAY 20, 2024 UNDER MDL CASE NO. 3116 THAT EMERGES FROM CASE 3:24-cv-P246-CRS DEMONSTRATING FRAUD UPON THE COURT, VIOLATION OF THE PANEL'S

CLOSED BRIEFING ORDER WHERE THIS DEVIL OF A JUDGE IS CONDUCTING THE EX PARTE RULING TO CIRCUMVENT AND IGNORE THE PANEL'S CLOSED BRIEFING ORDER CONCEALING MATERIAL FACTS IN VIOLATION OF 18 U.S.C. § 1001 AND VIOLATION OF THE SEPARATION OF POWERS CLAUSE.

(6) A COPY OF THE ENVELOPE THAT THE KENTUCKY DISTRICT COURT'S MEMORANDUM AND ORDER, DOCUMENT # 9 IN CASE 3:24-cv-000246-CRS CAME IN RECEIVED BY THE PETITIONER, CRAWFORD, AT EVANS C.I. ON JUNE 28, 2024. PLEASE TAKE NOTICE THAT THE COURTHOUSE THAT THE DOCUMENT COMES FROM IS NO LONGER THE BOWLING GREEN COURTHOUSE BUT IS NOW THE UNITED STATES DISTRICT COURT 106 GEENE SNYDER U.S. COURTHOUSE 601 W. BROADWAY LOUISVILLE, KY. 40202-2249.

(7) A COPY OF THE CIVIL DOCKET FORM THAT COMES FROM THE MULTI-DISTRICT LITIGATION PANEL, [2] PAGES PRINTED OFF AND SENT TO THE PLAINTIFFS/ PETITIONERS JUNE 20, 2024 AT 10:20 AM. RECEIVED BY THE PETITIONER, CRAWFORD, AT EVANS CORRECTIONAL INST. ON JUNE 28, 2024.

WITH ALL DUE RESPECT TO THE MULTI-DISTRICT LITIGATION PANEL COURT AND ALL OTHER PARTIES INVOLVED HERE. I SINCERELY ASK YOUR PATIENCE AND INDULGENCE WITH THE FOREIGN SOVEREIGN FIDUCIARY HEIR, KING, KHALIFAH, IMAM AND NAZARITE HIGH PRIEST OF THE ONE TRUE GOD, THE FORERUNNER OF GOD'S CHRIST WHO OPERATES UNDER (7) TIMES "THE SPIRIT OF ELIJAH" AS FORETOLD BY RELIGIOUS PROPHESY, FOR ANY ACRIMONY THAT MAY BE EXHIBITED IN MY PRESENTATION OF THESE CURRENT JURISDICTIONAL FACTS AS THEY RELATE TO THESE MULTI-DISTRICT LITIGATION CASES BEFORE US. PLEASE UNDERSTAND THAT MY WORDS AND OR ACRIMONY ARE INDICATIVE OF THE RESULT OF OVER (20) YEARS OF ABUSE OF JUDICIAL PROCESS, ABUSE OF POWER, ABUSE OF COURT, ABUSE OF DISCRETION, FRAUD UPON THE COURTS INVOLVED, CRIMINAL CONSPIRACY EXTRA-TERRITORIAL IN NATURE, OBSTRUCTION OF JUSTICE, ACTS OF OFFICIAL MENTAL AND PHYSICAL TORTURE IN VIOLATION OF THE C.A.T. TREATY, THE KIDNAPPING OF A FOREIGN SOVEREIGN OFFICIAL, DISTRESS AND MENTAL ANGUISH CAUSE BY

