*File in case*
*2:24-cv-3934-MEF-JBC*
*2*

LAWRENCE L. CRAWFORD AKA
JONAH GABRIEL JAHJAH T. TISHBITE
#300839 DORM F3B. RM. 148
EVANS CORRECTIONAL INST.
610 HWY. 9 WEST
BENNETTSVILLE, S.C. 29512

IN RE: CASE MDL CASE NO. 3116 AND ALL OTHER RELATED CASES GIVING THE COURTS INVOLVED NOTICE OF ADDRESS CHANGE AND UPDATE ON THE STATUS OF MOTIONS SOUGHT PURSUANT TO SUPPLEMENT INFORMATION PURSUANT TO PANEL RULE(S) 6.1(f) AND 6.2(d).

TO: THE MULTI-DISTRICT LITIGATION PANEL COURT AND ALL OTHER COURTS INVOLVED ON RECORD,

PLEASE NOTE THE ABOVE ADDRESS CHANGE FOR THE PETITIONER AND OR PLAINTIFF, LAWRENCE L. CRAWFORD AKA JONAH GABRIEL JAHJAH T. TISHBITE, IS SOUGHT CORRECTED WITHIN ALL COURT RECORDS.

THIS DOCUMENT IS ALSO FILED TO GIVE THE PANEL JUDICIAL NOTICE THAT THE SOUTH CAROLINA DEFENDANTS UNTIL THIS DAY HAS FAILED TO BE IN COMPLIANCE WITH WHAT IS SOUGHT BEFORE THE COURT PURSUANT TO THE SEEKING OF INJUNCTIVE AND OR PROTECTIVE ORDER RELIEF. THEREFORE, NONE OF THE MOTIONS FILED ARE MOOT AND BY THE GRACE OF GOD ARE RIPE FOR ADJUDICATION.

THE PETITIONER ALSO GIVES THE PANEL JUDICIAL NOTICE THAT THE SEEKING OF WAIVING THE REQUIREMENT FOR THE SUBMITTING OF CASE NUMBERS FOR THE PRO PALESTINIAN COLLEGE STUDENT PROTESTORS, THE COP CITY PROTESTORS OF ATLANTA AND HUNTER BIDEN STILL BE WAIVED

1-of-3

DUE TO RIGHTS OF "CAUSE AND PREJUDICE" ENGAGED IN BY THE SOUTH CAROLINA DEFENDANTS STILL REQUIRING THE ISSUING OF SANCTIONS WHICH IS SOUGHT. EVEN THOUGH THE PETITIONER, CRAWFORD, IS NO LONGER ON RHU, "LOCK UP", "SOLITARY CONFINEMENT". NOW THAT THE PETITIONER IS DOWN. HE HAS DISCOVERED THAT HIS WORD PROCESSOR IS INDEED DAMAGED SUCH AS ALL LIDS ARE BROKEN ON THE MACHINE. THE SPACE BAR IS BROKEN ON THE MACHINE WHICH RESULTED FROM THE WEAPONIZED INMATE ASSAULT AND OR ASSASSINATION ATTEMPT UPON THE PETITIONER'S LIFE OCCURRING MAY 15, 2024 PROVING THE THREAT OF IMMINENT DANGER WAS TRUE, CORRECT AND VALID; BUT THANK GOD IT IS STILL FUNCTIONABLE TO ALLOW ME TO PRODUCE DOCUMENTS. ALSO THE SOUTH CAROLINA DEFENDANTS WHETHER UNTENTIONALLY OR PURPOSEFULLY, HAVE LOST THE PETITIONER'S PROPERTY BAG LEAVING HIM WITH ONLY THE UNIFORM ON HIS BACK AND NO UNDERWEAR OR OTHER ESSENTIAL PERSONAL BELONGINGS. THE LEGAL DOCUMENT THAT CONTAINED THE CASE NUMBERS ACCUMULATED FOR THE PRO PALESTINIAN PROTESTORS, THE COP CITY PROTESTORS ARE IN THE PROPERTY BAG THE SOUTH CAROLINA DEFENDANTS CLAIM IS ALLEGEDLY LOST. THE PETITIONER FEELS THIS WAS AN INTENTIONAL ACT OF FURTHER RETALIATION IN VIOLATION OF 42 U.S.C. § 12203(a)(b) OF THE AMERICANS WITH DISABILITIES ACT. THUS THE CLAIM OF "CAUSE AND PREJUDICE" STILL EXIST AND THE MOTION TO WAIVE THE REQUIREMENT FOR SUBMITTING THE RELEVANT CASE NUMBERS IS NOT MOOT WHERE WE STILL SEEK THAT THE PANEL ISSUE A GENERAL ORDER OF TRANSFER PURSUANT TO 1407 TO ALLOW THOSE CASES TO BE HEARD AS TAG ALONG CASES.

THE PETITIONER ALSO GIVES THE PANEL JUDICIAL NOTICE THAT INITIALLY IN REFERRING TO THE HUNTER BIDEN CASE IN DELAWARE. THE PETITIONER MISTAKINGLY REFERRED TO HIM AS "BO BIDEN". THE NAME OF THE DEFENDANT BEFORE THE DELAWARE DISTRICT COURT IN QUESTION WHOSE INDICTMENT IS SOUGHT OF COURSE IS "HUNTER BIDEN" WHERE WE SEEK THAT CASE BE ADDED AS A TAG ALONG CASE AND STILL MOTION THAT THE PANEL ISSUE A GENERAL ORDER OF TAG ALONG CASE FOR THE HUNTER BIDEN CASE BEFORE THE DELAWARE DISTRICT COURT. THE PETITIONER RESPECTFULLY MAKES THIS CORRECTION IN THE COURT RECORD.

THE PETITIONER(S) ALSO GIVE THE PANEL JUDICIAL NOTICE THAT THE PROPERTY, CELL PHONE, CRUTCHES, T.V., DAMAGED WORD PROCESSOR

REPAIR CONCERNS OR THE TAKING TO THE ARTHRITIS KNEE PAIN CENTER IN COLUMBIA, S.C. WHERE THE SOUTH CAROLINA DEFENDANTS DELAYED MEDICAL CARE FOR OVER (5) YEARS IN RETALIATION BECAUSE THE PETITIONER SOUGHT JUDICIAL REVIEW OF THESE MATTERS OR ANY OTHER MATTERS THE PETITIONERS GAVE THE S.C. DEPT. OF CORRECTIONS AND STATE OF SOUTH CAROLINA TO RESOLVED HAVE OF THIS DATE NOT BEEN REMEDIED WHICH INCLUDE THE RELEASING OF THE EVIDENCE OF ACTUAL INNOCENCE THAT IS SOUGHT BEFORE THE PANEL BEFORE ANY SPOLIATION OF THAT EVIDENCE CAN POSSIBLY OCCUR. THUS, THE MOTIONS FILED TO ADDRESS THESE MATTERS ARE NOT MOOT AS WELL. THE PETITIONER(S) THANK THE MULTI-DISTRICT LITIGATION PANEL FOR ITS CONSIDERATION REGARDING THESE MATTERS PRESENTED.

RESPECTFULLY,
JONAH THE TISHBITE

JULY 1, 2024