File in case
2:24-cv-3934-MEF-JBC
2

LAWRENCE L. CRAWFORD AKA
JONAH GABRIEL JAHJAH T. TISHBITE
#300839 DORM F3B. RM. 148
EVANS CORRECTIONAL INST.
610 HWY. 9 WEST
BENNETTSVILLE, S.C. 29512

## "REASONS WHY ORAL ARGUMENT SHOULD BE HEARD"

TO: THE MULTI-DISTRICT LITIGATION PANEL COURT ET. AL.,

ORAL ARGUMENT SHOULD BE HEARD IN THIS CASE FOR THE FOLLOWING REASONS:

(1) THIS CASE DEALS WITH EXTRAORDINARY CIRCUMSTANCES, TO SAY THE LEAST, WHERE THE CASE DEALS WITH THE ISSUE OF WHETHER OR NOT THE RIGHT TO LEGALLY MARRY AND EVEN THE LAWS PRESENTLY UTILIZED BY ALL GLOBAL NATIONS IS THE INTELLECTUAL PROPERTY OF THE SOLE CORPORATION AND FOREIGN SOVEREIGN CROWN GIVEN TO THE GLOBAL NATIONS AS A **"GRANT"** THAT HAVE CLEAR RESTRICTIONS THAT WERE UNDENIABLY VIOLATED BY THE DEFENDANTS LISTED IN THESE MULTI-DISTRICT LITIGATION CASES. BY HEARING ORAL ARGUMENT ON THIS ISSUE IT WOULD SAVE ANY POTENTIAL FUTURE COURT SUBJECT TO TRANSFER TIME IN ADDRESSING THE ISSUE(S) PRESENTED EFFECTING THE EXPEDIENT RESOLUTION THAT WOULD ALLOW THE FUTURE COURT TO MOVE FORWARD IN A MORE EFFECTIVE MANNER.

(2) THE ISSUE OF DETERMINING WHO KRISTY KHOL AND PAUL GUNTER ARE WHO MADE A "BACK DOOR" APPEARANCE AND FAILED TO PLEAD SUBJECTING THEM TO FORFEITURE, WAIVER AND DEFAULT WITHIN THE CRAWFORD STATE CASES RELIED UPON AND WHETHER THE STATE OF SOUTH CAROLINA, THE S.C. DEPT. OF CORRECTIONS ARE IN DEFAULT FOR FAILURE TO APPEAR IN THE SCHEDULE NOVEMBER 2020 HEARING IN THE S.C. STATE COURT MAKING ALL CLAIMS PRESENTED BY THE PETITIONER(S) TRUE AND CORRECT IS CRUCIAL TO THESE PROCEEDINGS WHICH IN FUNDAMENTAL FAIRNESS TO THE PETITIONERS CAN BE RESOLVED RIGHT BEFORE THE PANEL WHICH WOULD INDISPUTABLE AID ANY OTHER

SUBSEQUENT PROCEEDING WITHIN ANY POTENTIAL COURT THE PANEL WOULD SEEK TO TRANSFER TO ALLOWING THOSE PROCEEDINGS TO MOVE FORWARD IN A MORE EXPEDIENT AND EFFECTIVE MANNER ERADICATING ANY POTENTIAL DELAY THAT WOULD RISE REGARDING THIS ISSUE THAT WOULD EASILY BE SETTLED BY ALLOWING ORAL ARGUMENT REQUIRING THE SOUTH CAROLINA DEFENDANTS TO RESPOND ON THE RECORD NOW BEFORE THIS COURT.

(3) THE ISSUE OF SANCTIONS, INJUNCTIVE AND PROTECTIVE ORDER RELIEF, IN FUNDAMENTAL FAIRNESS TO THE PETITIONERS, SHOULD BE GIVEN OPPORTUNITY FOR ORAL ARGUMENT WHERE THESE CASES WERE HELD IN LIMBO SINCE 2006, EVEN CONSPIRED BLOCKED FROM THE S.C. DISTRICT COURT IN FRAUD AND OBSTRUCTION, AND THE NEED TO PROTECT AND SECURE EVIDENCE OF ACTUAL INNOCENCE AS IS ARGUED BEFORE THE PANEL TO PREVENT POTENTIAL SPOLIATION AND WHERE THE PETITIONER, CRAWFORD, UNTIL THIS VERY DAY HAS BEEN DENIED AND OR DELAYED ESSENTIAL MEDICAL TREATMENT FOR OVER (5) YEARS NOW BEING PLACED IN SEVERE PAIN AND DISCOMFORT IN EGREGIOUS ACTS OF RETALIATION IN VIOLATION OF 42 U.S.C. § 12203(a)(b) OF ADA, DUE TO HE AND THE INMATES BRINGING THIS ACTION BEFORE THE COURTS, INCLUDING BEING SUBJECT TO PROPERTY LOSS WHERE ALL THESE MATTERS WERE WAIVED AND FORFEITED BY THE SOUTH CAROLINA DEFENDANT BEFORE THE MDL PANEL COURT IN D.C. ON MAY 3, 2024 WHICH ALSO PRODUCED NUMEROUS PHYSICAL ASSAULTS AND OR ASSASSINATION ATTEMPTS UPON THE PETITIONER(S) LIFE, PAST AND PRESENT, ALSO DUE TO THIS CASE DEALING WITH ADDRESSING THE ISSUE OF DAMAGES FOR SLAVERY UNDER 28 U.S.C. § 1602-1612 ET. SEQ. WITH ALL RIGHTS, TITLES, PRIVILEGES AND IMMUNITIES THAT AFRICAN AMERICANS OF THIS NATION WERE DEFRAUDED RECEIVING SINCE THIS NATION'S FOUNDING WHICH IS ALSO THE IMPETUS FOR THE REPEATED PHYSICAL ASSAULTS PERPETRATED UPON THE FOREIGN SOVEREIGN FIDUCIARY HEIR, KING'S PERSON.

THIS IS IN RE: THE LAWRENCE L. CRAWFORD LITIGATION CASES MDL. CASE NO. 3116.

RESPECTFULLY,
JONAH THE TISHBITE

JULY 1, 2024

2-of-2