*file in case 2:24cv3934 MEF-JBC*

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
Room 120 William H. Natcher U.S. Courthouse
241 East Main Street
Bowling Green, KY 42101-2175

OFFICIAL BUSINESS

NASHVILLE TN 370
18 APR 2024 PM 4 L

Hasler
04/18/2024
US POSTAGE $000.64⁰

ZIP 42101
011E10670078

Lawrence L. Crawford 300839
K.C.I.
HD-134
4848 Gold Mine Hwy.
Kershaw, SC 29067
3:24-cv-246-CRS DN 3 w/form



RECEIVED
APR 22 2024
KERSHAW CI
MAIL ROOM

**LEGAL MAIL**

29067-813699

USDC KYWD - Notice Of Deficiency (Rev. 1/09)

# United States District Court
# Western District of Kentucky
# at Louisville

## NOTICE OF DEFICIENCY

| | |
|---|---|
| **TO:** | Lawrence L. Crawford, Alton Chisolm and Anthony Cook |
| **CASE #:** | 3:24-cv-246-CRS |
| **STYLE OF CASE:** | Crawford et al v. McKinley et al |
| **DOCUMENT TITLE:** | Complaint |
| **DATE:** | 4/18/2024 |
| **BY:** | D. Whitney/*DEPUTY CLERK* |

*Please be advised that the recent filing of the above cited document with the Clerk's Office is deficient as indicated below:*

**FILING FEE OR APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES.** You must either pay the filing fee or file a fully completed Application to Proceed Without Prepayment of Fees and Affidavit. *(See 28 U.S.C. § 1915.)* Form Attached hereto.

**PRISON TRUST ACCOUNT STATEMENT.** You must file a certified copy of your jail/prison trust account statement for the six (6) month period preceding filing of the application to proceed without prepayment of fees. *(See 28 U.S.C. § 1915(a)(2))*

**OR**

$ 405.00 **FILING FEE.** To be paid in full.

YOU ARE GRANTED <u>30 DAYS</u> FROM THIS DATE TO REMEDY THE DEFICIENCY OR DEFICIENCIES IDENTIFIED ABOVE. <u>FAILURE TO COMPLY WITHIN 30 DAYS, WITHOUT GOOD CAUSE SHOWN, WILL RESULT IN THIS MATTER BEING BROUGHT TO THE ATTENTION OF THE COURT</u>

OFFICE OF THE CL
UNITED STATES DISTRIC
106 Gene Snyder U.S. Cour.
601 W. Broadway
Louisville, KY 40202-2249

**OFFICIAL BUSINESS**

Hasler
06/13/2024
US POSTAGE $01.39⁰



ZIP 40202
011D11644694

Evans 3B0148 C4E-50

RECEIVED
JUN 17 2024
KERSHAW CI
MAIL ROOM

3:24-cv-00246-CRS DN 9/IFP App
Lawrence L. Crawford, 300839
K.C.I.
HD-134
4848 Gold Mine Hwy.
Kershaw, SC 29067

3B0117

File in case MEF-JBC

N morcie

JUN 28 A.M.

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
CIVIL ACTION NO. 3:24-CV-P246-CRS

**LAWRENCE L. CRAWFORD**                                                                     **PLAINTIFF**
**A/K/A JONAH GABRIEL JAHJAH T.**
**TISHBITE** *et al.*

v.

**SENIOR JUDGE JOSEPH H. MCKINLEY, JR.** *et al.*           **DEFENDANTS**

### MEMORANDUM AND ORDER

      This action was filed by three Plaintiffs – Lawrence L. Crawford, a/k/a Jonah Gabriel JahJah T. Tishbite, Alton Chisolm, and Anthony Cook. Crawford and Cook are prisoners at Kershaw Correctional Institution in South Carolina, and Chisolm is not a prisoner. As Defendants, they name the Honorable Senior Judge Joseph H. McKinley, Jr., the United States Congress and Senate, the Pope and Catholic Archdiocese of Kentucky, the Attorneys General for Kentucky and South Carolina, and others.

      This matter is before the Court upon two pending motions. Crawford and Chisolm filed a motion "for waiver and or in the alternative to expand the scope and for inclusion" (DN 5). They refer to an attached application to proceed without prepayment of fees filed by Chisolm, which was docketed as a separate docket entry (DN 6). They move for "waiver of sending the 6 month financial statement in for this case due to these cases being multi-district litigation and there is state interference in obtaining additional copy of the recent financial statement that is now filed under Case 24-cv-659-PD in the Philadelphia District Court a multi-district litigation case . . . ." They state that "there is no need to be redundant as it pertains to this filing since the proper filing in forma pauperis documents filed under the Philadelphia District Court case are the same as needed for the Kentucky District Court case."

On Chisolm's non-prisoner application to proceed without prepayment of fees, where the form requests financial information, Chisolm states, "See 6 month financial statement filed under Case No. 24-cv-659-PD in Philadelphia court multi-district litigation case." The application provides none of the financial information requested.

When a prisoner files an application to proceed without prepayment of fees, he must file a certified copy of his prison trust account statement for the six months immediately preceding the filing of the complaint. However, Chisolm is not a prisoner, and his application to proceed without prepayment of fees was filed on the non-prisoner form. Therefore, it is unclear what "6 month financial statement" Chisolm is referring to. Moreover, the Court cannot waive any requirements for proceeding without the prepayment of fees because a plaintiff has met the requirements in another case in another court. Further, while Crawford and Chisolm suggest that this case is part of a multi-district litigation panel, it is not; this is a standalone case. For these reasons,

**IT IS ORDERED** that the motion "for waiver and or in the alternative to expand the scope and for inclusion" and application to proceed without prepayment of fees (DNs 5 and 6) are **DENIED**.

