Lawrence C Crawford
#300839 Dorm F3B Rm 14B
Evans Correctional Inst.
610 Hwy 9 West
Bennettsville, SC 29512



Phil

US District Court
of New Jersey
MLKJ. US Courthouse
50 Walnut Street
Newark, NJ 07102