**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| Lynae Lisa Crawford,<br><br>　　　*Plaintiff*,<br><br>　v.<br><br>Kipp Charter School, et al.,<br><br>　　　*Defendants*. | No. 24-cv-3934(MEF)(AME)<br><br>**ORDER** |

The Court has granted the Plaintiff's request to proceed in forma pauperis under 28 U.S.C. § 1915. This case is subject to screening by the Court. See 28 U.S.C. §§ 1915(e)(2), 1915A.

The Court must dismiss such an action if it is "frivolous." 28 U.S.C. 1915(e)(2)(B). To decide, the Court applies the same standard of review as on a motion to dismiss. See Schreane v. Seana, 506 F. App'x 120, 122 (3d Cir. 2012).

In the original Complaint, filed on March 18, 2024, the Plaintiff alleges that her son, who is disabled, was subject to "verbal, emotional, and mental abuse" from a teacher employed by the Defendant-school. See Complaint at 3-4. The Complaint does not specify a cause of action, but requests compensation for the child's "emotional set back." Complaint at 4.

However, the Plaintiff, in conjunction with a new co-Plaintiff, appears to have submitted an Amended Complaint on August 27, 2024. See Amended Complaint at 210.

The Amended Complaint includes a variety of claims that are entirely unrelated to the allegations against the Defendants in the original Complaint. The new document appears largely, if not entirely, frivolous.

It also violates Rule 8(a)(2) of the Federal Rules of Civil Procedure, which directs that a pleading should contain "a short and plain statement of the claim showing that the pleader is entitled to relief."

The Court directs that on or before October 30, 2024, the Plaintiff, Lynae Lisa Crawford, will inform the Court whether she intends to rely on the Amended Complaint or on her originally submitted Complaint.

The Clerk of Court is directed to mail a copy of this order to the Plaintiff by regular mail.

IT IS on this 25th day of September, 2024, so **ORDERED**.

_____
Michael E. Farbiarz, U.S.D.J.

2