UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| Lynae Lisa Crawford,<br><br>   *Plaintiff*,<br><br>v.<br><br>Kipp Charter School, et al.,<br><br>   *Defendants*. | No. 24-cv-03934(MEF)(AME)<br><br>ORDER |

In an Order issued on September 30, 2024, ECF 5, the Court directed the Plaintiff to inform the Court whether she intended to rely on her originally submitted Complaint, or on the Amended Complaint filed in this case, by October 30, 2024.

That deadline has passed, and the Plaintiff has not timely indicated which of the two complaints she means to move forward with.

The Amended Complaint contains numerous claims that appear frivolous and entirely unrelated to the allegations in the Plaintiff's original Complaint.

In light of the above, this case will now be administratively terminated. Should the Plaintiff wish to re-initiate this case, she may do so by (1) informing the Court, in writing, which of the complaints she intends to rely on, at which point the Court will move forward in screening the case, or (2) paying the various court fees required of civil litigants who are not proceeding in forma pauperis.

The Clerk of Court is directed to mail a copy of this order to the Plaintiff by regular mail.

IT IS on this 12th day of November, 2024, so ORDERED.

                Michael E. Farbiarz, U.S.D.J.