LAWRENCE L. CRAWFORD AKA
JONAH GABRIEL JAHJAH T. TISHBITE
#300839 F3B. RM. 148
EVANS C.I. 610 HWY. 9 WEST
BENNETTSVILLE, S.C. 29512

U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

2025 JAN 29  A 11: 20

IN RE: CASE(S) 2:24-cv-03934-MEF-JBC FILING SUPPLEMENT TO PREVIOUSLY FILED MOTION TO VACATE THE ORDER AND CONSOLIDATE WITHIN THE RELATED CASES. THIS IS ALSO TO GIVE COURT NOTICE OF SEEKING STAY AND 28 U.S.C. § 1404(a) TRANSFER AND FILING ADDITIONAL EVIDENCE OF THE EXTRA TERRITORIAL CONSPIRACY INVOLVING THESE CASES.


TO: THE NEW JERSEY DISTRICT COURT,

A COPY OF THE ATTACHED DOCUMENT IS TO BE FILED WITHIN THE CASE CAPTIONED ABOVE FOR THE PURPOSE OF SUBMITTING ADDITIONAL EVIDENCE OF THE EXTRA TERRITORIAL CONSPIRACY ARGUED, SEEKING TO VACATE ANY RELEVANT ORDER AND CONSOLIDATE THE RELEVANT CASES RELATED TO THIS CASE AND SEEKING A STAY PENDING SEEKING INJUNCTIVE RELIEF FROM THE OHIO DISTRICT COURT AND 6TH. CIRCUIT AND POTENTIAL 28 U.S.C. § 1404(a) TRANSFER. WE WANT THE COURT TO ANSWER ON THE COURT RECORD ALL LEGAL QUESTIONS AND ISSUES PRESENTED. PLEASE FILE THE PLEADING IN THE CASE(S) CAPTIONED ABOVE. WE THANK YOU IN ADVANCE,


RESPECTFULLY,
JONAH THE TISHBITE


JANUARY 7, 2025

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA ET. AL.,

LAWRENCE L. CRAWFORD AKA )
JONAH GABRIEL JAHJAH T. )     C/A 9:21-cv-02526-BHH;
TISHBITE; JEREMIAH MACKEY JR. )     9:24-cv-04460-BHH-MCH
ET. AL. )     ET. AL.,
)
PLAINTIFF(S) )
)
)
)
)
)
)
Vs. )
)
)
)
OFFICER ATKINSON; THE UNITED )     AFFIDAVIT OF SERVICE
STATES; THE (50) STATES )
ATTORNEY GENERALS; S.C.D.C. )
ET. AL., )
)
DEFENDANT(S) )
)
)
)
)
)
)
)

*FILE IN CASE*
*2:24-cv-03934-MEF-JBC*

WE, ALTON CHISOLM, LAWRENCE L. CRAWFORD AKA JONAH GABRIEL
JAHJAH T. TISHBITE, DO HEREBY CERTIFY, THAT WE HAVE MAILED AND OR
SERVED A COPY OF AN AFFIDAVIT OF FACTS GIVING JUDICIAL NOTICE;
MOTION TO VACATE THE ORDER ISSUED IN CASE 9:21-cv-02526-BHH FILED

1-of-35

DECEMBER 5, 2024 FOR FRAUD UPON THE COURT, DUE PROCESS VIOLATION, CONSPIRACY, OBSTRUCTION OF JUSTICE, VIOLATIONS OF 18 U.S.C. § 1001 AND UNCONSTITUTIONAL ACTION; MOTION TO CHALLENGE THE S.C. DISTRICT COURT'S JURISDICTION TO ISSUE IT; MOTION TO RENEW THE MOTION FOR RECONSIDERATION AND CONSOLIDATION WITH BOTH CASES CAPTIONED; MOTION TO SUBMIT ADDITIONAL EVIDENCE OF EXTRA TERRITORIAL CONSPIRACY; MOTION TO RENEW THE MOTION(S) FOR RECUSAL; MOTION TO STAY ALL RELATED CASES DUE TO SEEKING 28 U.S.C. § 1404(a) TRANSFER AND MOTION TO MOTION THEREFOR, ON THE 6TH. CIRCUIT COURT OF APPEALS, THE OHIO, KENTUCKY, GEORGIA, NEW JERSEY, SOUTH CAROLINA, PHILADELPHIA DISTRICT COURTS AND ALL INVOLVED PARTIES, BY U.S. MAIL POSTAGE PREPAID, BY DEPOSITING IT IN THE INSTITUTION MAILBOX ON JANUARY 7, 2025. IT IS DEEMED FILED ON THAT DATE, <u>HOUSTON v. LACK,</u> 287 U.S. 266, 273-76, 108 S.Ct. 2379(U.S.1988).

RESPECTFULLY,
ALTON CHISOLM

JONAH THE TISHBITE

JANUARY 7, 2025

2-of-35

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA ET. AL.,

LAWRENCE L. CRAWFORD AKA )
JONAH GABRIEL JAHJAH T. )  C/A 9:21-cv-02526-BHH;
TISHBITE; JEREMIAH MACKEY JR. )      9:24-cv-04460-BHH-MCH
ET. AL. )      ET. AL.,
)
PLAINTIFF(S) )
)    AFFIDAVIT OF FACTS GIVING
)    JUDICIAL NOTICE; MOTION TO
)    VACATE THE ORDER ISSUED IN
)    CASE 9:21-cv-02526-BHH FILED
)    DECEMBER 5, 2024 FOR FRAUD
)    UPON THE COURT, DUE PROCESS
Vs. )    VIOLATION, CONSPIRACY, OB-
)    STRUCTION OF JUSTICE,VIOLA-
)    TIONS OF 18 U.S.C. § 1001 AND
)    UNCONSTITUTIONAL ACTION;
OFFICER ATKINSON; THE UNITED )    MOTION TO CHALLENGE THE S.C.
STATES; THE (50) STATES )    DISTRICT COURT'S JURISDICTION
ATTORNEY GENERALS; S.C.D.C. )    TO ISSUE IT; MOTION TO RENEW
ET. AL., )    THE MOTION FOR RECONSIDERA-
)    TION AND CONSOLIDATION WITH
DEFENDANT(S) )    BOTH CASES CAPTIONED; MOTION
)    TO SUBMIT ADDITIONAL EVIDENCE
)    OF EXTRA TERRITORIAL CON-
)    SPIRACY; MOTION TO RENEW THE
)    MOTION(S) FOR RECUSAL; MOTION
)    TO STAY ALL RELATED DISTRICT
)    COURT CASES DUE TO SEEKING
)    28 U.S.C. § 1404(a) TRANSFER
)    AND MOTION TO MOTION THEREFOR

THE PLAINTIFF(S) GIVE THE COURT AND ALL PARTIES JUDICIAL NOTICE.
THIS IS THE TYPED VERSION OF THE HANDWRITTEN (44) PAGE DOCUMENT
DATED DECEMBER 22, 2024 THAT IS FILED BEFORE THE S.C. DISTRICT
COURT UNDER CASE(S) 9:21-cv-02526-BHH AND 9:24-cv-04460-BHH-MCH.

3-of-35

ALL CLAIMS, ISSUES AND DEFENSES ARGUED WITHIN THIS DOCUMENT ARE NOW ALSO ARGUED UNDER CASE(S) 2:23-cv-02962, 3017-JLG-CHG (IN OHIO DISTRICT COURT); 3:24-cv-00028-JHM AND 3:24-cv-000246-CRS (IN KENTUCKY DISTRICT COURT); 1:23-cv-03424-TWT (IN GEORGIA DISTRICT COURT); 2:24-cv-03934-MEF-JBC (IN THE NEW JERSEY DISTRICT COURT); 24-cv-0659 (IN THE PHILADELPHIA DISTRICT COURT ALSO FOR THE PURPOSE OF SEEKING STAY OF THOSE CASES DUE TO THE SEEKING OF 1404(a) TRANSFER BEFORE THE 6TH. CIRCUIT COURT OF APPEALS DUE TO THE FRAUD AND CONSPIRACY IN THE DENYING OF THE 1407 TRANSFER.

> TO: THE 6TH. CIRCUIT COURT OF APPEALS,
>     THE OHIO DISTRICT COURT,
>     THE KENTUCKY DISTRICT COURT,
>     THE GEORGIA DISTRICT COURT,
>     THE NEW JERSEY DISTRICT COURT,
>     THE PHILADELPHIA DISTRICT COURT ET. AL.,

BY THE EVIDENCE SUBMITTED AND FILED BEFORE THE MULTI-DISTRICT LITIGATION PANEL UNDER CASE 3116, THE OHIO, SOUTH CAROLINA, GEORGIA, KENTUCKY AND NEW JERSEY DISTRICT COURTS AND ALL INVOLVED PARTIES, SUCH IS MORE THAN SUFFICIENT EVIDENCE WHICH IS ESTABLISHED ALSO BY THE E.H. COOPER TRUST INSTITUTION DEBIT FORMS, THAT PROVE THAT CASE 9:24-cv-04660-BHH-MCH WAS BY SPOLIATION, MAIL TAMPERING AND OBSTRUCTION OF JUSTICE, BLOCKED AND OR DELAYED FILING AS WELL AS THE AMENDED COMPLAINT FILED UNDER CASE 2:24-cv-03934-MEF-JBC WITHIN THE NEW JERSEY DISTRICT COURT, WORKING WITH THE MULTI-DISTRICT LITIGATION PANEL JUDGES TO IN EGREGIOUS ACTS OF FRAUD UPON THE COURT, VIOLATIONS OF THEIR OATHS OF OFFICE TO UPHOLD THE U.S. CONSTITUTION, AND VIOLATIONS OF 18 U.S.C. § 1001 TO PREVENT THE 1407 TRANSFER TO THE NEW JERSEY DISTRICT COURT IN AN EXTRA TERRITORIAL CONSPIRACY WHICH HAS BEEN GOING ON SINCE 2006 IN ONE FORM OR THE OTHER. THE CLAIM OF MAIL TAMPERING IS NOT A SINGLE INCIDENT INVOLVING THESE DEFENDANTS WHICH WAS IMPLICATED AND ARGUED BY PREVIOUSLY FILED §

4-of-35

1983 ACTIONS RELATED TO THESE MATTERS. SUCH JURISDICTIONAL FACTS WOULD SERVE TO VALIDATE AND SUPPORT THE CLAIM OF THE EXTRA TERRITORIAL CONSPIRACY INVOLVING THE VARIOUS JUDGES AND OR COURTS GOING ON FOR OVER 18+ YEARS WHERE THE STATE OF OHIO PARTIES ARE ALSO CLEARLY INVOLVED IN THE CLAIMS MADE BEFORE ALL COURTS. ONCE THE OHIO DISTRICT COURT DENIED THE SEEKING OF INJUNCTIVE RELIEF, COPY OF THAT DOCUMENT SERVED UPON ALL COURTS INVOLVED, THIS WOULD GIVE THE 6TH. CIRCUIT COURT OF APPEALS JURISDICTION TO ENTERTAIN THE REQUEST FOR INJUNCTIVE RELIEF AND OTHER RELATED RELIEF PURSUANT TO 28 U.S.C. § 1291(a)(1) WHERE THE OHIO DISTRICT COURT PARTICIPATED IN THE EFFORTS TO SUPPORT, AID, ABET AND CONSPIRE WITH THEM IN THE OBSTRUCTIVE, DISCRIMINATORY AND RETALIATORY BEHAVIOR VACATED THE ORIGINAL OHIO COMPLAINT TO PREVENT SERVICE ON THE UNITED STATES, THE (50) STATES ATTORNEY GENERALS CONTAINED THEREIN AND THE OTHER (193) MEMBER STATES OF THE UNITED NATIONS AND VARIOUS DEFENDANTS. BY THIS FRAUD UPON THE COURT LEVIED AT THE MACHINERY OF THE COURT ITSELF, SUCH UNCONSTITUTIONAL ACTIONS SERVES TO VIOLATE THEIR OATHS OF OFFICE TO UPHOLD THE U.S. CONSTITUTION PURSUANT TO 5 U.S.C. §§ 3333, 3331, 7311, PRODUCING SAID UNCONSTITUTIONAL ACTION VOIDING THEIR JURISDICTION UNDER BOTH THE STATUTORY AND CONSTITUTIONAL ELEMENTS TO SUBJECT MATTER JURISDICTION ALSO DUE TO THE FACT THAT THE OHIO DISTRICT COURT DENIED THE SOUGHT INJUNCTIVE RELIEF PERMITTING THE PLAINTIFF(S)/ APPELLANT(S) TO INVOKE THE PROVISIONS OF 28 U.S.C. § 1291(a)(1). EXTRA TERRITORIAL JURISDICTION AND THE OHIO LONG ARM STATUTES ARE INVOKED PERMITTING THE 6TH. CIRCUIT COURT OF APPEALS TO ADDRESS ALL MATTERS AS THEY RELATE TO THE FRAUD AND CONSPIRACY.

THIS IS ALSO COMPOUNDED BY THE FACT THAT THE SOUTH CAROLINA DEFENDANTS, S.C.D.C., CONSPIRING WITH THE VARIOUS PARTIES ACROSS MULTIPLE STATE AND FEDERAL JURISDICTIONS WITH THE PARTIES INVOLVED, DENIED, HINDERED, OBSTRUCTED AND IMPEDED THE GIVING OF NEEDED LEGAL COPIES IN VIOLATION OF 28 U.S.C. § 1343 AND 42 U.S.C. § 1985(2) AND (3) BEHIND RELIGIOUS AND RACIAL HATRED AT VARIOUS STAGES AS AN ACT OF MACHINATION TO THWART JUST AND FAIR JUDICIAL REVIEW, BY THE LIFE LONG DISABILITY TO THE PLAINTIFF, CRAWFORD'S, HANDS. THE AMERICANS WITH DISABILITIES ACT

REQUIRED THE STATE PRISON(S) TO ACCOMMODATE THAT DISABILITY AND
ENSURE THAT THE NEEDED LEGAL COPIES WERE TIMELY AND PROPERLY MADE
TO ACCESS THE COURTS AND PLACE THE CASES IN PROPER FORM WITHOUT
HINDERANCE OR OBSTRUCTION. THE S.C. DEFENDANTS TO AID THE VARIOUS
COURT INVOLVED IN THIS EXTRA TERRITORIAL CONSPIRACY ENGAGED IN
WEAPONIZED INMATE ASSAULTS AND OR ASSASSINATION ATTEMPTS UPON THE
PLAINTIFF, CRAWFORD, DOCUMENTED BY VIDEO, TAPES, THAT CAN BE
OBTAINED BY DISCOVERY, OF THE PHYSICAL INJURIES THAT RESULTED
FROM THE ATTACK(S) INITIATED TO DETER AND PREVENT REVIEW OF THE
SEEKING OF REPARATIONS UNDER THE F.S.I.A., THE POTENTIAL REVERSAL
OF SAME SEX MARRIAGE AND THE LEGAL ISSUES OF RELIGIOUS PROPHESY
ARGUED UNDER CASE 2023TRD112393 IN THE FRANKLIN COUNTY MUNICIPAL
COURT OF OHIO, ALSO NOW ARGUED UNDER CASE 24-CR-6029 PENDING IN
THE FRANKLIN COUNTY MUNICIPAL COURT THAT IS PETITIONED REMOVED TO
THE OHIO DISTRICT COURT UNDER CASE 2:23-cv-02962-JLG-CHG FROM
OBTAINING JUST AND FAIR REVIEW DEMONSTRATING THEIR ILL, NEFARIOUS
INTENT AND ESTABLISH EXTRA TERRITORIAL CONSPIRACY AND ARTICLE III
§ 2 JURISDICTION IN THAT THE LEGAL ISSUES OF CONCERN DO INDEED
APPLY TO THE STATE OF NEW JERSEY, OHIO AND ALL (50) STATES WHICH
IS WHY THE OHIO, PANEL, NEW JERSEY AND OTHER INVOLVED DEFENDANTS
CONSPIRED TO PREVENT AND THWART THE 1407 TRANSFER AS WELL AS JUST
AND FAIR REVIEW WARRANTING THEIR RECUSAL AND DISQUALIFICATION.
THE LEGAL ISSUE INVOLVING THE RIGHT TO LEGALLY MARRY GIVEN AS A
"GRANT" TO YOUR GLOBAL NATIONS AND AS THE "PROPERTY"
(INTELLECTUAL OR OTHERWISE) OF THE SOLE CORPORATION AND FOREIGN
SOVEREIGN CROWN, THE ISSUE OF REPARATIONS FOR THE TRANS-ATLANTIC
SLAVE TRADE AND THE (50) STATES USE OF THE 1996 CLINTON BILL WITH
ITS PLRA, AEDPA, 3 STRIKE ETC. PROVISIONS ALSO IMPLICATE ARTICLE
III § 2 JURISDICTION AND OR FEDERAL COURT ORIGINAL JURISDICTION,
WHICH IS COMPOUNDED BY THE EXTRA TERRITORIAL CONSPIRACY THAT
MANIFEST ITSELF WHERE THE S.C. DEFENDANTS AND OTHER PARTIES
ACTIONS WERE AIMED AT THE FORUM STATE OF OHIO TO CAUSE A
DETRIMENTAL EFFECT WITHIN THE FORUM STATE OF OHIO AND ALL OTHER
(50) STATES. THE JURISDICTION OF THE 6TH. CIRCUIT COURT OF
APPEALS IS ALSO ESTABLISHED DUE TO THE DENIAL OF INJUNCTIVE
RELIEF, 28 U.S.C. § 1292(a)(1); <u>IN RE: FAIRFIELD SENTRY</u>
<u>LIMITED,</u>--B.R.--, 2024 WL 4765300 (S.D.N.Y.2024); <u>SONTERRA</u>

