LAWRENCE L. CRAWFORD AKA
JONAH GABRIEL JAHJAH T. TISHBITE
#300839 F3B. RM. 148
EVANS C.I. 610 HWY. 9 WEST
BENNETTSVILLE, S.C. 29512

2025 MAY -7 A 11: 24

IN RE: FILING DOCUMENT(S) WITHIN CASE 1:25-cv-01963-MEF FOR THE PURPOSE OF SEEKING TO INTERVENE IN THAT CASE (MAHMOUD KHALIL) AND FILING THEM IN CASE 2:24-cv-03934-MEF-JBC FOR THE PURPOSE OF SEEKING TO CONSOLIDATE BOTH CASES.


TO: THE NEW JERSEY DISTRICT COURT CLERK,


THE ATTACHED DOCUMENT IS TO BE FILED WITHIN BOTH CASES CAPTIONED ABOVE FOR THE PURPOSE OF MOTIONING TO INTERVENE IN THE MAHMOUD KHALIL CASE CAPTIONED ABOVE THEREUPON SEEKING TO FILE MOTION TO CONSOLIDATE BOTH CASES. THE ATTACHMENTS REFERRED TO WITHIN THE [29] PAGE DOCUMENT IS FORTHCOMING. I THANK YOU IN ADVANCE. STILL REMAIN,


RESPECTFULLY,
JONAH THE TISHBITE


APRIL 30, 2025

IN THE UNITED STATES DISTRICT COURT

IN THE DISTRICT OF NEW JERSEY

IN THE NEWARK DIVISION

|  |  |
|---|---|
| LAWRENCE L. CRAWFORD AKA | ) |
| JONAH GABRIEL JAHJAH T. | )   C/A 1:25-cv-01963-MEF; |
| TISHBITE ET. AL., | )       2:24-cv-03934-MEF-JBC |
|  | ) |
| PLAINTIFFS-INTERVENOR | ) |
|  | ) |
|  | ) |
| MAHMOUD KHALIL, | ) |
|  | ) |
| PLAINTIFF | ) |
|  | ) |
|  | ) |
|  | ) |
| Vs. | )   AFFIFAVIT OF SERVICE |
|  | ) |
|  | ) |
| WILLIAM P. JOYCE, | ) |
|  | ) |
|  | ) |
| RESPONDENT | ) |
|  | ) |
|  | ) |

WE, LAWRENCE L. CRAWFORD AKA JONAH GABRIEL JAHJAH T. TISHBITE ET AL, DO HEREBY CERTIFY, THAT WE HAVE MAILED AND OR SERVED A COPY OF AN AFFIDAVIT OF FACTS GIVING JUDICIAL NOTICE; MOTION TO INTERVENE IN CASE 1:25-cv-01963-MEF; MOTION FOR COMPLEX CASE DESIGNATION; MOTION TO CONSOLIDATE BOTH CASES 1:25-cv-01963-MEF WITH 2:24-cv-03934-MEF-JBC; MOTION FOR PRELIMINARY INJUNCTION; MOTION TO ADVANCE THE CAUSE AND MOTION TO MOTION THEREFOR, ON THE NEW JERSEY DISTRICT COURT, NEWARK DIVISION, AND ALL INVOLVED PARTIES, BY U.S. MAIL, POSTAGE PREPAID, BY DEPOSITING IT WITH ITS ATTACHMENTS IN THE INSTITUTION

MAILBOX ON APRIL 28, 2025. IT IS DEEMED FILED ON THAT DATE, HOUSTON v. LACK, 287 U.S. 266, 273-76, 108 S.Ct. 2379(U.S.1988).


RESPECTFULLY,

JONAH THE TISHBITE

APRIL 28, 2025

2-of-29

IN THE UNITED STATES DISTRICT COURT

IN THE DISTRICT OF NEW JERSEY

IN THE NEWARK DIVISION

LAWRENCE L. CRAWFORD AKA        )
JONAH GABRIEL JAHJAH T.         )    C/A 1:25-cv-01963-MEF;
TISHBITE ET. AL.,               )        2:24-cv-03934-MEF-JBC
                                )
                                )
     PLAINTIFFS-INTERVENOR      )
                                )
                                )    AFFIDAVIT OF FACTS GIVING
MAHMOUD KHALIL,                 )    JUDICIAL NOTICE; MOTION TO
                                )    INTERVENE IN CASE 1:25-cv-
          PLAINTIFF             )    01963-MEF; MOTION FOR COMPLEX
                                )    CASE DESIGNATION; MOTION TO
                                )    CONSOLIDATE BOTH CASES 1:25-cv
                                )    -01963-MEF WITH 2:24-cv-03934-
Vs.                             )    MEF-JBC; MOTION FOR A PRELI-
                                )    MINARY INJUNCTION; MOTION TO
                                )    ADVANCE THE CAUSE AND MOTION
WILLIAM P. JOYCE,               )    TO MOTION THEREFOR
                                )
                                )
          RESPONDENT            )
                                )
                                )
                                )

IN RE: CASE(S) (THE MAHMOUD KHALIL CASE); 2:24-cv-03934-MEF-JBC
(THE CRAWFORD FAMILY CASE) MOTIONING TO INTERVENE IN CASE
1:25-cv-01963-MEF AND TO CONSOLIDATE BOTH CASES.

TO: THE NEW JERSEY DISTRICT COURT,
    THE HONORABLE JUDGE MICHAEL E. FARBIARZ ET. AL.,

    HERE THE NEW JERSEY DISTRICT COURT AND ALL PARTIES
WILL FIND:

(1) A COPY OF THE AFFIDAVIT OF FACTS GIVING JUDICIAL NOTICE; MOTION TO FILE OBJECTIONS TO MAGISTRATE JUDGE'S TEXT ORDER****, [70] PAGES DATED OCTOBER 1, 2024 THAT IS FILED BEFORE THE OHIO DISTRICT COURT AND OTHER INVOLVED FEDERAL CASES.

(2) A COPY OF THE AFFIDAVIT OF FACTS GIVING JUDICIAL NOTICE; MOTION TO FILE OBJECTIONS TO MAGISTRATE ORDER****, [40] PAGES DATED NOVEMBER 22, 2024 THAT IS FILED BEFORE THE OHIO DISTRICT COURT AND OTHER INVOLVED FEDERAL CASES.

(3) A COPY OF THE ISRAELI INJUNCTION DOCUMENT, [13] PAGES DATED OCTOBER 21, 2024 THAT IS FILED BEFORE THE OHIO DISTRICT COURT AND ALL OTHER INVOLVED FEDERAL CASES.

(4) A COPY OF THE AFFIDAVIT OF FACTS GIVING JUDICIAL NOTICE; MOTION TO FILE APPEAL UNDER*****,[24] PAGES DATED FEBRUARY 4, 2025 FILED WITHIN THE OHIO DISTRICT COURT. THIS DOCUMENT IS NOW FILED WITHIN THE TWO CASES CAPTIONED ABOVE FOR THE PURPOSE OF MOTIONING TO FILE IN FORMA PAUPERIS PURSUANT TO ANY ALLEGED 3 STRIKE PROVISION THOUGH THE CONSTITUTIONALITY OF THE 1996 CLINTON BILL WITH ITS 3 STRIKE, PLRA, AEDPA, MINIMUM AND MAXIMUM SENTENCING GUIDELINES ARE BEING CALLED INTO QUESTION WITHIN THE CRAWFORD FAMILY CASE. 6 MONTH FINANCIAL STATEMENT IS ALSO ATTACHED.

(5) A COPY OF THE AFFIDAVIT OF FACTS GIVING JUDICIAL NOTICE; MOTION TO VACATE THE ORDER(S) FILED MARCH 10, 2025 FILED UNDER CASE 9:24-cv-04660-BHH-MCH AND ITS SISTER CASES WITHIN THE SOUTH CAROLINA DISTRICT COURT.

(6) A COPY OF THE AFFIDAVIT OF FACTS GIVING JUDICIAL NOTICE; MOTION TO VACATE ORDER DENYING FILING IN FORMA PAUPERIS****, [18] PAGES DATED APRIL 21, 2025 FILED WITHIN THE GEORGIA DISTRICT COURT.

(7) A COPY OF THE AFFIDAVIT OF FACTS GIVING

JUDICIAL NOTICE; MOTION TO AMEND NOTICE ON APPEAL;****, [40] PAGES DATED MARCH 14, 2025 FILED BEFORE THE OHIO DISTRICT COURT AND OTHER INVOLVED FEDERAL CASES.

(8) A COPY OF THE AFFIDAVIT OF FACTS GIVING JUDICIAL NOTICE; MOTION TO INTERVENE AND MOTION TO MOTION, [13] PAGES DATED MARCH 3, 2025 THAT IS FILED UNDER CASE 1:25-cv-00403 WITHIN THE WASHINGTON D.C. DISTRICT COURT.

(9) A COPY OF THE AFFIDAVIT OF FACTS GIVING JUDICIAL NOTICE; MOTION TO VACATE THE ORDER ISSUED ON APRIL 18, 2025 FILED UNDER CASE 2:24-cv-00659-PD IN THE PHILADELPHIA DISTRICT COURT.

INSOMUCH, THESE DOCUMENTS ARE FILED AS ADDITIONAL EVIDENCE TO ESTABLISH THE EXTRA TERRITORIAL CONSPIRACY GOING ON WITH THESE CASES AROUND THE NATION FOR OVER 18+ YEARS AND COUNTING. THEY ARE BEING FILED TO ESTABLISH THE CRAWFORD RIGHT TO INTERVENE IN CASE 3:25-cv-01963-MEF AND TO MOTION TO CONSOLIDATE BOTH CASES. ALL CLAIMS, ISSUES DEFENSES THAT ARE ARGUED WITHIN THESE ATTACHMENTS ARE NOW ARGUED WITHIN CASE(S) 3:24-cv-01963-MEF AND 2:24-cv-03934-MEF. IT APPEARS THAT THE HONORABLE JUDGE MICHAEL E. FARBIARZ IS THE FEDERAL JUDGE PRESIDING OVER BOTH THE CASES INVOLVED? THEREFORE, UNDER THE CIRCUMSTANCES PRESENTED. IT WOULD BE APPROPRIATE NOT TO JUST ALLOW THE INTERVENTION, BUT TO ALSO GRANT THE MOTION TO CONSOLIDATE THESE TWO CASES SINCE THE MATTER OF THE PRO PALESTINIAN PROTESTORS CASES AND ISSUES, WHICH DIRECTLY TIE TO MAHMOUD KHALIL, WERE ALREADY BEFORE THE NEWARK DISTRICT COURT UNDER CASE 2:24-cv-03934-MEF. THE PLAINTIFF, CRAWFORD, MOTIONS TO INTERVENE IN THE MAHMOUD KHALIL CASE AND MOTION TO CONSOLIDATE BOTH CASES FOR EXPEDITIOUS JUDICIAL REVIEW.

