CLERK
UNITED STATES DISTRICT COURT
NEWARK, NEW JERSEY 07101

OFFICIAL BUSINESS

DV DANIELS NJ 070
13 MAY 2025 PM 2



quadient
FIRST-CLASS MAIL
IMI
$000.69
05/12/2025 ZIP 07101
043M31257646
US POSTAGE

LYNAE KISA CRAWFORD
P.O. BOX 5606
HILLSIDE, NJ 07205

NIXIE    076    EE 1    7206/11/25
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 07101    *1930-05208-13-44

9400 9225 5115 8160

UTF
07205-560606

**Other Documents**

2:24-cv-03934-MEF-JBC
CRAWFORD v. KIPP CHARTER
SCHOOL et al **CASE CLOSED**
**on 11/12/2024**

ADMCLOSED,PROSE

## U.S. District Court

### District of New Jersey [LIVE]

**Notice of Electronic Filing**

The following transaction was entered on 5/8/2025 at 1:02 PM EDT and filed on 5/7/2025
**Case Name:**    CRAWFORD v. KIPP CHARTER SCHOOL et al
**Case Number:**  2:24-cv-03934-MEF-JBC
**Filer:**
**WARNING: CASE CLOSED on 11/12/2024**
**Document Number:** 18

**Docket Text:**
**Letter from LAWRENCE L. CRAWFORD Seeking to Intervene in Case No. 25-cv-1963 for the purposes of consolidating with 24-cv-3934. (adc, )**

**Case Name:**    Khalil v. Joyce et al.
**Case Number:**  2:25-cv-01963-MEF-MAH
**Filer:**
**Document Number:** 235

**Docket Text:**
**Letter from LAWRENCE L. CRAWFORD Seeking to Intervene in Case No. 25-cv-1963 for the purposes of consolidating with 24-cv-3934. (adc, )**

**2:24-cv-03934-MEF-JBC Notice has been electronically mailed to:**

**2:24-cv-03934-MEF-JBC Notice has been sent by regular U.S. Mail:**

LYNAE KISA CRAWFORD
P.O. BOX 5606
HILLSIDE, NJ 07205

**2:25-cv-01963-MEF-MAH Notice has been electronically mailed to:**

AMY E GREER    agreer@dratellewis.com

AUGUST FLENTJE    august.flentje@usdoj.gov

BAHER AZMY    bazmy@ccrjustice.org, ltodd@ccrjustice.org

DAVID A BROWN , II    dbrown@namanhowell.com

DHRUMAN YOGESH SAMPAT     dhruman.y.sampat@usdoj.gov, kristal.downing@usdoj.gov

ELORA MUKHERJEE     emukherjee@law.columbia.edu

FARRIN R. ANELLO     fanello@aclu-nj.org, courtfiling@aclu-nj.org

GREG HAROLD GREUBEL     greg.greubel@thefire.org, docket@thefire.org

IAN HINONANGAN     iancorporate@yahoo.com

JEANNE LOCICERO     jlocicero@aclu-nj.org, courtfiling@aclu-nj.org

JOHN MICHAEL MIANO     miano@colosseumbuilders.com

LEENA KHANDWALA     leena.khandwala@rutgers.edu

MOLLY KC LINHORST     mlinhorst@aclu-nj.org, courtfiling@aclu-nj.org

NAZ AHMAD     naz.ahmad@law.cuny.edu

Patricia Dodszuweit (Appeals Ntc)     patricia_dodszuweit@ca3.uscourts.gov, kelly_glaum@ca3.uscourts.gov

**2:25-cv-01963-MEF-MAH Notice has been sent by regular U.S. Mail:**

Joshua Lewis Dratel
Dratel & Lewis
29 Broadway
Suite 1412
New York, NY 10006

Molly Knopp Biklen
New York Civil Liberties Union
125 Broad St.
New York, NY 10004

Omar C. Jadwat
American Civil Liberties Union
New York
125 Broad St., 18th Floor
New York, NY 10004

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1046708974 [Date=5/8/2025] [FileNumber=19445984-0
] [03b1251e154736c32954cdee12835a4874579300f1cf5bc13707c5c5734861884f0
c4d1ed282b258e89e8182c5189130d2e2982a1082c7dbc393f4ec6c99d97b]]