THESE CONSPIRING UNDER COLOR OF LAW AND OR AUTHORITY JUDICIAL AND OR STATE OFFICIALS AND OR ACTORS THAT ESTABLISH "CAUSE AND PREJUDICE". WHAT THE "JUMPIN' JEHOSEPHAT" DO THESE CORRUPT, GOING STRAIGHT TO THE HELLFIRE, UNDER COVER KU KLUX KLANSMEN JUDGES OF THE SOUTH HAVE GOING ON NOW? THE PETITIONER(S) WANT THE MULTI-DISTRICT LITIGATION PANEL TO LOOK AT WHAT IS OCCURRING AGAIN RIGHT BEFORE THE PANEL'S VERY EYES. JUDGE SIMPSON III IS A DEFENDANT LISTED WITHIN THE OHIO DISTRICT COURT UNDER CASE 2:23-cv-02962-JLG-CHG. WHAT THE HECK ARE THESE CORRUPT KU KLUX KLANSMEN JUDGES OF THE SOUTH DOING? WHAT IN THE WORLD IS THIS,...KENTUCKY DISTRICT COURT "MUSICAL CHAIRS?" THESE KENTUCKY JUDGE DEVILS, BLOODYING THEIR JUDICIAL ROBES, ARE ALL OVER THE PLACE ENGAGING IN DISTRICT COURT "MUSICAL CHAIRS" IN VIOLATION OF 18 U.S.C. § 1001, CONCEALING MATERIAL FACTS, ACTING IN FRAUD UPON THE COURT, IN VIOLATION OF 28 U.S.C. §§ 1985(2) AND 1985(3), VIOLATING THE SEPARATION OF POWERS CLAUSE, THE EQUAL PROTECTION OF THE LAWS CLAUSE, VIOLATING THE TERMS OF THE **"GRANT"** GIVEN TO YOUR GLOBAL NATIONS BY THE SOLE CORPORATION AND FOREIGN SOVEREIGN CROWN, CONSPIRING AFTER THE FACT IN STATE SPONSORED TERRORISM IN VIOLATION OF NOT JUST THE CONTRACT CLAUSE OF THE FOREIGN SOVEREIGN IMMUNITY ACT, BUT ALSO ITS STATE SPONSORED TERRORISM EXCEPTIONS WHERE BY THEIR ACTIONS THEY ARE CONSPIRING AFTER THE FACT TO PREVENT, THWART, "JUST AND FAIR" REVIEW OF THE ATROCITIES, CRIMES AGAINST HUMANITY IMPLICATED BY THE TRANS-ATLANTIC SLAVE TRADE, STRIPPING THEM OF IMMUNITY UNDER THESE TWO EXCEPTIONS PURSUANT TO 28 U.S.C. § 1602-1612 ET. SEQ. OF THE F.S.I.A. CONGRESS WOULD NOT BE ABLE TO ESTABLISH ABSOLUTE IMMUNITY FOR THESE JUDGES WHEN THEY TOO ARE PARTY AND SUBJECT TO THE DEFAULT AND VOIDING OF JURISDICTION EMERGING FROM THE CRAWFORD STATE CASES RELIED UPON ESTABLISHING THE SUPERSEDING POWER AND AUTHORITY OF THE SOLE CORPORATION AND FOREIGN SOVEREIGN CROWN, ALSO PROTECTED BY ARTICLE 1 § 10 OF THE U.S. CONSTITUTION, THE 1st. AMENDMENT FREE EXERCISE CLAUSE, THE CONTRACT CLAUSE OF THE F.S.I.A. AS WELL BY STATE AND FEDERAL PROBATE LAW, THE LAW OF "TRUSTS".