In addition, neither Crawford nor Cook filed prisoner applications to proceed without prepayment of fees or paid any portion of the filing fee. In the case of multiple plaintiffs initiating an action together, the Sixth Circuit directs that each plaintiff pays a proportionate share of the filing fee. *Talley-Bey v. Knebl*, 168 F.3d 884 (6th Cir. 1999). Therefore, if all three Plaintiffs proceed with this action jointly, each Plaintiff would be responsible for payment of one-third of the $405 filing fee, or $135. Thus,

2

**IT IS FURTHER OREDERED** that **each Plaintiff shall either pay their $135 portion of the filing fee <u>or</u> file an application to proceed without prepayment of fees** within **30 days** from the entry date of this Order. **Crawford and Cook shall also file a certified copy of their prison trust account statements** for the six months immediately preceding the filing of this action.

Should any Plaintiff wish to pay his portion of the filing fee, checks shall be made payable to **Clerk, U.S. District Court** and mailed to the following address: Office of the Clerk, United States District Court, Western District of Kentucky, 601 West Broadway, Ste. 106, Louisville, KY 40202-2249.

The **Clerk of Court is DIRECTED** to send Crawford and Cook a prisoner application to proceed without prepayment of fees and affidavit form and to send Chisolm a non-prisoner application to proceed without prepayment of fees and affidavit form with the instant civil action number affixed to the caption of each.

<u>**Plaintiffs are each WARNED that failure to comply with this Order in the time allotted will result in his dismissal from this action**</u>.

Date: June 11, 2024

Charles R. Simpson III, Senior Judge
United States District Court

cc: Plaintiffs, *pro se*
4411.010

SOUTH CAROLINA DEPARTMENT OF CORRECTIONS
Division of Inmate Services

## AGREEMENT TO DEBIT E.H. COOPER ACCOUNT

| Inmate's Name: LAWRENCE L. CRAWFORD | SCDC #: 300839 | Housing Unit: HD-134 | Date: 3/6/24 |
|---|---|---|---|

### GENERAL MATERIAL

** Inmate must have the funds in his/her account to pay for the materials.

To be completed by SCDC staff:

| Item | Amount | Cost |
|---|---|---|
| Envelope | | |
| Pen | | |
| Paper | | |
| Postage | | |
| Tape | | |
| Box | | |
| Electronic Repair | | |
| Other | | |
| | Sub-Total: | |

*File in case 2:24-CW-3934-MMEF-JBC*

### LEGAL MATERIAL

** Inmate is not required to have the funds in his/her account to pay for the materials; however, his/her account must be debited for all materials s/he elects to receive.

To be completed by SCDC staff:

| Item | Amount | Cost |
|---|---|---|
| Envelope | | |
| Pen | | |
| Paper | | |
| Postage | 2 | 10.56 |
| Other | | |
| | Sub-Total: | 10.56 |

KENTUCKY TYPED VACATE DOCUMENT →
To Key & Other

### PHOTOCOPIES

** Inmate may be required to have funds in his/her account. See SCDC Procedure GA-01.03(OP), "Inmate Access to the Courts," to determine if inmate may receive copies with/without funds.

To be completed by SCDC staff:

| Item | Amount | Cost |
|---|---|---|
| Photocopies | | |
| | | 10.56 TOTAL |

Inmate's Signature _____

Mailroom/Canteen Signature (Request filled by) _____

Date: 3/06/24

White - Inmate
Canary - Mailroom/Canteen Employee

SCDC Form 10-14 (November 1998)

## SOUTH CAROLINA DEPARTMENT OF CORRECTIONS
Division of Inmate Services

### AGREEMENT TO DEBIT E.H. COOPER ACCOUNT

| Inmate's Name: | SCDC #: | Housing Unit: | Date: |
|---|---|---|---|
| LAWRENCE L. CRAWFORD | 300839 | HD-134 | 5/2/24 |

### GENERAL MATERIAL

** Inmate must have the funds in his/her account to pay for the materials.

To be completed by SCDC staff:

| Item | Amount | | Cost |
|---|---|---|---|
| Envelope | | | |
| Pen | | | |
| Paper | | | |
| Postage | | | |
| Tape | | | |
| Box | | | |
| Electronic Repair | | | |
| Other | | | |
| | | Sub-Total: | |

### LEGAL MATERIAL

** Inmate is not required to have the funds in his/her account to pay for the materials; however, his/her account must be debited for all materials s/he elects to receive.

To be completed by SCDC staff:

| Item | Amount | | Cost |
|---|---|---|---|
| Envelope | | | |
| Pen | | | |
| Paper | | | |
| Postage | 3 | | 1926 |
| Other | | | |
| | | Sub-Total: | 192 |

ATTONEY DERESTEIN AND 6 MONTH STATEMENT TO KENTUCKY DISTRICT CT.

### PHOTOCOPIES

** Inmate may be required to have funds in his/her account. See SCDC Procedure GA-01.03(OP), "Inmate Access to the Courts," to determine if inmate may receive copies with/without funds.

To be completed by SCDC staff:

| Item | Amount | | Cost |
|---|---|---|---|
| Photocopies | | | |
| | | | 192 |
| | | | **TOTAL** |

Inmate's Signature

Mailroom/Canteen Signature (Request filled by)

Date: 5/3/24

White - Inmate
Canary - Mailroom/Canteen Employee

SCDC Form 10-14 (November 1998)