CAPITAL MASTER FUND LTD. v. COREDIT SUISSES GROUP A.G., 277 F.Supp.3d. 521 (S.D.N.Y.2017); U.S. v. BOWMAN, 260 U.S. 94, 43 S.Ct. 39, 67 L.Ed. 149(U.S.1922); CHEVEZ v. CARRANZA, 559 F.3d. 486(6th.Cir.2009); VERMILYA-BROCON CO. v. CONNELL, 335 U.S. 377 (U.S.1948); COMPUSERV., INC. v. PATTERSON, 89 F.3d. 1257(6th.Cir.1996); CONN v. ZAKHARAL, 667 F.3d. 705(6th.Cir.2012); 28 U.S.C. § 1404(a).

INSOMUCH, THE PLAINTIFF(S) MOVE TO VACATE THE ORDER FILED BEFORE THE GEORGIA DISTRICT COURT ON DECEMBER 2, 2024, THE ORDER ISSUED BY THE S.C. DISTRICT COURT UNDER CASE 9:21-cv-02526-BHH, THE KENTUCKY DISTRICT COURT ORDER UNDER 3:24-cv-00028-JHM, THE OHIO DISTRICT COURT'S ORDER(S) UNDER CASE 2:23-cv-02962-JLG-CHG AND 2:23-cv-3017 VACATING THE ORIGINAL COMPLAINT AND MOTION TO CONSOLIDATE THE CASES IN QUESTION WITHIN THEIR RESPECTIVE COURTS, FOR FRAUD UPON THE COURT, DUE PROCESS VIOLATION, EXTRA TERRITORIAL CONSPIRACY, OBSTRUCTION OF JUSTICE, VIOLATIONS OF 18 U.S.C. § 1001 CONCEALING MATERIAL FACTS AND PERVERTING GOVERNMENT FUNCTIONS AND UNCONSTITUTIONAL ACTION CHALLENGING THE COURTS INVOLVE JURISDICTION TO ISSUE THEM UNDER THE CONSTITUTIONAL ELEMENT TO SUBJECT MATTER JURISDICTION. WE MOTION TO CONSOLIDATE BOTH CASE(S) 9:21-cv-02526-BHH AND 9:24-cv-04660-BHH-MCH IN THE S.C. DISTRICT COURT, CASE(S) 9:23-cv-02962 AND 9:23-cv-3017 IN THE OHIO DISTRICT COURT AND CASE(S) 3:24-cv-00028 AND 3:24-cv-000246-CRS IN THE KENTUCKY DISTRICT COURT AND SEEK THAT ALL CASES INVOLVED, INCLUDING THE GEORGIA DISTRICT COURT CASE BE TRANSFERRED TO THE STATE OF NEW JERSEY DISTRICT COURT PURSUANT TO 28 U.S.C. § 1404(a) BY THE 6TH. CIRCUIT COURT OF APPEALS DUE TO THE EXTRA TERRITORIAL CONSPIRACY, OBSTRUCTION AND FRAUD INVOLVING THESE MATTERS AS ARGUED; WITH IT ORDERED THAT JUDGE JACQUELYN AUSTIN PRESIDE OVER THESE MATTERS WITH HER EXPENSES PAID BY THE U.S. GOVERNMENT IN FULL TO DO SO, AND THE ORIGINAL COMPLAINT FILED UNDER CASE 2:23-cv-02962 BE REINSTATED AND ISSUANCE OF SERVICE OCCUR TO ALLOW THE DEFENDANTS TO RESPOND. IT WAS HIGHLY INAPPROPRIATE IMPLICATING THE FRAUD UPON THE COURT FOR JUDGE GENTRY TO VACATE THE COMPLAINT CLAIMING IT WAS INCOMPREHENSIBLE WHEN SHE ISSUED A LENGTHY ORDER HIGHLIGHTING VARIOUS ASPECTS

WHICH COULD NOT HAVE BEEN DONE UNLESS SHE DID INDEED COMPREHEND THE COMPLAINT AND THE VACATING WAS NOT REQUIRED UNDER THE CIRCUMSTANCES AND WHERE SUCH A PLEADING WAS PLACED BEFORE THE OHIO FRANKLIN COUNTY MUNICIPAL COURT AND WAS SO COMPREHENSIBLE THAT THE OHIO STATE COURT VACATED AND OR DISMISSED THE CHARGES AGAINST JEREMIAH MACKEY JR. INVOLVING THE INTERVENOR, CRAWFORD, IN THAT CASE. THIS SERVE TO PROVE THE FRAUDULENT INTENT BY JUDGE GENTRY REQUIRING HER RECUSAL AND DISQUALIFICATION. THESE ARE THE TERMS OF THE "FOREIGN SOVEREIGN" PLAINTIFF(S) WHICH IS JURISDICTIONAL IN NATURE. BY NO MEANS IS THIS PLEADING OR ACTION TO BE CONSTRUED AS AN APPEAL OF A DENIAL OF THE 1407 TRANSFER. BUT THAT DENIAL OF 1407 TRANSFER DO NOT PRECLUDE THE PLAINTIFFS ARGUING THE MATTER FOR THE PURPOSE OF SEEKING THAT THE 6TH. CIRCUIT COURT OF APPEALS TRANSFER THE CASES UNDER 28 U.S.C. § 1404(a) AND DUE TO FRAUD UPON THE COURT UNDER THE INDEPENDENT ACTION RULE, CONSPIRACY AND OBSTRUCTION THAT PRODUCED THAT RULING ESTABLISHED BY THE CONDITIONS OF THE EXTRA TERRITORIAL CONSPIRACY THAT STILL EXIST. THESE ARE THE TERMS OF THE FOREIGN SOVEREIGN(S), SEMINOLE TRIBE OF FLORIDA v. FLORIDA, 517 U.S. 44, 116 S.Ct. 114(U.S.1996); McMELLON v. UNITED STATES, 387 F.3d. 329(4th.Cir.2004); ALDEN v. MAINE, 527 U.S. 706, 119 S.Ct. 2240, 144 L.Ed.2d. 636(U.S.199); McGUNINNESS v. U.S. I.R.S., 90 F.3d. 143(6th.Cir.1996); REYNOLDS v. UNITED STATES, 2024 WL 3925945 (N.D.OHIO.2024); KOTTEAKOS v. U.S., 328 U.S. 750, 66 S.Ct. 1239, 90 L.Ed. 1557(U.S.1946); SEALTON v. U.S., 332 U.S. 575, 68 S.Ct. 237(U.S.1948).

INASMUCH, THE DENIAL OF 1407 TRANSFER IS NOT APPEALABLE. BUT THE CONSPIRACY TO DEFRAUD OF THAT TRANSFER? THIS WOULD NOT PRECLUDE THE PLAINTIFFS/ APPELLANTS FROM RAISING THE CLAIM, EVEN UNDER THE INDEPENDENT ACTION RULE FOR FRAUD UPON THE COURT, BEFORE THE 6TH. OR EVEN 11TH. CIRCUIT COURT OF APPEALS SINCE THE OVERT ACTS OF THE CONSPIRACY MAY BE ARGUED AS A SUBSTANTIVE CONSTITUTIONAL DUE PROCESS VIOLATION SINCE THE ACT OF DENYING THE 1407 TRANSFER AND FRAUD THAT PRODUCED IT ARE DISTINCT FROM THE ACT ITSELF, UNITED STATES v. BAYER, 331 U.S. 532, 67 S.Ct. 1394(U.S.1947); 28 U.S.C. § 1404(a) WHERE THIS TRANSFER IS ALSO

SOUGHT IN THE INTEREST OF JUSTICE AND WHERE SUCH IS DONE ALSO SEEKING DECLARATORY JUDGMENT. PURSUANT TO 28 U.S.C. §§ 2201, 2202. ANY COURT OF THE UNITED STATES, UPON THE FILING OF AN APPROPRIATE PLEADING, MAY DECLARE THE RIGHTS AND OTHER RELATIONS OF AN INTERESTED PARTY SEEKING SUCH DECLARATION, WHETHER OR NOT FURTHER RELIEF IS OR COULD BE SOUGHT... THIS IS COMPOUNDED BY THE FACT THAT THE OHIO DISTRICT COURT DENYIED THE SEEKING OF PRELIMINARY INJUNCTION AND IS IMMEDIATELY APPEALABLE. SUCH APPEAL IS SOUGHT, MEDLMMUNE, INC. v. GENENTECH, INC., 549 U.S. 118; CHRISTIAN HEALTH CARE CENTERS, INC. v. NESSEL,--F.4TH.--, 2024 WL 4249251 (6th.Cir.2024); PURNELL v. CITY OF AKRON, 925 F.2d. 941(6th.Cir.1991); STRINGFELLOW v. CONCERNED NEIGHBORS IN ACTION, 480 U.S. 370, 107 S.Ct. 1177(U.S.1987); ZEEB HOLDINGS, LLC. v. JOHNSON, 338 F.R.D. 373 (N.D.OHIO.2021); SPARKS v. FITZHUGH, 2023 WL 3611462 * 3+ N.D.Ohio..

THE 6TH. CIRCUIT COURT OF APPEALS OR 11TH. CIRCUIT COURT OF APPEALS FOR THAT MATTER, BY THE CIRCUMSTANCES PRESENTED, MAY IN THE APPROPRIATE CIRCUMSTANCES EXERCISE ITS PLENARY JURISDICTION TO ADDRESS THE OTHER QUESTIONS IN THE ORDERS AND ACTIONS INVOLVED IN THIS EXTRA TERRITORIAL CONSPIRACY AND THE SEEKING OF 28 U.S.C. § 1404(a) TRANSFER AND IN THE INTEREST OF JUSTICE TO REMEDY THE CONSPIRACY, FRAUD AND OBSTRUCTION AND TO PERMIT THESE CASES TO MOVE FORWARD IN A MORE EFFICIENT AND EXPEDIENT MANNER, RUSSELL v. MEESE, 848 F.2d. 193(6th.Cir.1980); ALEXANDER v. AERO LODGE NO. 735, 565 F.2d. 1364, 1370 (6th.Cir.1977) CERT. DENIED 436 U.S. 946 (U.S.1978).

NOW LET'S STRIP THESE CORRUPT, COMPROMISED, INAPPROPRIATELY INFLUENCED, MANY OF THEM UNDER COVER KU KLUX KLANSMEN JUDGES OF THE SOUTH IN THESE JUDGES CONSPIRING UNDER COLOR OF LAW AND OR AUTHORITY TO PROTECT THEIR EMPLOYER, THE UNITED STATES, FROM SUIT NAKED. THE PLAINTIFF(S) WANT THE VARIOUS ATTORNEYS WITHIN THE FEARLESS GRANT CASES TO BEAR WITNESS TO THE EVIDENCE OF FRAUD UPON THE COURT, CONSPIRACY AND OBSTRUCTION OF JUSTICE THAT INDISPUTABLY MANIFEST ITSELF INVOLVING THIS LITIGATION. ALL PARTIES GET YOUR "GOOGLE FINGERS" READY BECAUSE

THESE FACTS ARE EASILY OBTAINABLE AT THE CLICK OF A BUTTON. SOME OF THESE FUNDAMENTAL PRINCIPLES OF LAW AND FACT SHOULD ALREADY BE KNOWN TO THE ATTORNEYS AND JUDGES INVOLVED. AN ANSWER TO THE CONTRARY OF THE FACTS PRESENTED WOULD AIM IN PROVING THE ABUSE OF DISCRETION, OBSTRUCTION, CONSPIRACY AND FRAUD UPON THE COURT INVOLVING THESE JUDGES WITHIN THIS EXTRA TERRITORIAL CONSPIRACY GOING ON FOR OVER 18+ YEARS DEMONSTRATING THAT NO SUCH STIPULATIONS BY THESE "WHITE NATIONALIST DEVILS" PLACED UPON MY PEOPLE SHOULD HAVE EVER BEEN ACCEPTED WHEN THAT CASE WAS SUPPOSE TO HAVE BEEN DECIDED IN YOUR FAVOR "OUTRIGHT" WITHOUT THE IMPOSING OF ANY SUCH STIPULATIONS.