THE PLAINTIFF-INTERVENOR MOTIONS TO CONSOLIDATE BOTH CASES 3:25-cv-01963-MEF AND 2:24-cv-03934-MEF. RULE 42 PROVIDES: IF ACTION(S) BEFORE THE COURT INVOLVES COMMON QUESTIONS OF LAW AND FACT (ESTABLISHING IMMUNITY FOR THE PRO PALESTINIAN PROTESTORS AS BENEFICIARIES OF THE CESTUI QUE TRUST AND SEEKING OF PRELIMINARY

INJUNCTION AGAINST CRAWFORD'S HOME STATE OF ISRAEL UNDER THE STATE SPONSORED TERRORISM EXCEPTION OF THE F.S.I.A.), THE COURT MAY (1) JOIN FOR HEARING OR TRIAL ANY AND ALL MATTERS AT ISSUE IN THE ACTIONS; (2) CONSOLIDATE THE ACTIONS; OR (3) ISSUE ANY OTHER ORDERS (ie. PRELIMINARY INJUNCTION TO ESTABLISH COMMERCIAL AND ARMS EMBARGO AGAINST CRAWFORD'S HOME STATE OF ISRAEL FOR BREACH OF CONTRACT, COVENANT) TO AVOID UNNECESSARY COST OR DELAY AND TO PREVENT ANY FURTHER IRREPARABLE HARM, DEATH, DESTRUCTION, MAYHEM, ACTS OF STATE SPONSORED TERRORISM AND OR CRIMES AGAINST HUMANITY HEAPED UPON THE PALESTINIAN PEOPLE SUCH AS THOSE DONE BY THE ELECTRONIC DEVICE DETONATIONS DONE WITHIN LEBANON AND WEST BANK. THE THRONE OF ISRAEL BELONGS TO THE FIDUCIARY HEIR, KING AND HIGH PRIEST OF THE ONE TRUE GOD, THE BRANCH OF JEWISH PROPHESY SEEN IN THE BOOK OF ZECHARIAH 6:12-13 (BY COVENANT/CONTRACT) WITH LEGAL DUTY AND OBLIGATION TO HALT THE INJUSTICE THAT DIRECTLY BARE ON ALL PRO PALESTINIAN PROTESTORS AROUND THE WORLD DIRECTLY AIDED BY THE UNITED STATES GOVERNMENT, FERRING PHARMACEUTICALS, INC. v. WATSON PHARMACEUTICALS, INC., 765 F.3d. 205 (3rd.Cir.2014); COCHLEAR LTD. v. OTICON MEDICAL AB, 2018 WL 5307822 (D.N.J.2018)(PRELIMINARY INJUNCTION IS IN THE PUBLIC'S INTEREST AND THE BALANCE OF EQUITIES TIP IN FAVOR OF THE GRANTING). RIGHTS OF RES JUDICATA AND COLLATERAL ESTOPPEL EMERGING FROM THE JEREMIAH MACKEY JR CASE 2023TRD112393 OUT OF THE FRANKIN COUNTY MUNICIPAL COURT AND CRAWFORD STATE CASES RELIED UPON AND RIGHTS OF CONTRACT, COVENANT PROTECTED BY ARTICLE 1 § 10 OF THE U.S. CONSTITUTION PRODUCE LIKELIHOOD OF SUCCESS AS WELL AS BY RIGHTS UNDER THE FOREIGN SOVEREIGN IMMUNITY ACT, BEBERMAN v. UNITED STATES DEPARTMENT OF STATE, 675 Fed. Appx' 131 (3rd.Cir.2017); JOSEPH JINGOLI & SON, INC. v. BEAL, 2023 WL 8933505 (D.N.J.2023); ZIVOTOFSKY EX REL ZIVOTOFSKY v. KERRY, 576 U.S. 1 (U.S.2015). THE PURPOSE OF THE PRELIMINARY INJUNCTION IN THIS INSTANCE IS MERELY TO PRESERVE THE PARTIES RELATIVE POSITION UNTIL TRIAL ON THE MERITS CAN BE HEARD, DELAWARE STATE SPORTSMEN'S ASSOCIATION, INC. v. DELAWARE DEPT. OF SAFETY & HOMELAND SECURITY, 108 F.4TH. 194 (3rd.Cir.2024); SCOTT v. AGULERI, 2025 WL 8233946 (E.D.Pa.2025); NEW JERSEY STAFFING ALLIANCE v. FAIS, 751 F.Supp.3d. 419 (D.N.J.2024).

THERE HAS BEEN NO RESOLUTION OF BOTH CASES INVOLVED AND THE CRAWFORD MOTION TO INTERVENE WITHIN THE MAHMOUD KHALIL CASE DUE TO THE COMMON QUESTION OF LAW AND FACT, AND DUE TO THE CASE RECENTLY BEING ESTABLISHED IS TIMELY MADE BY THE FIDUCIARY HEIR, KING, KHALIFAH, IMAM AND NAZARITE HIGH PRIEST OF THE ONE TRUE GOD, THE DIRECT HEIR AND KING OF THE THRONE OF ISRAEL ESTABLISHED BY "CONTRACT", BY "COVENANT" THAT CANNOT BE MADE OR UNMADE BY THE COURTS. THE MAHMOUD KHALIL CASE INVOLVES IDENTICAL PARTIES AS IS SOUGHT RELIEF IN THE CRAWFORD FAMILY CASE WHICH IS FILED BEFORE THE MAHMOUD KHALIL CASE TO ESTABLISH IMMUNITY FOR THE PRO PALESTINIAN PROTESTORS WHO ARE ALL 3, MUSLIM, CHRISTIAN AND JEW WHO SPOKE OUT AGAINST THE ACTS OF TYRANNY, OPPRESSION AND INJUSTICES DONE BY CRAWFORD'S HOME STATE OF ISRAEL, COMMON QUESTIONS OF LAW AND FACT THAT WOULD WARRANT THE CONSOLIDATION WHICH IS ALSO BASED UPON RIGHTS, PRIVILEGES AND IMMUNITIES SOUGHT EXERCISED PURSUANT TO THE FOREIGN SOVEREIGN IMMUNITY ACT. TO DENY THIS RIGHT WOULD CONSTITUTE A DENIAL OF PROTECTIONS ESTABLISHED UNDER THE FOREIGN SOVEREIGN IMMUNITY ACT MAKING THE DENIAL IMMEDIATELY APPEALABLE, IN RE: TERRORIST ATTACKS ON SEPTEMBER 11, 2001, 117 F.4TH. 13 (2nd,Cir.2024); JAYE OAK KNOLL VILLAGE CONDOMINIUM OWNERS ASSOCIATION, INC., 782 Fed. Appx' 197 (3rd.Cir.2019); CUTLER v. AMBER GREEN, 754 Fed. Appx' 96 (3rd.Cir.2018). ALTHOUGH A CONSOLIDATED PROCEEDINGS BY RULE WHICH ALLOWS THE CONSOLIDATION OF ACTIONS INVOLVING COMMON QUESTIONS OF LAW AND FACT, ONE OR MANY OR ALL PHASES OF THE SEVERAL ACTIONS MAY BE MERGED, BUT MERGER IS NEVER SO COMPLETE IN CONSOLIDATION AS TO DEPRIVE ANY PARTY OF A SUBSTANTIAL RIGHT WHICH HE MAY HAVE POSSESSED HAD THE ACTION PROCEEDED SEPARATELY; THUS, SEPARATE VERDICTS AND JUDGMENTS ARE NORMALLY NECESSARY WHICH ILLUSTRATE THAT THERE WOULD BE NO PREJUDICE EXPERIENCED BY MAHMOUD KHALIL, HIS ATTORNEYS OR THE OTHER EXISTING PARTIES TO THE ACTIONS IF CONSOLIDATION OCCURS. THEREFORE, THE PLAINTIFF, CRAWFORD, MOTIONS FOR CONSOLIDATION OF BOTH THE CASES INVOLVED, HALL v. HALL, 584 U.S. 59, 138 S.Ct. 1118, 200 L.Ed.2d. 399(U.S.2018); ABBOTT LABORATORIES v. FEINBERG, 2023 WL 19076, * 1+ (2nd.Cir.2023); BOYNES v. LIMETREE BAY VENTURES, LLC., Fed. Supp., 2024 WL 898245 (V.I.2024); POCHE v. WELLS FARGO N.A., 256 F.Supp.3d. 540

(D.N.J.2017); CITIZEN BANK N.A. v. MULYE, 2024 WL 4913949 (D.N.J.2024); SMITH v. HILLSIDE VILLAGE, 279 F.Supp.3d. 537 (D.N.J.2017).

THE STANDARD TO INTERVENE AS A MATTER OF RIGHT IS LENIENT. AN INTERVENOR DOES NOT NEED THE SAME STANDING TO INTERVENE AS IS REQUIRED TO INITIATE A SUIT. AN INTERVENOR NEED NOT HAVE SPECIFIC EQUITABLE INTEREST TO QUALIFY FOR INTERVENTION AS A MATTER OF RIGHT, THOUGH SPECIFIC AND LEGAL EQUITABLE INTEREST AND COMMON QUESTIONS OF LAW AND FACT DO EXIST IN THIS CASE, CRAWFORD BEING THE FIDUCIARY HEIR, KING, KHALIFAH, IMAM AND NAZARITE HIGH PRIEST OF THE ONE TRUE GOD AND MAHMOUD KHALIL BEING A BENEFICIARY OF THE CESTUI QUE TRUST AS ARGUED, ESTABLISHED BY "CONTRACT", BY "COVENANT" WITH DIRECT AND THIRD PARTY OBLIGATION TO PROTECT EACH OTHER AND TO PROTECT THE TERMS OF THE "GRANT" AND THE LAWS OF THE ONE TRUE GOD OF ABRAHAM, ISSAC, JACOB, KINGS DAVID AND SOLOMON, OF CHRIST AND THE PROPHET MUHAMMAD (PBUT), THE SEEKING OF REPARATIONS FOR THE TRANS-ATLANTIC SLAVE TRADE AND OTHER INTEREST ARGUED WITHIN THE INITIAL COMPLAINT AND ATTACHMENTS FILED WITH THIS DOCUMENT. THE DENIAL OF INTERVENTION AS A MATTER OF RIGHT WOULD BE AN ABUSE OF DISCRETION, A VIOLATION OF DUE PROCESS, BE UNCONSTITUTIONAL VOIDING THE COURT'S JURISDICTION UNDER THE CONSTITUTIONAL PRONG AND OR ELEMENT TO SUBJECT MATTER JURISDICTION, ZEEB HOLDINGS, LLC. v. JOHNSON, 338 F.R.D. 373 (N.D.Ohio.2021); SPARKS v. FITZHUGH, 2023 WL 3611462, * 3+ (N.D.Ohio.2023); UNITED STATES v. MICHIGAN, 68 F.4TH. 1021 (6th.Cir.2023); NORTH CAROLINA STATE CONFERENCE OF NAACP v. BERGER, 970 F.3d. 489(4th.Cir.2020); IN RE: CIGAR ASSOCIATION OF AMERICA, 812 Fed. Appx' 128 (4th.Cir.2020); ALT. v. U.S. E.P.A., 758 F.3d. 588 (4th.Cir.2014); DEPARTMENT OF NATURAL RESOURCES & ENVIRONMENTAL CONTROL v. MOUNTAIRE FARMS OF DELAWARE, INC., 375 F.Supp.3d. 522 (D.Del.2019); STATE FARM MUTUAL AUTOMOTIVE INSURANCE COMPANY v. DABBENE, 511 F.Supp.3d. 600 (E.D.Pa.2021); WAYNE LAND AND MINERAL GROUP, LLC. v. DELAWARE RIVER BASIN COMMISSION, 959 F.3d. 569 (3rd.Cir.2020).

FEDERAL RULES OF CIVIL PROCEDURE, RULE 24(a)(1)(2)

PROVIDES:

INTERVENTION OF RIGHT. ON TIMELY MOTION, THE COURT "MUST" PERMIT ANYONE TO INTERVENE WHO (1) IS GIVEN AN UNCONDITIONAL RIGHT TO INTERVENE BY FEDERAL STATUTE (IN THIS CASE THE FOREIGN SOVEREIGN IMMUNITY ACT); OR (2) CLAIMS AN INTEREST RELATED TO THE PROPERTY OR TRANSACTION THAT IS THE SUBJECT OF THE ACTION, AND IS SO SITUATED THAT DISPOSING OF THE ACTION MAY AS A PRACTICAL MATTER IMPAIR OR IMPEDE THE MOVANT'S ABILITY TO PROTECT THAT INTEREST, UNLESS EXISTING PARTIES ADEQUATELY REPRESENT THAT INTEREST. NONE OF THE EXISTING PARTIES IN THE MAHMOUD KHALIL CASE ADEQUATELY REPRESENT THE ACQUIRED INTEREST OF THE FIDUCIARY KING, KHALIFAH, IMAM AND NAZARITE HIGH PRIEST, A MEMBER OF THE SOLE CORPORATION AND FOREIGN SOVEREIGN CROWN WHO IS BOUND BY "CONTRACT", BY "COVENANT" TO PROTECT THE BENEFICIARIES OF THE CESTUI QUE TRUST. THE FACT THAT MAHMOUD KHALLIL HAS BEEN UNJUSTLY TARGETED BY THE TRUMP ADMINISTRATION, THEY TAKING ACTION AGAINST HIM WITHOUT THE CONSENT OF THE FIDUCIARY HEIR, KING, KHALIFAH, ESTABLISHES INJURY AND BURDENING OF THE CONTRACTUAL OBLIGATION. ARTICLE III STANDING TO INTERVENE IS ESTABLISHED, AETNA INC. v. INSYS THERAPEUTICS, INC., 330 F.R.D. 427 (E.D.Pa.2019); TOWN OF CHESTER, N.Y. v. LAROE ESTATES, INC. 581 U.S. 433, 137 S.Ct. 1645(U.S.2017. THE GRANTING OF INTERVENTION IS MANDATED IN THIS CASE AS DUE PROCESS LAW WOULD REQUIRE FOR THE SAKE OF "JUSTICE AND FAIRNESS".