BY JUDGE CHARLES R. SIMPSON III AND THE OTHER KENTUCKY

DISTRICT COURT FEDERAL JUDGES' LATEST ACTIONS, THEY HAVE NOW PRODUCED MORE THAN SUFFICIENT EVIDENCE THAT DEMONSTRATE THE FRAUD AND OBSTRUCTION OF NOT JUST HIMSELF AND THE KENTUCKY DISTRICT COURT. BUT ALSO VIA THE EXTRA-TERRITORIAL CONSPIRACY ARGUED, THE OTHER JUDGES INVOLVE, ei. JUDGES NORTON OF THE 4TH. CIRCUIT AND JUDGE KENNELLY OF THE 7th. CIRCUIT WHO ARE PRESENTLY SITTING UPON THIS PANEL WARRANTING NOT JUST THE RECUSAL OF JUDGE SIMPSON III AND OTHER KENTUCKY DISTRICT COURT JUDGES, BUT ALSO THE RENEWAL OF THE MOTION BEFORE THE MULTI-DISTRICT LITIGATION PANEL TO RECUSE BOTH JUDGES NORTON OF THE 4th. CIRCUIT AND KENNELLY OF THE 7th. CIRCUIT. JUDGE SIMPSON III AND OTHER KENTUCKY FEDERAL JUDGES'S LATEST ACTIONS PRODUCE SUBSTANTIAL EVIDENCE THAT SUPPORT THE PETITIONER(S) CLAIMS THAT THE FEDERAL JUDGES INVOLVED AND LISTED WITHIN THE OHIO COMPLAINT FOR OVER THE PAST (20) YEARS, IN FRAUD UPON THE COURT AND OBSTRUCTION OF JUSTICE, CONSPIRING UNDER COLOR OF LAW AND OR AUTHORITY, ACROSS MULTIPLE STATE AND FEDERAL JURISDICTIONS IN AN EXTRA-TERRITORIAL CONSPIRACY, VIOLATING THE HOBBS AND RICO ACTS, TO PREVENT AND OR THWART "JUST AND FAIR" REVIEW, VIOLATING THEIR OATHS OF OFFICE TO UPHOLD THE U.S. CONSTITUTION ALSO SUBJECTING THEM TO PENALTIES UNDER 5 U.S.C. §§ 3331, 3333 AND 7311 OF THOSE APPLICABLE STATUTES. THE PLAINTIFFS, PETITIONERS RENEW THE MOTION FOR WAIVER, FORFEITURE ON ALL CLAIMS MADE BEFORE THE MULTI-DISTRICT LITIGATION PANEL UNDER CASE MDL. NO 3116, INCLUDING FOR SANCTION, ESTABLISHING OF ALL PROPERTY RIGHTS ARGUED, ALL RIGHTS, TITLES, PRIVILEGES, IMMUNITIES OF THE FIDUCIARY HEIR AND BENEFICIARIES OF THE CESTUI QUE TRUST, THE SECURING OF THE EVIDENCE OF ACTUAL INNOCENCE RELATED TO THE CRAWFORD CONVICTION SOUGHT TO PREVENT ANY ATTEMPTS AT SPOLIATION, LEGAL NAME CHANGE FOR THE FIDUCIARY FOREIGN SOVEREIGN HEIR, ALL INJUNCTIVE, PROTECTIVE ORDER AND DECLARATORY RELIEF, TO INCLUDE THE REMOVAL OF THE FIDUCIARY HEIR, THE RELEVANT PETITIONER AND OR INTERVENORS INTO FEDERAL CUSTODY TO BE HELD AT A FEDERAL PRE-RELEASE CAMP PURSUANT TO HABEAS CORPUS UNDER 28 U.S.C. § 1445(c) DUE TO THE CONVICTIONS ALREADY BEING INVALIDATED BY DEFAULT, FORFEITURE AND WAIVER EMERGING FROM BOTH THE CRAWFORD STATE CASES RELIED UPON AND THE MULTI-DISTRICT LITIGATION PANEL

COURT IN D.C., THE REQUIREMENT THAT THE FIDUCIARY HEIR BE RELEASED HIS CELL PHONE THEY FORFEITED AND WAIVED AND HE BE IMMEDIATELY BE TAKEN AND SEEN BY THE ARTHRITIS KNEE PAIN CENTER IN COLUMBIA, S.C. AS ALSO HIGHLIGHTED AND SOUGHT WITHIN THE (26) PAGE INJUNCTION DOCUMENT FILED DATED JANUARY 2024 WHICH INCLUDE THE SEEKING OF THE APPOINTMENT OF LEGAL COUNSEL AND THAT JUDGE JACQUELYN AUSTIN OF THE S.C. DISTRICT COURT BE ORDERED AND REQUIRED TO SIT UPON THESE CASES IN THE NEWARK, NEW JERSEY DISTRICT COURT WITH ALL HER EXPENSES PAID IN FULL BY THE GOVERNMENT TO ALLOW US TO INVOKE THE MAGISTRATE STATUTE AS SOUGHT PERMITTING THESE MULTI-DISTRICT LITIGATION CASES TO BE GIVEN "JUST AND FAIR" REVIEW. THIS IS THE TYPE OF CONDUCT THAT THE FEDERAL JUDGES IN QUESTION HAVE BEEN ENGAGING IN SINCE 2006 DUE TO THE UNPRECEDENTED, EXTRAORDINARY CIRCUMSTANCES THAT SURROUND THESE MULTI-DISTRICT LITIGATION CASES HAVING GLOBAL RAMIFICATIONS. LET US HAVE A PRAGMATIC, JUST AND FAIR ASSESSMENT OF THIS "FARCE OF AN ADJUDICATION" AS IT MANIFESTED ITSELF BEFORE US INVOLVING JUDGE SIMPSON III:

(1) FIRST WE HAVE JUDGE McKINLEY, IN FRAUD UPON THE COURT AND OBSTRUCTION OF JUSTICE ETC., PURPOSELY, MALICIOUSLY, MISREPRESENTING THE JURISDICTIONAL FACTS, CONCEALING THE MATERIAL FACTS, INAPPROPRIATELY ASSERTING THAT THE THREAT OF IMMINENT DANGER HAD NO CONNECTION TO THE CLAIMS PRESENTED BEFORE THE KENTUCKY DISTRICT COURT, WHICH OF COURSE, IS A BLATANT LIE FROM THE PITS OF HELL, WHICH IS FURTHER PROVEN BY THE WEAPONIZED INMATE ASSAULT AND OR ASSASSINATION ATTEMPT UPON THE FOREIGN SOVEREIGN FIDUCIARY HEIR'S LIFE OCCURRING AT KERSHAW C.I. ON MAY 15, 2024, CONSPIRED IN BY THE SOUTH CAROLINA AND S.C.D.C. DEFENDANTS DONE IN RETALIATION TO HALT OR IMPEDE THE BRINGING OF THESE UNPRECEDENTED CASES CONSPIRING ACROSS MULTIPLE STATE AND FEDERAL JURISDICTIONS.

(2) THEN WHEN THE INDEPENDENT ACTION COMPLAINT (114) PAGES FILED UNDER THE INDEPENDENT ACTION RULE FOR FRAUD UPON THE COURT WAS FILED, REQUIRING THAT IT BE FILED WITHIN THE FEDERAL DISTRICT COURT WHERE THE FRAUD WAS COMMITTED WAS SENT TO THE

KENTUCKY DISTRICT COURT IN OWENSBORO KENTUCKY. IT MYSTERIOUSLY ENDS UP IN THE KENTUCKY DISTRICT COURT IN BOWLING GREEN KENTUCKY TO ESTABLISH OR MAKE IT LOOK LIKE A PROCEDURAL DEFECT TO GIVE A FALSE IMPRESSION THAT THE PETITIONERS IN ERROR, FILED THE TIMELY MOTION TO VACATE CASE "P28" IN THE WRONG KENTUCKY DISTRICT COURT WHERE THE INITIAL KENTUCKY DISTRICT COURT FRAUD UPON THE COURT OCCURRED.

(3) NOW ONCE THE CASE IS FRAUDULENTLY PLACED WITHIN THE BOWLING GREEN DISTRICT COURT, THE DISTRICT COURT IN WHICH WE DID NOT SEND IT TO. JUDGE SIMPSON III ORDERS THE PLAINTIFFS, PETITIONERS, BY DOCUMENT # 3 IN CASE 3:24-cv-246-CRS TO SEND THE (6) MONTH FINANCIAL STATEMENTS AND APPLICATION TO FILE IN FORMA PAUPERIS TO THE BOWLING GREEN DISTRICT COURT.

(4) THEN THE CORRUPT GOING TO THE HELLFIRE KU KLUX KLANSMAN JUDGE SIMPSON III, ONCE SEEING THAT THE PETITIONERS WERE TIMELY IN ADHERING TO THE KENTUCKY DISTRICT COURT'S DOCUMENT # 3 ORDER. JUDGE SIMPSON III, LIKE THE JUDICIAL VILLAGE IDIOT THAT HE IS, PLAYING KENTUCKY DISTRICT COURT MUSICAL CHAIRS, SWITCHES KENTUCKY DISTRICT COURTS FROM THE BOWLING GREEN DISTRICT COURT TO THE LOUISVILLE, KENTUCKY DISTRICT COURT AND IN FRAUD UPON THE COURT, CRIMINAL CONSPIRACY AND OBSTRUCTION OF JUSTICE, VIOLATING 18 U.S.C. § 1001, CONCEALING MATERIAL FACTS, PERVERTING GOVERNMENT FUNCTIONS, VIOLATING THE TERMS OF THE **"GRANT"** GIVEN TO YOUR GLOBAL NATIONS BY THE SOLE CORPORATION AND FOREIGN SOVEREIGN CROWN, VIOLATING THE PROVISIONS OF 5 U.S.C. §§ 3331, 3333 AND 7311, AND A MYRIAD OF OTHER LEGAL PROVISIONS ARGUED IN THESE MULTI-DISTRICT LITIGATION CASES, HE THEN CLAIMS THAT HE NOR THE COURT IN LOUISVILLE NEVER RECEIVED THE (6) MONTH FINANCIAL STATEMENT AND APPLICATIONS TO FILE IN FORMA PAUPERIS WHERE CRAWFORD PERSONALLY MAILED BOTH COOK AND CRAWFORD'S TOGETHER TO ENSURE DELIVERY WHILE HE IS SITTING AT THE LOUISVILLE KENTUCKY DISTRICT COURT. THIS IS THE TYPE OF JUDICIAL CHICANERY THESE FEDERAL AND STATE JUDGES INVOLVED HAVE BEEN ENGAGING IN SINCE 2006 WARRANTING THEIR RECUSAL, FORFEITURE, WAIVER AND SANCTIONS ON ALL THAT IS CURRENTLY SOUGHT BEFORE THE MULTI-DISTRICT LITIGATION PANEL COURT.