QUESTIONS OF LAW: ARE THE CLAIMS OF "GRANT", "SOLE CORPORATION", "PROPERTY RIGHTS" BASELESS AND OR MERITLESS?" THE TERM "MERITLESS" IS DEFINED AS A CLAIM THAT LACKS A SUFFICIENT LEGAL OR FACTUAL BASES TO JUSTIFY A FAVORABLE JUDGMENT. A LEGAL CASE IS CONSIDERED TO HAVE MERIT IF IT HAS SUBSTANCE, IS PLAUSIBLE, AND IS BASED IN LEGALITY. THE TERM "LEGALITY" IS DEFINED AS TO HAVE AN ATTACHMENT TO LAW (ie. RELIGIOUS LAWS OF THE 3 MONOTHEISTIC RELIGIONS, THE 1st. AMENDMENT FREE EXERCISE CLAUSE, ARTICLE 1 § 10 OF THE CONTRACT CLAUSE, STATE AND FEDERAL PROBATE LAW, GRANTS AND DUE PROCESS). BASELESS IS DEFINED AS SOMETHING THAT IS NOT "TRUE", CANNOT BE PROVEN, OR IS NOT SUPPORTED BY THE FACTS WHICH INCLUDE SOMETHING UNFOUNDED. THE RELIGIOUS PROPHESIES OF THE 3 MONTHEISTIC MAINSTREAM RELIGIONS STATE THAT THIS MAN, THIS FORERUNNER TO GOD'S CHRIST, WOULD NOT ONLY APPEAR AT A TIME IN EARTH'S HISTORY WHEN ISRAEL IS DESTROYING GAZA, PALESTINE, AND WHEN THERE IS THE OCCURRENCE OF BOTH A LUNAR AND SOLAR ECLIPSE DURING THE MONTH OF RAMADAN, WHERE BOTH THESE SUBSTANTIAL RELIGIOUS EVIDENCE, PROPHESIES AND FACTS HAVE INDISPUTABLY OCCURRED. THE PROPHESIES ALSO STATE THAT THIS MAN WOULD BE A "COCKATRICE", A LARGE, STOCKY, IMPERTINENT, ACRIMONIOUS, BELLIGERENT, FIERY SPIRITED, OPERATING UNDER 7 TIMES THE SPIRIT OF ELIJAH PERSON (ISAIAH 14:29-32; MALACHI 3:1-3; ISAIAH 11-1-5). THE PROPHESIES STATE THAT HE WOULD BE A "BROWN COMPLEXION" MAN WITH A HIGH, BROAD FOREHEAD, THAT HE WOULD BE SLIGHTLY "BOW LEGGED", THAT HE WOULD BE FROM THE NORTH, ei JERSEY CITY, NEW JERSEY, THAT HE WOULD COME OUT OF PRISON (THE SERPENT'S

ROOT ALSO CONFIRMED BY ISLAM THAT STATE HE WOULD COME OUT OF EXILE) SEE ISAIAH 14:29-32, THAT HE WOULD BE BETRAYED, DESTROYED, BY MEMBERS OF HIS OWN HOUSEHOLD (THEY THAT FEED A PORTION OF HIS MEAT [DANIEL 11:26]), THAT HE WOULD PRODUCE 2 CHILDREN IN THE SOUTH (ei. SOUTH CAROLINA, THE DAUGHTER OF THE SOUTH AND KING OF THE SOUTH WHERE DANIEL CHAPTER 11 SAYS THE KING OF THE SOUTH WOULD BE ONE OF HIS PRINCES, HIS SON). THIS DEMONSTRATE THAT THE 2 WITNESS FORETOLD IN CHAPTER 11 ARE FATHER AND SON, CONFIRMED BY ISAIAH 14:29-32 STATING "THE MESSENGERS" OF THE NATION. MARK 9:12 STATE "ELIJAH MUST SUFFER MANY THINGS" WHERE INDEED CRAWFORD HAS SUFFERED MANY THINGS TO INCLUDE HAVING DECADES OF MY LIFE STOLEN BEHIND A LIE, THE LOSS OF HIS FAMILY AND WORLD WHICH IS ALSO CONFIRMED BY ISLAM. IT INDICATED THAT THIS PERSON WOULD BE BOTH KING AND HIGH PRIEST AND WOULD BE CHRISTIAN, MUSLIM AND JEW COMBINED SEEN IN EZEKIEL 37:16-28 THE PARABLE OF THE 2 STICKS; ISAIAH 11:1-5; ZECHARIAH 6:12-13; DANIEL 11:43 THAT THE LIBYANS(MUSLIMS) AND ETHIOPIANS(AFRICAN JEWS CONNECTED TO THE THRONE OF ISRAEL) SHALL BE AT HIS STEPS (SUPPORTING HIM). THEY STATE THAT AS A SIGN OF WHO HE IS, GOD WOULD INSPIRE HIM IN THE NIGHT BY DREAMS AND VISIONS AND INSPIRE HIM WITH "THE LEGAL ISSUES OF RELIGIOUS PROPHESY" AS A "CALLING CARD" TO PROVE HE IS WHO HE CLAIMS TO BE THAT WOULD CAUSE THE PRISON DOORS TO OPEN AND HE WOULD PROCLAIM A DAY OF LIBERTY FOR THE CAPTIVES (ISAIAH 61:1-3), FURTHER IMPLICATING THE ISRAELI CITIZENS TAKEN BY HAMAS. THE ONLY WAY THE COURTS CAN PROVE THESE PARTICULAR CLAIMS ARE FALSE IS TO RELEASE THAT DNA EVIDENCE OF ACTUAL INNOCENCE SOUGHT BY PRELIMINARY INJUNCTION AND RULE ON THE LEGAL ISSUES OF RELIGIOUS PROPHESY THAT ARE SEEN IN THE STATES OF OHIO, SOUTH CAROLINA AND NEW JERSEY. PROVE THAT THE CRIMINAL INDICTMENTS AROUND THE NATION DO NOT POSSESS THE CONSTITUTIONAL STRUCTURAL ERROR WHICH VOID THEM DUE TO THEY TAKING AWAY THE PRESUMPTION OF INNOCENCE BY THEIR LANGUAGE CONTAINED THEREIN, SHIFTING THE BURDEN OF PERSUASION TO THE DEFENDANT. IF YOU CAN KILL THE INDICTMENT, YOU KILL THE CAPTIVITY. THIS IS A SIMPLE CONCEPT OF CRIMINAL LAW. THE PROPHESIES STATE THAT THIS MAN, AFTER COMING OUT OF PRISON WOULD BE LED TO THE MIDDLE EAST, LED TO THE ARK OF THE COVENANT, REBUILD THE TEMPLE IN JERUSALEM AND ASCEND THE

THRONE OF HIS FOREFATHER KING DAVID WHERE GOD, BY THE DAVIDIC COVENANT PROMISED HIM HE WOULD NOT FAIL TO HAVE A SON OF HIS BODY TO SIT UPON HIS THRONE IN ISRAEL WHICH IS CONFIRMED BY ISLAM THAT THE CENTER OF HIS RULE WOULD BE JERUSALEM AND HE WOULD ALSO BE THE 12TH. AND FINAL OF THEIR RIGHTLY GUIDED KHALIFAHS OF ISLAM SUPPORTING THE PARABLE OF THE 2 STICKS IN THE BOOK OF EZEKIEL. CHRIST SAID THERE WOULD BE NO SIGN GIVEN TO YOU OTHER THAN THE SIGN OF THE "PROPHET JONAH". CRAWFORD IS THAT PROPHET, KING AND HIGH PRIEST JONAH (CHRIST APPEARING TO HIM IN A DREAM GIVING HIM THIS NAME) WHICH IS CONFIRMED BY ISLAM THAT SAID CRAWFORD WOULD BE INSPIRED IN THE NIGHT AND BE NAMED AFTER A PROPHET BECAUSE HE RESEMBLED HIM IN BEHAVIOR BUT NOT IN LOOKS. THIS APPLIES TO CRAWFORD WHICH CAN BE VERIFIED BY HIS FORMER FAMILY MEMBERS THAT GOD CAME TO HIM IN A NIGHT VISION AND LIKE JONAH WAS TOLD TO GO TO NINEVEH, CRAWFORD IN 2001 WAS TOLD TO RETURN HOME TO THE NORTH TO INFORM THEM OF A GREAT EVIL WAS ABOUT TO COME, 9/11, SEEN IN ISAIAH 30:25 (IN THE DAY OF GREAT SLAUGHTER WHEN THE TOWERS FALL) BUT CRAWFORD DISOBEYED LEADING TO HIS CAPTIVITY, THIS BELLY OF THE WHALE EXPERIENCE, AS PUNISHMENT, DEMONSTRATING CRAWFORD IS NAMED AFTER A PROPHET BECAUSE HE RESEMBLES HIM IN BEHAVIOR BUT NOT IN LOOKS. THUS, THOUGH EXTRAORDINARY, AS RELIGIOUS PROPHESY GENERALLY IS, IT IS ASTRONOMICALLY IMPOSSIBLE FOR ALL THESE WIDELY CONTRASTING VARIABLES REGARDING RELIGIOUS PROPHESY OF THE 3 MONOTHEISTIC RELIGIONS TO EXIST IN THE LIFE OF ONE MAN AND HE NOT BE THAT MAN WHO IS FORETOLD BY PROPHESY TO COME TO USHER IN THE FINAL CHAPTER OF EARTH'S HISTORY BEFORE CHRIST RETURN. DID YOUR GOING STRAIGHT TO THE HELLFIRE, BLASPHEMYING THE ONE TRUE GOD GLOBAL NATIONS ACTUALLY BELIEVE THAT THE ONE TRUE GOD DOES NOT EXIST, THAT HE IS NOT REAL? DID YOU THINK THAT THE HOLY BOOKS OF THE 3 TRUE MONOTHEISTIC RELIGIONS AND THEIR PROPHETS WERE A LIE? THEREFORE, ANY CLAIM BY THESE CONSPIRING UNDER COLOR OF LAW AND OR AUTHORITY JUDGES THAT THE CLAIM(S) ARE BASELESS OR WITHOUT MERIT, WOULD INDEED BE BASELESS AND WITHOUT MERIT ON THE PART OF THESE CONSPIRING JUDGES MAKING EVERY EFFORT TO PROTECT THE UNITED STATES GOVERNMENT AND OTHER 193 MEMBER STATES OF THE UNITED NATIONS FROM SUIT FOR REPARATIONS AND THE REVERSAL OF SAME SEX MARRIAGES THAT EXIST WITHIN THE RELEVANT NATIONS.

IS THE TERM "GRANT" AS IT IS UTILIZED WITHIN THIS LITIGATION SOMETHING THAT LACKS A SUFFICIENT LEGAL BASES, LACKS SUBSTANCE, LACKS ATTACHMENT TO LAW? IS A "GRANT" ATTACHED TO LEGALITY AND POSSESS UNDER CERTAIN ASPECTS A "FIDUCIARY DUTY?" IS A "GRANT" A FORM OF "CONTRACT" IF IT ORIGINATES FROM A "COVENANT"? CAN A RELIGIOUS COVENANT BE USED TO LEAVE PROPERTY, INTELLECTUAL, IDEA, OR OTHERWISE? IS A COVENANT A TYPE OF "CONTRACT" TO BE PROTECTED UNDER ARTICLE 1 § 10 OF THE U.S. CONSTITUTION? DO THE LEVITICAL PRIESTHOOD HAVE A FIDUCIARY DUTY TO PROTECT THE LAWS OF GOD? ARE THE GLOBAL BELIEVERS OF THE 3 MONOTHEISTIC RELIGIONS CONSIDERED "KINGS, PRIESTS, KHALIFAHS AND IMAMS?" DO A "LAWGIVER OF GOD" (GENUINE PROPHET) WHO COMES LIKE THE PROPHET MOSES, WHO IS GIVEN THE BOOK OF REMEMBRANCE OF MALACHI 3:16, THE RESTORED GOSPEL FORETOLD TO COME BY CHRISTIANITY, HAVE A FIDUCIARY <sub>Duty</sub> TO PROTECT THE TERMS OF GOD'S LAWS, HIS COVENANTS AND THOSE "GRANTS" THAT COME FROM THOSE COVENANTS (SEE DEUTERONOMY 18:15-22)? IS THE DUTY TO PROTECT GOD'S LAWS PLACED ON THE DESCENDANTS OF ABRAHAM BEING THE RESPONSIBILITY OF ALL GLOBAL BELIEVERS OF CHRISTIANS, MUSLIMS AND JEWS THROUGH CHRIST AND MUHAMMAD (PBUT) WHICH ESTABLISH THEM AS A "BENEFICIARY OF THIS SACRED TRUST" BY ALL 3 RELIGIOUS COVENANTS OF MONOTHEISM, THAT ISLAM ALSO CALLS "ALMANAH"? DO THE LAWS OF THE ABRAHAMIC COVENANT BELONG TO ISRAEL AS THE DESCENDANTS? DO ISLAM CONFIRM THE TWO OTHER RELIGIONS THAT CAME BEFORE IT? IS THE MOSAIC COVENANT THE SOURCE OF THE LAWS OF THE LEVITICAL PRIESTHOOD? DO THE LAWS OF THE LEVITICAL PRIESTHOOD EMBODY THE LAWS OF MOSES AND MOSAIC COVENANT GIVING THEM A TYPE OF FIDUCIARY DUTY TO PROTECT THE LAWS, COVENANTS, GRANTS OF THE ONE TRUE GOD WHICH IS CONFIRMED BY ISLAM? CAN A SOLE CORPORATION APPLY TO PRIESTS AND KINGS? ARE THE 3 TYPES OF LEVITICAL LAW MORAL, CIVIL AND CEREMONIAL LAWS, MORAL LAWS AND OR CODES THAT THIS AND ALL GLOBAL NATIONS UTILIZE WITHIN YOUR LEGAL SYSTEMS THAT ARE GIVEN TO YOU AS A "GRANT?" IF THE LAWS OF THE LEVITICAL PRIESTHOOD ARE INDISPUTABLY "GOD'S PROPERTY", CAN HE, THE ONE TRUE GOD, LEAVE THAT PROPERTY TO HIS ANOINTED AND APPOINTED KINGS AND PRIEST VIA A COVENANT? GOOGLE THESE QUESTIONS. THE PLAINTIFFS ARE CERTAIN

THAT ALL OF YOU ARE IN POSSESSION OF A CELL PHONE. THE ANSWER TO THESE LEGAL QUESTIONS IS EMPHATICALLY "YES" DEMONSTRATING THE CLAIMS ARE NOT "BASELESS OR MERITLESS" AND ANY CLAIM BY THE COURT TO THE CONTRARY WOULD ESTABLISH ABUSE OF DISCRETION, FRAUD UPON THE COURT, CONSPIRACY, VIOLATIONS OF 18 U.S.C. § 1001 CONCEALING MATERIAL FACTS AND OBSTRUCTION OF JUSTICE BEHIND RELIGIOUS AND RACIAL HATRED AND IN VIOLATION OF THE CIVIL RIGHTS ACT. IS THE CONTEXT OF THE ABRAHAMIC COVENANT, NOT GIVING THE PROPHET ABRAHAM SPECIFIC LAWS BUT INSTEAD PROMISING THAT "THROUGH HIM ALL FAMILIES OF THE EARTH WOULD BE BLESSED" CONSIDERED A "GRANT?" GOOGLE THESE QUESTIONS. THE ANSWER IS "YES". IT SIGNIFIES A BROAD, UNCONDITIONAL PROMISE OF BLESSINGS TO HUMANITY THROUGH ABRAHAM LINEAGE TO WHICH CRAWFORD IS DIRECT DESCENDANT FOR WHICH THIS "GRANT" POSSESS RESTRICTIONS IN THAT IN ORDER FOR YOUR NATIONS TO USE OUR LAWS YOU MUST BE "JUST AND FAIR" RULING IN THE FEAR OF GOD WHICH BY YOUR FRAUD AND OBSTRUCTION YOU FAILED AT, WHICH YOUR GLOBAL NATIONS CLEARLY VIOLATED GIVING OUR LAWS TO THE "SODOMITES AND GOMMORAHRITES" OF YOUR RELEVANT NATIONS ALSO BY SLAVERY AND JIM CROW PAST LAWS, LAWS LIKE THE 1996 CLINTON BILL THAT DISPROPORTIONATELY TARGET AFRICAN AMERICANS TO THEIR DETRIMENT REQUIRING REPARATIONS. DO SUCH A PERSON HAVE LEGAL STANDING TO BRING LEGAL ACTION FOR VIOLATION OF TERMS OF THE "GRANT" AS THUS SPECIFIED? ALL ONE WOULD HAVE TO DO IS LOOK AT 41 U.S.C. § 501; BELL v. NEW JERSEY, 461 U.S. 773(U.S.1983); 426 F.2d. 118(9th.Cir.1970) AND THE ANSWER WOULD BE "YES". CAN A COVENANT LEGALLY PROTECT AN "IDEA" ie (THE RIGHT TO LEGALLY MARRY WHERE GOD DETERMINED BY THE LAW THAT YOUR NATION USES AS A "GRANT" THAT MARRIAGE IS BETWEEN A "MAN AND WOMAN?" THE ANSWER IS "YES". ALSO SEE DEUT. 17:8-13; 33:10; NUMBERS 27:21. A COVENANT BY AGREEMENT WHICH IS ALSO PERTAINS TO A GRANT WITHIN THAT COVENANT CAN BE USED TO PROTECT AN "IDEA" (MARRIAGE) BY LEGALLY BINDING THE PARTY (YOUR GLOBAL NATIONS RECEIVING THE IDEA IN THE FORM OF THE "GRANT" AND MARRIAGE). TO PROTECT THAT AGREEMENT, ALL ONE WOULD HAVE TO DO IS PROVE THE RESTRICTIONS REGARDING THE "GRANT" COMING FROM THE COVENANT DEMONSTRATING THE TERMS WERE DISCLOSED AS THEY WERE IN THIS CASE WHERE GOD DEFINED MARRIAGE AS BEING BETWEEN "A MAN AND WOMAN", NOT STEVE WITH STEVE OR DEBBIE WITH DEBBIE. YOUR WHITE NATIONALIST AND UNDER COVER KU KLUX