THE PLAINTIFF(S) WANT TO BRING THE COURT'S ATTENTION TO THE ATTACHED DOCUMENT ENTITLED, "AFFIDAVIT OF FACTS GIVING JUDICIAL NOTICE; MOTION TO INTERVENE AND MOTION TO MOTION THEREFOR", [13] PAGES DATED MARCH 3, 2025 THAT WAS FILED BEFORE THE WASHINGTON, D.C. DISTRICT COURT UNDER CASE 1:25-cv-00403. SINCE WHEN IS A LEGAL ACTION FILED TO ESTABLISH "FOREIGN EMBASSY" STATUS TO EVERY CHURCH, MOSQUE AND SYNAGOGUE AROUND THE WORLD TO PREVENT GLOBAL NATIONS FROM ENCROACHING UPON THEM FOR NEFARIOUS REASONS TO BE CONSIDERED SOME STUPID, FRIVOLOUS, "SOVEREIGN CITIZEN" CLAIM? PLEASE TAKE NOTICE OF THE DOCUMENT ENTITLED, "AFFIDAVIT OF FACTS GIVING JUDICIAL NOTICE; MOTION TO VACATE THE ORDER ISSUED FILED APRIL 18, 2025 CHALLENGING THE PHILADELPHIA

DISTRICT COURT'S JURISDICTION****", [20] PAGES DATED APRIL 23, 2025. WITHIN THIS DOCUMENT IT HIGHLIGHTS THE DISTINCTION BETWEEN A "SOVEREIGN CITIZEN CLAIM" AND A "FOREIGN SOVEREIGN IMMUNITY ACT CLAIM". THE KEY WORD IN "SOVEREIGN CITIZEN" IS THE WORD "CITIZEN". YOU CANNOT NATURALIZE BY THE 14TH. AMENDMENT STOLEN FOREIGN SOVEREIGN ETHIOPIAN AFRICAN KINGS WITH DIRECT TIES TO THE THRONE OF ISRAEL AND THE ISLAMIC KHALIFATE. AFRICAN SLAVES BECAME ENSLAVED BY THE UNITED STATES, ILLEGALLY TAKEN FROM AFRICAN SOIL, FOREIGN SOIL IN VIOLATION OF THE F.S.I.A. IN ABOUT 1619 AND WAS A COMMERCIAL ACT SUPPORTED BY THE UNITED STATES GOVERNMENT GIVING RISE UNDER THE FOREIGN SOVEREIGN IMMUNITY ACT'S EXPROPRIATION, COMMERCIAL AND STATE SPONSORED TERRORISM EXCEPTIONS TO IMMUNITY UNDER THE F.S.I.A.. IT WASN'T UNTIL 1868 THAT MY AFRICAN, JEWISH, ARAB FOREFATHERS WERE EVEN CONSIDERED AS CITIZENS BEING ABOUT 250 YEARS A "ILLEGALLY ROBBED OF THEIR STATEHOOD" PEOPLE. THERE IS NO CONGRESSIONAL LEGISLATIVE ENACTMENT THAT ESTABLISH RIGHTS AS A "SOVEREIGN CITIZEN". THERE IS A CONGRESSIONAL LEGISLATIVE ENACTMENT THAT ESTABLISH RIGHTS UNDER THE FOREIGN SOVEREIGN IMMUNITY ACT. THERE IS NO CONGRESSIONAL ENACTMENT THAT STATE THAT YOU CAN NATURALIZE BY THE 14TH. AMENDMENT THE STOLEN FOREIGN SOVEREIGN AFRICAN ETHIOPIAN KINGS OR THEIR STOLEN OFFSPRING TAKEN VIA THE TRANS-ATLANTIC SLAVE TRADE. THUS, ANY CLAIM BY ANY COURT THAT THE COMPLAINT IS INCOMPREHENSIBLE IS MISGUIDED, AN ABUSE OF DISCRETION AND AN ACT OF FRAUD UPON THE COURT DESIGNED TO CONCEAL MATERIAL FACTS IN VIOLATION OF 18 U.S.C. § 1001, EIE GUAM v. LONG TERM CREDIT BANK, JAPAN, 322 F.3d. 635(9th.Cir.2003); ZIVOLTOFSKY EX REL ZIVOTOFSKY v. KERRY SUPRA.; SEMINOLE TRIBE OF FLORIDA v. FLORIDA, 517 U.S. 44, 116 S.Ct. 114(U.S.1996); ALDEN v. MAINE, 527 U.S. 706, 119 S.Ct. 2240, 114 L.Ed.2d. 636(U.S.1999); U.S. v. WONG KIM ARK, 169 U.S. 649, 18 S.Ct. 456, 42 L.Ed.2d. 890(U.S.1898); REYNOLDS v. UNITED STATES, 2024 WL 3925945 (N.D.Ohio.2024); WORLEY v. ISLAMIC REPUBLIC OF IRAN, 75 F.Supp.3d. 311 (D.D.C.2014); ROTH v. ISLAMIC REPUBLIC OF IRAN, 78 F.Supp.3d. 379(D.D.C.2015).

THE CLEAR DISTINCTION BETWEEN AFRICAN AMERICANS AS IMMIGRANTS AND NORMAL IMMIGRANTS IS THAT WHILE BOTH GROUPS A

FORCED OR VOLUNTARY MIGRATION, THE CIRCUMSTANCES, LEGAL STATUS, AND TREATMENT OF ENSLAVED AFRICANS WERE FUNDAMENTALLY DIFFERENT FROM OTHER IMMIGRANT GROUPS. **KEY DIFFERENCES: FORCED vs. VOLUNTARY MIGRATION:** ENSLAVED AFRICANS WERE FORCIBLY REMOVED FROM THEIR HOMES AND FAMILIES, WHILE OTHER IMMIGRANTS TYPICALLY CHOSE TO MOVE TO AMERICA FOR ECONOMIC, SOCIAL, OR POLITICAL REASONS. **LEGAL STATUS:** ENSLAVED AFRICANS WERE CONSIDERED AS PROPERTY, NOT PEOPLE, NOT "CITIZENS" AS IN "SOVEREIGN  CITIZEN", AND HAD NO LEGAL RIGHTS, WHILE OTHER IMMIGRANTS, EVEN THOSE WHO ENTERED THE COUNTRY WITHOUT PROPER DOCUMENTATION, HELD SOME LEGAL STATUS AND WERE NOT TREATED AS PROPERTY ie. MAHMOUD KHALIL. **TREATMENT AND EXPLOITATION:** ENSLAVED AFRICANS WERE SUBJECT TO BRUTAL TREATMENT AND ACTS OF STATE SPONSORED TERRORISM, FORCED LABOR, AND SEPARATIONS FROM NOT JUST THEIR HOMELAND, BUT THEIR FAMILIES AS WELL, OFTEN NOT EVEN PERMITTED TO MARRY, WHILE OTHER IMMIGRANT GROUPS, THOUGH FACING HARDSHIPS, WERE GENERALLY NOT SUBJECT TO SUCH EXTREME FORMS OF EXPLOITATION AND ABUSE WHICH INCLUDED RAPES, LYNCHINGS, DISMEMBERMENTS, CHILD RAPES AND SODOMY AND THE LIST GOES ON AND ON. **HISTORICAL CONTEXT:** SLAVERY WAS A SYSTEM OF FORCED LABOR THAT EXISTED IN THE UNITED STATES, WHERE ENSLAVED AFRICANS WERE OWNED AND EXPLOITED BY THE WHITE CULTURE OF THIS NATION EXERCISING WHAT IS PERCEIVED AS A SUPERIOR POSITION. IMMIGRATION TO THE UNITED STATES HAS A LONGER HISTORY, WITH VARIOUS GROUPS OF PEOPLE ARRIVING FOR DIFFERENT REASONS, INCLUDING ECONOMIC OPPORTUNITY, POLITICAL FREEDOM, AND SOCIAL CHANGE. THERE IS NO CONGRESSIONAL STATUTE THAT ESTABLISH RIGHTS FOR A "SOVEREIGN CITIZEN CLAIM". THERE IS ONE FOR ESTABLISHING RIGHTS FOR A "FOREIGN SOVEREIGN IMMUNITY ACT CLAIM" WHERE THE ACTS OF STATE SPONSORED TERRORISM OCCURRED INITIALLY ON "FOREIGN SOIL" WITHIN THE AFRICAN CONTINENT AND WHERE THE STATE SPONSORED TERRORISM EXCEPTION UNDER THE FOREIGN SOVEREIGN IMMUNITY ACT APPLIES RETROACTIVELY AND WHERE CRAWFORD IS THE FIDUCIARY HEIR, KING, KHALIFAH WITH RIGHTS ESTABLISHED BY "CONTRACT", BY "COVENANT" TO BRING THE CAUSE. THESE ARE NOT INCOMPREHENSIBLE CONCEPTS OF LAW. A SECTION 1983 COMPLAINT IS CONSIDERED INCOMPREHENSIBLE WHEN IT FAILS TO PROVIDE ADEQUATE FACTUAL ALLEGATIONS TO ESTABLISH A PLAUSIBLE CLAIM FOR RELIEF UNDER A PARTICULAR STATUTE. THE CLAIMS DO ESTABLISH PLAUSIBLE RELIEF

UNDER THE FOREIGN SOVEREIGN IMMUNITY ACT, BELL ATLANTIC CORP. v. TWOMBLY, 127 S.Ct. 1955(U.S.2007); RIFFLE v. CARNIVAL, 2025 WL 1158107 (S.D.Fla.2025).

ALL A PERSON HAVE TO DO IS GOOGLE, AND ASK THE QUESTION: "CAN WHERE GOD TELLS ABRAHAM IN THE OLD TESTAMENT THAT ALL THE NATIONS OF THE WORLD WILL BE BLESSED BY HIM AND GOD'S LAWS BE CONSIDERED A "GRANT?" THE ANSWER WILL COME BACK "EMPHATICALLY YES". IT WILL TELL YOU GOD'S PROMISE TO ABRAHAM IN GENESIS 12:3, WHERE HE STATES THAT ALL NATIONS WILL BE BLESSED THROUGH ABRAHAM, CAN BE CONSIDERED A "GRANT". THUS, THE "GRANT" GIVEN BY THE SOLE CORPORATION AND FOREIGN SOVEREIGN CROWN. THIS IS NOT DIFFICULT TO UNDERSTAND. IT IS A UNILATERAL DECLARATION FROM GOD, NOT A NEGOTIATED OR REWARD FOR ABRAHAM'S (PBUH) ACTIONS, BUT A PROMISE (COVENANT IS A TYPE OF PROMISE THAT IS MORE BINDING), WITH ABRAHAM (PBUH) RECEIVING A **"BENEFIT"** TO HIM AND HIS DESCENDANTS (THIS PRODUCES THE BENEFICIARIES OF THE CESTUI QUE TRUST), THE PROMISE, COVENANT OF BLESSINGS, WITHOUT REQUIRING ANY SPECIFIC ACTION OR PAYMENT FROM HIM. **ELABORATION: UNILATERAL PROMISE:** GOD MAKES THE PROMISE (COVENANT/CONTRACT) TO ABRAHAM (PBUH) WITHOUT REQUIRING ANY SPECIFIC CONDITIONS OR ACTIONS FROM ABRAHAM. ITS A GIFT OR FAVOR BESTOWED UPON HIM. **BENEFIT TO ABRAHAM AND HIS DESCENDANTS:** ABRAHAM RECEIVES THE PROMISE (COVENANT/CONTRACT) OF BLESSINGS, WHICH ARE SEEN AS A POSITIVE OUTCOME. **EXTENSION TO ALL NATIONS:** THE PROMISE (COVENANT/CONTRACT) EXTENDS BEYOND ABRAHAM TO ALL NATIONS, INDICATING A BROADER DIVINE PURPOSE. **ABRAHAMIC COVENANT:** THIS PROMISE IS A KEY PART OF THE ABRAHAMIC COVENANT, A SERIES OF PROMISES GOD MAKES TO ABRAHAM, HIS DESCENDANTS (ESTABLISHING THE BENEFICIARIES OF THE CESTUI QUE TRUST BY 2 WIVES "HAGAR" [MUSLIMS] AND "SARAH" [JEWS AND CHRISTIANS], AND THE LAND. **BLESSINGS THROUGH OBEDIENCE:** WHILE THE PROMISE IS A "GRANT", IT IS ALSO LINKED TO ABRAHAM'S OBEDIENCE AND FAITH (DO NOT GIVE THE RIGHT TO LEGALLY MARRY WHICH IS AN INTRINSIC TENET OF GOD'S LAWS TO "SODOMITES [HOMOSEXUALS] OR GOMORRAHRITES [LESBIANS] WHO GOD CONSIDER AS ABOMINATIONS AND YOU ARE OBLIGATED BY THIS COVENANT/CONTRACT TO PREVENT THIS AND PROTECT ITS TERMS). GOD PROMISES BLESSING THROUGH ABRAHAM'S SEED (DESCENDANTS, HAGAR