THE PETITIONER IS SPEAKING DIRECTLY TO YOU NOW RAT, STINKING, CORRUPT JUDGE SIMPSON III. IF YOU WANT THOSE (6) MONTH FINANCIAL STATEMENTS AND AFFIDAVITS FOR FILING IN FORMA PAUPERIS FOR COOK AND CRAWFORD?, TAKE YOUR RAT, STINKING, CORRUPT, RECREANT, OPPROBRIOUS, UNDER COVER KU KLUX KLANSMAN RUMP DOWN TO THAT FEDERAL DISTRICT COURT IN BOWLING GREEN KENTUCKY WHERE YOU INITIALLY ORDERED US TO SEND THEM AND WHEN YOU GET THEM YOU CAN SHOVE THEM WHERE THE SUN REFUSES TO SHINE UP YOUR TREACHEROUS BEHIND DEVIL CORRUPT KLANSMAN JUDGE. THE KENTUCKY DISTRICT COURT JUDGES LATEST ACTIONS INDISPUTABLY PROVE THAT THE PETITIONERS AND INTERVENORS CANNOT POSSIBLY RECEIVE ANY JUSTICE IF THESE CASES ARE CONTINUED TO BE HEARD "ANYWHERE", "ANYWHERE" (EMPHASIS ADDED) IN THE SOUTH. THESE RECENT EVENTS INDISPUTABLY DEMONSTRATE A CONSPIRATORIAL PATTERN AND DESIGN OF THE JUDGES INVOLVED AT BOTH THE STATE AND FEDERAL LEVELS, TO DEFRAUD US OF CONSTITUTIONAL PROTECTIONS AND TO DEFEAT, HINDER, IMPEDE AND OBSTRUCT THE DUE COURSE OF JUSTICE AND DENY US PROTECTIONS ESTABLISHED UNDER THE FOREIGN SOVEREIGN IMMUNITY ACT WARRANTING THE RECUSAL OF THE JUDGES SOUGHT AND THE GRANTING OF ALL INJUNCTIVE AND PROTECTIVE ORDER RELIEF THAT IS PRESENTLY SOUGHT BEFORE THE PANEL, TO INCLUDE OUR BEING TRANSFERRED WITH ALL PROPERTY UNMOLESTED WITH THE CRAWFORD CELL PHONE IN QUESTION INTO FEDERAL CUSTODY HELD AT A PRE-RELEASE CAMP AND JUDGE JAQUELYN AUSTIN OF THE S.C. DISTRICT COURT BE REQUIRED TO SIT UPON THESE CASES IN THE NEW JERSEY DISTRICT COURT, NEWARK DIVISION AS SOUGHT, SUPPORTED BY SANCTIONS, TO ALLOW US TO INVOKE THE MAGISTRATE STATUTE ALSO VIA SAID SANCTIONS SOUGHT AGAINST THE STATE AND FEDERAL DEFENDANTS INVOLVED. THIS PLEADING SHALL BE FILED WITHIN ALL COURTS INVOLVED AND SERVED UPON THE APPLICABLE PARTIES GIVING THEM ADDITIONAL NOTICE.