KLANSMEN AND KLAN WOMEN IN OFFICE, IN GOVERNMENT, IN WEALTH AND POSITIONS OF POWER HAVE STIPULATED AND NEGOTIATED MY PEOPLE OUT OF THEIR INALIENABLE RIGHTS GIVEN BY THE ONE TRUE GOD SINCE YOUR EXISTENCE, THAT MY PEOPLE DIED AND SACRIFICE THEIR BEST BLOOD TO ESTABLISH SINCE THE TIME OF SLAVERY, THE RECONSTRUCTION PERIOD OF THIS NATION AND THE JIM CROW LAW ERA AND YOU DEVILS STILL WANT TO MAINTAIN THAT WHITE POWER STRUCTURAL APPARATUS IN DEFIANCE TO "JUSTICE AND FAIRNESS" UNTIL THIS VERY DAY UNTIL YOU ARE STILL KILLING UNARMED AFRICAN AMERICAN MEN, WOMEN AND CHILDREN IN THE STREET, WORKING TO DENY THEM PROPER OPPORTUNITIES FOR EDUCATION, PLACING TOXIC WASTE AND WATER IN POOR NEIGHBORHOODS LIKE FLINT MICHIGAN, RAPING AND PILLAGING THE EARTH UNNATURALLY OF ITS NATURAL RESOURCES, KILLING AFFIRMATIVE ACTION BY THAT BOGUS STUPID RACIST RULING COMING OUT OF THE SUPREME COURT, WATERING DOWN VOTING RIGHTS FOR AFRICAN AMERICANS, THE ATROCITIES, GENOCIDE AND CRIMES AGAINST HUMANITY DONE TO THE PALESTINIANS AND LEBANESE AND OTHER MINORITIES AND ATTACKING IMMIGRANTS WHEN THIS GOING STRAIGHT TO THE HELLFIRE NATION WAS FOUNDED BY IMMIGRANTS IN ACTS THAT DEFY "JUSTICE AND FAIRNESS" IN VIOLATION OF THE TERMS OF THE "GRANT" GIVEN TO YOUR GLOBAL NATIONS BY THE SOLE CORPORATION AND FOREIGN SOVEREIGN CROWN. THE COMMERCIAL, CONTRACT AND STATE SPONSORED TERRORISM PROVISIONS OF THE FOREIGN SOVEREIGN IMMUNITY ACT STRIPS ALL INVOLVED DEFENDANTS OF IMMUNITY WITH THE OTHER PROVISIONS OF LAW ARGUED IN THE SEEKING OF INJUNCTION AGAINST MY HOME STATE OF ISRAEL. THE CLAIMS ARE NOT BASELESS NOR ARE THEY WITHOUT MERIT AS THESE CORRUPT JUDGES TRIED TO MAKE EVERYONE BELIEVE CONSPIRING UNDER COLOR OF LAW AND OR AUTHORITY. ANSWER THE DOGGONE QUESTIONS CORRUPT JUDGES OF THIS NATION!!! THESE LEGAL QUESTIONS MUST BE ANSWERED TO PROPERLY PRESERVE THEM FOR APPELLATE REVIEW.


THE BOOK OF GALATIONS 4:1-7 IN THE BIBLICAL TEXT READS: "NOW I SAY, THAT THE "HEIR", AS LONG AS HE IS A CHILD, DIFFER NOTHING FROM A SERVANT, THOUGH HE BE LORD OF ALL; BUT IS UNDER TUTORS AND GOVERNORS UNTIL THE TIME APPOINTED OF THE FATHER. EVEN SO, WHEN WE WERE CHILDREN, WERE IN BONDAGE UNDER THE ELEMENTS OF THE WORLD: BUT WHEN THE FULLNESS OF THE TIME WAS COME, GOD SENT

FORTH HIS SON (CHRIST), MADE OF WOMAN, MADE UNDER THE LAW (CHRIST IS KING AND HIGH PRIEST AFTER THE ORDER OF MELCHIZEDEK. MARK 9:12 TELLS YOU HOW IT IS WRITTEN OF CHRIST. IT IS WRITTEN OF CRAWFORD, THE ELIJAH, ALSO SEEN IN ZECHAIRIAH 6:12-13. CRAWFORD IS KING AND HIGH PRIEST UPON HIS FORETOLD THRONE BY CONTRACT, BY COVENANT), TO REDEEM THEM (AS HIGH PRIEST OF THE LEVITICAL PRIESTHOOD OF THE ONE TRUE GOD, CRAWFORD REDEEMS HIS PEOPLE GLOBALLY AS DANIEL 2:41-44 FORETELLS), THAT THEY MIGHT RECEIVE THE ADOPTION OF SONS (AND DAUGHTERS). AND BECAUSE YE ARE SONS (AND DAUGHTERS), GOD HAS SET FORTH THE SPIRIT OF HIS SON (CHRIST) INTO YOUR HEARTS (THE HOLY SPIRIT AND ZEAL FOR GOD), CRYING, ABBA (SOVEREIGN), FATHER (THE ONE TRUE GOD IS OUR KING, WITH CHRIST BEING KING UNDER HIM AS "KING OF KINGS" WHICH THE GLOBAL BELIEVERS ARE "KINGS AND PRIESTS". WHEREFORE THOU ART NO MORE A SERVANT, BUT A SON; AND IF A SON, THEN AN HEIR OF GOD THROUGH CHRIST." ROMANS 8:17 READS: "AND IF CHILDREN, THEN HEIRS; HEIRS OF GOD, AND JOINT HEIRS WITH CHRIST; IF SO BE THAT WE SUFFER WITH HIM (THE ELIJAH [CRAWFORD] AS THE FIDUCIARY HEIR HAS SUFFERED MANY THINGS IN CHRIST EVEN BEING FRAMED FOR THE MURDER OF HIS OWN CHILD WHEN IT WAS HER HALF BROTHER'S SEXUAL ASSAULT OF HER THAT KILLED HER AND THESE KLANSMEN DEVILS OF THE SOUTH COVERED IT UP!!!), THAT WE MAY BE ALSO GLORIFIED TOGETHER (WITH CHRIST AND OUR FELLOW SERVANTS OF GOD). ARE YOU CORRUPT JUDGES SAYING THAT THESE BIBLICAL PASSAGE ARE A LIE AND FABRICATION THAT CALLS US HEIRS OF THE ONE TRUE GOD? ARE YOU SAYING THE CLAIM THAT WE AS BELIEVERS ARE NAMED BY THIS COVENANT AS PEOPLE WHO BENEFIT FROM IT ARE NOT "BENEFICIARIES"?, THUS, "BENEFICIARIES OF THE CESTUI QUE TRUST, MEANING PEOPLE WHO BENEFIT FROM THIS TRUST IN GOD GIVEN TO HIS HEIRS OF THE ETERNAL KINGDOM? DON'T EVEN OPEN YOUR CROOKED GOING STRAIGHT TO THE HELLFIRE MOUTHS TO EVEN TRY TO ATTEMPT TO CLAIM "BASELESS OR MERITLESS" IN YOUR FRAUD, CONSPIRACY AND OBSTRUCTION OF JUSTICE BEFORE THE ~~EYE~~ SIGHT OF THE ONE TRUE GOD, VIOLATING THE TERMS OF THE "GRANT" GIVEN TO YOUR GLOBAL NATIONS BY THE SOLE CORPORATION AND FOREIGN SOVEREIGN CROWN. YOUR NATIONS WERE PERMITTED TO MAKE USE OF OUR LAWS GIVEN TO YOU AS A "GRANT" UNDER "COVENANT" ONLY IF YOU ACTED WITH "JUSTICE AND FAIRNESS" WHICH YOU MISERABLY FAILED. THIS ESTABLISH CAUSE AND STANDING TO BRING ACTION TO MAINTAIN THE CONDITIONS OF THE "GRANT" THAT IS UNDER

"COVENANT", AND IF NEEDED RECALL IT, THE USE OF OUR LAWS WITHIN YOUR GLOBAL NATIONS IF YOU FAIL TO REMEDY THESE INJUSTICES, ISSUE THE INJUNCTION TO ESTABLISH THAT EMBARGO AGAINST ISRAEL AND RELEASE THE EVIDENCE OF ACTUAL INNOCENCE IN QUESTION, TO INCLUDE THE REVERSAL OF SAME SEX MARRIAGE, RULING ON THE INDICTMENT ISSUE AND GIVING OF REPARATIONS UNDER THE FOREIGN SOVEREIGN IMMUNITY ACT STATUTES WHICH INCLUDE PROTECTING THOSE FEARLESS AND OTHER GRANTS AS PART OF THAT REPARATIONS. A FIDUCIARY IS DEFINED AS A PERSON ENTRUSTED WITH PROPERTY OR "POWER" (EMPHASIS ADDED) FOR THE BENEFIT OF ANOTHER. THE POWER IS CRAWFORD'S, ESTABLISHED BY MARK 9:12 WHERE HE IS GIVEN THE MANDATE TO "RESTORE ALL THINGS", MALACHI 3:1-3 AS MESSENGER OF THE COVENANT (CONTRACT) CRAWFORD IS COMMANDED TO "PURIFY THE SONS OF LEVI (THE PRIESTS/ BELIEVERS OF THE ONE TRUE GOD)." THE CLAIMS HAVE RELIGIOUS AND LEGAL BASES. THE CLAIMS HAVE RELIGIOUS AND LEGAL MERIT AND CANNOT BE DEEMED AS FRIVOLOUS UNDER THE CIRCUMSTANCES THUS ARTICULATED. THE BLACK MESSIAH, THE FIDUCIARY HEIR, KING, KHALIFAH, IMAM AND NAZARITE HIGH PRIEST OF THE 4 GLOBAL THRONES OF RELIGIOUS PROPHESY OF THE 3 MONOTHEISTIC RELIGIONS HAS COME! BEHOLD, I WILL SEND YOU ELIJAH THE PROPHET BEFORE THE COMING OF THE GREAT AND DREADFUL DAY OF THE LORD (THE GREAT TRIBULATION): AND HE SHALL TURN THE HEARTS OF THE FATHERS TO THE CHILDREN, AND THE HEART OF THE CHILDREN TO THEIR FATHERS, LEST I (GOD) COME AND SMITE THE EARTH WITH A CURSE (MALACHI 4:5-6). PLAY GAMES WITH THESE MATTERS IF YOU WANT TO. GRANT THAT EMBARGO AGAINST MY HOME STATE OF ISRAEL AND RELEASE TO ME THAT EVIDENCE OF ACTUAL INNOCENCE SOUGHT BY INJUNCTION ALSO, BEFORE GOD'S WRATH MANIFEST ITSELF. PROVE ME A LIAR!!! PROVE THAT I AM NOT FRAMED BY RELEASING THAT DNA EVIDENCE HAVING IT TESTED TO MICHAEL LEE, CRAWFORD'S STEPSON. ISSUE THAT INJUNCTION TO ESTABLISH THAT COMMERCE AND ARMS EMBARGO AGAINST MY HOME STATE OF ISRAEL TO STOP THAT ONSLAUGHT, GENOCIDE, AND CRIMES AGAINST HUMANITY KILLING INNOCENT MEN, WOMEN AND CHILDREN. RULE ON THE LEGAL ISSUES OF RELIGIOUS PROPHESY REGARDING YOUR NATION'S INDICTMENTS AND SET THESE PEOPLE FREE AND GIVE THEM ANOTHER OPPORTUNITY TO REPENT BEFORE THE GREAT AND DREADFUL DAY ARRIVES OR GOD'S JUDGMENT SHALL BE UPON YOUR SOULS!!! THE HELLFIRE IS A REAL PLACE AND YOU CORRUPT JUDGES ARE ABOUT TO BUST IT WIDE OPEN. IT SHALL ENLARGE ITSELF TO RECEIVE YOU.

THE PLAINTIFF(S) SEEK THAT THE 6TH. CIRCUIT COURT OF APPEALS AND POTENTIALLY THE 11TH. CIRCUIT COURT OF APPEALS, NOT JUST LOOK AT THE ORDER ISSUED BY THE GEORGIA DISTRICT COURT ON DECEMBER 2, 2024. BUT ALSO LOOK AT THE COMPLAINT WITHIN THE S.C. DISTRICT COURT THAT ESTABLISH CASE 9:21-cv-02526-BHH WHICH SERVE TO DEMONSTRATE THAT THESE DISTRICT COURT JUDGES INVOLVED ARE INAPPROPRIATELY INFLUENCED BY UNDISCLOSED AGENTS OF THE UNITED STATES CONSPIRING UNDER COLOR OF LAW AND OR AUTHORITY IN THIS EXTRA TERRITORIAL CONSPIRACY GOING ON SINCE 2006 TO THWART TRANSFER AND REPARATIONS FROM BEING GIVEN TO THE AFRICAN AMERICANS OF THIS NATION AND TO PREVENT THE POTENTIAL REVERSAL OF SAME SEX MARRIAGES WITHIN THE RELEVANT GLOBAL NATIONS ALSO TO PREVENT THE FATAL INDICTMENT DEFECT ISSUES FROM BEING ARGUED WITHIN THE STATES AROUND THE NATION, INCLUDING WITHIN THE STATES OF GEORGIA, OHIO, PENNSYLVANIA, KENTUCKY AND NEW JERSEY. THE COMPROMISED S.C. DISTRICT COURT JUDGE, CONSPIRING IN THIS EXTRA TERRITORIAL JURISDICTION CONSPIRACY WITH THE OTHER JUDGES SINCE 2006, IN ACTS OF FRAUD UPON THE COURT VIOLATING 18 U.S.C. § 1001, LIKE THE GEORGIA JUDGE IN THE FEARLESS GRANT CASE, MADE A CLAIM OF "FRIVOLOUS FILING?" THE LAW IS CLEAR ON THIS ISSUE CORRUPT JUDGES ACROSS THIS NATION THAT WAS ESTABLISHED SINCE THIS NATION'S FOUNDING. THE "ONLY", "ONLY", "ONLY" TIME THAT IT IS APPROPRIATE TO CALL A SUIT "FRIVOLOUS" IS WHEN A CLAIM LACKS AN ARGUABLE BASES IN LAW OR FACT. THIS IS THE CRITERION AND THE ONLY WAY A CASE OR CLAIM CAN BE DETERMINED AS FRIVOLOUS, WHICH GOES TOWARDS ESTABLISHING INTENT, CONSPIRACY, FRAUD UPON THE COURTS INVOLVED AND OBSTRUCTION OF JUSTICE INVOLVING THESE JUDGES GOING ON IN THIS EXTRA TERRITORIAL CONSPIRACY FOR OVER 18+ YEARS, ALSO SINCE THE RULING IN THE IN RE: AFRICAN AMERICAN SLAVE DESCENDANTS CASE. IT IS AN ABUSE OF DISCRETION AND UTTERLY LEGALLY IMPOSSIBLE FOR THESE KU KLUX KLANSMEN JUDGES OF THE SOUTH TO LOOK AT CASES 9:21-cv-02526-BHH, THE PLEADING BEFORE THE OHIO DISTRICT COURT, BEFORE THE GEORGIA DISTRICT COURT AND CASE 9:24-cv-04660-BHH-MCH AND CLAIM THAT ALL THE ISSUES PRESENTED IN THE CASES ARE "BLANKETLY FRIVOLOUS" WHICH GOES TOWARDS PROVING THE CONSPIRACY AND FRAUD UPON THE COURTS INVOLVING THESE COMPROMISED JUDGES. WHEN THESE CONSPIRING JUDGES MAKE A BLANKET CLAIM OF FRIVOLOUS IN