[MUSLIMS], SARAH [CHRISTIANS AND JEWS]), AND ABRAHAM AND HIS DESCENDANTS (THE FIDUCIARY HEIR, KING, KHALIFAH AND BENEFICIARIES OF THE CESTUI QUE TRUST) OBEDIENCE HELPS FULFILL THIS PROMISE, THIS COVENANT, THIS CONTRACT ESTABLISHING DIRECT AND THIRD PARTY OBLIGATION, THAT IS OBVIOUSLY PROTECTED BY ARTICLE 1 § 10 OF THE UNITED STATES CONSTITUTION WHICH PROTECTS ALL KINDS OF CONTRACTS, INCLUDING RELIGIOUS "COVENANTS". IT IS PROTECTED BY THE 1st. AMENDMENT FREE EXERCISE CLAUSE BEING ATTACHED TO RELIGIOUS OBSERVANCE AS WELL AS STATE AND FEDERAL PROBATE LAW BEING "INTELLECTUAL PROPERTY" BY INHERITANCE AS GOD'S HEIRS THROUGH CHRIST. THIS POSITION IS NOT INCOMPREHENSIBLE, THE CLAIM IS NOT UNREASONABLE AND INDISPUTABLY HAS FOUNDATION. IT IMPLICATES THE LAWS OF CONTRACT, THE LAWS OF PROBATE OR INHERITANCE, IT IMPLICATES RIGHTS UNDER THE 1st. AMENDMENT FREE EXERCISE CLAUSE ALSO BEING DIRECTLY TIED TO RELIGIOUS BELIEFS. DUE TO THE "CONTRACT", "COVENANT" OCCURRING ON "FOREIGN SOIL" INVOLVING A "SOLE CORPORATION". FOREIGN SOVEREIGN IMMUNITY ACT IMPLICATION ALSO EXIST (INVOLVING PROPHETS, KINGS AND HIGH PRIESTS) WHERE THE LAW OF THE "CONTRACT", "COVENANT" WHEN AND WHERE IT WAS MADE STANDS AND CANNOT BE MADE OR UNMADE BY THE COURTS WITH EX POST FACTO LAW, WATSON v. MERCER, 27 U.S. 380 (U.S.1829); OGDEN v. SANDERS, 25 U.S. 213 (U.S.1827); PURE WATER INCORPORATED v. PRESCOTT, CITY OF, 845 F.3d. 943 (9th.Cir.2017); LOYD v. ROWE, 20 N.J.L. 680 (N.J.1846)(THE ASSIGNMENT OF THE BREACH IS SUFFICIENT); FLETCHER v. PECK, 6 CRANCH 87 (U.S.1810); TRUSTEES OF DARTMOUTH COLLEGE v. WOODWARD, 17 U.S. 518 (U.S.1819); U.S. v. JOHNSON, 845 F.Supp. 864 (M.D.Fla.1994)(THE ACT OF GIVING GAYS AND LEBIANS THE RIGHT TO LEGALLY MARRY IS CRIMINAL AND PUNISHABLE BY DEATH UNDER THE LAWS OF THE ONE TRUE GOD IMPLICATION ALSO EX POST FACTO CLAUSE PROTECTION BASED UPON THE LAWS WHERE AND WHEN THE COVENANT WAS MADE); FOX v. VICE, 563 U.S. 826, 131 S.Ct. 2205(U.S.2011); RABB v. CITY OF OCEAN CITY, NEW JERSEY, 833 F.3d. 286 (3rd.Cir.2016).

INASMUCH, THE PETITIONER WILL DEAL WITH THE ELEPHANT IN THE ROOM. THE PETITIONER HAS BEEN SEEN BY 9 DIFFERENT FORENSIC PSYCHOLOGIST. NOT ONE OF THEM DEEMED THE PETITIONER AS DELUSIONAL

OR PSYCHOTIC. THE PETITIONER IS NOT ON ANY PSYCHOTROPIC
MEDICATION. THIS PLEADING SUBMITTED AS AN "AFFIDAVIT OF FACTS"
MUST BE CONSIDERED AS TRUE UNLESS REBUTTED BY CLEAR EVIDENCE. IT
IS RECORDED HISTORY THAT THE PROPHET JOSEPH OF THE 3 MONOTHEISTIC
RELIGIONS, WHILE IN CAPTIVITY IN EGYPT, MARRIED "ASENATH", THE
DAUGHTER OF THE EGYPTIAN PRIEST OF "ON" (HELIOPOLIS IN EGYPT). IT
IS A WELL KNOWN HISTORICAL FACT THAT EGYPTIANS, JEWS AND ARABS
OCCUPIED THAT AREA CONNECTING THE BLOODLINE OF THE "QURAYSH" OF
ISLAM WHOM THE PROPHET MUHAMMAD'S OF ISLAM (PBUH) ANCESTRY
ORIGINATES FROM WHICH IS SUPPORTED BY GENESIS 21:8-21 THAT
MENTIONS THAT "ISHMEAL" WHOM MUSLIMS TRANCE THEIR ANCESTRY TO
MARRIED AN "EGYPTIAN WOMAN". IT WAS BY THE ONE TRUE GOD'S DIVINE
DECREE (QADR) THAT HE ALLOWED THE PROPHET JOSEPH TO MARRY
"ASNENATH" WITH BLOODLINE CONNECTIONS TO ISHMAEL AND HIS SONS
SEEN IN THE BOOK OF GENESIS 41:45 WHICH IS SUPPORTED BY THE
VISION OF JOSEPH SEEING HIS BROTHERS AND PARENTS BOWING DOWN TO
HIM. IT IS CLEAR BY GENESIS CHAPTER(S) 17:16 AND 21:13 THAT THE
ONE TRUE GOD PROMISED ABRAHAM THAT HE WOULD MAKE "BOTH" HAGAR AND
SARAH A GREAT NATION WHICH IS FULFILLED BY THE EMERGENCE OF THE
JUDEO-CHRISTIAN AND ISLAMIC FAITHS WITH MUSLIMS BEING DESIGNATED
AS HAGAR'S CHILDREN AND JEWS AND CHRISTIANS BEING DESIGNATED AS
SARAH'S CHILDREN. THUS, YOU HAVE THE ESTABLISHING OF THE PARABLE
OF THE "TWO STICKS" WRITTEN WITHIN THE BOOK OF EZEKIEL 37:16-22
FORETELLING THAT THESE TWO NATIONS OF HAGAR AND SARAH WOULD IN
EARTH'S HISTORY BE UNITED UNDER ONE KING, KHALIFAH WHO IS THE
FIDUCIARY HEIR, KING, CRAWFORD, PRESENTLY BEFORE YOU. THERE IS
ALSO EVIDENCE OF QURAYSH BLOODLINE OF THE PROPHET MUHAMMAD (PBUH)
BEING DIRECTLY TIED TO THE PROPHET JACOB OF JUDEO-CHRISTIAN
FAITH. THEREFORE, BY "CONTRACT", BY "COVENANT" CONFIRMED BY ISLAM
AND THAT WHICH IS WRITTEN IN THE BOOK OF ISAIAH 11:1-5 AND
ZECHARIAH 6:12-13 "THE BRANCH" OF JEWISH PROPHESY, "THE ELIJAH"
OF CHRISTIAN PROPHESY, "THE MAHDI" OF ISLAMIC PROPHESY, THE
DIRECT DESCENDANT OF THE EARTH'S GREATEST PROPHETS AND KINGS, OF
THE LINE OF AARON AND THE LEVITICAL PRIESTHOOD, THE FIDUCIARY
HEIR, KING, KHALIFAH, IMAM AND NAZARITE HIGH PRIEST OF THE ONE
TRUE GOD IS ONE MAN, NOT THREE, AS SOME MAY HAVE THOUGHT. THIS
PERSON BY RELIGIOUS PROPHESY IS RULER AND RELIGIOUS LEADER, A

"KING-KHALIFAH-IMAM-PRIEST" OVER THE 4 GLOBAL THRONES OF RELIGIOUS PROPHESY THAT ESTABLISH THE RE-ESTABLISHED GLOBAL THEOCRATIC STATE, "THE KINGDOM OF IRON MIXED WITH MIRY CLAY" FORETOLD AND WRITTEN TO COME SEEN WITHIN THE BOOK OF DANIEL CHAPTER 2:41-44 DEPICTING A "KINGDOM" THAT IS POWERFUL AND STRONG, LIKE IRON, THAT EXIST WITHIN YOUR FRACTURED, DIVISIVE, POLARIZED GLOBAL DEMOCRATIC NATIONS WHO DUE TO YOUR GLOBAL DIVISIONS ARE "CLAY", YOU ARE ALL OVER THE PLACE, LEFT, RIGHT, MIDDLE, WITH NO TRUE DIVINE COURSE, SUBJECT TO YOUR CARNAL WHIMS, SPEAKING BLASPHEMIES AGAINST THE ONE TRUE GOD, MEN MARRYING MEN, WOMEN MARRYING WOMEN AND ALL KINDS OF CRAZY, CORRUPT GREED AND AVARICE, RACIAL HATRED AND VIOLENCE YOUR NATIONS HAVE GOING ON. BY SUCH, AS THE FOREIGN SOVEREIGN FORERUNNER TO GOD'S CHRIST, MY GREAT ETC. GRAND UNCLE, ALL OF AFRICA, ALL OF THE MIDDLE EAST, EVERY CHURCH, MOSQUE AND SYNAGOGUE AROUND THE WORLD, INCLUDING THE VATICAN COMES UNDER MY AUTHORITY AND RULE TO PERMIT ME TO PURGE THEM BEFORE CHRIST'S RETURN AS SUPPORTED BY MARK 9:12 AND THE BOOK OF MALACHI CHAPTERS 3 AND 4 OF THE "CONTRACT", "COVENANT" ALSO SUPPORTED BY THE LITIGATION CONTAINED WITHIN THE ATTACHMENTS FILED IN THE SEEKING OF THIS MOTION TO INTERVENE IN THE MAHMOUD KHALIL CASE THAT IS BY RIGHT, NOT PERMISSION. THE INTERVENOR-PLAINTIFF IS UNDER FIDUCIARY DUTY AND CONTRACTUAL OBLIGATION TO PREVENT THE ACTS PERPETRATED AGAINST MAHMOUD KHALIL AND THE OTHER PRO PALESTINIAN PROTESTORS FOR THE SAKE OF "JUSTICE AND FAIRNESS" AS THE "CONTRACTS", COVENANTS" OF THE 3 TRUE MONOTHEISTIC RELIGIONS FORETELL, EDEN v. GOODYEAR TIRE & RUBBER CO., 858 F.2d. 198 (4th.Cir.1988); CURTIS v. CAFE ENTERPRISES INC., 2016 WL 6916786 (N.C.2016); MASTERPIECE CAKESHOP, LTD. v. COLORADO CIVIL RIGHTS COM'N., 138 S.Ct. 1719, 201 L.Ed.2d. 35(U.S.2018). RIGHTS UNDER THE FOREIGN SOVEREIGN IMMUNITY ACT ARE INVOKED BY WHAT IS ARGUED WITHIN THESE PENDING CASES. EVERY ACT DO NOT HAVE TO BE COMMERCIAL IN NATURE IF IT HAS A CASUAL CONNECTION TO COMMERCIAL ACTS SUCH AS THE GOVERNMENT PAYING AND ALLOWING PRIVATE ENTITIES TO MAKE MONEY OFF OF HOUSING THE IMMIGRANTS, PAYING MILLIONS OF DOLLARS TO FOREIGN GOVERNMENTS TO HOUSE THESE IMPORTED IMMIGRANTS AND DEPRIVING FEDERAL FUNDING OR NON PROFIT STATUS IF THE RELIGIOUS GROUPS OPPOSE THIS RECKLESS