WE MOTION TO WAIVE ANY REQUIREMENT THAT WE FILE ADDITIONAL, SECONDARY, (6) MONTH FINANCIAL STATEMENTS AND APPLICATION FOR FILING IN FORMA PAUPERIS AND MOTION AND SEEK THAT DUE TO THIS EGREGIOUS ACT OF FRAUD UPON THE COURT THAT THE FILING FEE NOW BE WAIVED FOR ALL (3) PLAINTIFFS, COOK, CRAWFORD AND

CHISOLM. IF THE LEGAL DOCUMENTS THAT THIS COMPROMISED KU KLUX KLANSMAN JUDGE SIMPSON III SEEKS ARE NOT AT THE BOWLING GREEN KENTUCKY DISTRICT COURT? THEN IS CORRUPT GOING TO THE HELLFIRE UNDER COVER KU KLUX KLANSMAN JUDGE OF THE SOUTH, CONSPIRING UNDER COLOR OF LAW AND OR AUTHORITY **"SPOLIATED"** THESE DOCUMENTS IN QUESTION THAT WERE CLEARLY SENT TO THE COURT WHICH IS WHY THIS DEVIL SWITCHED COURTS TO FRAUDULENTLY ASSERT WE DID NOT SEND THEN TO LOUISVILLE, STRIPPING HIM OF IMMUNITY BECAUSE THIS ACTION WOULD BE A MINISTERIAL AND OR CLERICAL ACTION. IT IS NOT A PART OF THESE JUDGES DISCRETIONARY DUTY TO FILE LEGAL DOCUMENTS OR PREVENT LEGAL DOCUMENTS FROM BEING FILED. IT IS A NON JUDICIAL ACT WHICH ALSO VIOLATES THE CONTRACT CLAUSE EXCEPTION AND STATE SPONSORED TERRORISM EXCEPTION PROVISIONS, CONSPIRING DURING AND OR AFTER THE FACT VIA THE PROVISIONS OF THE F.S.I.A. AS IS ARGUED TO THWART AND OR PREVENT "JUST AND FAIR" JUDICIAL REVIEW AND REPARATIONS FROM BEING GIVEN TO THE AFRICAN AMERICANS OF THIS NATION. WE MOTION FOR JUDGE SIMPSON III'S RECUSAL AND RENEW THE MOTION FOR RECUSAL BEFORE THE PANEL COURT SEEKING THE RECUSAL OF BOTH JUDGES NORTON AND KENNELLEY WHO ARE PARTIES TO THIS INJUSTICE SINCE 2006 WHO CONSPIRED ACROSS MULTIPLE STATE AND FEDERAL JURISDICTIONS IN THIS EXTRA-TERRITORIAL CONSPIRACY. WE MOTION TO CHALLENGE THE KENTUCKY DISTRICT COURT'S JURISDICTION TO ENTER THE MEMORANDUM AND ORDER, DOCUMENT # 9, DUE TO FRAUD UPON THE COURT, CRIMINAL CONSPIRACY, OBSTRUCTION OF JUSTICE, VIOLATIONS OF THE F.S.I.A., VIOLATIONS OF 5 U.S.C. § 3331, 3333 AND 7311, VIOLATIONS OF 18 U.S.C. § 1001, VIOLATIONS OF 28 U.S.C. §§ 1985(2), 1985(3) AND 2679, VIOLATIONS OF THE SEPARATION OF POWERS CLAUSE DUE TO JUDGE SIMPSON III BLATANTLY LYING LIKE A **"SNAKE",** STATING THAT THIS IS A "STAND ALONE" CASE WHERE BOTH THE KENTUCKY DISTRICT COURT CASES IN QUESTION ARE CLEARLY ESTABLISHED WITHIN THE PANEL COURT RECORDS AS SEEN BY THE CIVIL DOCUMENT REPORT ATTACHED AND WHERE HE LACKS THE POWER NOR AUTHORITY TO INVOKE THE CHANGE OF VENUE STATUTE OF 1407 TO TRANSFER A MULTI-DISTRICT LITIGATION PANEL COURT CASE BACK TO HIMSELF, VIOLATING THE SEPARATION OF POWERS CLAUSE AND THE PANEL'S CLOSE BRIEFING ORDER CONDUCTING THIS "FARCE OF AN ADJUDICATION" TO CIRCUMVENT AND OR IGNORE THE PANEL'S CLOSE BRIEFING ORDER JUST