VIOLATION OF DUE PROCESS LAW. THEIR RULINGS ARE DESIGNED TO CONCEAL THEIR ABUSE OF DISCRETION AND THWART SUBSEQUENT APPEAL BECAUSE ANY SUBSEQUENT RELEVANT APPEALS COURT WOULD NOT BE ABLE TO HIGHLIGHT OR DETERMINE THEIR ABUSE OF DISCRETION IF THE JUDGES INVOLVED DO NOT DESCEND TO PARTICULARS PRODUCING CITING OF LAW AS TO WHAT EXACTLY THEY ARE CALLING FRIVOLOUS AND WHAT WITHIN THE CASES ARE NOT FRIVOLOUS, CONSPIRING UNDER COLOR OF LAW AND OR AUTHORITY TO CONCEAL MATERIAL FACTS IN VIOLATION OF 18 U.S.C. § 1001. THE LAW IS CLEAR. IF THERE WERE BUT ONLY ONE CLAIM THAT IS NOT FRIVOLOUS. IT IS HIGHLY INAPPROPRIATE AND AN ABUSE OF DISCRETION TO MAKE A BLANKET CLAIM OF FRIVOLOUS FILING WHERE SUCH ACTION WOULD ALSO SERVE TO VIOLATE THEIR OATHS OF OFFICE TO UPHOLD THE U.S. CONSTITUTION AND THE TERMS OF THE "GRANT" GIVEN TO YOUR GLOBAL NATIONS BY THE SOLE CORPORATION AND FOREIGN SOVEREIGN CROWN. SO, ARE THE JUDGES ASSERTING THAT THE STATE OF SOUTH CAROLINA HOLDING, SUPPRESSING AND OR DELAYING THE RELEASE OF DNA AND OTHER EVIDENCE OF ACTUAL INNOCENCE BY FILED DNA APPLICATION, FILED SINCE 2020 IN THE KERSHAW COUNTY COURT OF GENERAL SESSIONS, REMOVED TO THE OHIO DISTRICT COURT IN THE ORIGINAL COMPLAINT FROM CASE 2004-GS-28-0385 FOR APPROXIMATELY (5) YEARS AND COUNTING DO NOT VIOLATE DUE PROCESS PRODUCING UNCONSTITUTIONAL ACTION WHICH INVALIDATE THE CRAWFORD CONVICTION ALLOWING HIM TO FILE HABEAS CORPUS UNDER § 1983 ALSO SINCE THE LEGAL ISSUES WERE ADJUDICATED IN THE JEREMIAH MACKEY JR. CASE IN THE STATE OF OHIO? ARE THEY ASSERTING THAT S.C.D.C. SINCE 2015 NOT HAVING WORKING SMOKE DETECTORS, FIRE ALARMS, AND SPRINKLER SYSTEMS RESULTING IN THE PAST FIRE THAT NEARLY KILLED CRAWFORD AND ABOUT (50) OTHER INMATES IS A FRIVOLOUS CLAIM? ARE THEY ASSERTING THAT THE UNJUST DELAY OF PRESCRIBED MEDICAL TREATMENT BY THE S.C. DEPT. OF CORRECTIONS RELATED TO CRAWFORD'S KNEES EXACERBATING HIS CONDITION SUBJECTING HIM TO UNNECESSARY PAIN AND SUFFERING IN RETALIATION BECAUSE HE SOUGHT TO BRING THESE LEGAL CLAIMS BEFORE ALL COURTS INVOLVED DOCUMENTED IN HIS MEDICAL RECORDS IS A FRIVOLOUS CLAIM? ARE THEY ASSERTING THAT S.C.D.C. WEAPONIZING INMATES IN PHYSICAL ASSAULTS AND OR ASSASSINATION ATTEMPTS TO PREVENT OR DETER CRAWFORD FROM BRINGING THESE CAUSES OF ACTION, THAT THESE PHYSICAL INJURIES RECORDED BY VIDEO ARE FRIVOLOUS? ARE THEY ASSERTING THAT S.C.D.C. SUBSTANTIALLY

BURDENING THE FREE EXERCISE OF RELIGIOUS BELIEFS IN THE FORM OF PREVENTING JUMMAH SERVICES AND RELIGIOUS CLASSES, DEPRIVING THE PLAINTIFF OF THE ABILITY TO MAKE ANY OF HIS CONGREGATIONAL PRAYERS, HAVING A CLEAN ROOM FOR SUCH VOID OF DRUGS, ALCOHOL OR PHYSICAL ASSAULTS UPON THEIR PERSON FOR SUCH, RESTRICTING RELIGIOUS OILS AND OBSERVANCE IN VIOLATION OF THE ESTABLISHMENT CLAUSE ESSENTIALLY ESTABLISHING RELIGIOUS ACTS IN THE FORM OF COLORS TO KUFIS OR WEARING THEIR SHIRTS OUTSIDE THEIR PANTS WHEN THEIR POLICY WOULD PERMIT THIS FOR RELIGIOUS REASONS, OR HAVING THEIR FAMILY MEMBERS BE ABLE TO ATTEND THEIR EID CELEBRATIONS AS THEIR RELIGION DICTATES ARE FRIVOLOUS? ARE THEY ASSERTING THAT THE S.C.D.C. DEFENDANTS DENYING AT VARIOUS TIMES LEGAL COPIES IN MACHINATION CONSPIRING WITH THESE VARIOUS JUDGES IN EX PARTE FASHION TO PREVENT CRAWFORD AND PLAINTIFFS FROM PLACING THE CASES IN PROPER FORM WHEN CRAWFORD HAS A LIFE LONG DISABILITY TO HIS HANDS CAUSING PAIN WHEN WRITING IN VIOLATION OF STRICT DOCTOR'S ORDERS, VIOLATING HIS RIGHTS UNDER THE AMERICANS WITH DISABILITIES ACT WHEN ADA APPLIES TO THE STATES PRISONS REQUIRING THAT THEY ACCOMMODATE CRAWFORD'S DISABILITY, BUT IN RETALIATION THEY FAILED AT OVERWHELMING TIMES IS A FRIVOLOUS CLAIM? ARE THEY ASSERTING THAT "ACTS OF GOD" DO NOT EXIST? ARE THEY ASSERTING THAT RELIGIOUS BELIEFS ARE NOT PROTECTED BY THE U.S. CONSTITUTION? ARE THEY ASSERTING THAT MANY OF THE LAWS OF THIS NATION AND THE OTHER GLOBAL NATIONS THAT MAKE UP THEIR MORAL CODES DO NOT COME FROM RELIGIOUS ORIGINS?, THAT WHEN CHURCH AND STATE DIVIDED HISTORICALLY, THE STATE DID NOT TAKE THESE MORAL CODES OF LAW WITH THEM GIVEN AS A "GRANT" THROUGH THE ONE TRUE GOD AND THE PROPHET ABRAHAM? ARE THEY ASSERTING THAT CHRISTIANS, MUSLIMS AND JEWS BY THEIR RELIGIOUS "CONTRACTS", "COVENANTS" ARE NOT "KINGS", "KHALIFAHS", "IMAMS" AND "PRIESTS"? SEE REVELATIONS 1:6-9; 20:6; 1 PETER 2:5-9. ARE THEY ASSERTING THAT KRISTY KHOL AND PAUL GUNTER WHO MADE BACK DOOR APPEARANCE IN THE CRAWFORD STATE CASES RELIED UPON AND WHO FAILED TO PLEAD AS AGENTS OF THE UNITED STATES ARE NOT EMPLOYED BY THE UNITED STATES AND THE S.C. DEFENDANTS CONSPIRED TO CONCEAL THEIR VOLUNTARY APPEARANCE IS A FRIVOLOUS CLAIM? ARE THEY ASSERTING THAT THE RIGHT TO LEGALLY MARRY DO NOT SHOW UP IN THE ONE TRUE GOD'S LAWS BEFORE YOUR

20-of-35

GLOBAL NATIONS WERE FORMED AS SEEN WITHIN THE (3) HOLY BOOKS AND SUNNAH, "CONTRACTS", "COVENANTS" OF MONOTHEISM? ARE THEY ASSERTING THAT THE (50) STATES DO NOT MAKE USE OF AN INDICTMENT ON THE FEDERAL LEVEL, (33) STATES ON THE STATE LEVEL AND THAT FATALLY DEFECTIVE INDICTMENTS IN JUDICIAL PROCESS ARE HARMLESS UNDER THE CONSTITUTIONAL ELEMENT TO SUBJECT MATTER JURISDICTION, THAT THE PRESUMPTION OF INNOCENCE IN CRIMINAL PROCEEDINGS MUST NOT BE MAINTAINED UNTIL A PERSON IS CONVICTED BY A JURY AND THE PLAINTIFFS AND OR INTERVENORS INVOLVED IN THESE CASES ARE NOT ENTITLED TO RELIEF DUE TO THIS UNCONSTITUTIONAL ACTION, WHICH ALSO POTENTIALLY RELATE TO THE COP CITY PROTESTORS IN ATLANTA AND THE PALESTINIAN PROTESTORS WHO WERE HELD CRIMINALLY AROUND THE NATION? ARE THEY ASSERTING THAT THERE ARE NOT TWO ELEMENTS TO SUBJECT MATTER JURISDICTION (STATUTORY AND CONSTITUTIONAL) WHICH CAN VOID A COURT'S POWER TO DECLARE LAW IF VIOLATED? ARE THEY ASSERTING THAT RELIGIOUS PROPHESY IS NOT FULFILLED BY ISRAEL'S CURRENT ATTACK UPON GAZA, PALESTINA, OR THAT THERE WAS NOT BOTH A LUNAR AND SOLAR ECLIPSE OCCURRING THIS PAST RAMADAN, OR THAT CRAWFORD IS NOT A "COCKATRICE", OR THAT HE WAS NOT BORN IN THE NORTHEAST (KING OF THE NORTH), OR THAT HE IS NOT CURRENTLY FALSELY CONVICTED BY THE AID OF HIS FAMILY MEMBERS AND THE STATE OF SOUTH CAROLINA HAS WITHHELD DNA EVIDENCE SINCE 2004 OF ACTUAL INNOCENCE? SEE DANIEL 11:26; ISAIAH 14:29-32. ALSO SEE CHURCH OF HOLY TRINITY v. UNITED STATES, 143 U.S. 457(U.S.1892)(LAWS COMING FROM RELIGIOUS ORIGINS OR CONTRACTS); TRUSTEES OF DARTHMOUTH COLLEGE v. WOODWARD, 17 U.S. 518 (U.S.1819). ARE THEY ASSERTING THAT AFRICAN AMERICANS ARE NOT THE DESCENDANTS OF THE GREATER ETHIOPIAN EMPIRE BEFORE THE WHITE RACIST NATIONS CARVED IT UP IN ACTS OF TERRORISM EVEN AS MENTIONED IN THE BIBLICAL TEXT (37 TIMES) WITH RIGHTS EMERGING FROM THEIR ANCESTRY THAT WERE ESTABLISHED UNDER THE QUEEN OF SHEBA WHO WAS ONE OF THE RECORDED WIVES OF KING SOLOMON OF THE JEWISH THRONE WHO PRODUCED A SON (MENEYLEY I)? ARE THEY ASSERTING THAT AFRICAN AMERICANS ARE NOT ENTITLED TO REPARATIONS FOR SLAVERY AND JIM CROW AND THAT CAUSE AND ARTICLE III STANDING IS NOT ESTABLISHED UNDER THE FOREIGN SOVEREIGN IMMUNITY ACT BY THE LITIGATION PRESENTED? ARE THEY ASSERTING THAT SUBJECT MATTER JURISDICTION AND ARTICLE III

JURISDICTION CAN BE WAIVED AND OR FORFEITED? ARE THEY ASSERTING THAT THESE CASES INVOLVED DO NOT POSSESS COMMON QUESTIONS IN LAW AND FACT WHICH GOES TOWARDS PROVING THE FRAUD AND CONSPIRACY TO THWART 1407 TRANSFER TO THE STATE OF NEW JERSEY DISTRICT COURT?

ARE THEY ASSERTING BY WHAT IS ARGUED IN THE (70) PAGE DOCUMENT DATED OCTOBER 1, 2024 FILED IN THESE CASES AND THIS PLEADING, BY THE LITIGATION CONTAINED THEREIN THAT THERE IS NO "CONTRACT" OR "COVENANT" RELIED UPON HERE AND THAT THE "CONTRACT", "COVENANT" IN QUESTION DID NOT ESTABLISH A PERPETUAL SOLE CORPORATION AND FOREIGN SOVEREIGN CROWN, JUST AS THE VATICAN UTILIZES (A SOVEREIGN STATE FORMALLY RECOGNIZED BY THE UNITED STATES WHO ACKNOWLEDGE THE FORERUNNER OF GOD'S CHRIST), FOUNDED BY THE ONE TRUE GOD, HIS HOLY PROPHETS, KINGS AND EVEN CHRIST AND HIS DISCIPLES? ARE THEY ASSERTING THAT BY THE ARGUMENT AND LITIGATION PRESENTED, SUCH DO NOT ESTABLISH A PERPETUAL "CONTRACT", "COVENANT" WITH DIRECT AND THIRD PARTY OBLIGATION TO PROTECT AND DEFEND ITS TERMS, GRANTS, OBLIGATIONS AND LAWS? ARE THEY ASSERTING THAT RELIGIOUS PROPHESY OF THE (3) MAINSTREAM MONOTHEISTIC RELIGIONS ARE A LIE AND FABRICATION, A DECEPTION UPON THE GLOBAL MASSES OF BELIEVERS OF CHRISTIANITY, JUDAISM AND ISLAM? ARE THEY ASSERTING THAT THE JURISDICTION OF THE COURT IN THE IN RE: AFRICAN AMERICAN SLAVE DESCENDANTS LITIGATION, 304 F.Supp.2d. 1027 (ILL.2004) CASE CANNOT BE CHALLENGED ARGUING AGAINST THAT PRECEDENT WHEN SUBJECT MATTER JURISDICTION AND ARTICLE III JURISDICTION CANNOT BE WAIVED AND OR FORFEITED, CAN BE RAISED AT ANY TIME, EVEN AFTER A FINAL ORDER HAS BEEN ISSUED IN THAT CASE? ARE THEY ASSERTING THAT CRAWFORD AND THE OTHER SOUTH CAROLINA INMATES INVOLVED WHO INTERVENES BEFORE THE OHIO DISTRICT COURT ARE NOT ENTITLED TO RIGHTS OF RES JUDICATA AND OR COLLATERAL ESTOPPEL AS THEY EMERGE FROM THE JEREMIAH MACKEY JR. CASE, CASE 2023TRD112393 OUT OF FRANKIN COUNTY OHIO AND THE CRAWFORD STATE CASES RELIED UPON WHICH INVALIDATE ALL CONVICTIONS INVOLVED EVEN ALLOWING THEM TO FILE FOR HABEAS CORPUS UNDER § 1983? ARE THEY ASSERTING THAT THE STATE SPONSORED TERRORISM PROVISION OF THE FOREIGN SOVEREIGN IMMUNITY ACT DO NOT APPLY RETROACTIVELY TO ALLOW THE ISSUE OF REPARATIONS FOR SLAVERY AND