INFRINGEMENT AND ENCROACHMENT UPON OUR RELIGIOUS DOMAIN THAT IS PROTECTED BY CONTRACT, BY COVENANT AND THE 1st. AMENDMENT FREE EXERCISE CLAUSE OF THE U.S. CONSTITUTION. IT IS A KNOWN SCIENTIFIC FACT THAT AFRICAN BLOOD FLOWS THROUGH MIDDLE EASTERN POPULATIONS AND THESE LATINOS WHERE MANY SLAVES FROM AFRICA WERE TAKEN TO SOUTH AMERICA AND THROUGHOUT THE MIDDLE EAST AS WELL. THEREFORE, AS PART OF THE SEEKING OF REPARATIONS FOR THE TRANS-ATLANTIC SLAVE TRADE, ALL MIDDLE EASTERNERS AND LATINOS WHO ARE IN THIS NATION WILL BE SOUGHT PROTECTED PURSUANT TO THE SEEKING OF REPARATIONS BECAUSE WE ALL KNOW GOOD AND WELL THAT THE GLOBAL NATIONS WOULD NEVER BE ABLE TO PAY THE FULL DEBT OWED TO AFRICAN AMERICANS IN MERELY MONETARY, PUNITIVE DAMAGE RELIEF. THIS ALSO REQUIRES THE ISSUING OF PRELIMINARY INJUNCTION TO CALL FOR MAHMOUD KHALIL AND ANY OTHER PRO PALESTINIAN PROTESTOR RELEASE AND TO HALT ANY FURTHER DEPORTATIONS UNTIL THIS CASE PURSUANT TO REPARATIONS CAN BE PERMITTED TO MOVE FORWARD WITHIN THE COURTS UNDER THE FOREIGN SOVEREIGN IMMUNITY ACT EXCEPTIONS FOR THE SAKE OF "JUSTICE AND FAIRNESS", DeSANCHEZ v. BANCO CENTRAL De NICARAGUA, 770 F.2d. 1385, 54 U.S.L.W. 2230(5th.Cir.1985); ROSESABAGINA v. REPUBLIC OF RWANDA,--F.Supp.3d.--, 2023 WL 355951 (D.D.C.2023); VERLINDEN B.V. v. CENTRAL BANK NIGERIA, 461 U.S. 480, 103 S.Ct. 1962, 76 L.Ed.2d. 81 (U.S.1983); AMERICAN PIPE & CONST. v. UTAH, 414 U.S. 538, 94 S.Ct. 756, 38 L.Ed.2d. 713(U.S.1974); CALIFORNIA PUBLIC EMPLOYEES, RETIREMENT SYSTEMS v. A.N.Z. SECURITIES, INC., 137 S.Ct. 2042, 198 L.Ed.2d. 584, 85 U.S.L.W. 4481(U.S.2017); CHINA AGRITECH, INC. v. RESH, 138 S.Ct. 1800, 201 L.Ed.2d. 123, 86 U.S.L.W. 4369(U.S.2018); IN RE: PORSHE AUTOMOBIL HOLDINGS S.E., 985 F.3d. 115 (1st.Cir.2021).

THE PLAINTIFF-INTERVENOR BRINGS THE COURT'S ATTENTION TO THE ATTACHMENT, THE AFFIDAVIT OF FACTS GIVING JUDICIAL NOTICE;****, [40] PAGES DATED NOVEMBER 22, 2024. WITHIN THIS DOCUMENT EXIST THE MEMORANDUM OF LAW AND DECLARATION OF SOVEREIGNTY OF THE RE-ESTABLISHED GLOBAL THEOCRATIC STATE. JUST LIKE THE UNITED STATES FOUGHT TO LONG AGO TO ESTABLISH THEMSELVES AS A SOVEREIGN NATION FROM THE HOMELAND OF ENGLAND; JUST LIKE THE

STATE OF ISRAEL IN 1948 FOUGHT TO ESTABLISH THEIR INDEPENDENT
SOVEREIGN IDENTITY IN THE MIDDLE EAST; JUST AS THE VATICAN
ESTABLISHED ITSELF AS AN INDEPENDENT SOVEREIGN NATION WITHIN THE
BORDERS OF THE SOVEREIGN STATE OF ITALY; JUST AS THE INDIAN
NATIONS OF THE UNITED STATES FOUGHT TO ESTABLISH THEMSELVES AS AN
INDEPENDENT NATION WITHIN THE UNITED STATES? BY THE COMMAND OF
THE ONE TRUE GOD, I AM HERE, AS THE FORERUNNER TO GOD'S CHRIST,
TO DO THE SAME TO AND FOR MY PEOPLE, AFRICANS, ITS DIASPORA,
CHRISTIANS, MUSLIMS, JEWS OF THE WORLD BY "CONTRACT", BY
"COVENANT" OF THE SOLE CORPORATION AND FOREIGN SOVEREIGN CROWN
UNDER THE FOREIGN SOVEREIGN IMMUNITY ACT. THOUGH AT PRESENT THERE
MAY BE NO CONGRESSIONAL PROVISION THAT ESTABLISH THIS, THERE IS A
RIGHT TO DO SO BY 1st. AMENDMENT PROTECTIONS OF FREEDOM OF
RELIGION. THERE IS A RIGHT TO DO SO BY ARTICLE 1 § 10 OF THE
CONTRACT CLAUSE OF THE U.S. CONSTITUTION. THERE IS A RIGHT TO DO
SO BY PROBATE LAW, THE LAWS OF TRUSTS AND INHERITANCE. THERE IS A
RIGHT TO DO SO BY THE FOREIGN SOVEREIGN IMMUNITY ACT WITH
DECEDENT DOMICILE CLAIMS SINCE THE UNITED STATES CANNOT LEGALLY
NATURALIZE BY THE 14TH. AMENDMENT STOLEN AFRICAN SOVEREIGN KINGS
OR THEIR STOLEN SOVEREIGN OFFSPRING WITH DIRECT TIES TO THE
THRONE OF ISRAEL AND THE ISLAMIC KHALIFATE. THERE IS A RIGHT TO
DO SO BY THE LAW OF DEFAULT, FORFEITURE AND WAIVER WHERE THE
UNITED STATES CONGRESS AND SENATE WERE PARTIES UNDER THE CRAWFORD
STATE CASES RELIED UPON FOR WHICH THEY WERE BEING SUED FOR THIS
RIGHT OF FOREIGN SOVEREIGN ESTABLISHMENT UNDER CASES
2013-CP-400-0084, 2294 WHERE THE UNITED STATES GOVERNMENT AGENTS
WHO REPRESENTED THE UNITED STATES CONGRESS AND SENATE TO
ESTABLISH THE LEGAL RIGHT MADE A BACK DOOR APPEARANCE GIVING THE
STATE COURT JURISDICTION OVER THEM BY THE UNITED STATES
GOVERNMENT HIDING THEIR APPEARANCE IN FRAUD AND FAILED TO PLEAD
SUBJECTING THE UNITED STATES TO DEFAULT, FORFEITURE AND WAIVER.
ONCE CRAWFORD CAUGHT AND BROUGHT TO THE ATTENTION OF THAT STATE
COURT THE UNITED STATES GOVERNMENT'S BACK DOOR APPEARANCE
ESTABLISHED BY RECORD ENTRY, TIMELY PLACING THE DECEPTION ON THE
COURT RECORD WHERE THE COURT AND PARTIES WERE DIRECTLY SERVING
THEM AND THEY WERE VOLUNTARILY RECEIVING THOSE COURT FILING AFTER
THEIR VOLUNTARY APPEARANCE WAIVING ANY CHALLENGE TO SERVICE OR

IMPROPER NOTICE. ONCE THE STATE OF SOUTH CAROLINA ACTORS, CONSPIRING UNDER COLOR OF STATE LAW, IN ACTS OF FRAUD UPON THE COURT AND OBSTRUCTION OF JUSTICE, REALIZED THAT WE CAUGHT THE UNITED STATES GOVERNMENT'S VOLUNTARY APPEARANCE, THEY ATTEMPTED TO CONCEAL THE PRESENCE OF PAUL GUNTER AND KRISTY KHOL, REPRESENTATIVE AGENTS OF THE UNITED STATES FROM THE COURT RECORD BY ILLEGALLY DISMISSING THE CASES SAYING THAT THE UNITED STATES WAS NOT PROPERLY SERVED THOUGH THE UNITED STATES NEVER TIMELY OR PROPERLY CHALLENGED ANY SERVICE DEFICIENCY AND THEY VOLUNTARILY APPEARED DEMONSTRATING THAT THEY WERE INDEED SERVED THE SUMMONS AND COMPLAINT OR THEY WOULD HAVE NOT HAD KNOWLEDGE OF THE CASE AND SHOWED UP IN THAT COURTROOM. THIS IS WHY IN FRAUD THEY HAD TO DO ANYTHING THEY POSSIBLY COULD TO ILLEGALLY DISMISS THE CASE BECAUSE THE UNITED STATES GOVERNMENT'S FAILURE TO PLEAD AND CHALLENGE ALL THAT WAS ASSERTED WOULD BIND ALL (50) STATES BY THE SUPREMACY CLAUSE WHEN THEN REMOVED TO FEDERAL JURISDICTION VIA THE FEDERAL FORFEITURE AND WAIVER AND PURSUANT TO THE FOREIGN SOVEREIGN IMMUNITY ACT. THIS IS WHY THE FEDERAL GOVERNMENT INAPPROPRIATELY INFLUENCED THE VARIOUS FEDERAL JUDGES INVOLVED TO AVOID SERVICE AND PREVENT THESE JURISDICTIONAL FACTS FROM BEING ESTABLISHED WITHIN ANY FEDERAL COURT RECORD WITHIN AN EXTRA TERRITORIAL CONSPIRACY GOING ON FOR YEARS. THIS IS NOT AN INCOMPREHENSIBLE POSITION OF LAW. NOR IS IT UNREASONABLE OR IMPLAUSIBLE, OR BASELES OR MERITLESS OR FRIVOLOUS WHICH IS WHAT THIS CASE IS ALSO FILED TO DETERMINE REQUIRING THE ISSUING OF THE SUMMONS AND COMPLAINT TO DETERMINE ONCE AND FOR ALL WHO "KRISTY KHOL" AND "PAUL GUNTER" ARE, WHO MADE BACK DOOR APPEARANCE WITHIN THOSE CRAWFORD STATE COURT PROCEEDINGS AND FORFEITED AND WAIVED ON ANY CHALLENGE TO THE CLAIMS BEFORE US. THIS WOULD ESTABLISH CONGRESSIONAL INTENT, LIABILITY AND RIGHTS BY THE UNITED STATES GOVERNMENT'S SILENCE AND FRAUD CONCEALING THEIR VOLUNTARY APPEARANCE WHEN THEY HAD FULL OPPORTUNITY TO CHALLENGE, DEFEND AND REBUT THE CLAIMS WITHIN THAT STATE COURT PROCEEDINGS WHICH IS AN INTRINSIC PART OF THE EXTRA TERRITORIAL CONSPIRACY GOING ON FOR OVER 18+ YEARS. ONCE THE UNITED STATES GOVERNMENT, ITS CONGRESS, ITS SENATE VOLUNTARILY APPEARED IN THE FORM OF PAUL GUNTER AND KRISTY KHOL (HOW DID THE PLAINTIFF GET THESE NAMES IF

THEY DIDN'T APPEAR WITHIN THE COURT DOCUMENTS WITH FEDERAL EMAIL ADDRESSES), BUT MAKE NO CHALLENGES TO THE SUMMONS AND COMPLAINT, THEY WOULD BE SUBJECT TO DEFAULT, FORFEITURE AND WAIVER. THEIR FAILURE TO RESPOND AND CONTEST THE CLAIMS WOULD BE TREATED AS AN ADMISSION. LEADING TO JUDGMENT IN THE PLAINTIFF'S FAVOR WHICH WOULD BIND ALL (50) STATES BY THE SUPREMACY CLAUSE. THE U.S. GOVERNMENT GENERALLY HAS SOVEREIGN IMMUNITY IN THAT IT CANNOT BE SUED WITHOUT CONSENT. YET CONGRESS CAN WAIVE THAT IMMUNITY (ie. THE F.S.I.A.) ALLOWING SUIT TO MOVE FORWARD. IF THE GOVERNMENT CHOOSES TO VOLUNTARILY APPEAR IN A COURT AFTER BEING SUED BEING SERVED THE SUMMONS AND COMPLAINT. THE UNITED STATES GOVERNMENT IS IMPLICITLY CONSENTING TO THE COURT'S JURISDICTION. IF THE GOVERNMENT APPEARS (KRISTY KHOL, PAUL GUNTER) BUT DOESN'T CHALLENGE THE COMPLAINT OR SUMMONS, IT'S ESSENTIALLY CONCEDING THE VALIDITY OF THE CLAIMS AND WAIVING ITS RIGHT TO CONTEST THEM. IN THIS SCENARIO THE STATE COURT WAS REQUIRED TO ISSUED THE DEFAULT JUDGMENT IN FAVOR OF THE PLAINTIFF WHICH FURTHER DEMONSTRATE A LIKELIHOOD TO SUCCEED ON THE MERITS FOR PRELIMINARY INJUNCTION PURPOSES AGAINST THE STATE OF ISRAEL AND TO PREVENT ANY FURTHER DEPORTATIONS UNTIL TRIAL CONCLUDES, INCLUDING MAHMOUD KHALIL'S, BUT IN FRAUD WORKED TO CONCEAL THEIR VOLUNTARY APPEARANCE. THE UNITED STATES GOVERNMENT'S FAILURE TO DEFEND ITSELF WOULD BE CONSIDERED A FORFEITURE AND WAIVER ON ANY DEFENSES THAT THEY MIGHT HAVE HAD MAKING MAHMOUD KHALIL A BENEFICIARY OF THE CESTUI QUE TRUST, PROTECTED BY THE ONE TRUE GOD, THE FIDUCIARY HEIR, KING, KHALIFAH, IMAM AND NAZARITE HIGH PRIEST OF THE ONE TRUE GOD, A MEMBER OF THE SOLE CORPORATION AND FOREIGN SOVEREIGN CROWN, BY "CONTRACT", BY "COVENANT", BEING IMMUNE FROM GOVERNMENT ACTION WITHOUT THE CONSENT OF THE FIDUCIARY HEIR AND KING WHICH THE UNITED STATES GOVERNMENT DO NOT HAVE OR ITS AGENCIES, WHICH ALSO RELATE TO ALL PRO PALESTINIAN PROTESTORS WITHIN THIS NATION. THOUGH IN FRAUD, CONSPIRACY AND OBSTRUCTION OF JUSTICE THE CRAWFORD STATE CASES WERE INAPPROPRIATELY DISMISSED, TIMELY MOTION TO VACATE THOSE JUDGMENTS FOR FRAUD UPON THE COURT WERE FILED AND ARE STILL PENDING UNTIL THIS VERY DAY, FAILED TO BE RULED ON FURTHER DEMONSTRATING THAT THE CLAIMS ARE NOT MOOT AND WHERE THE CASES