LIKE THE OTHER STATE ACTORS IN SOUTH CAROLINA INVOLVED, SHOWING NO REGARD FOR THE PANEL'S AUTHORITY OR JURISDICTION. THIS IS COMPOUNDED BY THE FACT THAT THE KENTUCKY DISTRICT COURT, LIKE THE OTHER PARTIES INVOLVED, ARE IN FORFEITURE AND WAIVER ON ALL CLAIMS PRESENTED BEING SUBJECTED TO SUCH ON MAY 3, 2024 BEFORE THE MULTI-DISTRICT LITIGATION PANEL COURT. RES JUDICATA AND OR COLLATERAL ESTOPPEL APPLY TO ANY ISSUE THAT IS OR COULD HAVE BEEN ARGUED OR RAISED IN THE CASE BROUGHT BEFORE THE MULTI-DISTRICT LITIGATION PANEL COURT IN WASHINGTON D.C.. NONE OF THE DEFENDANTS MADE ANY CHALLENGE TO ANYTHING, ANYTHING THAT WAS SUBMITTED AND FILED WITHIN THAT PLEADING BEFORE THE PANEL COURT IN WASHINGTON, D.C.. THEY KNEW TO DO SO WOULD PLACE THEM IN A POSITION WHERE THEY WOULD BE FORCED TO INCRIMINATE THEMSELVES, SO THEY FORFEITED AND WAIVED THEIR OPPORTUNITY TO RESPOND. IF THE COURTS INVOLVED DO NOT WAIVE THE FILING FEES FOR THE THREE PLAINTIFFS BEFORE THE KENTUCKY DISTRICT COURT BY SANCTIONS DUE TO THESE EGREGIOUS ACTS OF FRAUD UPON THE COURT, CRIMINAL CONSPIRACY AND OBSTRUCTION OF JUSTICE, TO INCLUDE VIOLATIONS OF THE FOREIGN SOVEREIGN IMMUNITY ACT EXCEPTION PROVISIONS ARGUED. IN AN ABUNDANCE OF CAUTION WE MOTION FOR AN EXTENSION OF TIME TO RESET ONE THE MULTI-DISTRICT LITIGATION PANEL DEALS WITH THIS MANIFEST INJUSTICE AND FRAUD. PERPETRATED BY THE KENTUCKY DISTRICT COURT JUDGES INVOLVED AGAINST THE PLAINTIFFS, PETITIONERS IN THIS CASE. JUDGE SIMPSON III, THIS UNDER COVER KU KLUX KLANSMAN JUDGE IS GOING TO BUST THE HELLFIRE WIDE OPEN, ADAIR ASSET MANAGEMENT, LLC. v. U.S. DEPT. OF HOUSING URBAN DEVELOPMENT, 2016 WL 3248569(2016); SAUNIER v. BOEING COMPANY, F.Supp.2d., 2014 WL 1646953(2014); IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION, F.Supp.3d., 2016 WL 1584060(2016); BARLOW v. COLGATE PALMOLIVE CO., 772 F.3d. 1001, 90 Fed. R. Serv.3d. 85 CA4 (Md.2014); BLUE SKY TRAVEL AND TOURS, LLC. v. AL TAYYAR,--Fed. Appx'--, 2015 WL 1451636 (Va.2015); WILLIAMS v. PENNSYLVANIA, 136 S.Ct. 1899, 195 L.Ed.2d. 132, 84 U.S.L.W. 4359(U.S.2016); CATABAW INDIAN NATION v. STATE, 407 S.C. 526, 756 S.E.2d. 900(S.C.2014); WILSON v. GMAC MORTG. LLC., F.Supp.3d., 2015 WL 856866(S.D.Va.2015); FOX EX REL FOX v. ELK RUN COAL CO,, INC., 739 F.3d. 131 CA4(2014); KINOJUX I.P. v. I.P.P. INTERNATIONAL INC., 2016 WL 5936875(N.Y.2016);

<u>BOOTH v. BALLARD</u>, 2016 WL 1275054(2016)(DEMONSTRATING THAT AN EVIDENTIARY HEARING MUST OCCUR.); <u>BENTON v. BURNS</u>, 2017 WL 491251(D.C.Md.2017); <u>EX PARTE VIRGINIA</u>, 100 U.S. 339 (1880); 28 U.S.C. § 1455(c); <u>MONTGOMERY v. LOUISIANA</u>, 136 S.Ct. 718, 193 L.Ed.2d. 599, 84 U.S.L.W. 4063(U.S.2016); <u>BANK MARKAZI v. PETTERSON</u>, 578 U.S. 212, 136 S.Ct. 1310, 194 L.Ed.2d. 463(U.S.2016); <u>OPATI v. REPUBLIC OF SUDAN</u>, 140 S.Ct. 1601, 206 L.Ed.2d. 904(U.S.2020).

RESPECTFULLY,
ALTON CHISOLM

*alton Chisolm*

JONAH THE TISHBITE

ANTHONY COOK

*Anthony Cook*

JULY 1, 2024