JIM CROW LAWS TO BE HEARD? ARE THEY ASSERTING THAT THE JUDGE AND COURT IN THE IN RE: AFRICAN AMERICAN SLAVES DESCENDANTS CASE OF 2004 WAS WRONG WHEN HE DETERMINED BY CLEAR EVIDENCE AND ACKNOWLEDGED ON THE COURT RECORD THAT SOME OF THESE SLAVES STOLEN FROM FOREIGN SOIL IN VIOLATION OF THE FOREIGN SOVEREIGN IMMUNITY ACT, WERE TAKEN BY HAPPENSTANCE AS THEY WERE WALKING THROUGH THEIR NEIGHBORHOODS WHEN RES JUDICATA AND COLLATERAL ESTOPPEL ATTACH TO THAT JUDICIAL ASSESSMENT BY THAT COURT? ARE THEY ASSERTING THAT THE DOCUMENTED HISTORICAL RECORD BY THE AUTHOR LERONE BENNETT IN HIS BOOK ENTITLED, "BEFORE THE MAYFLOWER, A HISTORY OF BLACK AMERICA" ISBN NO. 10. 0140178228, THE RENOWN AFRICAN AMERICAN HISTORIAN, WAS INCORRECT WHEN HE DOCUMENTED BY THE HISTORICAL EVIDENCE THAT NOT ONLY REGULAR AFRICAN CITIZENS WERE STOLEN, KIDNAPPED AND BRUTALIZED IN ACTS OF STATE SPONSORED TERRORISM. BUT THEY, THE UNITED STATES AND OTHER INVOLVED NATIONS, ALSO UNWITTINGLY OR NOT, STOLE, KIDNAPPED AND TORTURED THE CHILDREN OF FOREIGN SOVEREIGN AFRICAN KINGS WHO IN THIS INSTANCE HAVE A DIRECT TIE TO THE THRONE OF ISRAEL AND THE ISLAMIC KHALIFATE THROUGH KING SOLOMON AND THE QUEEN OF SHEBA OF ETHIOPIA AND ALI IBN ABU TALIB OF THE ISLAMIC KHALIFATE? ARE THEY ASSERTING THAT BY THE HISTORICAL RECORD AND OR INSCRIPTIONS DATING BACK TO 1495 B.C. INDICATING THAT PEOPLE FROM THE LAND OF "PUNT" CURRENTLY AND FORMERLY KNOWN AS ETHIOPIA OF THE QUEEN OF SHEBA WHO MARRIED KING SOLOMON PRODUCING A SON, MENEYLEK I, THAT OUT OF THE 1.5 MILLION SLAVES EXPORTED FROM THAT REGION ALONE OUT OF THE AKSUMITE EMPIRE (100-940 A.D. DESCENDANTS OF MENEYLEK I), THAT BY THESE RECORDED HISTORICAL FACTS, ITS IMPOSSIBLE TO BELIEVE, THAT IT IS INCONCEIVABLE TO BELIEVE, THAT NO CHILDREN OF FOREIGN SOVEREIGN AFRICAN KINGS WHO POSSESS SUCH TIES TO THE THRONE OF ISRAEL AND ISLAMIC KHALIFATE WERE UNWITTINGLY TAKEN, KIDNAPPED AND TORTURED BY THIS GOING TO HELL NATION, PEOPLE WHO BY CRAWFORD POSSESSING A "SICKLE CELL TRAIT" PRODUCING SCIENTIFIC EVIDENCE THAT HIS ANCESTORS ALSO ARE FROM THE ARABIAN PENINSULA LINKING DIRECTLY TO CRAWFORD; AND THAT YOU CAN LEGALLY NATURALIZE THESE STOLEN CHILDREN OF FOREIGN SOVEREIGN KINGS WHO ARE LINKED TO THE THRONE OF ISRAEL AND THE ISLAMIC KHALIFATE BY THE 14TH. AMENDMENT?

ALL OF RELIGIOUS PROPHESY POINT TO CRAWFORD WHICH INCLUDE HIS CURRENT INCARCERATION BEING BETRAYED BY THEY THAT FEED A PORTION OF HIS MEAT, HIS FORMER FAMILY MEMBERS, AS SEEN IN THE BOOK OF DANIEL 11:26, AS IT PERTAINS TO THE "KING OF THE NORTH." THE HEIR IS THE SAME PERSON AS HIS ANCESTOR UNDER STATE AND FEDERAL PROBATE LAW WHICH IS SUPPORTED BY "CONTRACT", BY "COVENANT" OF THE ONE TRUE GOD AND THE (3) MONOTHEISTIC RELIGIONS RELIED UPON, PROTECTED UNDER THE 1st. AMENDMENT FREE EXERCISE CLAUSE, UNDER ARTICLE 1 § 10 OF THE U.S. CONSTITUTION CORRUPT, KLANSMEN FEDERAL DISTRICT COURT JUDGES WHO ARE INVOLVED IN THESE CASES WHICH ALSO SUPPORT AND BEAR DIRECTLY ON THE CLAIM THAT THIS IS A GENUINE FOREIGN SOVEREIGN IMMUNITY ACT CLAIM. NOT SOME STUPID, FRIVOLOUS, MERITLESS "SOVEREIGN CITIZEN" CLAIM BECAUSE YOU CANNOT LEGALLY NATURALIZE THE CHILDREN STOLEN FROM FOREIGN SOVEREIGN AFRICAN-JEWISH-MUSLIM KINGS AND KHALIFAHS. CRAWFORD'S ANCESTRY AND FAMILY TREE WERE NOT THE DESCENDANTS OF NORMAL AFRICANS. THEY ARE OF ROYAL SOVEREIGN BLOOD. THE 14TH. AMENDMENT AFFIRMS THE ANCIENT RULE OF CITIZENSHIP BY BIRTH WITHIN THE TERRITORY IN THE ALLEGIANCE WITH (CRAWFORD RENOUNCED HIS AMERICAN CITIZENSHIP AND ADOPTED THE CITIZENSHIP OF HIS FOREFATHERS KINGS DAVID AND SOLOMON OF ISRAEL. CRAWFORD IS NOT IN ALLEGIANCE TO THIS SODOMITE AND GOMORRAHRITE (HOMOSEXUAL AND LESBIAN) PROTECTING NATION), AND UNDER THE PROTECTION OF THE COUNTRY, INCLUDING ALL CHILDREN BORN OF RESIDENT ALIENS "EXCEPT", "EXCEPT", "EXCEPT" THE CHILDREN OF FOREIGN SOVEREIGNS (EMPHASIS ADDED), OR THEIR MINISTERS, OR BORN ON FOREIGN PUBLIC SHIPS, OR OF ENEMIES DURING A HOSTILE OCCUPATION, AND THE CHILDREN OF INDIAN TRIBES OWING TRIBAL ALLEGIANCE. IT INCLUDES THE CHILDREN OF ALL OTHER PERSONS OF WHATEVER RACE OR COLOR, DOMICILED WITHIN THE UNITED STATES. THE PLAINTIFF, CRAWFORD, IS THE DIRECT DESCENDANT OF THE EARTH'S GREATEST PROPHETS AND KINGS. WHAT?, ARE YOU COMPROMISED JUDGES GOING TO ASSERT THAT THEIR BLOODLINES DIED WITH THEM?, THAT THEY CAN'T POSSIBLY HAVE DESCENDANTS LIVING TODAY?, ESPECIALLY SINCE YOUR NATIONS ENGAGED IN THE SLAVE TRADE STEALING DEFENSELESS SOULS FROM THE VERY REGIONS IN QUESTION WHEN IT IS RECORDED THAT THE NATION OF ISRAEL WAS DISPERSED THROUGHOUT THE WORLD BY GOD'S JUDGMENT FOR REBELLION? CRAWFORD IS THE DIRECT

DESCENDANT AS EVEN ESTABLISHED BY THE PHYSICAL FEATURES PROPHESY SAYS THIS MAN WOULD HAVE, THE DIRECT DESCENDANT OF KING DAVID, OF KING SOLOMON OF THE THRONE OF ISRAEL, OF THE ETHIOPIAN QUEEN OF SHEBA AND HER SON KING MENEYLEK I, SON OF KING SOLOMON, OF THE LINE OF CHRIST ESPECIALLY SINCE THE VIRGIN MARY WAS OF AFRICAN AND JEWISH DESCENT WHEN KING SOLOMON SENT THE LEVITICAL PRIEST TO ETHIOPIA AND MENEYLEK I MARRIED SOME OF THEIR DAUGHTERS FROM WHICH THE VIRGIN MARY COMES FROM WHICH IS WHY THE CATHOLIC CHURCH INITIALLY REFERRED TO HER AS "THE BLACK MADONNA" AND CHRIST HAVING HAIR LIKE WOOL AND FEET LIKE BURNISHED BRONZE (REVELATION 1:14), DEMONSTRATING HIS AFRICAN DESCENT (GENETICS DON'T LIE), CRAWFORD ALSO BEING THE DIRECT DESCENDANT OF JOSEPH AND MARY THROUGH THEIR SON JAMES; OF THE PROPHET MUHAMMAD OF ISLAM THROUGH HIS DAUGHTER FATIMA AND THE KHALIFAH ALI IBN. ABU TALIB OF THE ISLAMIC KHALIFATE SECURED BY "CONTRACT", BY "COVENANT" SEEN BY 9 DIFFERENT FORENSIC PSYCHOLOGIST AND NOT ONE DEEMED HIM AS BEING DELUSIONAL OR PSYCHOTIC. THIS NATION BY THE 14TH. AMENDMENT CANNOT LEGALLY NATIONALIZE [NATURALIZE] INTO AMERICAN CITIZENSHIP THE STOLEN CHILDREN OF FOREIGN SOVEREIGNS BY BLOOD AND HEREDITARY FIDUCIARY RIGHTS. THEY ARE NOT REGULAR SLAVES. THE DECLARATION OF SOVEREIGNTY POSSESSING RIGHTS OF RES JUDICATA AND COLLATERAL ESTOPPEL FROM THE JEREMIAH MACKEY JR. CASES IN THE STATE OF OHIO STANDS SUPPORTED BY THE RICHLAND COUNTY S.C. CASES THAT IN FRAUD YOU DEVILS TRIED TO ATTACK WHEN IT WAS AND STILL IS REMOVED TO THE FEDERAL DISTRICT COURT BEFORE YOUR UNCONSTITUTIONAL ACTION TOOK PLACE ESTABLISHES RIGHTS OF RES JUDICATA AND COLLATERAL ESTOPPEL. THUS, ALL CLAIMS ARE ESTABLISHED UNDER THE FOREIGN SOVEREIGN IMMUNITY ACT ESTABLISHING CAUSE AND ACTION AND THE COURTS INVOLVED CANNOT ENTERTAIN JURISDICTION OVER A FOREIGN SOVEREIGN HEIR, KING, KHALIFAH AND HIGH PRIEST OF THE ONE TRUE GOD UNLESS IT IS BY THE TERMS IN WHICH HE DICTATES. SO YOU WILL VACATE THE ORDERS BEFORE THE GEORGIA DISTRICT COURT, THE S.C. DISTRICT COURT, THE OHIO DISTRICT COURT IN QUESTION CORRUPT JUDGES, CONSOLIDATE THE RELEVANT CASES AS IS SOUGHT, TRANSFER THESE CASES TO THE NEW JERSEY DISTRICT COURT PURSUANT TO 28 U.S.C. § 1404(a), ISSUE SERVICE AND JUDGE JACQUELYN AUSTIN BE REQUIRED TO SIT UPON THESE CASES AS IS DICTATED WITHIN THE (40)

PAGE LEGAL DOCUMENT FILED IN THESE CASES DATED NOVEMBER 22, 2024 AND THE U.S. GOVERNMENT PAY ALL HER EXPENSES IN FULL TO DO SO AND AS NEEDED, U.S. v. WONG KIM ARK, 169 U.S. 649, 18 S.Ct. 456, 42 L.Ed.2d. 890(U.S.1898); PITISEMISNU v. UNITED STATES, 1 F.4TH. 862 (10th.Cir.2021); ASKEW v. BAILEY, 2022 WL 17248685 (W.D.Mich.2022); RABANG v. I.N.S., 35 F.3d. 1449 (9th.Cir.1994); ANKENY v. GOVERNOR OF THE STATE OF INDIANA, 916 N.E.3d. 678(Ind.2009); MILLER v. ALBRIGHT, 523 U.S. 420, 118 S.Ct. 1428, 140 L.Ed.2d. 575(U.S.1998); ROGERS v. BELLEI, 401 U.S. 815, 91 S.Ct. 1060, 28 L.Ed.2d. 499(U.S.1971)(ALL PERSONS BORN IN THE UNITED STATES AND NOT SUBJECT TO ANY FOREIGN POWER). CRAWFORD, JONAH, BY BIRTHRIGHT, INHERITANCE AND BLOOD BEING THE FIDUCIARY HEIR, KING, KHALIFAH, IMAM AND NAZARITE HIGH PRIEST OF THE ONE TRUE GOD IS THE STOLEN CHILD AND OFFSPRING. OFFSPRING REFERS TO DIRECT CHILDREN OR DESCENDANTS NO MATTER HOW DISTANT THEY ARE WHICH BY THE 14TH. AMENDMENT CANNOT BE ~~NATIONALIZED~~ Naturalized, OF THIS FOREIGN SOVEREIGN ANCESTRY AND HE IS SUBJECT BY "CONTRACT", BY "COVENANT" TO THE (4) GLOBAL FOREIGN SOVEREIGN THRONES OF AFRICA, OF ISRAEL, OF CHRISTIANITY (WHICH INCLUDE THE VATICAN) AND ISLAM (COUNTRIES OF THE MIDDLE EAST BY THE ISLAMIC KHALIFATE), BY RIGHTS AND TITLES OF SOVEREIGNTY, OF INHERITANCE WITH ALL IMMUNITIES RELATED THERETO AS SO STATED LIMITING THE JURISDICTION OF ALL COURT TO OPERATE UNDER THE TERMS IN WHICH HE DICTATES.

MY PEOPLE ARE DYING ACROSS THAT WATER BEING SLAUGHTER BY THE AIDING AND ABETTING OF THIS GOING STRAIGHT TO THE HELLFIRE NATION. YOU CORRUPT JUDGES INVOLVED IN THIS EXTRA TERRITORIAL CONSPIRACY WANT TO PLAY GAMES!!! THE ONLY THING THAT GOD'S ANOINTED AND APPOINTED KING AND HIGH PRIEST FEARS IS THE GOD HE SERVES. RULE ON ALL THE LEGAL QUESTIONS PRESENTED!!! ARE THESE COMPROMISED FEDERAL JUDGES ASSERTING THAT THE 1996 CLINTON BILL WITH ITS PLRA, AEDPA, 3 STRIKE, MINIMUM AND MAXIMUM SENTENCING GUIDELINES AND OTHER RELEVANT PROVISIONS, BY THE EVIDENCE GATHERED BY THE INDEPENDENT INVESTIGATOR, FEDERAL ATTORNEY AND STANFORD LAW PROFESSOR, MICHELLE ALEXANDER, IN HER BOOK ENTITLED, "THE NEW JIM CROW, MASS INCARCERATION DURING THE AGE OF COLORBLINDNESS", ISBN NO. 978-1620971932, THAT THE CONSTITUTIONALITY OF THE STATUTE BEING CHALLENGED, THAT THIS

STATUTE DOES NOT DISPROPORTIONATELY TARGET AFRICAN AMERICANS TO THEIR DETRIMENT IN VIOLATION OF THE 14TH. AMENDMENT AS IS ARGUED? ALL OF THESE LEGAL QUESTION AND ISSUES ARE CONTAINED WITHIN THESE MULTI DISTRICT LITIGATION CASES THAT DIRECTLY BEAR ON THE COP CITY PROTESTOR CASES IN ATLANTA GEORGIA AND THE STUDENT PALESTINIAN PROTESTORS CASES AROUND THE NATION WHERE THERE POTENTIALLY EXIST AN INDICTMENT AND WHERE BY THE LITIGATION PRESENTED CRAWFORD AS KING, KHALIFAH SEEKS TO FILE ACTION TO ESTABLISH THEIR IMMUNITY AS SO STATED. THESE QUESTION EXIST WITHIN THE EXTRA TERRITORIAL JURISDICTION CASES INVOLVED THAT IN FRAUD UPON THE COURTS WERE PREVENTED TRANSFERED BY THE CONSPIRACY INVOLVING THESE COMPROMISED JUDGES WORKING TO PROTECT THE UNITED STATES AND OTHER (193) MEMBER STATES OF THE UNITED NATIONS FROM SUIT ALONG WITH THE (50) STATES OF THIS NATION AND THEIR ATTORNEY GENERALS, AND CLEARLY, INDISPUTABLY, PRODUCE ARGUABLE BASIS IN LAW AND FACT PROVING THE FRAUD UPON THE COURT, OBSTRUCTION OF JUSTICE AND EXTRA TERRITORIAL CONSPIRACY GOING ON FOR OVER 18+ YEARS.