ARE PETITIONED REMOVED TO THE FEDERAL COURT UNDER 28 U.S.C. §§ 2679, 1602-1605 ET. SEQ.. THUS, BEFORE THE FEDERAL COURTS CAN EVER CALL THIS CLAIM FRIVOLOUS, SERVICE AND COMPLAINT MUST ISSUE TO DETERMINE ONCE AND FOR ALL WHO "PAUL GUNTER" AND "KRISTY KHOL" ARE WHO MADE BACK DOOR APPEARANCE WITHIN THE CRAWFORD STATE CASES ARE AND WHO FAILED TO MAKE ANY CHALLENGE SUBJECTING THE UNITED STATES GOVERNMENT TO DEFAULT, FORFEITURE AND WAIVER, WHICH WOULD ALSO GO TOWARDS PREVENTING THE DEPORTATION OF MAHMOUD KHALIL AND ANY OTHER RELEVANT PRO PALESTINIAN PROTESTOR, HAMER v. NEIGHBORHOOD HOUSING SERVICE OF CHICAGO, 583 U.S. 17, 138 S.Ct. 13 (U.S.2017); UNITED STATES v. CAMMARATA, 129 F.4TH. 193 (3rd.Cir.2025); UNITED STATES v. DORSEY, 105 F.4TH. 526 (3rd.Cir.2024). AS LONG AS THAT CASE IS STILL PENDING, EVEN IN THE FORM OF A TIMELY MOTION TO VACATE THE FINAL ORDERS FOR FRAUD UPON THE COURT, POSSESSING 28 U.S.C. §§ 2679, 1605-1612 ET. SEQ. FEDERAL QUESTION, THE CLAIMS ARE NOT MOOT AND THE UNITED STATES GOVERNMENT VOLUNTARY APPEARANCE FAILING TO CHALLENGE BINDS AT THIS COURT MAKING MAHMOUD KHALIL SUBJECT TO IMMUNITY WITHOUT THE CONSENT OF THE FIDUCIARY HEIR, KING, KHALIFAH WHICH THE GOVERNMENT AGENCY INVOLVED DO NOT HAVE AND WHERE THE U.S. CONGRESS AND SENATE ARE PARTIES TO THE DEFAULT, FORFEITURE AND WAIVER, ECC INTERNATIONAL CONSTRUCTORS, LLC. v. SECRETARY OF ARMY, 79 F.4TH. 1364 (Fed.Ct.2023); BROWN v. ARIZONA, 82 F.4TH. 863 (9th.Cir.2023).

ONCE THAT CRIMINAL ACT OF FRAUD AND OBSTRUCTION THAT OCCURRED WITHIN THE CRAWFORD STATE COURTS CASES INVOLVED IS REMOVED TO THE FEDERAL COURTS AND IT BE ESTABLISHED BEYOND ANY REASONABLE DOUBT WHO KRISTY KHOL AND PAUL GUNTER ARE WHO MADE THE VOLUNTARY APPEARANCE ON BEHALF OF THE UNITED STATES GOVERNMENT BUT FAILED TO PLEAD AND CHALLENGE THE CLAIMS WHO EVEN ACTED AS AGENTS OF THE U.S. CONGRESS AND SENATE WHO ARE NAMED IN THE COMPLAINT(S) UNDER CASES 2013-CP-400-0084, 2294 OUT OF THE S.C. RICHLAND COUNTY COURT OF COMMON PLEAS SUBJECTING THE UNITED STATES GOVERNMENT TO FORFEITURE AND WAIVER UNDER THE FOREIGN SOVEREIGN IMMUNITY ACT, THAT FORFEITURE AND WAIVER WOULD BE BINDING ON ALL 50 STATES BY THE SUPREMACY CLAUSE, INCLUDING THE

AGENCIES THAT ARE SUBJECT IN QUESTION PURSUANT TO THE MAHMOUD KHALIL'S SEIZURE AND ATTEMPTED DEPORTATION. THIS CLAUSE WITHIN THE U.S. CONSTITUTION ESTABLISHES THAT FEDERAL LAW, INCLUDING COURT JUDGMENTS, IS THE SUPREME LAW OF THE LAND, BINDING ALL STATES. THUS, ANY JUDGMENT AGAINST THE FEDERAL GOVERNMENT, EVEN BY DEFAULT, WOULD BE APPLICABLE NATIONWIDE AND TO ALL FEDERAL AGENCIES INVOLVED INCLUDING THE IMMIGRATION DEPARTMENT. THEIR FRAUDULENT CONCEALMENT AND VIOLATION OF DUE PROCESS LAW WITHIN THOSE STATE PROCEEDINGS BIND THEM PREVENTING MAHMOUD KHALIL'S IMMIGRATION REMOVAL AND THE OTHERS INVOLVED WITHOUT THE CONSENT OF THE FIDUCIARY HEIR, KING, KHALIFAH WHICH THE AGENCY INVOLVED DO NOT HAVE. PRELIMINARY INJUNCTION IN FUNDAMENTAL FAIRNESS TO THE PARTIES MUST ISSUE TO PREVENT ANY FURTHER IRREPARABLE INJURY FROM HAPPENING TO OTHERS AND TO REMEDY THE INJUSTICES THAT HAVE CURRENTLY OCCURRED, TREASURY OF NEW JERSEY v. U.S. DEPT. OF TREASURY, 684 F.3d. 382 (3rd.Cir.2012); UNITED STATES v. WASHINGTON, 596 U.S. 832, 142 S.Ct. 1976 (U.S.2022); COUNTY OF OCEAN v. GREWAL, 475 F.Supp.3d. 355 (D.N.J.2020).

BY THE LITIGATION SUBMITTED, THE CASES REFERRED TO WITHIN THE ATTACHMENTS, AMONG OTHER THINGS, ARE FILED TO ESTABLISH ALL RIGHTS, TITLES, PRIVILEGES AND IMMUNITIES OF THE SOLE CORPORATION AND FOREIGN SOVEREIGN CROWN AND THE BENEFICIARIES OF THE CESTUI QUE TRUST OF THE RE-ESTABLISHED GLOBAL THEOCRATIC STATE OF THE (3) TRUE MONOTHEISTIC RELIGIONS OF JUDAISM, CHRISTIANITY AND ISLAM, WHICH INCLUDE ALL OF AFRICA, THE MIDDLE EAST AND THE STATE OF ISRAEL. THIS WOULD WARRANT A PRELIMINARY INJUNCTION TO STAY ANY ATTEMPTED DEPORTATIONS UNTIL TRIAL OCCURS AND WOULD GIVE EVERY CHURCH, MOSQUE AND SYNAGOGUE AROUND THE WORLD FOREIGN EMBASSY STATUS SUPPORTED BY RIGHTS OF RES JUDICATA AND COLLATERAL ESTOPPEL FROM THE JEREMIAH MACKEY JR. AND CRAWFORD S.C. STATE CASES RELIED UPON. THUS, A PRELIMINARY INJUNCTION STAYING ALL DEPORTATIONS IS WARRANTED AND IT BECOMES ILLEGAL AND IMPERMISSIBLE FOR ANY GOVERNMENT AGENCY TO CALL THEMSELVES ENTERING THE CHURCHES, MOSQUES AND SYNAGOGUES WITHIN YOUR GLOBAL NATIONS TO CARRY OUT ANY IMMIGRATION AGENDA OR ANY OTHER OF YOUR GLOBAL NATIONS AGENDA WITHOUT THE CONSENT OF THE FOREIGN SOVEREIGN FIDUCIARY HEIR, KING, KHALIFAH, IMAM AND HIGH PRIEST

AND MEMBER OF THE SOLE CORPORATION AND FOREIGN SOVEREIGN CROWN AS THUS STATED AND ESTABLISHED WITHIN THE LEGAL DOCUMENTS PRESENTED. THEREFORE, THE MOTION TO INTERVENE BY RIGHT MUST BE PERMITTED TO ALLOW THE FORERUNNER TO GOD'S CHRIST TO PROTECT HIS ACQUIRED INTEREST AND THE INTEREST OF THE BENEFICIARIES OF THE CESTUI QUE TRUST, WHOM MAHMOUD KHALIL IS ONE, AND TO HALT ANY GLOBAL GOVERNMENT FROM ENTERING THESE PLACES OF WORSHIP TO PROMOTE IMMIGRATION RAIDS OR TO ESTABLISH YOUR GLOBAL NATIONAL INTEREST OR AGENDAS WITHOUT THE CONSENT OF THE FIDUCIARY HEIR, KING, KHALIFAH AND HIGH PRIEST OF THE ONE TRUE GOD WHICH NONE OF YOUR GLOBAL NATIONS OR AGENCIES WITHIN HAVE. THE PETITIONER MOTIONS TO INTERVENE FOR THE PURPOSE OF ESTABLISHING THE SOVEREIGNTY OF THE KING-KHALIFAH AND HIGH PRIEST OF THE ONE TRUE GOD AND BENEFICIARIES OF THE CESTUI QUE TRUST OVER THE PLACES OF WORSHIP OF THOSE WHO BASE THEIR DOCTRINES UPON THE TEACHINGS OF THE PROPHETS MOSES, CHRIST AND MUHAMMAD (PBUT) RESPECTIVELY, INDIVIDUALLY AND COLLECTIVELY, BY "CONTRACT", BY "COVENANT" PROTECTED BY THE 1st. AMENDMENT FREE EXERCISE CLAUSE, BY ARTICLE 1 § 10 OF THE U.S. CONSTITUTION AND BY STATE AND FEDERAL PROBATE LAW, AND TO SEEK PRELIMINARY INJUNCTION TO STAY ALL DEPORTATIONS UNTIL THE ISSUE OF REPARATIONS FOR THE TRANS-ATLANTIC SLAVE TRADE IS HEARD UNDER THE FOREIGN SOVEREIGN IMMUNITY ACT DUE TO THE IMMIGRANTS BLOODLINES POSSESSING AFRICAN ORIGINS. ANY LAW WHICH IN ITS OPERATION AMOUNTS TO THE DENIAL OR OBSTRUCTION OF RIGHTS ACCRUING BY "CONTRACT", BY "COVENANT", THOUGH PROFESSING TO ACT ONLY ON THE REMEDY, IS VIOLATIVE OF CONSTITUTIONAL INHIBITIONS AGAINST LEGISLATIVE, EXECUTIVE AND OR JUDICIAL IMPAIRING OF RIGHTS OF CONTRACT, SVEEN v. MELIN, 138 S.Ct. 1815, 201 L.Ed.2d. 180, 86 U.S.L.W. 4392(U.S.2018). BY THE ACTIONS OF THE TRUMP ADMINISTRATION, THESE FAR WHITE NATIONALIST DEVILS, YOUR NATION IS IN VIOLATION OF THE TERMS OF THE "GRANT" IN THAT YOUR NATIONS WERE PERMITTED TO USE OUR LAWS, THE LAWS OF THE SOLE CORPORATION AND FOREIGN SOVEREIGN CROWN, GIVEN TO YOU THROUGH GOD AND THE PROPHET ABRAHAM, YOUR CURRENT MORAL CODES TAKEN FROM US, ONLY IF YOU ACTED IN USE OF YOUR GOVERNMENT AUTHORITY WITH "JUSTICE AND FAIRNESS". WHAT YOUR NATIONS ARE CURRENTLY ATTEMPTING AGAINST THESE IMMIGRANTS, THE ONES WHO HAVE VIOLATED NO SUBSTANTIAL LAW,