THE PLAINTIFFS ASK THE COURT AND PARTIES INDULGENCE. AT ONE POINT OR THE OTHER THE WORD "NATIONALIZE" WAS UTILIZED WHEN IT SHOULD HAVE BEEN "NATURALIZE" AS IT PERTAINS TO ESTABLISHING CITIZENSHIP UNDER THE 14TH. AMENDMENT FOR THE SAKE OF CLARITY. WE LOST PRESIDENT CARTER TODAY, A FELLOW BELIEVER IN WHOM CRAWFORD IS HONORED TO KNOW OF THIS BELIEVING SOUL WHO STOOD OUT AGAINST RACIAL DISCRIMINATION AND OTHER INJUSTICES GLOBALLY. THE PLAINTIFF(S) ENCOURAGE YOU JUDGES TO HONOR HIS MEMORY, HIS LOVE FOR HUMANITY AND THE ONE TRUE GOD BY CORRECTING THE INJUSTICES ARGUED IN THIS CASE. REST IN PEACE JAMES EARL CARTER MY BELOVED BROTHER. THE NOBEL PEACE PRIZE WAS WELL SPENT. AS BELIEVERS WE SHALL SEE EACH OTHER AGAIN AT THE POINTED TIME OF THE RESURRECTION AND MY GREAT ECT. GRAND UNCLE CHRIST'S RETURN. THE PLAINTIFF(S) OBJECT TO THESE COMPROMISED FEDERAL JUDGES RULING, CONSPIRING UNDER COLOR OF LAW AND AUTHORITY TO CONCEAL MATERIAL FACTS FAILING TO DESCEND TO PARTICULARS AS TO "WHY" AND "WHAT" THEY IN FRAUD UPON THE COURT ARE CLAIMING IS FRIVOLOUS. THEIR

ORDERS CONSPIRING ACROSS MULTIPLE STATE AND FEDERAL JURISDICTIONS IN THIS EXTRA TERRITORIAL CONSPIRACY TO PREVENT THE RELEASE OF EVIDENCE OF ACTUAL INNOCENCE IN THE CRAWFORD CASE, REPARATIONS AND TO AID THE STATE OF ISRAEL AND THEIR EMPLOYER, THE UNITED STATES, AVOID SUIT, IS SO UNCONSTITUTIONALLY VAGUE THAT IT CREATES AN ENIGMA AND NO ONE CAN TELL EXACTLY WHAT CLAIMS IN FRAUD UPON THE COURT THAT THEY ARE ASSERTING ARE FRIVOLOUS. THIS IS DONE IN MACHINATION SO THAT WHEN A POTENTIAL SUBSEQUENT APPEAL IS SOUGHT. BY SUCH ACTION, THE NEFARIOUS INTENT BY NOT DESCENDING TO PARTICULARS PRODUCING CITING OF LAW EXPLAINING WHY, IS TO CONCEAL THEIR ABUSE OF DISCRETION IN MAKING SUCH A DETERMINATION. IF THERE ARE NO CITING OF LAW DESCENDING TO PARTICULARS. IT WOULD BE LITERALLY IMPOSSIBLE FOR THE HIGHER COURT TO HIGHLIGHT THE ABUSE OF DISCRETION. DUE PROCESS REQUIRES THAT ALL ISSUES AND LEGAL QUESTIONS BE ADDRESSED INDEPENDENTLY PRODUCING CITING OF LAW TO ILLUSTRATE THAT ALL THE CLAIMS AND LEGAL QUESTIONS POSED HAVE BEEN PROPERLY REVIEWED AND ADJUDICATED TO PRESERVE THEM FOR ANY SUBSEQUENT APPEAL WHERE BY THIS FAILURE TO SPEAK ON EACH CLAIM AND LEGAL QUESTION PRESENTED, SUCH VIOLATES THE PLAINTIFF(S) DUE PROCESS RIGHT CREATING UNCONSTITUTIONAL ACTION. SILENCE WILL EQUATE WITH FRAUD WHEN THERE IS A FIDUCIARY DUTY TO SPEAK WHICH VOIDS THE ORDERS IN QUESTION BEFORE BOTH THE SOUTH CAROLINA AND GEORGIA DISTRICT COURT FOR VAGUENESS, VIOLATIONS OF 18 U.S.C. § 1001, FRAUD UPON THE COURT AND UNCONSTITUTIONAL ACTION, **UNITED STATES v. BRONSTEIN,** 849 F.3d. 1101 (D.D.C.2017); **JOHNSON v. UNITED STATES,** 576 U.S. 591, 135 S.Ct. 2551, 192 L.Ed.2d. 569(U.S.2015); **PLANNED PARENTHOOD SOUTH ATLANTIC v. STEIN,**--F.Supp.3d.--, 2024 WL 3551906 (M.D.N.C.2024); **NORTH CAROLINA A. PHILIP RANDOLPH INSTITUTE v. NORTH CAROLINA STATE BD. OF ELECTIONS,** 730 F.Supp.3d. 185(N.D.N.C.2024).

THE VACATING OF THE ORDER(S) IN QUESTION IS REQUIRED AND SOUGHT WHERE IN EGREGIOUS ACTS OF FRAUD UPON THE COURTS INVOLVED, THEY ARE SILENT IN ANSWERING THESE SUBSTANTIAL AND JURISDICTIONAL LEGAL QUESTIONS AND ISSUES PRESENTED WITHIN THE COMPLAINTS, THIS DOCUMENT NOW SUBMITTED AND OTHER LEGAL PLEADING THAT ARE A PART OF THE CASES COURT RECORDS IN THIS EXTRA TERRITORIAL CONSPIRACY GOING ON SINCE 2006, WORKING WITH THE PANEL TO PREVENT 1407

TRANSFER AND WORKING WITH THE STATE OF OHIO ACTORS TO PREVENT JUST AND FAIR RULING ON THE LEGAL ISSUES OF RELIGIOUS PROPHESY, REPARATIONS, SAME SEX MARRIAGE AND OTHER MATTERS BEFORE THE COURTS INVOLVED. EVEN STEVIE WONDER CAN SEE THAT THERE WERE MORE THAN 3 CASES AS THE PANEL IN FRAUD ALLEGED AND THAT THEY ALL POSSESS COMMON QUESTION OF LAW AND FACT ESTABLISHING THE CONSPIRACY AND FRAUD. THE PLAINTIFFS WANT THESE CLEAR, SUBSTANTIAL, JURISDICTIONAL ISSUES AND QUESTIONS THAT PRODUCE AN ARGUABLE BASES IN LAW AND FACT ADJUDICATED AND "SPECIFICALLY", "SPECIFICALLY" DETERMINED IN ORDER THAT THEY MAY BE PROPERLY PRESERVED FOR ANY POTENTIALLY NEEDED SUBSEQUENT APPELLATE REVIEW TO ALLOW THE PLAINTIFF TO PROVE THE ABUSE OF DISCRETION AND FRAUD. THIS INCLUDES THE CLAIMS AND LEGAL QUESTIONS POSED AND MADE IN THE (13) PAGE DOCUMENT SEEKING PRELIMINARY INJUNCTION AND WEAPONS EMBARGO AGAINST THE PLAINTIFF, CRAWFORD'S, HOME STATE OF ISRAEL, THE ONES IN THE (14) PAGE DOCUMENT THAT WAS FILED BEFORE THE 6TH. CIRCUIT, IN THE (70) PAGE DOCUMENT DATED OCTOBER 1, 2024 BEFORE THE OHIO DISTRICT COURT AND THE (40) PAGE DOCUMENT DATED NOVEMBER 22, 2024, A COPY FILED WITHIN THE S.C. DISTRICT COURT, THE GEORGIA DISTRICT COURT AND ALL OTHER COURTS INVOLVED. DUE PROCESS REQUIRES THAT THE COURTS INVOLVED SPECIFICALLY RULE ON ALL THE CLAIMS AND FEDERAL LEGAL QUESTIONS PRESENTED AND NOT PRODUCE SOME STUPID VAGUE ORDER(S) DESIGNED TO CONCEAL THE MATERIAL FACT THAT YOU JUDGES ARE ABUSING YOUR DISCRETION BY CALLING THE PLEADING FRIVOLOUS IN FRAUD UPON THE COURTS AND OBSTRUCTION OF JUSTICE RENDERING THE ORDERS VOID UNDER THE CONSTITUTIONAL ELEMENT TO SUBJECT MATTER JURISDICTION AND 18 U.S.C. § 1001 WHERE YOU ARE ALSO PERVERTING GOVERNMENT FUNCTIONS. RULES PERMITTING DISMISSAL FOR FAILURE TO STATE A CLAIM IS NOT CONTENNANCE DISMISSAL OR RULING OF FRIVOLOUS BASED UPON THESE JUDGES DISBELIEF OF THE COMPLAINT'S FACTUAL ALLEGATION OR BECAUSE THESE COMPROMISED INAPPROPRIATELY INFLUENCE BY THE UNITED STATES GOVERNMENT JUDGES FIND THEM UNLIKELY, WHICH IS A LUDICROUS POSITION TO TAKE IN LIGHT OF THE FACT THAT WE HAVE THE REALIZATION OF RELIGIOUS PROPHESY OCCURRING RIGHT BEFORE OUR EYES IN THE FORM OF THE RECENT LUNAR AND SOLAR ECLIPSE OCCURRING THIS PAST RAMADAN AND THE CURRENT ISRAELI ATTACK UPON GAZA, PALESTINE,

FULFILLING WHAT IS WRITTEN IN THE BOOK OF ISAIAH 14:29-32 HIGHLIGHTING THAT THE "SMOKE OUT OF THE NORTH", THE "ELIJAH", THE "KING OF THE NORTH" AND FORERUNNER TO GOD'S CHRIST WOULD THEN COME OUT OF PRISON APPEARING AT THE TIME OF THESE EVENTS WHICH IS CONFIRMED BY ISLAMIC SUNNAH OF THE PROPHET MUHAMMAD (PBUH). THE ISRAEL CURRENT ATTACK ON GAZA, PALESTINE, IS UNPRECEDENTED SINCE ITS STATE WAS RE-ESTABLISHED AND THE APPEARANCE OF THE DOUBLE ECLIPSE DURING RAMADAN HAS NOT OCCURRED IN OVER (250) YEARS SUPPORTING AND SUBSTANTIATING THE FACTUAL ALLEGATIONS MADE WITHIN THE COMPLAINT(S) AND PLEADING FILED BEFORE ALL COURTS INVOLVED IN THIS EXTRA TERRITORIAL CONSPIRACY, NEITZKE v. WILLIAMS, 490 U.S. 319, 109 S.Ct. 1827, 104 L.Ed.2d. 338(U.S.1989); MOORE v. BENNETTE, 517 F.3d. 717 (4th.Cir.2008); FOX v. VICE, 563 U.S. 826, 131 S.Ct. 2205(U.S.2011); DENTON v. HERNANDEZ, 504 U.S. 25, 112 S.Ct. 1728(U.S.1992); HILL v. SCHOOL BOARD OF ROBENSON COUNTY, 2018 WL 5020220(E.D.N.C.2018); DOAN v. QUALXSERV., F.Supp.2d., 2008 WL 3834087 (DSC.2008); TONEY v. COM., 1998 WL 684203 (4th.Cir.1998); SEC v. FARMER, F.Supp.2d., 2015 WL 5838867 (S.D.Tex.2015); U.S. v. MOSBERG, 866 F.Supp.2d. 275 (D.N.J.2011); TOLBERT v. STEVENSON, 635 F.3d. 646 (4th.Cir.2011); CULLEN v. PINHOLSTER, 563 U.S. 170, 131 S.Ct. 1388, 179 L.Ed.2d. 557(2011).

THESE CORRUPT JUDGES OF THIS NATION WHO OPERATE WITH NO LOVE AND FEAR OF THE ONE TRUE GOD ARE GOING TO BUST THE HELLFIRE WIDE OPEN. DO YOU NOT THINK THAT THE ONE TRUE GOD SEES YOU EVEN IN YOUR MOST HIDDEN PLACES? YOU FAIL TO ACCEPT THE REALITY OF WHO AND WHAT YOU ARE DEALING WITH HERE. THE PLAINTIFF, CRAWFORD, IS THE KING OF THE NORTH FORETOLD TO COME BY RELIGIOUS PROPHESY WRITTEN IN THE BOOK OF DANIEL CHAPTER 11, THE BRANCH OF JEWISH RELIGIOUS PROPHESY WRITTEN IN ZECHARIAH 6:12-13 (THE HEIR, KING PRIEST OF THE THRONE OF ISRAEL), THE ELIJAH WRITTEN IN MALACHI 4:5-6 AND MARK 9:12 OF CHRISTIAN PROPHESY, THE MAHDI WRITTEN IN THE SUNNAH OF THE PROPHET MUHAMMAD (PBUH) OF ISLAMIC PROPHESY SUPPORTED BY THE RECENT CELESTIAL EVENT AND ISRAEL'S CURRENT ATTACK ON GAZA, PALESTINE, FORETELLING THESE EVENTS WOULD BE A SIGN OF TRUTH OF THESE STATEMENT SUPPORTED BY GOD AND HIS HOLY

PROPHETS WHERE THEY INFORMED THE WORLD "THAT WHICH IS WRITTEN CANNOT BE BROKEN". THE SOVEREIGN POWER HAS PARAMOUNT RIGHT TO PROTECT THE LIVES, HEALTH, MORALS, COMFORT AND GENERAL WELFARE OF HIS PEOPLE, THE CHRISTIANS, MUSLIMS, JEWS AND AFRICAN DESCENDANTS WITHIN YOUR GLOBAL NATIONS, WHICH ALSO SUPPORT THE ISSUING OF THE PRELIMINARY INJUNCTION TO STOP THE ONSLAUGHT, GENOCIDE AND CRIMES AGAINST HUMANITY PERPETRATED BY ISRAEL WHO ARE IN BREACH OF THEIR FIDUCIARY DUTY, AND WHERE THE UNITED STATES GOVERNMENT IS AIDING AND ABETTING THEM IN ACTS OF STATE SPONSORED TERRORISM IN VIOLATION OF THE FOREIGN SOVEREIGN IMMUNITY ACT, HOME BLDG. & LOAN ASS'N v. BLAISDELL, 290 U.S. 398, 54 S.Ct. 231, 88 A.L.R. 1481, 78 L.Ed. 413(U.S.1934); ELLIOTT v. BOARD OF SCHOOL TRUSTEES OF MADISON CONSOLIDATED SCHOOLS,--F.3d.--, 2017 WL '5988226 (7th.Cir.2017).