DEFIES "JUSTICE AND FAIRNESS" ESTABLISHING CAUSE FOR THE FIDUCIARY HEIR TO BRING ACTION AND EVEN RECALL THE "GRANT" GIVEN TO YOUR GLOBAL NATIONS IF YOU DO NOT CEASE AND DESIST WITH THESE ACTS THAT DEFY "JUSTICE AND FAIRNESS" ALSO BASED UPON ONE OF GOD'S PRIMARY LAWS, "DO NOT OPPRESS THE STRANGER AT THY GATE FOR YOU WERE ONCE A SLAVE IN EGYPT", SEE EXODUS 22:21; EXODUS 23:9; LEVITICUS 19:34 AND DEUTERONOMY 10:19. THE CONTRACT CLAUSE OF THE U.S. CONSTITUTION APPLIES TO EVERY KIND OF CONTRACT WHICH INCLUDES "GRANTS" THAT ARE INTRINSICALLY A PART OF A "COVENANT" AND THE "COVENANT" ITSELF, AND WHERE IN THIS CASE THERE IS DIRECT AND THIRD PARTY OBLIGATION TO ENSURE THAT THE TERMS OF THE "CONTRACT", THE "COVENANT", THE "GRANT" ARE MAINTAINED WITHIN ALL GLOBAL NATIONS FOR THE SAKE OF "JUSTICE AND FAIRNESS". THIS PHRASE IS SEEN ALL OVER YOUR COURT WALLS AROUND THE NATION "JUSTICE AND FAIRNESS" DEMONSTRATING THAT YOUR NATIONS ARE CLEARLY AWARE OF THE TERMS OF THE "GRANT" BEING BROUGHT BEFORE THE COURTS INVOLVED, BANK MARKAZI v. PETERSON, 578 U.S. 212, 136 S.Ct. 1310, 194 L.Ed.2d. 463(U.S.2016); RAFAELI, LLC. v. OAKLAND COUNTY, 952 N.W.2d. 434, 472 Mich. (2020); GORDON v. T.B.C. RENTAL GROUP, INC., F.Supp.3d., 2016 WL 4247738 (DSC.2016); DAN RYAN BUILDERS, INC. v. CRYSTAL RIDGE DEVELOPMENT, INC., 783 F.3d. 976, 91 Fed. R. SERV.3d. 625(4th.Cir.2015); SEATT'S UNION GOSPEL MISSION v. WOODS,--S.Ct.--, 2022 WL 827849 (MEM) (U.S.2022); BEVERLY v. GRAND STRAND REGIONAL MEDICAL CENTER, LLC.,--S.E.2d.--, 2022 WL 534191 (S.C.App.2022); ARTHUR ANDERSON LLP. v. CARLISLE, 556 U.S. 624, 129 S.Ct. 1896, 173 L.Ed.2d. 832(U.S.2009). BY THE TRUMP ADMINISTRATION'S ACTIONS THEY ARE BURDENING THE OBLIGATION OF THE "CONTRACT", THE "COVENANT" THAT COMMANDS US NOT TO OPPRESS THE STRANGER AT OUR GATES AND TO ACT WITH "JUSTICE AND FAIRNESS" IN THE LOVE AND FEAR OF THE ONE TRUE GOD MAKING THEIR ACTIONS AGAINST THE PLACES OF WORSHIP UNCONSTITUTIONAL SUBSTANTIALLY BURDENING THE OBLIGATION OF OUR RELIGIOUS BELIEFS AND IMPAIRING THE OBLIGATION OF THE CONTRACT. WITH REPARATIONS BEING SOUGHT FOR THE TRANS-ATLANTIC SLAVE TRADE AND WHERE AFRICAN BLOOD FLOWS THROUGH THESE MIDDLE EASTERN AND LATINO MIGRANTS, IN LIGHT OF THE FACT THAT YOUR GLOBAL NATIONS WOULD NEVER BE ABLE TO PAY MONETARILY OR PUNITIVELY ALL THE

DAMAGES ACCRUED AGAINST MY PEOPLE, THE SEEKING TO PROTECT THOSE IMMIGRANT RIGHTS AS PART OF REPARATIONS DUE TO THEIR AFRICAN ANCESTRY WOULD WARRANT A STAY ON ALL SUCH DEPORTATIONS UNTIL THE ISSUE OF THE TRANS-ATLANTIC SLAVE TRADE WOULD BE PERMITTED TO MOVE FORWARD WITHIN THE COURT. THE SEEKING OF REPARATION AND OBLIGATION OF COVENANT WOULD REQUIRE THE COURT TAKE IMMEDIATE ACTION TO GRANT THE PRELIMINARY INJUNCTIVE RELIEF SOUGHT TO MAINTAIN THE STATUS QUO WHILE THE TRIAL IS PERMITTED TO MOVE FORWARD, POINDEXTER v. GREEHOW, 114 U.S. 270, 5 S.Ct. 903, 29 L.Ed. 185(U.S.1885); ALDEN v. MAINE, 527 U.S. 706, 119 S.Ct. 2240, 144 L.Ed.2d. 636(U.S.1999); DAVIS v. CANTRELL, 2018 WL 6169255, * 5+ E.D.La.; BUILDING AND REALTY INSTITUTION OF WESTCHESTER AND PUTNAM COUNTIES, 2021 WL 4198332, * 33 S.D.N.Y..

WHEN AN ACT OF PARLIAMENT OR THE CONGRESS OF THE UNITED STATES GOVERNMENT IS AGAINST THE COMMON RIGHT AND REASON, OR REPUGNANT TO THE CONSTITUTION, OR IS IMPOSSIBLE TO PERFORM IN LIGHT OF OUR RELIGIOUS AND CONTRACTUAL OBLIGATIONS, THE COMMON LAW WILL CONTROL IT WHICH IS EVEN SUPERSEDED BY THE ONE TRUE GOD'S LAWS, AND JUDGE SUCH AS VOID. ACCORD TO VAN HORNE'S LESSEE v. DORRANCE, 2 U.S. 304, 316 (F.CAS) 2 DALL 304 (1795). A STATUTE, AND WE CAN ADD, A LAW OR EXECUTIVE ORDER, EVEN AS IT RELATES TO DEPORTATION, SHALL NEVER HAVE AN EQUITABLE CONSTRUCTION IN ORDER TO OVERTHROW OR DIVEST AN ESTATE OF THE GLOBAL BELIEVERS, OR DENY RIGHTS PROTECTED BY THE CONSTITUTION, WHICH IN THIS CASE, IS ALSO SUPPORTED BY THE F.S.I.A., ESPECIALLY ONE GIVEN BY CLEAR "CONTRACT", "COVENANT" OF THE ONE TRUE GOD. EVERY STATUTE AND OR LAW, DEROGATORY TO THE RIGHTS OF PROPERTY, WHICH INCLUDE INTELLECTUAL PROPERTY AND ALL RIGHTS PRIVILEGES AND IMMUNITIES PROTECTED UNDER THE F.S.I.A., WHICH INCLUDES THE CHURCHES, MOSQUES AND SYNAGOGUES WITHIN YOUR GLOBAL NATIONS, OWED BY THE ONE TRUE GOD AND HIS SERVANTS, THE BENEFICIARIES OF THE CESTUI QUE TRUST, AND ALL MATTERS CONTAINED THEREIN PROTECTED BY "COVENANT", THAT SERVE TO TAKE AWAY THE ESTATE OF CITIZENS OR THE RIGHTS, TITLES, PRIVILEGES AND IMMUNITIES PROTECTED UNDER THE FOREIGN SOVEREIGN IMMUNITY ACT IN THIS INSTANCE, OUGHT TO BE CONSTRUED STRICTLY OR YOU VIOLATE THE CONTRACT, THE COVENANT

RELIED UPON WHICH CANNOT BE MADE OR UNMADE BY THE COURTS OR THIS "VILLAGE IDIOT", DONALD TRUMP IN HIS FAR ALT RIGHT WHITE NATIONALIST AGENDA ACTING IN RACIAL HATRED AND ANIMUS. THE LAW IS CLEAR ON THIS ISSUE. CRAWFORD BEING THE STOLEN CHILD OF FOREIGN SOVEREIGN ETHIOPIAN AFRICAN KINGS VIA THE TRANS-ATLANTIC SLAVE TRADE WITH DIRECT TIES TO THE THRONE OF ISRAEL AND THE ISLAMIC KHALIFATE CANNOT BE NATURALIZED BY THE 14TH. AMENDMENT MAKING THESE LEGITIMATE "FOREIGN SOVEREIGN IMMUNITY ACT CLAIMS", AND NOT SOME STUPID, FRIVOLOUS "SOVEREIGN CITIZEN CLAIM" WHERE CRAWFORD RENOUNCED HIS AMERICAN CITIZENSHIP BEFORE ALL FEDERAL COURTS INVOLVED AND ADOPTED THE CITIZENSHIP OF HIS ISRAELI FOREFATHERS, KINGS DAVID AND SOLOMON, AND INVOKED THE ISRAELI LAW OF RETURN. CRAWFORD IS FOREIGN SOVEREIGN BY HIS ORIGINAL STATUS AS FOREIGN SOVEREIGN VIA THE (3) HOLY BOOKS AND SUNNAH OF THE PROPHET MUHAMMAD (PBUH), LIVING BINDING "CONTRACTS", "COVENANTS" ESTABLISHED BY THE ONE TRUE GOD AND HIS HOLY PROPHETS AND KINGS, KHLAIFAHS.

IF THE STATE MAY COMPEL THE SURRENDER OF ONE CONSTITUTIONAL RIGHT AS A CONDITION OF ITS FAVOR, IT MAY, IN LIKE MANNER, COMPEL THE SURRENDER OF ALL, TO INCLUDE THE LAWS OF NATURE WHICH REFLECT THE LAWS OF THE ONE TRUE GOD OF THE JEWISH, CHRISTIAN AND MUSLIM WORLD. CAN MAN CAUSE THE ONE TRUE GOD TO SURRENDER HIS RIGHTS AND HIS LAWS GIVEN TO HIS SERVANTS AS INHERITANCE? IT IS INCONCEIVABLE THAT GUARANTEES EMBEDDED IN THE CONSTITUTION OF THE UNITED STATES, WHICH INCLUDE THAT ALL SOVEREIGN NATIONS ARE ANSWERABLE TO NO ONE BUT GOD, MAY BE THUS MANIPULATED OUT OF EXISTENCE WHICH IN THIS CASE ARE PROTECTED BY "CONTRACT", BY "COVENANT" SECURED UNDER ARTICLE 1 § 10 OF THE U.S. CONSTITUTION, THE 1st. AMENDMENT FREE EXERCISE CLAUSE AS WELL AS BY STATE AND FEDERAL PROBATE LAW AND ARTICLE IV § 2 Cf. PUBLIC LICENSE AND PRIVATE RIGHTS (BARNETT 1953); 33 O.L.R. 10n. 32 (STATES POWER TO GRANT PRIVILEGES ON ITS OWN CONDITION IS LIMITED, SO THAT IT MAY NOT THEREBY REQUIRE RELINQUISHMENT OF CONSTITUTIONAL RIGHTS). THE GLOBAL BELIEVERS HAVE A FIDUCIARY DUTY AND OR DIRECT AND OR THIRD PARTY OBLIGATION TO PROTECT THE