A STATE CANNOT EXCLUDE OR BURDEN THE RIGHTS OF OUT OF STATE CITIZENS UNDER THE PRIVILEGE AND IMMUNITIES CLAUSE TO PLY THEIR TRADE (KING, HIGH PRIEST), OR PRACTICE THEIR OCCUPATION OR TO PURSUE A COMMON CALLING (THE [3] MONOTHEISTIC RELIGIOUS COVENANTS PROTECTED UNDER THE 1st. AMENDMENT FREE EXERCISE CLAUSE AND UNDER ARTICLE 1 § 10 OF THE U.S. CONSTITUTION) ACTING FOR PROTECTORATE PURPOSES WHERE IN THIS CASE YOU CANNOT NATURALIZE THE STOLEN OFFSPRING OF A FOREIGN SOVEREIGN BY THE 14TH. AMENDMENT AND YOU CANNOT ENTERTAIN JURISDICTION OVER A FOREIGN SOVEREIGN UNLESS IT IS BY THE TERMS IN WHICH HE DICTATES WHICH IS JURISDICTIONAL AND CANNOT BE WAIVED AND OR FORFEITED, McBURNEY v. YOUNG, 569 U.S. 221, 133 S.Ct. 1709, 185 L.Ed.2d. 758(U.S.2013); HONEY v. VERMONT, 2017 WL 2167123 (2017); SCHOENEFIELD v. SCHNEIDERMAN, 821 F.3d. 273 (2nd.Cir.2016).

AN ARGUABLE BASIS IN LAW IS A PLAUSIBLE AND CONTESTED EVIDENTIAL BASIS FOR A CLAIM. PLAUSIBLE IS DEFINED AS SEEMINGLY, FAIR, REASONABLE, CONCEIVABLE, POSSIBLE OR PROBABLE WHERE BY WHAT IS PRESENTED WITHIN HISTORICAL FACTS STATED, TO INCLUDE THE FULFILLING OF ISAIAH 14:29-32 BY THE ISRAELI ATTACK UPON GAZA, PALESTINE, AND THE APPEARANCE OF THE CELESTIAL EVENT, THE DUEL ECLIPSE OCCURRING THE PAST RAMADAN AND OTHER FACTS PRESENTED THAT BURDEN IS MET, ESPECIALLY IN LIGHT OF THE FACT THAT CRAWFORD

RIGHT DOWN TO HIS HIGH BROAD FOREHEAD AND PROMINENT HOOK NOSE POSSESS ALL THE PHYSICAL FEATURES FORETOLD MY RELIGIOUS PROPHESY OF THE 3 MONOTHEISTIC RELIGIONS AND HAVE A "SICKLE CELL TRAIT" PROVING HIS ANCESTORS ALSO ORIGINATE FROM THE ARABIAN PENINSULA. AS THE STAR OF BETHLEHAM HERALD THE COMING OF CHRIST, THE CELESTIAL SIGN OF THE LUNAR AND SOLAR ECLIPSE DURING THE MONTH OF RAMADAN HERALDS THE COMING AND PRESENCE OF THE BRANCH, THE ELIJAH, THE MAHDI. UNLESS THESE CORRUPT, COMPROMISED, INAPPROPRIATELY INFLUENCE BY THE UNITED STATES GOVERNMENT JUDGES CAN ON THE COURT RECORD PRODUCE CITING OF LAW AND EVIDENTIARY FACTS ILLUSTRATING THAT NONE OF THE LEGAL QUESTIONS PRESENTED AND CLAIMS MADE PRESENT AN ARGUABLE BASIS IN LAW AND FACT? UNLESS THEY CAN PROVE THAT NONE OF THE RELIGIOUS CELESTIAL AND OTHER SIGN(S) MENTIONED OF RELIGIOUS PROPHESY OCCURRED?, WHICH MEET THE REQUIREMENTS FOR A GOOD ARGUABLE CASE, THE BURDEN AND CAUSE IS ESTABLISHED AND MET BY THE PLAINTIFFS. THE CONSPIRING ACROSS MULTIPLE STATE AND FEDERAL JURISDICTION IN EXTRA TERRITORIAL CONSPIRACY JUDGES ORDER(S) IN SOUTH CAROLINA AND GEORGIA ARE SO VAGUE IN EGREGIOUS ACTS OF FRAUD UPON THE COURT DESIGNED TO CONCEAL THE MATERIAL FACT THAT THEY ARE ABUSING THEIR DISCRETION IN VIOLATION OF 18 U.S.C. § 1001 TO THWART SUBSEQUENT APPEAL, THAT IT IS UTTERLY IMPOSSIBLE TO DETERMINE EXACTLY WHAT IN FRAUD UPON THE COURT THEY ARE ALLEGING IS FRIVOLOUS AND WHAT IS NOT AND WHY, VIOLATING DUE PROCESS LAW VOIDING THEIR JURISDICTION UNDER THE CONSTITUTIONAL ELEMENT TO SUBJECT MATTER JURISDICTION, STEEL CO. v. CITIZENS FOR A BETTER ENVIRONMENT, 118 S.Ct. 1003 (U.S.1988); MONTGOMERY v. LOUISIANA, 136 S.Ct. 718, 194 L.Ed.2d. 599(U.S.2016); UNITED STATES v. AJRAWAT,--Fed. Appx'--, 2018 WL 3045619 (4th.Cir.2018); CROSS-SOUND FERRY SERV., INC. v. I.C.C., 934 F.2d. 327, 339 (C.A.D.C.1991); CITY OF OCALA, FLORIDA v. ROJAS, 598--U.S.--, 2023 WL 2655449 (U.S.2023).

"HAERES EST EADEM PERSONA CUM ANCESSORE"---THE HEIR IS THE SAME PERSON AS HIS ANCESTOR (PROBATE LAW). THIS IS NOT AN IMPLAUSIBLE OR UNREASONABLE POSITION OR LEGAL PRINCIPLE UNDER THE LAWS OF PROBATE AND BY THE TERMS OF THE COVENANT(S) RELIED UPON. THE SOUTH CAROLINA AND GEORGIA ORDERS CANNOT IN FUNDAMENTAL FAIRNESS TO THE PLAINTIFF BE UTILIZED IN ANY RELATED LITIGATION

WITHIN THESE CASES INVOLVED AND ARE SO VAGUE IN FRAUD UPON THE COURT BEING DESIGNED TO CIRCUMVENT THE CLEAR ISSUES AND LEGAL QUESTIONS PRESENTED WITHIN THESE CASES TO CONCEAL THE MATERIAL FACT OF THEIR ABUSE OF DISCRETION VIOLATING 18 U.S.C. § 1001 AND PREVENT THE 1407 TRANSFER CONSPIRING WITH THE PANEL JUDGES AND TO THWART ANY POTENTIAL SUBSEQUENT APPEAL, THAT IT IS UTTERLY IMPOSSIBLE TO DETERMINE EXACTLY WHAT IN FRAUD THEY ARE ALLEGING IS FRIVOLOUS, WHAT IS NOT, AND WHY. THE ORDERS BEFORE THE SOUTH CAROLINA AND GEORGIA DISTRICT COURTS AND ANY OTHER FORTHCOMING ORDER THAT FAIL AT THIS DUE PROCESS REQUIREMENT MUST BE DEEMED UNCONSTITUTIONAL AND VOID FOR VAGUENESS AND DUE PROCESS VIOLATION UNLESS THE SPECIFIC FEDERAL QUESTIONS AND ISSUES PRESENTED ARE CLEARLY, ABSENT FRAUD, ANSWERED TO PRESERVE ALL RIGHTS AND ISSUES ON APPEAL. THE FACTUAL ALLEGATIONS ARE NOT WILDLY IMPLAUSIBLE BASED UPON THE RECENT RELIGIOUS PROPHESY MANIFESTATIONS, THE (70), (40), (14) AND (13) PAGE LEGAL DOCUMENT PREVIOUSLY MENTIONED AND THAT ARE FILED WITHIN THESE CASES, OR THE FACT THAT KRISTY KHOL AND PAUL GUNTER EMPLOYEES OF THE UNITED STATES VOLUNTARILY APPEARED IN THE CRAWFORD RICHLAND COUNTY S.C. STATE CASES ON THE GOVERNMENTS BEHALF AND FAILED TO CHALLENGE THE CLAIMS OR PLEAD SUBJECTING THE UNITED STATES TO FORFEITURE AND WAIVER AND THE STATE OF SOUTH CAROLINA IN FRAUD, CONSPIRACY AND OBSTRUCTION OF JUSTICE TRIED TO CONCEAL THEIR BACK DOOR VOLUNTARY APPEARANCE THAT IS CLEARLY ESTABLISHED BY COURT RECORD. THE SOUTH CAROLINA AND GEORGIA DISTRICT COURT JUDGES ABUSED THEIR DISCRETION IN THIS EXTRA TERRITORIAL CONSPIRACY VIOLATING 18 U.S.C. § 1001 ALSO PERVERTING GOVERNMENT FUNCTIONS TO CONCEAL THE MATERIAL FACT THAT THEY ARE ABUSING THEIR DISCRETION CALLING THE COMPLAINTS AND FILINGS BLANKETLY FRIVOLOUS WITHOUT DESCENDING TO PARTICULARS EXPLAINING WHAT AND WHY, PRODUCING CHALLENGE TO THE COURTS INVOLVED JURISDICTION UNDER THE CONSTITUTIONAL ELEMENT TO SUBJECT MATTERS JURISDICTION FOR THIS UNCONSTITUTIONAL ACTION, WHICH CANNOT BE WAIVED AND OR FORFEITED, CAN BE RAISED AT ANY TIME, EVEN AFTER THEIR ORDERS WERE ISSUED IN THEIR EFFORTS TO THWART SUBSEQUENT APPEAL. THE ORDER(S) IN QUESTION ARE SO VAGUE THAT THEY MUST BE DEEMED UNCONSTITUTIONAL AND VOID. SILENCE WILL EQUATE WITH FRAUD WHEN THESE COMPROMISED JUDGES ENGAGING IN THIS

EXTRA TERRITORIAL CONSPIRACY HAD A FIDUCIARY DUTY TO SPEAK AND ANSWER THE FEDERAL QUESTIONS AND CLAIMS PRESENTED WHICH ARE NOT WILDLY IMPLAUSIBLE. YOU, THE UNITED STATES, CANNOT NATURALIZE BY THE 14TH. AMENDMENT THE STOLEN CHILDREN AND OR CHILD, VIA THE TRANS-ATLANTIC SLAVE TRADE, OF FOREIGN SOVEREIGN AFRICAN KING(S) WITH DIRECT TIES TO THE THRONE OF ISRAEL AND THE ISLAMIC KHALIFATE OF ISLAM WHICH IS SUPPORTED BY THE RECORDED HISTORICAL FACT THAT ISRAEL WAS DISPERSED THROUGHOUT THE WORLD AND WAS NOT RE-ESTABLISHED SINCE ABOUT 1968. BY THE FACTS PRESENTED, THIS IS NOT IMPLAUSIBLE DEMONSTRATING LEGAL BASES AND MERIT. IT IS IMPERATIVE TO THE FIDUCIARY HEIR, KING, THAT MY PEOPLE IN THAT FEARLESS GRANT CASE WIN THAT CASE OUTRIGHT WITHOUT ANY STIPULATION OF ANY KIND THUS STATED WHICH IS THEIR DUE PROCESS RIGHT, MORRISON v. C.C.A. CORR. CENTER, 2021 WL 6116640 (11th.Cir.2021); KROCKA v. HILLBOROUGH COUNTY SHERIFF'S OFFICE, 761 Fed. Appx' 895 (11th.Cir.2019); COLEMAN v. FIRST NATIONAL BANK OF AMERICA, 2024 WL 4251898 (N.D.Ga.2024); RICE v. BERRY, 2024 WL 3260888 (M.D.Ga.2024); MOTJUSTE TIRADE OF VIM ANDRE JUSTE v. BRENNAN, 16 F.Supp.3d. 716(W.D.Va.2014).

DETERMINATION OF FRIVOLOUS IN FILING IN FORMA PAUPERIS COMPLAINT, FREQUENTLY MADE SUA SPONTE BEFORE DEFENDANTS HAVE BEEN ASKED TO FILE AN ANSWER, WHICH NONE OF THESE DEFENDANTS FILED AN ANSWER AND EVEN WAIVED BEFORE THE PANEL COURT, CANNOT SERVE AS FACT FINDING PROCESS FOR RESOLUTION OF DISPUTED FACTS WHICH DEMONSTRATE THAT THE PARTIES, NOT THESE COMPROMISED GOING STRAIGHT TO THE HELLFIRE JUDGES WHO ARE PARTY TO THIS EXTRA TERRITORIAL CONSPIRACY GOING ON FOR OVER 18+ YEARS, ARE REQUIRED TO RESPOND WHICH THEY DID HAVE NOTICE AND FAILED TO DO SUBJECTING THEM TO FORFEITURE AND WAIVER. THE RESPONSE BY THE PARTIES MUST OCCUR BEFORE THESE FRAUD PRODUCED ORDERS BEFORE THE SOUTH CAROLINA AND GEORGIA COURTS, VAGUE AND UNCONSTITUTIONAL AS THEY ARE, CAN MAKE ANY CLAIM OF FRIVOLOUS TO BE ENTERED INTO THE COURTS INVOLVED RECORDS. WE OBJECT AND MOTION TO VACATE THE ORDERS, CONSOLIDATE THE CASES IN QUESTION, REINSTATE THE ORIGINAL COMPLAINT BEFORE THE OHIO DISTRICT COURT, TRANSFER THESE CASES AS BEING SOUGHT BEFORE THE 6TH. CIRCUIT AND PERMIT THE ISSUANCE OF

SERVICE UPON THE DEFENDANTS AND PARTIES DUE TO YOUR EXTRA TERRITORIAL CONSPIRACY GOING ON FOR OVER 18+ YEARS INVOLVING THE COURTS BEFORE US. THE PLAINTIFF MOTIONS THAT ALL RELATED CASES CAPTIONED ABOVE BE STAYED DUE TO THE SEEKING OF 28 U.S.C. § 1404(a) TRANSFER BEFORE THE 6TH. CIRCUIT COURT OF APPEALS DUE TO THAT FRAUD, CONSPIRACY AND OBSTRUCTION OF JUSTICE YOU WERE PARTIES TO WITHIN THE MULTI-DISTRICT LITIGATION PANEL COURT AND THESE CASES INVOLVED. THE LONG ARM STATUTES OF OHIO ARE INVOKED DUE TO THE EXTRA TERRITORIAL CONSPIRACY AND THE DENIAL OF INJUNCTIVE RELIEF PURSUANT TO 28 U.S.C. § 1291(a) INVOKES JURISDICTION BEFORE THE 6TH. CIRCUIT TO ALLOW THEM TO ADDRESS THE SEEKING OF THE 28 U.S.C. § 1404(a) TRANSFER AND OTHER MATTERS ARGUED. THESE ARE THE TERMS OF THE SOVEREIGN WHICH ARE JURISDICTIONAL IN NATURE, DENTON v. HERNANDEZ, 504 U.S. 25, 112 S.Ct. 1728, 118 L.Ed.2d. 340(U.S.1992); BROWN v. DAY, 995 F.2d. 222(5th.Cir.1993); MILLER v. DONALD, 541 F.3d. 1091(11th.Cir.2019); Estate of Fouty v. Syrian Arab Republic — F.Supp3d-- 2024 WL 3443591 (D.D.C.2024).

RESPECTFULLY,
ALTON CHISOLM

JONAH THE TISHBITE

DECEMBER 31, 2024

LAWRENCE L CRAWFORD
#300839 F3B Rm 148 :
EVANS C.I 610 Hwy 9 West
BENNETTSVILLE SC 29512

US POSTAGE
ZIP 29512    $ 003.15⁰
02.4W
0000378442 JAN 23 2025

3-15

US District Court
of New Jersey
50 Walnut Street #4015
Newark N.J. 07102

LEGAL