TERMS OF THE CONTRACTS, COVENANTS, GRANTS AS HIGHLIGHTED WITHIN THE ATTACHMENT FROM BEING WATERED DOWN, DILUTED, IGNORED, VIOLATED OR ENCROACHED UPON BY ANY OUTSIDE FORCES WHO OPERATE WITH NO LOVE OR FEAR OF THE ONE TRUE GOD WHOSE WRATH AND JUDGMENT NONE OF YOU, YOUR COURTS, OR NATIONS CAN PROTECT US FROM, WHICH WOULD PRODUCE IRREPARABLE INJURY TO OUR VERY SOULS. THE COURTS HAVE EXPLAINED, THE HISTORY OF THE REMEDY CLAUSE INDICATES THAT ITS PURPOSE IS TO PROTECT ABSOLUTE COMMON LAW RIGHTS RESPECTING PERSON'S PROPERTY, THEIR DOMAIN, AND REPUTATION, WHICH ALLOWING THESE CURRENT EVILS PERPETRATED BY THE TRUMP ADMINISTRATION WOULD CLEARLY STAIN THE REPUTATION OF THE PLACES OF WORSHIP WHICH WOULD BE FURTHER COMPOUNDED IF THE FIDUCIARY HEIR, KING, KHALIFAH, IMAM AND NAZARITE HIGH PRIEST OF THE ONE TRUE GOD, THE FORERUNNER TO GOD'S CHRIST, DID NOT IMMEDIATELY ACT TO PREVENT SUCH ACTS THAT DEFY "JUSTICE AND FAIRNESS" TO INCLUDE THOSE TAKEN AGAINST THE BENEFICIARIES OF THE CESTUI QUE TRUST SUCH AS MAHMOUD KHALIL AND OTHER BELIEVING IMMIGRANTS. THESE RIGHTS ALSO BEING PROTECTED UNDER THE FOREIGN SOVEREIGN IMMUNITY ACT BY THE EMERGENCE OF THE FOREIGN SOVEREIGN FIDUCIARY HEIR, KING, KHALIFAH, IMAM AND NAZARITE HIGH PRIEST OF THE ONE TRUE GOD. THE COURT HAS STATED THAT THE GUARANTEE OF REMEDY BY DUE PROCESS LAW FOR INJURY TO PERSONS, PROPERTY AND REPUTATION, "IS ONE OF THE MOST SACRED AND ESSENTIAL OF ALL THE CONSTITUTIONAL GUARANTEES" AND WITHOUT IT A FREE GOVERNMENT CANNOT BE MAINTAINED OR INDIVIDUAL LIBERTY PRESERVED. THIS NATION FORMALLY RECOGNIZES THE STATES OF ISRAEL, THE VATICAN, ETHIOPIA AS FOREIGN SOVEREIGN NATIONS? BY SUCH, SUPPORTED BY THE LITIGATION PRESENTED, THE COURT MUST ALSO FORMALLY RECOGNIZE "THE BRANCH", "THE ELIJAH", "THE MAHDI" THE FOREIGN SOVEREIGN OF RELIGIOUS PROPHESY WHO IS FOREIGN SOVEREIGN BY HIS ORIGINAL STATUS AS FOREIGN SOVEREIGN ESTABLISHED BY CONTRACT, BY COVENANT PURSUANT TO THE (3) HOLY BOOKS OF THE (3) MAINSTREAM RELIGIONS AND SUNNAH OF THE PROPHET MUHAMMAD (PBUH), ALSO ESTABLISHED AS THE "LAST WILL AND TESTAMENT" OF THE ONE TRUE GOD AND HIS HOLY PROPHETS, KINGS, HIGH PRIEST, THE MEMBERS OF THE SOLE CORPORATION AND FOREIGN SOVEREIGN CROWN, SMOTHERS v. GRESHAM TRANSFER INC., 332 Or. 83, 23 P.3d. 333(2001); GEARIN v. MARION COUNTY, 110 Or. 390, 396, 233 P. 929; WORLEY v. ISLAMIC REPUBLIC

OF IRAN, 75 F.Supp.3d. 311 (D.D.C.2014); ZIVOTOFSKY EX REL ZIVOTOFSKY v. KERRY, 576 U.S. 1, 135 S.Ct. 2076(U.S.2015); ROTH v. ISLAMIC REPUBLIC OF IRAN, 78 F.Supp.3d. 379(D.D.C.2015); PEELE v. WILLIFORD, 2019 WL 13243004 (E.D.N.C.2019).

THE FOREIGN SOVEREIGN POWER IN THE FORM OF THE BRANCH OF JEWISH PROPHESY, THE ELIJAH OF CHRISTIAN PROPHESY, THE MAHDI OF ISLAMIC PROPHESY, THE FIDUCIARY HEIR, KING, KHALIFAH AND HIGH PRIEST OF THE ONE TRUE GOD HAS PARAMOUNT RIGHT TO PROTECT THE LIVES, HEALTH, MORALS, COMFORT AND GENERAL WELFARE OF THE SERVANTS, PEOPLE, OF THE ONE TRUE GOD, THE BENEFICIARIES OF THE CESTUI QUE TRUST AND THE RE-ESTABLISHED GLOBAL THEOCRATIC STATE THAT MAKE UP THE KINGDOM OF IRON MIXED WITH MIRY CLAY FORETOLD BY THE ONE TRUE GOD AND HIS HOLY PROPHETS. THAT WHICH IS WRITTEN BY THE ONE TRUE GOD AND HIS HOLY PROPHETS CANNOT BE BROKEN. SEE JOHN 10:35 MEANING THAT THE WORD OF GOD IS ABSOLUTE AND CANNOT BE ALTERED OR DISREGARDED. ALSO SEE HOME BLDG. & LOAN ASS'N v. BLAISDELL, 290 U.S. 398, 54 S.Ct. 231, 88 A.L.R. 1481, 78 L.Ed. 413(U.S.1934). THE CHURCHES, MOSQUES AND SYNAGOGUES WITHIN YOUR GLOBAL NATIONS ARE MINE TO PROTECT, EVEN ABOVE THE POPE HIMSELF, TO PURGE THEM FOR THE COMING OF CHRIST BY FIDUCIARY DUTY AND CONTRACTUAL OBLIGATION WHICH INCLUDE THE FIDUCIARY DUTY AND CONTRACTUAL OBLIGATION TO PROTECT THE BENEFICIARIES OF THE CESTUI QUE TRUST FROM ANY OF YOUR LAWS OR ACTIONS THAT DEFY "JUSTICE AND FAIRNESS" AS ASSESSED BY THE FOREIGN SOVEREIGN FIDUCIARY HEIR, KING, A MEMBER OF THE SOLE CORPORATION AND FOREIGN SOVEREIGN CROWN, ELLIOTT v. BOARD OF SCHOOL TRUSTEES OF MADISON CONSOLIDATED SCHOOLS,--F.3d.--, 2017 WL 5988226 (7th.Cir.2017); NORTH CAROLINA ASS'N OF EDUCATORS, INC. v. STATE, 368 N.C. 777, 786 S.E.2d. 255 (N.C.2016); SPIRES v. SCHOOLS,--F.Supp.3d.--, 2017 WL 4174774 (DSC.2017); FIFTH THIRD BANCORP v. DUDENHOEFFER, 132 S.Ct. 2459, 189 L.Ed.2d. 457, 82 U.S.L.W. 4578 (U.S.2014); PEREZ v. CHIMES DISTRICT OF COLUMBIA, INC., F.Supp.3d., 2016 WL 6124679(D.C.Md.2016).

THE GOVERNMENT MAY NOT EXCLUDE A PERSON FROM PRACTICE OF LAW, AS THE LAWGIVER OF THE ONE TRUE GOD, ESTABLISHED BY

CONTRACT, COVENANT, OR ANY OTHER OCCUPATION (KING-KHALIFAH-HIGH PRIEST) IN A MANNER FOR REASONS THAT CONTRAVENE THE DUE PROCESS OR EQUAL PROTECTION OF THE LAWS CLAUSES OF THE 14TH. AMENDMENT. THE GOVERNMENT CANNOT PREVENT THE RIGHTS OF OUT OF STATE CITIZENS UNDER THE PRIVILEGE AND IMMUNITIES CLAUSE TO PROTECT THE RIGHTS OF BELIEVERS AS THEY RELATE TO THE PLACES OF WORSHIP OF THE ONE TRUE GOD, TO PLY THEIR TRADE, PRACTICE THEIR RELIGIOUS OCCUPATIONS WITH ALL DUTIES, RESPONSIBILITIES AND RIGHTS CONTAINED THEREIN, OR TO PURSUE A COMMON CALLING IMPAIRING THOSE RIGHTS FOR PROTECTORATE REASONS. THUS, THE CRAWFORD RIGHT TO INTERVENE TO ESTABLISH ALL RIGHTS, TITLES, PRIVILEGES AND IMMUNITIES ALSO UNDER THE FOREIGN SOVEREIGN IMMUNITY ACT IS ESTABLISHED, SCHWARE v. BOARD OF EXAM OF STATE OF N.M., 353 U.S. 232, 77 S.Ct. 752, 64 A.L.R.2d. 288, 1 L.Ed.2d. 796(U.S.1957); FACIRE v. SULLIVAN, 2017 WL 3710066 (D.C.Nev.2017); VIRGINIA BOARD OF MEDICINE v. ZACKRISON, 67 Va.App. 461, 796 S.E.2d. 866(2017); DOE v. ROGERS, 139 F.Supp.3d. 120 (D.D.C.2015); BOLLS v. VIRGINIA BD. OF BAR EXAMINERS, 811 F.Supp.2d. 1260(E.D.Va.2011); McBURNEY v. YOUNG, 569 U.S. 221, 133 S.Ct. 1709, 185 L.Ed.2d. 758(U.S.2013); HONEY v. VERMONT, 2017 WL 2167123 (2017); SCHOENEFELD v. SCHNEIDERMAN, 821 F.3d. 273 (2nd.Cir.2016); ALT. v. U.S. E.P.A., 758 F.3d. 588 (4th.Cir.2014); MIDDLETON v. ANDINO, 481 F.Supp.3d. 563(DSC.2020); AMERICAN COLLEGE OF OBSTRICIANS AND GYNECOLOGIST v. U.S. FOOD AND DRUG ADMINISTRATION, 467 F.Supp.3d. 282 (D.Md.2020).

"HAERES EST EADEM PERSONA CUM ANCESSORE"---THE HEIR IS THE SAME PERSON AS HIS ANCESTOR (PROBATE LAW). THIS IS NOT AN IMPLAUSIBLE OR UNREASONABLE POSITION OR LEGAL PRINCIPLE UNDER THE LAWS OF PROBATE AND BY THE TERMS OF THE "CONTRACT", "COVENANT" RELIED UPON AND THE EXISTENCE OF THE SOLE CORPORATION AND FOREIGN SOVEREIGN CROWN THAT EXISTED THOUSANDS OF YEARS BEFORE THIS NATION WAS FORMED PRODUCING FIDUCIARY DUTY AND CONTRACTUAL OBLIGATION AS THUS STATED. THIS IS CONFIRMED BY THE RECENT MANIFESTATIONS OF RELIGIOUS PROPHESY, ACTS OF GOD, THAT CONFIRM THAT CRAWFORD IS WHO HE CLAIMS TO BE IN THE FORM OF ISRAEL'S DESTRUCTION OF GAZA, PALESTINE, FORETOLD IN THE BOOK OF ISAIAH

14:29-32 THAT ALSO HIGHLIGHT "THE COCKATRICE AND SMOKE FROM THE NORTH" PROPHESYING WHERE THIS MAN WOULD BE BORN, ie JERSEY CITY, NEW JERSEY IN THE NORTH, AND IN THE FORM OF THE CELESTIAL SIGN OF THE LUNAR AND SOLAR ECLIPSE OCCURRING RAMADAN OF 2024, A SIGN THAT HAS NOT BEEN SEEN IN OVER 150 YEARS THAT THE PROPHET MUHAMMAD (PBUH) OF ISLAM CONFIRMED WOULD APPEAR HERALDING MY EMERGENCE BEFORE MANKIND. UNLESS THE HONORABLE NEW JERSEY DISTRICT COURT CAN DETERMINE THESE MANIFESTATIONS OF RELIGIOUS PROPHESY DID NOT OCCUR? THERE CAN BE NO LEGITIMATE CLAIM OF BASELESS, MERITLESS OR FRIVOLOUS. THE COURT MUST DETERMINE IF THERE IS A "CONTRACT", "COVENANT" RELIED UPON AS IS ARGUED WITHIN THE ATTACHMENTS, ILLINOIS PNEUMATIC GAS CO. v. BERRY, 113 U.S. 322; MEYERS v. HOLLEY, 537 U.S. 280; BANK OF MARKAZI v. PETERSON SUPRA.; DENTON v. HERNANDEZ, 504 U.S. 25, 33 (U.S.1992); FOX v. VICE, 563 U.S. 826, 131 S.Ct. 2205(U.S.2011).

RESPECTFULLY,
JONAH THE TISHBITE

APRIL 28, 2025

Lawrence L. Crawford
#300830 F3B. Rm 148.
Evans CI 610 Hwy 9 West
Bennettsville SC 29512

2025 MAY -7 A 11:20

The United States District
Court of New Jersey
Newark Division
50 Walnut Street
MLK Jr Building
Newark, NJ 07102

...AYED



US POSTAGE
ZIP 29512 $
02 4W
0000378442